AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| Niki Frenchko | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-00781 |
| Paul Monroe, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Niki Frenchko.

Date: 4/17/2023

*/s/ Steve C. Davis*
*Attorney's signature*

Steven C. Davis (0065838)
*Printed name and bar number*

3074 Madison Rd, Cincinnati, OH 45209
*Address*

SCD@BPBSLaw.com
*E-mail address*

513-721-1350
*Telephone number*

513-991-6440
*FAX number*