AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| Niki Frenchko | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-00781 |
| Paul Monroe, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Niki Frenchko.

Date: 4/17/2023

/s/ *Matt Miller-Novak*
*Attorney's signature*

Matthew Miller-Novak (0091402)
*Printed name and bar number*

3074 Madison Rd, Cincinnati, OH 45209
*Address*

MMN@BPBSLaw.com
*E-mail address*

513-721-1350
*Telephone number*

513-991-6440
*FAX number*