UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | ) | Case No. 4:23-cv-781 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Thomas M. Parker |
| | ) | |
| PAUL MONROE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## **ORDER**

The Court schedules a hearing on Plaintiff's motion for a temporary restraining order in Courtroom 16B, Carl B. Stokes U.S. Courthouse, 801 West Superior Ave., Cleveland, Ohio on April 18, 2023 at 2:00 pm.

**SO ORDERED.**

Dated: April 17, 2023

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio