**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** |
| | : | |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| | : | |
| Defendants. | : | |

---

**PLAINTIFF'S PROOF OF SERVICE OF HEARING ON TEMPORARY
RESTRAINING ORDER**

---

Attorney Miller-Novak comes now to certify that he provided Defendants' Counsel, Prosecutor Danso, as well as other known Counsel, Brodi Conover, notice of this Court's hearing at 2:00 pm on the TRO on April 17, 2023.  Miller-Novak also spoke to Brodi Conover on the phone to ensure that Defendants would receive notice.  Miller-Novak emailed a copy of the Complaint and Motion for TRO and Preliminary Injunction.

Respectfully submitted,


**/s/ Matt Miller-Novak**
Matt Miller-Novak, Esq.  (0091402)
Barron, Peck, Bennie, &
Schlemmer, Co. LPA
3074 Madison Road,
Cincinnati, OH 45209
Phone: 513-721-1350
Fax:513-721-2301
MMN@BPBSLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon

Defendant's Law Director and City Manager by electronic mail on the 17th of April, 2023.

'

**/s/ Matt Miller-Novak**

2