# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NIKI FRENCHKO, | Case No. 4:23-cv-00781 |
| Plaintiff, | |
| | Judge J. Philip Calabrese |
| v. | |
| | Magistrate Judge Thomas M. Parker |
| MONROE, *et al.*, | |
| Defendants. | |

## MINUTES AND ORDER

On April 18, 2023, the Court conducted a hearing on the record on Plaintiff's motion for a temporary restraining order. (ECF No. 2.) Matthew E. Miller-Novak appeared for Plaintiff. No Defendants or their counsel appeared. For the reasons stated on the record, the Court finds that defendants received actual notice of the hearing, which proceeded *ex parte* pursuant to Rule 65(b)(1)(B).

The Court heard oral argument on Plaintiff's motion. For the reasons stated on the record, the Court **DENIED** the motion.

The Court directed Plaintiff to perfect service, by personal service or other means, expeditiously if Defendants do not promptly waive service. Further, the Court advised that as soon as soon is perfected, the Court will conduct a hearing in person with all parties and their counsel.

**SO ORDERED.**

Dated: April 19, 2023

                                              J. Philip Calabrese
                                              United States District Judge
                                              Northern District of Ohio