AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Niki Frenchko <br><br> *Plaintiff(s)* <br> v. <br> Paul Monroe, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-cv-00781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frank Fuda
160 High Street NW
Warren, OH 44481

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Miller-Novak
mmn@bpbslaw.com
Barron Peck Bennie & Schlemmer Co., LPA 3074 Madison Road
Cincinnati, OH 45209
Ph: (513) 721-1350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich,
*CLERK OF COURT*

Date: 4/17/2023

/s/ Mattie Gorby

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23 CV 781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FRANK FUOA
was received by me on *(date)* APRIL 26, 2023.

☒ I personally served the summons on the individual at *(place)* 1439 BANYAN LANE NILES, OHIO 44446 on *(date)* 4-26-2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4-26-2023

*Server's signature*

KENNETH C. KOTOUCH   PROCESS SERVER
*Printed name and title*

6630 Seville Dr. Canfield, Ohio 44406
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Niki Frenchko | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 4:23-cv-00781 |
| Paul Monroe, et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sargeant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Miller-Novak
mmn@bpbslaw.com
Barron Peck Bennie & Schlemmer Co., LPA 3074 Madison Road
Cincinnati, OH 45209
Ph: (513) 721-1350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich,
*CLERK OF COURT*

Date: 4/17/2023



/s/ Mattie Gorby

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23 CV 781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SARGEANT
was received by me on *(date)* APRIL 26, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SARGANT - VIA -, who is designated by law to accept service of process on behalf of *(name of organization)* THE TRUMBULL COUNTY SHERIFF'S OFFICE / 160 HIGH ST. WARREN, OHIO 44481 on *(date)* 4-26-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

KENNETH C. KOTOUCH    PROCESS SERVER
*Printed name and title*

6630 Seville Dr. Canfield, Ohio 44406
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Niki Frenchko <br><br> *Plaintiff(s)* <br> v. <br> Paul Monroe, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:23-cv-00781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sargeant Robert Ross
160 High Street NW
Warren, OH 44481

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Miller-Novak
mmn@bpbslaw.com
Barron Peck Bennie & Schlemmer Co., LPA 3074 Madison Road
Cincinnati, OH 45209
Ph: (513) 721-1350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Sandy Opacich,
*CLERK OF COURT*

Date: 4/17/2023

/s/ Mattie Gorby

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23 CV 781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SGT. ROBERT ROSS
was received by me on *(date)* APRIL 26, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SGT ROBERT ROSS - VIA, who is designated by law to accept service of process on behalf of *(name of organization)* THE TRUMBULL COUNTY SHERIFF'S OFFICE 160 HIGH ST. WARREN, OHIO 44481 on *(date)* 4-26-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-26-2023

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Niki Frenchko<br><br>*Plaintiff(s)*<br>v.<br>Paul Monroe, et al<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-cv-00781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sargeant Harold Wix
160 High Street NW
Warren, OH 44481

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Miller-Novak
mmn@bpbslaw.com
Barron Peck Bennie & Schlemmer Co., LPA 3074 Madison Road
Cincinnati, OH 45209
Ph: (513) 721-1350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich,
*CLERK OF COURT*

Date: 4/17/2023

/s/ Mattie Gorby

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23 CV 781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SGT. HAROLD WIX
was received by me on *(date)* APRIL 26, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SGT. HAROLD WIX - VIA , who is designated by law to accept service of process on behalf of *(name of organization)* THE TRUMBULL COUNTY SHERIFF'S OFFICE / 160 HIGH ST. WARREN, OHIO 44481 on *(date)* 4-26-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-26-2023

*Server's signature*

KENNETH C. KOTOUCH    PROCESS SERVER
*Printed name and title*

6630 Seville Dr. Canfield, Ohio 44401
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Niki Frenchko <br><br> *Plaintiff(s)* <br> v. <br> Paul Monroe, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-cv-00781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Monroe
160 High Street NW
Warren, OH 44481

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew Miller-Novak
mmn@bpbslaw.com
Barron Peck Bennie & Schlemmer Co., LPA
3074 Madison Road
Cincinnati, OH 45209
Ph: (513) 721-1350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich,
CLERK OF COURT

Date: 4/17/2023

/s/ Mattie Gorby

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SHERIFF PAUL MONROE__
was received by me on *(date)* __APRIL 26, 2023__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __SHERIFF PAUL MONROE - VIA__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __THE TRUMBULL
COUNTY SHERIFF'S OFFICE 160 HIGH ST. WARREN OH__ on *(date)* __4-26-2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4-26-2023__

_____
Server's signature

__KENNETH C. KOTOUCH__
Printed name and title __PROCESS SERVER__

__6630 Seville DR. CANFIELD OHIO 44406__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Niki Frenchko | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:23-cv-00781 |
| Paul Monroe, et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trumbull County Sheriff's Department
160 High Street NW
Warren, OH 44481

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Miller-Novak
mmn@bpbslaw.com
Barron Peck Bennie & Schlemmer Co., LPA 3074 Madison Road
Cincinnati, OH 45209
Ph: (513) 721-1350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich,
CLERK OF COURT

Date: 4/17/2023

/s/ Mattie Gorby

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23 CV 781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE TRUMBULL COUNTY SHERIFFS OFFICE was received by me on *(date)* APRIL 26, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* THE TRUMBULL COUNTY SHERIFF'S OFFICE who is designated by law to accept service of process on behalf of *(name of organization)* THE TRUMBULL COUNTY SHERIFF'S OFFICE 160 HIGH ST. WARREN OHIO 44481 on *(date)* 4-26-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-26-2023

_____
Server's signature

KENNETH C. KOTOUCH  PROCESS SERVER
Printed name and title

6630 SERVILLE DR. CANFIELD OHIO 44406
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Niki Frenchko | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 4:23-cv-00781 | |
| Paul Monroe, et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trumbull County
160 High Street NW
Warren, OH 44481


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Miller-Novak
mmn@bpbslaw.com
Barron Peck Bennie & Schlemmer Co., LPA 3074 Madison Road
Cincinnati, OH 45209
Ph: (513) 721-1350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich,
*CLERK OF COURT*

Date: 4/17/2023              /s/ Mattie Gorby
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23 CV 781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRUMBULL COUNTY
was received by me on *(date)* APRIL 26, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TRUMBULL COUNTY - VIA -, who is designated by law to accept service of process on behalf of *(name of organization)* COMMISSIONER MAURO CANTALAMESSA 160 HIGH ST. WARREN, OHIO 44481 on *(date)* 4-26-2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-26-2023

*Server's signature* PROCESS SERVER

KENNETH C. KOTOUCH
*Printed name and title*

6630 Seville DR CANFIELD OHIO 44406
*Server's address*

Additional information regarding attempted service, etc: