UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NIKI FRENCHKO, | Case No. 4:23-cv-07819 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Thomas M. Parker |
| MONROE, *et al.*, | |
| Defendants. | |

# ORDER

The Court schedules a hearing on the record in Courtroom 16, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio on May 3, 2023 at 9:30 am.

### Attendance

At the hearing, the Court will address the background of the case and preliminary case management issues. The Court **ORDERS** counsel of record and parties to attend in person. In the case of a political subdivision, party means (1) the person(s) most familiar with the underlying facts alleged; (2) the person(s) most knowledgeable about the records and electronically stored information that will be the subject of discovery; and (3) a representative with full, final, and binding decisional authority on all case management issues and with full settlement authority; but (4) it does not mean counsel.

If any person subject to this Order is unable to attend in-person, counsel must file a motion to reschedule, showing good cause, as far in advance of the hearing as

possible and in no event later than May 1, 2023 at 4:00 pm. Counsel may not file such a motion without first conferring with all other parties. Any motion to reschedule the hearing must identify at least three (3) dates and times when all participants subject to this Order are available within the same general timeframe. If the Court is available at one of those times, it will reschedule the hearing. Failure to comply with these procedures will result in denial of the motion. The Court will not entertain telephone calls or emails requesting that the hearing be rescheduled.

The Court will not conduct this hearing using remote technology.

**SO ORDERED.**

Dated: April 27, 2023

*/s/ J. Philip Calabrese*
J. Philip Calabrese
United States District Judge
Northern District of Ohio