UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NIKI FRENCHKO, | : |
| *Plaintiff,* | : Case No. 4:23-CV-781 |
| v. | : Judge J. Philip Calabrese |
| PAUL MONROE, *et al.* | : |
| *Defendants.* | : |

### NOTICE OF RESERVATION OF RIGHTS AND APPEARANCE BY THE OFFICE OF THE OHIO ATTORNEY GENERAL

The Office of the Attorney General has received notice of Plaintiff's constitutional challenge to Ohio Revised Code (ORC) Section 2917.12, included in their Complaint, filed on April 17, 2023. Having read and examined the relevant pleadings, the Attorney General has elected not to participate at this time.

RC. 2721.12 imposes a notice requirement on parties contesting the constitutionality of a statute. This requirement mandates "service of a copy of the proceeding on the Attorney General when a party challenges the constitutionality of a statute in a declaratory judgment action." *Ohioans for Fair Representation v. Taft,* 67 Ohio St.3d 180, 182, 616 N.E. 2d 905 (1993); *see also Cicco v. Stockmaster,* 89 Ohio St.3d 95, 728 N.E. 2d 1066 (2000). The Attorney General then has discretion as to whether to "be heard" in a particular matter. *See* R.C. 2721.12. The Attorney General respectfully requests notification of any future developments regarding the constitutional challenge in this case and reserves the right to seek leave to appear and be heard at a later time. This decision is not based upon the Office's view of the ultimate merits of any issue raised in this case.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Phillip T. Kelly*
PHILLIP T. KELLY (0102198)
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th
Floor Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Phillip.Kelly@OhioAGO.gov

*Counsel for the Ohio Attorney General Dave Yost*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, a true and accurate copy of the foregoing *Notice of Reservation of Rights and Appearance by the Office of the Ohio Attorney General* was served upon all counsel whom have entered appearances via the Court's electronic filing system.

Further, a copy has been sent via US Mail to the following:

| | |
|---|---|
| Paul Monroe<br>160 High Street N.W.<br>Warren, Ohio 44481 | Trumbull County<br>160 High Street N.W.<br>Warren, Ohio 44481 |
| Trumbull County Board of Commissioners<br>160 High Street N.W.<br>Warren, Ohio 44481 | Trumbull County Sheriff's Department<br>160 High Street N.W.<br>Warren, Ohio 44481 |
| Sergeant Harold Wix<br>160 High Street N.W.<br>Warren, Ohio 44481 | Sergeant Robert Ross<br>160 High Street N.W.<br>Warren, Ohio 44481 |
| Mauro Cantalamessa<br>160 High Street N.W.<br>Warren, Ohio 44481 | Frank Fuda<br>160 High Street N.W.<br>Warren, Ohio 44481 |
| *Defendants* | *Defendants* |

*/s/ Phillip T. Kelly*
PHILLIP T. KELLY (0102198)
Assistant Attorney General

3