**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Niki Frenchko, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-00781 |
| | : | |
| vs. | : | Judge J. Philip Calabrese |
| | : | |
| Paul Monroe, et. al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Andrew N. Yosowitz of the law firm Teetor Westfall, LLC, 200 E. Campus View Blvd., Suite 200, Columbus, Ohio 43235 will serve as trial counsel for Defendants Harold Wix and Robert Ross.

Respectfully submitted,

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz        (0075306)
E-mail: ayosowitz@teetorlaw.com
**Teetor Westfall, LLC**
200 E. Campus View Blvd., Suite 200
Columbus, Ohio 43235
Tel: 614-412-4000; Fax: 614-412-9012
*Attorney for Defendants Harold Wix and Robert*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Andrew N. Yosowitz
Teetor Westfall, LLC