IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | Case No. 4:23-cv-781 |
| Plaintiff, | : | |
| v. | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes the undersigned attorney, Daniel T. Downey, of the law firm Fishel Downey Albrecht & Riepenhoff LLP and hereby enter his appearance as counsel of record for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda in the above matter. Defendants respectfully request that the undersigned attorney be noted as counsel for Defendants and that he be added to the service lists of the Court and of all parties to the within case.

Respectfully Submitted,

s/ Daniel T. Downey
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe,
Trumbull County, Trumbull County Board of
Commissioners, Trumbull County Sheriff's Office,
Mauro Cantalamessa, and Frank Fuda*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Notice of Appearance** was served, via the Court's CM/ECF system, upon all counsel this 1st day of May, 2023.

> s/ Daniel T. Downey
> Daniel T. Downey (0063753)
> **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
> *Counsel for Defendant Sheriff Paul Monroe,*
> *Trumbull County, Trumbull County Board of*
> *Commissioners, Trumbull County Sheriff's Office,*
> *Mauro Cantalamessa, and Frank Fuda*

FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP
Attorneys at Law

2

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com