UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | ) | Case No. 4:23-cv-00781 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Thomas M. Parker |
| PAUL MONROE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MINUTES AND ORDER**

On May 3, 2023, the Court conducted a hearing on the record in the Courtroom. Matthew E. Miller-Novak and David J. Betras appeared for Plaintiff Niki Frenchko, who also attended. Daniel T. Downey and Helen K. Sudhoff appeared for Defendants Sherriff Paul Monroe, Commissioner Mauro Cantalamessa, former Commissioner Frank Fuda, Trumbull County, Trumbull County Board of Commissioners, and Trumbull County Sherriff's Department. Sherriff Monroe, Commissioner Cantalamessa, and Mr. Fuda all attended; Jeff Knapp attended on behalf of the County Risk Sharing Authority. Andrew N. Yosowitz appeared for Sergeant Harold Wix and Sergeant Robert Ross, who both also attended.

For the reasons stated on the record, under Rule 26(d), the Court permits the parties to engage in written discovery prior to the Rule 26(f) conference. Further, the Court **ORDERS** Plaintiff to serve notice of subpoenas under Rule 45 for Defendants' cellphone records, both personal and official, no later than May 8, 2023. Defendants

may object no later than May 12, 2023. The Court refers the parties to its Civil Standing Order for its procedure to resolve any discovery disputes.

The Court sets May 17, 2023 as the deadline for Defendants to answer, move, or otherwise plead. In the event that multiple Defendants decide to file a motion, the Court directs them to join a single filing as provided in the Court's Civil Standing Order; Defendants may request an extension to coordinate a single filing, if necessary. Further, the Court referred the parties to its Opinion and Order in *Hinners v. O'Shea*, 1:19-cv-2868 (June 1, 2022).

The Court **ORDERS** the parties to submit a Rule 26(f) Report no later than June 16, 2023. Before conducting that conference, the Court **DIRECTS** to make initial disclosures.

Finally, by separate order, the Court **REFERS** the matter to Magistrate Judge Thomas M. Parker for mediation and admonished the parties to attempt in good faith to settle the case. The Court will stay or extend any deadline if Judge Parker so recommends.

**SO ORDERED.**

Dated: May 3, 2023

J. Philip Calabrese
United States District Judge
Northern District of Ohio