UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF NIKI FRENCHKO'S NOTICE OF SERVING SUBPOENAS TO AT&T, T-MOBILE, AND PROFILE DISCOVERY UPON DEFENDANTS**

Plaintiff Niki Frenchko has served notice of subpoenas she will serve upon AT&T, T-Mobile, and Profile Discovery upon Defendants' Counsel as of May 5, 2023, in accordance with this Court's Order.

1

        Respectfully Submitted,

***/s/ Matt Miller-Novak***
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

***/s/ David J. Betras***
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I certify that I served notice of this subpoena on Defendants' Counsel via email on May 5, 2023.

***/s/ Matt Miller-Novak***