**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | |
| Plaintiff, | : | Case No. 4:23-cv-00781 |
| *vs.* | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Notice is hereby given that Matthew S. Teetor of the law firm Teetor Westfall, LLC, 200 E. Campus View Blvd., Suite 200, Columbus, Ohio 43235 will serve as additional counsel for Defendants Harold Wix and Robert Ross.

Respectfully submitted,

/s/  Matthew S. Teetor
Andrew N. Yosowitz, trial counsel (0075306)
Matthew S. Teetor                    (0087009)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000   |  Fax (614) 412-9012
email:  ayosowitz@teetorlaw.com
             mteetor@teetorlaw.com
*Attorneys for Defendants*
*Harold Wix and Robert Ross*

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/  Matthew S. Teetor
Matthew S. Teetor              (0087009)