IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | Case No. 4:23-cv-781 |
| Plaintiff, | : | |
| v. | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Now comes the undersigned attorney, Jennifer M. Meyer, of the law firm Fishel Downey Albrecht & Riepenhoff LLP and hereby enter her appearance as co-counsel of record for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda in the above matter. Defendants respectfully request that the undersigned attorney be noted as co-counsel for Defendants and that she be added to the service lists of the Court and of all parties to the within case.

Respectfully Submitted,

s/ Jennifer M. Meyer
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe,*
*Trumbull County, Trumbull County Board of*

*Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Notice of Appearance** was served, via the Court's CM/ECF system, upon all counsel this 11th day of May, 2023.

s/ Jennifer M. Meyer
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Counsel for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda*

FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP
Attorneys at Law

2

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com