# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NIKI FRENCHKO, ) | Case No. 4:23-cv-781 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | Magistrate Judge Thomas M. Parker |
| ) | |
| PAUL MONROE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## NOTICE OF CASE MANAGEMENT CONFERENCE

All counsel and/or parties will take notice that the Court has set this matter for a case management conference by Zoom on July 10, 2023 at 11:00 am before Judge J. Philip Calabrese.

Counsel of record who is familiar with the legal and factual issues in the case and who is prepared to bind a party shall attend this conference. Additionally, parties must attend. Parties has the same meaning set forth in the Court's Order dated April 27, 2023 (ECF No. 8). Failure to attend may result in dismissal of the lawsuit, entry of default judgment, or other appropriate sanctions.

To encourage the participation of newer attorneys, in particular women and minorities, the Court specifically modifies the "lead counsel" requirement described in Local Rule 16.3(b)(1). Any party not represented by counsel must appear for this conference.

Any request to excuse attendance or to reschedule this date or time shall be by motion filed no later than seven calendar days before the conference, absent extenuating circumstances. Any motion to reschedule the conference shall identify at least three dates when counsel for all participants for all parties are available within the same general timeframe.

**Discovery Disputes**

The Court expects parties to make all reasonable efforts to resolve discovery disputes among themselves, as Rule 37(a)(1) and the Court's Civil Standing Order require. Generally, such efforts require conferring by telephone, not simply by email. Before filing any discovery motion (motion to compel, motion to quash, motion for protective order, etc.), the parties should advise the Court, which will handle the matter according to the procedure in Local Rule 37.1(a). The Court orders that no party may file any discovery motion without first personally conferring and exhausting the procedures in Local Rule 37.1(a) and the Court's Civil Standing Order.

**Civil Standing Order**

The Court refers the parties to its Civil Standing Order, particularly with respect to the participation of younger lawyers. The standing order is available on Judge Calabrese's page on the Northern District of Ohio's website and will be updated from time to time. During the course of litigation, any questions or concerns regarding any aspect of this case should be directed to (216) 357-7265.

**SO ORDERED.**

Dated: June 23, 2023

                                     */s/ J. Philip Calabrese*
                                     Judge J. Philip Calabrese
                                     United States District Judge
                                     Northern District of Ohio