UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF NIKI FRENCHKO'S NOTICE OF PROVIDING NOTICE OF HEARING ON SUBPOENA RECIPIENTS AT&T AND T-MOBILE**

Plaintiff Niki Frenchko's Counsel provided notice of the hearing on July 25, 2023, at 3:00pm to subpoena recipients AT&T and T-Mobile in accordance with this Court's Order issued on July 10, 2023 (Doc # 27) by sending a copy of the Order through both electronic mail and certified mail on July 12, 2023.

1

Respectfully Submitted,

***/s/ Matt Miller-Novak***
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

***/s/ David J. Betras***
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that I served notice of this subpoena on Defendants' Counsel via email on July 12, 2023.

***/s/ Matt Miller-Novak***