UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | **Judge:** J. Phillip Calabrese |
| Plaintiff, | : | |
| -vs- | : | |
| **PAUL MONROE, et al** | : | |
| Defendants. | : | |

**PLAINTIFF NIKI FRENCHKO'S MOTION TO VACATE HEARING ON JULY 25, 2023**

Plaintiff Niki Frenchko's Counsel is respectfully moving this Court to vacate the hearing on July 25, 2023. Frenchko has received all documents requested through subpoena from the phone carriers. It does not appear that the reasons stated for the hearing are necessary any longer, and they are likely moot.

1

Respectfully Submitted,

**/s/ Matt Miller-Novak**
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

**/s/ David J. Betras**
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that I served notice of this subpoena on Defendants' Counsel via email on July 17, 2023.

**/s/ Matt Miller-Novak**

2