UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| | : | |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF NIKI FRENCHKO'S REQUEST FOR TRANSCRIPTS OF PROCEEDINGS**

Plaintiff Niki Frenchko requests transcripts for the following court proceedings:

The hearing on Plaintiff's motion for a temporary restraining order in Courtroom 16B, Carl B. Stokes U.S. Courthouse, 801 West Superior Ave., Cleveland, Ohio on April 18, 2023, at 2:00 pm in front of Judge J. Philip Calabrese (See Docket No. 4).

Reporter: Gregory Mizanin

              Respectfully Submitted,

              */s/ Matt Miller-Novak*
              Matthew Miller-Novak (0091402)
              Steven C. Davis, Esq. (0065838)
              Barron, Peck, Bennie & Schlemmer
              3074 Madison Road
              Cincinnati, Ohio 45209
              (513) 721-1350
              MMN@BPBSLaw.com
              SCD@BPBSLaw.com

              */s/ David J. Betras*

1

        David J. Betras (0030575)
        6630 Seville Drive
        Canfield, Ohio 44406
        Telephone: (330) 746-8484
        Facsimile: (330) 702-8280
        Email: dbetras@bkmlaws.com

        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that I served notice of this subpoena on Defendants' Counsel via this court's electronic efiling and delivery service on August 31, 2023.

        ***/s/ Matt Miller-Novak***