UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| | : | |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF NIKI FRENCHKO'S REQUEST FOR TRANSCRIPTS OF PROCEEDINGS**

Plaintiff Niki Frenchko requests transcripts for the following court proceedings:

The hearing on the record in Courtroom 16, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio on May 3, 2023, at 9:30 a.m. (See Docket No. 8).

Reporter: Gregory Mizanin

                                                                  Respectfully Submitted,

                                                                  ***/s/ Matt Miller-Novak***
                                                                  Matthew Miller-Novak (0091402)
                                                                  Steven C. Davis, Esq. (0065838)
                                                                  Barron, Peck, Bennie & Schlemmer
                                                                  3074 Madison Road
                                                                  Cincinnati, Ohio 45209
                                                                  (513) 721-1350
                                                                  MMN@BPBSLaw.com
                                                                  SCD@BPBSlaw.com

*/s/ David J. Betras*
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that I served notice of this subpoena on Defendants' Counsel via this court' electronic efiling and delivery system on August 31, 2023.

*/s/ Matt Miller-Novak*