# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | Case No. 4:23-cv-781 |
| | : | |
| Plaintiff, | : | |
| v. | : | Judge J. Philip Calabrese |
| | : | |
| PAUL MONROE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## AMENDED NOTICE OF DEPOSITION OF PLAINTIFF

Please take notice that the deposition of Plaintiff Niki Frenchko will take place on Tuesday, September 12, 2023 at 11:30 a.m. The deposition will be held via Zoom.

All testimony shall be recorded by stenographic means and the examination will continue from day to day until complete. Prior to the deposition, instructions to connect to the deposition including a link, will be forwarded to the parties.

Respectfully Submitted,

s/ Helen K. Sudhoff
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH  43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served, via the Court's CM/ECF system, upon all counsel this 11th day of September 2023.

s/ Helen K. Sudhoff
Helen K. Sudhoff (0101259)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Counsel for Defendants Sheriff Paul Monroe,
Trumbull County, Trumbull County Board of
Commissioners, Trumbull County Sheriff's Office,
Mauro Cantalamessa, and Frank Fuda*
