IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | Case No. 4:23-cv-781 |
| Plaintiff, | : | |
| v. | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

## SECOND NOTICE OF DEPOSITION OF PLAINTIFF

Please take notice that the deposition of Plaintiff Niki Frenchko will take place on Wednesday, October 11, 2023 at 11:00 a.m. The deposition will be held via Zoom.

All testimony shall be recorded by stenographic means and the examination will continue from day to day until complete. Prior to the deposition, instructions to connect to the deposition including a link, will be forwarded to the parties.

Respectfully Submitted,

s/ Helen K. Sudhoff
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda*

FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP
Attorneys at Law
7775 Walton Parkway
Suite 200
New Albany, Ohio 43054
(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served, via the Court's CM/ECF system, upon all counsel this 5th day of October 2023.

                                                 s/ Helen K. Sudhoff
                                                 Helen K. Sudhoff (0101259)
                                                 **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
                                                 *Counsel for Defendants Sheriff Paul Monroe,*
                                                 *Trumbull County, Trumbull County Board of*
                                                 *Commissioners, Trumbull County Sheriff's Office,*
                                                 *Mauro Cantalamessa, and Frank Fuda*

**FISHEL DOWNEY ALBRECHT & RIEPENHOFF** LLP
Attorneys at Law

2

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com