UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| | : | |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF FILING THE TRANSCRIPT OF FRANK FUDA

Plaintiff Niki Frenchko provides notice of the filing of the above-mentioned deposition transcript.

Respectfully Submitted,

*/s/ Matt Miller-Novak*
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

1

**/s/ David J. Betras**
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I certify that I served notice of this Motion on Defendants' Counsel via this Court's electronic notice system on October 30, 2023.

*/s/ Matt Miller-Novak*