1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF OHIO

3              EASTERN DIVISION

4

5          DEPOSITION OF FRANK FUDA

6

7    NIKI FRENCHKO,                )
                                   )
8                                  )          Case No.
                  Plaintiff,       )
9    VS.                           )          4:23 CV 00781
                                   )
10                                 )
                                   )
11   PAUL MONROE, ET AL.,          )
                                   )
12                                 )
                  Defendants.      )
13

14

15      Deposition taken in the above-entitled cause, pursuant

16   to Agreement before Jodie L. Algarin, a Notary Public for

17   the State of Ohio, on September 14, 2023, to be used

18   pursuant to the Rules of Civil Procedure or by agreement

19   of counsel in the aforesaid cause of action, pending in

20   the United States District Court for the Northern District

21   of Ohio, Eastern Division.

22

23

24

25

```
 1   APPEARANCES OF COUNSEL

 2


 3


 4   On Behalf of Plaintiff:

 5      David J. Betras, Esquire
        Betras, Kopp & Markota
 6      6630 Seville Drive
        Youngstown, Ohio  44406
 7      (330) 746-8484
        dbetras@bkmlaws.com
 8


 9      Matt Miller-Novak, Esquire
        Barron, Peck, Bennie & Schlemmer Co., LPA
10      3074 Madison Road
        Cincinnati, Ohio  45209
11      (513) 721-1350
        mmn@bpbslaw.com
12


13


14   On Behalf of Defendants Harold Wix and Robert Ross:

15      Andrew N. Yosowitz, Esquire
        Teetor Westfall
16      200 E. Campus View Boulevard, Suite 200
        Columbus, Ohio  43235
17      (614) 412-4000
        ayosowitz@tettorlaw.com
18


19


20   On Behalf of Defendants Sheriff Paul Monroe, Trumbull
     County, Trumbull County Board of Commissioners, Trumbull
21   County Sheriff's Office, Mauro Cantalamessa and Frank
     Fuda:
22
        Helen K. Sudhoff, Esquire
23      Fishel Downey Albrecht & Riepenhoff, LLP
        7775 Walton Parkway, Suite 200
24      New Albany, Ohio  43054
        (614) 221-1216
25      hsudhoff@fisheldowney.com
```

STIPULATIONS

1

2

3

4        It is stipulated and agreed by and between counsel

5   for the parties hereto that this deposition may be taken

6   at this time, 9:07 a.m., September 14, 2023, at the

7   offices of Atty. David Betras, 6630 Seville Drive,

8   Canfield, Ohio.

9        It is further stipulated and agreed by and between

10  counsel that the deposition may be taken in shorthand by

11  Jodie L. Algarin, a Notary Public within and for the State

12  of Ohio, and may be by her transcribed with the use of

13  computer-assisted transcription; that the witness's

14  signature to the finished transcript of his deposition is

15  not waived; and that the deposition will be available for

16  the witness to read and sign the finished transcript of

17  his deposition.

18

19

20

21

22

23

24

25

```
 1                          INDEX

 2

 3   CROSS EXAMINATION BY MR. MILLER-NOVAK -  PAGE 5

 4

 5

 6   OBJECTIONS:

 7   BY MS. SUDHOFF - PAGE(S) 29, 33, 55, 58, 84, 85, 87

 8   BY MR. MILLER-NOVAK - PAGE(S) 34

 9   MR. YOSOWITZ - PAGE(S) 57, 77

10

11

12   PLAINTIFF'S EXHIBITS:

13   EXHIBIT 1 - PAGE 60

14   EXHIBIT 5 - PAGE 97

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    WHEREUPON,

 2                    FRANK FUDA,

 3                    Called as a witness, having been first

 4                    duly sworn by the Notary Public to testify

 5                    the truth, the whole truth and nothing but

 6                    the truth, was examined and testified as

 7                    follows:

 8   CROSS EXAMINATION

 9   BY MR. MILLER-NOVAK:

10   Q.               Mr. Fuda, and your name is spelled

11   F-R-A-N-K, F-U-D-A, correct?

12   A.               Correct.

13   Q.               All right.  You have the easiest name of

14   everybody I have to depose.

15   A.               Yesterday was F-U-D-O on the screen, so --

16   Q.               Was it?

17   A.               Something I saw, yeah.

18   Q.               Well, today it's F-U-D-A, which is you,

19   correct?

20   A.               You got it right.  You passed the spelling

21   test.

22   Q.               Thank you.  Mauro's name was a little

23   tougher for me.

24   A.               Yeah.

25   Q.               Have you ever been deposed before?  I'm
```

1  assuming you have?

2  A.          Yes, yes, couple times this past year.

3  Q.          Okay.  Well, so I'm not going to belabor

4  kind of some of the points about how we need to proceed,

5  but I kind of will just review them for a refresher.  As

6  you know, you're being recorded.

7  A.          Yep.

8  Q.          It's all in writing, and so a couple things

9  I'm going to say.  We kind of call them rules, but they're

10 more like guidelines.  Because this is being recorded in

11 writing, we have to be careful to use proper verbal

12 answers.  So you want to say yes or no.

13 A.          Sure.

14 Q.          And you don't want to use uh-huhs and

15 huh-uhs, because she can mistakenly get it wrong, okay?

16 A.          Okay.  That will be fine.

17 Q.          Okay.  And then the other thing, and this is

18 probably the harder thing because human beings sometimes

19 anticipate questions and want to blurt out the answer, so

20 try to let me finish my question, and I'm going to let you

21 finish your answers.

22 A.          As a teacher, I did that all my life.

23 Q.          Okay.

24 A.          Let the kid talk first or let the adult

25 talk and then respond, and same thing in government.  At

```
 1    our meetings, we always let the other person finish
 2    speaking and then respond to it.
 3    Q.          Uh-huh.
 4    A.          Unfortunately, it hasn't been that way for
 5    the last couple years.
 6    Q.          Okay.  Well, we'll talk about that stuff.
 7    The other thing that we want to do is make sure if you
 8    need a break, let me know.  I'm happy to let you take a
 9    break if you -- whatever you need to do, use the restroom.
10    A.          Okay.
11    Q.          Call your wife.
12    A.          All right.
13    Q.          Make sure, you know, she can tell you what
14    to bring home from the deposition.
15    A.          I'm the gofer now, so she probably has a
16    whole list before I get home.
17    Q.          Okay.
18    A.          She'll catch me on the way home.
19    Q.          Okay.  So -- and, finally, I'm going to ask
20    you a question, and I always hate this question, but it's
21    something we do have to ask, and you don't have to tell me
22    what the medication is.  I don't care about your medical
23    business, but are you on any medication that would
24    interfere with your ability to kind of like recall past in
25    memory?
```

```
 1    A.          High blood pressure.  That's all.

 2    Q.          Okay.

 3    A.          I'm not on any medication at all.

 4    Q.          Well, good for you.

 5    A.          Other than that.

 6    Q.          Good for you.  So that's great.  I think

 7    that's really about it.  So today as we go, would you

 8    prefer I call you Mr. Fuda or Frank?  What's your

 9    preference?

10    A.          Whatever you want to call me.

11    Q.          Okay.

12    A.          I've been called a lot of different

13    things.  Frank's fine.  I got no problem.

14    Q.          I'll stick with Frank or Mr. Fuda; how about

15    that?

16    A.          That will be fine.

17    Q.          Okay.  I won't call you any other names.

18    And if you need to talk to me or you just have a question,

19    call me Matt.

20    A.          Matt.  Okay, Matt.

21    Q.          Yep.  That's fine.  And then if you, for any

22    reason, don't understand a question I ask, don't be afraid

23    to ask me to clarify it.

24    A.          I sure will.

25    Q.          Okay.  I don't mind.
```

1  A.          Okay.

2  Q.          So we were talking a little bit before we

3  started the deposition here about your history, so I want

4  to ask you about your government history.  I know you said

5  you were a teacher, and that's great, and we don't need to

6  talk about that, I think, today.  So when did you start in

7  government?

8  A.          I started in 1990.  I became the 1st ward

9  councilman in Niles.  I planned on being in government

10  about 4 years, and 32 years later, I was still there,

11  but we had a lot of problems in Niles.  I worked as if

12  it was a --

13              MR. BETRAS:  Sorry.  Hi, Frank.

14              THE WITNESS:  How you doing?

15              MR. BETRAS:  Good.

16  A.          I worked it as it was a full-time job,

17  just as I did as a commissioner.

18  Q.          Okay.  And you said 1990.  And how long were

19  you in Niles government?

20  A.          Sixteen years.

21  Q.          Sixteen years.  So that would be 2006?

22  A.          Correct.

23  Q.          And then what?

24  A.          And then I became the commissioner in

25  2006.  Ms. Frenchko was one of my opponents.

1    Mr. Cantalamessa was one of my opponents, and I planned

2    on being there a few years, but I ended up being there

3    16 years.

4    Q.          Okay.  So you said Commissioner Frenchko was

5    one of your opponents in 2006?

6    A.          Yes, she was.  She was the Republican

7    opponent.

8    Q.          And you were the Democratic --

9    A.          Democrat.

10   Q.          -- nominee?

11   A.          Correct.

12   Q.          And Mr. -- you said Mauro was your --

13   probably your primary opponent then?

14   A.          Well, there was Mauro, there was the mayor

15   of Girard.  There were four of -- five of us in the

16   primary.

17   Q.          Mayor of Girard.  Is that where Jib Jab Hot

18   Dog Shoppe is?

19   A.          This is Jim Melfi.  I think he might be

20   running for commissioner.  Did a great job as mayor.

21   Q.          So in 2006, Mauro was your opponent for

22   primary.  Was that the time that he was the district

23   representative for the Democratic party?

24   A.          I don't remember.

25              MR. BETRAS:  Precinct committeeman.

1  Q.          Or precinct committee?

2  A.          He might have been.  I don't know.

3  Q.          Okay.  After your primary against Mauro, did

4  he support you in the general election?

5  A.          That general election?

6  Q.          Yes.

7  A.          I'm assuming he did, but I don't know.

8  Q.          You don't remember?

9  A.          I never worried about who supported me and

10  who didn't support me.  I went out and did what I had to

11  do to meet the people and explain what I was doing, and

12  that's what a candidate should be doing, really.  And I

13  fortunately did do everything I promised those people

14  that I was going to do.

15  Q.          So 2006.  Who was the -- you have three

16  commissioners, obviously, correct?

17  A.          Correct.

18  Q.          According to statute.  And out of those

19  three commissioners, it's common practice to choose a

20  presiding officer, correct?

21  A.          Yes.  I'm not sure who was the officer the

22  first year.  It might have been Dan Polivka, but I'm not

23  sure.

24  Q.          When did you first gain experience as a

25  presiding officer?

1   A.            I think it was the following year.

2   Q.            Like 2007?

3   A.            Correct.

4   Q.            How long did that last?

5   A.            For a year.  And then every year we would

6   choose a different person to do that, or the same

7   person.

8   Q.            It's part of the organizational meeting to

9   vote on who's going to be the presiding officer, correct?

10  A.            Right.

11  Q.            So you would conduct that business kind of

12  like your first meeting in January?

13  A.            Right.

14  Q.            So in 2022, you were the presiding officer,

15  correct?

16  A.            Correct.

17  Q.            So at a commissioners' meeting, the general

18  purpose of a commissioners' meeting is to conduct the

19  commissioners' business, correct?

20  A.            Correct.

21  Q.            So generally speaking, you vote on

22  resolutions, correct?

23  A.            Correct.

24  Q.            And you might discuss and set certain county

25  policies, correct?

```
 1    A.           Correct.
 2    Q.           And as I always say, the commissioners hold
 3    the purse strings, right?
 4    A.           Well, purse strings for the commissioners'
 5    office, yes.  And we are responsible for the other
 6    elected officials also.
 7    Q.           Right.  So department heads would submit a
 8    budget of what you need to approve?
 9    A.           Correct.
10    Q.           Okay.
11    A.           The department heads and the elected
12    officials.
13    Q.           Right.
14    A.           Like the auditor's office, the sheriff's
15    office and so on.
16    Q.           Yeah.  And there's also --
17    A.           Each one -- each department would present
18    their budget ahead of time, and we'd go over those
19    before the meeting, months before the meeting.  The
20    auditor would actually meet with us and explain what
21    we're going to do at the first few months, and then we'd
22    have a change in the budget after that, changes that
23    needed to be made.
24    Q.           Okay.  And there's a budget commission,
25    correct?
```

```
1    A.           Correct.
2    Q.           Okay.  And that's part of that process as
3    well?
4    A.           Right.
5    Q.           All right.  So part of the commissioners'
6    meeting there are moments for public participation,
7    correct?
8    A.           Correct.
9    Q.           And every now and then the commissioners may
10   invite certain department heads and department employees
11   to give a report, correct?
12   A.           Yes.  That happened -- well, see, probably
13   a little different than most commissioners.  I went to
14   the departments usually every week or two weeks.  Met
15   with them before they actually presented things.  So I
16   was aware of what was going to be presented most of the
17   time.  The workshop is a time when they would get this
18   across to whoever needed to know the information.
19   Q.           And you're referring to the workshops that
20   happened on different days in the meetings where the
21   commissioners would essentially have like a less formal
22   meeting with department heads?
23   A.           Right.  It was a less formal meeting, and
24   we would discuss what we were going to vote on the
25   following day; and then normally for years the voting
```

1    part was just a procedure of what we went over the

2    previous day.

3    Q.          So in a sense, you're doing more of your

4    discussion and deliberation on the matters you're going to

5    vote on in the workshops than in the meetings?

6    A.          Yeah, the workshops, that's when you had

7    more time -- for me it was different.  Like I said, I

8    went to all the departments weekly or every other week,

9    and I discussed their needs.  I met with the auditor

10   every week -- couple times a week to discuss our budget.

11       See, when I started, financially the county was

12   in -- had financial problems.  We lost $7 million of

13   interest income as soon as I started the first year.  We

14   lost local government funds of, I believe, about

15   $7 million and some other funds of millions of dollars.

16       So we were in a position where financially we

17   didn't have the money to do a lot of the projects that

18   we wanted to do, but we were smart enough -- Paul

19   Heltzel was one of the commissioners.  We were smart

20   enough to know what projects we can do and do at a

21   cheaper cost.

22       See, we had problems with sanitary sewers.  We

23   didn't have those in most parts of Trumbull County, and

24   I made many promises that I would put sanitary sewers

25   in, and when I started, they said, we can't do that.

1    Well, we found a way.  We hired people.  We moved people

2    in positions who were able to go out and get the grant

3    money.

4        Other counties had a difficult time.  They couldn't

5    do projects because they didn't have the finances to do

6    them.  We did over these years -- I was there -- about

7    $83 million in projects, and we planned every project

8    before I left there with the sanitary sewer department,

9    we planned every project for the future that will

10   complete Trumbull County.  It's a job.  The

11   commissioner's job is a real job.

12   Q.              So thanks for that.  So you're having these

13   workshops, and those are one kind of meeting that is run

14   one particular way.  To me it sounds comparable to what we

15   refer to as a committee of the whole meeting, that the

16   commissioners meet, we're not really applying very formal

17   process and you're having discussion, correct?

18   A.              Well, we have discussion and explain the

19   project and why we need the project, things of that

20   type.  You have to have all that information.  It's

21   just -- we're a business, millions -- hundreds of

22   millions of dollars in business.  You have to make smart

23   decisions.  You just can't spend money.

24   Q.              So now with your commissioners' meeting, I'm

25   just trying to get clarity here.  So you have one meeting

1   that's the workshops that are kind of informal.  The

2   commissioners' meeting you do -- did you ever pass rules

3   of decorum for those meetings?

4   A.          Over the years, sure.

5   Q.          Okay.  Would you agree with -- I think Mauro

6   said yesterday that you adopted Robert's Rules of Order as

7   the rules of decorum for commissioners' meetings?

8   A.          Correct.  That was before Mauro got there,

9   sure, yes.

10  Q.          Do you believe that the rules of decorum,

11  Robert's Rules in this case, need to be applied evenly

12  regardless of a speaker's viewpoint?

13  A.          Say that again.

14  Q.          Do you believe that the rules of decorum

15  need to be applied evenly regardless of the speaker's

16  viewpoint?

17  A.          Should each person have the same right?

18  Is that what you're saying?

19  Q.          Yes.

20  A.          Why, sure.  That's true of anything in

21  life.  Everybody -- everyone should have their opinion,

22  be able to speak up.

23  Q.          So what is your understanding of Robert's

24  Rules and how they work?

25  A.          What do you mean by my understanding?

```
1    Q.            Well, I mean, you know, let's just ask this.
2    Did you have a copy of Robert's Rules of Order?
3    A.            Yes, I did.
4    Q.            The whole book?
5    A.            I had a book, correct.
6    Q.            Okay.  Did you read the book?
7    A.            I went over the book, yes, I read the
8    book.
9    Q.            Okay.  So what edition did you have?  Do you
10   know?
11   A.            What do you mean edition?  This was an old
12   edition.  It was given to me by someone from the City of
13   Warren, basically, who worked there for years.
14   Q.            Okay.  Well, I'm going to represent to you
15   that Robert first drafted his rules in 1867.  Do you have
16   any reason to disagree with that?
17   A.            I wasn't around at that time.
18   Q.            I didn't mean to imply that.
19   A.            Okay.
20   Q.            The rules have had a few editions over the
21   years.  Do you understand that?
22   A.            Sure.  Everything changes over time;
23   you're right.
24   Q.            Okay.  What is the presiding officer's
25   primary responsibilities under the Robert's Rules of
```

1   Order?

2   A.          They're to run the meeting, basically.

3   Q.          Okay.

4   A.          Try to keep the meeting under control.

5   Q.          Okay.  When you were at meetings, did you

6   always have a copy of Robert's Rules of Order on hand?

7   A.          There was a copy there, yes.  My copy was

8   always there, yes.

9   Q.          Was it a cheat sheet or was it the full

10  book?

11  A.          It was the book.  It's probably still

12  sitting there.  I didn't take it.

13  Q.          Under Robert's Rules of Order, do you have

14  to create an agenda?

15  A.          We do have an agenda for every meeting,

16  correct.

17  Q.          Okay.  And is the agenda voted on in the

18  beginning of the meeting?

19  A.          What do you mean by voted on?

20  Q.          Well, when you began a meeting, did you vote

21  to approve the agenda at the beginning of the meeting?

22  A.          Yes.  We always approved the agenda,

23  correct.

24  Q.          Okay.  Because my understanding, the general

25  Robert's Rules of Order, you start the meeting, correct?

```
 1   A.           Correct.

 2   Q.           Kind of open it up?

 3   A.           Correct.

 4   Q.           Most local governments say the pledge at

 5   that point in time, correct?

 6   A.           And we say a prayer.

 7   Q.           Okay.  And after you're done with the pledge

 8   and the player, typically speaking, the first order of

 9   business is to approve the agenda, correct?

10   A.           Correct.  I think that's --

11   Q.           So someone calls a motion and there's a

12   second, you vote to approve the agenda?

13   A.           Correct.

14   Q.           And the third order of business -- I guess

15   kind of fourth is to vote on the meeting minutes from the

16   previous meeting, typically, correct?

17   A.           Somewhere in there, yes.

18   Q.           Right.  And then more often than not

19   government gets into legislation and discussions at that

20   point, correct?

21   A.           At times, yes.

22   Q.           Sometimes there might be committee reports

23   before that, but typically speaking, it's either committee

24   reports and then you get into legislation?

25   A.           Yes.  There was some confusion.  One of
```

1    the commissioners decided the meeting -- the public

2    should be able to speak at the beginning and you should

3    be able to do some things at the beginning, so we went

4    along with it at times.

5    Q.            Okay.  So sometimes you have public

6    discussion at the beginning?

7    A.            Correct.  We did have some at the

8    beginning, correct.

9    Q.            Okay.  I've seen a lot of governments do

10   that, so -- but after legislation, generally speaking, you

11   might get into public participation at that point in time,

12   correct?

13   A.            Correct.

14   Q.            And then often it's old business?

15   A.            Right.  And there were times when we would

16   have special reports that we would read at the

17   beginning, sometimes we read them at the end.

18   Q.            Okay.

19   A.            It varied.

20   Q.            After old business tends to get into new

21   business, correct?

22   A.            Correct.

23   Q.            And then typically speaking most governments

24   start to adjourn at that point in time.  Do you agree to

25   that?

1    A.          When it's all over and we give the public

2    the opportunity to speak, we adjourn the meeting,

3    correct.

4    Q.          Okay.  So are you aware that Robert's Rules

5    of Order require any amendments to the agenda to be made

6    by motion and vote?

7    A.          Correct.

8    Q.          You would agree to that.  Do you agree that

9    Robert's Rules of order require the Chair to follow the

10   agenda?

11   A.          We always follow the agenda.

12   Q.          So you agree with that statement, that

13   Robert's Rules require you to do that as the Chair?

14   A.          Correct.

15   Q.          And if someone wants to amend the agenda

16   under Robert's Rules of Order, you understand there needs

17   to be a motion and vote to do that?

18   A.          If two commissioners agree, you can make

19   that change.

20   Q.          Okay.  But someone needs to make a motion to

21   amend --

22   A.          Someone can make a motion.

23   Q.          And when they make a motion to amend the

24   agenda, there can be a discussion about whether or not to

25   do that and then ultimately a second and a vote, correct?

```
 1   A.            Correct.

 2   Q.            Okay.  Are you familiar with the different

 3   types of motions under Robert's Rules of Order?

 4   A.            I'm assuming I am.

 5   Q.            Okay.  How about -- let's find out.

 6   A.            Okay.

 7   Q.            So are you aware that there's a difference

 8   between a subsidiary and a privileged motion, for

 9   instance?

10   A.            Okay.

11   Q.            Well, you're saying okay.

12   A.            What's the difference?

13   Q.            Well, I'm asking you.  Are you familiar with

14   the difference?

15   A.            Not -- you explain it, and I'll tell you

16   whether I'm familiar with it or not.

17   Q.            Okay.  I'll try to do that.

18   A.            Okay.

19   Q.            I mean, generally speaking, I'm here to ask

20   questions, not really kind of answer them, but how about I

21   try to get it through a series of questions.

22   A.            You said at the beginning that if I didn't

23   understand it fully what you're saying that you would

24   explain that.

25   Q.            Okay.  Fair enough.  What does point of
```

1  order mean, to your understanding?

2  A.          Point of order, stay on track.

3  Q.          Okay.  What does an order of the day motion

4  mean to you?

5  A.          Order of the day?

6  Q.          Yes.

7  A.          I have no idea.

8  Q.          Okay.

9  A.          What are you saying?

10 Q.          All right.  Well, are you aware that when

11 someone makes a motion or brings up that the agenda's

12 being deviated from that they're making an order of the

13 day motion?

14 A.          Oh, yes, that I understand, sure.

15 Q.          Okay.  Do you understand that that is

16 actually considered to be a privileged motion under

17 Robert's Rules of Order?

18 A.          It's a privileged to do that?

19 Q.          It's a privileged motion is what it's called

20 under section 18 of Robert's Rules of Order.

21 A.          Privileged motion has to be okayed by two

22 commissioners; is that correct?

23 Q.          Well, I'm going to ask you a few questions

24 to see if you know.  So if a member points out that the

25 order of the agenda is not being followed, do you

1    understand the process under Robert's Rules of Order at

2    that point in time?

3    A.          We follow the agenda every meeting that I

4    was at.

5    Q.          Okay.  But if someone deviated from the

6    agenda and one of the members feels like there's a

7    deviation from the agenda and he or she brings that to

8    your attention, are you aware of the process laid out

9    under section 18 of Robert's Rules of Order?

10   A.          You mean if a person changes the agenda?

11   Q.          Yes, if they deviate from it.

12   A.          If someone brings that up -- deviates from

13   the agenda and someone brings that out.

14   Q.          Uh-huh.

15   A.          There again, commissioners have to agree

16   on it.  This is a deviation.

17   Q.          You're saying that you think that if

18   someone -- a member of the board brings up that there's a

19   deviation from the agenda, the commissioners have to agree

20   on it.  Does that mean that you have to call a vote at

21   that point in time?

22   A.          That's not really what we do, right.

23   Q.          Okay.  So what your testimony is right now

24   is if the agenda's being deviated from and a member brings

25   that up that you're supposed to call a vote at that time?

```
 1   A.          Correct.

 2   Q.          Okay.

 3   A.          And we do or we did.  I don't do it

 4   anymore.

 5   Q.          That's fair enough.  I understand that

 6   you're no longer a commissioner and would like to enjoy

 7   retirement.

 8   A.          Right.

 9   Q.          Me too someday.  So are you aware that under

10   section 18 of Robert's Rules of Order that if a member

11   feels the agenda is being deviated from, he or she is

12   allowed to interrupt the speaker?

13   A.          Interrupt the speaker?

14   Q.          Yes.

15   A.          If I'm speaking, she could just -- he or

16   she can just interrupt me?  Is that what you're saying?

17   Q.          Well, I'm asking if that's your

18   understanding of section 18 of Robert's Rules of Order.

19   A.          What do you mean by interrupt the speaker?

20   Q.          Well, my question is, if someone's speaking

21   and they're speaking about a matter that's not currently

22   on the agenda --

23   A.          Right.

24   Q.          -- whether or not an order of the day

25   objection gives them the ability to interrupt that speaker
```

1  and immediately call a question?

2  A.          In a proper way.

3  Q.          Okay.  Do you understand that that is a

4  privilege motion under section 18?

5  A.          Okay.  That's fine.

6  Q.          Is that a yes?

7  A.          I don't recall section 18, so --

8  Q.          As a Chair -- when you were the Chair --

9  A.          Correct.

10  Q.          -- we'll be clear about that.  You're no

11  longer the Chair.

12  A.          No, I'm not.

13  Q.          You're just sitting in one now, but it's not

14  the Chair?

15  A.          That's true.  It's a pretty comfortable

16  chair.

17  Q.          That's good.  But you understand that when

18  you're Chairing a meeting that once upon a time, I guess

19  this is probably more of a statement than a thing that

20  part of Robert's Rules of Order actually kind of outdated,

21  but somewhat required somewhat of an elevated chair.  Do

22  you know that?

