1           UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF OHIO

3                 EASTERN DIVISION

4

5        DEPOSITION OF MAURO CANTALAMESSA

6

7  NIKI FRENCHKO,                    )
                                     )
8                                    )        Case No.
                Plaintiff,           )
9                                    )     4:23 CV 00781
   VS.                               )
10                                   )
                                     )
11  PAUL MONROE, ET AL.              )
                                     )
12                                   )
                Defendants.          )
13

14

15     Deposition taken in the above-entitled cause, pursuant

16  to Agreement before Jodie L. Algarin, a Notary Public for

17  the State of Ohio, on September 13, 2023, to be used

18  pursuant to the Rules of Civil Procedure or by agreement

19  of counsel in the aforesaid cause of action, pending in

20  the United States District Court for the Northern District

21  of Ohio, Eastern Division.

22

23

24

25

```
 1   APPEARANCES OF COUNSEL

 2

 3

 4   On Behalf of Plaintiff:

 5       Matt Miller-Novak, Esquire
         Barron, Peck, Bennie & Schlemmer Co., LPA
 6       3074 Madison Road
         Cincinnati, Ohio  45209
 7       (513) 721-1350
         mmn@bpbslaw.com
 8

 9       David J. Betras, Esquire
         Betras, Kopp & Markota
10       6630 Seville Drive
         Youngstown, Ohio  44406
11       (330) 746-8484
         dbetras@bkmlaws.com
12

13

14   On Behalf of Defendants Harold Wix and Robert Ross:

15       Andrew N. Yosowitz, Esquire
         Teetor Westfall
16       200 E. Campus View Boulevard, Suite 200
         Columbus, Ohio  43235
17       (614) 412-4000
         ayosowitz@tettorlaw.com
18

19

20   On Behalf of Defendants Sheriff Paul Monroe, Trumbull
     County, Trumbull County Board of Commissioners, Trumbull
21   County Sheriff's Office, Mauro Cantalamessa and Frank
     Fuda:
22
         Helen K. Sudhoff, Esquire
23       Fishel Downey Albrecht & Riepenhoff, LLP
         7775 Walton Parkway, Suite 200
24       New Albany, Ohio  43054
         (614) 221-1216
25       hsudhoff@fisheldowney.com
```

```
 1                          STIPULATIONS

 2

 3

 4          It is stipulated and agreed by and between counsel

 5     for the parties hereto that this deposition may be taken

 6     at this time, 2:26 p.m., September 13, 2023, at the

 7     offices of Atty. David Betras, 6630 Seville Drive,

 8     Canfield, Ohio.

 9          It is further stipulated and agreed by and between

10     counsel that the deposition may be taken in shorthand by

11     Jodie L. Algarin, a Notary Public within and for the State

12     of Ohio, and may be by her transcribed with the use of

13     computer-assisted transcription; that the witness's

14     signature to the finished transcript of his deposition is

15     not waived; and that the deposition will be available for

16     the witness to read and sign the finished transcript of

17     his deposition.

18

19

20

21

22

23

24

25
```

```
 1                         INDEX

 2

 3   CROSS EXAMINATION BY MR. MILLER-NOVAK -  PAGE 5

 4

 5

 6   OBJECTIONS:

 7   BY MS. SUDHOFF - PAGE(S) 30, 62, 66, 81, 85, 101

 8   BY MR. YOSOWITZ - PAGE(S) 85

 9

10

11   PLAINTIFF'S EXHIBITS:

12   EXHIBIT 1 - PAGE 46

13   EXHIBIT 5 - PAGE 91

14   EXHIBIT 6 - PAGE 88

15   EXHIBIT 7 - PAGE 89

16   EXHIBIT 8 - PAGE 97

17

18

19

20

21

22

23

24

25
```

```
 1                    WHEREUPON,

 2                    MAURO CANTALAMESSA,

 3                    called as a witness, having been first

 4                    duly sworn by the Notary Public to testify

 5                    the truth, the whole truth and nothing but

 6                    the truth, was examined and testified as

 7                    follows:

 8      CROSS EXAMINATION

 9      BY MR. MILLER-NOVAK:

10      Q.            All right.  Is it all right if I call you

11      Mauro?

12      A.            Sure.  Absolutely.

13      Q.            I'll probably admittedly butcher your name.

14      A.            That's okay.  Everybody does.

15      Q.            I'll spill things, knock them over.  All

16      right.  So you're being deposed today.  Do you mind

17      stating your name for the record and spelling it?

18      A.            Mauro, M-A-U-R-O, Cantalamessa,

19      C-A-N-T-A-L-A-M-E-S-S-A.

20      Q.            Thank you.  Have you ever been deposed

21      before?

22      A.            I have.

23      Q.            Okay.  When?

24      A.            Probably about four or five months ago.

25      Q.            More than once have you been deposed?
```

```
 1    A.          Yes.

 2    Q.          A handful of times?

 3    A.          Probably a handful of times, yeah.

 4    Q.          More than three?

 5    A.          Yes, I'd say.

 6    Q.          Cool.  All right.  Well, I guess I'll still

 7    go over kind of like those regular deposition guidelines

 8    for kind of an update or something.

 9    A.          Sure.

10    Q.          But at the same point in time, I won't get

11    too in deep with them.  It sounds like you got a little

12    experience under your belt.  So as you know, you're under

13    oath right now, and she is recording everything we say in

14    written word, right?

15    A.          Sure.

16    Q.          Because of that, there are just some things

17    to consider.  First, if it's a yes or no answer, please

18    say yes or no, not like uh-huhs or huh-uhs so she doesn't

19    get it backwards, right?

20    A.          Yes.

21    Q.          And then we're going to do our best to try

22    to not interrupt one another, so let me finish my question

23    and then answer so the record doesn't get all confused,

24    okay?

25    A.          Of course.
```

```
1   Q.              If for any reason today I ask a question
2   that you don't understand, feel free to ask me to clarify
3   it, because if you answer my question and -- you know, I'm
4   going to take what you say as truth, obviously.
5        And don't feel like you're insulting me or
6   something like that, because I don't always ask perfect
7   questions.  They're not all perfectly scripted, and I'll
8   ask a few wonky questions admittedly.  So if you don't
9   understand my question, please ask, okay?
10  A.              Sure.
11  Q.              And I'm sure you know from your other
12  depositions, if you need to take a break for any reason,
13  you're allowed to take a break.  You're not bootstrapped
14  down here for good until I release you for the bathroom or
15  anything, so let me know if you need to take a break, all
16  right?
17  A.              Thank you.
18  Q.              The only thing I ask is if I have a question
19  on the table, you answer it, all right?
20  A.              (Nodding head.)
21  Q.              I always hate this question, but I always
22  feel the need to ask it because that's how I was trained.
23  So don't feel the need to tell me what it is, but are you
24  on any medication today, without identifying it, that
25  would interfere with your ability to recall or recollect
```

1    things?

2    A.          No.

3    Q.          Okay.  So nothing's interfering with your

4    ability to testify honestly today?

5    A.          No.

6    Q.          Okay.  Great.  So how long have you been a

7    commissioner in Trumbull County?

8    A.          About eight and a half years.

9    Q.          Okay.  And do you have any prior government

10   experience before that?

11   A.          Just as a precinct committeeman.  That's

12   quasi governmental, I guess.  It's more party oriented

13   than it is -- political oriented than it is government.

14   Q.          It means you're like the state central

15   committee?

16   A.          I wasn't even a state -- I was just a

17   precinct person for the Democratic party, but they are

18   elected in your precinct.

19   Q.          Right.  The party members elect you?

20   A.          Correct.  No.  The -- yes.  The party

21   members -- the members of the Democratic party that live

22   in that precinct elect you.

23   Q.          You're referring to -- you're saying

24   precinct.  I mean, do you kind of mean -- it's the one

25   that appears on the ballot in November; you actually get

1  elected through the board of elections then, correct?

2  A.          Yes.

3  Q.          And I think right now the current law is

4  it's one man and one woman from every district; is that

5  correct?

6  A.          I'm not sure how that works anymore.  I'm

7  not a precinct committeeman anymore.

8  Q.          Okay.  I think it was changed in 2014 to

9  read that way.  So how long were you in the Democratic

10  precinct or leadership?

11  A.          I think it was like -- I think it was four

12  years.

13  Q.          Yeah?

14  A.          Yeah.

15  Q.          Okay.  And then what's your work history

16  prior to that?  Because I'm assuming a precinct member is

17  not a day job.

18  A.          No.

19  Q.          Okay.

20  A.          So I was a teacher at Austintown Fitch

21  High School for -- something wrong?

22  Q.          I graduated from Fitch.

23  A.          Did you?

24  Q.          What year did you teach?

25  A.          It was 2000 to 2002 -- well, half of 2002.

1  Q.          What did you teach?

2  A.          High school English.

3  Q.          Marino still there at the time?

4  A.          He was.  He was a good friend, too.

5  Actually, so was -- oh, my gosh, his name -- Pazesco

6  (phonetic spelling)?

7  Q.          Okay.

8  A.          He was the speech and debate coach.  I

9  can't think of his name right now.

10  Q.          Okay.  Yeah.

11  A.          I know he since passed, unfortunately.  He

12  was sort of a mentor of mine when I was there.

13  Q.          Okay.  Was that your kind of like first

14  career gig?  Because there's a difference between having a

15  job and a career, right?

16  A.          Yeah.  Out of college, and that was my

17  first -- I actually was speech and debate coach there,

18  and I was a high school English teacher there as well.

19  Q.          And then after you -- did you change schools

20  after 2002 or --

21  A.          No.  I just gave that up and I went to

22  work for the family business, the restaurant, which is

23  Enzo's Restaurant.  My father passed away,

24  unfortunately, and my brother was in law school at the

25  time, I believe, and I went back to the family business

1   and helped my mom.  We ran that until I got elected.

2   Q.          Is Enzo's Restaurant still in business now?

3   A.          It is.

4   Q.          Do you have any involvement in that?

5   A.          Just sort of ancillary involvement.  I'm

6   not on the payroll or anything, but still go in and help

7   out from time to time.

8   Q.          Where is it located?

9   A.          In Warren.  2918 Elm Road in Warren.

10  Q.          May try it sometime.

11  A.          Yeah, please do.

12  Q.          And you were doing the restaurant biz when

13  you were a precinct leader, correct?

14  A.          Yes, yes.

15  Q.          Okay.  So you decided -- and the precinct is

16  Democratic party, correct?

17  A.          Yeah.  I believe I can remember the

18  precinct where I was living.  It was Warren 3K.

19  Q.          Okay.

20  A.          If you needed to know that.

21  Q.          Doesn't hurt.  So what made you take the

22  jump from doing the precinct thing to running for

23  commissioner?

24  A.          At the time it was -- it was sort of

25  bandied about in my family.  My one uncle said --

1    because it was around that time in Trumbull County

2    that -- you're probably not familiar with it, but there

3    was a big changeover in the commissioners' office where

4    Jim Tsagaris wasn't running.  He was -- not longtime

5    commissioner, but he was there for some time, and it

6    wasn't under the best circumstances that he was leaving.

7         And my one uncle kept telling me, they need a young

8    businessman to go in there and do that, and I was like,

9    yeah, you know, maybe I'll run, one of those things.

10   And he started telling people I was running already, and

11   people were coming to the restaurant saying I heard

12   you're running for commissioner and all this.

13        So it was sort of at first begrudgingly because I

14   was just kicking it around.  I didn't really 100 percent

15   commit to it.  But as people started coming in and I

16   started doing a little bit more research into the

17   position and I just took more of an interest in it, I

18   just -- it happened.  I don't know.  It just sort of

19   snowballed.  So that first time I ran, I lost.

20        So but after doing that, obviously you get the bug

21   kind of, and I don't know, you feel like there was

22   unfinished business.  I came in second in the Democratic

23   primary, and I think it was a five-man -- four-man race.

24   I wasn't even expecting to do that well, to tell you the

25   truth, being the newcomer.

1          So then, you know, I had given it up for a little

2    while and I didn't think about it.  I was back at the

3    restaurant, and, unfortunately, Paul Heltzel, who was a

4    longtime commissioner in Trumbull County, had passed

5    away, and I remember where I was.  I was on the golf

6    course, and somebody called me and said, hey, did you

7    hear Commissioner Heltzel passed away?  Are you going to

8    run?  I hadn't even thought about running because this

9    was maybe -- I ran in '06, and this was in '14.  I

10   think -- yeah.  It was '14, because I took office in

11   September of '14.  I believe it was September of '14,

12   yeah.

13         So anyway, there's an unexpired term that you have

14   to run for, and I thought there was a lot of Democrat

15   political heavyweights that were going for it like Steve

16   Papalas and Glenn Holmes; and anyway, different

17   individuals that were going for it, but I threw my hat

18   in the ring, and it was going to be a party appointment

19   at first, and ended up getting the appointment, and in a

20   runoff second ballot that kind of probably no one put

21   money on to do, but I think people were looking for a

22   different political outsider that wasn't in the system

23   for a long time.  I'm speculating.

24         So anyway, from that point forward, I've been

25   serving since '14.  Then I had to run for the unexpired

 1    term, and then I ran for two of my own full terms.

 2    Q.            So Frank would have been around at that

 3    time, right?

 4    A.            Frank was there when -- Frank and Polivka

 5    were there when I got elected initially, yes.

 6    Q.            Okay.  So at that time all three

 7    commissioners were involved in the Democratic party; is

 8    that correct?

 9    A.            Correct, correct.

10    Q.            Okay.  And then what was Frank's

11    relationship to your campaign?  Did he endorse it?  Did he

12    help out?

13    A.            Well, ironically, in the first campaign I

14    ran against Frank.

15    Q.            Okay.

16    A.            And that's who I came in second to.

17    Q.            Okay.

18    A.            But, no, he didn't endorse me.  He

19    endorsed Glenn Holmes, who is also very capable

20    candidate and very good guy who I'm friends with today;

21    but, yeah.  He was in favor of Glenn Holmes during my

22    campaign.

23        I don't think either commissioner was with me,

24    because the other -- Polivka was with -- not that you

25    care, but Polivka was with Cabala (phonetic spelling).

1   Frank was pushing for Glenn Holmes.

2   Q.          But after the primary, Frank supported your

3   general campaign and ticket?

4   A.          Yeah, yes.  I'm sorry.

5   Q.          That's fine.  Did he support your reelection

6   like during your primary the next time you were up for

7   primary?  Did Frank support you?

8   A.          I believe so, yeah.  I don't know that for

9   certain, but I think he was with me.  You never know,

10  you know, but --

11  Q.          And then, you know, it wasn't long ago that

12  Ms. Frenchko ran for office, correct?

13  A.          Correct.

14  Q.          And at that point when she was running for

15  office, all three commissioners were Democrats, correct?

16  A.          Correct.

17  Q.          And she ran as a Republican; is that

18  correct?

19  A.          Correct.

20  Q.          And she won the election, so now there's --

21  there was two Democrats at the time.  It was you and

22  Mr. Fuda as well as Niki, correct?

23  A.          Correct.  But ironically enough,

24  Commissioner Fuda was supporting Commissioner Frenchko

25  and not the Democrat chairman or his fellow

1    commissioner, Commissioner Polivka.  I don't know if
2    that's relevant, but it is what it is.
3    Q.          You said it.  It's on the record now.
4    A.          He has the magnets and T-shirts to prove
5    it.
6    Q.          So I take it your education is probably
7    English and just ed. or something like that?  English
8    major with a certification in education?
9    A.          Exactly, 7 through 12.
10   Q.          Because you didn't stay the five years, you
11   didn't have to get the master's degree they required?
12   A.          No, no.  Sometimes I wish I did.
13   Q.          My wife was a teacher.  Just extra school
14   debt.  So what about Sheriff Monroe?  When was he first
15   elected; do you know?
16   A.          Boy.  Trying to think when Monroe got on
17   board.  Was it when Commissioner Frenchko won or was it
18   before then?
19   Q.          I honestly don't know.  I'm asking the
20   question.
21   A.          Yeah.
22   Q.          I don't remember.  If you don't know, you
23   don't know.
24   A.          He's been there at least -- I would say at
25   least -- he's in his first term, I know that.  Maybe

1   past his first term.

2   Q.          When Sheriff Monroe was running for office,

3   did you ever host any fundraisers or anything like that

4   for him?

5   A.          The restaurant did, yes.

6   Q.          Okay.  So you supported his candidacy?

7   A.          Yes.

8   Q.          Okay.  Do you know where Monroe's campaign

9   headquarters was at the time?

10  A.          I have no idea.

11  Q.          Okay.  Did he ever use the restaurant to do

12  campaign business other than a fundraiser?

13  A.          Never.

14  Q.          I want to talk to you a little about

15  commissioners' meetings, probably a lot --

16  A.          Okay.

17  Q.          -- as you could imagine.

18  A.          Sure.

19  Q.          So it sounds like to me that your first true

20  government gig was being a commissioner?

21  A.          Pretty much.

22  Q.          Okay.  So the commissioners' meetings are

23  really for the commissioners to do business, correct?

24  A.          Correct.

25  Q.          And during a commissioners' meeting, you

```
 1    vote on resolutions, correct?

 2    A.              Correct.

 3    Q.              You set certain county policies?

 4    A.              For the most part, yes.

 5    Q.              And, in large part, you hold the purse

 6    strings, I guess, of the county, correct?

 7    A.              Correct.

 8    Q.              And your county, which is a little

 9    different, you don't have a county administrator, correct?

10    A.              Correct.

11    Q.              So you don't have a head of your

12    administrative branch to necessarily set administrative

13    policies, correct?

14    A.              Well, the -- those counties that don't

15    have administrators have the three commissioners that

16    govern all that.

17    Q.              Right.

18    A.              There are several counties in Ohio that

19    have that.

20    Q.              Well --

21    A.              And several boards of township trustees

22    that don't have it.  They manage to get by.

23    Q.              Yeah, I've seen that.  Practice law in a lot

24    of counties.  You're the first one I've personally come

25    across without an administrator.  I'm not saying you're
```

```
 1   wrong.

 2   A.              There's 88, and I think 50 that have

 3   administrators.

 4   Q.              Yeah.

 5   A.              So there's quite a few that don't.

 6   Q.              So essentially, then, you're saying that the

 7   county board of commissioners acts as the county

 8   administrator then?  You do what an administrator would

 9   normally do as a commissioners' body?

10   A.              Typically, yes.

11   Q.              Okay.  So when you're in the meetings, like

12   in the commissioners' meetings, I guess in that regard you

13   sometimes have a little bit more business to handle than

14   some other commissioners would in other counties that have

15   an administrator; would you agree with that?

16   A.              I think the business would be the same.

17   The discussions would be the same.  I mean, you still

18   have to vote on everything and discuss it if it warrants

19   it.  So, I mean, you just have another level of

20   bureaucracy that the people that would -- the department

21   heads would go to the administrator as opposed to coming

22   to the board.  And then in this case you're saying the

23   administrator would go -- so it's just another layer, I

24   guess.

25   Q.              So when the commissioners have a meeting,
```

1   though, I mean, it's really -- it's a commissioners'

2   meeting, correct?

3   A.          Correct.

4   Q.          It's not really an employees' meeting; would

5   you agree with that?

6   A.          It's a commissioners' meeting, yes.

7   Q.          Yes.  You might invite employees from time

8   to time to, like, give a report and ask them questions?

9   A.          Especially if they're on the agenda, a

10  department.  Say a sanitary engineer has a resolution on

11  the agenda, he's usually there just in case it needs to

12  be explained or something like that.

13  Q.          Okay.

14  A.          Or anybody has any questions.

15  Q.          And who sets the agenda?

16  A.          Each commissioner can put on any -- we

17  have a policy that each commissioner can put on any

18  resolution that they would like to have on the agenda.

19  Q.          Okay.

20  A.          It's not just one commissioner just -- I

21  mean, it's whatever commissioner wants to put something

22  on the agenda can do that.

23  Q.          And then you vote on the agenda to approve

24  that agenda at the beginning of the meeting, correct?

25  A.          To approve the agenda?

```
 1   Q.          Yes.

 2   A.          To approve the agenda of the legislation

 3   that's going to go on that day?

 4   Q.          Yes.

 5   A.          Well, we vote on each resolution

 6   independently.

 7   Q.          No, I understand that.  I'm not talking

 8   about like -- I'm having a fog here.  I'm not talking

 9   about a consent agenda.

10   A.          Okay.

11   Q.          That's different.  That's like when you vote

12   to approve all the stuff.  I'm talking about approving the

13   agenda itself, the order of business and things like that.

14   I'm pretty sure I'm looking at your minutes and you guys

15   do vote to approve the agenda at the beginning of the

16   meeting.

17   A.          Approve the minutes of the prior agenda.

18   Q.          Well, minutes and agenda are different,

19   correct?

20   A.          Correct.

21   Q.          Because the minutes are the recording of

22   what happened at the meeting.  The agenda is the order of

23   business that's going to occur at the meeting before it

24   occurs.

25   A.          So you're saying before all the agenda
```

1  items are written we agree on that agenda and we vote on

2  that agenda?

3  Q.          No.  I'm talking about when you get into the

4  meeting, you open the meeting, you start the meeting,

5  right?

6  A.          Yes.

7  Q.          One of the first orders of business is to

8  vote to approve the agenda as written at that point,

9  correct?

10 A.          I don't believe so, no.

11 Q.          You guys don't vote to approve the agenda

12 before your meeting?

13 A.          No, because any commissioner can put

14 anything on the agenda, so it wouldn't matter if we

15 approved it or not.

16 Q.          But you do have an agenda?

17 A.          Yes.

18 Q.          And you follow the agenda in the order that

19 it's listed?

20 A.          We make the best effort to do that, yeah.

21 Sometimes we get off track.

22            MS. SUDHOFF:  I think I'm hearing a noise

23 from a phone.

24                 (Off the record.)

25 Q.          Okay.  We're back at it.

```
 1    A.            Absolutely.

 2    Q.            Sorry for the distractions.

 3    A.            You're fine.

 4    Q.            So you're saying any commissioner can add

 5    stuff to the agenda, and then you have the agenda and you

 6    try to follow the order of that agenda, correct?

 7    A.            We do.  We do.

 8    Q.            All right.  When you want to add stuff to

 9    the agenda in the middle of the meeting, do you guys take

10    a vote -- a motion and vote to add something to the agenda

11    in the middle of a meeting?

12    A.            No.  I didn't know that -- I'm not aware

13    that we had to do that.  I know that people can make

14    motions from the floor, and that's often what happens.

15    Q.            I mean, what rules of decorum do you apply

16    to your meetings?

17    A.            Robert's Rules of Order is typically what

18    we follow, what we use as a guideline to follow.

19    Q.            And did you incorporate Robert's Rules of

20    Order through a resolution, or is it just, hey, we kind of

21    do this?

22    A.            I believe it's by resolution in the

23    beginning of the year.

24    Q.            At your organizational meeting in January?

25    A.            I believe so, yes.
```

1  Q.          And in your organizational meeting in
2  January of 2022, did you incorporate Robert's Rules of
3  Order?
4  A.          I believe so.
5  Q.          When you did that, did you say you were just
6  going to use the rules as a guideline or you just
7  incorporated the Robert's Rules of Order?
8  A.          I think we just incorporated it, yeah.
9  Q.          Okay.  What do the Robert's Rules of Order
10 say about the agendas?
11 A.          About which part?
12 Q.          I mean, setting an agenda.  Is there a
13 process layed out in Robert's Rules of Order for that?
14 A.          If there is, I'm not familiar with it.
15 Q.          Okay.  At one point were you the presiding
16 officer of the commissioners?
17 A.          I was.
18 Q.          Did you guys use Robert's Rules of Order
19 then?
20 A.          Yes.
21 Q.          Okay.  And you never familiarized yourself
22 with Robert's Rules of Order?
23 A.          I mean, I'm familiar with them in the
24 proceedings, yeah.
25 Q.          Have you ever read Robert's Rules of Order?

```
 1    A.          Yes.

 2    Q.          The whole book or just part of it?

 3    A.          Parts of it.

 4    Q.          What parts?

 5    A.          Especially when you're president, how to

 6    conduct a meeting.

 7    Q.          Okay.  What did you learn by reading it?

 8    How do you think you should conduct a meeting?

 9    A.          Well, typically you should stay on agenda,

10    and you should stay on task as far as resolutions go;

11    and you shouldn't probably discuss things that don't

12    have to do with the resolution.  There should be some

13    sort of professionalism as far as not talking over each

14    other.  The votes need to be taken in a clear, concise

15    manner.

16        I mean, a lot of it is functional and should be

17    used as a guideline as to how to run a meeting.  I mean,

18    do you often go off script or sometimes other people

19    have passionate interjections and you have to rein

20    somebody in?  Yes, unfortunately.  That happens in all

21    meetings.

22    Q.          Okay.  Do you ever feel like you have

23    passionate moments where you go off script?

24    A.          Typically, no.  I mean, I think I do when

25    confronted with something that's untrue or something
```

1    that's -- that I believe is a half truth or an

2    assumption.

3    Q.            Do you ever interrupt people when they're

4    speaking?

5    A.            I'm not sure.  I may, yeah.  I may.

6    Q.            Frank is the presiding officer now, correct?

7    A.            You mean Denny?

8    Q.            He was during the relative time period.

9    Relevant time period, correct?

10   A.            Correct.

11   Q.            So in summer of 2022, Frank was the

12   presiding officer?

13   A.            I believe so.

14   Q.            Is it Denny Malloy now?

15   A.            It is.

16   Q.            Okay.  When Frank was the presiding officer,

17   did you ever ask his permission before you spoke?

18   A.            Typically, no.  I mean, because you just

19   wait until somebody's finished and then, you know -- we

20   never had an issue with it in the past.  I mean, I know

21   that you usually address the Chair and -- but there's

22   always been a level of professionalism and civility as

23   far as everybody trying to speak -- not trying to speak

24   out of turn.  And that's evidenced by the six years

25   prior to the time in question when we had very

1   streamlined, thoughtful and respectful meetings.

2   Q.          So I guess when you say in the time in

3   question, you're referring to before Commissioner Frenchko

4   was elected?

5   A.          Thereabouts.

6   Q.          Okay.  But before she was elected, there

7   were three commissioners that all came from the same

8   political party, correct?

9   A.          Correct.

10  Q.          Okay.  When she's elected, now there's a

11  dissenting party.  There's a minority party in the

12  chambers, correct?

13  A.          Not necessarily.  I think Frank supported

14  her along the way, so I don't know if that was

15  dissenting or not.

16  Q.          Okay.  But you would agree Ms. Frenchko ran

17  for office, and she ran as a Republican, correct?

18  A.          Correct.  With Frank's support.  I agree.

19  Q.          Okay.  And that she currently sits in that

20  office as a Republican, correct?

21  A.          Correct.

22  Q.          And at the time it was her as a Republican

23  and two Democrats, correct?

24  A.          Just as now, correct.  Just as now, it's

25  two Republicans and one Democrat.

1  Q.            Correct.  So would you agree with the

2  statement that the rules of decorum need to be applied

3  evenly regardless of a speaker's viewpoint?