23  A.          Okay.

24  Q.          Obviously we don't really do that anymore,

25  correct?

```
1   A.          Correct.

2   Q.          Tends to be that most meetings kind of have

3   their leaders little bit elevated behind kind of a

4   platform, right?

5   A.          Okay.

6   Q.          So having said that, though, sometimes as a

7   Chair you would participate in debates, correct?

8   A.          As a commissioner, I would participate in

9   the debates, whether I'm the Chair or not the Chair.

10  Q.          Correct.  So sometimes you would involve

11  yourself in debate and deliberation, correct?

12  A.          If it was necessary.

13  Q.          Okay.  Do you agree that Robert's Rules of

14  Order require you to relinquish control of the Chair when

15  you enter into the debate?

16  A.          Yes, I do, and it was a tough job over the

17  last couple of years.

18  Q.          Okay.  So you would agree when actually

19  you're the one that initiates a debate about a particular

20  topic, you're not really supposed to necessarily be

21  deciding the order of the day at that point, correct?

22  A.          What do you mean, deciding the order of

23  the day?

24  Q.          Well, if I were to represent to you that

25  section 4329 of Robert's Rules of Order kind of talks
```

1  about when the Chair is engaged in debate, it would not

2  seem impartial for him to continue to moderate that

3  debate; would you agree with that?

4  A.          What do you mean by moderate?  You mean

5  control that debate?

6  Q.          Correct.

7  A.          Well, the Chair's supposed to control the

8  meeting.

9  Q.          Well, but according to Robert's Rules of

10  Order, you would disagree when you're the one engaged in

11  debate, that's no longer the case.  You're supposed to

12  relinquish your Chair?

13          MS. SUDHOFF:  Objection.  You may answer.

14  A.          Yeah, I don't understand what you're

15  saying.  I give up my Chairship for that period of time?

16  Is that what you're saying?

17  Q.          Well, that's my understanding.  Is that not

18  your understanding?

19  A.          That, I don't know.

20  Q.          If you don't know, that's your answer.  Do

21  you consider it to be your responsibility of Chair to be

22  completely familiar with Robert's Rules of Order?

23  A.          Well, we followed Robert's Rules of Order

24  for 16 years.  I didn't go read that book every day to

25  make sure that I was following Robert's Rules of Order.

1    Q.          Okay.  So you do -- basically your testimony

2    is there's some parts of Robert's Rules of Order that

3    you're not familiar with, then?

4    A.          I'm sure most people aren't familiar with

5    some of Robert's Rules of Order.

6    Q.          Okay.  But you incorporated them as your

7    official rules of decorum in January of 2022, correct?

8    A.          Yes, we did.

9    Q.          Okay.  So you would agree that in the year

10   2022 when you engaged in debate, you did not relinquish

11   your control over the meeting, correct?

12   A.          You're saying that I decided that I no

13   longer was in charge of the meeting?  Is that what

14   you're saying?

15   Q.          Correct.

16   A.          I don't know.

17   Q.          Okay.  Would you agree with this statement,

18   that a Chair of a meeting is in charge of fairly

19   moderating the debate and people's ability to speak during

20   the meeting?

21   A.          We try -- I, as the Chairperson, gave

22   everybody the ability to speak and finish speaking as

23   long as there weren't -- but you can't control the

24   humans who are there who decide to stop the ability to

25   make sure the meeting's under control.

| | | |
|---|---|---|
| 1 | Q. | Uh-huh.  So do you ever interrupt anybody in |
| 2 | a debate when you were speaking at that time? | |
| 3 | A. | Did I ever interrupt someone? |
| 4 | Q. | Uh-huh. |
| 5 | A. | I don't recall that. |
| 6 | Q. | So you don't think when someone was trying |
| 7 | to express their viewpoints that were disagreeable to you, | |
| 8 | you don't think you ever interrupted them at that time? | |
| 9 | A. | I don't recall interrupting anyone.  If I |
| 10 | did, I can't -- that was nine months ago. | |
| 11 | Q. | Okay.  So you don't recall, because I'm just |
| 12 | going to ask, because there's a difference between saying | |
| 13 | I don't remember and no.  Would you agree with that? | |
| 14 | A. | There's a difference between saying I |
| 15 | don't remember -- | |
| 16 | Q. | Yes. |
| 17 | A. | Well, if I don't remember -- |
| 18 | Q. | Okay. |
| 19 | A. | I don't understand what you're saying. |
| 20 | Q. | That's fine. |
| 21 | A. | I have a question for you.  Do you |
| 22 | remember something that happened at one of your meetings | |
| 23 | nine months ago? | |
| 24 | Q. | Do I? |
| 25 | A. | Everything? |

1   Q.          Do I?  I remember some things.

2   A.          Okay.  Do you remember them all?

3   Q.          I don't know.  If someone asked me specific

4   questions, I would have to figure it out.

5   A.          Okay.  I'm in the same boat as you.

6   Q.          I happen to have a copy of Robert's Rules of

7   Order on me.

8   A.          Okay.

9   Q.          And this is the 12th Edition, which was the

10  current version of Robert's Rules of Order as of January

11  2022.  Do you have any reason to disagree with that?

12  A.          I didn't read that book.

13  Q.          Okay.  Well, I will tell you that it was

14  released in 2020, and it is still the current version

15  today, and it was also the current version of 2022, and I

16  got on their website to verify that.  Do you have any

17  reason to disagree?

18  A.          If that's what you say, then it must --

19  Q.          I appreciate your deference, right.  So

20  under 4329, the heading is rule against Chair's

21  participation in debate.  Have you ever read this?

22  A.          No, I don't remember reading that

23  particular thing.

24  Q.          Okay.  Well, I'm going to read it out loud

25  to you.  If the presiding officer is a member of the

1    society, he has, as an individual, the same rights in

2    debate as any other member, but the impartiality required

3    of the Chair in an assembly precludes his exercising these

4    rights while he is presiding.

5    A.          Okay.  So you're saying once that happens,

6    I'm no longer the Chair and all three commissioners have

7    the right to speak?  Is that what you're saying?

8    Q.          Well, Robert continues.

9    A.          Okay.  If Robert says that, evidently

10   that's what it has to be.

11   Q.          So normally, especially in a large body,

12   which yours was not, you should have nothing to say on the

13   merits of pending questions.  Have you ever read that?

14   A.          I don't recall that.

15   Q.          On certain occasions, which would be

16   extremely rare, the presiding officers may believe that a

17   crucial factor relating to such a question has been

18   overlooked and that his obligation as a member to call

19   attention to the point outweighs his duty to preside at

20   the time.  To participate in debate, he must relinquish

21   the Chair and in such a case he turns the Chair over.

22   Have you ever read that?

23            MS. SUDHOFF:  I'm going to object.  He

24   already stated he is not familiar with 4329.

25   A.          No.

```
 1              MR. MILLER-NOVAK:  Well, I'm going to
 2   object to talking objections.
 3   A.          Do you think I spent my whole career
 4   reading that book?
 5              MR. BETRAS:  Excuse me one second.  Niki
 6   just texted me and said she can't get in, so let me --
 7              MS. SUDHOFF:  Go off the record.
 8              MR. MILLER-NOVAK:  Yeah, please.
 9                 (Off the record.)
10   Q.          We were partially through this moment before
11   we took our break.  So we were partially through 4329.  I
12   want to go to the next beginning paragraph.  It says the
13   presiding officer who relinquished the Chair then may not
14   return to it until the pending main question has been
15   disposed of since he has shown himself to be a partisan as
16   far as that particular matter is concerned.  Indeed,
17   unless a presiding officer is extremely sparing in leaving
18   the Chair to take part in debate, he may destroy members'
19   confidence in the impartiality of his approach to the task
20   of presiding.
21   A.          I didn't read that book of Robert's Rules
22   of Order.  The book I have at work is about this thick.
23   Q.          Okay.
24   A.          It explained Robert's Rules, what we used
25   at the time, basically.
```

```
 1   Q.            Well, it doesn't --

 2   A.            You're reading all of these -- I'm not

 3   aware of all this stuff.

 4   Q.            Well, I'm going to suggest -- so are you

 5   saying what Robert's Rules of Order holds out as Robert's

 6   Rules of Order, which is this book, is not Robert's Rules

 7   of Order?

 8   A.            Is it that book -- or the book that I had

 9   at work?

10   Q.            Well, I don't know what you have at work.

11   A.            The one I had at work was -- it basically

12   explained Robert's Rules of Order as we were supposed to

13   follow.  It wasn't that thick.

14   Q.            Well, I read your resolution in 2022, and it

15   doesn't actually say that you were supposed to follow a

16   smaller Robert's Rules of Order.  You incorporate Robert's

17   Rules of Order, correct?

18   A.            And was that book not Robert's Rules of

19   Order?

20   Q.            Well, these are the complete Robert's Rules

21   of Order.

22   A.            I used what I was given, and that was it.

23   Q.            Who gave it to you?

24   A.            I don't recall.  That particular thing

25   that we had at work -- I have a book at home on it, it's
```

1    not that thick, and it's not that -- so I don't recall

2    all the things that you're talking about, to be honest

3    with you.

4    Q.         Okay.  But you were the Chair.  Your board

5    incorporated Robert's Rules of Order as the rules of

6    decorum, and it was your job as the Chair to know those

7    rules.

8    A.         I knew every rule that I thought I had to

9    know.

10    Q.         Okay.  Well, I'm going to go ahead and pull

11    up the website, and I guess we can just view it together.

12    Did you have the in brief version?

13    A.         No.

14    Q.         Okay.  So this is Robert's Rules official

15    website, and this is the official book.  Do you see that?

16    A.         I'm happy to see that now.

17    Q.         And that's the official book since 2020; do

18    you understand that?

19    A.         I wasn't given that book in 2020.

20    Q.         Would you agree that this looks like the

21    book that I'm holding?

22    A.         It looks like it, yes.

23    Q.         Okay.

24    A.         So you expected me to read that entire

25    book and forget about my job that required an awful lot

1    of work and concentrate just on Robert's Rules of Order?

2    Q.          Well, I'm going to represent to you, I don't

3    necessarily expect anything.  What I understand and what

4    you told me as well as what Mauro told me is that in

5    January of 2022 you incorporated Robert's Rules of Order,

6    correct?

7    A.          We did incorporate Robert's Rules of

8    Order.

9    Q.          Okay.  And I'll represent to you that one of

10    the rules of Robert's Rules of Order is that the Chair is

11    supposed to familiarize himself with Robert's Rules of

12    Order?

13    A.          I did with the book that I had.

14    Q.          Okay.  But that's not the book that's

15    Roberts Rules of Order, is it?

16    A.          Well, if someone would have given me that

17    book, I probably would have read it.

18    Q.          Well, you were the Chair at the time,

19    correct?  So you don't think it was your job as Chair --

20    A.          Do you think that's --

21    Q.          Let me finish my question, please.

22    A.          Go ahead.

23    Q.          You don't think that it was your Chair [sic]

24    at the time after your board incorporated Robert's Rules

25    of Order to get the book that's called Robert's Rules of

1   Order and make sure it's the official book?

2   A.          Do you think that's the only job a

3   commissioner has?

4   Q.          I didn't say that.

5   A.          The commissioner's job is a very demanding

6   job to go to work every day, answer all the phone calls,

7   take care of the citizens of Trumbull County.  Robert

8   might have some rules, but those rules don't do anything

9   as far as running the county.

10  Q.          Okay.  But it has everything to do with

11  running the meeting, doesn't it?

12  A.          Not necessarily.

13  Q.          Okay.  So you think when you incorporate

14  Robert's Rules of Order --

15  A.          I did.

16  Q.          Let me finish my question.  You think when

17  you incorporate Robert's Rules of Order to run a meeting,

18  you, as a presiding officer, have no responsibility to

19  obtain a copy of Robert's Rules of Order and learn them?

20  A.          I had the copy that I was given, and I

21  used it.

22  Q.          Okay.  Well, would you agree that it appears

23  that that copy was not actually Robert's Rules of Order?

24  A.          You're saying that.

25  Q.          Well, then provide me a copy.  Do you have a

1   copy of what you used?

2   A.          I can take that book to every county in

3   Trumbull County and every county, and I bet you none of

4   the commissioners have read that book.  You want to bet

5   on that one?

6   Q.          Do I want to bet on that?

7   A.          You believe that every one of these

8   commissioners have read that book?

9   Q.          Do I believe it?  I'm asking you whether or

10  not you got this book.

11  A.          I did not read that entire book.  I read

12  the book that I had.

13  Q.          You didn't even get this book, did you?

14  A.          Pardon me?

15  Q.          You didn't even get this book, did you?

16  A.          No.

17  Q.          You never got on this website and looked at

18  Robert's Rules of Order?

19  A.          I never realized that book existed.  I had

20  the book of Robert's Rules that I followed.

21  Q.          Okay.  But this is Robert's Rules of Order.

22  A.          If you say so, yes.

23  Q.          Okay.  Earlier you said you had a copy of

24  Robert's Rules of Order, the entire copy on hand at

25  meetings.

1    A.                I did have a copy sitting on my left side

2    at every meeting.  It's not that book.

3    Q.                So would you agree sometimes during meetings

4    that while you were the presiding chair that Mauro

5    Cantalamessa would interrupt Niki Frenchko sometimes while

6    she was speaking?

7    A.                Niki Frenchko interrupted many people

8    every meeting, and if Mauro would have interrupted her,

9    I don't recall all that stuff.

10   Q.                Okay.

11   A.                Our job at that meeting is to get the

12   agenda completed so our departments can follow through

13   with their job.

14   Q.                Okay.  So you're saying your primary duty

15   was to make sure the agenda was followed and completed?

16   A.                Correct.  That's what it's all about.  We

17   have sanitary sewer departments; in a timely manner they

18   got to get these projects done.  If they don't, if

19   they're interrupted and we don't get it passed, the cost

20   of those projects go up every time.

21       Job and family services, all of these departments

22   are the same.  Things have to be done in a timely

23   manner.  It's not about arguing about things.  It's

24   about accomplishing things.  That's what government's

25   about.

```
 1   Q.              So you remember Niki interrupting people
 2   sometimes?
 3   A.              Constantly, every meeting.
 4   Q.              Okay.  And you don't remember Mauro or
 5   yourself interrupting people?
 6   A.              I don't remember.  I may have spoken up
 7   for something because I was trying to run a meeting.
 8   Q.              You don't remember Mauro ever --
 9   A.              I had to use a gavel once in a while.
10   Nothing worked, though, because one person kept speaking
11   all the time.
12   Q.              You don't remember Mauro interrupting
13   people?
14   A.              He might have interrupted people.  I don't
15   know.  I can't recall everything that happened.
16   Q.              Okay.  Well, you seem to have a pretty clear
17   memory regarding Niki interrupting people, correct?
18   A.              She interrupted every meeting for two
19   years.
20   Q.              Okay.  And you're saying that Mauro didn't
21   interrupt people in meetings?
22   A.              They, at times, overspoke each other.  I
23   don't -- I don't remember all of that stuff.  Running a
24   county is more than a meeting; do you understand that?
25   That meeting is just to pass legislation so we can do
```

```
 1    the county business.  That is a very demanding job.

 2    People go in there every day.  People call every day.

 3    They need help every day.  The departments need help.

 4    You have to be able to run hundreds of millions of

 5    dollars of business.  That's what a commissioner's job

 6    is.  It's a full-time job, if done correctly.

 7    Q.            Okay.  I appreciate that, but I'm not asking

 8    about everything a commissioner does and every single

 9    aspect of their job.  I'm asking about your conduct of a

10    meeting.  Do you understand that?

11    A.            My conduct of a meeting was the same thing

12    for 16 years.  These last two years were abnormal.  Most

13    of the time we did business at the workshops, I did

14    business with each department head, we were able to make

15    an awful lot of progress.

16    Q.            Uh-huh.

17    A.            The progress stopped two years ago when

18    these meetings lasted -- you took two days at the

19    beginning with -- workers were sitting in meetings, a

20    workshop and a meeting, two full days almost, four

21    hours, six hours a day.

22    Q.            And your belief is that Niki Frenchko

23    argued?

24    A.            All the time.

25    Q.            And you were an active participant in those
```

1    arguments?

2    A.         Pardon me?

3    Q.         You were an active participant in those

4    arguments?

5    A.         I had to try to control the meeting, and

6    if someone wasn't under control, what can I do?

7    Q.         So your testimony is now that you were only

8    a participant to try to control the meeting; it wasn't you

9    arguing?

10    A.         If there are people arguing, everybody's

11    arguing.

12    Q.         Right.  It's a back-and-forward

13    relationship, correct?

14    A.         More than likely.

15    Q.         So you participated in fierce debates

16    yourself?

17    A.         I've had to try to get the meeting in

18    order, yes.

19    Q.         Okay.  So you tried to get the meeting in

20    order sometimes by calling Niki a liar, correct?

21    A.         I don't remember calling her a liar.

22    Q.         Okay.  You don't remember ever calling Niki

23    Frenchko a liar?

24    A.         That, I don't remember.

25    Q.         Okay.  All right.  And you don't ever

```
 1    remember doing things like calling for investigations of

 2    her during a meeting?

 3    A.           Investigations?

 4    Q.           Yes.

 5    A.           I don't recall any of that stuff.

 6    Q.           Okay.  So you think when you're maybe

 7    slamming a gavel or shouting that she believed -- she

 8    should be investigated that that's keeping order of a

 9    meeting?

10    A.           When I slammed the gavel, it was trying

11    the last resort to get the meeting under control.  It

12    didn't work.

13    Q.           So when you --

14    A.           But I didn't break down the walls of the

15    chairs in front of me, and Ms. Frenchko did that.

16    Q.           That happened after you were even there,

17    right?

18    A.           What's the difference?

19    Q.           Well, because we're not talking about at the

20    time you weren't there.  I'm asking you right now, when

21    you hit the gavel --

22    A.           That was -- the gavel was given to me --

23    we used the gavel to control the meeting.

24    Unfortunately, it didn't work.

25    Q.           So when you hit the gavel and you start
```

1    making accusations against Ms. Frenchko, do you think

2    that's an effective tool to control the order of the

3    meeting?

4    A.          I don't remember accusations against

5    anybody.  I do know that Ms. Frenchko made many

6    accusations against me and the other commissioners and

7    many people.

8    Q.          You remember that, so you don't remember

9    making accusations against her?

10   A.          I don't recall anything that I did.

11   Q.          You don't remember criticizing her conduct

12   as a commissioner during meetings?

13   A.          Well, if you're not running the meeting --

14   I don't recall all that stuff.

15   Q.          Okay.

16   A.          That was nine months ago or two years ago,

17   two and a half.

18   Q.          You remember all of her conduct from nine

19   months ago, though, correct?

20   A.          Pardon me?

21   Q.          You remember her conduct from nine months

22   ago, correct?

23   A.          It hasn't changed in two years.

24   Q.          Okay.  I'm going to play a video.

25               MR. MILLER-NOVAK:  You can just do

 1    recording.

 2    Q.              So I'm going to play a small segment of a

 3    meeting on May 18th, 2022, and let's discuss how you

 4    maintain order.

 5                    (Recording being played.)

 6    A.              Okay.  So Ms. Frenchko started the meeting

 7    without starting the agenda; is that what you're saying?

 8    Q.              Well, what I'm saying is you hit the

 9    gavel --

10    A.              Yes, I did.

11    Q.              -- and you called for an investigation into

12    her, correct?

13    A.              Well, she was doing many things that were

14    wrong at the time.

15    Q.              And you told her that she basically doesn't

16    know how to do her job, correct?

17    A.              I don't recall what I told her there, but

18    I was trying to control the meeting, get the meeting

19    started.  Our meetings were going -- we had a meeting

20    that was six hours long.  Are you aware of that?

21    Q.              Well --

22    A.              And she made --

23    Q.              -- that's not what I asked.

24    A.              Well, I'm telling you --

25    Q.              Okay.

```
 1   A.            -- she made rules constantly, and two

 2   months later she changed those rules and said, you guys

 3   had these rules.  They were her rules, the rules that

 4   she made up.  She made things up every -- every meeting

 5   was something new that she made up.

 6   Q.            Okay.  I am asking about a very specific

 7   circumstance right here, and I'm going to ask you to

 8   answer my question.  And the question I asked was, right

 9   there you admit that you hit the gavel --

10   A.            Yes, I did.

11   Q.            -- and you started criticizing her, correct?

12   A.            I was telling her basically what she was

13   doing wrong, correct.

14   Q.            Okay.  And you said that she needed to be

15   investigated, correct?

16   A.            Well, she said that everybody else had to

17   be investigated, and my comment was maybe you have to be

18   investigated also.

19   Q.            Okay.  And you told her that she doesn't

20   even know how to do the job, correct?

21   A.            Well, the way that I know the job going to

22   work every day was doing the job, meeting with

23   departments, not telling department heads they didn't

24   know how to do the job.  She told the auditor, you don't

25   know how to do your job, had two awards every year for
```

```
1    the entire time he was there.  She knew more than him.

2    Q.          So, in other words --

3    A.          Same thing with health department and

4    everybody else.

5    Q.          The issue is, you believe she was wrong with

6    what she was saying?

7    A.          Evidently.

8    Q.          And you thought what she was saying was

9    inappropriate?

10   A.          At the time I must have.

11   Q.          And you didn't like what she was saying

12   about employees?

13   A.          Evidently I didn't.

14   Q.          So you stopped her from finishing that

15   statement?

16   A.          I don't recall whether she finished the

17   statement or not.

18   Q.          Well, you just saw yourself slam the gavel,

19   right?

20   A.          We had to do that -- we had to do that

21   every meeting with her.

22   Q.          Right.  When she was --

23   A.          She never let anybody speak.  She never

24   let anybody finish a sentence.

25   Q.          Okay.  And you didn't let her finish her --
```

1  A.          Did you watch all the films of every

2  meeting?

3  Q.          I watched many videos.  I'm asking a

4  question about this video.  You did not let her finish

5  speaking.

6  A.          I don't exactly remember what happened

7  there.  That was a long time ago.  Must have been over a

8  year ago.

9  Q.          Okay.  But you seem to remember a lot about

10  Niki's conduct.  I'm asking you about yours right now, so

11  in that video when she was talking about employees and

12  asking for investigation into certain employee conduct,

13  you slammed your gavel and you wouldn't let her finish her

14  statement.

15  A.          That's because we were supposed to start a

16  meeting, and she chose to do that before we started the

17  meeting.  At that time we were supposed to have those

18  comments at the end of the meeting.

19  Q.          Okay.  So you think it's extremely important

20  to follow the order of business then?

21  A.          As much as we possibly can.

22  Q.          Okay.  So you think it's okay for yourself

23  to deviate from the order of business?

24  A.          The order was changed by Ms. Frenchko.

25  She decided we should have comments at the beginning of

1   the meeting.  You don't recall that.  You weren't there.

2   Q.          I'm asking about you.

3   A.          I'm telling you --

4   Q.          Okay.

5   A.          -- that she is the one who decided we

6   could -- should have comments at the beginning of the

7   meeting because some people weren't able to be there at

8   the end of the meeting, and I just followed exactly what

9   she said.  We tried to work with her.  We tried to do

10  things -- some of the things that she was asking for.

11  Q.          Do you think it's okay for you, Frank Fuda,

12  in the middle of a meeting to deviate from the agenda?

13  A.          We didn't deviate from the agenda.  What

14  meeting are you talking about?

15  Q.          At any meeting, do you think it's okay for a

16  Chair in the middle of the meeting to deviate from the

17  agenda?

18  A.          In the middle of a meeting?

19  Q.          In the middle of any meeting.

20  A.          I don't recall deviating in the middle of

21  any meeting.

22  Q.          Okay.  I want to talk about the meeting on

23  July 7th, 2022.

24  A.          Okay.

25  Q.          Do you recall that that's the meeting where

```
1   Ms. Frenchko was arrested?
2   A.          I'll tell you exactly what happened that
3   meeting.
4   Q.          Well, that's a simple yes or no question.
5   A.          I would like to explain what happened that
6   meeting.
7   Q.          I will give you every opportunity to do
8   that.  Right now I'm asking you, do you recall whether or
9   not that was the meeting that Niki Frenchko was arrested?
10  A.          I recall that meeting, yes.
11  Q.          Okay.  And she was arrested in that meeting,
12  correct?
13  A.          I believe -- I don't think she was
14  arrested in the meeting.  She might have been arrested
15  after the meeting.  She was taken out of the meeting.
16  Many people have been taken out of meetings.  They
17  weren't arrested.  They were taken out of the meeting
18  for disrupting the meeting.
19  Q.          Okay.
20  A.          She wasn't arrested at that meeting.
21  Q.          Let's talk about that, then.  You brought up
22  something.  So who was taken out of meetings in the past?
23  A.          I don't recall all those people that were
24  taken out of meetings.
25  Q.          Were they taken out of meetings by the
```

```
1    deputies?

2    A.          They were taken out of the meetings by

3    deputies.

4    Q.          And none of them in the past were ever

5    arrested?

6    A.          That, I don't know.

7    Q.          Okay.  Do you ever specifically recall

8    anybody that was removed from a meeting being arrested?

9    A.          I don't remember any of those -- I don't

10   know who was arrested.  I don't believe anybody was

11   arrested after the meeting.  I don't know.

12   Q.          You recall people being removed --

13   A.          That's --

14   Q.          Let me finish.

15   A.          Let me finish.  The job of arresting

16   someone is the sheriff's job.  Each elected official has

17   a duty to do.  I have no authority over anything that

18   sheriff does.  The sheriff does his job.  I don't do it.

19   I don't tell him what to do.  The public are the people

20   who controls the elected officials.

21   Q.          And the sheriff has no authority over a

22   commissioner, then; would you agree with?

23   A.          That I totally agree with that.

24   Q.          And the sheriff also has no ability to force

25   a commissioner to follow his employment policies; would
```

1    you agree with that?

2    A.          What do you mean by follow his employment

3    policies?

4    Q.          Well, if a sheriff has a complaint

5    procedure, he has no ability to enforce a commissioner to

6    follow that, correct?

7    A.          I'm not sure what you're asking.  You're

8    saying the sheriff -- say that again.

9    Q.          I'm asking you, does the sheriff have an

10   authority to order a commissioner to follow his internal

11   procedures?

12   A.          The sheriff has to do his job as a

13   sheriff.  If someone's interrupting a meeting, that's up

14   to him.

15   Q.          Okay.

16   A.          It has nothing to do with the job of the

17   commissioner.  He's doing his job as the sheriff.

18   Q.          So it's your testimony right now that you,

19   as Chair of a meeting, have no ability to determine when

20   you believe someone is disturbing the meeting?

21   A.          That's not my duty really.

22   Q.          It's not your duty to determine whether or

23   not someone's disrupting a meeting?

24   A.          It's -- as Chairman, I try to keep the

25   meeting appropriately run without people just making

```
 1   things up or saying things that don't fit.
 2   Q.          Did you ever have Mauro ask for your
 3   permission before he spoke during meetings?
 4   A.          Did I ever what?
 5   Q.          Have Mauro Cantalamessa ask for your
 6   permission to speak before he speaks at a meeting?
 7   A.          I don't recall that.
 8   Q.          Okay.  So when commissioners speak during
 9   meetings, you don't ask them -- they're not required to
10   ask, Mr. Chair, may I have the floor?
11   A.          Nobody asked.
12   Q.          You never did that?
13   A.          No.
14   Q.          Okay.
15   A.          I think it's happened in the past, but I
16   don't recall when.
17   Q.          Okay.  So in two thousand --
18   A.          I was there 16 years.  Things change year
19   after year in those 16 years.
20   Q.          So in 2022, you did not require your other
21   commissioners to ask your permission to have the floor?
22   A.          In 2022?
23   Q.          Yes.
24   A.          The commissioners still have to follow a
25   procedure that we have for our meetings.
```

1    Q.              Well, the procedures are Robert's Rules of

2    Order, correct?

3    A.              But if we're doing the agenda, you

4    don't -- I don't understand exactly what you're saying.