4  A.            Yes.  Except if there's an outright -- I

5  would say this.  This is how I would clarify that.  If

6  you're going to -- if there's going to be some sort of

7  liability towards the county in a statement or there's

8  going to be the potential for legal exposure by somebody

9  saying something that's untrue or -- and it will be

10  recorded onto the record as something that is true and

11  could be looked at, I think it's incumbent upon somebody

12  to speak up at that point.

13  Q.            So you think if someone's saying something

14  that's false --

15  A.            Something that's putting the county at

16  risk.

17  Q.            Okay.  Let me finish my question, because

18  I'm just trying to clarify your statement.

19  A.            Sure.

20  Q.            So when you say that you feel like if

21  someone's saying something that's not true that could

22  expose the county to liability, it's incumbent upon

23  someone to speak up?

24  A.            Correct.

25  Q.            Do you mean interrupt that person and stop

1    them?

2    A.            I mean, if need be, at some point, yeah.

3    Q.            Okay.  Even if that statement's about you

4    and not somebody else?

5    A.            How do you mean if it's about me?

6    Q.            Well, let's say that another commissioner

7    was saying something about you and you thought it was

8    false, do you think that means you should speak up and

9    interrupt them?

10   A.            Depending on -- depends on what it is, I

11   guess.  I don't know.

12   Q.            Okay.  So if you feel like someone's saying

13   something untrue, then it's okay to interrupt them and

14   tell them it's a lie?

15   A.            Not necessarily, no.  I didn't say

16   something untrue.  I said something that's going to put

17   the county at risk.

18   Q.            Okay.

19   A.            Which the county has been at risk on

20   multiple occasions over the course of this period.

21   Q.            So have you ever, during a meeting,

22   interrupted Ms. Frenchko and tell her she's lying while

23   she's talking?

24   A.            Yes.

25   Q.            Okay.  Because you thought it would put the

```
 1   county at risk?

 2   A.          Usually.

 3   Q.          Okay.  Have you ever interrupted her when

 4   she was saying something about you and call her a liar?

 5   A.          I'm not sure.

 6   Q.          Okay.  If you did, do you think that's okay?

 7               MS. SUDHOFF:  Objection.  Speculation.  Go

 8   ahead and answer.

 9   A.          I'm not sure.

10   Q.          Okay.  Why do you think you should stop an

11   elected official from saying something that's not true,

12   that you think is not true?

13   A.          Because in the case of the board of

14   commissioners, unfortunately, as we see with these

15   lawsuits, one member of the board can hold the whole

16   board liable.  That's why we have all these lawsuits

17   against the board of commissioners.  So at some point

18   it's incumbent upon the other board members to clarify

19   what's going on here.

20   Q.          So when you say libel, has the board itself

21   been sued with libel?

22   A.          Not with libel, but the board's been sued.

23   Q.          Okay.  So your opinion is or your statement

24   is that you believe that you should be able to interrupt

25   or stop a commissioner from saying something that you
```

1    think could expose the county to -- that you can expose

2    the county to liability?

3    A.          I have said on numerous occasions that we

4    need to stick to the agenda, and we try to rein

5    everybody back into the agenda.  When we get off course,

6    I say you should probably hold a press conference.

7    That's the best way to go back.  If you need something

8    that needs to be said that bad, hold a press conference,

9    because this agenda is for these purposes.

10   Q.          Okay.  So then your point is that it's more

11   important to stay on the agenda?

12   A.          Typically.

13   Q.          Right.  Because if you want to make some

14   kind of political statement that's not on the agenda, then

15   that's not appropriate?

16   A.          Agreed.

17   Q.          On July 7th, 2022, when Paula read Sheriff

18   Monroe's letter, it wasn't on the agenda, was it?

19   A.          No.

20   Q.          The sheriff is not a commissioner, correct?

21   A.          Correct.

22   Q.          And earlier when we talked about the

23   meetings and what their purpose was for, it's to do

24   commissioners' business, correct?

25   A.          Correct.

1   Q.              So the meetings don't really exist for the

2   sheriff to make political statements, correct?

3   A.              Correct, but I don't know if that was --

4   are we talking about the letter being a political

5   statement?  I guess you're assuming that I think that's

6   a political statement.

7   Q.              Okay.  What do you think it was?

8   A.              I think that there was some accusations

9   made against the sheriff, and he was trying to -- I

10  mean, I'm speculating.  There was some accusations made

11  against him, and I think he was trying to clarify those

12  things.

13  Q.              Okay.

14  A.              For the record.

15  Q.              But the commissioners' meeting's not for the

16  sheriff to do his communications, and it wasn't on the

17  agenda, correct?

18  A.              That's the only way -- well, he probably

19  should have held a press conference.  You're right.

20  Q.              Right.  He could have held a press

21  conference, right?

22  A.              Probably should have.

23  Q.              He didn't need the commissioners' meeting to

24  make a statement?

25  A.              I mean, typically, no, but, I mean, that's

1    happened in the past where a lot of different elected

2    officials -- not so much anymore, because we don't have

3    elected officials coming to our meeting, but there used

4    to be a lot of updates from agencies and elected

5    officials and different -- different entities that used

6    to come there, like the regional chamber and used to

7    update the commissioners.  The port authority used to

8    come and update the commissioners.

9         Elected officials used to come and clarify certain

10   things.  That doesn't happen anymore, so was it unheard

11   of that at commissioners' meetings we talked about other

12   things in public comment that weren't a part of the

13   agenda, yes.

14   Q.          But it wasn't read during public comment?

15   A.          I don't know when it was read.

16   Q.          Okay.  Well, my recollection from -- I

17   think, was that it was not read at the end of the meeting

18   during public comment.  It was just read.

19   A.          I don't know -- I don't remember when it

20   was read.

21   Q.          All right.  Did the commissioners invite the

22   sheriff to come in and make a statement?

23   A.          No.  I didn't.

24   Q.          Okay.  Did the commissioners take a motion

25   and vote to add that letter to the agenda?

```
 1   A.            No.

 2   Q.            So Frank just unilaterally had -- just

 3   unilaterally had the clerk read it, correct?

 4   A.            Correct.  But, again, I think it's worth

 5   noting that commissioners can put anything they want on

 6   the agenda, and commissioners oftentimes make -- as

 7   Commissioner Frenchko does -- makes motions from the

 8   floor without ever saying anything to the other two

 9   commissioners, is this okay to put on the agenda.  So

10   that happens all the time.

11   Q.            But he didn't make a motion, did he?

12   A.            Neither does anybody from -- well, no,

13   didn't make a motion.  But, I mean, nevertheless,

14   anybody can make a motion at any time to say something

15   to put on the agenda, and it's still out there, you know

16   what I mean?  You can't, like, stop somebody from making

17   a motion.

18   Q.            But when motions are made, people vote on

19   motions.

20   A.            I wasn't -- I don't know how he got -- how

21   that letter got to the clerk.  I heard Frank tell her to

22   read it, but I had nothing to do with it.

23   Q.            I mean, you're saying you follow Robert's

24   Rules of Order and that's your rules of decorum, correct?

25   A.            Correct.
```

1    Q.            I mean, isn't the basic principle of
2    Robert's Rules of Order is that you have an agenda and if
3    you want to amend it, you make a motion and take a vote on
4    it?
5    A.            Typically, yes.
6    Q.            Okay.  So you're saying that all the time
7    commissioners just toss things out then, correct?
8    A.            All the time.
9    Q.            Okay.  So then you don't really follow
10   Robert's Rules of Order?
11   A.            You can't stop a commissioner from making
12   a motion from the floor.
13   Q.            So you can't stop a commissioner from making
14   a motion on the floor.  Why not?
15   A.            Because our prosecutor's office deemed it
16   was okay.  We asked for prosecutor's opinion.
17   Q.            When was that?
18   A.            When Commissioner Frenchko came on board.
19   I would have to -- I would have to research it.  I don't
20   know the exact day, but there is a prosecutor's opinion
21   that says that.
22   Q.            Well, I mean, I think what we've established
23   here a little bit is that commissioners don't ask to speak
24   before they speak, correct?
25   A.            Correct.

```
 1    Q.            And that they don't -- they can add stuff to
 2    the agenda?
 3    A.            At any time during the meeting.
 4    Q.            Okay.  And they can make a motion at any
 5    time, right?
 6    A.            They can make a motion to add something to
 7    the agenda, and then it would, you know, either get
 8    voted on or die for lack of a second.
 9    Q.            Okay.  But on July 7th, 2022, Frank Fuda did
10    not make a motion to add anything to the agenda.
11    A.            Not that I recall.
12    Q.            And no one voted on it?
13    A.            Not that I recall.
14    Q.            Okay.  So you're saying you got a
15    prosecutor's opinion any commissioner can make a motion to
16    add something to the agenda?
17    A.            Uh-huh.  Any commissioner can put an
18    agenda item on.  Doesn't need another commissioner to
19    okay that agenda item as well.
20    Q.            In the middle of the meeting or at the
21    beginning of the meeting?
22    A.            Before the meeting, at any time.
23    Q.            Has Commissioner Frenchko ever tried to make
24    a motion and wasn't allowed to make a motion from the
25    floor?
```

```
1   A.              I don't recall.  Again, we also have time

2   before the meeting.  Any commissioner can put anything

3   on the agenda they want voted on at any time.

4   Q.              Was Commissioner Frenchko ever refused the

5   opportunity to put something on the agenda beforehand?

6   A.              We had started -- now that you say that,

7   we had started a -- because, unfortunately, what was

8   happening is Commissioner Frenchko was putting something

9   on week after week after week, the same things that were

10  getting -- that weren't getting a second.  So she was

11  putting those on, so we said, as a rule, a commissioner

12  can put something on -- I believe it was three times

13  before you can't put it on anymore.  In other words, you

14  exhaust those three times, if it doesn't get a second,

15  you can't just keep putting it on the agenda at all

16  times.

17       Because we were voting on things, you know, week

18  after week after week that wasn't getting a second, so

19  it was taking up time and resources just to continually

20  put that on the agenda.

21  Q.              Isn't that how laws change?  Isn't that how

22  laws change?

23  A.              Yeah.  I agree, and that's why you give

24  the person ample opportunity to -- you know, not just

25  one meeting, you can go back and do your research, maybe
```

1   a second meeting, maybe a third meeting, but at some

2   point if we're at a stalemate and this is how the vote's

3   going to go, I mean, I think we're wasting everybody's

4   time here.

5       I mean, at one point we had agenda items that were

6   saying that we need to be called commissioner, that we

7   need to be addressed as commissioner in our office.  And

8   if you're going to put that on time and time and time

9   again, I don't agree with that.  We don't have to be

10  called commissioner.  Call me Mauro as you do today.

11  Q.          Do you know anything about a person's

12  ability to film meetings?

13  A.          They can film meetings, yes.

14  Q.          There's nothing wrong with someone filming a

15  meeting?

16  A.          Unless they're like a foot from your face.

17  Q.          Did you ever pass any rules about where a

18  person can stand when they're filming a meeting?

19  A.          No.

20  Q.          Kind of change subjects here a little bit.

21  A.          Sure.

22  Q.          So what model cell phone did you own during

23  July of 2022?

24  A.          It's going off right now.  I'm sorry.

25  Q.          That's okay.

| | | |
|---|---|---|
| 1 | A. | Whatever this model is.  I don't know. |
| 2 | Q. | Is it the same phone? |
| 3 | A. | Yes. |
| 4 | Q. | Okay.  I feel like your Interrogatories said |
| 5 | maybe it's an iPhone 12? | |
| 6 | A. | If that's -- I'm assuming that's what this |
| 7 | is.  I don't know.  You're welcome to look at it and | |
| 8 | take the cover off. | |
| 9 | Q. | I don't want to do that. |
| 10 | | MS. SUDHOFF:  I'll look in settings after. |
| 11 | A. | I don't know what the oldest are.  I lost |
| 12 | track of all that. | |
| 13 | Q. | Does the county pay for your phone? |
| 14 | A. | No. |
| 15 | Q. | Does the county pay for any employees' |
| 16 | phones? | |
| 17 | A. | I'm not sure.  I think they do. |
| 18 | Q. | Do you know whose phones they pay for? |
| 19 | A. | I don't offhand. |
| 20 | Q. | Do you know if the county pays for the |
| 21 | secretary's phone? | |
| 22 | A. | I believe they did, yeah. |
| 23 | Q. | Okay.  What's that person's name? |
| 24 | A. | Dawn Gedeon, I believe. |
| 25 | Q. | Okay. |

```
 1   A.            But I think that was done -- she received

 2   a phone -- I mean, it wasn't the whole time I was there.

 3   She just received a phone in the last two years maybe,

 4   three years.

 5   Q.            Okay.  Does she still have that phone?

 6   A.            I'm not sure.

 7   Q.            You don't know if she returned that phone?

 8   A.            I don't.

 9   Q.            When you use your cell phone, do you ever

10   use it to, I don't know, call county employees?

11   A.            Sometimes.

12   Q.            Kind of talk -- I don't know, probably talk

13   to a certain department head or something like that

14   about --

15   A.            If I have a question, yeah.

16   Q.            Get answers and do some county business on

17   it?

18   A.            (Nodding head.)

19   Q.            Do you ever text message county employees?

20   A.            I have in the past, yeah.

21   Q.            Okay.  Like Paula Vivoda-Klotz, for

22   instance?  Do you text message her?

23   A.            I think I had in the past, yeah.

24   Q.            Give her instructions about work?

25   A.            Maybe not instructions about work.  If I
```

 1   have a question on something usually.

 2   Q.          Okay.  So if you had a question for the

 3   clerk, you might text message her and get the answer?

 4   A.          Or call her.

 5   Q.          Okay.

 6   A.          Or see her at the office.

 7   Q.          Yeah.  Do you ever call Frank using your

 8   county phone?

 9   A.          Had I ever?

10   Q.          Yeah.

11   A.          I don't really call him anymore, but yeah.

12   Q.          Okay.  So sometimes you would call Frank and

13   discuss just kind of like what's going on in the county?

14   A.          Not typically, no.  Just -- I mean, we

15   discuss what we -- I mean, it wasn't like county

16   business, you know.  We were aware that you don't

17   discuss that typically.  But, yeah, we did talk a lot.

18   I mean, you're with somebody every day and they become

19   part of your family almost.

20   Q.          Have you ever received public records

21   training?

22   A.          Yes.

23   Q.          When?

24   A.          Recently.  Within the last month.

25   Q.          Did you ever receive public records training

1  prior to July 7th, 2022?

2  A.          I don't believe so.

3  Q.          Are you aware of whether or not there's a

4  record retention commission?

5  A.          I'm aware of it, yeah.

6  Q.          Who's on it?

7  A.          Not sure.

8  Q.          Okay.  Have you ever reviewed the records

9  retention policies for the county?

10  A.          I have, but I don't remember it right now.

11  I don't remember what exactly it says.

12  Q.          Okay.  Do you have any recollection or

13  knowledge of what they say regarding maintenance of text

14  messages?

15  A.          Not offhand, no.  I don't remember.

16  Q.          Have you ever submitted any of your text

17  messages to records retention commission before deleting

18  them?

19  A.          I haven't.

20  Q.          How long does your phone -- do you ever

21  delete your text messages from your phone?

22  A.          I don't.

23  Q.          Do you have any setting on your phone that

24  deleted --

25  A.          I did at one time have a setting on my

1    phone that deleted after, I think, 90 days or something

2    like that.

3    Q.              After 90 days?

4    A.              I believe it was, yeah.  And that was --

5    this phone is through our business -- I mean, we have a

6    business account.  We have a business account.

7    Q.              How do you know it was 90 days?

8    A.              Because I had to go in and manually change

9    it.

10   Q.              When did you do that?

11   A.              When I found out that it was set that way.

12   Fair amount after that.  I didn't know.

13   Q.              Okay.  You said when you discovered it was

14   set that way.  When did you discover it was set that way?

15   A.              About the time Commissioner Frenchko told

16   me, or I said it to Commissioner Frenchko prior to that,

17   I think.

18   Q.              Prior to that?

19   A.              Yes.

20   Q.              And when you said that -- how did it get set

21   that way?

22   A.              Well, when we go into AT&T -- I've been

23   dealing with the same guy there for the most part

24   forever, and it's one of the business phones through

25   Enzo's Restaurant, and my mom has hers set a certain

1   way, and he must have -- when I went in with her, he was

2   like, do you want the same settings?  I was like, yeah.

3   And I wasn't even aware that my phone did that until I

4   started looking through -- when somebody asked me for

5   something and said, hey, can you pull up that, I'm like,

6   my phone doesn't keep it.

7   Q.          So when you went in to change it --

8   A.          Yeah.

9   Q.          -- you said it was set for 90 days?

10  A.          It was either -- I don't remember if it

11  was 30, 60, 90, I think, once I looked at it.  It was

12  one of those.

13  Q.          Okay.  And did the phone tell you the number

14  at the time?

15  A.          It did, but I don't remember.  I just

16  wanted to take it off.  Again, I didn't even know that

17  the phone was capable of doing that.  I thought once you

18  had a text message on your phone, it was there.

19  Q.          When you got the phone with the restaurant,

20  were you currently a commissioner at that time?

21  A.          I think so, yeah.  I had to have been.

22  Q.          I want to go back to July 7th, 2022.

23  A.          Okay.

24  Q.          Do you believe that Niki should have been

25  arrested?

```
 1   A.            That's not for me to determine.

 2   Q.            You have no opinion about it whatsoever?

 3   A.            I mean, I'm not a law enforcement officer.

 4   I don't know.

 5   Q.            So you didn't make any statements to the

 6   media along the lines that she should have been arrested?

 7   A.            No.

 8   Q.            So you didn't weigh in on your opinion about

 9   whether or not her arrest was appropriate after she was

10   arrested?

11   A.            No.  With the media?

12   Q.            Yes.

13   A.            No.

14   Q.            Channel 21 or is it 27 around here?

15                 MS. FRENCHKO:  27.

16   A.            I don't know.

17   Q.            Okay.  So in the other depositions what's

18   described is that -- Paula's the clerk, correct?

19   A.            Correct.  Well, not anymore, but yes, she

20   was.

21   Q.            She was the clerk at the time, and Frank

22   instructed her to read the sheriff's letter, correct?

23   A.            That's how I remember it, yeah.

24   Q.            I was going to go ahead and pull that out,

25   because I want to ask you a few questions about it.
```

```
 1   A.              Okay.

 2   Q.              I don't want to try to torture your memory.

 3   So we're going to use Exhibit 1 here.

 4   A.              Okay.

 5   Q.              Have you ever seen this letter before?

 6   A.              Yes.

 7   Q.              So this letter was sent to the commissioners

 8   before that meeting, correct?

 9   A.              Correct.

10   Q.              According to this, you received it on

11   July 5th, 2022, correct?

12   A.              I'm assuming, yeah, yeah.  I don't

13   remember seeing it that day, but yeah.

14   Q.              And at the meeting it was read was two days

15   later, correct?

16   A.              Correct.

17   Q.              Okay.  So when Fuda had it read, all the

18   commissioners had already read it probably; isn't that

19   correct?

20   A.              I read it before the meeting, I know that.

21   Q.              Right.  Because it was sent to you?

22   A.              Right.

23   Q.              So it wasn't read for the benefit of the

24   commissioners, then, correct?

25   A.              It wasn't read for the benefit of the
```

1   commissioners?  I don't know.  I didn't want it read.  I

2   didn't -- I just took it as correspondence.

3   Q.          Okay.  So you didn't know it was going to be

4   read that meeting?

5   A.          No.

6   Q.          Okay.  And you didn't want it read?

7   A.          I mean, I don't have an opinion on it.  If

8   another commissioner wants to read something, typically

9   they do that.

10  Q.          Okay.  But why would a commissioner need to

11  order something read that was already emailed to the

12  commissioners?

13  A.          Maybe to make light of it.  I don't know.

14  Q.          To make it public?

15  A.          Make it public.

16  Q.          Correct?

17  A.          I would think.

18  Q.          And wouldn't you agree this letter makes

19  critical statements about Commissioner Frenchko?

20  A.          About her work or personally?

21  Q.          I mean, about -- about her conduct and

22  criticizing both Dr. Malvasi as well as the jail?

23  A.          Yeah, I'd say it's critical of it.

24  Q.          Yeah.  It's critical.  It says she doesn't

25  follow some complaint procedure, correct?

1  A.            Uh-huh.

2  Q.            Do you think that a sheriff has the ability

3  to force you as a commissioner to follow specific

4  procedures?

5  A.            No.

6  Q.            You don't work for him, do you?

7  A.            Unless it's illegal.  Other than that, no.

8  Q.            Right.  I guess if you're selling drugs on

9  the street corner --

10  A.            Right.

11  Q.            Right?

12  A.            Right.

13  Q.            But in terms of telling you that you need to

14  follow his employee handbook, he has no ability to tell

15  you that, correct?

16  A.            Correct.

17  Q.            All right.  So there's a letter saying that

18  a commissioner needs to follow a particular procedure,

19  correct?

20  A.            Pretty much, correct.

21  Q.            All right.  And I want to go just really to

22  the last two paragraphs.

23  A.            Okay.

24  Q.            Because I think it sums up the point rather

25  succinctly.  The reckless behavior -- you see this at the

1    end of the second to last paragraph, Mauro?

2    A.          Okay.  Yes.

3    Q.          Attorneys are good pointers.

4    A.          They sure are.

5    Q.          Yep.  So at the end it says, the reckless

6    behavior of Commissioner Frenchko should not be tolerated

7    by Trumbull County citizens nor other elected officials as

8    it puts taxpayer dollars and efficient necessary

9    departmental operations at risk.  Do you see that?

10   A.          I do see that.

11   Q.          That's pretty stern criticism, correct?

12   A.          It's a criticism, yes.

13   Q.          Right?  And it says, I am requesting a

14   public apology from Commissioner Frenchko as a first step

15   to regaining public trust.  Do you see that?

16   A.          I do.

17   Q.          So it demands an apology, correct?

18   A.          Requests an apology.

19   Q.          Requests an apology.  I expect the apology

20   to be delivered in the same public forum as the

21   publication of the false accusations, correct?

22   A.          That's what it says.

23   Q.          Okay.  So this letter accuses Commissioner

24   Frenchko, basically, of making false accusations, correct?

25   A.          That's what it looks like, yes.

1    Q.              It requests an apology, correct?

2    A.              Correct.

3    Q.              And it expects that her apology would occur

4    in the same public forum of which her alleged false

5    accusations are made, correct?

6    A.              Correct.

7    Q.              Okay.  So Ms. Klotz is done reading the

8    letter and Commissioner Frenchko sits down and she starts

9    to respond to this letter, right?

10   A.              (Nodding head.)

11   Q.              That Commissioner Fuda had read into the

12   record, correct?

13   A.              Correct.

14   Q.              Okay.  And when she was responding, at some

15   point you say that you're being disruptive.  You're

16   talking about the top law enforcement official in the

17   county, correct?

18   A.              I do say that, yes.

19   Q.              Why did you say that?

20   A.              Because he is, and because I think the

21   allegations that were made from Commissioner Frenchko

22   were not substantiated to begin with, and I think that

23   the sheriff has a right to respond.  Whether or not it

24   should have been read or not, that's different, but I

25   think the sheriff has a right to respond.

1          And then when she goes off and attacks him once

2     again, I just don't think that makes for very good

3     government.  Number one, he is the top law enforcement

4     officer in the county.  I'm not saying anything that's

5     untrue, and ideally the criticism that took place on

6     both sides should have happened probably between the two

7     of them, in my opinion, not aired at a commissioners'

8     meeting or even at a press conference.

9          If they could have gone over everything that was

10    actually being done in the sheriff's department and the

11    jail with Dr. Malvasi, that a lot of this would have

12    been resolved.

13    Q.          You said it was disruptive for her to make

14    critical statements about him because he's the top law

15    enforcement official in the county.

16    A.          You have to remember, you have to look at

17    all the past meetings up until this point.  There's been

18    disruption after disruption after disruption at all

19    these public meetings that we've never had in the past,

20    so at some point when we get these differences of

21    opinion that are being aired publicly, it's becoming a

22    chaotic mess; and, in my opinion, it is being disruptive

23    by continuing this conversation.

24    Q.          Okay.  So you're saying it's disruptive

25    because she's airing her opinion about that letter?

```
 1    A.            She's already aired her opinion on the
 2    sheriff.  The sheriff is responding to her in this
 3    letter.
 4    Q.            Well, she aired her opinion about the safety
 5    and the doctors and she talked -- she basically read a
 6    letter from a member --
 7    A.            But --
 8    Q.            Let me finish.  Sorry.
 9    A.            That's all right.
10    Q.            We don't want to screw up the record.
11    Sorry, dude.
12    A.            Go ahead.  You're right.
13    Q.            So we didn't want -- she was responding -- I
14    mean, initially she made -- she read a letter from a
15    mother of an inmate?
16    A.            Uh-huh.
17    Q.            And she discussed concerns she had about the
18    safety in the jail, correct?
19    A.            Correct.
20    Q.            And he responds with a letter that's
21    privately emailed to the commissioners, correct?
22    A.            Correct.
23    Q.            Commissioners read it probably two days
24    before that meeting, correct?
25    A.            I believe -- I don't remember when I
```

1    received it.

2    Q.          You read it?

3    A.          I read it for sure before the meeting.  I

4    don't know about two days before.

5    Q.          She may have read it, correct?

6    A.          Potentially.  I don't know.

7    Q.          Frank had the opportunity to read it,

8    correct?

9    A.          Correct.

10   Q.          So it was read into the public.  Earlier you

11   said to shed light on it, you assumed, correct?

12   A.          I don't think -- I think -- and, again,

13   I'm speaking for the sheriff, and I don't feel

14   comfortable doing that, but I think there were things

15   said about the sheriff and the sheriff's department that

16   the sheriff wanted disputed and were probably one-sided,

17   and there was a different side to it, and he was trying

18   to shed light on that through this.  That's all I'm

19   saying.

20   Q.          Okay.

21   A.          But I can't speak for the sheriff, so -- I

22   don't know why he read it.

23   Q.          The letter speaks for itself, correct?

24   A.          Correct.  But I don't want to assume

25   exactly the motivation behind this from the sheriff.  I

```
 1   don't know.
 2   Q.           Okay.  Well, and I don't mean to disagree
 3   with you, because I think the letter says that the things
 4   that you said are untrue, and I demand an apology,
 5   correct?
 6   A.           Correct.  I mean, it says that, yes.
 7   Q.           Okay.
 8   A.           It does say that.
 9   Q.           So Commissioner Frenchko, when she sat down,
10   she's trying to respond to accusations that her statements
11   were false, correct?
12   A.           Correct.
13   Q.           And --
14   A.           I believe.
15   Q.           She hadn't addressed accusations from the
16   sheriff she's a liar previously, had she?
17   A.           Not that I know of.  I don't know if she
18   had a conversation with the sheriff personally, but it
19   didn't sound like she did, no.
20   Q.           That wouldn't have been repetitive, then,
21   right?
22   A.           I don't know.
23   Q.           I mean, in that meeting, she had not brought
24   up the sheriff at that point?
25   A.           At that meeting, no, but in a prior
```

1    meeting she had.

2    Q.            Okay.  So you're saying she should have been

3    arrested by what happened in a prior meeting?

4    A.            I'm not saying that at all.

5    Q.            Okay.  So you're saying that her conduct is

6    disruptive on July 7th, 2022, because of her conduct in

7    prior meetings?