5    Q.              Well, under Robert's Rules of Order, a

6    Chairman is supposed to require the rest of the board to

7    ask for permission before they speak, correct?

8    A.              I don't recall exactly what the rule is.

9    Q.              Okay.  So you don't know whether or not

10   Robert's Rules of Order require people to ask the

11   chairperson to speak before speaking?

12                   MS. SUDHOFF:  Objection.  You may answer.

13   A.              I don't have an answer for you.

14   Q.              Okay.  So if I was to represent the Robert's

15   Rules of Order do require that a Chair require that, would

16   you have any reason to disagree with that?

17                   MS. SUDHOFF:  Objection.

18   A.              Again, I had my book on Robert's Rules of

19   Order.  I don't know what that book is.  It's the one

20   that you say we passed, and I bet you every county in

21   the State of Ohio passed it and nobody knows everything

22   in that book.

23   Q.              Well --

24   A.              Want to bet on it?

25   Q.              Don't some counties actually create their

1    own rules of decorum?

2    A.            That, I don't know.

3    Q.            Well, not every county actually incorporates

4    Robert's Rules of Order for their official rules of

5    decorum, correct?

6    A.            I don't know what other counties do.

7    Q.            As commissioners, you have the power to

8    actually create your own rules of decorum, correct?

9    A.            Well, I had a Robert's Rules of Order that

10   I followed.

11   Q.            Okay.  Well, I read the 2022 January

12   organizational meeting minutes, and I'm going to tell you

13   that it says that you're incorporating Robert's Rules of

14   Order.  It does not say Frank's Robert's Rules of Order,

15   does it?

16   A.            I have no answer for you.

17   Q.            Okay.  So you think in 2022 when your

18   resolution says we're incorporating Robert's Rules of

19   Order as the official rules, you don't think that that

20   means the current Robert's Rules of Order?

21   A.            I had my set of Robert's Rules of Orders

22   that I followed, and that's what I did.

23   Q.            Okay.  Did your set of Robert's Rules of

24   Order require that the commissioners ask to speak to you

25   before speaking?

1    A.            I don't remember that being in that copy

2    of it.

3    Q.            Okay.  You don't remember one way or the

4    other?

5    A.            No.

6    Q.            Okay.  So you don't think it's pretty common

7    practice for public bodies to have a presiding officer and

8    for people to have to ask to speak before speaking?

9                  MR. YOSOWITZ:  Objection.  Go ahead.

10   A.            I have nothing to say about that.

11   Q.            When you were on a -- was it a city council

12   in the past?  Was it Niles; is that correct?

13   A.            Correct.

14   Q.            Did you have a presiding officer in Niles?

15   A.            We had a president of council.

16   Q.            And before you spoke at Niles, did you have

17   to ask for permission to speak before speaking?

18   A.            I don't believe we did.

19   Q.            Okay.  Did they follow Robert's Rules of

20   Order?

21   A.            I don't recall.  That was 17 years ago,

22   and Robert's Rules of Order were never brought up.

23   Q.            So just to be clear, you did not follow the

24   20th Edition Robert's Rules of Order when you were

25   presiding over the meetings in the year 2022?

```
 1                    MS. SUDHOFF:  Objection.
 2    A.              All I know is we ran a very successful
 3    county that was respected all over the state for 14
 4    years.  We made so much progress that people couldn't
 5    believe that we made that amount of progress, especially
 6    in the sanitary sewer and water departments.  And we did
 7    it by following what we followed.
 8    Q.              Well, let me ask you a question.  Since you
 9    didn't answer mine, I'll just ask another one.  So in
10    2022, you're saying that if you ask any of the people,
11    that they would tell me that you made great progress,
12    correct?  Is that a fair --
13    A.              We did a tremendous job.  The records are
14    there to speak for themselves.
15    Q.              Okay.
16    A.              The fact that we operated over the years
17    without the funding that we needed.  We didn't raise
18    taxes.  We didn't do anything.  We operated and we made
19    progress during the worst economic times.  We were very
20    successful and well respected at the committees in
21    Columbus.
22    Q.              So, but nonetheless, Niki Frenchko beat one
23    of those incumbents in the election, didn't she?
24    A.              She what?
25    Q.              She beat one of the incumbents in the
```

```
 1   election.
 2   A.           Yes.  I helped her.
 3   Q.           Okay.  So if the people were satisfied with
 4   what the incumbents had done, then she wouldn't have won
 5   her election, correct?
 6   A.           What did I tell you?  I helped her.
 7   Q.           I understand that.
 8   A.           Why did I help her?  We had one problem in
 9   the county, and I got rid of that problem.
10   Q.           Okay.
11   A.           And I thought I was going to fix it.
12   Q.           So but earlier you said everything was fine
13   until Niki Frenchko was elected.
14   A.           Everything was fine as far as the progress
15   we made.  It didn't mean that an elected official wasn't
16   contributing and wasn't causing concerns that I had.
17   And when I feel there's something not working in the
18   county, I try to respond.  I did what I thought was best
19   for Trumbull County at the time.
20   Q.           So I'm going to ask again.  So just to be
21   clear, you did not -- you did not preside over the
22   meetings according to Robert's Rules of Order?
23   A.           That, I don't know.
24   Q.           Okay.  You don't know?
25   A.           No.
```

1    Q.          Okay.

2    A.          I didn't read that book.

3    Q.          So in July of 2022, July 7th of 2022, you

4    had received -- actually, we'll just -- Exhibit 1, please.

5    A.          Thank you.  Yes, I did receive this.

6    Q.          So you received this on July 5th, 2022,

7    correct?

8    A.          Correct.

9    Q.          And you would agree that's two days before

10   the meeting on July 7th, 2022?

11   A.          Correct.

12   Q.          And you had already read this prior to

13   July 7th, 2022, correct?

14   A.          Correct.

15   Q.          Okay.  And this is -- this is directed to

16   Commissioner Fuda, Commissioner Cantalamessa and

17   Commissioner Frenchko, correct?

18   A.          Correct.

19   Q.          And this letter, I've read it, it does not

20   direct you to read it during a commissioner's meeting,

21   does it?

22   A.          I called the sheriff.  I received this

23   letter.  The sheriff and Ms. Frenchko -- the sheriff did

24   many things for Ms. Frenchko.  He was much closer to

25   Ms. Frenchko than he was to Frank Fuda.  Frank Fuda

1  worked with the previous sheriff.  We had meetings every

2  week with the auditor to make sure we were doing things

3  to make the county operate better.

4       Mr. Monroe was different.  He very seldom met with

5  me.  I know he did many favors for Ms. Frenchko.  He

6  did -- gave her a special parking, gave her several

7  things.  Did many investigations for her.  I didn't have

8  a relationship with this sheriff because he didn't -- he

9  didn't work as a group.

10       He gave this letter to me.  I got this letter.  I

11  called him, and I said, do you want me to read this at

12  the meeting.  That's something -- when we got letters of

13  this type, we did it for 16 years.  We would read these

14  letters at the meeting, and I did it.  I tried to.

15       And what happened in this particular meeting, a

16  couple of minutes into the meeting there was a phone

17  call, important phone call.  I went and took the phone

18  call.  My wife, who doesn't go to the doctor for any

19  reason, was at the doctor's office.  My wife -- I was

20  told that my wife was being transferred to Trumbull

21  Memorial Hospital.

22  Q.          Uh-huh.

23  A.          They said it would probably take a little

24  while, so I figured I'd come back and finish the

25  meeting.  I explained that when I got back in the

1    meeting.  I had an important phone call.  At the

2    meeting, I had the clerk read this because I was in no

3    condition -- my wife's life was most important to me at

4    that time, so I had the clerk try to read this letter.

5    And letters about me and other people were read over the

6    years many times.  Nothing different than what happened.

7         When the clerk started reading this letter,

8    Ms. Frenchko got up out of her seat and walked all the

9    way around in front of the clerk and kept screaming at

10   her, not allowing her to read the letter.  The lady

11   couldn't get anything out.  I felt bad for the clerk.

12   Is that the way you treat a worker?

13   Q.            Well, actually that's a good question.  So

14   you have never interrupted an employee when he's trying to

15   speak during a meeting?

16   A.            Ever interrupted an employer?

17   Q.            An employee.  Have you had an employee come

18   in to speak to commissioners and interrupt him?

19   A.            I don't remember what I did in 16 years.

20   Q.            I'm talking about in the year 2022.  At any

21   point in the year 2022 had maybe an employee come in to

22   criticize you during the meeting and you interrupted him?

23   A.            You give me that and I'll explain it to

24   you.

25   Q.            Okay.

```
1    A.            Who was the employee?

2    Q.            I think there was a person with a highway

3    department that came in.  He was trying to speak, and I

4    think I watched a video.  You interrupted him quite

5    frequently.

6    A.            Yes.  That was -- Mr. Papalas.

7    Q.            Yeah.  And you interrupted him a lot.

8    A.            And I explained to him -- he kept

9    making -- saying things, and I said it was about -- what

10   was it?  The highway engineer took -- and I said I don't

11   care how many times the highway engineer tells you

12   something that's not true.  If he says it once, it's not

13   true.  If he says it's twice, it's not true.  If he says

14   it five times.  And that's what he said, five times he

15   did this.  I just set him straight.  I wasn't stopping

16   him from speaking.

17   Q.            So when he's speaking and you start speaking

18   while he's speaking, that's not interrupting?

19   A.            You're allowed two minutes to speak.  I

20   gave him time to start speaking.  He spoke.  He

21   explained what he had to say, and I responded to what he

22   said.  I didn't cut him off.  I responded to what he

23   said.

24   Q.            Okay.  Let's watch it.

25   A.            I'll watch it.
```

| | | |
|---|---|---|
| 1 | Q. | Okay.  Because I'm going to represent to you |

1   Q.          Okay.  Because I'm going to represent to you

2   that the video I watched, you were cutting him off a lot

3   to the point where actually that gentleman looked at you

4   and said, you're interrupting me.  Do you recall that?

5   A.          I don't recall what Mr. Papalas said at

6   that time.

7   Q.          Okay.  So just, as a general rule, though,

8   if you interrupt people, like it's okay for you to

9   interrupt speakers when they're trying to talk?

10  A.          I don't understand what you're saying.

11  Let me see the film.

12  Q.          Okay.  We'll watch it.  That's fair.  We

13  might get another ad for Planet Fitness.  I don't know if

14  Facebook's trying to tell me something, but --

15              (Recording being played.)

16  A.          Hit full screen.

17              MR. BETRAS:  Full screen it.

18              MR. MILLER-NOVAK:  Thanks, guys.

19  Q.          It's not him.  All right.

20  A.          I can't hear anything he's saying.

21  Q.          So you didn't hear yourself interrupt him,

22  then?

23  A.          No.

24  Q.          Okay.  Well, if you can't hear it, then --

25              MR. BETRAS:  Want me to see if we can put

```
 1   it on the TV?
 2   A.            See, we actually -- I worked with the
 3   highway department every phone call -- every phone call
 4   for the -- I can't say -- many phone calls --
 5                     (Recording being played.)
 6   Q.            It's just sound.  Can you hear that?
 7   A.            Who is that?
 8   Q.            It's the county engineer, the highway county
 9   engineer, the same gentleman we just saw.
10   A.            He's not -- he's not the county engineer.
11   He's a worker for the county engineer.
12   Q.            Okay.  He's an employee of the county,
13   correct?  And he's speaking --
14   A.            Correct.  County engineer.
15   Q.            Can you hear this, though?
16   A.            Yeah.
17   Q.            Okay.
18                     (Recording being played.)
19   Q.            So he accused you of speaking mistruths
20   about the highway department, correct?
21   A.            And that's totally false.
22   Q.            Okay.  And you told him and you interrupted
23   him to tell him it was false, correct?
24   A.            Correct.
25   Q.            Okay.
```

1   A.            And I'll explain the highway department to

2   you.  What did he say?  The person called the

3   commissioner's office, and this happened constantly.

4   Q.            Mr. Fuda, I just want you to answer the

5   questions I'm asking.

6   A.            I want to speak.

7   Q.            How about this, we'll stipulate to the fact

8   that you believe that he was not telling the truth.

9   A.            I know he wasn't because I called -- I

10  called that -- I had to do that constantly for the

11  highway department, because I went to work every day.

12                MS. SUDHOFF:  Let's take a break.

13                MR. MILLER-NOVAK:  That's fair.

14                MS. SUDHOFF:  If that's all right.

15                MR. MILLER-NOVAK:  I understand.  That's

16  fine.

17                     (Off the record.)

18                  (Recording being played.)

19  Q.            So at that point right there, Ms. Frenchko

20  tried to ask him a question, and you yelled at her for not

21  letting people speak, correct?

22  A.            What happened at that point, which you

23  didn't show, I asked that same gentleman, I said, and

24  how many times have I called the highway department over

25  the years?  He said hundreds.  You know why?  Because

1  the people call the commissioner's office and they don't

2  know that we're not in charge of the highway department,

3  but instead of saying they can't get through to the

4  highway department, so I would call a member of the

5  highway department, and they would take care -- I would

6  go out with them, Mesopotamia, you name it, I went with

7  them.  And he knows that.

8  Q.          Well, that's not the question I asked.  I'm

9  just asking --

10  A.          I'm telling you, you show what you want to

11  show --

12  Q.        Yeah.

13  A.          -- but I never complained about those

14  people not doing that job.

15  Q.          I'm sure you're 100 percent correct.  That's

16  not the question I'm asking.

17  A.          I sent that to -- I sent that to them just

18  like I did every other time.  And he did admit that, but

19  his boss didn't want to hear that part.

20  Q.          Okay.  What I asked you specifically --

21  A.          Yes.

22  Q.          I'm going to ask it again.

23  A.          I didn't interrupt him.  I answered his

24  question.

25  Q.          Okay.  So --

```
 1    A.             If you notice, I said that's good.  Didn't
 2    know that.
 3    Q.             Are you going to let me finish my question?
 4    A.             Sure.  Go ahead.
 5    Q.             Okay.  So what I'm asking you is at that
 6    point Ms. Frenchko tried to ask him a question and you
 7    yelled at her for not letting people speak, didn't you?
 8    A.             Did I yell at her for not -- I don't
 9    remember that.
10    Q.             Well, we'll rewind it ten seconds, I guess.
11                   (Recording being played.)
12    Q.             So at that point in time she asked --
13    A.             She tried to interrupt us.
14    Q.             And --
15    A.             Did she not?  Did she not?
16    Q.             Yeah.  And the speaker actually corrected
17    you and said you're not letting him speak, didn't he?
18    A.             Which speaker?  The speaker?
19    Q.             Yes.
20    A.             I think he was embarrassed because he said
21    you did hundreds of projects with us, and that's not the
22    commissioner's job but I went out of my way for the
23    citizens of Trumbull County and made sure those projects
24    got done, and I never criticized these people for these
25    projects.  I just called and explained that these things
```

```
 1    had to be done.  So you can listen to whatever you want
 2    there.  I know what happened.
 3    Q.          Okay.  Well, we'll rewind it ten seconds
 4    again, and we'll keep doing this until you answer my
 5    question.
 6                    (Recording being played.)
 7    A.          She wasn't --
 8    Q.          Okay.
 9    A.          Did you hear her interrupt?  I want, I
10    want, I want.
11    Q.          Yeah, but how many times did you interrupt
12    him before that point?
13    A.          I said, you're right.  That's what I said.
14    Q.          You didn't ever disagree with him during
15    that whole entire exchange?
16    A.          We didn't have a disagreement.  I was
17    under -- I did get those phone calls, not my job to do
18    that.  I did it for 16 years with those highway
19    engineers.  This is a game that was being played, and
20    I'm not going to go into that stuff.  I know what the
21    situation is.
22    Q.          Okay.  We'll try it again, because that
23    wasn't my question.
24                    (Recording being played.)
25    Q.          So at that point in time when you yelled at
```

```
 1    her for interrupting him, that gentleman told you that you
 2    were not letting him speak, didn't he?
 3    A.              I let him say everything he had to say.
 4    Q.              Okay.  That's not the question.  He told
 5    you, you're not letting me speak, didn't he?
 6    A.              I listened to everything he said and I
 7    responded.
 8    Q.              Okay.  So is that a yes or a no?
 9    A.              I didn't stop him from speaking.  I
10    answered what he said.
11    Q.              Okay.
12    A.              But I'm not going --
13    Q.              What he said was you're not letting me
14    speak.  That's what he said in the recording, isn't it?
15    A.              No.  He said basically that I was accusing
16    him of things, and I wasn't accusing them of anything.
17    All I was telling him -- I told the people what I did
18    for 16 years, that I'm not part of the highway
19    department, but I'll get to a highway department person,
20    and we did that.  And he mentioned in there, you did
21    that hundreds of times.
22    Q.              Okay.  Are you refusing to answer my
23    question that I asked?
24    A.              I answered your question.
25    Q.              I really don't think you have.  It's a
```

```
 1   simple yes or no question.  At that point in the recording
 2   he said you are not letting me speak to you, didn't he?
 3   A.          He said that?
 4   Q.          Yes.
 5   A.          I don't remember that.
 6   Q.          Well, let's play it again.
 7   A.          I let him speak.
 8   Q.          Why don't you listen?
 9                 (Recording being played.)
10   A.          Who was that that said that?
11               MR. MILLER-NOVAK:  Do you want to take a
12   break, because your client needs to answer my questions.
13               MS. SUDHOFF:  Yep.  Let's step in the
14   other room real quick.
15   A.          So that was --
16   Q.          Talk to your counsel.  Don't talk to me.
17               MS. SUDHOFF:  Come on real quick.
18                   (Off the record.)
19   A.          Okay.  I understand.  I didn't realize --
20   I thought that was me saying what he said.  See, I have
21   this thing -- these hearing aids.  Sometimes the voices
22   are -- I thought I was saying -- I was saying that, to
23   be honest with you.
24   Q.          Okay.  So his name is Tom Klejka, correct?
25   A.          Yeah, I know Tom very well.
```

```
 1   Q.            So at that point he told you that you were
 2   interrupting him?
 3   A.            Evidently he did.  I didn't realize that
 4   was him speaking, to be honest with you.  He has -- I
 5   have this hearing problem as far as voices, and he has
 6   one of those squeaky voices.
 7   Q.            Okay.  We won't tell Tom you said that.
 8   A.            Okay.
 9   Q.            We'll just move on.
10   A.            Well, it's true.
11   Q.            All right.  Now I'm going to feel self
12   conscious about my voice, Frank.
13   A.            You have a stronger voice.
14   Q.            Thank you.
15   A.            You have a more masculine voice.
16   Q.            Thank you.
17   A.            I'm just telling you.
18   Q.            We won't tell Tom that either.
19   A.            You have a deep voice.  That's the truth.
20   Q.            Oh, man.  I'm going to thank you for my best
21   deposition moment ever.
22                 MR. BETRAS:  For the record, I don't think
23   you have a masculine voice.
24   A.            You just spoke with a deeper voice.  I
25   mean, it wasn't a squeaky voice.
```

1   Q.              Thank you so much.  Let's get back on track.

2   All right.

3   A.              All right.  Where we going next?

4   Q.              All right.  Let's do it.  All right.  So,

5   actually, we will go back for a second.  So would you

6   agree, generally, that while that gentleman was speaking

7   you were interjecting your thoughts and ideas?

8   A.              I was trying to answer what he was saying.

9   That's all.

10  Q.              Okay.

11  A.              We talked in this way for 16 years.

12  Q.              Okay.  You talked in that way -- when

13  speakers were talking, you would interject what your

14  thoughts were?

15  A.              Normally we didn't do this stuff in a

16  meeting.  Constantly, they would come into the office,

17  pick me up, but I don't want to get into it.  We could

18  go on for hours, if you want, about all the projects

19  that we did together.  And he was -- he did mention

20  that.

21  Q.              Okay.  So but you would agree that when he

22  was talking, you were interrupting him?

23  A.              I was answering what he was saying.

24  That's all.

25  Q.              Okay.  But he was in the middle of a

1  sentence sometimes when you were talking?

2  A.          That -- if that was the case, that was the

3  case.

4  Q.          Okay.  And you were not arrested in that

5  meeting, were you?

6  A.          What would I be arrested for?

7  Q.          Interrupting him.

8  A.          You mean anytime someone gets --

9  interrupts someone they should get arrested?

10  Q.          Do you think that?

11  A.          I don't know.  I don't know where you're

12  going, but that's -- let's move on.

13  Q.          So you're not going to answer that question?

14  A.          If someone interrupts in a manner that the

15  sheriff feels is a bad situation, I could understand him

16  doing his job.  We weren't in a -- we weren't in an

17  argument or I didn't try to stop him from speaking.  He

18  spoke.  I answered his speech.  That's all.

19  Q.          Okay.  So in other words, like, if an

20  interruption is positive, it's okay, but if an

21  interruption is negative, it's not?

22  A.          That's up to the sheriff to decide if

23  something's beyond what it should be.

24  Q.          Okay.

25  A.          Not up to the commissioners to decide

1   then.

2   Q.          So wouldn't you agree that -- so you're

3   saying it's up to the sheriff to decide whether or not

4   someone is disrupting the meeting, not the presiding

5   officer?

6   A.          That's up to the sheriff.  If he's going

7   to arrest someone, it's up to him to arrest someone.

8   Q.          Sheriff doesn't even have to be there, does

9   he?

10  A.          We had sheriff's officers there for a long

11  time because we did have some problems at the meetings.

12  Q.          Okay.  But the simple reality is is that

13  Robert's Rules of Order says the presiding officer's the

14  one to decide when someone's being disruptive, correct?

15  A.          I'm just telling you, whatever the sheriff

16  did, he did.

17  Q.          Okay.

18  A.          That was up to him to --

19  Q.          I'm not talking about that.  I am talking

20  about generally speaking, sheriffs don't even have to be

21  at a meeting, do they?

22  A.          Not necessarily.  We didn't always have

23  them at meetings.

24  Q.          Okay.  So how can it be a sheriff's

25  responsibility to decide what's disruptive when they don't

1    even need to be there?

2    A.          The sheriff had to make a decision -- that

3    wasn't up to me.

4    Q.          I'm not talking about the arrest at this

5    point in time.  What I am asking you is, it's not the

6    sheriff's job to run the meeting, correct?

7    A.          No, it's not his job.

8    Q.          He doesn't even have to be at the meeting,

9    correct?

10   A.          No, he doesn't have to be at the meeting.

11   The sheriff wasn't at the meeting.  His officers were at

12   the meeting.

13   Q.          Okay.  I'm talking about any meeting.

14   Deputies don't have to be at a meeting, correct?

15   A.          They don't have to be, no.

16   Q.          Deputies don't have to decide what is

17   disruptive and what is not at every meeting?

18   A.          You go to other communities, you're going

19   to get same thing.  Sometimes you have officers there if

20   there's a lot of problems going on.

21   Q.          Okay.

22   A.          Okay.

23   Q.          If I were to represent to you that I've seen

24   plenty of meetings without sheriffs or deputies present,

25   would you have any reason to disagree with that?

```
 1              MR. YOSOWITZ:  Objection.
 2   A.         We didn't always have sheriff officers at
 3   our meetings.
 4   Q.         Okay.  So --
 5   A.         They don't have to be there, no.
 6   Q.         Okay.
 7   A.         I didn't tell him he had to be there.
 8   Q.         So why were they there on July 7th, 2022?
 9   A.         Did you ask the sheriff?
10   Q.         Not yet.  I'm asking you.
11   A.         I don't know why they were there.
12   Q.         Okay.  So did the sheriff know that you were
13   going to read his letter on --
14   A.         I asked the sheriff --
15   Q.         Let me finish the question, please.  Did the
16   sheriff know whether or not you were going to read the
17   letter on July 7th, 2022?
18   A.         And I'm going to answer that.  And I told
19   you this earlier.  I said I got this letter.  Oftentimes
20   in the 16 years we would get this type of letter, and I
21   asked the sheriff, do you want me to read this or have
22   this read; and he said, basically, he didn't mind.  So I
23   did it.  I did exactly what we did for 16 years.
24   Q.         Okay.  So the sheriff knew you were going to
25   read the letter on July 7th, 2022?
```

```
1    A.            I think he knew I was going to read the
2    letter.
3    Q.            And you knew you were going to read the
4    letter on July 7th, 2022, before the meeting?
5    A.            Yes, I did.  I brought the letter to the
6    meeting.  How would I bring it there if I didn't know I
7    was going to do it?
8    Q.            And it wasn't on the agenda at the beginning
9    of the meeting on July 7th, 2022, was it?
10   A.            Many things are not on the agenda.
11   Ms. Frenchko asked us to read things before the meeting
12   if they were important to read.
13   Q.            So it was not on the agenda at the beginning
14   of the meeting on July 7th, 2022?
15   A.            This is something that was -- a procedure
16   that was followed many times.  It just didn't happen
17   that day.
18   Q.            So that's a no, it was not on the agenda in
19   the beginning of the meeting?
20   A.            No, it wasn't on the agenda.  This isn't a
21   part -- this wasn't an agenda item, but we have these
22   type of things that we do do before the meeting, and
23   that was requested by Ms. Frenchko for us to do that
24   kind of stuff.
25   Q.            Okay.  It was requested by Ms. Frenchko to
```

```
 1    read that letter?
 2    A.              Not this letter.  She requested that we do
 3    things before the meeting sometimes, because some people
 4    couldn't --
 5    Q.              But that didn't occur.  It wasn't read
 6    before the meeting?
 7    A.              What's that?
 8    Q.              It wasn't read before the meeting; it was
 9    read during the meeting, correct?
10    A.              This was read -- I don't remember exactly
11    when it was read, to be honest with you.
12    Q.              Okay.  It was read somewhere during the
13    course of the meeting, correct?
14    A.              It was read, right.
15    Q.              Yeah.  At approximately about 40 minutes
16    into the meeting, correct?
17    A.              I don't recall, to be honest with you.
18    Q.              Okay.  And it wasn't on the agenda at that
19    point in time, correct?
20    A.              This letter was not part of the agenda.
21    Q.              Okay.  Did you call a motion to add it to
22    the agenda at that time?
23    A.              No, we did not add anything to the agenda.
24    We just read information that's given to us that we feel
25    is important for the public.
```

1   Q.          Okay.  So when it was being read,

2   Commissioner Frenchko objected to it being read at that

3   time, didn't she?