8    A.            I said that she was being disruptive and

9    that the entire proceeding was being disruptive.  I

10   stand by that statement that she was being disruptive.

11   Q.            But she didn't start the debate; you would

12   agree with that, correct?

13   A.            Actually, she did.  In prior weeks she

14   did.  Because this letter would have never been crafted

15   if she didn't say something publicly about the sheriff

16   already.

17   Q.            Right.

18   A.            May or may not have been true.  I don't

19   know.

20   Q.            Okay.  But in that meeting on July 7th,

21   2022, the debate about the jail and Dr. Malvasi began when

22   Commissioner Fuda had that read into the record, correct?

23   A.            I mean, that started this conversation,

24   yes.

25   Q.            Yes.  Commissioner Fuda opened the floor to

1  that conversation, correct?

2  A.          By reading the letter into it, yeah, I

3  would say pretty much, yeah.

4  Q.          Okay.

5  A.          You start this discussion, put it that

6  way.

7  Q.          And did he relinquish his Chair when he

8  started that discussion?

9  A.          Did he relinquish his Chair?

10  Q.          Yes.

11  A.          No.

12  Q.          Okay.  So he started a discussion by reading

13  a critical letter into the record about Commissioner

14  Frenchko, correct?

15  A.          A letter that the sheriff had addressed to

16  all of us that I feel that the sheriff was trying to, in

17  my opinion -- and, again, I don't want to speak for the

18  sheriff or say what he's trying to do here, but I feel

19  that the sheriff felt he was being attacked at one of

20  the prior meetings and that there's another side to this

21  story, and he's trying to get that across in this

22  letter.

23  Q.          But he also asked for an apology?

24  A.          He did, yeah.

25  Q.          So there's two motivations, then, correct?

```
 1   A.            Well, he didn't ask for a public -- yeah,
 2   he did ask for a public apology.
 3   Q.            He asked for an apology during the same
 4   forum that the accusations were made.
 5   A.            You're right.  You're right.
 6   Q.            So he's asking for an apology during a
 7   public meeting?
 8   A.            Yes.
 9   Q.            Right?
10   A.            Because those issues were brought up at a
11   public meeting.
12   Q.            Right.
13   A.            I'm not defending.  I'm just telling you
14   what he's --
15   Q.            Well, but the same point in time, the letter
16   states what it states.  You're an English teacher so --
17   right?
18   A.            Right.
19   Q.            So the beginning of the letter there tends
20   to be a thesis statement, correct?
21   A.            Yes.
22   Q.            You taught English composition.  And then
23   you have a body that supports that thesis, correct?
24   A.            Typically, yeah.
25   Q.            And in the end you have a conclusion that
```

1    echoes that thesis, correct?

2    A.          Correct.

3    Q.          Okay.  Well, this letter is kind of set up

4    in that format; would you agree?

5    A.          It is.

6    Q.          So the thesis is essentially you said things

7    that I think are not true about our operation, correct?

8    A.          Correct.

9    Q.          You didn't follow proper procedure, correct?

10   A.          You're saying that's what the sheriff is

11   saying?

12   Q.          Yes.

13   A.          Correct.

14   Q.          And here's all my stuff supporting that

15   argument, correct?

16   A.          Or some of it, correct.

17   Q.          And at the end he echos this thesis that she

18   made false accusations, correct?

19   A.          Correct.

20   Q.          And he says, I expect you to apologize in

21   the same forum that you make those accusation, correct?

22   A.          Correct.

23   Q.          And Mr. Fuda caused that to be read into the

24   record, correct?

25   A.          As I recall, yes.  Commissioner Fuda.

```
 1   Q.            Okay.  So that was his movement to start
 2   that conversation then, correct?
 3   A.            Commissioner Fuda's?
 4   Q.            Yes.
 5   A.            I believe so, yes.
 6   Q.            And he did not relinquish his Chair at that
 7   point, did he?
 8   A.            He did not relinquish his Chair, not that
 9   I know of, no.
10   Q.            Right.  Because after Ms. Klotz was done
11   reading that letter, Commissioner Frenchko sits back down,
12   correct?
13   A.            I believe so.  I don't remember.
14   Q.            And she begins to --
15                 MS. SUDHOFF:  Can we take a break when
16   you're done with this question or group of questions so
17   I can run to the bathroom?
18                 MR. BETRAS:  You want a bathroom break
19   now; is that what you're saying?
20                 MS. SUDHOFF:  Yeah.
21                 MR. MILLER-NOVAK:  We're on the record.
22                 MS. SUDHOFF:  That's fine.  I don't care.
23   Q.            So she begins to address that letter,
24   correct?
25   A.            Who's she?
```

```
1    Q.            Commissioner Frenchko.

2    A.            I believe so, yeah.

3    Q.            Okay.  And it was --

4    A.            Can I just -- by this time, there had been

5    statements made by a commissioner about the sheriff and

6    now the sheriff making statements about a commissioner.

7    I wanted this -- I didn't want this to happen in this

8    type of public forum, so, you know, this sort of back

9    and forth with attacking each other wasn't at all

10   productive, in my opinion.

11   Q.            Okay.  But you said you didn't want it to

12   happen, but Mr. Fuda's the one that caused it to happen

13   during that specific meeting, correct?

14   A.            I don't have any control over Mr. Fuda.

15              MR. MILLER-NOVAK:  Okay.  Go ahead and go

16   to the bathroom.

17                   (Off the record.)

18   Q.            So when Niki sits back down -- I think this

19   is where we left off.

20              MR. MILLER-NOVAK:  Actually, do you mind

21   rereading the last question I asked?

22        (Whereupon the record was read as requested.)

23   Q.            So -- but you would -- I didn't ask whether

24   or not you had control over him.  I understand you don't.

25   He seems like a pretty independently capable human being.
```

1   My question is whether or not he's the one that initiated

2   the conversation during that particular meeting.

3   A.          Initiated the conversation about this

4   letter?

5   Q.          Yes.  So when Niki sits back down to respond

6   to the allegations in this letter, it was at that point in

7   time that you had mentioned you believe she was being

8   disruptive because she was talking about the top law

9   enforcement official in Ohio?

10  A.          Well, I -- if memory --

11  Q.          Or Trumbull County.

12  A.          If memory serves me correctly, I think

13  that Commissioner Fuda was trying to get order back into

14  the meeting, and she kept -- or tried to get us back on

15  track, and then she kept reading, and then I said you're

16  being disruptive.

17  Q.          Well, when you say he's trying to get her

18  back on track, but he's the one that introduced a new item

19  into the agenda, i.e., this conversation?

20  A.          It's not really an item into the agenda,

21  but, yeah, he had the clerk read this into the record,

22  but -- you know -- lost my train of thought.  I'm sorry.

23  Q.          Well, but, I mean, following kind of I think

24  what your own descriptions of events are is that he

25  presents this letter, she sits back down and she's

1   responding to it, and he says he wants to move on because

2   he wants to, quote, unquote, get it back on track?

3   A.            He does say that, or something to that

4   effect.

5   Q.            But he's the one that put it on that track.

6   A.            But he's the chairman of the board, too.

7   Q.            But he doesn't relinquish his Chair at that

8   point in time.

9   A.            No.

10  Q.            So under Robert's Rules, you think it's

11  appropriate for the Chair to initiate a conversation and

12  then not relinquish his Chair?

13  A.            I don't know.

14  Q.            Okay.  So you don't know whether or not

15  Robert's Rules expressly addresses that issue?

16  A.            I don't offhand, no.

17  Q.            I mean, let's try to just ask your opinion.

18  Do you think it's fair for a chair to start a debate on a

19  particular topic that includes accusations against another

20  commissioner, and when she responds say we're moving on?

21            MS. SUDHOFF:  Objection.  Speculation.  Go

22  ahead and answer.

23            THE WITNESS:  Still answer?

24            MS. SUDHOFF:  Yes.

25  A.            I'm not sure.

1    Q.          I mean, to you, did it appear impartial?

2    A.          Did it appear impartial?

3    Q.          Yes.

4    A.          I mean, they're all public records anyway,

5    so if they were read into the record, it really wouldn't

6    matter.

7    Q.          I'm talking about his maintain ordering --

8    his maintaining the flow of the meeting.  For him to start

9    with a critical letter and to say that a response to that

10   letter is off track, does that seem like an impartial

11   ruling?

12   A.          Well, I think in order to understand that,

13   you have to go back and understand that there was a

14   critical letter read from another commissioner that was

15   allowed to read her letter at a prior meeting, and this

16   is in response to that, so --

17   Q.          But that was at a prior meeting.

18   A.          Correct.  But it still needs to be

19   probably addressed or else it's there for the record.

20   Q.          But if he responds to that letter, why can't

21   she address that letter so it's on the record?

22   A.          That's up to the Chair to decide that.

23   Q.          But the Chair's the one that started the

24   conversation.

25   A.          And I -- that's up to the Chair to decide

1  who's speaking and who's not, I guess.  I don't know.

2  Q.            So there are no rules that apply to the

3  Chair?

4  A.            I think at the end of the day,

5  Commissioner Frenchko had her chance to read a letter

6  that no one interrupted, and Commissioner Fuda read a

7  letter -- or had somebody read a letter without any

8  interruption, and I think it was just to clear the air.

9  It wasn't meant to be a debate.

10  Q.            No.  It was meant to demand an apology.

11  A.            I don't know if that's what he -- I don't

12  know if that's what Commissioner Fuda wanted.  I think

13  he was reading this in order to show the public that

14  there's a response to what Commissioner Frenchko said.

15  Q.            Well, the response was that Ms. Frenchko's

16  statements were misrepresentations, that they were

17  dishonest.

18  A.            Correct.

19  Q.            Okay.  Had Ms. Frenchko, previous to that

20  moment, ever had an opportunity to respond to Sheriff

21  Monroe calling her a liar essentially?

22  A.            Well, if she had the letter on July 5th

23  and the meeting was on July 7th, she had all the time in

24  the world to call a press conference.

25  Q.            So did Sheriff Monroe, but that's not what

1    happened.  What happened was is the letter was read into

2    the public.

3    A.              Okay.

4    Q.              She didn't -- how could she have a press

5    conference prior to July 7th to respond to a letter being

6    read into a meeting that had not yet been read into the

7    meeting?

8    A.              I don't know what she did or didn't do.  I

9    guess -- this is a public document.  If a chairman wants

10   to read it into the record or have it read into the

11   record, that's on the chairman.

12   Q.              Okay.  And then -- so you're saying another

13   commissioner isn't allowed to express her viewpoint into

14   that letter?

15   A.              The other commissioner did express her

16   viewpoint prior to that meeting.

17   Q.              No.  She expressed her viewpoint about a

18   different scenario, not about being accused for being a

19   liar.

20   A.              I think we're going around and around

21   here.  I don't know.  I don't know what you're asking, I

22   guess.

23   Q.              Well, if you think that another commissioner

24   was calling you a liar --

25   A.              It happens all the time.

```
 1   Q.            -- you wouldn't want to respond?
 2   A.            Sometimes you just let it go.
 3   Q.            Okay.  And sometimes you do respond, right?
 4   A.            Sometimes you do.
 5   Q.            So there's been times where she said
 6   something about you and you wanted to tell her she was a
 7   liar, correct?
 8   A.            Or that it's a lie, yes.
 9   Q.            Okay.  And have you ever interrupted her to
10   say that?
11   A.            Yes.
12   Q.            Has Fuda told you to stop?
13   A.            I don't remember.  I don't know.
14   Q.            Were you arrested?
15   A.            No.
16   Q.            Okay.  So if a commissioner accuses you of
17   something and you interrupt her to call her a liar and
18   you're not arrested or Fuda doesn't stop you, what's
19   different about her?
20                 MS. SUDHOFF:  Objection.  Compound.
21   A.            I don't know what's going on.  I don't
22   know what that question is.
23   Q.            That's fine.  That's fair.  So if you're
24   saying -- what you're just saying is that in the past when
25   you feel like Commissioner Frenchko has said something
```

1    that's dishonest, you've interrupted her and said you're a

2    liar?

3    A.            Or that that's a lie.  I didn't say you're

4    a liar.  I said that's a lie or that's a half truth or

5    that's an assumption.

6    Q.            And when she continued to talk, did you

7    continue to interrupt her?

8    A.            Typically, no.  She talks uninterrupted

9    after that, but I interject for the record that I feel

10   that that's an assumption or a lie.

11   Q.            So in a circumstance where you think she's

12   lying to you and you say that's a lie or you're lying, she

13   continues to talk and you stop interrupting her every

14   time?

15   A.            Say that again.  I'm sorry.

16   Q.            So when she's talking and you feel like

17   she's lying and you interrupt her and you call her -- you

18   tell her she's lying and she continues to talk, you stop

19   interrupting her at that point?

20   A.            I mean, every situation's different.  I

21   don't know.  You're saying when she does this you do

22   this.  I mean, I don't know if I can answer that

23   question.  It's different on every occasion.

24   Q.            Have you ever interrupted her more than once

25   when she's talking about something?

```
 1    A.            Potentially, yes.

 2    Q.            And has Frank told you to stop when you do

 3    that?

 4    A.            Not that I remember.

 5    Q.            Has Frank told you -- were you arrested when

 6    you did that?

 7    A.            Was I arrested when I --

 8    Q.            When you interrupted her more than once.

 9    A.            No.

10    Q.            Did Frank say that the meeting needs to move

11    on?

12    A.            Yes.

13    Q.            Okay.

14    A.            Sorry.  Can I check my phone real quick?

15    Q.            Absolutely.  I'm just going to be toying

16    around here.

17                       (Off the record.)

18    Q.            I'm going to play a small portion of a video

19    of a meeting.

20    A.            Okay.

21    Q.            And I'm going to hold out that this is the

22    August 10th -- not sure if it's --

23    A.            August 10th of last year?

24    Q.            Of 2022.

25    A.            Okay.
```

```
 1                    (Recording being played.)

 2    Q.              So I think the basics of what I heard is you

 3    feel like she is not telling the truth?

 4    A.              I'm trying to recall the context of all

 5    this.  It was about hiring Bill Rieger.

 6    Q.              Yes.

 7    A.              For the educational highway.

 8    Q.              Okay.

 9    A.              I'm assuming.

10    Q.              So you feel like she's not telling the

11    truth, and you called for Frank to stop her?

12    A.              Well, as you can clearly hear in that, I

13    said I talked to Julie Green about this, and she says

14    Julie Green told you what to do.

15    Q.              Uh-huh.

16    A.              That's not what happened, though.  So you

17    can't say I talked to Julie Green, and then she says,

18    well, Julie Green told you what to do.  She's making a

19    complete assumption.  Julie Green and I discussed this,

20    and then I did it.  This is where it gets off the rails,

21    because just having a discussion with somebody doesn't

22    mean they told you what to do.

23    Q.              So you think because what she's saying is

24    dishonest, you instruct Frank to tell her to stop?

25    A.              In this case, yes.
```

```
 1    Q.              Okay.  So he's stopping her because --

 2    A.              I think I said let's get some order.

 3    Q.              Okay.  Let's get some order because you feel

 4    like she's falsely accusing you of something?

 5    A.              Uh-huh.

 6    Q.              Okay.  So how is it disorderly for someone

 7    to falsely accuse you of something?

 8    A.              How is it disorderly?

 9    Q.              How is it disruptive?

10    A.              I think it's disruptive.

11    Q.              So it's disruptive when you don't like the

12    opinion of Ms. Frenchko?

13    A.              No.  It's disruptive when I'm telling you

14    exactly what happened and you're misconstruing it and

15    saying something else.

16    Q.              So when she disagrees with you it's

17    disruptive?

18    A.              Not disagreeing with me.  I'm trying to

19    tell you exactly what happened, and she's not believing

20    it and created this narrative as to what happened in her

21    own mind when she wasn't in on the conversation.

22    Q.              Okay.  So it's about what's going on in her

23    own mind?

24    A.              I'm not saying that.  I'm just saying

25    she's accusing me of something; I'm trying to explain it
```

 1    away.  I'm trying to explain exactly what happened.

 2    Q.            Uh-huh.  And because you feel like she

 3    wasn't agreeing with that that becomes disruptive and

 4    throws things off the rails?

 5    A.            Well, I'm trying to explain to her

 6    something, and she's interrupting me.

 7    Q.            She was the one talking, wasn't she?

 8    A.            Huh-uh.  When I'm answering the question,

 9    she's interrupting me.

10    Q.            Well, at one point you answered it and she

11    was responding and starting to speak again, and then you

12    interrupted her again, correct?

13    A.            Because she's saying something that I

14    didn't say.

15    Q.            Okay.  Because you feel like she's

16    misconstruing what you said, so therefore you interrupted

17    her to correct her?

18    A.            Correct.

19    Q.            Isn't that precisely what she did on

20    July 7th, 2022?

21    A.            No.

22    Q.            So she wasn't saying that's not true when

23    Paula Klotz was reading a letter?

24    A.            She didn't say that that wasn't true when

25    Paula Klotz was reading the letter.

1   Q.              Yeah.  When Paula Klotz was reading the

2   letter on July 7th, 2022, when Ms. Frenchko was talking,

3   she was saying that's not true.  Those are the statements

4   that were coming out of her mouth at the time, correct?

5   A.              That were coming out of her mouth?

6   Q.              Yes, coming out of Commissioner Frenchko's

7   mouth.  She was saying --

8   A.              Do we have an audio of that?

9   Q.              We do.

10  A.              Can we play that?  Because I don't want to

11  speculate.  If we have the audio, let's hear it.

12  Q.              Sure.

13  A.              I mean, if we've got the audio, you can

14  hear exactly what's going on.

15              MS. SUDHOFF:  Do you have a time that you

16  started the August 10th recording?

17              MR. MILLER-NOVAK:  About 33 minutes and 40

18  seconds, I believe.  Or 33:45.  Actually, I don't.  I

19  tell you what, recording says what it says.  But she's

20  interrupting --

21  A.              It's kind of important, I mean, isn't it?

22  Recording says what it says?

23  Q.              Yeah.  It might be.

24  A.              You're asking me after the fact; you can

25  hear it in the recording.

1   Q.          Okay.  Well, then what was she saying when

2   she was interrupting?

3   A.          That's why I'm asking you to play the

4   audio.

5   Q.          Okay.  You don't remember?

6   A.          I don't remember.

7   Q.          Okay.  That's your testimony then.  And you

8   don't recall whether or not when Ms. Klotz was reading the

9   letter whether or not Commissioner Frenchko was stating

10  that it wasn't on the agenda?

11  A.          I don't -- again, we're going to go over

12  this again, but there was a letter read at the prior

13  meeting by Commissioner Frenchko that wasn't on the

14  agenda.  So if you address this again, you're addressing

15  something that was read prior that wasn't on the agenda

16  either, but you're trying to clear the air, I guess.

17  Q.          Okay.  And then after the letter was read,

18  she was trying to respond to it?

19  A.          I'm not sure.  I don't remember what she

20  was trying to respond to.

21  Q.          Okay.  So what we listened to, though, was

22  that you believe that she was misconstruing your words and

23  you interrupted her to respond to that?

24  A.          What we listened to in this?

25  Q.          Yes.  What we just listened to in that

1    recording.

2    A.          Correct.

3    Q.          So on August 10th, 2022, when she was

4    talking about something, you believe she misconstrued your

5    words, and you interrupted her because you wanted to

6    correct her?

7    A.          She misconstrued my words, and I

8    interrupted her because I wanted to correct her.  That's

9    fair, yeah.

10   Q.          Okay.  So shouldn't she be allowed to do the

11   same thing in a meeting?

12   A.          She should.  At the same time when the

13   dialogue gets to a point where it's being completely

14   contentious, I'm just trying to rein in the meeting.

15   That's all I'm trying to do.  And when the Chair says,

16   let's get back on track, this is enough of that and she

17   keeps talking, I say you're being disruptive.

18   Q.          Okay.  Even when the Chair's the one that

19   started the debate?

20   A.          There was no debate.  It was just reading

21   this into the record.

22   Q.          Okay.  So your understanding is that this is

23   not a persuasive writing or a debate?

24   A.          I think this is in response to what

25   Commissioner Frenchko read at the prior meeting, in my

1    opinion.

2    Q.          Okay.  So when the sheriff says -- calls her

3    behavior reckless --

4    A.          You'll have to ask the sheriff.

5    Q.          We're going to, but, you know, I'm asking

6    your understanding of this letter when you read it.  You

7    gave reading comprehension tests when you were an English

8    teacher, correct?

9    A.          Correct.

10   Q.          Well, I'm giving you one.  When you look at

11   this, is this not -- is this an informational paper only

12   or is it also persuasive in nature?

13   A.          I don't think you can just look at this

14   letter in a vacuum.  I think you have to look at the

15   letter and accusations made by Commissioner Frenchko at

16   a prior meeting that led to this letter, in other words.

17   Q.          Okay.

18   A.          So there are some inflammatory or

19   accusatory comments in here; they're because of that

20   previous letter and previous comments made by

21   Commissioner Frenchko, in my opinion.

22   Q.          Okay.  So if that's the case, then what's

23   the harm in letting Commissioner Frenchko respond to this

24   letter?

25   A.          No harm by me.  I don't know.

 1   Q.            Okay.  So you don't think there's any harm

 2   in Commissioner Frenchko having the opportunity to respond

 3   to this letter?

 4   A.            At some point, though, we have to have

 5   meetings that aren't broken down entirely and we're

 6   going back and forth, back and forth, back and forth.

 7   Trying to rein the meeting in, bring the meeting back

 8   in, and when somebody's not doing that -- I think both

 9   of them had their opportunity to speak on the subject;

10   let's move on.  That's all I'm trying to do.

11   Q.            So it seems like your feeling is is that

12   there was a lot of meetings prior to July 7th, 2022, that

13   were very argumentative?

14   A.            Prior to two thousand and --

15   Q.            Prior to the meeting she was arrested at.

16   A.            I believe so, yeah.

17   Q.            Okay.  And --

18   A.            Yes.

19   Q.            Something that was happening all the time,

20   correct?

21   A.            For the most part.

22   Q.            So in a lot of meetings there was a lot of

23   arguments and people interrupting each other, correct?

24   A.            Correct.  And a lot of times trying to get

25   people back to the agenda is what I was trying to do a

1    lot of times, except when somebody was either lying

2    about me or putting the county at risk.

3    Q.          Okay.  So what's different about that?

4    A.          What's different about --

5    Q.          So you said normally like these meetings

6    they get con- --

7    A.          Number one, you're putting the county at

8    risk by talking about Phillip Malvasi, could be a

9    lawsuit.  Talking about the sheriff.  I don't think -- I

10   don't think that was what we should be doing at our

11   meetings.  I'm trying to rein it back in.

12   Q.          So you're saying that --

13   A.          Which still could be a lawsuit, by the

14   way.

15   Q.          Okay.  So you're saying that a commissioner

16   isn't allowed to say something that if it could lead to a

17   lawsuit?

18   A.          I'm saying if it's at one of our regular

19   meetings and the lawsuit is going to affect the entire

20   board of commissioners, which it probably will, because

21   all the others have, they sued the board of

22   commissioners, I have a responsibility to speak up at

23   least; and at least say -- not to cut her off, and she

24   can still talk, but at least to say, you're putting the

25   county at risk.  This is an assumption.  This is a lie

1   or whatever, and then -- she continues to talk.  So it's

2   not like I've -- I'm talking over her going

3   la-la-la-la-la.  You know, it's not like she doesn't

4   finish her sentence, so -- but I do say my piece in

5   there.

6   Q.          So in the past when these arguments are

7   occurring and people are interrupting each other and it

8   sometimes gets out of control, you would agree that has

9   happened in the past?

10  A.          It has.

11  Q.          Okay.  Was anybody ever arrested?

12  A.          No.

13  Q.          Was ever anybody threatened to be arrested?

14  A.          Well, except that incident.

15  Q.          Except for July 7th, 2022?

16  A.          Right.

17  Q.          Okay.  What was different about her behavior

18  on that day than any other meeting previous to that?

19  A.          I don't know.

20  Q.          Nothing.  Would you agree?

21  A.          I don't know.  I don't know what was

22  different about her behavior.

23  Q.          I mean, I watched a lot of meetings, and I

24  can tell you I see constant arguments in those meetings;

25  would you disagree with that?

```
 1   A.           There are a lot of arguments.

 2   Q.           And I see constant arguments where all three

 3   of you are interrupting each other; would you disagree

 4   with that?

 5   A.           I don't necessarily disagree with that.

 6   Q.           I've seen arguments where Frank Fuda is

 7   slamming his gavel and yelling.  Do you disagree with

 8   that?

 9   A.           I remember one time that he did that.

10   Q.           Only once?

11   A.           I remember him slamming the gavel really

12   hard one time, yes.

13   Q.           Have you ever seen Frank Fuda interrupt

14   speakers and guest speakers and disagree with them?

15   A.           At times.  In my course of being a

16   commissioner?

17   Q.           Yes.

18   A.           Yes.

19   Q.           Okay.  So I'm just having a hard time

20   understanding why Commissioner Frenchko is arrested or

21   being told she's going to be removed from a meeting on

22   July 7th, 2022, for stuff you're saying she does in a lot

23   of meetings?

24   A.           And I'm telling you, I don't know.  I

25   can't answer that question because I wasn't the one who
```

1    arrested her or had her arrested, so --

2    Q.            There was deputies at previous meetings,

3    correct?

4    A.            There were deputies, yes.

5    Q.            Okay.  So if this conduct is recurring and

6    happens all the time in front of deputies, why was she not

7    arrested before this?

8    A.            I don't know.

9    Q.            So if something happens over and over in

10   front of deputies and they're never arrested in the past,

11   but in one meeting they get arrested, what's the

12   difference?

13   A.            You're asking me to answer for the

14   deputies, and I don't know.

15   Q.            Okay.  Have you ever seen a copy of the

16   statute that Commissioner Frenchko was arrested under?

17   A.            I haven't, no.

18   Q.            So you didn't receive an email from someone

19   in May explaining that that statute existed?

20   A.            Not that I recall.

21   Q.            So you don't remember any member of the

22   public emailing a copy of that statute to the

23   commissioners and the commissioners' clerk?

24   A.            I do not.

25   Q.            So at some point in that meeting, it's in

1    the police report too, you tell Commissioner Frenchko that

2    she can be removed from the meeting for disrupting the

3    meeting, correct?

4    A.        Yes.

5    Q.        And why had you never told her or given her

6    that warning in previous meetings?

7    A.        I'm not sure.

8    Q.        Okay.  According to you, she conducts

9    herself in the same way in every meeting, so why never

10    provide that warning to her in the past?

11    A.        I just assume she knew that.

12    Q.        Okay.  When you were teaching, if a student

13    did something wrong, did you tell that student

14    immediately?

15    A.        Typically, yes.

16    Q.        Did you tell them what the consequences are?

17    A.        Typically.

18    Q.        If the student did the same thing five times

19    and you watched it happen and you never told them what the

20    consequences of their actions are, would you expect that

21    student to act any differently?