4   A.          I don't remember her objecting.  If she

5   objected -- Ms. Frenchko said a lot.  She said a lot,

6   you know.  I didn't know what she was saying.

7   Q.          So you don't know what she was saying?

8   A.          I don't know what she said, to be honest

9   with you.  Let me remind you, my wife -- a few minutes

10  into the meeting I got a phone call that they were

11  rushing her to the hospital.  I was at that hospital

12  until 3:00 in the morning.  She had two operations that

13  night.  My concern was my wife.

14  Q.          Okay.  But you were still presiding over the

15  meeting at the time -- and I feel bad that happened to

16  your wife, but you were still presiding over the meeting

17  at the time, correct?

18  A.          I stayed for the meeting because it was

19  going to take a little while to get her to Trumbull

20  Memorial Hospital, which is five minutes away from the

21  meeting.

22  Q.          If you felt it was an emergency, you could

23  have relinquished your Chair and left the meeting,

24  correct?

25  A.          Then nothing would have gotten done.

| 1 | Q. | Well, there would still have been a quorum |
| 2 | there, wouldn't there have? |
| 3 | A. | Did you follow the meetings over the year? |
| 4 | Q. | Well, what I understand -- |
| 5 | A. | Anyhow. |
| 6 | Q. | -- according to Robert's Rules -- |
| 7 | A. | Will you listen again? |
| 8 | Q. | Sure. |
| 9 | A. | Whatever you want to say, go ahead. |
| 10 | Q. | Okay.  I'll ask a question.  I don't really |
| 11 | want to say anything.  But a quorum for commissioners is |
| 12 | two out of three, correct? |
| 13 | A. | Correct. |
| 14 | Q. | So theoretically speaking, one commissioner |
| 15 | could not be there and a meeting can still continue, |
| 16 | correct? |
| 17 | A. | That's happened in the past. |
| 18 | Q. | Okay.  So you had two options when your wife |
| 19 | called.  You could have stayed there and you could have |
| 20 | presided over the meeting or you could have left, correct? |
| 21 | A. | And I was going to sit at the hospital by |
| 22 | myself to wait for the doctor to come down? |
| 23 | Q. | Correct.  So you continued to preside over |
| 24 | the meeting? |
| 25 | A. | To try to finish the meeting, correct. |

1    Q.          Okay.

2    A.          That's my job as a commissioner to do what

3    I can for the citizens of Trumbull County.

4    Q.          And when you chose to continue to preside

5    over the meeting, you still had the responsibility to

6    properly reside over the meeting, correct?

7    A.          I did.

8    Q.          Okay.  And that was the path you chose,

9    correct?

10   A.          Correct.

11   Q.          Okay.  So when the letter was being read by

12   Ms. Klotz, you don't recall whether or not Commissioner

13   Frenchko objected to that being read at that time because

14   it wasn't on the agenda?

15   A.          All I know is she got up -- and let me say

16   again, the -- these types of things that need to be read

17   have been done in the past many, many times.  I'm

18   following what we did in the past.  That's all I did.

19   Q.          Okay.

20   A.          I don't remember her objecting.  She

21   started objecting when the clerk started reading it.

22   What she was -- I have no idea.

23   Q.          Okay.  So when a commissioner makes an

24   objection to something that's occurring at a meeting,

25   isn't it your job, as the presiding officer, to ascertain

1    why she is objecting?

2    A.          I don't remember her objecting.  I

3    remember her getting out of her seat and going up in

4    front of Ms. Klotz and --

5    Q.          Well, because she was videotaping Ms. Klotz,

6    right?

7    A.          She videotaped everything.

8    Q.          Do you recall holding up a piece of paper at

9    the time so she couldn't -- she couldn't view Ms. Klotz

10   from her seat?

11   A.          I used to have to put a piece of paper in

12   front of her many times.

13   Q.          Right.  So you were obstructing her video

14   camera then, correct?

15   A.          Her what?

16   Q.          Her cell phone.  You were obstructing her

17   vision, then, correct?

18   A.          I just had a piece of paper there.

19   Q.          Okay.  So that's obstructing her video then,

20   correct?

21   A.          I have no idea.  I don't remember exactly

22   what I did at that time.  My main concern, I wanted to

23   get that meeting over, and I tried to be there for the

24   whole meeting so that we could.

25   Q.          So your main concern was getting the meeting

```
1    over?
2    A.              Getting the meeting completed so that we
3    get business taken care of.
4    Q.              Okay.  So in other words, you -- so you do
5    recall holding up a piece of paper?
6    A.              I don't recall whether I held up a
7    piece -- I know what that paper -- I'm just not even
8    going to get into that.
9    Q.              Okay.  What was on that paper?
10   A.              I don't remember.  I remember it's none --
11   it has nothing to do with any of this, though.
12   Q.              Right, because occasionally you used to take
13   photographs of the women's trash bin, correct?
14   A.          No.
15   Q.              So you're going to tell me under oath right
16   now you didn't occasionally hold up pictures of tampons
17   and things like that to Ms. Frenchko?
18                   MS. SUDHOFF:  Objection.
19   A.              Correct.  I'm not -- I have nothing to do
20   with that.  That was a problem that Ms. Frenchko had.
21   She complained about the bathrooms being filthy, and I
22   talked to the -- I talked to the custodian department,
23   and that's the only filth they found in the bathroom.
24   Q.              So you took photographs of the women's
25   trash --
```

| | | |
|---|---|---|
| 1 | A. | I did not take any photographs. |
| 2 | Q. | So you're going to deny under oath right now |
| 3 | that you never held up pictures of the women's trash? |
| 4 | | MS. SUDHOFF:  Objection. |
| 5 | A. | I said I did not take any photographs. |
| 6 | Let's move on. |
| 7 | Q. | So you're refusing to answer the question? |
| 8 | A. | I'm just telling you, I didn't take any |
| 9 | photographs. |
| 10 | Q. | Did you ever hold up photographs of the |
| 11 | women's trash can? |
| 12 | A. | I probably did. |
| 13 | Q. | Okay.  And that included tampons and used |
| 14 | tampons, correct? |
| 15 | A. | Let's move on. |
| 16 | | MR. BETRAS:  No. |
| 17 | | MS. SUDHOFF:  You have to answer his |
| 18 | question. |
| 19 | A. | Did I hold them up? |
| 20 | Q. | Yes. |
| 21 | A. | Yes, because the cleaning people said that |
| 22 | bathroom was always clean except for -- she complained |
| 23 | that the bathroom was filthy, and the cleaning people |
| 24 | said the only time it was filthy is when she left that |
| 25 | stuff there, two occasions, and they had to actually get |

```
 1    full uniform to clean that.  This came from the cleaning

 2    people.  See, Frenchko did a lot of things and she would

 3    blame someone else for doing them, and that's

 4    Ms. Frenchko.

 5    Q.            Mr. Fuda, I'm going to ask very simple

 6    questions.  You are a male, correct?  You're a man?

 7    A.            Yes, I am.

 8    Q.            And Commissioner Frenchko is a woman?

 9    A.            I'm assuming, yes.

10    Q.            And you were holding up pictures of the

11    women's trash can that contained tampons?

12    A.            No.  That was given to me by the cleaning

13    people.

14    Q.            And you were holding up pictures during

15    meetings to Ms. Frenchko?

16    A.            I did.

17    Q.            Do you think that that's not disruptive as a

18    Chair?

19    A.            No.

20    Q.            So your testimony today under oath that as a

21    Chair of a board meeting to hold up pictures to a female

22    board member showing used tampons during a meeting is not

23    disruptive?

24    A.            That was part of her bullying to the

25    cleaning people, as far as I'm concerned.
```

1   Q.         You holding up a picture of used tampons

2   during a meeting is part of Commissioner Frenchko's

3   bullying?

4   A.         That was her way of bullying some of those

5   cleaning people.  I'm sorry.

6   Q.         Okay.  Did she tell you to hold up pictures

7   of used tampons during the meeting?

8   A.         I talked to Ms. Frenchko two times at the

9   beginning of her term.  After that when she said that

10   Mr. Fuda's too old and she and Mauro were going to run

11   the county and Mr. Fuda still went to work every day and

12   ran the county.

13   Q.         Okay.  So Ms. Frenchko didn't tell you to

14   hold up pictures of used tampons during the meeting?

15              MS. SUDHOFF:  Objection.

16              MR. BETRAS:  He's not answered.

17   A.         Ms. Frenchko never talked to me.

18   Q.         Okay.  You decided to do that, correct?

19   A.         That's correct.

20   Q.         And you're the chair of the meeting,

21   correct?

22   A.         Correct.

23   Q.         And it's your job to maintain order,

24   correct?

25   A.         And order was maintained.

```
 1   Q.            And it's your job to not cause disruptions,
 2   correct?
 3   A.            That wasn't a disruption to the meeting.
 4   Q.            So it's your opinion as a Chair that it's
 5   not disruptive to hold up pictures of used tampons to a
 6   female board member during a meeting?
 7   A.            I was just following the cleaning
 8   person's --
 9   Q.            So the cleaning people asked you to do that?
10   A.            The cleaning people said that there were
11   no problems with the bathroom that belonged to the men
12   and the women.  The men didn't use it, Ms. Frenchko used
13   it, but she complained that the men were destroying the
14   bathroom, and I never dirtied that bathroom.
15   Q.            So did the cleaning people instruct you to
16   hold up those pictures?
17   A.            Nobody instructed me to do anything.
18   Q.            That was your decision?
19   A.            That was my decision, correct.
20   Q.            You don't find that disruptive?
21   A.            No.
22   Q.            Okay.  Are you okay, Mr. Fuda?  Would you
23   like a break?
24   A.            No.  I'm fine.
25   Q.            Okay.  I just heard a deep breath.  Are you
```

1  all right?

2  A.          I'm fine.

3  Q.          Okay.  So I want to go back.  I know we've

4  had some detours along the way, so let's go back to

5  when -- what we talked about was Ms. Frenchko came out and

6  was videotaping Ms. Klotz while she was speaking, correct?

7  A.          Correct.

8  Q.          At the time did you have any rules that

9  dictated where a person could or could not stand while

10  videotaping at that time?

11  A.          It was uncommon for a commissioner to

12  bring a camera around and videotape.  It's a form of

13  bullying.  I know.  I was a teacher for years.  That was

14  a form of bullying, and she admitted her first year --

15  her first day on the job that she was going to bully

16  people.

17  Q.          Okay.  But there were no rules at the time,

18  correct?

19  A.          I have no idea if that was a rule that was

20  broken.

21  Q.          Okay.  I'll take it.  Okay.  So after

22  Ms. Klotz was done speaking, Ms. Frenchko then sat down,

23  correct?

24  A.          I don't recall exactly what she did after

25  that --

```
 1   Q.          Okay.
 2   A.          -- to be honest.  She probably did -- she
 3   did come and sit down, I think, yes.
 4   Q.          Okay.  And she sat down next to you; would
 5   that be correct?
 6   A.          She always sits next to me.  She's the
 7   middle seat.
 8   Q.          Okay.  Take that as a yes.  So and at that
 9   point in time she started to respond to the sheriff's
10   letter, correct?
11   A.          I don't recall what she did at that time.
12   Q.          Okay.  You don't recall whether or not she
13   started to dispute the allegations in the sheriff's
14   letter?
15   A.          That was common per her to dispute
16   anything, so she might have disputed the sheriff's
17   letter just like she disputed anything that was done in
18   two years.
19   Q.          Right.  Well, you disputed that gentleman
20   earlier in that recording, correct?
21   A.          I didn't dispute him.  I explained to him.
22   I answered his questions.  He said, Mineral Ridge -- in
23   Mineral Ridge --
24   Q.          Yeah.
25   A.          -- that was -- we had a meeting.  I said,
```

 1   yes, that's true.  Everything he said I responded -- I

 2   answered what he said is all I did.  Had nothing -- it

 3   was not even similar to this situation.

 4   Q.          How was it dissimilar?

 5   A.          I was just answering his questions or his

 6   responses.  I knew what I did.  I answered the phone in

 7   his case all four times, and I called the highway

 8   department as I did for 16 years.

 9   Q.          So when Ms. Frenchko -- so this letter,

10   you've read it, right?

11   A.          Yes.

12   Q.          So at the end it says this reckless behavior

13   of Commissioner Frenchko should not be tolerated by

14   Trumbull County citizens nor other elected officials as it

15   puts taxpayer dollars and efficient necessary department

16   operations at risk.

17              MS. SUDHOFF:  Can we pause for a second?

18              MR. MILLER-NOVAK:  Yes.

19              MS. SUDHOFF:  I believe Mauro marked on

20   the exhibit.  I don't know if you want a clean exhibit.

21              MR. BETRAS:  I have a clean one.

22   Q.          So I am on the last sentence of the second

23   to last paragraph on the second page.

24              MR. MILLER-NOVAK:  You can help him as

25   much as you need to, Helen.

1    A.              Fingers don't work anymore.  Reckless

2    behavior of Commissioner Frenchko should not be

3    tolerated by Trumbull County citizens or other elected

4    officials as it puts taxpayers' dollars and efficient --

5    necessary department of operations at risk.

6    Q.              I won't repeat it.  Do you want to read --

7    you're doing such a great job, Frank, read the last

8    paragraph, too.

9                    MS. SUDHOFF:  Could you read that out

10   loud?

11   A.              Yes.  I am requesting a public apology

12   from Commissioner Frenchko.

13   Q.              All right.

14   A.              As a first step to regaining public trust.

15   I expect the apology to be delivered in the same public

16   forum as was the publication of the false accusation.

17   Q.              Okay.  So you would agree that this letter

18   is levying a criticism against Ms. Frenchko, correct?

19   A.              Evidently he was, yes.

20   Q.              And he was also expecting an apology to be

21   made in a public forum, correct?

22   A.              And that's what we had, a public forum.

23   Q.              And that public forum was that meeting,

24   correct?

25   A.              Correct.

```
 1   Q.              Okay.  So Ms. Frenchko sat down.  She wanted
 2   to respond to that, correct?
 3   A.              I don't remember whether she responded or
 4   not, to be honest with you.
 5   Q.              Okay.
 6   A.              That was a long time ago.
 7   Q.              Yeah.  Well, do you agree that she should
 8   have had an opportunity to respond to this letter?
 9   A.              I don't know exactly what the situation
10   was.  Like I said, I had a wife that was being rushed to
11   the hospital, and I -- the clerk finished reading this.
12   I don't exactly remember the response that she had.  I
13   just know that the sheriff's officers came up and
14   removed her.  That's all.
15   Q.              Okay.  Well, you caused this record to be
16   read into the record, right?
17   A.              Did I cause it?
18   Q.              Yes.
19   A.              I asked the sheriff if he wanted to --
20   wanted me to read it.  He had no problem with it, so I
21   did what I did for 16 years.
22   Q.              Okay.
23   A.              If something had to be read at a meeting,
24   I read it.
25   Q.              So you gave it to the clerk, and you had it
```

1    read?

2    A.            Right.

3    Q.            Okay.  And she read it, correct?

4    A.            Correct.  Well, she tried to read it.  It

5    wasn't read completely.  I don't know if she -- she was

6    interrupted often.

7    Q.            Okay.  And after she was finished reading

8    the letter, Ms. Frenchko sat down, correct?

9    A.            I believe that's what happened.

10   Q.            Okay.  And Ms. Frenchko -- do you believe at

11   that time that Ms. Frenchko should have an opportunity to

12   respond to this?

13   A.            I wouldn't have stopped her from

14   responding to this.

15   Q.            But you did, didn't you?

16   A.            No, I didn't.

17   Q.            So when she was in the middle of speaking or

18   responding to this, you're telling me now you did not tell

19   her to stop?

20   A.            I don't recall exactly what happened, to

21   be honest with you.

22   Q.            So when she was responding to this, you hit

23   your gavel and say we're moving on, correct?

24   A.            I don't recall that, to be honest with

25   you.

1  Q.          And then you told her she was being

2  disruptive, correct?

3  A.          Well, she was disruptive the entire time

4  when the clerk was trying to read that letter.

5  Q.          Okay.  But the clerk was done at that point.

6  She had sat down and she was trying to respond to this

7  letter, correct?

8  A.          I don't recall any of that, to be honest

9  with you.

10  Q.          Okay.  You just don't remember?

11  A.          No, I don't.

12  Q.          So you don't remember whether or not Mauro

13  said you're being disruptive, you're talking about the top

14  law enforcement official in the county?

15  A.          That, I don't remember, to be honest with

16  you.

17  Q.          Do you think that Ms. Frenchko has the right

18  to criticize the sheriff?

19  A.          If that's her -- if that's what she feels

20  she should do, that's up to her.  It's not up to me to

21  say whether it's right or wrong.  She criticized me many

22  times.

23  Q.          So when she was criticizing the sheriff and

24  Mauro said that it's disruptive because she's talking

25  about the top law enforcement official in the county, you

1    disagree with that statement?

2    A.              I don't recall any of that.  Like I said,

3    my mind was on my wife.  I finished everything and I

4    moved on.  What I did at that time -- what I did at that

5    time, I did.  I just wanted to get the meeting over

6    with.

7    Q.              You don't recall saying, are you going to

8    apologize, to her?

9    A.              That, I don't remember.

10   Q.              You don't recall saying either apologize or

11   we're moving on?

12   A.              I don't remember that either.

13   Q.              Do you remember calling out Wix's name?

14   A.              Calling out --

15   Q.              Wix.

16   A.              No.

17   Q.              You don't remember saying the word Wix

18   loudly during that meeting?

19   A.              I don't remember any of that, to be honest

20   with you.  I had a wife who never complains about being

21   sick, who won't go to the doctor, and she was on her way

22   to the hospital.  And that was my concern at that time.

23   Q.              But you were still the presiding officer at

24   the time?

25   A.              I understand that.  What would you do if

```
 1    that was your wife and you were the presiding officer?

 2    Q.          I would have left.  So why don't we move on.

 3    A.          I'm ready.

 4    Q.          Okay.

 5                MR. MILLER-NOVAK:  I do want to take a

 6    break real quick.

 7                     (Off the record.)

 8                MR. MILLER-NOVAK:  Go on.

 9    Q.          I'm going to fast forward the timeline a

10    little bit to after when -- after the moment where

11    Commissioner Frenchko is arrested, okay?

12    A.          Okay.

13    Q.          So I'm going to hand you what is marked

14    as -- she's going to hand you what's marked as Exhibit 5.

15    I'm going to have you go to the second page.

16    A.          Okay.

17    Q.          Put on some reading glasses?

18    A.          Yeah, so I can see this thing.

19    Q.          So have you go to the second page.

20    A.          Okay.  My fingers don't work well.  I

21    played too much baseball and basketball, and those big

22    guys gave me arthritis in all of them.

23    Q.          That's okay.  I have trouble getting between

24    pages sometimes too for more sedentary reasons.  You're on

25    the second page there.  Have you ever seen this before?
```

```
1    A.            Let's see.  I don't remember all of this.

2    Q.            So you don't remember getting a letter from

3    a prosecuting attorney about preserving evidence?

4    A.            I might have got something on this, but I

5    don't recall.  I don't remember really.

6    Q.            You don't remember the exact letter, but you

7    recall getting some kind of communication about preserving

8    evidence?

9    A.            I gave the prosecutors, I gave the clerk

10   everything that I had.

11   Q.            Okay.  So someone -- the prosecutor asked

12   you to give them evidence?

13   A.            Right.  And I gave them everything I had.

14   Q.            Okay.  So you do recall being contacted by

15   the prosecutor?

16   A.            Correct.

17   Q.            And you recall it being about evidence?

18   A.            They just wanted public records.  Is that

19   what you're talking about, public records request?

20   Q.            Do you recall them asking about text

21   messages?

22   A.            Yes.  And I told them they could have this

23   phone anytime they want and keep it as long as they can.

24   Q.            Okay.  So you do remember conversations

25   between the prosecutor --
```

```
 1   A.              Yes.  I don't text.  I told you -- three

 2   of my phone calls this morning while I was sitting in

 3   the office, I dialed the wrong phone number.  These

 4   fingers don't work.

 5   Q.              I understand that.

 6   A.              So texting -- I texted years ago, but once

 7   the fingers went bad, I stopped texts completely.

 8   Q.              Okay.  So when you were told to provide your

 9   phone, do you remember whether or not Mauro Cantalamessa

10   was there?

11   A.              That, I don't remember.

12   Q.              Okay.

13   A.              I just know that they asked.  I said you

14   can have my phone anytime you want, really.

15   Q.              Okay.  You can give that back to her if you

16   want.

17   A.              Okay.  It's all yours.

18   Q.              Lighten your load a little bit.

19   A.              Load used to be that high every day.

20   That's minor.

21                   MR. MILLER-NOVAK:  All right.  What do you

22   want me to be?  Done?

23                   MS. SUDHOFF:  Up to you.

24                   MR. MILLER-NOVAK:  I'm done.

25                   MS. SUDHOFF:  Okay.
```

```
1                    MR. YOSOWITZ:  I have no questions.

2                    MS. SUDHOFF:  I have no questions.

3                    THE WITNESS:  I have a lot of questions.

4                    MR. YOSOWITZ:  No.

5                    MS. SUDHOFF:  No.

6                    MR. BETRAS:  He's not even your lawyer.

7                    THE WITNESS:  I'm just kidding.

8                    MR. MILLER-NOVAK:  Frank, thanks for

9      coming today.

10                    MS. SUDHOFF:  He'll review and we'll sign.

11                    SIGNATURE NOT WAIVED

12              (Deposition concluded at 11:48 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                    REPORTER'S CERTIFICATE

3

4

5        I certify that this transcript, consisting of 103

6    pages, is a complete, true and correct transcript of the

7    proceedings had and the testimony taken in this case as

8    shown by my stenotype notes taken at the time said

9    testimony was taken.

10

11

12    _____

      Jodie L. Algarin

13    Registered Professional Reporter
      Certified Realtime Reporter

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF NOTARY

 2

 3     COMPLETED BY DEPONENT:

 4

 5     I, FRANK FUDA, have read the foregoing pages of my
       testimony or have had them read to me and have noted any
 6     changes in form or substance of my testimony with their
       respective corrections and the reasons on the following
 7     errata sheet(s).

 8

 9                     _____
                       FRANK FUDA               Date
10

11

12

13     COMPLETED BY NOTARY PUBLIC

14

15     I, _____, a Notary Public in and for the
       State of _____, hereby acknowledge that the
16     above named witness personally appeared before me, swore
       to the truth of the foregoing statements and signed above
17     as his/her own true act and deed.

18

19                     _____
                       Notary                    Date
20

21                     _____
                       Commission Expiration
22

23

24

25
```

1                         E R R A T A   P A G E

2

3              I, FRANK FUDA, the witness herein, have
               read the transcript of my testimony taken
4              on September 14, 2023, or have had the
               transcript read to me, and the same is true
5              and correct, with the exception of the
               following changes noted below, if any:

6

7       PAGE    LINE         CORRECTION, CHANGE & REASON

8       _____  _____    _____

9       _____  _____    _____

10      _____  _____    _____

11      _____  _____    _____

12      _____  _____    _____

13      _____  _____    _____

14      _____  _____    _____

15      _____  _____    _____

16      _____  _____    _____

17      _____  _____    _____

18      _____  _____    _____

19      _____  _____    _____

20      _____  _____    _____

21      _____  _____    _____

22      _____  _____    _____

23      _____  _____    _____

24

25                       _____
                         FRANK FUDA                    Date

```
 1                    A & A Reporting & Transcription Services
                      837 Boardman-Canfield Rd., Suite 203
 2                    Youngstown, Ohio  44512

 3                    September 23, 2023

 4

 5      Helen K. Sudhoff, Esquire
        Fishel Downey Albrecht & Riepenhoff, LLP
 6      7775 Walton Parkway, Suite 200
        New Albany, Ohio  43054

 7

 8      RE:  Niki Frenchko VS Paul Monroe, et al.

 9      Dear Ms. Sudhoff

10      Enclosed please find your copy of the deposition of Frank
        Fuda taken on September 14, 2023.  The original
11      certificate and correction pages are attached.  It is my
        understanding from our discussion that you will arrange to
12      have Mr. Fuda read and sign your copy of the transcript.

13      After the transcript has been signed, please mail the
        originals of Pages 102 and 103 to me at the above address.
14      If I have not received the signed pages within 30 days of
        your receipt of this letter, pursuant to the Rules of
15      Civil Procedure, signature will be waived.

16      Thank you for your time and consideration in this matter.
        If you have any questions, please don't hesitate to call
17      me at the above number.

18      Sincerely,

19

20      Jodie L. Algarin

21      Enclosure

22      cc:  Atty. Matt Miller-Novak
             Atty. David Betras
23           Atty. Andrew Yosowitz

24

25
```

**MR. BETRAS: [11]** 9/13
9/15 10/25 34/5 64/17
64/25 72/22 85/16 87/16
91/21 100/6
**MR. MILLER-NOVAK:**
**[14]** 34/1 34/8 45/25
64/18 66/13 66/15 71/11
91/18 91/24 97/5 97/8
99/21 99/24 100/8
**MR. YOSOWITZ: [4]**
57/9 77/1 100/1 100/4
**MS. SUDHOFF: [22]**
29/13 33/23 34/7 55/12
55/17 58/1 66/12 66/14
71/13 71/17 84/18 85/4
85/17 87/15 91/17 91/19
92/9 99/23 99/25 100/2
100/5 100/10
**THE WITNESS: [3]**
9/14 100/3 100/7

**$**

**$7 [2]** 15/12 15/15
**$7 million [2]** 15/12
15/15
**$83 [1]** 16/7
**$83 million [1]** 16/7

**0**

**00781 [1]** 1/9

**1**

**100 [1]** 67/15
**102 [1]** 104/13
**103 [2]** 101/5 104/13
**11:48 [1]** 100/12
**1216 [1]** 2/24
**12th [1]** 32/9
**1350 [1]** 2/11
**14 [5]** 1/17 3/6 58/3 103/4
104/10
**16 [14]** 10/3 29/24 42/12
54/18 54/19 61/13 62/19
69/18 70/18 73/11 77/20
77/23 91/8 93/21
**17 [1]** 57/21
**18 [6]** 24/20 25/9 26/10
26/18 27/4 27/7
**1867 [1]** 18/15
**18th [1]** 46/3
**1990 [1]** 9/8 9/18
**1st [1]** 9/8

**2**

**200 [4]** 2/16 2/16 2/23
104/6
**2006 [5]** 9/21 9/25 10/5
10/21 11/15
**2007 [1]** 12/2
**2020 [3]** 32/14 36/17
36/19
**2022 [28]** 12/14 30/7
30/10 32/11 32/15 35/14
37/5 46/3 50/23 54/20
54/22 56/11 56/17 57/25
58/10 60/3 60/3 60/6
60/10 60/13 62/20 62/21