22            MS. SUDHOFF:  Objection.  Speculation.

23    A.        Yeah, I don't know.  I can't equate

24    Commissioner Frenchko to a student of mine that I had.

25    If that's an analogy we're trying to make, I can't tell

1    Commissioner Frenchko what to do.  I can advise her and
2    say, you know, hey, look this is disruptive and you can
3    be removed.
4    Q.          Uh-huh.  Well, the things that stand out to
5    me watching the meetings, I never heard you use the word
6    disruptive prior to July 7th, 2022.
7    A.          Okay.
8    Q.          Would you have any reason to disagree with
9    that?
10   A.          I don't remember if I did or didn't.
11   Q.          Okay.
12   A.          I've used chaotic, disruptive, broken down
13   to describe our meetings a lot of times.  Actually, I
14   could name a few others, too, bananas, off the rails.
15   Yeah, now that I think about it.
16   Q.          Okay.
17   A.          I mean, I'm just saying.
18   Q.          And you were an active participant in a lot
19   of those debates and arguments, correct?
20   A.          Most of the time I'm usually a victim of
21   them, yeah.
22   Q.          Okay.  But you participate in them?
23   A.          Well, I defend myself, yes.
24   Q.          Okay.  Isn't that what she was doing on
25   July 7th, 2022?

```
 1    A.              I'm not sure what she was doing.

 2    Q.              She was being accused of making false

 3    representations, and she was trying to respond to that

 4    accusation, wasn't she?

 5    A.              If you say so.  I don't know what she was

 6    doing.

 7    Q.              Okay.  Well, if you think you have a right

 8    to defend yourself when someone calls you a liar, don't

 9    you think she has that right?

10    A.              Well, everybody has a right to defend

11    themselves, yes.

12    Q.              Okay.  So everybody has a right to defend

13    themselves when they're called a liar, correct?

14    A.              Correct.

15    Q.              Okay.  Then isn't she somebody?

16    A.              She is.

17    Q.              Okay.  So if someone calls her a liar,

18    you're -- then you're saying she has a right to defend

19    herself?

20    A.              Yes, but at the same time, I think you got

21    to look at the entire context of what happened here,

22    because she's calling someone else a liar, and she's

23    calling multiple other departments liars -- or multiple

24    members of the department liars, basically.

25    Q.              I recall her reading a letter from a parent,
```

1    and I don't know that anything in that letter necessarily

2    called anybody a liar.  I think the issue was that the

3    allegations from the mother is that someone didn't receive

4    proper health care in the jail.

5    A.            Right.  But she never went to the

6    sheriff's office prior to that to vet any of that.  She

7    just went with the person's opinion and what they're

8    saying, and it was never --

9    Q.            So is there some law that she has to, that

10   you're aware of?

11   A.            No.

12   Q.            Is there a rule in your decorum that she has

13   to do that prior to?

14   A.            No.

15   Q.            Okay.  So what's wrong with that?

16   A.            Nothing, and there's nothing wrong with

17   this.

18   Q.            And then there should be nothing wrong with

19   responding to that, then, correct?

20   A.            How many times are we going to go back and

21   forth on this?  At some point we have to regain control

22   of the meeting and move on, right?  That's what I'm

23   saying.

24   Q.            Okay.  But if you throw a punch, you don't

25   expect someone to punch back, I guess, verbally?

1              MS. SUDHOFF:  Objection to the

2    characterization.

3              MR. YOSOWITZ:  Objection.

4              THE WITNESS:  I don't know what that

5    means.

6    Q.        Well, if you make an accusation against

7    someone in a meeting, wouldn't you expect for them to

8    respond to that accusation?

9    A.        That's exactly what this letter was doing.

10   Q.        Okay.  And that's exactly what she was doing

11   after.

12   A.        When do we stop it?  When do we -- when

13   are we doing the county's business here?  Everybody's

14   had a chance to air their grievances, and let's move on.

15   That's all I was trying to do.

16   Q.        Okay.  Who did you call after she was

17   arrested?

18   A.        I don't know.

19   Q.        Did you call your brother?

20   A.        I may have.

21   Q.        What does your brother do for a living?

22   A.        He's the law director in the City of

23   Warren.

24   Q.        And who was prosecuting Commissioner

25   Frenchko for getting thrown out of that meeting?

1    A.          Who was prosecuting her?

2    Q.          Yes.

3    A.          I don't know.

4    Q.          She was being prosecuted in Warren Municipal

5    Court, correct?

6    A.          She was never prosecuted, was she?

7    Q.          Yes, she was, wasn't she?  Charges were

8    filed against her.

9    A.          Oh, that's right.  He wasn't the -- but it

10   wasn't him that was presiding over that.  He recused

11   himself.

12   Q.          But he was the attorney for the entity that

13   was doing it, correct?

14   A.          Yeah, but it wasn't his case.

15   Q.          Why did you call him?

16   A.          Because I call my brother.

17   Q.          So right after her arrest --

18   A.          Because this is bananas; did you see what

19   happened?

20   Q.          So you talked to him about the arrest?

21   A.          I mean, I just said, you know, this is

22   ridiculous where we're at right now in the county.

23   Q.          Okay.  What did he say back?

24   A.          I don't really recall.  I mean, he just

25   said that it is crazy, yeah.  Your meetings are a

```
 1    circus.
 2    Q.              I think he said all the meetings are a
 3    circus.
 4    A.              I think that's what he was referring to,
 5    yeah.
 6    Q.              Did you text message your brother that day?
 7    A.              I don't believe so.
 8    Q.              Did you text message Paula Vivoda-Klotz
 9    after the meeting?
10    A.              I don't remember.
11    Q.              According to the police report, do you
12    recall that Commissioner Frenchko was arrested around
13    11:20 a.m.?
14    A.              I don't remember the time, but if you're
15    saying that, yeah, it's fine.  Around that time.
16    Q.              Does your number end 2497?
17    A.              It does.
18    Q.              Okay.  You can give that back to her.
19    A.              Thank you.
20    Q.              Thanks.  Who's John Baryak?
21    A.              He is a council person in Newton Falls.
22    Actually, council president, I believe, in Newton Falls
23    village.
24    Q.              Is he the fellow that was charged with
25    pulling a gun on his brother?
```

```
 1    A.          He was.

 2    Q.          Newton Falls, huh?

 3    A.          Yeah.  But I've known him my whole life.

 4    Don't judge him by that one incident.

 5    Q.          Do you know why you would have called him

 6    after Commissioner Frenchko was arrested?

 7    A.          I don't.  I was getting phone calls and

 8    calling and maybe calling people back.  I mean, during a

 9    meeting -- our meetings usually last a long time, and I

10    get calls.  So I don't know if I missed a call from him

11    and called him back or --

12    Q.          All right.  I'm going to hand you

13    Plaintiff's Exhibit 6.

14          (Whereupon Plaintiff's Exhibit 6 was marked.)

15    Q.          So you've never seen that necessarily.

16                MS. SUDHOFF:  Can we have a copy?

17                MR. MILLER-NOVAK:  Sorry.  They all look

18    the same.

19                MS. SUDHOFF:  They do.

20    Q.          I'm just going to represent to you, are you

21    aware that we subpoenaed your phone reports in this case?

22    A.          Yes.

23    Q.          Okay.  You said we're on 6?

24                MS. SUDHOFF:  6.

25                MR. YOSOWITZ:  6.
```

1   Q.            I'm going to represent to you that this is

2   the phone report we got back for your voice usage that day

3   as opposed to your text usage.  Do you understand that?

4   A.            Yes.

5   Q.            And is that your number at the top of the

6   page, see the 330 -- we don't really need to read it into

7   the record if you don't want.

8   A.            Yes, yes, it is.

9   Q.            That's your phone number?

10  A.            Yes.

11  Q.            Okay.  Do you have any reason to believe

12  that this is not a phone report provided to me by AT&T?

13  A.            I don't, no.

14            (Whereupon Plaintiff's Exhibit 7 was marked.)

15  Q.            You can hand that back.  I'm going to hand

16  you Exhibit 7.  I'm going to represent to you that this is

17  the report I got in response to my subpoena for your text

18  message reports.

19  A.            Okay.

20  Q.            Up top, is that your phone number on -- do

21  you see where it says it up there?

22  A.            Yes.

23  Q.            Okay.  Do you have any reason to disagree

24  that AT&T is your phone carrier and these are the phone

25  reports provided to me?

```
 1    A.          No.
 2    Q.          You can look to see whether or not those are
 3    text messages and numbers you normally text message for
 4    any reason if you want to dispute that.
 5    A.          Sad because I don't know people's numbers
 6    anyway.
 7    Q.          No one does anymore, so that's okay.
 8    A.          Looks right.
 9    Q.          You can hand that back to her, then.  Do you
10    have any of your text messages from July 7th, 2022?
11    A.          I don't believe I do, no.
12    Q.          What about your text messages from
13    July 8th, 2022?
14    A.          I don't believe I do, no.
15    Q.          What about July 20th, 2022?
16    A.          July 20th?  How do you go to a date to
17    check that?
18    Q.          You have to go to someone's text message.
19                MS. SUDHOFF:  Yeah.
20    Q.          Your counsel can help you.  That's fine.
21    A.          No, I don't.
22                MR. MILLER-NOVAK:  Helen, you're going to
23    teach me that at the end of this deposition.  I didn't
24    know you could do that.  So you don't have any text
25    messages from July 22nd, 2022?
```

```
1    A.          No.

2    Q.          Okay.  Why not?

3    A.          I don't know.  Because I think we

4    mentioned that already, but my phone was set to delete,

5    I guess.

6    Q.          Okay.  I'm going to hand you what was marked

7    in the prior deposition as Exhibit 5.  She's going to hand

8    it to you.  I'm not going to have you read the first page

9    because that wasn't sent to you.  You see that was a

10   letter sent from Dennis Watkins to Sheriff Monroe.  Go to

11   the second page, please.  This is a letter sent from

12   Victor --

13               MR. YOSOWITZ:  Vigluicci.

14   Q.          Vigluicci, Portage County Prosecutor.  Do

15   you see that?

16   A.          Uh-huh.

17   Q.          It was sent on August 5th, 2022.  It was

18   sent to the Trumbull County Sheriff's Office as well as

19   the Trumbull County Commissioners.  Do you see that?

20   A.          I do.

21   Q.          Did you receive a copy of this letter on

22   August 5th, 2022?

23   A.          I don't recall receiving this.

24   Q.          You're saying that you did not receive this

25   letter?
```

1    A.          I'm saying I don't recall.

2    Q.          You just don't remember?

3    A.          (Shaking head.)

4    Q.          It says, Dear Trumbull County Commissioners

5    and Sheriff Palmer.  I think we already discussed it was

6    former -- looks like the prosecuting attorney got it

7    wrong.

8    A.          Okay.

9    Q.          Sure that he messed that up.  So it says, my

10   name is Raymond Srp, and I've been appointed as special

11   prosecuting attorney in Warren Municipal Court Case Number

12   2022 CRB 1240, State of Ohio versus Michele N. Frenchko.

13   Yesterday, August 4th, 2022, Judge Frost ordered the

14   following to be preserved.  Do you see that?

15   A.          I see it.

16   Q.          I'm going to skip to paragraph 2.  It says,

17   personal cell phones and county building phone logs,

18   emails, personal text messages, written notes and

19   correspondence, Messenger messages on Facebook, Instagram

20   and all other app and social media platforms between and

21   among the commissioners' staff, commissioners, sheriff's

22   staff, the sheriff and Jim Misocky between May 4th to

23   August 4th, 2022.  Do you see that?

24   A.          I do.

25   Q.          Okay.  So you're saying that nobody -- I

```
1    mean, you're saying you don't remember receiving this
2    letter?
3    A.              I don't remember receiving this at all.
4    Q.              Okay.  So after Commissioner Frenchko was
5    arrested, what steps did you take to preserve any text
6    messages that were on your phone?
7    A.              Just whatever I was normally taking at
8    that point.  I don't know.
9    Q.              Okay.  After August 4th, 2022, what steps
10   did you take to preserve any text messages on your phone?
11   A.              August 4th or August 5th?
12   Q.              I guess August 5th.  What steps did you take
13   to preserve any text messages on your phone?
14   A.              The same I had been taking prior to this.
15   Q.              So you took -- what steps were you taking
16   prior to that?
17   A.              That I wasn't deleting any messages.  I
18   mean -- I mean manually deleting any messages.
19   Q.              Okay.  But your phone was deleting messages,
20   correct?
21   A.              It had been, yes.
22   Q.              July 27th, 2022, a company called Profile
23   came to the county building, correct?
24   A.              Uh-huh.
25   Q.              And Profile was there to actually preserve
```

1    text messages and other data on your phone, correct?

2    A.              I believe so.  They were there to -- they

3    were there to inspect our phones.

4    Q.              To inspect your phones and back up certain

5    information that was on your phones, correct?

6    A.              I believe so.  I don't remember.

7    Q.              And when they were there on July 27th, 2022,

8    you would agree that that's 20 days after Commissioner

9    Frenchko was arrested, correct?

10   A.              Taking your word for it, yeah.

11   Q.              Okay.  And you refused to give them your

12   phone on that day, correct?

13   A.              No.  I gave them my phone.

14   Q.              You're saying that you gave them your phone

15   and you allowed them to back up and preserve evidence on

16   your phone on July 27th, 2022?

17   A.              I gave them my phone.  I know that.  You

18   can call the individual that looked through it.  I know

19   that.  They had it for literally half a day.

20   Q.              Okay.  So you're not saying that you took

21   your phone back and saying that you didn't let them finish

22   their work on July 27th, 2022, did you?

23   A.              I let them do whatever they needed to do

24   with it.  They said they were done.  I could even call

25   the person that did it.  I remember his name, at least,

1 or I remember what he looked like.  I don't remember his

2 name, but if we call the company, I can definitely

3 get -- he took my phone.

4 Q.   So they didn't have to come back and take

5 your phone again ten days later?

6 A.   I don't remember that.

7 Q.   So you don't remember calling your attorney

8 and deciding that you were concerned about private

9 information and not letting Profile Discovery finish their

10 work on --

11 A.   I did, but they said for them to do it, so

12 I complied.

13 Q.   So that's your testimony today under oath,

14 that you fully complied with Profile on July 27th, 2022?

15 A.   I don't know about that date, but I fully

16 complied.  They had my phone.

17 Q.   You fully complied ten days later.

18 A.   I don't -- I don't recall that.

19 Q.   Okay.  So you don't recall telling them that

20 they weren't allowed to back up all your information and

21 you wanted to talk to your own private attorney?

22 A.   When you say back up, what does that mean?

23 Q.   Well, preserve the information that was on

24 your phone.

25 A.   That day that they came to get my phone, I

1    gave that to them.

2    Q.          Okay.

3    A.          I had questions for the attorney, but they

4    never came -- that I recall, they never came back and

5    did it.  I know that I gave them my phone when they

6    wanted it.

7    Q.          To your knowledge, did they preserve any

8    information that was on your phone that day?

9    A.          I didn't even know what they were looking

10   for.  They had my phone for half the day.  I can

11   remember I think -- I believe it was a commissioners'

12   meeting or -- no.  It was either a Thursday or Friday,

13   and I believe it might have been Friday, and I was

14   asking them, are you guys almost done yet?  They were in

15   the hearing room, and they gave it to me like right at

16   4:00.

17   Q.          So if I happen to have video footage of them

18   saying that they were not going to complete their work

19   that day because you didn't want them to, you're saying

20   that that would be inaccurate?

21   A.          I don't remember that.  I know I gave them

22   my phone ultimately, and they did whatever -- they had

23   it for literally half a day.

24   Q.          So at any point they didn't tell

25   Commissioner Frenchko standing right in front of you that

```
 1   they were going to have to return at a later time?
 2   A.          No, not for me.
 3   Q.          Okay.
 4   A.          Not that I remember.  I mean, they had my
 5   phone the whole day, at least half the day.  And they
 6   told me everything's fine.  They got what they needed.
 7               MS. SUDHOFF:  Can we take a break real
 8   quick?
 9               MR. MILLER-NOVAK:  We'll take a break.
10                   (Off the record.)
11               MR. MILLER-NOVAK:  Go back on the record.
12          (Whereupon Plaintiff's Exhibit 8 was marked.)
13   Q.          Before we go on, so you're saying that --
14   did Sheriff Monroe ever talk to you about maintaining
15   evidence on your phone?
16   A.          To me?
17   Q.          Yes.
18   A.          No.
19   Q.          Did the prosecutor ever talk to you about
20   maintaining evidence on your phone?
21   A.          Not that I recall.
22   Q.          Have you ever seen this letter before?
23   A.          I don't recall.
24   Q.          You don't remember?
25   A.          (Shaking head.)
```

```
1    Q.              Okay.  Hand it back to her.  When did you
2    change the setting on your phone that automatically
3    deleted records or automatically deleted text messages?
4    A.              It deleted everything, I think, calls and
5    all that stuff, I believe.  Or -- I don't know -- I
6    shouldn't say that.  I don't know if it did calls.  I
7    don't know.  I believe it was after I found out that it
8    was -- that you can't do that, obviously.
9    Q.              Okay.
10   A.              Or actually you can manually change that.
11   Q.              What day did you find that out?
12   A.              I don't know.  I don't know.
13   Q.              Do you know if it was when Profile came?
14   Did they tell you that?
15   A.              They did not.
16   Q.              Okay.
17   A.              The owner took my phone.  I remember that.
18   It was the owner of the company.  He was a big guy.
19   Ex-military, and he owned the company.
20   Q.              So I'm going to ask maybe one more time.  So
21   you're saying on July 27, 2022, when that guy came in your
22   testimony is that you allowed him to take your phone on
23   that day?
24   A.              I don't know about that day, but I know
25   when he was in the office, I gave him my phone that day
```

```
 1    he was in the office.

 2    Q.          Was there more than one day he was in the

 3    office?

 4    A.          I don't know.  I don't think.

 5    Q.          Was there also a preservation order in

 6    another case at that time?

 7    A.          I believe so.  Maybe.

 8    Q.          Okay.  So there was a separate preservation

 9    order at that time?

10    A.          I thought it was preserving the documents

11    for the amount of time that you had to preserve them

12    for.

13    Q.          What did you do to ensure that you were

14    preserving the documents?

15    A.          What did I do to make sure?

16    Q.          Yes.

17    A.          I don't -- just automatically assumed I

18    had them on my phone.

19    Q.          So my understanding is Profile was there for

20    another lawsuit to preserve records, correct?

21    A.          If that's what you're saying, yeah.  I

22    don't remember.

23    Q.          And they showed up on July 27th, 2022.

24    A.          I don't know.

25    Q.          Okay.
```

1    A.          I know when -- I remember having a

2    discussion with Kathleen Minahan, telling her that I

3    didn't want to relinquish my phone and give my phone up

4    to anybody and they're going to sift through my phone.

5    I thought it was weird.  I never heard of that before.

6    And then she said, no, you have to.  We got into this

7    big long thing, but when that guy was in our office, I

8    gave him my phone.

9    Q.          Okay.

10   A.          I remember because he had it for half the

11   day, and they told me everything's good, and he left.

12   He and his assistant, who was a younger kid.

13   Q.          And you don't recall him coming back a

14   second time?

15   A.          I don't.

16   Q.          Okay.

17   A.          I would have given it to him then if he

18   came back a second time, too.  I mean, why would I have

19   given it once and not the second time?

20   Q.          I'll hold out that my understanding is that

21   he stated he had to come back a second time because you

22   weren't going to relinquish it the first time.

23   A.          Unless he was in the office and I didn't

24   know about it.  I remember having dialogue, like I said,

25   with Kathleen Minahan about it and she's saying you have

 1   to.  I said, no, I don't want to, but the gentleman was

 2   never at the office that time; at least if he was, I

 3   didn't know.

 4              MS. SUDHOFF:  I'll briefly object.  What

 5   you said is fine, but from now on don't give any more

 6   conversations about what you had with Ms. Minahan.

 7              THE WITNESS:  Sorry.

 8              MS. SUDHOFF:  You're fine.

 9   Q.         I want to take one last brief break.  I

10   might be done or at least close to done.

11              MS. SUDHOFF:  Okay.  I'm holding you to

12   that.

13                   (Off the record.)

14   Q.         So as of August 6th, 2022, what active steps

15   did you personally take to preserve any text messages on

16   your phone?

17   A.         I don't recall.

18   Q.         Okay.  Nothing that you're aware of?

19   A.         Nothing that I'm aware of, no.

20              MR. MILLER-NOVAK:  No further questions.

21   I'm good.

22              MS. SUDHOFF:  Read.  What's going to

23   happen is she's typed down everything you said, and

24   she'll give me a copy and we'll go over it.  You can't

25   change your answers, but if she misspelled a name or

```
1    didn't quite get the word you said right -- for

2    instance, there was a moment where he said libel -- he

3    thought you said libel and you said liability or liable,

4    we can go through that, and then you'll sign it.

5                    THE WITNESS:  Okay.  Today?

6                    MS. SUDHOFF:  No.

7                         SIGNATURE NOT WAIVED

8              (Deposition concluded at 5:04 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1
2
3
4                    REPORTER'S CERTIFICATE
5
6
7        I certify that this transcript, consisting of 105
8    pages, is a complete, true and correct transcript of the
9    proceedings had and the testimony taken in this case as
10   shown by my stenotype notes taken at the time said
11   testimony was taken.
12
13
14   _____
     Jodie L. Algarin
15   Registered Professional Reporter
     Certified Realtime Reporter
16
17
18
19
20
21
22
23
24
25

```
 1                      CERTIFICATE OF NOTARY

 2

 3    COMPLETED BY DEPONENT:

 4

 5    I, MAURO CANTALAMESSA, have read the foregoing pages of my
      testimony or have had them read to me and have noted any
 6    changes in form or substance of my testimony with their
      respective corrections and the reasons on the following
 7    errata sheet(s).

 8

 9                      _____
                        MAURO CANTALAMESSA          Date
10

11

12

13    COMPLETED BY NOTARY PUBLIC

14

15    I, _____, a Notary Public in and for the
      State of _____, hereby acknowledge that the
16    above named witness personally appeared before me, swore
      to the truth of the foregoing statements and signed above
17    as his/her own true act and deed.

18

19                      _____
                        Notary                      Date
20