**77/8 77/17 77/25 78/4**
78/9 78/14
**2023 [5]** 1/17 3/6 103/4
104/3 104/10
**203 [1]** 104/1
**20th [1]** 57/24
**221-1216 [1]** 2/24
**23 [1]** 104/3
**29 [1]** 4/7

**3**

**30 [1]** 104/14
**3074 [1]** 2/10
**32 [1]** 9/10
**33 [1]** 4/7
**330 [1]** 2/7
**34 [1]** 4/8
**3:00 [1]** 80/12

**4**

**40 [1]** 79/15
**4000 [1]** 2/17
**412-4000 [1]** 2/17
**43054 [2]** 2/24 104/6
**43235 [1]** 2/16
**4329 [4]** 28/25 32/20
33/24 34/11
**44406 [1]** 2/6
**44512 [1]** 104/2
**45209 [1]** 2/10
**4:23 [1]** 1/9

**5**

**513 [1]** 2/11
**55 [1]** 4/7
**57 [1]** 4/9
**58 [1]** 4/7
**5th [1]** 60/6

**6**

**60 [1]** 4/13
**614 [2]** 2/17 2/24
**6630 [2]** 2/6 3/7

**7**

**721-1350 [1]** 2/11
**746-8484 [1]** 2/7
**77 [1]** 4/9
**7775 [2]** 2/23 104/6
**7th [10]** 50/23 60/3 60/10
60/13 77/8 77/17 77/25
78/4 78/9 78/14

**8**

**837 [1]** 104/1
**84 [1]** 4/7
**8484 [1]** 2/7
**85 [1]** 4/7
**87 [1]** 4/7

**9**

**97 [1]** 4/14
**9:07 [1]** 3/6

**A**

**a.m [2]** 3/6 100/12
**ability [8]** 7/24 26/25
30/19 30/22 30/24 52/24

**53/5 53/19**
**able [7]** 16/2 17/22 21/2
21/3 42/4 42/14 50/7
**abnormal [1]** 42/12
**about [64]** 6/4 7/6 7/22
8/7 8/14 9/3 9/4 9/6 9/10
11/9 15/14 16/6 22/24
23/5 23/20 26/21 27/10
28/19 29/1 34/22 36/2
36/25 40/16 40/23 40/23
40/24 40/25 42/8 42/9
44/19 47/6 48/12 49/4
49/9 49/10 49/11 50/2
50/14 50/22 51/21 57/10
62/5 62/20 63/9 65/20
66/7 67/13 72/12 73/18
75/19 75/20 76/4 76/13
79/15 84/21 89/5 95/13
95/25 96/20 98/3 98/7
98/17 98/19 98/20
**above [5]** 1/15 102/16
102/16 104/13 104/17
**above-entitled [1]** 1/15
**accomplishing [1]** 40/24
**according [4]** 11/18 29/9
59/22 81/6
**accusation [1]** 92/16
**accusations [4]** 45/1 45/4
45/6 45/9
**accused [1]** 65/19
**accusing [2]** 70/15 70/16
**acknowledge [1]** 102/15
**across [1]** 14/18
**act [1]** 102/17
**action [1]** 1/19
**active [2]** 42/25 43/3
**actually [17]** 13/20 14/15
24/16 27/20 28/18 35/15
38/23 55/25 56/3 56/8
60/4 62/13 64/3 65/2
68/16 73/5 85/25
**ad [1]** 64/13
**add [2]** 79/21 79/23
**address [1]** 104/13
**adjourn [2]** 21/24 22/2
**admit [2]** 47/9 67/18
**admitted [1]** 89/14
**adopted [1]** 17/6
**adult [1]** 6/24
**aforesaid [1]** 1/19
**afraid [1]** 8/22
**after [17]** 11/3 13/22 20/7
21/10 21/20 37/24 44/16
51/15 52/11 54/19 87/9
89/21 89/24 94/7 97/10
97/10 104/13
**again [11]** 17/13 25/15
53/8 55/18 59/20 67/22
69/4 69/22 71/6 81/7
82/16
**against [7]** 11/3 32/20
45/1 45/4 45/6 45/9 92/18
**agenda [39]** 19/14 19/15
19/17 19/21 19/22 20/9
20/12 22/5 22/10 22/11
22/15 22/24 24/25 25/3
25/6 25/7 25/10 25/13
25/19 26/11 26/22 40/12

**40/15 46/7 50/12 50/13**
50/17 55/3 78/8 78/10
78/13 78/18 78/20 78/21
79/18 79/20 79/22 79/23
82/14
**agenda's [2]** 24/11 25/24
**ago [12]** 31/10 31/23
42/17 45/16 45/16 45/19
45/22 49/7 49/8 57/21
93/6 99/6
**agree [26]** 17/5 21/24
22/8 22/8 22/12 22/18
25/15 25/19 28/13 28/18
29/3 30/9 30/17 31/13
36/20 38/22 40/3 52/22
52/23 53/1 60/9 73/6
73/21 75/2 92/17 93/7
**agreed [2]** 3/4 3/9
**agreement [2]** 1/16 1/18
**ahead [6]** 13/18 36/10
37/22 57/9 68/4 81/9
**aids [1]** 71/21
**al [2]** 1/11 104/8
**Albany [2]** 2/24 104/6
**Albrecht [2]** 2/23 104/5
**Algarin [4]** 1/16 3/11
101/12 104/20
**all [54]** 5/13 6/8 6/22
7/12 8/1 8/3 14/5 15/8
16/20 22/1 24/10 32/2
33/6 35/2 35/3 36/2 38/6
40/9 40/16 40/21 41/11
41/23 42/24 43/25 45/14
45/18 49/1 51/23 58/2
58/3 62/8 64/19 66/14
70/17 72/11 73/2 73/3
73/4 73/4 73/9 73/18
73/24 74/18 82/15 82/18
89/1 91/2 91/7 92/13
93/14 97/22 98/1 99/7
99/21
**allegations [1]** 90/13
**allowed [2]** 26/12 63/19
**allowing [1]** 62/10
**almost [1]** 42/20
**along [2]** 21/4 89/4
**already [2]** 33/24 60/12
**always [11]** 7/1 7/20 13/2
19/6 19/8 19/22 22/11
75/22 77/2 85/22 90/6
**am [7]** 23/4 47/6 75/19
76/5 86/7 91/22 92/11
**amend [3]** 22/15 22/21
22/23
**amendments [1]** 22/5
**amount [1]** 58/5
**Andrew [2]** 2/15 104/23
**another [2]** 58/9 64/13
**answer [19]** 6/19 23/20
29/13 29/20 38/6 47/8
55/12 55/13 56/16 58/9
66/4 69/4 70/22 71/12
73/8 74/13 77/18 85/7
85/17
**answered [8]** 67/23 70/10
70/24 74/18 87/16 90/22
91/2 91/6
**answering [2]** 73/23 91/5

**answers [2]** 6/12 6/21
**anticipate [1]** 6/19
**anybody [6]** 31/1 45/5
48/23 48/24 52/8 52/10
**Anyhow [1]** 81/5
**anymore [3]** 26/4 27/24
92/1
**anyone [1]** 31/9
**anything [14]** 17/20 37/3
38/8 45/10 52/17 58/18
62/11 64/20 70/16 79/23
81/11 88/17 90/16 90/17
**anytime [3]** 74/8 98/23
99/14
**apologize [2]** 96/8 96/10
**apology [3]** 92/11 92/15
92/20
**APPEARANCES [1]**
1/24
**appeared [1]** 102/16
**appears [1]** 38/22
**applied [2]** 17/11 17/15
**applying [1]** 16/16
**appreciate [2]** 32/19 42/7
**approach [1]** 34/19
**appropriately [1]** 53/25
**approve [4]** 13/8 19/21
20/9 20/12
**approved [1]** 19/22
**approximately [1]** 79/15
**aren't [1]** 30/4
**argued [1]** 42/23
**arguing [4]** 40/23 43/9
43/10 43/11
**argument [1]** 74/17
**arguments [2]** 43/1 43/4
**around [3]** 18/17 62/9
89/12
**arrange [1]** 104/11
**arrest [3]** 75/7 75/7 76/4
**arrested [15]** 51/1 51/9
51/11 51/14 51/14 51/17
51/20 52/5 52/8 52/10
52/11 74/4 74/6 74/9
97/11
**arresting [1]** 52/15
**arthritis [1]** 97/22
**as [78]** 5/3 5/6 6/5 6/22
8/7 9/11 9/16 9/17 9/17
10/20 11/24 13/2 14/2
15/13 15/13 16/15 17/6
22/13 27/8 28/6 28/8 30/6
30/21 30/22 30/23 32/5
32/10 33/1 33/2 33/18
34/15 34/16 35/5 35/12
36/5 36/6 37/4 37/4 37/19
38/9 38/9 38/18 45/12
49/21 49/21 53/12 53/17
53/19 53/24 56/7 56/19
59/14 59/14 61/9 64/7
72/5 72/5 82/2 82/25
86/17 86/20 86/25 86/25
88/4 90/8 91/8 91/14
91/24 91/25 92/4 92/14
92/16 97/14 97/14 98/23
98/23 101/7 102/17
**ascertain [1]** 82/25
**ask [30]** 7/19 7/21 8/22

**A**

ask... [27]  8/23 9/4 18/1
23/19 24/23 31/12 47/7
54/2 54/5 54/9 54/10
54/21 55/7 55/10 56/24
57/8 57/17 58/8 58/9
58/10 59/20 66/20 67/22
68/6 77/9 81/10 86/5
**asked [16]**  32/3 46/23
47/8 54/11 66/23 67/8
67/20 68/12 70/23 77/14
77/21 78/11 88/9 93/19
98/11 99/13
**asking [22]**  23/13 26/17
39/9 42/7 42/9 44/20 47/6
49/3 49/10 49/12 50/2
50/10 51/8 53/7 53/9 66/5
67/9 67/16 68/5 76/5
77/10 98/20
**aspect [1]**  42/9
**assembly [1]**  33/3
**assisted [1]**  3/13
**assuming [4]**  6/1 11/7
23/4 86/9
**attached [1]**  104/11
**attention [2]**  25/8 33/19
**attorney [1]**  98/3
**Atty [4]**  3/7 104/22
104/22 104/23
**auditor [4]**  13/20 15/9
47/24 61/2
**auditor's [1]**  13/14
**authority [3]**  52/17 52/21
53/10
**available [1]**  3/15
**awards [1]**  47/25
**aware [8]**  14/16 22/4
23/7 24/10 25/8 26/9 35/3
46/20
**away [1]**  80/20
**awful [2]**  36/25 42/15
**ayosowitz [1]**  2/17

**B**

**back [8]**  43/12 61/24
61/25 73/1 73/5 89/3 89/4
99/15
**bad [4]**  62/11 74/15
80/15 99/7
**Barron [1]**  2/9
**baseball [1]**  97/21
**basically [9]**  18/13 19/2
30/1 34/25 35/11 46/15
47/12 70/15 77/22
**basketball [1]**  97/21
**bathroom [6]**  84/23
85/22 85/23 88/11 88/14
88/14
**bathrooms [1]**  84/21
**be [82]**  1/17 3/5 3/10 3/12
3/15 6/11 6/16 8/16 8/22
9/21 10/19 11/12 12/9
13/23 14/16 17/11 17/15
17/22 20/22 21/2 21/3
22/5 22/17 22/24 24/16
24/21 27/10 28/2 28/20
29/21 29/21 33/10 33/15
34/15 36/2 40/22 42/4

44/8 47/14 47/17 47/17
50/7 57/23 59/20 69/1
71/23 72/4 74/6 74/23
75/8 75/20 75/24 76/1
76/8 76/10 76/14 76/15
77/5 77/7 79/11 79/17
80/8 81/15 82/16 83/23
90/2 90/5 91/13 92/2
92/15 92/20 93/4 93/15
93/23 94/21 94/24 95/8
95/15 96/19 99/19 99/22
104/15
**beat [2]**  58/22 58/25
**became [2]**  9/8 9/24
**because [29]**  6/10 6/15
6/18 16/5 19/24 31/11
31/12 41/7 41/10 44/19
49/15 50/7 61/8 62/2 64/1
66/9 66/11 66/25 68/20
69/22 71/12 75/11 79/3
80/18 82/13 83/5 84/12
85/21 95/24
**been [14]**  5/3 5/25 7/4
8/12 11/2 11/22 33/17
34/14 49/7 51/14 51/16
81/1 82/17 104/13
**before [30]**  1/16 5/25
7/16 9/2 13/19 13/19
14/15 16/8 17/8 20/23
34/10 49/16 54/3 54/6
55/7 55/11 56/25 57/8
57/16 57/17 60/9 69/12
78/4 78/11 78/22 79/3
79/6 79/8 97/25 102/16
**began [1]**  19/20
**beginning [16]**  19/18
19/21 21/2 21/3 21/6 21/8
21/17 23/22 34/12 42/19
49/25 50/6 78/8 78/13
78/19 87/9
**Behalf [3]**  2/4 2/14 2/20
**behavior [2]**  91/12 92/2
**behind [1]**  28/3
**being [35]**  6/6 6/10 9/9
10/2 10/2 24/12 24/25
25/24 26/11 46/5 52/8
52/12 57/1 61/20 64/15
65/5 65/18 66/18 68/11
69/6 69/19 69/24 71/9
75/14 80/1 80/2 82/11
82/13 84/21 93/10 95/1
95/13 96/20 98/14 98/17
**beings [1]**  6/18
**belabor [1]**  6/3
**belief [1]**  42/22
**believed [1]**  44/7
**belonged [1]**  88/11
**below [1]**  103/5
**Bennie [1]**  2/9
**best [2]**  59/18 72/20
**bet [5]**  39/3 39/4 39/6
55/20 55/24
**Betras [4]**  2/5 2/5 3/7
104/22
**better [1]**  61/3
**between [7]**  3/4 3/9 23/8
31/12 31/14 97/23 98/25
**beyond [1]**  74/23

**big [1]**  97/21
**bin [1]**  84/13
**bit [4]**  9/2 28/3 97/10
99/18
**bkmlaws.com [1]**  2/7
**blame [1]**  86/3
**blood [1]**  8/1
**blurt [1]**  6/19
**board [8]**  2/20 25/18 36/4
37/24 55/6 86/21 86/22
88/6
**Boardman [1]**  104/1
**Boardman-Canfield [1]**
104/1
**boat [1]**  32/5
**bodies [1]**  57/7
**body [1]**  33/11
**book [42]**  18/4 18/5 18/6
18/7 18/8 19/10 19/11
19/24 32/12 34/4 34/21
34/22 35/6 35/8 35/8
35/18 35/25 36/15 36/17
36/19 36/21 36/25 37/13
37/14 37/17 37/25 38/1
39/2 39/4 39/8 39/10
39/11 39/12 39/13 39/15
39/19 39/20 40/2 55/18
55/19 55/22 60/2
**boss [1]**  67/19
**Boulevard [1]**  2/16
**bpbslaw.com [1]**  2/7
**break [8]**  7/8 7/9 34/11
44/14 66/12 71/12 88/23
97/6
**breath [1]**  88/25
**brief [1]**  36/12
**bring [3]**  7/14 78/6 89/12
**brings [6]**  24/11 25/7
25/12 25/13 25/18 25/24
**broken [1]**  89/20
**brought [3]**  51/21 57/22
78/5
**budget [5]**  13/8 13/18
13/22 13/24 15/10
**bully [1]**  89/15
**bullying [5]**  86/24 87/3
87/4 89/13 89/14
**business [17]**  7/23 12/11
12/19 16/21 16/22 20/9
20/14 21/14 21/20 21/21
42/1 42/5 42/13 42/14
49/20 49/23 84/3

**C**

**call [22]**  6/9 7/11 8/8 8/10
8/17 8/19 25/20 25/25
27/1 33/18 42/2 61/17
61/17 61/18 62/1 65/3
65/3 67/1 67/4 79/21
80/10 104/16
**called [14]**  5/3 8/12 24/19
37/25 46/11 60/22 61/11
66/2 66/9 66/10 66/24
68/25 81/19 91/7
**calling [6]**  43/20 43/21
43/22 44/1 96/13 96/14
**calls [5]**  20/11 38/6 65/4
69/17 99/2

**came [4]**  63/3 86/1 89/5
93/13
**camera [2]**  83/14 89/12
**Campus [1]**  2/16
**can [29]**  6/15 7/13 15/20
22/18 22/22 22/24 26/16
36/11 39/2 40/12 41/25
43/6 45/25 49/21 64/25
65/6 65/15 69/1 75/24
81/15 82/3 85/11 86/11
91/17 91/24 97/18 98/23
99/14 99/15
**can't [10]**  15/25 16/23
30/23 31/10 34/6 41/15
64/20 64/24 65/4 67/3
**candidate [1]**  11/12
**Canfield [2]**  3/8 104/1
**Cantalamessa [6]**  2/21
10/1 40/5 54/5 60/16 99/9
**care [5]**  7/22 38/7 63/11
67/5 84/3
**career [1]**  34/3
**careful [1]**  6/11
**case [8]**  1/8 17/11 29/11
33/21 74/2 74/3 91/7
101/7
**catch [1]**  7/18
**cause [4]**  1/15 1/19 88/1
93/17
**caused [1]**  93/15
**causing [1]**  59/16
**cc [1]**  104/22
**cell [1]**  83/16
**certain [4]**  12/24 14/10
33/15 49/12
**certificate [3]**  101/2
102/1 104/11
**Certified [1]**  101/13
**certify [1]**  101/5
**chair [38]**  22/9 22/13
27/8 27/8 27/11 27/14
27/16 27/21 28/7 28/9
28/9 28/14 29/11 29/12
29/21 30/18 33/3 33/6
33/21 33/21 34/13 34/18
36/4 36/6 37/10 37/18
37/19 37/23 40/4 50/16
53/19 54/10 55/15 80/23
86/18 86/21 87/20 88/4
**Chair's [2]**  29/7 32/20
**Chairing [1]**  27/18
**Chairman [2]**  53/24 55/6
**chairperson [2]**  30/21
55/11
**chairs [1]**  44/15
**Chairship [1]**  29/15
**change [4]**  13/22 22/19
54/18 103/7
**changed [3]**  45/23 47/2
49/24
**changes [5]**  13/22 18/22
25/10 102/6 103/5
**charge [3]**  30/13 30/18
67/2
**cheaper [1]**  15/21
**cheat [1]**  19/9
**choose [2]**  11/19 12/6
**chose [3]**  49/16 82/4 82/8

**Cincinnati [1]**  2/10
**circumstance [1]**  47/7
**citizens [5]**  38/7 68/23
82/3 91/14 92/3
**city [2]**  18/12 57/11
**Civil [2]**  1/18 104/15
**clarify [1]**  8/23
**clarity [1]**  16/25
**clean [4]**  85/22 86/1
91/20 91/21
**cleaning [10]**  85/21 85/23
86/1 86/12 86/25 87/5
88/7 88/9 88/10 88/15
**clear [4]**  27/10 41/16
57/23 59/21
**clerk [11]**  62/2 62/4 62/7
62/9 62/11 82/21 93/11
93/25 95/4 95/5 98/9
**client [1]**  71/12
**closer [1]**  60/24
**Co [1]**  2/9
**Columbus [2]**  2/16 58/21
**come [7]**  61/24 62/17
62/21 71/17 73/16 81/22
90/3
**comfortable [1]**  27/15
**coming [1]**  100/9
**comment [1]**  47/17
**comments [3]**  49/18
49/25 50/6
**commission [2]**  13/24
102/21
**commissioner [29]**  9/17
9/24 10/4 10/20 26/6 28/8
38/3 42/8 45/12 52/22
52/25 53/5 53/10 53/17
60/16 60/16 60/17 80/2
81/14 82/2 82/12 82/23
86/8 87/2 89/11 91/13
92/2 92/12 97/11
**commissioner's [7]**  16/11
38/5 42/5 60/20 66/3 67/1
68/22
**commissioners [26]**  2/20
11/16 11/19 13/2 14/9
14/13 14/21 15/19 16/16
21/1 22/18 24/22 25/15
25/19 33/6 39/4 39/8 45/6
54/8 54/21 54/24 56/7
56/24 62/18 74/25 81/11
**commissioners' [8]**  12/17
12/18 12/19 13/4 14/5
16/24 17/2 17/7
**committee [4]**  11/1 16/15
20/22 20/23
**committeeman [1]**  10/25
**committees [1]**  58/20
**common [3]**  11/19 57/6
90/15
**communication [1]**  98/7
**communities [1]**  76/18
**comparable [1]**  16/14
**complained [4]**  67/13
84/21 85/22 88/13
**complains [1]**  96/20
**complaint [1]**  53/4
**complete [3]**  16/10 35/20
101/6

**C**

completed [5] 40/12
40/15 84/2 102/3 102/13
completely [3] 29/22 94/5
99/7
computer [1] 3/13
computer-assisted [1]
3/13
concentrate [1] 37/1
concern [4] 80/13 83/22
83/25 96/22
concerned [2] 34/16
86/25
concerns [1] 59/16
concluded [1] 100/12
condition [1] 62/3
conduct [9] 12/11 12/18
42/9 42/11 45/11 45/18
45/21 49/10 49/12
confidence [1] 34/19
confusion [1] 20/25
conscious [1] 72/12
consider [1] 29/21
consideration [1] 104/16
considered [1] 24/16
consisting [1] 101/5
constantly [5] 41/3 47/1
66/3 66/10 73/16
contacted [1] 98/14
contained [1] 86/11
continue [3] 29/2 81/15
82/4
continued [1] 81/23
continues [1] 33/8
contributing [1] 59/16
control [14] 19/4 28/14
29/5 29/7 30/11 30/23
30/25 43/5 43/6 43/8
44/11 44/23 45/2 46/18
controls [1] 52/20
conversations [1] 98/24
copy [16] 18/2 19/6 19/7
19/7 32/6 38/19 38/20
38/23 38/25 39/1 39/23
39/24 40/1 57/1 104/10
104/12
correct [156]
corrected [1] 68/16
correction [2] 103/7
104/11
corrections [1] 102/6
correctly [1] 42/6
cost [2] 15/21 40/19
couldn't [6] 16/4 58/4
62/11 79/4 83/9 83/9
council [2] 57/11 57/15
councilman [1] 9/9
counsel [5] 1/19 2/1 3/4
3/10 71/16
counties [3] 16/4 55/25
56/6
county [35] 2/20 2/20
2/21 12/24 15/11 15/23
16/10 38/7 38/9 39/2 39/3
39/3 41/24 42/1 55/20
56/3 58/3 59/9 59/18
59/19 61/3 65/8 65/8
65/10 65/11 65/12 65/14

68/23 82/3 87/11 87/12
91/14 92/3 95/14 95/25
couple [6] 6/2 6/8 7/5
15/10 28/17 61/16
course [1] 79/13
COURT [2] 1/1 1/20
create [2] 19/14 55/25
56/8
criticism [1] 92/18
criticize [2] 62/22 95/18
criticized [2] 68/24 95/21
criticizing [3] 45/11
47/11 95/23
CROSS [2] 4/3 5/8
crucial [1] 33/17
current [4] 32/10 32/14
32/15 56/20
currently [1] 26/21
custodian [1] 84/22
cut [1] 63/22
cutting [1] 64/2
CV [1] 1/9

**D**

Dan [1] 11/22
Date [3] 102/9 102/19
103/25
David [3] 2/5 3/7 104/22
day [20] 14/25 15/2 24/3
24/5 24/13 26/24 28/21
28/23 29/24 38/6 42/2
42/2 42/3 42/21 47/22
66/11 78/17 87/11 89/15
99/19
days [5] 14/20 42/18
42/20 60/9 104/14
dbetras [1] 2/7
debate [14] 28/11 28/15
28/19 29/1 29/3 29/5
29/11 30/10 30/19 31/2
32/21 33/2 33/20 34/18
debates [3] 28/7 28/9
43/15
decide [7] 30/24 74/22
74/25 75/3 75/14 75/25
76/16
decided [5] 21/1 30/12
49/25 50/5 87/18
deciding [2] 28/21 28/22
decision [3] 76/2 88/18
88/19
decisions [1] 16/23
decorum [9] 17/3 17/7
17/10 17/14 30/7 36/6
56/1 56/5 56/8
deed [1] 102/17
deep [2] 72/19 88/25
deeper [1] 72/24
Defendants [3] 1/12 2/14
2/20
deference [1] 32/19
deliberation [2] 15/4
28/11
delivered [1] 92/15
demanding [2] 38/5 42/1
Democrat [1] 10/9
Democratic [2] 10/8

10/23
deny [1] 85/2
department [25] 13/7
13/11 13/17 14/10 14/10
14/22 16/8 42/14 47/23
48/3 63/3 65/3 65/20 66/1
66/11 66/24 67/2 67/4
67/5 70/19 70/19 84/22
91/8 91/15 92/5
departments [8] 14/14
15/8 40/12 40/17 40/21
42/3 47/23 58/6
DEPONENT [1] 102/3
depose [1] 5/14
deposed [1] 5/25
deposition [12] 1/5 1/15
3/5 3/10 3/14 3/15 3/17
7/14 9/3 72/21 100/12
104/10
deputies [5] 52/1 52/3
76/14 76/16 76/24
destroy [1] 34/18
destroying [1] 88/13
determine [2] 53/19
53/22
detours [1] 89/4
deviate [5] 25/11 49/23
50/12 50/13 50/16
deviated [4] 24/12 25/5
25/24 26/11
deviates [1] 25/12
deviating [1] 50/20
deviation [3] 25/7 25/16
25/19
dialed [1] 99/3
dictated [1] 89/9
didn't [65] 11/10 15/17
15/23 16/5 18/18 19/12
23/22 29/24 32/12 34/21
38/4 39/13 39/15 41/20
44/12 44/14 44/24 47/23
48/11 48/13 48/25 50/13
58/9 58/17 58/18 58/23
59/15 60/2 61/7 61/8 61/9
63/22 64/21 66/23 67/19
67/23 68/1 68/7 68/17
69/14 69/16 70/2 70/5
70/9 71/2 71/19 72/3
73/15 74/17 75/22 77/2
77/7 77/22 78/6 78/16
79/5 80/3 80/6 84/16 85/8
87/13 88/12 90/21 94/15
94/16
difference [6] 23/7 23/12
23/14 31/12 31/14 44/18
different [8] 8/12 12/6
14/13 14/20 15/7 23/2
61/4 62/6
difficult [1] 16/4
direct [1] 60/20
directed [1] 60/15
dirtied [1] 88/14
disagree [8] 18/16 29/10
32/11 32/17 55/16 69/14
76/25 96/1
disagreeable [1] 31/7
disagreement [1] 69/16
discuss [4] 12/24 14/24