21                      _____
                        Commission Expiration
22

23

24

25
```

ERRATA PAGE

    I, MAURO CANTALAMESSA, the witness herein, have read the transcript of my testimony taken on September 13, 2023, or have had the transcript read to me, and the same is true and correct, with the exception of the following changes noted below, if any:

PAGE   LINE       CORRECTION, CHANGE & REASON

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

\_\_\_\_\_ \_\_\_\_\_ _____

                _____
                MAURO CANTALAMESSA              Date

1        A & A Reporting & Transcription Services
         837 Boardman-Canfield Rd., Suite 203
2        Youngstown, Ohio  44512

3             September 22, 2023

4

5    Helen K. Sudhoff, Esquire
     Fishel Downey Albrecht & Riepenhoff, LLP
6    7775 Walton Parkway, Suite 200
     New Albany, Ohio  43054

7

8    RE:  Niki Frenchko VS Paul Monroe, et al.

9    Dear Ms. Sudhoff

10   Enclosed please find your copy of the deposition of Mauro
     Cantalamessa taken on September 13, 2023.  The original
11   certificate and correction pages are attached.  It is my
     understanding from our discussion that you will arrange to
12   have Mr. Cantalamessa read and sign your copy of the
     transcript.

13
     After the transcript has been signed, please mail the
14   originals of Pages 104 and 105 to me at the above address.
     If I have not received the signed pages within 30 days of
15   your receipt of this letter, pursuant to the Rules of
     Civil Procedure, signature will be waived.

16
     Thank you for your time and consideration in this matter.
17   If you have any questions, please don't hesitate to call
     me at the above number.
18   Sincerely,

19

20   Jodie L. Algarin

21   Enclosure

22   cc:  Atty. Matt Miller-Novak
          Atty. David Betras
23        Atty. Helen Sudhoff
          Atty. Andrew Yosowitz

24

25

MR. BETRAS: [1] 59/18
MR. MILLER-NOVAK:
[9] 59/21 60/15 60/20
72/17 88/17 90/22 97/9
97/11 101/20
MR. YOSOWITZ: [3]
85/3 88/25 91/13
MS. FRENCHKO: [1]
45/15
MS. SUDHOFF: [22]
22/22 30/7 39/10 59/15
59/20 59/22 62/21 62/24
66/20 72/15 81/22 85/1
88/16 88/19 88/24 90/19
97/7 101/4 101/8 101/11
101/22 102/6
THE WITNESS: [4]
62/23 85/4 101/7 102/5

'
'06 [1] 13/9
'14 [5] 13/9 13/10 13/11
13/11 13/25

0
00781 [1] 1/9

1
100 [1] 12/14
101 [1] 4/7
104 [1] 106/14
105 [2] 103/7 106/14
10th [4] 68/22 68/23
72/16 74/3
11:20 [1] 87/13
12 [2] 16/9 39/5
1216 [1] 2/24
1240 [1] 92/12
13 [4] 1/17 3/6 105/4
106/10
1350 [1] 2/7

2
20 [1] 94/8
200 [4] 2/16 2/16 2/23
106/6
2000 [1] 9/25
2002 [3] 9/25 9/25 10/20
2014 [1] 9/8
2022 [37] 24/2 26/11
31/17 36/9 38/23 42/1
44/22 46/11 55/6 55/21
68/24 71/20 72/2 74/3
76/12 78/15 79/22 82/6
82/25 90/10 90/13 90/15
90/25 91/17 91/22 92/12
94/7 94/16 94/22 95/14
98/21 99/23 101/14
2023 [5] 1/17 3/6 105/4
106/3 106/10
203 [1] 106/1
20th [2] 90/15 90/16
21 [1] 45/14
22 [1] 106/3
221-1216 [1] 2/24
22nd [1] 90/25

2497 [1] 87/16
27 [3] 45/14 45/15 98/21
27th [6] 93/22 94/7 94/16
94/22 95/14 99/23
2918 [1] 11/9
2:26 [1] 3/6

3
30 [3] 4/7 44/11 106/14
3074 [1] 2/6
33 [1] 72/17
330 [2] 2/11 89/6
33:45 [1] 72/18
3K [1] 11/18

4
40 [1] 72/17
4000 [1] 2/17
412-4000 [1] 2/17
43054 [2] 2/24 106/6
43235 [1] 2/16
44406 [1] 2/10
44512 [1] 106/2
45209 [1] 2/6
46 [1] 4/12
4:00 [1] 96/16
4:23 [1] 1/9
4th [5] 92/13 92/22 92/23
93/9 93/11

5
50 [1] 19/2
513 [1] 2/7
5:04 [1] 102/8
5th [6] 46/11 64/22 91/7
91/22 93/11 93/12

6
60 [1] 44/11
614 [2] 2/17 2/24
62 [1] 4/7
66 [1] 4/7
6630 [2] 2/10 3/7
6th [1] 101/14

7
721-1350 [1] 2/7
746-8484 [1] 2/11
7775 [2] 2/23 106/6
7th [16] 31/17 36/9 42/1
44/22 55/6 55/20 64/23
65/5 71/20 72/2 76/12
78/15 79/22 82/6 82/25
90/10

8
81 [1] 4/7
837 [1] 106/1
8484 [1] 2/11
85 [2] 4/7 4/8
88 [2] 4/14 19/2
89 [1] 4/15
8th [1] 90/13

9
90 [15] 43/1 43/3 43/7 44/9
44/11
91 [1] 4/13

97 [1] 4/16

A
a.m [1] 87/13
ability [5] 7/25 8/4 38/12
48/2 48/14
able [1] 30/24
about [78] 5/24 8/8 11/25
13/2 13/8 16/14 17/14
21/8 21/9 21/12 22/3
24/10 24/11 29/3 29/5
29/7 30/4 31/22 32/4
33/11 38/11 38/17 40/14
40/24 40/25 43/15 45/2
45/8 45/25 47/19 47/20
47/21 47/21 50/16 51/14
51/25 52/4 52/17 53/4
53/15 55/15 55/21 56/13
58/7 60/5 60/6 61/3 61/8
63/7 65/17 65/18 66/6
66/19 67/25 69/5 69/13
70/22 72/17 74/14 77/7
77/3 77/4 77/8 77/9 78/17
78/22 82/15 86/20 90/12
90/15 95/8 95/15 97/14
97/19 98/24 100/24
100/25 101/6
above [5] 1/15 104/16
104/16 106/14 106/17
above-entitled [1] 1/15
Absolutely [3] 5/12 23/1
68/15
According [3] 46/10 81/8
87/11
account [2] 43/6 43/6
accusation [4] 58/21 83/4
85/6 85/8
accusations [11] 32/8
32/10 49/21 49/24 50/5
54/10 54/15 57/4 58/18
62/19 75/15
accusatory [1] 75/19
accuse [1] 70/7
accused [2] 65/18 83/2
accuses [2] 49/23 66/16
accusing [2] 70/4 70/25
acknowledge [1] 104/15
across [2] 18/25 56/21
act [2] 81/21 104/17
action [1] 1/19
actions [1] 81/20
active [2] 82/18 101/14
acts [1] 19/7
actually [11] 8/25 10/5
10/17 51/10 55/13 60/20
72/18 82/13 87/22 93/25
98/10
add [8] 23/4 23/8 23/10
33/25 36/1 36/6 36/10
36/16
address [5] 26/21 59/23
63/21 73/14 106/14
addressed [4] 38/7 54/15
56/15 63/19
addresses [1] 62/15
addressing [1] 73/14
administrative [2] 18/12
18/12

administrator [7] 18/9
18/25 19/8 19/8 19/15
19/21 19/23
administrators [2] 18/15
19/3
admittedly [2] 5/13 7/8
advise [1] 82/1
affect [1] 77/19
aforesaid [1] 1/19
after [29] 10/19 10/20
12/20 15/2 37/9 37/9
37/18 37/18 39/10 43/1
43/3 43/12 45/9 51/18
51/18 59/10 67/9 72/24
73/17 85/11 85/16 86/17
87/9 88/6 93/4 93/9 94/8
98/7 106/13
again [14] 34/4 37/1 38/9
44/16 51/2 53/12 56/17
67/15 71/11 71/12 73/11
73/12 73/14 95/5
against [7] 14/14 30/17
32/9 32/11 62/19 85/6
86/8
agencies [1] 33/4
agenda [60] 20/9 20/11
20/15 20/18 20/22 20/23
20/24 20/25 21/2 21/9
21/13 21/15 21/17 21/18
21/22 21/25 22/1 22/2
22/8 22/11 22/14 22/16
22/18 23/5 23/5 23/6 23/9
23/10 24/12 25/9 31/4
31/5 31/9 31/11 31/14
31/18 32/17 33/13 33/25
34/6 34/9 34/15 35/2 36/2
36/7 36/10 36/16 36/18
36/19 37/3 37/5 37/15
37/20 38/5 61/19 61/20
73/10 73/14 73/15 76/25
agendas [1] 24/10
ago [2] 5/24 15/11
agree [14] 19/15 20/5
22/1 27/16 27/18 28/1
37/23 38/9 47/18 55/12
58/4 78/8 78/20 94/8
agreed [3] 3/4 3/9 31/16
agreeing [1] 71/3
agreement [2] 1/16 1/18
ahead [5] 30/8 45/24
52/12 60/15 62/22
air [3] 64/8 73/16 85/14
aired [4] 51/7 51/21 52/1
52/4
airing [1] 51/25
al [2] 1/11 106/8
Albany [2] 2/24 106/6
Albrecht [2] 2/23 106/5
Algarin [4] 1/16 3/11
103/14 106/20
all [53] 5/10 5/10 5/15
6/6 6/23 7/7 7/15 7/19
12/12 14/6 15/15 18/16
21/12 21/25 23/8 25/20
27/7 30/16 33/22 34/10
35/6 35/8 37/15 39/12
46/17 48/17 48/21 51/17
51/18 52/9 53/18 55/4

56/16 58/14 60/9 63/4
64/23 65/25 69/4 74/15
76/10 76/19 77/21 79/2
80/6 85/15 87/2 88/12
88/17 92/20 93/3 95/20
98/5
allegations [3] 50/21 61/6
84/3
alleged [1] 50/4
allowed [9] 7/13 36/24
63/15 65/23 74/10 77/16
94/15 95/20 98/22
almost [2] 41/19 96/14
along [2] 27/14 45/6
already [7] 12/10 46/18
47/11 52/1 55/16 91/4
92/5
always [4] 7/6 7/21 7/21
26/22
am [1] 49/13
amend [1] 35/3
among [1] 92/21
amount [2] 43/12 99/11
ample [1] 37/24
analogy [1] 81/25
ancillary [1] 11/5
Andrew [2] 2/15 106/23
another [13] 6/22 19/19
19/23 29/6 36/18 47/8
56/20 62/19 63/14 65/12
65/23 99/6 99/20
answer [11] 6/17 6/23 7/3
7/19 30/8 41/3 62/22
62/23 67/22 79/25 80/13
answered [1] 71/10
answering [1] 71/8
answers [2] 40/16 101/25
anybody [7] 20/14 34/12
34/14 78/11 78/13 84/2
100/4
anymore [8] 9/6 9/7 33/2
33/10 37/13 41/11 45/19
90/7
anything [11] 7/15 11/6
17/3 22/14 34/5 34/8
36/10 37/2 38/11 51/4
84/1
anyway [5] 13/13 13/16
13/24 63/4 90/6
apologize [1] 58/20
apology [13] 49/14 49/17
49/18 49/19 49/19 50/1
50/3 54/4 56/23 57/2 57/3
57/6 64/10
app [1] 92/20
appear [2] 63/1 63/2
APPEARANCES [1]
1/24
appeared [1] 104/16
appears [1] 8/25
applied [1] 28/2
apply [2] 23/15 64/2
appointed [1] 92/10
appointment [2] 13/18
13/19
appropriate [3] 31/15
45/9 62/11
approve [8] 20/23 20/25

**A**

approve... [6] 21/2 21/12
21/15 21/17 22/8 22/11
approved [1] 22/15
approving [1] 21/12
aren't [1] 76/5
argument [1] 58/15
argumentative [1] 76/13
arguments [7] 76/23 78/6
78/24 79/1 79/2 79/6
82/19
around [9] 12/1 12/14
14/2 45/14 65/20 65/20
68/16 87/12 87/15
arrange [1] 106/11
arrest [3] 45/9 86/17
86/20
arrested [23] 44/25 45/6
45/10 55/3 66/14 66/18
68/5 68/7 76/15 78/11
78/13 79/20 80/1 80/1
80/7 80/10 80/11 80/16
85/17 87/12 88/6 93/5
94/9
as [56] 5/3 5/6 6/12 7/4
8/11 10/18 12/15 15/17
15/22 15/22 17/17 19/7
19/9 19/21 22/8 23/18
24/6 25/10 25/10 25/13
25/13 25/17 25/17 26/22
26/23 27/17 27/20 27/22
27/24 27/24 28/10 30/14
34/6 36/19 37/11 38/7
38/10 47/2 47/22 47/22
48/3 49/7 49/14 49/20
58/25 60/22 69/12 70/20
89/3 91/7 91/18 91/18
92/10 101/14 103/9
104/17
ask [17] 7/1 7/2 7/6 7/8
7/9 7/18 7/22 20/8 26/17
35/23 45/25 57/1 57/2
60/23 62/17 75/4 98/20
asked [5] 35/16 44/4
56/23 57/3 60/21
asking [8] 16/19 57/6
65/21 72/24 73/3 75/5
80/13 96/14
assistant [1] 100/12
assisted [1] 3/13
assume [2] 53/24 81/11
assumed [2] 53/11 99/17
assuming [5] 9/16 32/5
39/6 46/12 69/9
assumption [5] 26/2 67/5
67/10 69/19 77/25
attached [1] 106/11
attacked [1] 56/19
attacking [1] 60/9
attacks [1] 51/1
attorney [6] 86/12 92/6
92/11 95/7 95/21 96/3
Attorneys [1] 49/3
Atty [5] 3/7 106/22
106/22 106/23 106/23
audio [4] 72/8 72/11
72/13 73/4
August [13] 68/22 68/23

72/16 74/3 91/17 91/22
92/13 92/23 93/9 93/11
93/11 93/12 101/14
Austintown [1] 9/20
authority [1] 33/7
automatically [1] 98/2
98/3 99/17
available [1] 3/15
aware [9] 23/12 41/16
42/3 42/5 44/3 84/10
88/21 101/18 101/19
away [4] 10/23 13/5 13/7
71/1
ayosowitz [1] 2/17

**B**

back [45] 10/25 13/2
22/25 31/5 31/7 37/25
44/22 59/11 60/8 60/18
61/5 61/13 61/14 61/18
61/25 62/2 62/13 74/16
76/6 76/6 76/6 76/7 76/25
77/11 84/20 84/25 86/23
87/18 88/8 88/11 89/2
89/15 90/9 94/4 94/15
94/21 95/4 95/20 95/22
96/4 97/11 98/1 100/13
100/18 100/21
backwards [1] 6/19
bad [1] 31/8
ballot [2] 8/25 13/20
bananas [2] 82/14 86/18
bandied [1] 11/25
Barron [1] 2/5
Baryak [1] 87/20
basic [1] 35/1
basically [3] 49/24 52/5
83/24
basics [1] 69/2
bathroom [4] 7/14 59/17
59/18 60/16
be [46] 1/17 3/5 3/10 3/12
3/15 13/18 19/16 19/17
20/12 25/12 25/14 25/16
28/2 28/6 28/8 28/9 28/11
29/2 30/24 31/8 33/4 38/6
38/7 38/9 47/3 49/6 49/20
57/20 58/23 63/18 64/9
68/15 72/23 74/10 77/8
77/10 77/13 78/13 79/21
81/2 82/3 84/18 92/14
96/20 101/10 106/15
because [61] 6/16 7/3 7/6
7/22 9/16 10/14 12/1
12/13 13/8 13/10 14/24
16/10 21/21 22/13 26/18
28/17 29/25 30/13 31/9
31/13 33/2 35/15 37/7
37/17 43/8 45/25 46/21
48/24 50/20 50/20 51/14
51/25 54/3 55/6 55/14
57/10 59/10 61/8 62/1
69/21 69/23 70/1 70/3
71/2 71/13 71/15 72/10
74/5 74/8 75/19 77/20
79/25 83/22 86/16 86/18
90/5 91/3 91/9 96/19
100/10 100/21

become [1] 41/18
becomes [1] 71/3
becoming [1] 51/21
been [30] 5/3 5/20 5/25
8/6 13/24 14/2 16/24
26/22 29/19 30/21 30/22
43/22 44/21 44/24 45/6
50/24 51/12 51/17 54/20
55/2 55/14 55/18 60/4
65/6 65/5 92/10 93/14
93/21 96/13 106/13
before [26] 1/16 5/21
8/10 16/18 21/23 21/25
22/12 26/17 27/3 27/6
35/24 36/22 37/2 37/13
42/17 46/5 46/8 46/20
52/24 53/3 53/4 80/7
97/13 97/22 100/5 104/16
beforehand [1] 37/5
began [1] 55/21
begin [1] 50/22
beginning [5] 20/24
21/15 23/23 36/21 57/19
begins [2] 59/14 59/23
begrudgingly [1] 12/13
Behalf [3] 2/4 2/14 2/20
behavior [5] 48/25 49/6
75/3 78/17 78/22
behind [1] 53/25
being [25] 5/16 12/25
17/20 32/4 50/15 51/10
51/21 51/22 55/8 55/9
55/10 56/19 60/25 61/7
61/16 65/5 65/18 65/18
69/1 74/13 74/17 79/15
79/21 83/2 86/4
believing [1] 70/19
below [1] 105/5
belt [1] 6/12
benefit [2] 46/23 46/25
Bennie [1] 2/5
best [4] 6/21 12/6 22/20
31/7
Betras [4] 2/9 2/9 3/7
106/22
between [6] 3/4 3/9 10/14
51/6 92/20 92/22
big [3] 12/3 98/18 100/7
Bill [1] 69/5
bit [4] 12/16 19/13 35/23
38/20
biz [1] 11/12
bkmlaws.com [1] 2/11
board [15] 2/20 9/1 16/17
19/7 19/22 30/13 30/15
30/16 30/17 30/18 30/20
35/18 62/6 77/20 77/21
board's [1] 30/22
Boardman [1] 106/1
Boardman-Canfield [1]
106/1
boards [1] 18/21
body [2] 19/9 57/23
book [1] 25/2
bootstrapped [1] 7/13
both [3] 47/22 51/6 76/8
Boulevard [1] 2/16
Boy [1] 16/16

bpbslaw.com [1] 2/7
branch [1] 18/12
break [8] 7/12 7/13 7/15
59/15 59/18 97/7 97/9
101/9
brief [1] 101/9
briefly [1] 101/4
bring [1] 76/7
broken [2] 76/5 82/12
brother [6] 10/24 85/19
85/21 86/16 87/6 87/25
brought [2] 54/23 57/10
bug [1] 12/20
building [2] 92/17 93/23
bureaucracy [1] 19/20
business [19] 10/22 10/25
11/2 12/22 17/12 17/23
19/13 19/16 21/13 21/23
22/7 31/24 40/16 41/16
43/5 43/6 43/6 43/24
85/13
businessman [1] 12/8
butcher [1] 5/13

**C**

C-A-N-T-A-L-A-M-E-S-
S-A [1] 5/19
Cabala [1] 14/25
call [20] 5/10 30/4 38/10
40/10 41/4 41/7 41/11
41/12 64/24 66/17 67/17
85/16 85/19 86/15 86/16
88/10 94/18 94/24 95/2
106/17
called [10] 5/3 13/6 38/6
38/10 69/11 83/13 84/2
88/5 88/11 93/22
calling [7] 64/21 65/24
83/22 83/23 88/8 88/8
95/7
calls [7] 75/2 83/8 83/17
88/7 88/10 98/4 98/6
came [11] 12/22 14/16
27/7 35/18 93/23 95/25
96/4 96/4 98/13 98/21
100/18
campaign [6] 14/11
14/13 14/22 15/3 17/8
17/12
Campus [1] 2/16
can [49] 11/17 20/16
20/17 20/22 22/13 23/4
23/13 30/15 31/1 34/5
34/14 36/1 36/4 36/6
36/15 36/17 37/2 37/12
37/25 38/13 38/18 44/5
59/15 59/17 60/4 67/22
68/14 69/12 72/10 72/13
72/24 75/13 77/24 78/24
81/2 82/1 82/2 87/18
88/16 89/15 90/9 90/9
90/20 94/18 95/2 96/10
97/7 98/10 102/4
can't [14] 10/9 34/16
35/11 35/13 37/13 37/15
53/21 63/20 69/17 79/25
81/23 81/25 98/8 101/24
candidacy [1] 17/6

candidate [1] 14/20
Canfield [2] 3/8 106/1
CANTALAMESSA [10]
1/5 2/21 5/2 5/18 104/5
104/9 105/3 105/25
106/10 106/12
capable [3] 14/19 44/17
60/25
care [3] 14/25 59/22 84/4
career [2] 10/14 10/15
carrier [1] 89/24
case [11] 1/8 19/22 20/11
30/13 69/25 75/22 86/14
88/21 92/11 99/6 103/9
cause [2] 1/15 1/19
caused [2] 58/23 60/12
cc [1] 106/22
cell [3] 38/22 40/9 92/17
central [1] 8/4
certain [6] 15/9 18/3 33/9
40/13 43/25 94/4
certificate [3] 103/4
104/1 106/11
certification [1] 16/8
Certified [1] 103/15
certify [1] 103/7
chair [13] 26/21 56/7
56/9 59/6 59/8 62/7 62/11
62/12 62/18 63/22 63/25
64/3 74/15
Chair's [2] 63/23 74/18
chairman [4] 15/25 62/6
65/9 65/11
chamber [1] 33/6
chambers [1] 27/12
chance [2] 64/5 85/14
change [10] 10/19 37/21
37/22 38/20 43/8 44/7
98/2 98/10 101/25 105/7
changed [1] 9/8
changeover [1] 12/3
changes [2] 104/6 105/5
Channel [1] 45/14
chaotic [2] 51/22 82/12
characterization [1] 85/2
charged [1] 87/24
Charges [1] 86/7
check [2] 68/14 90/17
Cincinnati [1] 2/16
circumstance [1] 67/11
circumstances [1] 12/6
circus [2] 87/1 87/3
citizens [1] 49/7
City [1] 85/22
Civil [2] 1/18 106/15
civility [1] 26/2
clarify [6] 7/2 28/5 28/18
30/18 32/11 33/9
clear [3] 25/14 64/8
73/16
clearly [1] 69/12
clerk [7] 34/3 34/21 41/3
45/18 45/21 61/21 80/23
close [1] 101/10
Co [1] 2/5
coach [2] 10/8 10/17
college [1] 10/16
Columbus [1] 2/16

**C**

come [7] 18/24 33/6 33/8 33/9 33/22 95/4 100/21
comfortable [1] 53/14
coming [8] 12/11 12/15 19/21 33/3 72/4 72/5 72/6 100/13
comment [3] 33/12 33/14 33/18
comments [2] 75/19 75/20
commission [3] 42/4 42/17 104/21
commissioner [95] 8/7 11/23 12/5 12/12 13/4 13/7 14/23 15/24 15/24 16/1 16/1 16/17 17/20 20/16 20/17 20/20 20/21 22/13 23/4 27/3 29/6 30/25 31/20 34/7 35/11 35/13 35/18 36/15 36/17 36/18 36/23 37/2 37/4 37/8 37/11 38/6 38/7 38/10 43/15 43/16 44/20 47/8 47/10 47/19 48/3 48/18 49/6 49/14 49/23 50/8 50/11 50/21 54/9 55/22 55/25 56/13 58/25 59/3 59/11 60/1 60/5 60/6 61/13 62/20 63/14 64/5 64/6 64/12 64/14 65/13 65/15 65/23 66/16 66/25 72/6 73/9 73/13 74/25 77/15 79/16 79/20 80/16 81/1 81/24 82/1 85/24 87/12 88/6 93/4 94/8 96/25
commissioners [34] 2/20 14/7 15/15 17/23 18/15 19/7 19/14 19/25 24/16 27/7 30/14 30/17 33/7 33/8 33/21 33/24 34/5 34/6 34/9 35/7 35/23 46/7 46/18 46/24 47/1 47/12 52/21 52/23 77/20 77/22 80/23 91/19 92/4 92/21
commissioners' [16] 12/3 17/15 17/22 17/25 19/9 19/12 20/1 20/6 31/24 32/15 32/23 33/11 51/7 80/23 92/21 96/11
commit [1] 12/15
committee [1] 8/15
committeeman [2] 8/11 9/7
communications [1] 32/16
company [4] 93/22 95/2 98/18 98/19
complaint [1] 47/25
complete [3] 69/19 96/18 103/8
COMPLETED [2] 104/3 104/13
completely [1] 74/13
complied [4] 95/12 95/14 95/16 95/17

composition [1] 57/22
Compound [1] 66/20
comprehension [1] 75/7
computer [1] 3/13
computer-assisted [1] 3/13
con [1] 77/6
concerned [1] 95/8
concerns [1] 52/17
concise [1] 25/14
concluded [1] 102/8
conclusion [1] 75/7
conduct [6] 25/6 25/8 47/21 55/5 55/6 80/5
conducts [1] 81/8
conference [7] 31/6 31/8 32/19 32/21 51/8 64/24 65/5
confronted [1] 25/25
confused [1] 6/23
consent [1] 21/9
consequences [2] 81/16 81/20
consider [1] 6/17
consideration [1] 106/16
consisting [1] 103/7
constant [2] 78/24 79/2
contentious [1] 74/14
context [2] 69/4 83/21
continually [1] 37/19
continue [1] 67/7
continued [1] 67/6
continues [3] 67/13 67/18 78/1
continuing [1] 51/23
control [4] 60/14 60/24 78/8 84/21
conversation [11] 51/23 54/18 55/23 56/1 59/2 61/2 61/3 61/19 62/11 63/24 70/21
conversations [1] 101/6
Cool [1] 6/6
copy [7] 80/15 80/22 88/16 91/21 101/24 106/10 106/12
corner [1] 48/9
correct [158]
correction [2] 105/7 106/11
corrections [1] 104/6
correctly [1] 61/12
correspondence [2] 47/2 92/19
council [2] 87/21 87/22
counsel [5] 1/19 2/1 3/4 3/10 90/20
counties [4] 18/14 18/18 18/24 19/14
county [45] 2/20 2/20 2/21 8/7 12/1 13/4 18/3 18/6 18/8 18/9 19/7 19/7 28/7 28/15 28/22 29/17 29/19 30/1 31/1 31/2 39/13 39/15 39/20 40/10 40/16 40/19 41/8 41/13 41/15 42/9 49/7 50/17 51/4 51/15 61/11 77/2

77/7 77/25 86/22 91/4 91/18 91/19 92/4 92/17 93/23
county's [1] 85/13
course [5] 6/25 13/6 29/20 31/5 79/15
COURT [4] 1/1 1/20 86/5 92/11
cover [1] 39/8
crafted [1] 55/14
crazy [1] 86/25
CRB [1] 92/12
created [1] 70/20
critical [7] 47/19 47/23 47/24 51/14 56/13 63/9 63/14
criticism [3] 49/11 49/12 51/5
criticizing [1] 47/22
CROSS [2] 4/3 5/8
current [1] 9/3
currently [2] 27/19 44/20
cut [1] 77/23
CV [1] 1/9

**D**

data [1] 94/1
date [5] 90/16 95/15 104/9 104/19 105/25
David [3] 2/9 3/7 106/22
Dawn [1] 39/24
day [24] 9/17 21/3 35/20 41/18 46/13 64/4 78/18 87/6 89/2 94/12 94/19 95/25 96/8 96/10 96/19 96/23 97/5 97/5 98/11 98/23 98/24 98/25 99/2 100/11
days [11] 43/1 43/3 43/7 44/9 46/14 52/23 53/4 94/8 95/5 95/17 106/14
dbetras [1] 2/11
dealing [1] 43/23