15/10 46/3
discussed [1] 15/9
discussion [6] 15/4 16/17
16/18 21/6 22/24 104/11
discussions [1] 20/19
disposed [1] 34/15
dispute [3] 90/13 90/15
90/21
disputed [3] 90/16 90/17
90/19
disrupting [3] 51/18
53/23 75/4
disruption [1] 88/3
disruptions [1] 88/1
disruptive [11] 75/14
75/25 76/17 86/17 86/23
88/5 88/20 95/2 95/3
95/13 95/24
dissimilar [1] 91/4
district [5] 1/1 1/2 1/20
1/20 10/22
disturbing [1] 53/20
DIVISION [2] 1/3 1/21
do [134]
doctor [3] 61/18 81/22
96/21
doctor's [1] 61/19
does [12] 23/25 24/3
25/20 42/8 52/18 52/18
53/9 56/14 56/15 60/19
60/21 75/8
doesn't [9] 35/1 35/15
38/11 46/15 47/19 61/18
75/8 76/8 76/10
Dog [1] 10/18
doing [16] 9/14 11/11
11/12 15/3 44/1 46/13
47/13 47/22 53/17 55/3
61/2 67/14 69/4 74/16
86/3 92/7
dollars [5] 15/15 16/22
42/5 91/15 92/4
don't [162]
done [14] 20/7 40/18
40/22 42/6 59/4 68/24
69/1 80/25 82/17 89/22
90/17 95/5 99/22 99/24
down [8] 44/14 81/22
89/22 90/3 90/4 93/1 94/8
95/6
Downey [2] 2/23 104/5
drafted [1] 18/15
Drive [2] 2/6 3/7
duly [1] 5/4
during [20] 30/19 40/3
44/2 45/12 54/3 54/8
58/19 60/20 62/15 62/22
69/14 79/9 79/12 86/14
86/22 87/2 87/7 87/14
88/6 96/18
duty [5] 33/19 40/14
52/17 53/21 53/22

**E**

each [6] 13/17 13/17
17/17 41/22 42/14 52/16
earlier [4] 39/23 59/12
77/19 90/20

15/10 46/3
easiest [1] 5/13
EASTERN [2] 1/3 1/21
economic [1] 58/19
edition [5] 18/9 18/11
18/12 32/9 57/24
editions [1] 18/20
effective [1] 45/2
efficient [2] 91/15 92/4
either [4] 20/23 72/18
96/10 96/12
elected [8] 13/6 13/11
52/16 52/20 59/13 59/15
91/14 92/3
election [5] 11/4 11/5
58/23 59/1 59/5
elevated [2] 27/21 28/3
else [3] 47/16 48/4 86/3
embarrassed [1] 68/20
emergency [1] 91/4
employee [7] 49/12 62/14
62/17 62/17 62/21 63/1
65/12
employees [3] 14/10
48/12 49/11
employer [1] 62/16
employment [2] 52/25
53/2
Enclosed [1] 104/10
Enclosure [1] 104/21
end [4] 21/17 49/18 50/8
91/12
ended [1] 10/2
enforce [1] 53/5
enforcement [2] 95/14
95/25
engaged [3] 29/1 29/10
30/10
engineer [7] 63/10 63/11
65/8 65/9 65/10 65/11
65/14
engineers [1] 69/19
enjoy [1] 26/6
enough [4] 15/18 15/20
23/25 26/5
enter [1] 28/15
entire [6] 36/24 39/11
39/24 48/1 69/15 95/3
entitled [1] 1/15
errata [1] 102/7
especially [2] 33/11 58/5
Esquire [5] 2/5 2/9 2/15
2/22 104/5
essentially [1] 14/21
et [2] 1/11 104/8
even [11] 39/13 39/15
44/16 47/20 75/8 75/20
76/1 76/8 84/7 91/3 100/6
evenly [2] 17/7 17/15
ever [20] 5/25 17/2 31/1
31/3 31/8 32/21 33/13
33/22 41/8 43/22 43/25
52/4 52/7 54/2 54/4 62/16
69/14 72/21 85/10 97/25
every [41] 12/5 14/9
14/14 15/8 15/10 16/7
16/9 19/15 25/3 29/24
36/8 38/6 39/2 39/3 39/7
40/2 40/8 40/20 41/3

**E**

every... [22] 41/18 42/2
42/2 42/3 42/8 47/4 47/4
47/22 47/25 48/21 49/1
51/7 55/20 56/3 61/1 65/3
65/3 66/11 67/18 76/17
87/11 99/19
everybody [5] 5/14 17/21
30/22 47/16 48/4
everybody's [1] 43/10
everyone [1] 17/21
everything [16] 11/13
18/22 31/25 38/10 41/15
42/8 55/21 59/12 59/14
70/3 70/6 83/7 91/1 96/3
98/10 98/13
evidence [4] 98/3 98/8
98/12 98/17
evidently [5] 33/9 48/7
48/13 72/3 92/19
exact [1] 98/6
exactly [12] 49/6 50/8
51/2 55/4 55/8 77/23
79/10 83/21 89/24 93/9
93/12 94/20
EXAMINATION [2] 4/3
5/8
examined [1] 5/6
except [1] 85/22
exception [1] 103/5
exchange [1] 69/15
Excuse [1] 34/5
exercising [1] 33/3
exhibit [6] 4/13 4/14 60/4
91/20 91/20 97/14
EXHIBITS [1] 4/12
existed [1] 39/19
expect [2] 37/3 92/15
expected [1] 36/24
expecting [1] 92/20
experience [1] 11/24
Expiration [1] 102/21
explain [8] 11/11 13/20
16/18 23/15 23/24 51/5
62/23 66/1
explained [7] 34/24 35/12
61/25 63/8 63/21 68/25
90/21
express [1] 31/7
extremely [3] 33/16
34/17 49/19

**F**

F-R-A-N-K [1] 5/11
F-U-D-A [2] 5/11 5/18
F-U-D-O [1] 5/15
Facebook's [1] 64/14
fact [2] 58/16 66/7
factor [1] 33/17
fair [5] 23/25 26/5 58/12
64/12 66/13
fairly [1] 30/18
false [3] 65/21 65/23
92/16
familiar [7] 23/2 23/13
23/16 29/22 30/3 30/4
33/24
familiarize [1] 37/11

family [1] 40/21
far [5] 34/16 38/9 59/14
72/5 86/25
fast [1] 97/9
favors [1] 61/5
feel [4] 59/17 72/11 79/24
80/15
feels [4] 25/6 26/11 74/15
95/19
felt [2] 62/11 80/22
female [2] 86/21 88/6
few [5] 10/2 13/21 18/20
24/23 80/9
fierce [1] 43/15
figure [1] 32/4
figured [1] 61/24
film [1] 64/11
films [1] 49/1
filth [1] 84/23
filthy [3] 84/21 85/23
85/24
finally [1] 7/19
finances [1] 16/5
financial [1] 15/12
financially [2] 15/11
15/16
find [3] 23/5 88/20
104/10
fine [11] 6/16 8/13 8/16
8/21 27/5 31/20 59/12
59/14 66/16 88/24 89/2
fingers [4] 92/1 97/20
99/4 99/7
finish [16] 6/20 6/21 7/1
30/22 37/21 38/16 48/24
48/25 49/4 49/13 52/14
52/15 61/24 68/3 77/15
81/25
finished [6] 3/14 3/16
48/16 93/11 94/7 96/3
finishing [1] 48/14
first [12] 5/3 6/24 11/22
11/24 12/12 13/21 15/13
18/15 20/8 89/14 89/15
92/14
Fishel [2] 2/23 104/5
fisheldowney.com [1]
2/25
fit [1] 54/1
Fitness [1] 64/13
five [4] 10/15 63/14 63/14
80/20
fix [1] 59/11
floor [2] 54/10 54/21
follow [15] 22/9 22/11
25/3 35/13 35/15 40/12
49/20 52/25 53/2 53/6
53/10 54/24 57/19 57/23
81/3
followed [9] 24/25 29/23
39/20 40/15 50/8 56/10
56/22 58/7 78/16
following [8] 12/1 14/25
29/25 58/7 82/18 88/7
102/6 103/5
follows [1] 5/7
force [1] 52/24
foregoing [2] 102/5

102/16
forget [1] 36/25
form [3] 89/12 89/14
102/6
formal [3] 14/21 14/23
16/16
fortunately [1] 11/13
forum [4] 92/16 92/21
92/22 92/23
forward [2] 43/12 97/9
found [2] 16/1 84/23
four [3] 10/15 42/20 91/7
fourth [1] 20/15
FRANK [17] 1/5 2/21 5/2
8/8 8/14 9/13 50/11 60/25
60/25 72/12 92/7 100/8
102/5 102/9 103/3 103/25
104/10
Frank's [2] 8/13 56/14
FRENCHKO [54] 1/7
9/25 10/4 40/5 40/7 42/22
43/23 44/15 45/1 45/5
46/6 49/24 51/1 51/9
58/22 59/13 60/17 60/23
60/24 60/25 61/5 62/8
66/19 68/6 78/11 78/23
78/25 80/2 80/5 82/13
84/17 84/20 86/2 86/4
86/8 86/15 87/8 87/13
87/17 88/12 89/5 89/22
91/9 91/13 92/7 92/12
92/18 93/1 94/8 94/10
94/11 95/17 97/11 104/8
Frenchko's [1] 87/2
frequently [1] 63/5
front [4] 44/15 62/9 83/4
83/12
FUDA [20] 1/5 2/21 5/2
5/10 8/8 8/14 50/11 60/16
60/25 60/25 66/4 86/5
87/11 88/22 102/5 102/9
103/3 103/25 104/10
104/12
Fuda's [1] 87/10
full [7] 9/16 19/9 42/6
42/20 64/16 64/17 86/1
full-time [2] 9/16 42/6
fully [1] 23/23
funding [1] 58/17
funds [2] 15/14 15/15
further [1] 3/9
future [1] 16/9

**G**

gain [1] 11/24
game [1] 69/19
gave [11] 30/21 35/23
61/6 61/6 61/10 63/20
93/25 97/22 98/9 98/9
98/13
gavel [12] 41/9 44/7
44/10 44/21 44/22 44/23
44/25 46/9 47/9 48/18
49/13 94/23
general [5] 11/4 11/5
12/17 19/24 64/7
generally [5] 12/21 21/10
23/19 73/6 75/20

gentleman [6] 64/3 65/9
66/23 70/1 73/6 90/19
get [36] 6/15 7/16 14/17
16/2 16/25 20/24 21/11
21/20 23/21 34/6 37/25
39/13 39/15 40/11 40/18
40/19 43/17 43/19 44/11
46/18 62/11 64/13 67/3
69/17 70/19 73/1 73/17
74/9 76/19 77/20 80/19
83/23 84/3 84/8 85/25
96/5
gets [2] 20/19 74/8
getting [6] 83/3 83/25
84/2 97/23 98/2 98/7
Girard [2] 10/15 10/17
give [7] 14/11 22/1 29/15
51/7 62/23 98/12 99/15
given [8] 18/12 35/22
36/19 37/16 38/20 44/22
79/24 86/12
gives [1] 26/25
glasses [1] 97/17
go [26] 8/7 13/18 16/2
29/24 34/7 34/12 36/10
37/22 38/6 40/20 42/2
57/9 61/18 67/6 68/4
69/20 73/5 73/18 76/18
81/9 89/3 89/4 96/21 97/8
97/15 97/19
gofer [1] 7/15
going [61] 6/3 6/9 6/20
7/19 11/14 12/9 13/21
14/16 14/24 15/4 18/14
24/23 31/12 32/24 33/23
34/1 35/4 36/10 37/2
45/24 46/2 46/19 47/7
47/21 56/12 59/11 59/20
64/1 67/22 68/3 69/20
70/12 72/11 72/20 73/3
74/12 74/13 75/6 76/18
76/20 77/13 77/16 77/18
77/24 78/1 78/3 78/7
80/19 81/21 83/3 84/8
84/15 85/2 86/5 87/10
89/15 96/7 97/9 97/13
97/14 97/15
good [6] 8/4 8/6 9/15
27/17 62/13 68/1
got [17] 5/20 8/13 17/8
32/16 39/10 39/17 40/18
59/9 61/10 61/12 61/25
62/8 68/24 77/19 80/10
82/15 98/4
gotten [1] 80/25
government [7] 6/25 9/4
9/7 9/9 9/19 15/14 20/19
government's [1] 40/24
governments [3] 20/4
21/9 21/23
grant [1] 16/2
great [5] 8/6 9/5 10/20
58/11 92/7
group [1] 61/9
guess [4] 20/14 27/18
36/11 68/10
guidelines [1] 6/10
guys [3] 47/2 64/18 97/22

**H**

half [1] 45/17
hand [4] 19/6 39/24
97/13 97/14
happen [2] 32/6 78/16
happened [18] 14/12
14/20 31/22 41/15 44/16
49/6 51/2 51/5 54/15
61/15 62/6 66/3 66/22
69/2 80/15 81/17 94/9
94/20
happens [1] 33/5
happy [2] 7/8 36/16
harder [1] 6/18
Harold [1] 2/14
has [21] 7/15 24/21 33/1
33/10 33/17 34/14 34/15
38/3 38/10 52/16 52/21
52/24 53/4 53/5 53/12
53/16 72/4 72/5 84/11
95/17 104/13
hasn't [2] 7/4 45/23
hate [1] 7/20
have [160]
having [4] 5/3 16/12
16/17 28/6
He'll [1] 100/8
he's [13] 53/17 62/14
63/17 63/18 64/20 65/10
65/10 65/11 65/12 65/13
75/6 87/16 100/6
head [1] 42/14
heading [1] 32/20
heads [5] 13/7 13/11
14/10 14/22 47/23
health [1] 48/3
hear [7] 64/20 64/21
64/24 65/6 65/15 67/19
69/9
heard [1] 88/25
hearing [2] 71/21 72/5
held [2] 84/6 85/3
Helen [3] 2/22 91/25
104/5
help [4] 42/3 42/3 59/8
91/24
helped [2] 59/2 59/6
Heltzel [1] 15/19
her [69] 3/12 40/8 43/21
44/2 45/9 45/11 45/18
45/21 46/12 46/15 46/16
46/17 47/3 47/11 47/12
47/19 48/14 48/21 48/25
48/25 49/4 49/13 49/13
50/9 59/2 59/5 59/6 59/8
61/6 61/6 61/7 62/8 62/10
62/10 66/20 68/7 68/8
69/9 70/1 80/4 80/11
80/19 82/20 83/2 83/3
83/3 83/10 83/12 83/13
83/15 83/16 83/16 83/19
86/24 87/4 87/9 89/14
89/15 90/15 93/14 94/13
94/19 95/1 95/19 95/20
96/8 96/21 99/15 102/17
hereby [1] 102/15
herein [1] 103/3
hereto [1] 3/5

## H

hesitate [1] 104/16
Hi [1] 9/13
high [2] 8/1 99/19
highway [16] 63/2 63/10
63/11 65/3 65/8 65/20
66/1 66/11 66/24 67/2
67/4 67/5 69/18 70/18
70/19 91/7
him [45] 29/2 48/1 52/19
53/14 61/11 62/18 62/22
63/4 63/7 63/8 63/15
63/16 63/20 63/22 64/2
64/19 64/21 65/22 65/23
65/23 66/20 67/23 68/6
68/17 69/12 69/14 70/1
70/2 70/3 70/9 70/16
70/17 71/7 72/2 72/4
73/22 74/7 74/15 74/17
75/7 75/18 77/7 90/21
90/21 91/24
himself [2] 34/15 37/11
hired [1] 16/1
his [27] 3/14 3/17 18/15
33/3 33/18 33/19 34/19
52/18 52/25 53/2 53/10
53/12 53/17 67/19 67/23
71/24 74/16 74/18 76/7
76/11 77/13 85/17 90/2
91/5 91/5 91/7 102/17
his/her [1] 102/17
history [2] 9/3 9/4
hit [6] 44/21 44/25 46/8
47/9 64/16 94/22
hold [9] 13/2 84/16 85/10
85/19 86/21 87/6 87/14
88/5 88/16
holding [6] 36/21 83/8
84/5 86/10 86/14 87/1
holds [1] 35/5
home [4] 7/14 7/16 7/18
35/25
honest [13] 36/2 71/23
72/4 79/11 79/17 80/8
90/2 93/4 94/21 94/24
95/8 95/15 96/19
hospital [7] 61/21 80/11
80/11 80/20 81/21 93/11
96/22
Hot [1] 10/17
hours [4] 42/21 42/21
46/20 73/18
hsudhoff [1] 2/25
huh [7] 6/15 7/3 25/14
31/1 31/4 42/16 61/22
huh-uhs [1] 6/15
huhs [1] 6/14
human [1] 6/18
humans [1] 30/24
hundreds [5] 16/21 42/4
66/25 68/21 70/21

## I

I'd [1] 61/24
I'll [12] 8/14 23/15 23/17
37/9 51/2 58/9 62/23
63/25 66/1 70/19 81/10
89/21

I'm [90] 5/25 6/3 6/9 6/20
7/8 7/15 7/19 8/3 11/7
11/21 11/22 16/24 18/14
23/4 23/13 23/16 23/19
24/23 26/15 26/17 27/12
28/9 30/4 31/11 32/5
32/24 33/6 33/23 34/1
35/2 35/4 36/10 36/16
36/21 37/2 39/9 42/7 42/9
44/20 45/24 46/2 46/8
46/24 47/7 49/3 49/10
50/2 50/3 51/8 53/7 53/9
56/12 59/20 62/20 64/1
66/5 67/8 67/10 67/15
67/16 67/22 68/5 69/20
70/12 70/18 72/11 72/17
72/20 75/15 75/19 76/4
76/13 77/10 77/18 82/17
84/7 84/19 85/8 86/5 86/9
86/25 87/5 88/24 89/2
97/3 97/9 97/13 97/15
99/24 100/7
I've [5] 8/12 21/9 43/17
60/19 76/23
idea [4] 24/7 82/22 83/21
89/19
ideas [1] 73/7
immediately [1] 27/1
impartial [1] 29/2
impartiality [1] 33/2
34/19
imply [1] 18/18
important [6] 49/19
61/17 62/1 62/3 78/12
79/25
inappropriate [1] 48/9
included [1] 85/13
income [1] 15/13
incorporate [4] 35/16
37/7 38/13 38/17
incorporated [4] 30/6
36/5 37/5 37/24
incorporates [1] 56/3
incorporating [2] 56/13
56/18
incumbents [3] 58/23
58/25 59/4
Indeed [1] 34/16
INDEX [1] 3/18
individual [1] 33/1
informal [1] 17/1
information [2] 14/18
16/20 79/24
initiates [1] 28/19
instance [1] 23/9
instead [1] 67/3
instruct [1] 88/15
instructed [1] 88/17
interest [1] 15/13
interfere [1] 7/24
interject [1] 73/13
interjecting [1] 73/7
internal [1] 53/10
interrupt [17] 26/12
26/13 26/16 26/19 26/25
31/1 31/3 40/5 41/21
62/18 64/8 64/9 64/21
67/23 68/13 69/9 69/11

interrupted [13] 31/8
40/7 40/8 40/19 41/14
41/18 62/14 62/16 62/22
63/4 63/7 65/22 94/6
interrupting [12] 31/9
41/1 41/5 41/12 41/17
53/13 63/18 64/4 70/1
72/2 73/22 74/7
interruption [2] 74/20
74/21
interrupts [2] 74/9 74/14
investigated [4] 44/8
47/15 47/17 47/18
investigation [2] 46/11
49/12
investigations [3] 44/1
44/3 61/7
invite [1] 14/10
involve [1] 28/10
isn't [3] 70/14 78/20
82/25
issue [1] 48/5
it's [60] 5/18 6/8 7/20
11/19 12/8 16/10 16/20
19/11 20/23 21/14 22/1
24/18 24/19 24/19 27/13
27/15 35/25 36/1 38/1
40/2 40/16 40/23 40/23
42/6 43/12 49/19 49/22
50/11 50/15 53/18 53/22
53/24 54/15 55/19 57/6
63/12 63/13 63/13 64/8
64/19 65/6 65/8 70/25
72/10 74/20 74/21 75/3
75/7 76/5 76/7 84/10
87/23 88/1 88/4 88/4
89/12 95/20 95/21 95/24
99/17
item [1] 78/21

## J

Jab [1] 10/17
January [5] 12/12 30/7
32/10 37/5 56/11
Jib [1] 10/17
Jim [1] 10/19
job [44] 9/16 10/20 16/10
16/11 16/11 28/16 36/6
36/25 37/19 38/2 38/5
38/6 40/11 40/13 40/21
42/1 42/5 42/6 42/9 46/16
47/20 47/21 47/22 47/24
47/25 52/15 52/16 52/18
53/12 53/16 53/17 58/13
67/14 68/22 69/17 74/16
76/6 76/7 82/2 82/25
87/23 88/1 89/15 92/7
Jodie [4] 1/16 3/11
101/12 104/20
July [12] 50/23 60/3 60/3
60/6 60/10 60/10 77/8
77/17 77/25 78/4 78/9
78/14
just [51] 6/5 8/18 9/17
15/1 16/21 16/23 16/25
18/1 26/15 26/16 27/13
31/11 34/6 36/11 37/1
41/25 45/25 48/18 50/8

53/25 57/23 58/9 59/20
60/4 63/15 64/7 65/6 65/9
66/4 67/9 67/17 68/25
72/9 72/17 72/24 75/15
78/16 79/24 83/18 84/7
85/8 88/7 88/25 90/17
91/5 93/13 95/10 96/5
98/18 99/13 100/7

## K

keep [4] 19/4 53/24 69/4
98/23
keeping [1] 44/8
kept [3] 41/10 62/9 63/8
kid [1] 6/24
kidding [1] 100/7
kind [16] 6/4 6/5 6/9 7/24
12/11 16/13 17/1 20/2
20/15 23/20 27/20 28/2
28/3 28/25 78/24 98/7
Klejka [1] 71/24
Klotz [6] 82/12 83/4 83/5
83/9 89/6 89/22
knew [6] 36/8 48/1 77/24
78/1 78/3 91/6
know [64] 6/6 7/8 7/13
9/4 11/2 11/7 14/18 15/20
18/1 18/10 24/24 27/22
29/19 29/20 30/16 32/3
35/10 36/6 36/9 41/15
45/5 46/16 47/20 47/21
47/24 47/25 52/6 52/10
52/11 55/9 55/19 56/2
56/6 58/2 59/23 59/24
61/5 64/13 66/9 66/25
67/2 68/2 69/2 69/20
71/25 74/11 74/11 77/11
77/12 77/16 78/6 80/6
80/6 80/7 80/8 82/15 84/7
89/3 89/13 91/20 93/9
93/13 94/5 99/13
knows [2] 55/21 67/7
Kopp [1] 2/5

## L

lady [1] 62/10
laid [1] 25/8
large [1] 33/11
last [8] 7/5 12/4 28/17
42/12 44/11 91/22 91/23
92/7
lasted [1] 42/18
later [2] 9/10 47/2
law [2] 95/14 95/25
lawyer [1] 100/6
leaders [1] 28/3
learn [1] 38/19
leaving [1] 34/17
left [6] 16/8 40/1 80/23
81/20 85/24 97/2
legislation [4] 20/19
20/24 21/10 41/25
less [2] 14/21 14/23
let [25] 6/20 6/20 6/24
6/24 7/1 7/8 7/8 34/6
37/21 38/16 48/23 48/24
48/25 49/4 49/13 52/14
52/15 58/8 64/11 68/3

53/25 57/23 58/9 59/20
60/4 63/15 64/7 65/6 65/9
66/4 67/9 67/17 68/25
72/9 72/17 72/24 75/15
78/16 79/24 83/18 84/7
85/8 88/7 88/25 90/17
91/5 93/13 95/10 96/5
98/18 99/13 100/7

70/3 71/7 77/15 80/9
82/15
let's [15] 18/1 23/5 46/3
51/21 63/24 66/12 71/6
71/13 73/1 73/4 74/12
85/6 85/15 89/4 98/1
letter [3] 60/19 60/23
61/10 61/10 62/4 62/7
62/10 77/13 77/17 77/19
77/20 77/25 78/2 78/4
78/5 79/1 79/2 79/20
82/11 90/10 90/14 90/17
91/9 92/17 93/8 94/8 95/4
95/7 98/2 98/6 104/14
letters [3] 61/12 61/14
62/5
letting [7] 66/21 68/7
68/17 70/2 70/5 70/13
71/2
levying [1] 92/18
liar [3] 43/20 43/21 43/23
life [3] 6/22 17/21 62/3
Lighten [1] 99/18
like [22] 6/10 7/24 12/2
12/12 13/14 14/21 15/7
25/6 26/6 36/20 36/22
44/1 48/11 51/5 64/8
67/18 74/19 84/17 88/23
90/17 93/10 96/2
likely [1] 43/14
LINE [1] 103/7
list [1] 7/16
listen [3] 69/1 71/8 81/7
listened [1] 70/6
little [8] 5/22 9/2 14/13
28/3 61/23 80/19 97/10
99/18
LLP [2] 2/23 104/5
load [2] 99/18 99/19
local [2] 15/14 20/4
long [8] 9/18 12/4 30/23
46/20 49/7 75/10 93/6
98/23
longer [5] 26/6 27/11
29/11 30/13 33/6
looked [2] 39/17 64/3
looks [2] 36/20 36/22
lost [2] 15/12 15/14
lot [14] 8/12 9/11 15/17
21/9 36/25 42/15 49/9
63/7 64/2 76/20 80/5 80/5
86/2 100/3
loud [2] 32/24 92/10
loudly [1] 96/18
LPA [1] 2/9

## M

made [16] 13/23 15/24
22/5 45/5 46/22 47/1 47/4
47/4 47/5 58/4 58/5 58/11
58/18 59/15 68/23 92/21
Madison [1] 2/10
mail [1] 104/13
main [3] 34/14 83/22
83/25
maintain [2] 46/4 87/23
maintained [1] 87/25
make [15] 7/7 7/13 16/22