Dear [2] 92/4 106/9
debate [9] 10/8 10/17 55/11 55/21 62/18 64/9 74/19 74/20 74/23
debates [1] 82/19
debt [1] 16/14
decide [2] 63/22 63/25
decided [1] 11/15
deciding [1] 95/8
decorum [4] 23/15 28/2 34/24 84/12
deed [1] 104/17
deemed [1] 35/15
deep [1] 6/11
defend [5] 82/23 83/8 83/10 83/12 83/18
Defendants [3] 1/12 2/14 2/20
defending [1] 57/13
definitely [1] 95/2
degree [1] 16/11
delete [2] 42/21 91/4
deleted [5] 42/24 43/1 98/3 98/3 98/4
deleting [4] 42/17 93/17

93/18 93/19
delivered [1] 49/20
demand [2] 54/4 64/10
demands [1] 49/17
Democrat [3] 13/14 15/25 27/25
Democratic [6] 8/17 8/21 9/9 11/16 12/22 14/7
Democrats [3] 15/15 15/21 27/23
Dennis [1] 91/10
Denny [2] 26/7 26/14
department [6] 19/20 20/10 40/13 51/10 53/15 83/24
departmental [1] 49/9
departments [1] 83/23
Depending [1] 29/10
depends [1] 29/10
DEPONENT [1] 104/3
deposed [3] 5/16 5/20 5/25
deposition [12] 1/5 1/15 3/5 3/10 3/14 3/15 3/17 6/7 90/23 91/7 102/8 106/10
depositions [2] 7/12 45/17
deputies [5] 80/2 80/4 80/6 80/10 80/14
describe [1] 82/13
described [1] 45/18
descriptions [1] 61/24
determine [1] 45/1
dialogue [2] 74/13 100/24
didn't [46] 12/14 13/2 14/18 16/10 16/11 23/12 29/15 32/23 33/23 34/11 34/13 43/12 44/16 45/5 45/8 47/1 47/2 47/3 47/6 52/13 54/19 55/11 55/15 57/1 58/9 60/7 60/11 60/23 65/4 65/8 67/3 71/14 71/24 80/18 82/10 84/3 90/23 94/21 95/4 96/9 96/19 96/24 100/3 100/23 101/3 102/1
die [1] 36/8
difference [2] 10/14 80/12
differences [1] 51/20
different [18] 13/16 13/22 18/9 21/11 21/18 33/1 33/5 33/5 50/24 53/17 65/18 66/19 67/20 67/23 77/3 77/4 78/17 78/22
differently [1] 81/21
director [1] 85/22
disagree [8] 54/2 78/25 79/3 79/5 79/7 79/14 82/8 89/23
disagreeing [1] 70/18
disagrees [1] 70/16
discover [1] 43/14
discovered [1] 43/13
Discovery [1] 95/9
discuss [5] 19/18 25/11

41/13 41/15 41/17
discussed [3] 52/17 69/19 92/5
discussion [6] 56/5 56/8 56/12 69/21 100/2 106/11
discussions [1] 19/17
dishonest [3] 64/17 67/1 69/24
disorderly [2] 70/6 70/8
dispute [1] 90/4
disputed [1] 53/16
disrupting [1] 81/2
disruption [3] 51/18 51/18 51/18
disruptive [20] 50/15 51/13 51/22 51/24 55/6 55/8 55/9 55/10 61/8 61/16 70/9 70/10 70/11 70/13 70/17 71/3 74/17 82/2 82/6 82/12
dissenting [2] 27/11 27/15
distractions [1] 23/2
district [5] 1/1 1/2 1/20 1/20 9/4
DIVISION [2] 1/3 1/21
do [120]
doctors [1] 52/5
document [1] 65/9
documents [2] 99/10 99/14
does [17] 5/14 34/7 34/12 39/13 39/15 40/5 42/20 54/8 62/3 63/10 67/21 79/22 85/21 87/16 87/17 90/7 95/22
doesn't [12] 6/18 6/23 11/21 33/10 36/18 37/14 44/6 47/24 62/7 66/18 69/21 78/3
doing [15] 11/12 11/22 12/16 12/20 44/17 53/14 76/8 77/10 82/24 83/1 83/6 85/9 85/10 85/13 86/13
dollars [1] 49/8
don't [178]
done [9] 40/1 50/7 51/10 59/10 59/16 94/24 96/14 101/10 101/10
down [10] 7/14 50/8 54/9 59/11 60/18 61/5 61/25 76/5 82/12 101/23
Downey [2] 2/23 106/5
Dr. [3] 47/22 51/11 55/21
Dr. Malvasi [3] 47/22 51/11 55/21
Drive [2] 2/10 3/7
drugs [1] 48/8
dude [1] 52/11
duly [1] 5/4
during [14] 14/21 15/6 17/25 26/8 29/21 33/14 33/18 36/3 38/22 57/3 57/6 60/13 61/2 88/8

**E**

each [8] 20/16 20/17 21/5

**E**

**each...** [5] 25/13 60/9 76/23 78/7 79/3
**earlier** [2] 31/22 53/10
**EASTERN** [2] 1/3 1/21
**echoes** [1] 58/1
**echos** [1] 58/17
**ed** [1] 16/7
**education** [2] 16/6 16/8
**educational** [1] 69/7
**effect** [1] 62/4
**efficient** [1] 49/8
**effort** [1] 22/20
**eight** [1] 8/8
**either** [6] 14/23 36/7 44/10 73/16 77/1 96/12
**elect** [2] 8/19 8/22
**elected** [14] 8/18 9/1 11/1 14/5 16/15 27/4 27/6 27/10 30/11 33/1 33/3 33/4 33/9 49/7
**election** [1] 15/20
**elections** [1] 9/1
**Elm** [1] 11/9
**else** [4] 29/4 63/19 70/15 83/22
**email** [1] 80/18
**emailed** [2] 47/11 52/21
**emailing** [1] 80/22
**emails** [1] 92/18
**employee** [1] 48/14
**employees** [3] 20/7 40/10 40/19
**employees'** [2] 20/4 39/15
**Enclosed** [1] 106/10
**Enclosure** [1] 106/21
**end** [8] 33/17 49/1 49/5 57/25 58/17 64/4 87/16 90/23
**ended** [1] 13/19
**endorse** [2] 14/11 14/18
**endorsed** [1] 14/19
**enforcement** [5] 45/3 50/16 51/3 51/15 61/9
**engineer** [1] 20/10
**English** [7] 10/2 10/18 16/7 16/7 57/16 57/22 75/7
**enough** [2] 15/23 74/16
**ensure** [1] 99/13
**entire** [3] 55/9 77/19 83/21
**entirely** [1] 76/5
**entities** [1] 33/5
**entitled** [1] 1/15
**entity** [1] 86/12
**Enzo's** [3] 10/23 11/2 43/25
**equate** [1] 81/23
**errata** [1] 104/7
**Especially** [2] 20/9 25/5
**Esquire** [5] 2/5 2/9 2/15 2/22 106/5
**essentially** [3] 19/6 58/6 64/21
**established** [1] 35/22
**et** [2] 1/11 106/8

**even** [10] 8/16 12/24 13/8 29/3 44/3 44/16 51/8 74/18 94/24 96/9
**evenly** [1] 28/3
**events** [1] 61/24
**ever** [33] 5/20 17/3 17/11 24/25 25/22 26/3 26/17 29/21 30/3 34/8 36/23 37/4 38/17 40/9 40/19 41/7 41/9 41/20 41/25 42/8 42/16 42/20 46/5 64/20 66/9 67/24 78/11 78/13 79/13 80/15 97/14 97/19 97/22
**every** [6] 9/4 41/18 67/13 67/20 67/23 81/9
**everybody** [5] 5/14 26/23 31/5 83/10 83/12
**everybody's** [2] 38/3 85/13
**everything** [5] 6/13 19/18 51/9 98/4 101/23
**everything's** [2] 97/6 100/11
**evidence** [3] 94/15 97/15 97/20
**evidenced** [1] 26/24
**Ex** [1] 98/19
**Ex-military** [1] 98/19
**exact** [1] 35/20
**exactly** [9] 16/9 42/11 53/25 70/14 70/19 71/1 72/14 85/9 85/10
**EXAMINATION** [2] 4/3 5/8
**examined** [1] 5/6
**except** [4] 28/4 77/1 78/14 78/15
**exception** [1] 105/5
**exhaust** [1] 37/14
**EXHIBIT** [12] 4/12 4/13 4/14 4/15 4/16 46/3 88/13 88/14 89/14 89/16 91/7 97/12
**EXHIBITS** [1] 4/11
**exist** [1] 32/1
**existed** [1] 80/19
**expect** [5] 49/19 58/20 81/20 84/25 85/7
**expecting** [1] 12/24
**expects** [1] 50/3
**experience** [2] 6/12 8/10
**Expiration** [1] 104/21
**explain** [3] 70/25 71/1 71/5
**explained** [1] 20/12
**explaining** [1] 80/19
**expose** [3] 28/22 31/1 31/1
**exposure** [1] 28/8
**express** [2] 65/13 65/15
**expressed** [1] 65/17
**expressly** [1] 62/15
**extra** [1] 16/13

**F**

**face** [1] 38/16
**Facebook** [1] 92/19

**fact** [1] 72/24
**fair** [4] 43/12 62/18 66/23 74/9
**Falls** [3] 87/21 87/22 88/2
**false** [8] 28/14 29/8 49/21 49/24 50/4 54/11 58/18 83/2
**falsely** [2] 70/4 70/7
**familiar** [3] 12/2 24/14 24/23
**familiarized** [1] 24/21
**family** [4] 10/22 10/25 11/25 41/19
**far** [3] 25/10 25/13 26/23
**father** [1] 10/23
**favor** [1] 14/21
**feel** [20] 7/2 7/5 7/22 7/23 12/21 25/22 28/20 29/12 39/4 53/13 56/16 56/18 66/25 67/9 67/16 69/3 69/10 70/3 71/2 71/15
**feeling** [1] 76/11
**fellow** [2] 15/25 87/24
**felt** [1] 56/19
**few** [4] 7/8 19/5 45/25 82/14
**filed** [1] 86/8
**film** [2] 38/12 38/13
**filming** [2] 38/14 38/18
**find** [2] 98/11 106/10
**fine** [9] 15/5 23/3 59/22 66/23 87/15 90/20 97/6 101/5 101/8
**finish** [6] 6/22 28/17 52/8 78/4 94/21 95/9
**finished** [3] 3/14 3/16 26/19
**first** [17] 5/3 6/17 10/13 10/17 12/13 12/19 13/19 14/13 16/14 16/25 17/1 17/19 18/24 22/7 49/14 91/8 100/22
**Fishel** [2] 2/23 106/5
**fisheldowney.com** [1] 2/25
**Fitch** [2] 9/20 9/22
**five** [4] 5/24 12/23 16/10 81/18
**five-man** [1] 12/23
**floor** [6] 23/14 34/8 35/12 35/14 36/25 55/25
**flow** [1] 63/8
**fog** [1] 21/8
**follow** [11] 22/18 23/6 23/18 23/18 34/23 35/9 47/25 48/3 48/14 48/18 58/9
**following** [4] 61/23 92/14 104/6 105/5
**follows** [1] 5/7
**foot** [1] 38/16
**footage** [1] 96/17
**force** [1] 48/3
**foregoing** [2] 104/5 104/16
**forever** [1] 43/24
**form** [1] 104/6
**format** [1] 58/4

**former** [1] 92/6
**forth** [5] 60/9 76/6 76/6 76/6 84/21
**forum** [5] 49/20 50/4 57/4 58/21 60/8
**forward** [1] 13/24
**found** [2] 43/11 98/7
**four** [3] 5/24 9/11 12/23
**four-man** [1] 12/23
**Frank** [26] 2/21 14/2 14/4 14/4 14/14 15/1 15/2 15/7 26/6 26/11 26/16 27/13 34/2 34/21 36/9 41/7 41/12 45/21 53/7 68/2 68/5 68/10 69/11 69/24 79/6 79/13
**Frank's** [2] 14/10 27/18
**free** [1] 7/2
**FRENCHKO** [50] 1/7 15/12 15/24 16/17 27/3 27/16 29/22 34/7 35/18 36/23 37/4 37/8 43/15 43/16 47/19 49/6 49/14 49/24 50/8 50/21 54/9 56/14 59/11 60/1 64/5 64/14 64/19 66/25 70/12 72/2 73/9 73/13 74/25 75/15 75/21 75/23 76/2 79/20 80/16 81/1 81/24 82/1 85/25 87/12 88/6 92/12 93/4 94/9 96/25 106/8
**Frenchko's** [2] 64/15 72/6
**Friday** [2] 96/12 96/13
**friend** [1] 10/4
**friends** [1] 14/20
**front** [3] 80/6 80/10 96/25
**Frost** [1] 92/13
**Fuda** [18] 2/21 15/22 15/24 36/9 46/17 50/11 55/22 55/25 58/23 58/25 60/14 61/13 64/6 64/12 66/18 79/6 79/13
**Fuda's** [2] 59/3 60/12
**full** [1] 14/1
**fully** [3] 95/14 95/15 95/17
**functional** [1] 25/16
**fundraiser** [1] 17/12
**fundraisers** [1] 17/3
**further** [2] 3/9 101/20

**G**

**gave** [11] 10/21 75/7 94/13 94/14 94/17 96/1 96/5 96/15 96/21 98/25 100/8
**gavel** [2] 79/7 79/11
**Gedeon** [1] 39/24
**general** [1] 15/3
**gentleman** [1] 101/1
**get** [31] 6/10 6/19 6/23 8/25 12/20 16/11 18/22 22/3 22/21 31/5 36/7 37/14 40/16 41/3 43/20 51/20 56/21 61/13 61/14

**61/17 62/2 70/2 70/3 74/16 76/24 77/6 80/11 88/10 95/3 95/25 102/1
**gets** [3] 69/20 74/13 78/8
**getting** [5] 13/19 37/10 37/10 37/18 85/25 88/7
**gig** [2] 10/14 17/20
**give** [8] 20/8 37/23 40/24 87/18 94/11 100/3 101/5 101/24
**given** [4] 13/1 81/5 100/17 100/19
**giving** [1] 75/10
**Glenn** [4] 13/16 14/19 14/21 15/1
**go** [33] 6/7 11/6 12/8 19/21 19/23 21/3 25/10 25/18 25/23 30/7 31/7 37/25 38/3 43/8 43/22 44/22 45/24 48/21 52/12 60/15 60/15 62/21 63/13 66/2 73/11 84/20 90/16 90/18 91/10 97/11 97/13 101/24 102/4
**goes** [1] 51/1
**going** [51] 6/21 7/4 13/7 13/15 13/17 13/18 21/3 21/23 24/6 28/6 28/6 28/8 29/16 30/19 38/3 38/8 38/24 41/13 45/24 46/3 47/3 65/20 66/21 68/15 68/18 68/21 70/22 72/14 73/11 75/5 76/6 77/19 78/2 79/21 84/20 88/12 88/20 89/1 89/15 89/16 90/22 91/6 91/7 91/8 92/16 96/18 97/1 98/20 100/4 100/22 101/22
**golf** [1] 13/5
**gone** [1] 51/9
**good** [7] 7/14 10/4 14/20 49/3 51/2 100/11 101/21
**gosh** [1] 10/5
**got** [15] 6/11 11/1 14/5 16/16 34/20 34/21 36/14 44/19 72/13 83/20 89/2 89/17 92/6 97/6 100/6
**govern** [1] 18/16
**government** [4] 8/9 8/13 17/20 51/3
**governmental** [1] 8/12
**graduated** [1] 9/22
**Great** [1] 8/6
**Green** [5] 69/13 69/14 69/17 69/18 69/19
**grievances** [1] 85/14
**group** [1] 59/16
**guess** [16] 6/6 8/12 18/6 19/12 19/24 27/2 29/11 32/5 48/8 64/1 65/9 65/22 73/16 84/25 91/5 93/12
**guest** [1] 79/14
**guideline** [3] 23/18 24/6 25/17
**guidelines** [1] 6/7
**gun** [1] 87/25
**guy** [5] 14/20 43/23 98/18 98/21 100/7

**G**

guys [5]  21/14 22/11 23/9
24/18 96/14

**H**

hadn't [2]  13/8 54/15
half [9]  8/8 9/25 26/1
67/4 94/19 96/10 96/23
97/5 100/10
hand [7]  88/12 89/15
89/15 90/9 91/6 91/7 98/1
handbook [1]  48/14
handful [2]  6/2 6/3
handle [1]  19/13
happen [7]  33/10 60/7
60/12 60/12 81/19 96/17
101/23
happened [15]  12/18
21/22 33/1 51/6 55/3 65/1
65/1 69/16 70/14 70/19
70/20 71/1 78/9 83/21
86/19
happening [2]  37/8 76/19
happens [6]  23/14 25/20
34/10 65/25 80/6 80/9
hard [2]  79/12 79/19
harm [3]  75/23 75/25
76/1
Harold [1]  2/14
has [24]  16/4 20/10 20/14
29/19 30/20 36/23 43/25
48/2 48/14 50/23 50/25
66/12 66/25 68/2 68/5
78/8 78/10 83/9 83/10
83/12 83/18 84/9 84/12
106/13
hat [1]  13/17
hate [1]  7/21
have [124]
haven't [2]  42/19 80/17
having [8]  5/3 10/14 21/8
69/21 76/2 79/19 100/1
100/24
he's [15]  16/24 16/25
20/11 51/14 56/18 56/21
57/6 57/14 61/1 61/17
61/18 62/5 62/6 70/1
85/22
head [7]  7/20 18/11 40/13
40/18 50/10 92/3 97/25
headquarters [1]  17/9
heads [1]  19/21
health [1]  84/4
hear [5]  13/7 69/12 72/11
72/14 72/25
heard [5]  12/11 34/21
69/2 82/5 100/5
hearing [2]  22/22 96/15
heavyweights [1]  13/15
held [2]  32/19 32/20
Helen [4]  2/22 90/22
106/5 106/23
help [3]  11/6 14/12 90/20
helped [1]  11/1
Heltzel [2]  13/3 13/7
her [86]  3/12 27/14 27/22
29/22 30/3 30/4 34/21
40/22 40/24 41/3 41/4

41/6 44/1 45/9 45/22
47/20 47/21 50/3 50/4
51/13 51/25 52/1 52/2
52/4 54/10 55/5 55/6
61/17 63/15 64/5 64/21
65/13 65/15 65/17 66/6
66/9 66/17 66/17 66/19
67/1 67/7 67/13 67/17
67/17 67/18 67/19 67/24
68/8 69/11 69/24 70/1
70/20 70/22 71/5 71/12
71/17 71/17 72/4 72/5
73/23 74/5 74/6 74/8 74/8
75/2 77/23 78/2 78/4
78/17 78/22 80/1 80/1
81/5 81/5 81/10 82/1
83/17 83/25 86/1 86/8
86/17 87/18 90/9 98/1
100/2 104/17
here's [1]  58/14
hereby [1]  104/15
herein [1]  105/3
hereto [1]  3/5
hers [1]  43/25
herself [2]  81/9 83/19
hesitate [1]  106/17
hey [4]  13/6 23/20 44/5
82/2
high [3]  9/21 10/2 10/18
highway [1]  69/7
him [22]  17/4 32/11
41/11 48/6 51/1 51/14
60/24 63/8 79/11 86/10
86/15 86/20 88/3 88/4
88/5 88/10 88/11 98/22
98/25 100/8 100/13
100/17
himself [1]  86/11
hiring [1]  69/5
his [27]  3/14 3/17 10/5
10/9 15/25 16/25 17/1
17/6 26/17 32/16 48/14
56/7 56/9 59/1 59/6 59/8
62/7 62/12 63/7 63/8 79/7
86/14 87/25 94/25 95/1
100/12 104/17
his/her [1]  104/17
history [1]  9/15
hold [6]  18/5 30/15 31/6
31/8 68/21 100/20
holding [1]  101/11
Holmes [4]  13/16 14/19
14/21 15/1
honestly [2]  8/4 16/19
host [1]  17/3
hsudhoff [1]  2/25
huh [12]  6/18 36/17 48/1
52/16 69/15 70/5 71/2
71/8 82/4 88/2 91/16
93/24
Huh-uh [1]  71/8
huh-uhs [1]  6/18
huhs [1]  6/18
human [1]  60/25
hurt [1]  11/21

**I**

I'd [2]  6/5 47/23

I'll [8]  5/13 5/15 6/6 7/7
12/9 39/10 100/20 101/14
I'm [88]  7/3 7/11 9/6 9/6
9/16 11/5 13/23 14/20
15/4 16/19 18/25 21/7
21/8 21/8 21/12 21/14
21/14 22/3 22/22 23/12
24/14 24/23 26/5 28/18
30/5 30/9 32/10 38/24
39/6 39/17 40/6 42/5 44/5
45/3 46/12 51/4 53/13
53/18 55/4 57/13 57/13
61/22 62/25 63/7 67/15
68/15 68/18 68/21 69/4
69/9 70/13 70/18 70/24
70/24 70/25 71/1 71/5
71/8 73/3 73/19 74/14
74/15 75/5 75/10 76/10
77/11 77/18 78/2 79/19
79/24 81/7 82/17 82/20
83/1 84/22 88/12 88/20
89/1 89/15 89/16 91/6
91/8 92/1 92/16 98/20
101/11 101/19 101/21
I've [9]  13/24 18/23
18/24 43/22 78/2 79/6
83/8 83/22 83/22 92/10
i.e [1]  61/19
idea [1]  17/10
ideally [1]  51/5
identifying [1]  7/24
illegal [1]  48/7
imagine [1]  17/17
immediately [1]  81/14
impartial [3]  63/1 63/2
63/10
important [2]  31/11
72/21
inaccurate [1]  96/20
incident [2]  78/14 88/4
includes [1]  62/19
incorporate [2]  23/19
24/2
incorporated [2]  24/7
24/8
incumbent [3]  28/11
28/22 30/18
independently [2]  21/6
60/25
INDEX [1]  3/18
individual [1]  94/18
individuals [1]  13/17
inflammatory [1]  75/18
information [5]  94/5 95/9
95/20 95/23 96/8
informational [1]  75/11
initially [2]  14/5 52/14
initiate [1]  62/11
initiated [2]  61/1 61/3
inmate [1]  52/15
inspect [2]  94/3 94/4
Instagram [1]  92/19
instance [2]  40/22 102/2
instruct [1]  69/24
instructed [1]  45/22
instructions [2]  40/24
40/25
insulting [1]  7/5

interest [1]  12/17
interfere [1]  7/25
interfering [1]  8/3
interject [1]  67/9
interjections [1]  25/19
Interrogatories [1]  39/4
interrupt [10]  6/22 26/3
28/25 29/9 29/13 30/24
66/17 67/7 67/17 79/13
interrupted [12]  29/22
30/3 64/6 66/9 67/1 67/24
68/8 71/12 71/16 73/23
74/5 74/8
interrupting [9]  67/13
67/19 71/6 72/9 72/20
73/2 76/23 78/7 79/3
interruption [1]  64/8
introduced [1]  61/18
invite [2]  20/7 33/21
involved [1]  14/7
involvement [2]  11/4
11/5
iPhone [1]  39/5
ironically [2]  14/13 15/23
isn't [10]  35/1 37/21
37/21 46/18 65/13 71/19
72/21 77/16 82/24 83/15
issue [2]  26/20 62/15 84/2
issues [1]  57/10
it's [54]  6/17 8/12 8/24
9/4 16/3 19/23 20/1 20/1
20/4 20/6 20/20 20/21
22/19 23/22 27/24 28/11
28/22 29/5 29/13 29/14
30/18 31/10 31/23 34/4
34/15 38/24 39/5 43/24
47/23 47/24 48/7 49/12
51/21 51/24 61/20 62/10
62/18 63/19 63/21 66/8
67/23 68/22 70/10 70/11
70/13 70/16 70/22 72/21
74/13 77/18 78/1 78/3
80/25 87/15
item [4]  36/18 36/19
61/18 61/20
items [2]  22/1 38/5
itself [3]  21/13 30/20
53/23

**J**

jail [5]  47/22 51/11 52/18
55/21 84/4
January [2]  23/24 24/2
Jim [2]  12/4 92/22
job [2]  9/17 10/15
Jodie [4]  1/16 3/11
103/14 106/20
John [1]  87/20
judge [2]  88/4 92/13
Julie [5]  69/13 69/14
69/17 69/18 69/19
July [30]  31/17 36/9
38/23 42/1 44/22 46/11
55/6 55/20 64/22 64/23
65/5 71/20 72/2 76/12
78/15 79/22 82/6 82/25
90/10 90/13 90/15 90/16
90/25 93/22 94/7 94/16

94/22 95/14 98/21 99/23
jump [1]  11/22
just [62]  6/16 8/11 8/16
10/21 11/5 12/14 12/17
12/18 12/18 16/7 16/13
19/19 19/23 20/11 20/20
20/20 23/20 24/5 24/6
24/8 25/2 26/16 27/24
27/24 28/18 33/18 34/2
34/2 35/7 37/15 37/19
37/24 40/3 41/13 41/14
44/15 47/2 48/21 51/2
57/13 60/4 62/17 64/8
66/2 66/24 68/15 69/21
70/24 73/25 74/14 74/20
75/13 79/19 81/11 82/17
84/7 86/21 86/24 88/20
92/2 93/7 99/17

**K**

Kathleen [2]  100/2
100/25
keep [2]  37/15 44/6
keeps [1]  74/17
kept [3]  12/7 61/14 61/15
kicking [1]  12/14
kid [1]  100/12
kind [14]  6/7 6/8 8/24
10/13 12/21 13/20 23/20
31/14 38/20 40/12 41/13
58/3 61/23 72/21
Klotz [8]  40/21 50/7
59/10 71/23 71/25 72/1
73/8 87/8
knew [1]  81/11
knock [1]  5/15
know [121]
knowledge [2]  42/13 96/7
known [1]  88/3
Kopp [1]  2/9

**L**

la [5]  78/3 78/3 78/3 78/3
78/3
la-la-la-la-la [1]  78/3
lack [1]  36/8
large [1]  18/5
last [8]  40/3 41/24 48/22
49/1 60/21 68/23 88/9
101/9
later [4]  46/15 95/5 95/17
97/1
law [10]  9/3 10/24 18/23
45/3 50/16 51/3 51/14
61/8 84/9 85/22
laws [2]  37/21 37/22
lawsuit [5]  77/9 77/13
77/17 77/19 99/20
lawsuits [2]  30/15 30/16
layed [1]  24/13
layer [1]  19/23
lead [1]  77/16
leader [1]  11/13
leadership [1]  9/10
learn [1]  25/7
least [9]  16/24 16/25
77/23 77/23 77/24 94/25
97/5 101/2 101/10

**L**

**leaving [1]** 12/6
**led [1]** 75/16
**left [2]** 60/19 100/11
**legal [1]** 28/8
**legislation [1]** 21/2
**let [7]** 6/22 7/15 28/17
52/8 66/2 94/21 94/23
**let's [8]** 29/6 62/17 70/2
70/3 72/11 74/16 76/10
85/14
**letter [68]** 31/18 32/4
33/25 34/21 45/22 46/5
46/7 47/18 48/17 49/23
50/8 50/9 51/25 52/3 52/6
52/14 52/20 53/23 54/3
55/14 56/2 56/13 56/15
56/22 57/15 57/19 58/3
59/11 59/23 61/4 61/6
61/25 63/9 63/10 63/14
63/15 63/20 63/21 64/5
64/7 64/7 64/22 65/1 65/5
65/14 71/23 71/25 72/2
73/9 73/12 73/17 75/6
75/14 75/15 75/16 75/20
75/24 76/3 83/25 84/1
85/9 91/10 91/11 91/21
91/25 93/2 97/22 106/15
**letting [2]** 75/23 95/9
**level [2]** 19/19 26/22
**liability [4]** 28/7 28/22
31/2 102/3
**liable [2]** 30/16 102/3
**liar [14]** 30/4 54/16 64/21
65/19 65/24 66/7 66/17
67/2 67/4 83/8 83/13
83/17 83/22 84/2
**liars [2]** 83/23 83/24
**libel [5]** 30/20 30/21
30/22 102/2 102/3
**lie [7]** 29/14 66/8 67/3
67/4 67/10 67/12 77/25
**life [1]** 88/3
**light [3]** 47/13 53/11
53/18
**like [57]** 6/7 6/11 6/18
7/5 7/6 8/14 9/11 10/13
12/8 12/21 13/15 15/6
16/7 17/3 17/19 19/11