**M**

make... [12] 22/18 22/20 22/22 22/23 29/25 30/25 38/1 40/15 42/14 61/2 61/3 76/2
makes [2] 24/11 82/23
making [5] 24/12 45/1 45/9 53/25 63/9
male [1] 86/6
man [2] 72/20 86/6
manner [3] 40/17 40/23 74/14
many [21] 15/24 40/7 45/5 45/7 46/13 49/3 51/16 60/24 61/5 61/7 62/6 63/11 65/4 66/24 69/11 78/10 78/16 82/17 82/17 83/12 95/21
marked [3] 91/19 97/13 97/14
Markota [1] 2/5
masculine [2] 72/15 72/23
Matt [5] 2/9 8/19 8/20 8/20 104/22
matter [3] 26/21 34/16 104/16
matters [1] 15/4
Mauro [21] 2/21 10/12 10/14 10/21 11/3 17/5 17/8 37/4 40/4 40/8 41/4 41/8 41/12 41/20 54/2 54/5 87/10 91/19 95/12 95/24 99/9
Mauro's [1] 5/22
may [12] 3/5 3/10 3/12 14/9 29/13 33/16 34/13 34/18 41/6 46/3 54/10 55/12
maybe [3] 44/6 47/17 62/21
mayor [3] 10/14 10/17 10/20
mean [18] 17/25 18/1 18/11 18/18 19/19 23/19 24/1 24/4 25/10 25/20 26/19 28/22 29/4 29/4 53/2 59/15 72/25 74/8
means [1] 56/20
medical [1] 7/22
medication [3] 7/22 7/23 8/3
meet [3] 11/11 13/20 16/16
meeting [165]
meeting's [1] 30/25
meetings [32] 7/1 14/20 15/5 17/3 17/7 19/5 28/2 31/22 39/25 40/3 41/21 42/18 42/19 45/12 46/19 51/16 51/22 51/24 51/25 52/2 54/3 54/9 54/25 57/25 59/22 61/1 75/11 75/23 76/24 77/3 81/3 86/15
Melfi [1] 10/19
member [10] 24/24 25/18 25/24 26/10 32/25 33/2

33/18 67/4 86/22 88/6
members [1] 25/6
members' [1] 34/18
Memorial [2] 61/21 80/20
memory [2] 7/25 41/17
men [3] 88/11 88/12 88/13
mention [1] 73/19
mentioned [1] 73/19
merits [1] 33/13
Mesopotamia [1] 67/6
messages [1] 98/21
met [3] 14/14 15/9 61/4
middle [8] 50/12 50/16 50/18 50/19 50/20 73/25 90/7 94/17
might [12] 10/19 11/2 11/22 12/24 20/22 21/11 38/8 41/14 51/14 64/13 90/16 98/4
Miller [5] 2/9 4/3 4/8 5/9 104/22
Miller-Novak [5] 2/9 4/3 4/8 5/9 104/22
million [3] 15/12 15/15 16/7
millions [4] 15/15 16/21 16/22 42/4
mind [3] 8/25 77/22 96/3
mine [1] 58/9
Mineral [2] 90/22 90/23
minor [1] 99/20
minutes [7] 20/15 56/12 61/16 63/19 79/15 80/9 80/20
mistakenly [1] 6/15
mistruths [1] 65/19
mmn [1] 2/11
moderate [2] 29/2 29/4
moderating [1] 30/19
moment [3] 34/10 72/21 97/10
moments [1] 14/6
money [3] 15/17 16/3 16/23
MONROE [4] 1/11 2/20 61/4 104/8
months [8] 13/19 13/21 31/10 31/23 45/16 45/19 45/21 47/2
more [10] 6/10 15/3 15/7 20/18 27/19 41/24 43/14 48/1 72/15 97/24
morning [2] 80/12 99/2
most [9] 14/13 14/16 15/23 20/4 21/23 28/2 30/4 42/12 62/3
motion [15] 20/11 22/6 22/17 22/20 22/22 22/23 23/8 24/3 24/11 24/13 24/16 24/19 24/21 27/4 79/21
motions [1] 23/3
move [5] 72/9 74/12 85/6 85/15 97/2
moved [2] 16/1 96/4
moving [2] 94/23 96/11

**MR** [6] 4/3 4/8 4/9 5/9 10/12 104/12
**Mr.** [13] 5/10 8/8 8/14 10/1 54/10 61/4 63/6 64/5 66/4 86/5 87/10 87/11 88/22
**Mr. Cantalamessa** [1] 10/1
**Mr. Chair** [1] 54/10
**Mr. Fuda** [5] 7/10 8/8 8/14 66/4 86/5 87/11 88/22
**Mr. Fuda's** [1] 87/10
**Mr. Monroe** [1] 61/4
**Mr. Papalas** [2] 63/6 64/5
**MS** [4] 4/7 78/23 87/13 104/9
**Ms.** [39] 9/25 44/15 45/1 45/5 46/6 49/24 51/1 60/23 60/24 60/25 61/5 62/8 66/19 68/6 78/11 78/25 80/5 82/12 83/4 83/5 83/9 84/17 84/20 86/4 86/15 87/8 87/17 88/12 89/5 89/6 89/22 89/22 91/9 92/18 93/1 94/8 94/10 94/11 95/17
**Ms. Frenchko** [33] 9/25 44/15 45/1 45/5 46/6 49/24 51/1 60/23 60/24 60/25 61/5 62/8 66/19 68/6 78/11 78/25 80/5 84/17 84/20 86/4 86/15 87/8 87/17 88/12 89/5 89/22 91/9 92/18 93/1 94/8 94/10 94/11 95/17
**Ms. Klotz** [6] 82/12 83/4 83/5 83/9 89/6 89/22
**much** [6] 49/21 58/4 60/24 73/11 91/25 97/21
**must** [4] 32/18 33/20 48/10 49/7
**myself** [1] 81/22

**N**

name [6] 5/10 5/13 5/22 67/6 71/24 96/13
named [1] 102/16
names [1] 8/17
necessarily [4] 28/20 37/3 38/12 75/22
necessary [3] 28/12 91/15 92/5
need [14] 6/4 7/8 7/9 8/18 9/5 13/8 16/19 17/11 17/15 42/3 42/3 76/1 82/16 91/25
needed [4] 13/23 14/18 47/14 58/17
needs [4] 15/9 22/16 22/20 71/12
negative [1] 74/21
never [14] 11/9 39/17 39/19 48/23 48/23 54/12 57/22 62/14 67/13 68/24 85/3 87/17 88/14 96/20
new [4] 2/24 21/20 47/5

104/6
next [4] 34/12 73/3 90/4 90/6
night [1] 80/13
NIKI [13] 1/7 34/5 40/5 40/7 41/1 41/17 42/22 43/20 43/22 51/9 58/22 59/13 104/8
Niki's [1] 49/10
Niles [6] 9/9 9/11 9/19 57/12 57/14 57/16
nine [5] 31/10 31/23 45/16 45/18 45/21
nobody [3] 54/11 55/21 88/17
nominee [1] 10/10
none [3] 39/3 52/4 84/10
nonetheless [1] 58/22
normally [4] 14/25 33/11 73/15
NORTHERN [2] 1/2 1/20
not [133]
Notary [7] 1/16 3/11 5/4 102/1 102/13 102/15 102/19
noted [2] 102/5 103/5
notes [1] 101/8
nothing [10] 5/5 33/12 41/10 53/16 57/10 62/6 80/25 84/11 84/19 91/2
notice [1] 68/1
Novak [5] 2/9 4/3 4/8 5/9 104/22
number [2] 99/3 104/17

**O**

oath [3] 84/15 85/2 86/20
object [2] 33/23 34/2
objected [3] 80/2 80/5 82/13
objecting [5] 80/4 82/20 82/21 83/1 83/2
objection [11] 26/25 29/13 55/12 55/17 57/9 58/1 77/1 82/24 84/18 85/4 87/15
objections [2] 4/6 34/2
obligation [1] 33/18
obstructing [3] 83/13 83/16 83/19
obtain [1] 38/19
obviously [2] 11/16 27/24
occasionally [2] 84/12 84/16
occasions [2] 33/15 85/25
occur [1] 79/5
occurring [1] 82/24
off [7] 34/7 34/9 63/22 64/2 66/17 71/18 97/7
office [9] 2/21 13/5 13/14 13/15 61/19 66/3 67/1 73/16 99/3
officer [15] 11/20 11/21 11/25 12/9 12/14 32/25 34/13 34/17 38/18 57/7 57/14 75/5 82/25 96/23 97/1

officer's [2] 18/24 75/13
officers [6] 33/16 75/10 76/11 76/19 77/2 93/13
offices [1] 3/7
official [11] 30/7 36/14 36/15 36/17 38/1 52/16 56/4 56/19 59/15 95/14 95/25
officials [5] 13/6 13/12 52/20 91/14 92/4
often [3] 20/18 21/14 94/6
Oftentimes [1] 77/19
Oh [2] 24/14 72/20
OHIO [12] 1/2 1/7 1/21 2/6 2/10 2/16 2/24 3/8 3/12 55/21 104/2 104/6
okay [228]
okayed [1] 24/21
old [4] 18/11 21/14 21/20 87/10
once [5] 27/18 33/5 41/9 63/12 99/6
one [31] 9/25 10/1 10/5 13/17 15/19 16/13 16/14 16/25 20/25 25/6 27/13 28/19 29/10 31/22 34/5 35/11 37/9 39/5 39/7 41/10 50/5 55/19 57/3 58/9 58/22 58/25 59/8 72/6 75/14 81/14 91/21
only [4] 38/2 43/7 84/23 85/24
open [1] 20/2
operate [1] 61/3
operated [2] 58/16 58/18
operations [3] 80/12 91/16 92/5
opinion [2] 17/21 88/4
opponent [1] 10/7 10/13 10/21
opponents [3] 9/25 10/1 10/5
opportunity [4] 22/2 51/7 93/8 94/11
options [1] 81/18
order [91] 17/6 18/2 19/1 19/6 19/13 19/25 20/8 20/14 22/5 22/9 22/16 22/23 24/1 24/2 24/3 24/5 24/12 24/17 24/20 24/25 25/1 25/9 26/10 26/18 26/24 27/20 28/14 28/21 28/22 28/25 29/10 29/22 29/23 29/25 30/2 30/5 32/7 32/10 34/22 35/5 35/6 35/7 35/12 35/16 35/17 35/19 35/21 36/5 37/1 37/5 37/8 37/10 37/12 37/15 37/25 38/1 38/14 38/17 38/19 38/23 39/18 39/21 39/24 43/18 43/20 44/8 45/2 46/4 49/20 49/23 49/24 53/10 55/2 55/5 55/10 55/15 55/19 56/4 56/9 56/14 56/14 56/19 56/20 56/24 57/20 57/22 57/24 59/22

**O**

order... [3] 75/13 87/23 87/25
Orders [1] 56/21
organizational [2] 12/8 56/12
original [1] 104/10
originals [1] 104/13
other [24] 6/17 7/1 7/7 8/5 8/17 13/5 15/8 15/15 16/4 33/2 41/22 45/6 48/2 54/20 56/6 57/4 62/5 67/18 71/14 74/19 76/18 84/4 91/1 92/3
our [9] 7/1 15/10 34/11 40/11 40/12 46/19 54/25 77/3 104/11
out [28] 6/19 11/10 11/18 16/2 23/5 24/24 25/8 25/13 32/4 32/24 35/5 51/15 51/16 51/17 51/22 51/24 51/25 52/2 62/8 62/11 67/6 68/22 81/12 83/3 89/5 92/9 96/13 96/14
outdated [1] 27/20
outweighs [1] 33/19
over [30] 13/18 15/1 16/6 17/4 18/7 18/20 18/22 22/1 28/16 30/11 33/21 49/7 52/17 52/21 57/25 58/3 58/16 59/21 62/5 66/24 80/14 80/16 81/3 81/20 81/23 82/5 82/6 83/23 84/1 96/5
overlooked [1] 33/18
overspoke [1] 41/22
own [3] 56/1 56/8 102/17

**P**

page [11] 4/3 4/7 4/8 4/9 4/13 4/14 91/23 97/15 97/19 97/25 103/7
pages [6] 97/24 101/6 102/5 104/11 104/13 104/14
Papalas [2] 63/6 64/5
paper [6] 83/8 83/11 83/18 84/5 84/7 84/9
paragraph [3] 34/12 91/23 92/8
Pardon [3] 39/14 43/2 45/20
parking [1] 61/6
Parkway [2] 2/23 104/6
part [12] 12/8 14/2 14/5 15/1 27/20 34/18 67/19 70/18 78/21 79/20 86/24 87/2
partially [2] 34/10 34/11
participant [3] 42/25 43/3 43/8
participate [3] 28/7 28/8 33/20
participated [1] 43/15
participation [3] 14/6 21/11 32/21
particular [6] 16/14

28/19 32/23 34/16 35/24 61/15
parties [1] 3/5
partisan [1] 34/15
parts [2] 15/23 30/2
party [1] 10/23
pass [2] 17/2 41/25
passed [4] 5/20 40/19 55/20 55/21
past [9] 6/2 7/24 51/22 52/4 54/15 57/12 81/17 82/17 82/18
path [1] 82/8
PAUL [4] 1/11 2/20 15/18 104/8
pause [1] 91/17
Peck [1] 2/9
pending [3] 1/19 33/13 34/14
people [46] 11/11 11/13 16/1 16/1 30/4 40/7 41/1 41/5 41/13 41/14 41/17 41/21 42/2 42/2 43/10 45/7 50/7 51/16 51/23 52/12 52/19 53/25 55/10 57/8 58/4 58/10 59/3 62/5 64/8 66/21 67/1 67/14 68/7 68/24 70/17 79/3 85/21 85/23 86/2 86/13 86/25 87/5 88/9 88/10 88/15 89/16
people's [1] 30/19
per [1] 90/15
percent [1] 67/15
period [1] 29/15
permission [5] 54/3 54/6 54/21 55/7 57/17
person [10] 7/1 12/6 12/7 17/17 25/10 41/10 63/2 66/2 70/19 89/9
person's [1] 88/8
personally [1] 102/16
phone [17] 38/6 61/16 61/17 61/17 62/1 65/3 65/3 65/4 69/17 80/10 83/16 91/6 98/23 99/2 99/3 99/9 99/14
photographs [6] 84/13 84/24 85/1 85/5 85/9 85/10
pick [1] 73/17
picture [1] 87/1
pictures [9] 84/16 85/3 86/10 86/14 86/21 87/6 87/14 88/5 88/16
piece [5] 83/8 83/11 83/18 84/5 84/7
Plaintiff [2] 1/8 2/4
PLAINTIFF'S [1] 4/12
Planet [1] 64/13
planned [4] 9/9 10/1 16/7 16/9
platform [1] 28/4
play [3] 45/24 46/2 71/6
played [11] 46/5 64/15 65/5 65/18 66/18 68/11 69/6 69/19 69/24 71/9 97/21

player [1] 20/8
please [7] 34/8 37/21 60/4 77/15 104/10 104/13 104/16
pledge [2] 20/4 20/7
plenty [1] 76/24
point [24] 20/5 20/20 21/11 21/24 23/25 24/2 25/2 25/21 28/21 33/19 62/21 64/3 66/19 66/22 68/6 68/12 69/12 69/25 71/1 72/1 76/5 79/19 90/9 95/5
points [2] 6/4 24/24
policies [3] 12/25 52/25 53/3
Polivka [1] 11/22
position [1] 15/16
positions [1] 16/2
positive [1] 74/20
possibly [1] 49/21
power [1] 56/7
practice [2] 11/19 57/7
prayer [1] 20/6
precinct [2] 10/25 11/1
precludes [1] 33/3
prefer [1] 8/8
preference [1] 8/9
present [2] 13/17 76/24
presented [2] 14/15 14/16
preserving [2] 98/3 98/7
preside [4] 33/19 59/21 81/23 82/4
presided [1] 81/20
president [1] 57/15
presiding [23] 11/20 11/25 12/9 12/14 18/24 32/25 33/4 33/16 34/13 34/17 34/20 38/18 40/4 57/7 57/14 57/25 75/4 75/13 80/14 80/16 82/25 96/23 97/1
pressure [1] 8/1
pretty [3] 27/15 41/16 57/6
previous [3] 15/2 20/16 61/1
primary [6] 10/13 10/16 10/22 11/3 18/25 40/14
prior [1] 60/12
privilege [1] 27/4
privileged [5] 23/8 24/16 24/18 24/19 24/21
probably [10] 6/18 7/15 10/13 14/12 19/11 27/19 37/17 61/23 85/12 90/2
problem [6] 8/13 59/8 59/9 72/5 84/20 93/20
problems [6] 9/11 15/12 15/22 75/11 76/20 88/11
procedure [6] 1/18 15/1 53/5 54/25 78/15 104/15
procedures [2] 53/11 55/1
proceed [1] 6/4
proceedings [1] 101/7
process [4] 14/2 16/17

25/1 25/8
Professional [1] 101/13
progress [7] 42/15 42/17 58/4 58/5 58/11 58/19 59/14
project [4] 16/7 16/9 16/19 16/19
projects [10] 15/17 15/20 16/5 16/7 40/18 40/20 68/21 68/23 68/25 73/18
promised [1] 11/13
promises [1] 15/24
proper [2] 6/11 27/2
properly [1] 82/6
prosecuting [1] 98/3
prosecutor [3] 98/11 98/15 98/25
prosecutors [1] 98/9
provide [2] 38/25 99/8
public [21] 1/16 3/11 5/4 14/6 21/1 21/5 21/11 22/1 52/19 57/7 79/25 92/11 92/14 92/15 92/21 92/22 92/23 98/18 98/19 102/13 102/15
publication [1] 92/16
pull [1] 36/10
purpose [1] 12/18
purse [2] 13/3 13/4
pursuant [3] 1/15 1/18 104/14
put [4] 15/24 64/25 83/11 97/17
puts [2] 91/15 92/4

**Q**

question [35] 6/20 7/20 7/20 8/18 8/22 26/20 27/1 31/21 33/17 34/14 37/21 38/16 47/8 47/8 49/4 51/4 58/8 62/13 66/20 67/8 67/16 67/24 68/3 68/6 69/5 69/23 70/4 70/23 70/24 71/1 74/13 77/15 81/10 85/7 85/18
questions [15] 6/19 23/20 23/21 24/23 32/4 33/13 66/5 71/12 86/6 90/22 91/5 100/1 100/2 100/3 104/16
quick [3] 71/14 71/17 97/6
quite [1] 63/4
quorum [2] 81/1 81/11

**R**

raise [1] 58/17
ran [2] 58/2 87/12
rare [2] 33/16
Rd [1] 104/1
RE [1] 104/8
read [71] 3/16 18/6 18/7 21/16 21/17 29/24 32/12 32/21 32/24 33/13 33/22 34/21 35/14 36/24 37/17 39/4 39/8 39/11 39/11 56/11 60/2 60/12 60/19 60/20 61/11 61/13 62/2

62/4 62/5 62/10 77/13 77/16 77/21 77/22 77/25 78/1 78/3 78/11 78/12 79/1 79/5 79/6 79/8 79/9 79/10 79/11 79/12 79/14 79/24 80/1 80/2 82/11 82/13 82/16 91/10 92/6 92/7 92/9 93/16 93/20 93/23 93/24 94/1 94/3 94/4 94/5 95/4 102/5 102/5 103/3 103/4 104/12
reading [8] 32/22 34/4 35/2 62/7 82/21 93/11 94/7 97/17
ready [1] 97/3
real [4] 16/11 71/14 71/17 97/6
reality [1] 75/12
realize [2] 71/19 72/3
realized [1] 39/19
really [12] 8/7 11/12 16/16 23/20 25/22 27/24 28/20 53/21 70/25 81/10 98/5 99/14
Realtime [1] 101/13
reason [8] 8/22 18/16 32/11 32/17 55/16 61/19 76/25 103/7
reasons [2] 97/24 102/6
recall [48] 7/24 27/7 31/5 31/9 31/11 33/14 35/24 36/1 40/9 41/15 44/5 45/10 45/14 46/17 48/16 50/1 50/20 50/25 51/8 51/10 51/23 52/7 52/12 54/7 54/16 55/8 57/21 64/4 64/5 79/17 82/12 83/8 84/5 84/6 89/24 90/11 90/12 94/20 94/24 95/8 96/2 96/7 96/10 98/5 98/7 98/14 98/17 98/20
receipt [1] 104/14
receive [1] 60/5
received [4] 60/4 60/6 60/22 104/14
reckless [2] 91/12 92/1
record [8] 34/7 34/9 66/17 71/18 72/22 93/15 93/16 97/7
recorded [2] 6/6 6/10
recording [13] 46/1 46/5 64/15 65/5 65/18 66/18 68/11 69/6 69/24 70/14 71/1 71/9 90/20
records [3] 58/13 98/18 98/19
refer [1] 16/15
referring [1] 14/19
refresher [1] 6/5
refusing [2] 70/22 85/7
regaining [1] 92/14
regarding [1] 41/17
regardless [2] 17/12 17/15
Registered [1] 101/13
relating [1] 33/17
relationship [2] 43/13 61/8

**R**

**released [1]** 32/14
**relinquish [4]** 28/14 29/12 30/10 33/20
**relinquished [2]** 34/13 80/23
**remember [58]** 10/24 11/8 31/13 31/15 31/17 31/22 32/1 32/2 32/22 41/1 41/4 41/6 41/8 41/12 41/23 43/21 43/22 43/24 44/1 45/4 45/8 45/8 45/11 45/18 45/21 49/6 49/9 52/9 57/1 57/3 62/19 68/9 71/5 79/10 80/4 82/20 83/2 83/3 83/21 84/10 84/10 93/3 93/12 95/10 95/12 95/15 96/9 96/12 96/13 96/17 96/19 96/19 98/1 98/2 98/5 98/6 98/24 99/9 99/11
**remind [1]** 80/9
**removed [3]** 52/8 52/12 93/14
**repeat [1]** 92/6
**report [1]** 14/11
**Reporter [2]** 101/13 101/13
**REPORTER'S [1]** 101/2
**Reporting [1]** 104/1
**reports [3]** 20/22 20/24 21/16
**represent [7]** 18/14 28/24 37/2 37/9 55/14 64/1 76/23
**representative [1]** 10/23
**Republican [1]** 10/6
**request [1]** 98/19
**requested [3]** 78/23 78/25 79/2
**requesting [1]** 92/11
**require [10]** 22/5 22/9 22/13 28/14 54/20 55/6 55/10 55/15 55/15 56/24
**required [4]** 27/21 33/2 36/25 54/9
**reside [1]** 82/6
**resolution [2]** 35/14 56/18
**resolutions [1]** 12/22
**resort [1]** 44/11
**respected [2]** 58/3 58/20
**respective [1]** 102/6
**respond [8]** 6/25 7/2 59/18 90/9 93/2 93/8 94/12 95/6
**responded [5]** 63/21 63/22 70/7 91/1 93/3
**responding [3]** 94/14 94/18 94/22
**response [1]** 93/12
**responses [1]** 91/6
**responsibilities [1]** 18/25
**responsibility [4]** 29/21 38/18 75/25 82/5
**responsible [1]** 13/5
**rest [1]** 55/6
**restroom [1]** 7/9

**retirement [1]** 26/7
**return [1]** 34/14
**review [2]** 6/5 100/10
**rewind [2]** 68/10 69/3
**rid [1]** 59/9
**Ridge [2]** 90/22 90/23
**Riepenhoff [2]** 2/23 104/5
**right [59]** 5/13 5/20 7/12 12/10 12/13 13/3 13/7 13/13 14/4 14/5 14/23 17/17 18/23 20/18 21/15 24/10 25/22 25/23 26/8 26/23 28/4 32/19 33/7 43/12 43/25 44/17 44/20 47/7 47/8 48/19 48/22 49/10 51/8 53/18 64/19 66/14 66/19 69/13 72/11 73/2 73/3 73/4 73/4 79/14 83/6 83/13 84/12 84/15 85/2 89/1 90/19 91/10 92/13 93/16 94/2 95/17 95/21 98/13 99/21
**rights [2]** 33/1 33/4
**risk [2]** 91/16 92/5
**Road [1]** 2/10
**Robert [5]** 2/14 18/15 33/8 33/9 38/7
**Robert's [76]** 17/6 17/11 17/23 18/2 18/25 19/6 19/13 19/25 22/4 22/9 22/13 22/16 23/3 24/17 24/20 25/1 25/9 26/10 26/18 27/20 28/13 28/25 29/9 29/22 29/23 29/25 30/2 30/5 32/6 32/10 34/21 34/24 35/5 35/5 35/6 35/12 35/16 35/16 35/18 35/20 36/5 36/14 37/1 37/5 37/7 37/10 37/11 37/24 37/25 38/14 38/17 38/19 38/23 39/18 39/20 39/21 39/24 55/1 55/5 55/10 55/14 55/18 56/4 56/9 56/13 56/14 56/18 56/20 56/21 56/23 57/19 57/22 57/24 59/22 75/13 81/6
**Roberts [1]** 37/15
**room [1]** 71/14
**Ross [1]** 2/14
**rule [5]** 32/20 36/8 55/8 64/7 89/19
**rules [103]** 1/18 6/9 17/2 17/6 17/7 17/10 17/11 17/14 17/24 18/2 18/15 18/20 18/25 19/6 19/13 19/25 22/4 22/9 22/13 22/16 23/3 24/17 24/20 25/1 25/9 26/10 26/18 27/20 28/13 28/25 29/9 29/22 29/23 29/25 30/2 30/5 30/7 32/6 32/10 34/21 34/24 35/5 35/6 35/6 35/12 35/16 35/17 35/18 35/20 36/5 36/5 36/7 36/14 37/1 37/5 37/7 37/10 37/10 37/11 37/15

37/24 37/25 38/8 38/8 38/14 38/17 38/19 38/23 39/18 39/20 39/21 39/24 47/1 47/2 47/3 47/3 47/3 55/1 55/5 55/10 55/15 55/18 56/1 56/4 56/4 56/8 56/9 56/13 56/14 56/18 56/19 56/20 56/21 56/23 57/19 57/22 57/24 59/22 75/13 81/6 89/8 89/17 104/14
**run [8]** 16/13 19/2 38/17 41/7 42/4 53/25 76/6 87/10
**running [5]** 10/20 38/9 38/11 41/23 45/13
**rushed [1]** 93/10
**rushing [1]** 80/11

**S**

**said [62]** 9/4 9/18 10/4 10/12 15/7 15/25 17/6 23/22 28/6 34/6 39/23 47/2 47/14 47/16 50/9 59/12 61/11 61/23 63/9 63/10 63/14 63/22 63/23 64/4 64/5 66/23 66/25 68/1 68/17 68/20 69/13 69/13 70/6 70/10 70/13 70/14 70/15 71/2 71/3 71/10 71/20 72/7 77/19 77/22 80/5 80/5 80/8 85/1 85/21 85/24 87/9 88/10 90/22 90/25 91/1 91/2 93/10 95/13 95/24 96/2 99/13 101/8
**same [13]** 6/25 12/6 17/17 32/5 33/1 40/22 42/11 48/3 65/9 66/23 76/19 92/15 103/4
**sanitary [5]** 15/22 15/24 16/8 40/17 58/6
**sat [5]** 89/22 90/4 93/1 94/8 95/6
**satisfied [1]** 59/3
**saw [3]** 5/17 48/18 65/9
**say [25]** 6/9 6/12 13/2 17/13 20/4 20/6 32/18 33/12 35/15 38/4 39/22 53/8 55/20 56/14 57/10 63/21 65/4 66/2 70/3 70/3 81/9 81/11 82/15 94/23 95/21
**saying [43]** 17/18 23/11 23/23 24/9 25/17 26/16 29/15 29/16 30/12 30/14 31/12 31/14 31/19 33/5 33/7 35/5 38/24 40/14 41/20 46/7 46/8 48/6 48/8 48/11 53/8 54/1 55/4 58/10 63/9 64/10 64/20 67/3 71/20 71/22 71/22 73/8 73/23 75/3 80/6 80/7 96/7 96/10 96/17
**says [9]** 33/9 34/12 56/13 56/18 63/12 63/13 63/13 75/13 91/12
**Schlemmer [1]** 2/9