20/8 20/12 20/18 21/8
21/11 21/13 25/22 28/20
29/12 33/6 34/16 38/16
39/4 40/13 40/21 41/13
41/15 43/2 44/2 44/2 44/5
49/25 54/19 60/25 63/10
66/25 67/16 69/3 69/10
70/4 70/11 71/2 71/15
76/11 77/5 78/2 78/3 92/6
95/1 96/15 100/24
**LINE [1]** 105/7
**lines [1]** 45/6
**listed [1]** 22/19
**listened [3]** 73/21 73/24
73/25
**literally [2]** 94/19 96/23
**little [8]** 6/11 12/16 13/1
17/14 18/8 19/13 35/23
38/20

**live [1]** 8/21
**living [1]** 11/18 85/21
**LLP [2]** 2/23 106/5
**located [1]** 11/8
**logs [1]** 92/17
**long [7]** 8/6 9/9 13/23
15/11 42/20 88/9 100/7
**longtime [1]** 12/4 13/4
**look [10]** 39/7 39/10
51/16 75/10 75/13 75/14
82/2 83/21 88/17 90/2
**looked [2]** 28/11 44/11
94/18 95/1
**looking [4]** 13/21 21/14
44/4 96/9
**looks [3]** 49/25 90/8 92/6
**lost [3]** 12/19 39/11 61/22
**lot [18]** 13/14 17/15
18/23 25/16 33/1 33/4
41/17 51/11 76/12 76/22
76/22 76/24 77/1 78/23
79/1 79/22 82/13 82/18
**LPA [1]** 2/5
**lying [6]** 29/22 67/12
67/12 67/17 67/18 77/1

**M**

**M-A-U-R-O [1]** 5/18
**made [12]** 11/21 32/9
32/10 34/18 50/5 50/21
52/14 57/4 58/18 60/5
75/15 75/20
**Madison [1]** 2/6
**magnets [1]** 16/4
**mail [1]** 106/13
**maintain [1]** 63/7
**maintaining [1]** 63/8
97/14 97/20
**maintenance [1]** 42/13
**major [1]** 16/8
**make [26]** 22/20 23/13
31/13 32/2 32/24 33/22
34/6 34/11 34/13 34/14
35/3 36/4 36/6 36/10
36/15 36/23 36/24 45/5
47/13 47/14 47/15 51/13
58/21 81/25 85/6 99/15
**makes [3]** 34/7 47/18
51/2
**making [7]** 34/16 35/11
35/13 49/24 60/6 69/18
83/2
**Malloy [1]** 26/14
**Malvasi [4]** 47/22 51/11
55/21 77/8
**man [3]** 9/4 12/23 12/23
**manage [1]** 18/22
**manner [1]** 25/15
**manually [3]** 43/8 93/18
98/10
**many [1]** 84/20
**Marino [1]** 10/3
**marked [4]** 88/14 89/14
91/6 97/12
**Markota [1]** 2/9
**master's [1]** 16/11
**Matt [2]** 2/5 106/22
**matter [3]** 22/14 63/6

106/16
**MAURO [12]** 1/5 2/21
5/2 5/11 5/18 38/10 49/1
104/5 104/9 105/3 105/25
106/10
**may [12]** 3/5 3/10 3/12
11/10 26/5 26/5 53/5
55/18 55/18 80/19 85/20
92/22
**maybe [12]** 12/9 13/9
16/25 37/25 38/1 39/5
40/3 40/25 47/13 88/8
98/20 99/7
**mean [61]** 8/24 8/24
19/17 19/19 20/1 20/21
23/15 24/12 24/23 25/16
25/17 25/24 26/7 26/18
26/20 28/25 29/2 29/5
32/10 32/25 32/25 34/13
34/16 34/23 35/1 35/22
38/3 38/5 40/2 41/14
41/15 41/18 43/5 45/3
47/7 47/21 52/14 54/2
54/6 54/23 55/23 61/23
62/17 63/1 63/4 67/20
67/22 69/22 72/13 72/21
78/23 82/17 86/21 86/24
88/8 93/1 93/18 93/18
95/22 97/4 100/18
**means [3]** 8/14 29/8 85/5
**meant [2]** 64/9 64/10
**media [3]** 45/6 45/11
92/20
**medication [1]** 7/24
**meeting [81]** 17/25 19/25
20/2 20/4 20/6 20/24
21/16 21/22 21/23 22/4
22/4 22/4 22/12 23/9
23/11 23/24 24/1 25/6
25/8 25/17 29/21 32/23
33/3 33/17 36/3 36/20
36/21 36/22 37/2 37/25
38/1 38/1 38/15 38/18
46/8 46/14 46/20 47/4
51/8 52/24 53/3 54/23
54/25 55/1 55/3 55/20
57/7 57/11 60/13 61/2
61/14 63/8 63/15 63/17
64/23 65/6 65/7 65/16
68/10 68/19 73/13 74/11
74/14 74/25 75/16 76/7
76/7 76/15 78/18 79/21
80/11 80/25 81/2 81/3
81/9 84/22 85/7 85/25
87/9 88/9 96/12
**meeting's [1]** 32/15
**meetings [32]** 17/15
17/22 19/11 19/12 23/16
25/21 27/1 31/23 32/1
33/11 38/12 38/13 51/17
51/19 55/7 56/20 76/5
76/12 76/22 77/5 77/11
77/19 78/23 78/24 79/23
80/2 81/6 82/5 82/13
86/25 87/2 88/9
**member [4]** 9/16 30/15
52/6 80/21
**members [5]** 8/19 8/21

8/21 30/18 83/24
**memory [3]** 46/2 61/10
61/12
**mentioned [2]** 61/7 91/4
**mentor [1]** 10/12
**mess [1]** 51/22
**message [9]** 40/19 40/22
41/3 44/18 87/6 87/8
89/18 90/3 90/18
**messages [18]** 42/14
42/17 42/21 90/3 90/10
90/12 90/25 92/18 92/19
93/6 93/10 93/13 93/17
93/18 93/19 94/1 98/3
101/15
**messed [1]** 92/9
**Messenger [1]** 92/19
**Michele [1]** 92/12
**middle [3]** 23/9 23/11
36/20
**might [5]** 20/7 41/3 72/23
96/13 101/10
**military [1]** 98/19
**Miller [4]** 2/5 4/3 5/9
106/22
**Miller-Novak [4]** 2/5 4/3
5/9 106/22
**Minahan [3]** 100/2
100/25 101/6
**mind [4]** 5/16 60/20
70/21 70/23
**mine [2]** 10/12 81/24
**minority [1]** 27/11
**minutes [5]** 21/14 21/17
21/18 21/21 72/17
**misconstrued [2]** 74/4
74/7
**misconstruing [3]** 70/14
71/16 73/22
**Misocky [1]** 92/22
**misrepresentations [1]**
64/16
**missed [1]** 88/10
**misspelled [1]** 101/25
**mmn [1]** 2/7
**model [2]** 38/22 39/1
**mom [2]** 11/1 43/25
**moment [2]** 64/20 102/2
**moments [1]** 25/23
**money [1]** 13/21
**MONROE [10]** 1/11 2/20
16/14 16/16 17/2 64/21
64/25 91/10 97/14 106/8
**Monroe's [2]** 17/8 31/18
**month [1]** 41/24
**months [1]** 5/24
**more [12]** 5/25 6/4 8/12
12/16 12/17 19/13 31/10
67/24 68/8 98/20 99/2
101/5
**most [4]** 18/4 43/23 76/21
82/20
**mother [2]** 52/15 84/3
**motion [15]** 23/10 33/24
34/11 34/13 34/14 34/17
35/3 35/12 35/14 36/4
36/6 36/10 36/15 36/24
36/24

8/21 30/18 83/24
**motions [4]** 23/14 34/7
34/18 34/19
**motivation [1]** 53/25
**motivations [1]** 56/25
**mouth [3]** 72/4 72/5 72/7
**move [5]** 62/1 68/10
76/10 84/22 85/14
**movement [1]** 59/1
**moving [1]** 62/20
**MR [5]** 4/3 4/8 5/9 58/23
106/12
**Mr. [3]** 15/22 60/12
60/14
**Mr. Fuda [2]** 15/22 60/14
**Mr. Fuda's [1]** 60/12
**MS [3]** 4/7 64/19 106/9
**Ms. [10]** 15/12 27/16
29/22 50/7 59/10 64/15
70/12 72/2 73/8 101/6
**Ms. Frenchko [5]** 15/12
27/16 29/22 70/12 72/2
**Ms. Frenchko's [1]** 64/15
**Ms. Klotz [3]** 50/7 59/10
73/8
**Ms. Minahan [1]** 101/6
**much [4]** 17/21 33/2
48/20 56/3
**multiple [3]** 29/20 83/23
83/23
**Municipal [2]** 86/4 92/11
**must [1]** 44/1
**myself [1]** 82/23

**N**

**name [10]** 5/13 5/17 10/5
10/9 39/23 82/14 92/10
94/25 95/2 101/25
**named [1]** 104/16
**narrative [1]** 70/20
**nature [1]** 75/12
**necessarily [6]** 18/12
27/13 29/15 79/5 84/1
88/15
**necessary [1]** 49/8
**need [17]** 7/12 7/15 7/22
7/23 12/7 25/14 28/2 29/2
31/4 31/7 32/23 36/18
38/6 38/7 47/10 48/13
89/6
**needed [3]** 11/20 94/23
97/6
**needs [5]** 20/11 31/8
48/18 63/18 68/10
**Neither [1]** 34/12
**never [19]** 15/9 17/13
24/21 26/20 51/19 55/14
80/10 81/5 81/9 81/19
82/5 84/5 84/8 86/6 88/15
96/4 96/4 100/5 101/2
**nevertheless [1]** 34/13
**new [3]** 2/24 61/18 106/6
**newcomer [1]** 12/25
**Newton [3]** 87/21 87/22
88/2
**next [1]** 15/6
**NIKI [6]** 1/7 15/22 44/24
60/18 61/5 106/8
**nobody [1]** 92/25

**N**

Nodding [3]  7/20 40/18 50/10
noise [1]  22/22
normally [4]  19/9 77/5 90/3 93/7
NORTHERN [2]  1/2 1/20
not [121]
Notary [7]  1/16 3/11 5/4 104/1 104/13 104/15 104/19
noted [2]  104/5 105/5
notes [2]  92/18 103/10
nothing [9]  5/5 34/22 38/14 78/20 84/16 84/16 84/18 101/18 101/19
nothing's [1]  8/3
noting [1]  34/5
Novak [4]  2/5 4/3 5/9 106/22
November [1]  8/25
number [9]  44/13 51/3 77/7 87/16 89/5 89/9 89/20 92/11 106/17
numbers [2]  90/3 90/5
numerous [1]  31/3

**O**

oath [2]  6/13 95/13
object [1]  101/4
Objection [6]  30/7 62/21 66/20 81/22 85/1 85/3
OBJECTIONS [1]  4/6
obviously [3]  7/4 12/20 98/8
occasion [1]  67/23
occasions [2]  29/20 31/3
occur [2]  21/23 50/3
occurring [1]  78/7
occurs [1]  21/24
off [19]  22/21 22/24 25/18 25/23 31/5 38/24 39/8 44/16 51/1 60/17 60/19 63/10 68/17 69/20 71/4 77/23 82/14 97/10 101/13
offhand [3]  39/19 42/15 62/16
office [19]  2/21 12/3 13/10 15/12 15/15 17/2 27/17 27/20 35/15 38/7 41/6 84/6 91/18 98/25 99/1 99/3 100/7 100/23 101/2
officer [6]  24/16 26/6 26/12 26/16 45/3 51/4
offices [1]  3/7
official [4]  30/11 50/16 51/15 61/9
officials [5]  33/2 33/3 33/5 33/9 49/7
often [2]  23/14 25/18
oftentimes [1]  34/6
oh [2]  10/5 86/9
OHIO [14]  1/2 1/17 1/21 2/6 2/10 2/16 2/24 3/8 3/12 18/18 61/9 92/12

106/2 106/6
okay [183]
oldest [1]  39/11
once [8]  5/25 44/11 44/17 51/1 67/24 68/8 79/10 100/19
one [44]  6/22 8/24 9/4 9/4 11/25 12/7 12/9 13/20 18/24 20/20 22/7 24/15 27/25 30/15 36/12 37/25 38/5 42/25 43/24 44/12 51/3 53/16 56/19 60/12 61/1 61/18 62/5 63/23 64/6 71/7 71/10 74/18 75/10 77/7 77/18 79/9 79/12 79/25 80/11 88/4 90/7 98/20 99/2 101/16
one-sided [1]  53/16
only [4]  7/18 32/18 75/11 79/10
open [1]  22/4
opened [1]  55/25
operation [1]  58/7
operations [1]  49/9
opinion [20]  30/23 35/16 35/20 36/15 45/2 45/8 47/7 51/7 51/21 51/22 51/25 52/1 52/4 56/17 60/10 62/17 70/12 75/1 75/21 84/7
opportunity [6]  37/5 37/24 53/7 64/20 76/2 76/9
opposed [2]  19/21 89/3
order [24]  21/13 21/22 22/18 23/6 23/17 23/20 24/3 24/7 24/9 24/13 24/18 24/22 24/25 34/24 35/2 35/10 47/11 61/13 63/12 64/13 70/2 70/3 99/5 99/9
ordered [1]  92/13
ordering [1]  63/7
orders [1]  22/7
organizational [2]  23/24 24/1
oriented [2]  8/12 8/13
original [1]  106/10
originals [1]  106/14
other [24]  7/11 14/24 17/12 19/14 19/14 25/14 25/18 30/18 33/11 34/8 37/13 45/17 48/7 49/7 60/9 65/15 75/16 76/23 78/7 78/18 79/3 83/23 92/20 94/1
others [2]  77/21 82/14
our [13]  6/21 33/3 35/15 38/7 43/5 58/7 77/10 77/18 82/13 88/9 94/3 100/7 106/11
out [19]  10/16 11/7 14/12 24/13 26/24 34/15 35/7 43/11 45/24 68/21 72/4 72/5 72/6 78/8 82/4 85/25 98/7 98/11 100/20
outright [1]  28/4
outsider [1]  13/22

over [13]  5/15 6/7 25/13 29/20 51/9 60/14 60/24 73/11 78/2 80/9 80/9 86/10 101/24
own [7]  14/1 38/22 61/24 70/21 70/23 95/21 104/17
owned [1]  98/19
owner [2]  98/17 98/18

**P**

p.m [2]  3/6 102/8
page [12]  4/3 4/7 4/8 4/12 4/13 4/14 4/15 4/16 89/6 91/8 91/11 105/7
pages [5]  103/8 104/5 106/11 106/14 106/14
Palmer [1]  92/5
Papalas [1]  13/16
paper [1]  75/11
paragraph [2]  49/1 92/16
paragraphs [1]  48/22
parent [1]  83/25
Parkway [2]  2/23 106/6
part [8]  18/4 18/5 24/11 25/2 33/12 41/19 43/23 76/21
participant [1]  82/18
participate [1]  82/22
particular [3]  48/18 61/2 62/19
parties [1]  3/5
parts [2]  25/3 25/4
party [11]  8/12 8/17 8/19 8/20 8/21 11/16 13/18 14/7 27/8 27/11 27/11
pass [1]  38/17
passed [4]  10/11 10/23 13/4 13/7
passionate [2]  25/19 25/23
past [12]  17/1 26/20 33/1 40/20 40/23 51/17 51/19 66/24 78/6 78/9 80/10 81/10
PAUL [4]  1/11 2/20 13/3 106/8
Paula [6]  31/17 40/21 71/23 71/25 72/1 87/8
Paula's [1]  45/18
pay [3]  39/13 39/15 39/18
payroll [1]  11/6
pays [1]  39/20
Pazesco [1]  10/5
Peck [1]  2/5
pending [1]  1/19
people [13]  12/10 12/11 12/15 13/21 19/20 23/13 25/18 26/3 34/18 76/23 76/25 78/7 88/8
people's [1]  90/5
percent [1]  12/14
perfect [1]  7/6
perfectly [1]  7/7
period [3]  26/8 26/9 29/20
permission [1]  26/17
person [6]  8/17 28/25 37/24 38/18 87/21 94/25

person's [3]  38/11 39/23 84/7
personal [2]  92/17 92/18
personally [5]  18/24 47/20 54/18 101/15 104/16
persuasive [2]  74/23 75/12
Phillip [1]  77/8
phone [66]  22/23 38/22 39/2 39/13 39/21 40/2 40/3 40/5 40/7 40/9 41/8 42/20 42/21 42/23 43/1 43/5 44/3 44/6 44/13 44/17 44/18 44/19 68/14 88/7 88/21 89/2 89/9 89/12 89/20 89/24 89/24 91/4 92/17 93/6 93/10 93/13 93/19 94/1 94/12 94/13 94/14 94/16 94/17 94/21 95/3 95/5 95/16 95/24 95/25 96/5 96/8 96/10 96/22 97/5 97/15 97/20 98/2 98/17 98/22 98/25 99/18 100/3 100/3 100/4 100/8 101/16
phones [7]  39/16 39/18 43/24 92/17 94/3 94/4 94/5
phonetic [2]  10/6 14/25
piece [1]  78/4
place [1]  51/5
Plaintiff [2]  1/8 2/4
PLAINTIFF'S [5]  4/11 88/13 88/14 89/14 97/12
platforms [1]  97/20
play [3]  68/18 72/10 73/3
played [1]  69/1
please [7]  6/17 7/9 11/11 91/11 106/10 106/13 106/17
point [28]  6/10 13/24 15/14 22/8 24/15 28/12 29/2 30/17 31/10 38/2 38/5 48/24 50/15 51/17 51/20 54/24 57/15 59/7 61/6 62/8 67/19 71/10 74/13 76/4 80/25 84/21 93/8 96/24
pointers [1]  49/3
police [2]  81/1 87/11
policies [3]  18/3 18/13 42/9
policy [1]  20/17
political [8]  8/13 13/15 13/22 27/8 31/14 32/2 32/4 32/6
Polivka [3]  14/4 14/24 14/25 16/1
port [1]  33/7
Portage [1]  91/14
portion [1]  68/18
position [1]  12/17
potential [1]  28/8
Potentially [2]  53/6 68/1
Practice [1]  18/23
precinct [12]  8/11 8/17 8/18 8/22 8/24 9/7 9/10

9/16 11/13 11/15 11/18 11/22
precisely [1]  71/19
presents [1]  61/25
preservation [2]  99/5 99/8
preserve [10]  93/5 93/10 93/13 93/25 94/15 95/23 96/7 99/11 99/20 101/15
preserved [1]  92/14
preserving [2]  99/10 99/14
president [2]  25/5 87/22
presiding [5]  24/15 26/6 26/12 26/16 86/10
press [7]  31/6 31/8 32/19 32/20 51/8 64/24 65/4
pretty [6]  17/21 21/14 48/20 49/11 56/3 60/25
previous [6]  64/19 75/20 75/20 78/18 80/2 81/6
previously [1]  54/16
primary [4]  12/23 15/2 15/6 15/7
principle [1]  35/1
prior [29]  8/9 9/16 21/17 26/25 42/1 43/16 43/18 54/25 55/3 55/7 55/13 62/6 63/17 63/17 65/5 65/16 73/12 73/15 74/25 75/16 76/12 76/14 76/15 82/6 84/6 84/13 91/7 93/14 93/16
private [2]  95/8 95/21
privately [1]  52/21
probably [18]  5/13 5/24 6/3 12/2 13/20 16/6 17/15 25/11 31/6 32/18 32/22 40/12 46/18 51/6 52/23 53/16 63/19 77/20
procedure [5]  1/18 47/25 48/18 58/9 106/15
procedures [1]  48/4
proceeding [1]  55/9
proceedings [2]  24/24 103/9
process [1]  24/13
productive [1]  60/10
Professional [1]  103/15
professionalism [2]  25/13 26/22
Profile [6]  93/22 93/25 95/9 95/14 98/13 99/19
proper [2]  58/9 84/4
prosecuted [2]  86/4 86/6
prosecuting [4]  85/24 86/1 92/6 92/11
prosecutor [2]  91/14 97/19
prosecutor's [4]  35/15 35/16 35/20 36/15
prove [1]  16/4
provide [1]  81/10
provided [2]  89/12 89/25
public [28]  1/16 3/11 5/4 33/12 33/14 33/18 41/20 41/25 47/14 47/15 49/14 49/15 49/20 50/4 51/19

**P**

**public...** [13] 53/10 57/1
57/2 57/7 57/11 60/8 63/4
64/13 65/2 65/9 80/22
104/13 104/15
**publication** [1] 49/21
**publicly** [2] 51/21 55/15
**pull** [2] 44/5 45/24
**pulling** [1] 87/25
**punch** [2] 84/24 84/25
**purpose** [1] 31/23
**purposes** [1] 31/9
**purse** [1] 18/5
**pursuant** [3] 1/15 1/18
106/15
**pushing** [1] 15/1
**put** [19] 13/20 20/16
20/17 20/21 22/13 29/16
29/25 34/5 34/9 34/15
36/17 37/2 37/5 37/12
37/13 37/20 38/8 56/5
62/5
**puts** [1] 49/8
**putting** [7] 28/15 37/8
37/11 37/15 77/2 77/7
77/24

**Q**

**quasi** [1] 8/12
**question** [20] 6/22 7/1
7/3 7/9 7/18 7/21 16/20
26/25 27/3 28/17 40/15
41/1 41/2 59/16 60/21
61/1 66/22 67/23 71/8
79/25
**questions** [9] 7/7 7/8 20/8
20/14 45/25 59/16 96/3
101/20 106/17
**quick** [2] 68/14 97/8
**quite** [2] 19/5 102/1
**quote** [1] 62/2

**R**

**race** [1] 12/23
**rails** [3] 69/20 71/4 82/14
**ran** [9] 11/1 12/19 13/9
14/1 14/14 15/12 15/17
27/16 27/17
**rather** [1] 48/24
**Raymond** [1] 92/10
**Rd** [1] 106/1
**RE** [1] 106/8
**read** [62] 3/16 9/9 24/25
31/17 33/14 33/15 33/17
33/18 33/20 34/3 34/22
45/22 46/14 46/17 46/18
46/20 46/23 46/25 47/1
47/4 47/6 47/8 47/11
50/11 50/24 52/5 52/14
52/23 53/2 53/3 53/5 53/7
53/10 53/22 55/22 58/23
60/22 61/21 63/5 63/14
63/15 64/5 64/6 64/7 65/1
65/6 65/6 65/10 65/10
73/12 73/15 73/17 74/25
75/6 89/6 91/8 101/22
104/5 104/5 105/3 105/4
106/12

**reading** [14] 25/7 50/7
56/2 56/12 59/11 61/15
64/13 71/23 71/25 72/1
73/8 74/20 75/7 83/25
**real** [2] 68/14 97/7
**really** [13] 12/14 17/23
20/1 20/4 32/1 35/9 41/11
48/21 61/20 63/5 79/11
86/24 89/6
**Realtime** [1] 103/15
**reason** [7] 7/1 7/12 82/8
89/11 89/23 90/4 105/7
**reasons** [1] 104/6
**recall** [20] 7/25 36/11
36/13 37/1 58/25 69/4
73/8 80/20 83/25 86/24
87/12 91/23 92/1 95/18
95/19 96/4 97/21 97/23
100/13 101/17
**receipt** [1] 106/15
**receive** [5] 41/25 80/18
84/3 91/21 91/24
**received** [6] 40/1 40/3
41/20 46/10 53/1 106/14
**receiving** [5] 91/23 93/1
93/3
**Recently** [1] 41/24
**reckless** [3] 48/25 49/5
75/3
**recollect** [1] 7/25
**recollection** [2] 33/16
42/12
**record** [28] 5/17 6/23
16/3 22/24 28/10 32/14
42/4 50/12 52/10 55/22
56/13 58/24 59/21 60/17
60/22 61/21 63/9 63/19
63/21 65/10 65/11 67/9
68/17 74/21 89/7 97/10
97/11 101/13
**recorded** [1] 28/10
**recording** [8] 6/13 21/21
69/1 72/16 72/19 72/22
72/25 74/1
**records** [7] 41/20 41/25
42/8 42/17 63/4 98/3
99/20
**recurring** [1] 80/5
**recused** [1] 86/10
**reelection** [1] 15/5
**referring** [3] 8/23 27/3
87/4
**refused** [2] 37/4 94/11
**regain** [1] 84/21
**regaining** [1] 49/15
**regard** [1] 19/12
**regarding** [1] 42/13
**regardless** [1] 28/3
**regional** [1] 33/6
**Registered** [1] 103/15
**regular** [2] 67/7 104/24
**rein** [5] 25/19 31/4 74/14
76/7 77/11
**relationship** [1] 14/11
**relative** [1] 26/8
**release** [1] 7/14
**relevant** [2] 16/2 26/9
**relinquish** [8] 56/7 56/9

59/6 59/8 62/7 62/12
100/3 100/22
**remember** [43] 11/17
13/5 16/22 33/19 42/10
42/11 42/15 44/10 44/15
45/23 46/13 51/16 52/25
59/13 66/13 68/4 73/5
73/6 73/19 79/9 79/11
80/21 82/10 87/10 87/14
92/3 93/1 93/3 94/6 94/25
95/1 95/1 95/6 95/7 96/11
96/21 97/4 97/24 98/17
99/22 100/1 100/10
100/24
**removed** [3] 79/21 81/2
82/3
**repetitive** [1] 54/20
**report** [6] 20/8 81/1
87/11 89/2 89/12 89/17
**Reporter** [2] 103/15
103/15
**REPORTER'S** [1] 103/4
**Reporting** [1] 106/1
**reports** [3] 88/21 89/18
89/25
**represent** [3] 88/20 89/1
89/16
**representations** [1] 83/3
**Republican** [4] 15/17
27/17 27/20 27/22
**Republicans** [1] 27/25
**requested** [1] 60/22
**requesting** [1] 49/13
**requests** [3] 49/18 49/19
50/1
**required** [1] 16/11
**rereading** [1] 60/21
**research** [3] 12/16 35/19
37/25
**resolution** [6] 20/10
20/18 21/5 23/20 23/22
25/12
**resolutions** [2] 18/1
25/10
**resolved** [1] 51/12
**resources** [1] 37/19
**respectful** [1] 27/1
**respective** [1] 104/6
**respond** [16] 50/9 50/23
50/25 54/10 61/5 64/20
65/5 66/1 66/3 73/18
73/20 73/23 75/23 76/2
83/3 85/8
**responding** [6] 50/14
52/2 52/13 62/1 71/11
84/19
**responds** [3] 52/20 62/20
63/20
**response** [6] 63/9 63/16
64/14 64/15 74/24 89/17
**responsibility** [1] 77/22
**restaurant** [10] 10/22
10/23 11/12 11/12 12/11
13/3 17/5 17/11 43/25
44/19
**retention** [3] 42/4 42/9
42/17
**return** [1] 97/1

**returned** [1] 40/7
**reviewed** [1] 42/8
**ridiculous** [1] 86/22
**Rieger** [1] 69/5
**Riepenhoff** [2] 2/23
106/5
**right** [65] 5/10 5/10 5/16
6/6 6/13 6/14 6/19 7/16
7/19 8/19 9/3 10/9 10/15
14/3 18/17 22/5 23/8
31/13 32/19 32/20 32/21
33/21 36/5 38/24 42/10
46/21 46/22 48/8 48/10
48/11 48/12 48/17 48/21
49/13 50/9 50/23 52/9
52/9 52/12 54/21 55/17
57/5 57/5 57/9 57/12
57/17 57/18 59/10 66/3
78/16 83/7 83/9 83/10
83/12 83/18 84/5 84/22
86/9 86/17 86/22 88/12
90/8 96/15 96/25 102/1
**ring** [1] 13/18
**risk** [8] 28/16 29/17
29/19 30/1 49/9 77/2 77/8
77/25
**Road** [2] 2/6 11/9
**Robert** [1] 2/14
**Robert's** [14] 23/17
23/19 24/2 24/7 24/9
24/13 24/18 24/22 24/25
34/23 35/2 35/10 62/10
62/15
**room** [1] 96/15
**Ross** [1] 2/14
**rule** [2] 37/11 84/12
**rules** [22] 1/18 23/15
23/17 23/19 24/2 24/6
24/7 24/9 24/13 24/18
24/22 24/25 28/2 34/24
34/24 35/2 35/10 38/17