**screaming [1]** 62/9
**screen [3]** 5/15 64/16 64/17
**seat [4]** 62/8 83/3 83/10 90/7
**second [10]** 20/12 22/25 34/5 73/5 91/17 91/22 91/23 97/15 97/19 97/25
**seconds [2]** 68/10 69/3
**section [7]** 24/20 25/9 26/10 26/18 27/4 27/7 28/25
**sedentary [1]** 97/24
**see [13]** 14/12 15/11 15/22 24/24 36/15 36/16 64/11 64/25 65/2 71/20 86/2 97/18 98/1
**seem [3]** 29/2 41/16 49/9
**seen [3]** 21/9 76/23 97/25
**segment [1]** 46/2
**seldom [1]** 61/4
**self [1]** 72/11
**sense [1]** 15/3
**sent [2]** 67/17 67/17
**sentence [2]** 48/24 74/1 91/22
**September [5]** 1/17 3/6 103/4 104/3 104/10
**series [1]** 23/21
**services [2]** 40/21 104/1
**set [4]** 12/24 56/21 56/23 63/15
**several [1]** 61/6
**Seville [2]** 2/6 3/7
**sewer [3]** 16/8 40/17 58/6
**sewers [2]** 15/22 15/24
**she [113]**
**She'll [1]** 7/18
**she's [3]** 90/6 95/24 97/14
**sheet [2]** 19/9 102/7
**sheriff [34]** 2/20 52/18 52/18 52/21 52/24 53/4 53/8 53/9 53/12 53/13 53/17 60/22 60/23 60/23 61/1 61/8 74/15 74/22 75/3 75/16 75/19 75/16 76/2 76/11 77/2 77/9 77/12 77/14 77/16 77/21 77/24 93/19 95/18 95/23
**sheriff's [10]** 2/21 13/14 52/16 75/10 75/24 76/6 90/9 90/13 90/16 93/13
**sheriffs [2]** 75/20 76/24
**Shoppe [1]** 10/18
**shorthand [1]** 3/10
**shouting [1]** 44/7
**show [3]** 66/23 67/10 67/11
**showing [1]** 86/22
**shown [2]** 34/15 101/8
**sic [1]** 37/23
**sick [1]** 96/21
**side [1]** 40/1
**sign [3]** 3/16 100/10 104/12
**signature [3]** 3/14 100/11 104/15
**signed [3]** 102/16 104/13

104/14
**similar [1]** 91/3
**simple [4]** 51/4 71/1 75/12 86/5
**since [3]** 34/15 36/17 58/8
**Sincerely [1]** 104/18
**single [1]** 42/8
**sit [2]** 81/21 90/3
**sits [1]** 90/6
**sitting [5]** 19/12 27/13 40/1 42/19 99/2
**situation [4]** 69/21 74/15 91/3 93/9
**six [2]** 42/21 46/20
**Sixteen [2]** 9/20 9/21
**slam [1]** 48/18
**slammed [2]** 44/10 49/13
**slamming [1]** 44/7
**small [1]** 46/2
**smaller [1]** 35/16
**smart [3]** 15/18 15/19 16/22
**so [186]**
**society [1]** 33/1
**some [18]** 6/4 15/15 20/25 21/3 21/7 30/2 30/5 32/1 38/8 50/7 50/10 55/25 75/11 79/3 87/4 89/4 97/17 98/7
**someday [1]** 26/9
**someone [25]** 18/12 20/11 22/15 22/20 22/22 24/11 25/5 25/12 25/13 25/18 31/3 31/6 32/3 37/16 43/6 52/5 53/20 74/8 74/9 74/14 75/4 75/7 75/7 86/3 98/11
**someone's [4]** 26/20 53/13 53/23 75/14
**something [14]** 5/17 7/21 31/22 41/7 47/5 51/22 59/17 61/12 63/12 64/14 78/15 82/24 93/23 98/4
**something's [1]** 74/23
**sometimes [15]** 6/18 20/22 21/5 21/17 28/6 28/10 40/3 40/5 41/2 43/20 71/21 74/1 76/19 79/3 97/24
**somewhat [2]** 27/21 27/21
**somewhere [2]** 20/17 79/12
**soon [1]** 15/13
**sorry [2]** 9/13 87/5
**sound [1]** 65/6
**sounds [1]** 16/14
**sparing [1]** 34/17
**speak [28]** 17/22 21/2 22/2 30/19 30/22 33/7 48/23 54/6 54/8 55/7 55/11 56/24 57/8 57/17 58/14 62/15 62/18 63/3 63/19 66/6 66/21 68/7 68/17 70/2 70/5 70/14 71/2 71/7
**speaker [7]** 26/12 26/13

**S**

**speaker... [5]** 26/19 26/25 68/16 68/18 68/18
**speaker's [2]** 17/12 17/15
**speakers [2]** 64/9 73/13
**speaking [35]** 7/2 12/21 20/8 20/23 21/10 21/23 23/19 26/15 26/20 26/21 30/22 31/2 40/6 41/10 49/5 55/11 56/25 57/8 57/17 63/16 63/17 63/17 63/18 63/20 65/13 65/19 70/9 72/4 73/6 74/17 75/20 81/14 89/6 89/22 94/17
**speaks [1]** 54/6
**special [2]** 21/16 61/6
**specific [2]** 32/3 47/6
**specifically [2]** 52/7 67/20
**speech [1]** 74/18
**spelled [1]** 5/10
**spelling [1]** 5/20
**spend [1]** 16/23
**spent [1]** 34/3
**spoke [5]** 54/3 57/16 63/20 72/24 74/18
**spoken [1]** 41/6
**squeaky [2]** 72/6 72/25
**stand [1]** 89/9
**start [7]** 9/6 19/25 21/24 44/25 49/15 63/17 63/20
**started [14]** 9/3 9/8 15/11 15/13 15/25 46/6 46/19 47/11 49/16 62/7 82/21 82/21 90/9 90/13
**starting [1]** 46/7
**state [5]** 1/17 3/11 55/21 58/3 102/15
**stated [1]** 33/24
**statement [7]** 22/12 27/19 30/17 48/15 48/17 49/14 96/1
**statements [1]** 102/16
**STATES [2]** 1/1 1/20
**statute [1]** 11/18
**stay [1]** 24/2
**stayed [2]** 80/18 81/19
**stenotype [1]** 101/8
**step [2]** 71/13 92/14
**stick [1]** 8/14
**still [11]** 9/10 19/11 32/14 54/24 80/14 80/16 81/1 81/15 82/5 87/11 96/23
**stipulate [1]** 66/7
**stipulated [2]** 3/4 3/9
**STIPULATIONS [1]** 3/1
**stop [4]** 30/24 70/9 74/17 94/19
**stopped [4]** 42/17 48/14 94/13 99/7
**stopping [1]** 63/15
**straight [1]** 8/14
**strings [2]** 13/3 13/4
**stronger [1]** 72/13
**stuff [10]** 7/6 35/3 40/9 41/23 44/5 45/14 69/20 73/15 78/24 85/25

**submit [1]** 13/7
**subsidiary [1]** 23/8
**substance [1]** 102/6
**successful [2]** 58/2 58/20
**such [3]** 33/17 33/21 92/7
**Sudhoff [4]** 2/22 4/7 104/5 104/9
**suggest [1]** 35/4
**Suite [4]** 2/16 2/23 104/1 104/6
**support [2]** 11/4 11/10
**supported [1]** 11/9
**supposed [10]** 25/25 28/20 29/7 29/11 35/12 35/15 37/11 49/15 49/17 55/6
**sure [22]** 6/13 7/7 7/13 8/24 11/21 11/23 17/4 17/9 17/20 18/22 24/14 29/25 30/4 30/25 38/1 40/15 53/7 61/2 67/15 68/4 68/23 81/8
**swore [1]** 102/16
**sworn [1]** 5/4

**T**

**take [17]** 7/8 19/12 34/18 38/7 39/2 61/23 66/12 67/5 71/11 80/19 84/12 85/1 85/5 85/8 89/21 90/8 97/5
**taken [16]** 1/15 3/5 3/10 51/15 51/16 51/17 51/22 51/24 51/25 52/2 84/3 101/7 101/8 101/9 103/3 104/10
**talk [10]** 6/24 6/25 7/6 8/18 9/6 50/22 51/21 64/9 71/16 71/16
**talked [7]** 73/11 73/12 84/22 84/22 87/8 87/17 89/5
**talking [17]** 9/2 34/2 36/2 44/19 49/11 50/14 62/20 73/13 73/22 74/1 75/19 75/19 76/4 76/13 95/13 95/24 98/19
**talks [1]** 28/25
**tampons [9]** 84/16 85/13 85/14 86/11 86/22 87/1 87/7 87/14 88/5
**task [1]** 34/19
**taxes [1]** 58/18
**taxpayer [1]** 91/15
**taxpayers' [1]** 92/4
**teacher [3]** 6/22 9/5 89/13
**Teetor [1]** 1/13
**tell [18]** 7/13 7/21 23/15 32/13 51/2 52/19 56/12 58/11 59/6 64/14 65/23 72/7 72/18 77/7 84/15 87/6 87/13 94/18
**telling [11]** 46/24 47/12 47/23 50/3 66/8 67/10 70/17 72/17 75/15 85/8 94/18
**tells [1]** 63/11

**ten [2]** 68/10 69/3
**tends [2]** 21/20 28/2
**term [1]** 87/9
**test [1]** 5/21
**testified [1]** 5/6
**testify [1]** 5/4
**testimony [10]** 25/23 30/1 43/7 53/18 86/20 101/7 101/9 102/5 102/6 103/3
**tettorlaw.com [1]** 2/17
**text [2]** 98/20 99/1
**texted [2]** 34/6 99/6
**texting [1]** 99/6
**texts [1]** 99/7
**than [10]** 8/5 14/13 15/5 20/18 27/19 41/24 43/14 48/1 60/25 62/6
**thank [7]** 5/22 60/5 72/14 72/16 72/20 73/1 104/16
**thanks [3]** 16/12 64/18 100/8
**their [11]** 13/18 15/9 17/21 28/3 31/7 32/16 40/13 42/9 55/25 56/4 102/6
**them [26]** 6/5 6/9 14/15 16/6 21/17 23/20 26/25 30/6 31/3 32/8 32/19 52/4 54/9 67/6 67/7 67/17 70/16 75/23 85/19 86/3 97/22 98/12 98/13 98/20 98/22 102/5
**themselves [1]** 58/14
**theoretically [1]** 81/14
**there's [11]** 13/16 13/24 20/11 23/7 25/6 25/18 30/2 31/12 31/14 59/17 76/20
**these [19]** 16/6 16/12 33/3 35/2 35/20 39/7 40/18 40/21 42/12 42/18 47/3 61/13 68/24 68/24 68/25 71/21 78/21 82/16 99/3
**they're [7]** 6/9 19/2 24/12 26/21 40/19 54/9 64/9
**thick [3]** 34/22 35/13 36/1
**thing [12]** 6/17 6/18 6/25 7/7 27/19 32/23 35/24 42/11 48/3 71/21 76/19 97/18
**things [31]** 6/8 8/13 14/15 16/19 21/3 32/1 36/2 40/22 40/23 40/24 44/1 46/13 47/4 50/10 50/10 54/1 54/1 54/18 60/24 61/2 61/7 63/9 68/25 70/16 78/10 78/22 79/3 82/16 84/17 86/2
**think [37]** 8/6 9/6 10/19 12/1 17/5 20/10 25/17 31/6 31/8 34/3 37/19 37/20 37/23 38/2 38/13 38/16 44/6 45/1 49/19 49/22 50/11 50/15 51/13

**54/15 56/17 56/19 57/6 63/2 63/4 68/20 70/25 72/22 74/10 78/1 86/17 90/3 95/17
**third [1]** 20/14
**those [25]** 11/13 11/18 13/18 15/23 16/13 17/3 36/6 38/8 40/20 42/25 43/3 47/2 49/17 51/23 52/9 54/19 58/23 67/13 68/23 69/17 69/18 72/6 87/4 88/16 97/21
**though [6]** 28/6 41/10 45/19 64/7 65/15 84/11
**thought [6]** 36/8 48/8 59/11 59/18 71/20 71/22
**thoughts [2]** 73/7 73/14
**thousand [1]** 54/17
**three [5]** 11/15 11/19 33/6 81/12 99/1
**through [5]** 23/21 34/10 34/11 40/12 67/3
**time [67]** 3/6 9/16 10/22 13/18 14/17 14/17 15/7 16/4 18/17 18/22 20/5 21/11 21/24 25/2 25/21 25/25 27/18 29/15 31/2 31/8 33/20 34/25 37/18 37/24 40/20 41/11 42/6 42/13 42/24 44/20 46/14 48/1 48/10 49/7 49/17 59/19 62/4 63/20 64/6 67/18 68/12 69/25 75/11 76/5 79/19 79/22 80/3 80/15 80/17 82/13 83/9 83/22 85/24 89/8 89/10 89/17 90/9 90/11 93/6 94/11 95/3 96/4 96/5 96/22 96/24 101/8 104/16
**timeline [1]** 97/9
**timely [2]** 40/17 40/22
**times [20]** 6/2 15/10 20/21 21/4 21/15 41/22 58/19 62/6 63/11 63/14 63/14 66/24 69/11 70/21 78/16 82/17 83/12 87/8 91/7 95/22
**today [6]** 5/18 8/7 9/6 32/15 86/20 100/9
**together [2]** 36/11 73/19
**told [17]** 37/4 37/4 46/15 46/17 47/19 47/24 61/20 65/22 70/1 70/4 70/17 72/1 77/18 95/1 98/22 99/1 99/8
**tolerated [2]** 91/13 92/3
**Tom [4]** 71/24 71/25 72/7 72/18
**too [5]** 26/9 87/10 92/8 97/21 97/24
**took [5]** 34/11 42/18 61/17 63/10 84/24
**tool [1]** 45/2
**top [2]** 95/13 95/25
**topic [1]** 28/20
**totally [2]** 52/23 65/21
**tough [1]** 28/16
**tougher [1]** 5/23

**track [2]** 24/2 73/1
**transcribed [1]** 3/12
**transcript [8]** 3/14 3/16 101/5 101/6 103/3 103/4 104/12 104/13
**transcription [2]** 3/13 104/1
**transferred [1]** 61/20
**trash [5]** 84/13 84/25 85/3 85/11 86/11
**treat [1]** 62/12
**tremendous [1]** 58/13
**tried [9]** 43/19 50/9 50/9 61/14 66/20 68/6 68/13 83/23 94/4
**trouble [1]** 97/23
**true [10]** 17/20 27/15 63/12 63/13 63/13 72/10 91/1 101/6 102/17 103/4
**Trumbull [14]** 2/20 2/20 2/20 15/23 16/10 38/7 39/3 59/19 61/20 68/23 80/19 82/3 91/14 92/3
**trust [1]** 92/1
**truth [6]** 5/5 5/5 5/6 66/8 72/19 102/16
**try [14]** 6/20 19/4 23/17 23/21 30/21 43/5 43/8 43/17 53/24 59/18 62/4 69/22 74/17 81/25
**trying [12]** 16/25 31/6 41/7 44/10 46/18 62/14 63/3 64/9 64/14 73/8 95/4 95/6
**turns [1]** 33/21
**TV [1]** 65/1
**twice [1]** 63/13
**two [22]** 14/14 22/18 24/21 41/18 42/12 42/17 42/18 42/20 45/16 45/17 45/23 47/1 47/25 54/7 60/9 63/19 80/12 81/12 81/18 85/25 87/8 90/18
**type [4]** 16/20 61/13 77/20 78/22
**types [2]** 23/3 82/16
**typically [4]** 20/8 20/16 20/23 21/23

**U**

**uh [7]** 6/14 7/3 25/14 31/1 31/4 42/16 61/22
**Uh-huh [6]** 7/3 25/14 31/1 31/4 42/16 61/22
**uh-huhs [1]** 6/14
**uhs [1]** 6/15
**ultimately [1]** 22/25
**uncommon [1]** 89/11
**under [20]** 18/25 19/4 19/13 22/16 23/3 24/16 24/20 25/1 25/9 26/9 27/4 30/25 32/20 43/6 44/11 55/5 69/17 84/15 85/2 86/20
**understand [25]** 8/22 18/21 22/16 23/23 24/14 24/15 25/1 26/5 27/3 27/17 29/14 31/19 36/18

**U**

understand... **[12]** 37/3 41/24 42/10 55/4 59/7 64/10 66/15 71/19 74/15 81/4 96/25 99/5

understanding **[8]** 17/23 17/25 19/24 24/1 26/18 29/17 29/18 104/11

Unfortunately **[2]** 7/4 44/24

uniform **[1]** 86/1

UNITED **[2]** 1/1 1/20

unless **[1]** 34/17

until **[4]** 34/14 59/13 69/4 80/12

up **[48]** 10/2 17/22 20/2 24/11 25/12 25/18 25/25 29/15 36/11 40/20 41/6 47/4 47/4 47/5 51/21 53/13 54/1 57/22 62/8 73/17 74/22 74/25 75/3 75/6 75/7 75/18 76/3 82/15 83/3 83/8 84/5 84/6 84/16 85/3 85/10 85/19 86/10 86/14 86/21 87/1 87/6 87/14 88/5 88/16 93/13 95/20 95/20 99/23

upon **[1]** 27/18

us **[7]** 10/15 13/20 68/13 68/21 78/11 78/23 79/24

use **[6]** 3/12 6/11 6/14 7/9 41/9 88/12

used **[16]** 1/17 34/24 35/22 38/21 39/1 44/23 83/11 84/12 85/13 86/22 87/1 87/7 87/14 88/5 88/12 99/19

usually **[1]** 14/14

**V**

varied **[1]** 21/19

verbal **[1]** 6/11

verify **[1]** 32/16

version **[4]** 32/10 32/14 32/15 36/12

very **[9]** 16/16 38/5 42/1 47/6 58/2 58/19 61/4 71/25 86/5

video **[7]** 45/24 49/4 49/11 63/4 64/2 83/13 83/19

videos **[1]** 49/3

videotape **[1]** 89/12

videotaped **[1]** 83/7

videotaping **[3]** 83/5 89/6 89/10

view **[3]** 2/16 36/11 83/9

viewpoint **[2]** 17/12 17/16

viewpoints **[1]** 31/7

vision **[1]** 83/17

voice **[7]** 72/12 72/13 72/15 72/19 72/23 72/24 72/25

voices **[3]** 71/21 72/5 72/6

vote **[12]** 12/9 12/21 14/24 15/5 19/20 20/12 20/15 22/6 22/17 22/25

25/20 25/25

voted **[2]** 19/17 19/19

voting **[1]** 14/25

VS **[2]** 1/9 104/8

**W**

wait **[1]** 81/22

waived **[3]** 3/15 100/11 104/15

walked **[1]** 62/8

walls **[1]** 44/14

Walton **[2]** 2/23 104/6

want **[35]** 6/12 6/14 6/19 7/7 8/10 9/3 34/12 39/4 39/6 50/22 55/24 61/11 64/25 66/4 66/6 67/10 67/19 69/1 69/9 69/10 69/10 71/11 73/17 73/18 77/21 81/9 81/11 89/3 91/20 92/6 97/5 98/23 99/14 99/16 99/22

wanted **[7]** 15/18 83/22 93/1 93/19 93/20 96/5 98/18

wants **[1]** 22/15

ward **[1]** 9/8

Warren **[1]** 18/13

wasn't **[25]** 18/17 35/13 36/19 43/6 43/8 51/20 59/15 59/16 63/15 66/9 69/7 69/23 70/16 72/25 76/3 76/11 78/8 78/20 78/21 79/5 79/8 79/18 82/14 88/3 94/5

watch **[4]** 49/1 63/24 63/25 64/12

watched **[3]** 49/3 63/4 64/2

water **[1]** 58/6

way **[15]** 7/4 7/18 16/1 16/14 27/2 47/21 57/3 62/9 62/12 68/22 73/11 73/12 87/4 89/4 96/21

we'd **[2]** 13/18 13/21

we'll **[11]** 7/6 27/10 60/4 64/12 66/7 68/10 69/3 69/4 69/22 72/9 100/10

we're **[9]** 13/21 16/16 16/21 44/19 55/3 56/18 67/2 94/23 96/11

we've **[1]** 89/3

website **[4]** 32/16 36/11 36/15 39/17

week **[5]** 14/14 15/8 15/10 15/10 61/2

weekly **[1]** 15/8

weeks **[1]** 14/14

went **[12]** 11/10 14/13 15/1 15/8 18/7 21/3 61/17 66/11 67/6 68/22 87/11 99/7

were **[81]** 9/2 9/5 9/18 10/8 10/15 12/14 14/24 15/16 15/18 15/19 16/2 19/5 21/15 27/8 28/24 31/2 31/7 34/10 34/11 35/12 35/15 36/4 37/18 40/4 42/12 42/14 42/19

42/25 43/3 43/7 44/16 46/13 46/19 47/3 49/15 49/17 51/17 51/23 51/25 52/2 52/4 57/11 57/22 57/24 58/19 59/3 61/2 62/5 64/2 70/2 72/1 73/7 73/13 73/14 73/22 74/1 74/4 74/5 76/11 76/23 77/8 77/11 77/12 77/16 77/24 78/3 78/12 80/10 80/14 80/16 83/13 83/16 86/10 86/14 87/18 88/13 89/17 96/23 97/1 99/8

weren't **[7]** 30/23 44/20 50/1 50/7 51/17 74/14 74/16

Westfall **[1]** 2/15

what **[137]**

what's **[6]** 8/8 23/12 44/18 75/25 79/7 97/14

whatever **[5]** 7/9 8/10 69/1 75/15 81/9

WHEREUPON **[1]** 5/1

whether **[18]** 22/24 23/16 26/24 28/9 39/9 48/16 51/8 53/22 55/9 75/3 77/16 82/12 84/6 90/12 93/3 95/12 95/21 99/9

which **[8]** 5/18 32/9 33/12 33/15 35/6 66/22 68/18 80/20

while **[11]** 33/4 40/4 40/5 41/9 61/24 63/18 73/6 80/19 89/6 89/9 99/2

who **[20]** 11/9 11/10 11/15 11/21 16/2 18/13 30/24 30/24 34/13 35/23 50/5 51/22 52/10 52/20 61/18 63/1 65/7 71/10 96/20 96/21

who's **[1]** 12/9

whoever **[1]** 14/18

whole **[7]** 5/5 7/16 16/15 18/4 34/3 69/15 83/24

wife **[12]** 7/11 61/18 61/19 61/20 80/9 80/13 80/16 81/18 93/10 96/3 96/20 97/1

wife's **[1]** 62/3

will **[12]** 3/15 6/5 6/16 8/16 8/24 16/9 32/13 51/7 73/5 81/7 104/11 104/14

within **[2]** 3/11 104/14

without **[4]** 46/7 53/25 58/17 76/24

witness **[4]** 3/16 5/3 102/16 103/3

witness's **[1]** 3/13

Wix **[3]** 2/14 96/15 96/17

Wix's **[1]** 96/13

woman **[1]** 86/8

women **[1]** 88/12

women's **[5]** 84/13 84/24 85/3 85/11 86/11

won **[1]** 59/4

won't **[5]** 8/17 72/7 72/18 92/6 96/21

word **[1]** 96/17

words **[3]** 48/2 74/19 84/4

work **[18]** 17/24 34/22 35/9 35/10 35/11 35/25 37/1 38/6 44/12 44/24 47/22 50/9 61/9 66/11 87/11 92/1 97/20 99/4

worked **[6]** 9/11 9/16 18/13 41/10 61/1 65/2

worker **[2]** 62/12 65/11

workers **[1]** 42/19

working **[1]** 59/17

workshop **[2]** 14/17 42/20

workshops **[6]** 14/19 15/5 15/6 16/13 17/1 42/13

worried **[1]** 11/9

worst **[1]** 58/19

wouldn't **[5]** 49/13 59/4 75/2 81/2 94/13

writing **[2]** 6/8 6/11

wrong **[6]** 6/15 46/14 47/13 48/5 95/21 99/3

**Y**

yeah **[16]** 5/17 5/24 13/16 15/6 29/14 34/8 63/7 65/16 67/12 68/16 69/11 71/25 79/15 90/24 93/7 97/18

year **[16]** 6/2 11/22 12/1 12/5 12/5 15/13 30/9 47/25 49/8 54/18 54/19 57/25 62/20 62/21 81/3 89/14

years **[39]** 7/5 9/10 9/10 9/20 9/21 10/2 10/3 14/25 16/6 17/14 18/13 18/21 28/17 29/24 41/19 42/12 42/12 42/17 45/16 45/23 54/18 54/19 57/21 58/4 58/16 61/13 62/6 62/19 66/25 69/18 70/18 73/11 77/20 77/23 89/13 90/18 91/8 93/21 99/6

yell **[1]** 68/8

yelled **[3]** 66/20 68/7 69/25

Yep **[3]** 6/7 8/21 71/13

yesterday **[2]** 5/15 17/6

yet **[1]** 77/10

Yosowitz **[3]** 2/15 4/9 104/23

you're **[66]** 6/6 14/19 15/3 15/4 16/12 16/17 17/18 18/23 20/7 23/11 23/23 25/17 25/25 26/6 26/16 27/10 27/13 27/18 28/19 28/20 29/10 29/11 29/14 29/16 30/3 30/12 30/14 31/19 33/5 33/7 35/2 36/2 38/24 40/14 41/20 44/6 45/13 46/7 53/7 53/7 55/4 56/13 58/10 63/19 64/4 64/10 67/15 68/17 69/13 70/5 70/13 74/11 74/13 75/2

76/18 84/15 85/2 85/7 86/6 87/20 92/7 94/18 95/13 95/13 97/24 98/19 99/14

you've **[1]** 91/10

Youngstown **[2]** 2/6 104/2

yours **[3]** 33/12 49/10 99/17

yourself **[6]** 28/11 41/5 43/16 48/18 49/22 64/21