62/10 62/15 64/2 106/15
**ruling** [1] 63/11
**run** [6] 12/9 13/8 13/14
13/25 25/17 59/17
**running** [7] 11/22 12/4
12/10 12/12 13/8 15/14
17/2
**runoff** [1] 13/20

**S**

**Sad** [1] 90/5
**safety** [2] 52/4 52/18
**said** [46] 11/25 13/6 16/3
29/16 31/3 31/8 37/11
39/4 43/13 43/16 43/20
44/5 44/9 51/13 53/11
53/15 54/4 55/8 58/6
60/11 61/15 64/14 66/5
66/25 67/1 67/4 69/13
70/2 71/16 77/5 86/21
86/25 87/2 88/23 94/24
95/11 100/6 100/24 101/1
101/5 101/23 102/1 102/2
102/3 102/3 103/10
**same** [21] 6/10 19/16
19/17 27/7 37/9 39/2
43/23 44/2 49/20 50/4

57/3 57/15 58/21 74/11
74/12 81/9 81/18 83/20
88/18 93/14 105/4
**sanitary** [1] 20/10
**sat** [1] 54/9
**say** [48] 6/5 6/13 6/18 7/4
16/24 20/10 24/5 24/10
27/2 28/5 28/20 29/6
29/15 30/20 31/6 34/14
37/6 42/13 47/23 50/15
50/18 50/19 54/8 55/15
56/3 56/18 61/17 62/3
62/20 63/9 66/10 67/3
67/12 67/15 68/10 69/17
71/14 71/24 74/17 77/16
77/23 77/24 78/4 82/2
83/5 86/23 95/22 98/6
**saying** [65] 8/23 12/11
18/25 19/6 19/22 21/25
23/4 28/9 28/13 28/21
29/7 29/12 30/4 30/11
30/25 34/8 34/23 35/6
36/14 38/6 48/17 51/4
51/24 53/19 55/2 55/4
55/5 58/10 58/11 59/19
65/12 66/24 66/24 67/21
69/23 70/15 70/24 70/24
71/13 71/22 72/3 72/7
73/1 77/12 77/15 77/18
79/22 82/17 83/18 84/8
84/23 87/15 91/24 92/1
92/25 93/1 94/14 94/20
94/21 96/18 96/19 97/13
98/21 99/21 100/25
**says** [22] 35/21 42/11
47/24 49/5 49/13 49/22
54/3 54/6 58/20 62/1
69/13 69/17 72/19 72/19
72/22 72/22 74/15 75/2
89/21 92/4 92/9 92/16
**scenario** [1] 65/18
**Schlemmer** [1] 2/5
**school** [5] 9/21 10/2
10/18 10/24 16/13
**schools** [1] 10/19
**screw** [1] 52/10
**script** [2] 25/18 25/23
**scripted** [1] 7/7
**second** [14] 12/22 13/20
14/16 36/8 37/10 37/14
37/18 38/1 49/1 91/11
100/14 100/18 100/19
100/21
**seconds** [1] 72/18
**secretary's** [1] 39/21
**see** [18] 30/14 41/6 48/25
49/9 49/10 49/15 78/24
79/2 86/18 89/6 89/21
90/2 91/9 91/15 91/19
92/14 92/15 92/23
**seeing** [1] 46/13
**seem** [1] 63/10
**seems** [2] 60/25 76/11
**seen** [7] 18/23 46/5 79/6
79/13 80/15 88/15 97/22
**selling** [1] 48/8
**sent** [7] 46/7 46/21 91/9
91/10 91/11 91/17 91/18

**S**

sentence [1] 78/4
separate [1] 99/8
September [7] 1/17 3/6
13/11 13/11 105/4 106/3
106/10
serves [1] 61/12
Services [1] 106/1
serving [1] 13/25
set [10] 18/3 18/12 43/11
43/14 43/14 43/20 43/25
44/9 58/3 91/4
sets [1] 20/15
setting [4] 24/12 42/23
42/25 98/2
settings [2] 39/10 44/2
several [2] 18/18 18/21
Seville [2] 2/10 3/7
Shaking [2] 92/3 97/25
she [126]
she'll [1] 101/24
she's [30] 27/10 29/22
29/23 51/25 52/1 54/10
54/16 61/25 67/11 67/16
67/17 67/18 67/25 69/10
69/18 69/23 70/4 70/19
70/25 71/6 71/9 71/13
71/15 72/19 79/21 83/22
83/22 91/7 100/25 101/23
shed [2] 53/11 53/18
sheet [1] 104/7
sheriff [39] 2/20 16/14
17/2 31/17 31/20 32/2
32/9 32/16 33/22 48/2
50/23 50/25 52/2 52/2
53/13 53/15 53/16 53/21
53/25 54/16 54/18 54/24
55/15 56/15 56/16 56/18
56/19 58/10 60/5 60/6
64/20 64/25 75/2 75/4
77/9 91/10 92/5 92/22
97/14
sheriff's [7] 2/21 45/22
51/10 53/15 84/6 91/18
92/21
shirts [1] 16/4
shorthand [1] 3/10
shouldn't [3] 25/11 74/10
98/6
show [1] 64/13
showed [1] 99/23
shown [1] 103/10
side [2] 53/17 56/20
sided [1] 53/16
sides [1] 51/6
sift [1] 100/4
sign [3] 3/16 102/4
106/12
signature [3] 3/14 102/7
106/15
signed [3] 104/16 106/13
106/14
since [2] 10/11 13/25
Sincerely [1] 106/18
sits [6] 27/19 50/8 59/11
60/18 61/5 61/25
situation's [1] 67/20
six [1] 26/24

skip [1] 92/16
slamming [2] 79/7 79/11
small [1] 68/18
snowballed [1] 12/19
so [195]
social [1] 92/20
some [23] 6/16 12/5
19/14 25/12 28/6 29/2
30/17 31/13 32/8 32/10
38/1 40/16 47/25 50/14
51/20 58/16 70/2 70/3
75/18 76/4 80/25 84/9
84/21
somebody [12] 13/6
25/20 28/8 28/11 29/4
34/16 41/18 44/4 64/7
69/21 77/1 83/15
somebody's [2] 26/19
76/8
someone [10] 28/23
38/14 70/6 80/18 83/8
83/17 83/22 84/3 84/25
85/7
someone's [4] 28/13
28/21 29/12 90/18
something [52] 6/8 7/6
9/21 16/7 20/12 20/21
23/10 25/25 25/25 28/9
28/10 28/13 28/15 28/21
29/7 29/13 29/16 29/16
30/4 30/11 30/25 31/7
34/14 36/6 36/16 37/5
37/8 37/12 40/13 41/1
43/1 44/5 47/8 47/11
55/15 62/3 66/6 66/17
66/25 67/25 70/4 70/7
70/15 70/25 71/6 71/13
73/15 74/4 76/19 77/16
80/9 81/13
sometime [1] 11/10
sometimes [10] 16/12
19/13 22/21 25/18 40/11
41/12 66/2 66/3 66/4 78/8
sorry [10] 15/4 23/2
38/24 52/8 52/11 61/22
67/15 68/14 88/17 101/7
sort [8] 10/12 11/5 11/24
12/13 12/18 25/13 28/6
60/8
sound [1] 54/19
sounds [2] 6/11 17/19
speak [12] 26/23 26/23
28/12 28/23 29/8 35/23
35/24 53/21 56/17 71/11
76/9 77/22
speaker's [1] 28/3
speakers [2] 79/14 79/14
speaking [3] 26/4 53/13
64/1
speaks [1] 53/23
special [1] 92/10
specific [2] 48/3 60/13
speculate [2] 72/11
speculating [2] 13/23
32/10
Speculation [3] 30/7
62/21 81/22
speech [2] 10/8 10/17

spelling [3] 5/17 10/6
14/25
spill [1] 5/15
spoke [1] 26/17
Srp [1] 92/10
staff [2] 92/21 92/22
stalemate [1] 38/2
stand [3] 38/18 55/10
82/4
standing [1] 96/25
start [6] 22/4 55/11 56/5
59/1 62/18 63/8
started [12] 12/10 12/15
12/16 37/6 37/7 44/4
55/23 56/8 56/12 63/23
72/16 74/19
starting [1] 71/11
starts [1] 50/8
state [6] 1/17 3/11 8/14
8/16 92/12 104/15
stated [1] 100/21
statement [11] 28/2 28/7
28/18 30/23 31/14 32/5
32/6 32/24 33/22 55/10
57/20
statement's [1] 29/3
statements [10] 32/2 45/5
47/19 51/14 54/10 60/5
60/6 64/16 72/3 104/16
states [4] 1/1 1/20 57/16
57/16
stating [2] 5/17 73/9
statute [3] 80/16 80/19
80/22
stay [4] 16/10 25/9 25/10
31/11
stenotype [1] 103/10
step [1] 49/14
steps [5] 93/5 93/9 93/12
93/15 101/14
stern [1] 49/11
Steve [1] 13/15
stick [1] 31/4
still [11] 6/6 10/3 11/2
11/6 19/17 34/15 40/5
62/23 63/18 77/24 97/2
stipulated [2] 3/4 3/9
STIPULATIONS [1] 3/1
stop [14] 28/25 30/10
30/25 34/16 35/11 35/13
66/12 66/18 67/13 67/18
68/2 69/11 69/24 85/12
stopping [1] 70/1
story [1] 56/21
streamlined [1] 27/1
street [1] 48/9
strings [1] 18/6
student [5] 81/12 81/13
81/18 81/21 81/24
stuff [7] 21/12 23/5 23/8
36/1 58/14 79/22 98/5
subject [1] 76/9
subjects [1] 38/20
submitted [1] 42/16
subpoena [1] 89/17
subpoenaed [1] 88/21
substance [1] 104/6
substantiated [1] 50/22

succinctly [1] 48/25
Sudhoff [5] 2/22 4/7
106/5 106/9 106/23
sued [3] 30/21 30/22
77/21
Suite [4] 2/16 2/23 106/1
106/6
summer [1] 26/11
sums [1] 48/24
support [3] 15/5 15/7
27/18
supported [3] 15/2 17/6
27/13
supporting [2] 15/24
58/14
supports [1] 57/23
sure [26] 5/12 6/9 6/15
7/10 7/11 9/6 17/18 21/14
26/5 28/19 30/5 30/9
38/21 39/17 40/6 42/7
49/4 53/3 62/25 68/22
72/12 73/19 81/7 83/1
92/9 99/15
swore [1] 104/16
sworn [1] 5/4
system [1] 13/22

**T**

T-shirts [1] 16/4
table [1] 7/19
take [21] 7/4 7/12 7/13
7/15 11/21 16/6 23/9
33/24 35/3 39/8 44/16
59/15 93/5 93/10 93/12
95/4 97/7 97/9 98/22
101/9 101/15
taken [9] 1/15 3/5 3/10
25/14 103/9 103/10
103/11 105/3 106/10
taking [5] 37/19 93/7
93/14 93/15 94/10
talk [12] 17/14 40/12
40/12 41/17 67/6 67/13
67/18 77/24 78/1 95/21
97/14 97/19
talked [6] 31/22 33/11
52/5 69/13 69/17 86/20
talking [19] 21/7 21/8
21/12 22/3 25/13 29/23
32/4 50/16 61/8 63/7
67/16 67/25 71/7 72/2
74/4 74/17 77/8 77/9 78/2
talks [1] 67/8
task [1] 25/10
taught [1] 57/22
taxpayer [1] 49/8
teach [3] 9/24 10/1 90/23
teacher [5] 9/20 10/18
16/13 57/16 75/8
teaching [1] 81/12
Teetor [1] 2/15
tell [19] 7/23 12/24 29/14
29/22 34/21 44/13 48/14
66/6 67/18 69/24 70/19
72/19 78/24 81/13 81/16
81/16 81/25 96/24 98/14
telling [10] 12/7 12/10
48/13 57/13 69/3 69/10

70/13 79/24 95/19 100/2
ten [2] 95/5 95/17
tends [1] 57/19
term [4] 13/13 14/1 16/25
17/1
terms [2] 14/1 48/13
testified [1] 5/6
testify [2] 5/4 8/4
testimony [8] 73/7 95/13
98/22 103/9 103/11 104/5
104/6 105/3
tests [1] 75/7
tettorlaw.com [1] 2/17
text [24] 40/19 40/22
41/3 42/13 42/16 42/21
44/18 87/6 87/8 89/3
89/17 90/3 90/3 90/10
90/12 90/18 90/24 92/18
93/5 93/10 93/13 94/1
98/3 101/15
than [11] 5/25 6/4 8/13
8/13 17/12 19/13 48/7
67/24 68/8 78/18 99/2
Thank [4] 5/20 7/17
87/19 106/16
Thanks [1] 87/20
their [8] 31/23 76/9 81/20
85/14 94/22 95/9 96/18
104/6
them [35] 5/15 6/11 20/8
24/23 29/1 29/9 29/13
29/14 42/18 51/7 76/9
79/14 81/16 81/19 82/21
82/22 85/7 94/11 94/13
94/14 94/15 94/17 94/21
94/23 95/11 95/19 96/1
96/5 96/14 96/17 96/19
96/21 99/11 99/18 104/5
themselves [2] 83/11
83/13
there's [21] 10/14 13/13
15/20 19/2 19/5 26/21
27/10 27/11 28/4 28/6
28/7 38/14 42/3 48/17
51/17 56/20 56/25 64/14
66/5 76/1 84/16
Thereabouts [1] 27/5
therefore [1] 71/16
these [8] 30/14 30/16
31/9 51/19 51/20 77/5
78/6 89/24
thesis [5] 57/20 57/23
58/1 58/6 58/17
they're [11] 7/7 20/9 26/3
38/16 38/18 63/4 75/19
80/10 83/13 84/7 100/4
thing [5] 7/18 11/22
74/11 81/18 100/7
things [17] 5/15 6/16 8/1
12/9 21/13 25/11 32/12
33/10 33/12 35/7 37/9
37/17 53/14 54/3 58/6
71/4 82/4
think [88] 9/3 9/8 9/11
9/11 10/9 12/23 13/2
13/10 13/21 14/23 15/9
16/16 19/2 19/16 22/22
24/8 25/8 25/24 27/13

**T**

**think...** [69] 28/11 28/13 29/8 30/6 30/10 30/12 31/1 32/5 32/7 32/8 32/11 33/17 34/4 35/22 38/3 39/17 40/1 40/23 43/1 43/17 44/11 44/21 47/17 48/2 48/24 50/20 50/22 50/25 51/2 53/12 53/12 53/14 54/3 58/7 60/18 61/12 61/23 62/10 62/18 63/12 64/4 64/8 64/12 65/20 65/23 67/11 69/22 69/23 70/2 70/10 74/24 75/13 75/14 76/1 76/8 77/9 77/10 82/15 83/7 83/9 83/20 84/2 87/2 87/4 91/3 92/5 96/11 98/4 99/4
**third** [1] 38/1
**those** [13] 6/7 12/9 18/14 32/11 37/11 37/14 44/12 57/10 58/21 72/3 78/24 82/19 90/2
**though** [4] 20/1 69/16 73/21 76/4
**thought** [9] 13/8 13/14 29/7 29/25 44/17 61/22 99/10 100/5 102/3
**thoughtful** [1] 27/1
**thousand** [1] 76/14
**threatened** [1] 78/13
**three** [9] 6/4 14/6 15/15 18/15 27/7 37/12 37/14 40/4 79/2
**threw** [1] 13/17
**through** [10] 9/1 16/9 23/20 43/5 43/24 44/4 53/18 94/18 100/4 102/4
**throw** [1] 84/24
**thrown** [1] 85/25
**throws** [1] 71/4
**Thursday** [1] 96/12
**ticket** [1] 15/3
**time** [76] 3/6 6/10 10/3 10/25 11/7 11/7 11/24 12/1 12/5 12/19 13/23 14/3 14/6 15/6 15/21 17/9 20/7 20/8 26/8 26/9 26/25 27/2 27/22 34/10 34/14 35/6 35/8 36/5 36/22 37/1 37/3 37/19 38/4 38/8 38/8 38/8 40/2 42/25 43/15 44/14 44/20 45/21 57/15 60/4 61/7 62/8 64/23 65/25 67/14 72/4 72/15 74/12 76/19 79/9 79/12 79/19 80/6 82/20 83/20 87/14 87/15 88/9 97/1 98/20 99/6 99/9 99/11 100/14 100/18 100/19 100/21 100/22 101/2 103/10 106/16
**times** [12] 6/2 6/3 37/12 37/14 37/16 66/5 76/24 77/1 79/15 81/18 82/13 84/20
**today** [8] 5/16 7/1 7/24 8/4 14/20 38/10 95/13
102/5
**told** [12] 43/15 66/12 68/2 68/5 69/14 69/18 69/22 79/21 81/5 81/19 97/6 100/11
**tolerated** [1] 49/6
**too** [6] 6/11 10/4 62/6 81/1 82/14 100/18
**took** [8] 12/17 13/10 47/2 51/5 93/15 94/20 95/3 98/17
**top** [6] 50/16 51/3 51/14 61/8 89/5 89/20
**topic** [1] 62/19
**torture** [1] 46/2
**toss** [1] 35/7
**towards** [1] 28/7
**township** [1] 18/21
**toying** [1] 68/15
**track** [8] 22/21 39/12 61/15 61/18 62/2 62/5 63/10 74/16
**train** [1] 61/22
**trained** [1] 7/22
**training** [2] 41/21 41/25
**transcribed** [1] 3/12
**transcript** [8] 3/14 3/16 103/7 103/8 105/3 105/4 106/12 106/13
**transcription** [2] 3/13 106/1
**tried** [2] 36/23 61/14
**true** [13] 17/19 28/10 28/21 30/11 30/12 55/18 58/7 71/22 71/24 72/3 103/8 104/17 105/4
**Trumbull** [11] 2/20 2/20 2/20 8/7 12/1 13/4 49/7 61/11 91/18 91/19 92/4
**trust** [1] 49/15
**trustees** [1] 18/1
**truth** [10] 5/5 5/5 5/6 7/4 12/25 26/1 67/4 69/3 69/11 104/16
**try** [6] 6/21 11/10 23/6 31/4 46/2 62/17
**trying** [31] 16/16 26/23 26/23 28/18 32/9 32/11 53/17 54/10 56/16 56/18 56/21 61/13 61/17 69/4 70/18 70/25 71/1 71/5 73/16 73/18 73/20 74/14 74/15 76/7 76/10 76/24 76/25 77/11 81/25 83/3 85/15
**Tsagaris** [1] 12/4
**turn** [1] 26/24
**two** [13] 14/1 15/21 27/23 27/25 34/8 40/3 46/14 48/22 51/6 52/23 53/4 56/25 76/14
**type** [1] 60/8
**typed** [1] 101/23
**typically** [15] 19/10 23/17 25/9 25/24 26/18 31/12 32/25 35/5 41/14 41/17 47/8 57/24 67/8 81/15 81/17

**U**

**uh** [11] 6/18 36/17 48/1 52/16 69/15 70/5 71/2 71/8 82/4 91/16 93/24
**Uh-huh** [9] 36/17 48/1 52/16 69/15 70/5 71/2 82/4 91/16 93/24
**uh-huhs** [1] 6/18
**uhs** [1] 6/18
**ultimately** [1] 96/22
**uncle** [2] 11/25 12/7
**under** [6] 6/12 6/12 12/6 62/10 80/16 95/13
**understand** [7] 7/2 7/9 21/7 60/24 63/12 63/13 89/3
**understanding** [6] 74/22 75/6 79/20 99/19 100/20 106/11
**unexpired** [2] 13/13 13/25
**unfinished** [1] 12/22
**unfortunately** [6] 10/11 10/24 13/3 25/20 30/14 37/7
**unheard** [1] 33/10
**unilaterally** [2] 34/2 34/3
**uninterrupted** [1] 67/8
**UNITED** [2] 1/1 1/20
**Unless** [3] 38/16 48/7 100/23
**unquote** [1] 62/2
**until** [5] 7/14 11/1 26/19 44/3 51/17
**untrue** [6] 25/25 28/9 29/13 29/16 51/5 54/4
**up** [27] 10/21 13/1 13/19 15/6 28/12 28/23 29/8 37/19 44/5 48/24 51/17 52/10 54/24 57/10 58/3 63/22 63/25 77/22 89/20 89/21 92/9 94/4 94/15 95/20 95/22 99/23 100/3
**update** [3] 6/8 33/7 33/8
**updates** [1] 33/4
**upon** [3] 28/11 28/22 30/18
**us** [2] 56/16 61/14
**usage** [2] 89/2 89/3
**use** [9] 3/12 17/11 23/18 24/6 24/18 40/9 40/10 46/3 82/5
**used** [8] 1/17 25/17 33/3 33/5 33/6 33/7 33/9 82/12
**using** [1] 41/7
**usually** [6] 20/11 26/21 30/2 41/1 82/20 88/9

**V**

**vacuum** [1] 75/14
**verbally** [1] 84/25
**versus** [1] 92/12
**very** [5] 14/19 14/20 26/25 51/2 76/13
**vet** [1] 84/6
**victim** [1] 82/20
**Victor** [1] 91/12
**video** [2] 68/18 96/17

**View** [1] 2/16
**viewpoint** [4] 28/3 65/13 65/16 65/17
**Vigluicci** [2] 91/13 91/14
**village** [1] 87/23
**Vivoda** [2] 40/21 87/8
**Vivoda-Klotz** [2] 40/21 87/8
**voice** [1] 89/2
**vote** [14] 18/1 19/18 20/23 21/5 21/11 21/15 22/1 22/8 22/11 23/10 23/10 33/25 34/18 35/3
**vote's** [1] 38/2
**voted** [3] 36/8 36/12 37/3
**votes** [1] 25/14
**voting** [1] 37/17
**VS** [2] 1/9 106/8

**W**

**wait** [1] 26/19
**waived** [3] 3/15 102/7 106/15
**Walton** [2] 2/23 106/6
**want** [29] 17/14 23/8 31/13 34/5 35/3 37/3 39/9 44/2 44/22 45/25 46/2 47/1 47/6 48/21 52/10 52/13 53/24 56/17 59/18 60/7 60/11 66/1 72/10 89/7 90/4 96/19 100/3 101/1 101/9
**wanted** [9] 44/16 53/16 60/7 64/12 66/6 74/5 74/8 95/21 96/6
**wants** [5] 20/21 47/8 62/1 62/2 65/9
**warning** [2] 81/6 81/10
**warrants** [1] 19/18
**Warren** [6] 11/9 11/9 11/18 85/23 86/4 92/11
**wasn't** [35] 8/16 12/4 12/6 12/24 13/22 15/11 31/18 32/16 33/14 34/20 36/24 37/18 40/2 41/15 44/3 46/23 46/25 60/9 64/9 70/21 71/3 71/7 71/22 71/24 73/10 73/13 73/15 79/25 83/4 86/7 86/9 86/10 86/14 91/9 93/17
**wasting** [1] 38/3
**watched** [2] 78/23 81/19
**watching** [1] 82/5
**Watkins** [1] 91/10
**way** [12] 9/9 27/14 31/7 32/18 43/11 43/14 43/14 43/21 44/1 56/6 77/14 81/9
**we'll** [2] 97/9 101/24
**we're** [14] 6/21 22/25 38/2 38/3 46/3 59/21 62/20 65/20 73/11 75/5 76/5 81/25 86/22 88/23
**we've** [3] 35/22 51/19 77/13
**week** [6] 37/9 37/9 37/9 37/17 37/18 37/18

**weeks** [1] 55/13
**weigh** [1] 45/8
**weird** [1] 100/5
**welcome** [1] 39/7
**went** [6] 10/21 10/25 44/1 44/7 84/5 84/7
**were** [51] 9/9 11/12 11/13 12/11 13/15 13/17 13/21 14/5 14/7 15/6 15/15 24/5 24/15 27/7 37/9 37/17 38/5 41/16 44/20 50/21 50/22 53/14 53/16 54/11 57/4 57/10 63/5 64/16 64/16 66/14 68/5 72/4 72/5 75/7 76/13 80/4 81/12 82/18 86/7 93/6 93/15 94/2 94/3 94/7 94/24 95/8 96/9 96/14 96/18 97/1 99/13
**weren't** [4] 33/12 37/10 95/20 100/22
**Westfall** [1] 2/15
**what** [106] 7/4 7/23 9/24 10/1 11/21 14/10 16/2 16/14 19/8 21/22 23/14 23/15 23/17 23/18 24/9 25/4 25/7 29/10 31/23 32/7 34/16 35/22 37/7 38/22 39/6 39/11 41/15 42/11 42/13 49/22 49/25 55/3 56/18 57/14 57/16 58/10 59/19 61/24 64/11 64/12 64/14 64/25 65/1 65/8 65/21 66/22 66/24 69/2 69/14 69/16 69/18 69/22 69/23 70/14 70/19 70/20 71/1 71/16 71/19 72/19 72/19 72/22 73/1 73/19 73/21 73/24 73/25 74/24 76/25 77/10 78/17 78/21 81/16 81/19 82/1 82/24 83/1 83/5 83/21 84/7 84/22 85/4 85/9 85/10 85/21 86/18 86/23 87/4 90/12 90/15 91/6 93/5 93/9 93/12 93/15 95/1 95/22 96/9 97/6 98/11 99/13 99/15 99/21 101/4 101/6 101/14
**what's** [15] 9/15 30/19 39/23 41/13 45/17 66/18 66/21 70/22 72/14 75/22 77/3 77/4 80/11 84/15 102/22
**whatever** [6] 20/21 39/1 78/1 93/7 94/23 96/22
**whatsoever** [1] 45/2
**WHEREUPON** [5] 5/1 60/22 38/14 89/14 97/12
**whether** [9] 42/3 45/9 50/23 60/23 61/1 62/14 73/8 73/9 90/2
**which** [7] 10/22 18/8 24/11 29/19 50/4 77/13 77/20
**while** [2] 13/2 29/22
**who** [10] 13/3 14/16 14/19 14/20 20/15 79/25

**W**

**who... [4]**  85/16 85/24 86/1 100/12
**who's [5]**  42/6 59/25 64/1 64/1 87/20
**whole [6]**  5/5 25/2 30/15 40/2 88/3 97/5
**whose [1]**  39/18
**wife [1]**  16/13
**will [5]**  3/15 28/9 77/20 106/11 106/15
**wish [1]**  16/12
**within [3]**  3/11 41/24 106/14
**without [4]**  7/24 18/25 34/8 64/7
**witness [4]**  3/16 5/3 104/16 105/3
**witness's [1]**  3/13
**Wix [1]**  2/14
**woman [1]**  9/4
**won [2]**  15/20 16/17
**won't [1]**  6/10
**wonky [1]**  7/8
**word [4]**  6/14 82/5 94/10 102/1
**words [5]**  37/13 73/22 74/5 74/7 75/16
**work [9]**  9/15 10/22 40/24 40/25 47/20 48/6 94/22 95/10 96/18
**works [1]**  9/6
**world [1]**  64/24
**worth [1]**  34/4
**wouldn't [6]**  22/14 47/18 54/20 63/5 66/1 85/7
**writing [1]**  74/23
**written [4]**  6/14 22/1 22/8 92/18
**wrong [8]**  9/21 19/1 38/14 81/13 84/15 84/16 84/18 92/7

**Y**

**yeah [64]**  6/3 9/13 9/14 10/10 10/16 11/11 11/17 12/9 13/10 13/12 14/21 15/4 15/8 16/21 18/23 19/4 22/20 24/8 24/24 26/5 29/2 37/23 39/22 40/15 40/20 40/23 41/7 41/10 41/11 41/17 42/5 43/4 44/2 44/8 44/21 45/23 46/12 46/12 46/13 47/23 47/24 56/2 56/3 56/24 57/1 57/24 59/20 60/2 61/21 72/1 72/23 74/9 76/16 81/23 82/15 82/21 86/14 86/25 87/5 87/15 88/3 90/19 94/10 99/21
**year [3]**  9/24 23/23 68/23
**years [6]**  8/8 9/12 16/10 26/24 40/3 40/4
**yelling [1]**  79/7
**Yep [1]**  49/5
**Yesterday [1]**  92/13
**yet [2]**  65/6 96/14

**Yosowitz [3]**  2/15 4/8 106/23
**you'll [2]**  75/4 102/4
**you're [79]**  5/16 6/12 7/5 7/13 7/13 8/14 8/23 8/23 12/2 12/12 18/24 18/25 19/6 19/11 19/22 21/25 23/3 23/4 25/5 27/3 28/6 32/5 32/19 34/23 35/6 36/14 38/8 39/7 41/18 48/8 50/15 50/15 51/24 52/12 55/2 55/5 57/5 57/5 57/16 58/10 59/16 59/19 61/15 65/12 65/21 66/18 66/23 66/24 67/1 67/3 67/12 67/21 70/14 72/24 73/14 73/16 74/17 77/7 77/12 77/15 77/24 79/22 80/13 83/18 83/18 84/10 87/14 90/22 91/24 92/25 93/1 94/14 94/20 96/19 97/13 98/21 99/21 101/8 101/18
**you've [2]**  67/1 88/15
**young [1]**  12/7
**younger [1]**  100/12
**Youngstown [2]**  2/10 106/2
**yourself [2]**  24/21 83/8