```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF OHIO

 3                    EASTERN DIVISION

 4

 5               DEPOSITION OF ROBERT ROSS

 6

 7   NIKI FRENCHKO,                )
                                   )
 8                                 )          Case No.
                  Plaintiff,       )
 9                                 )        4:23 CV 00781
     VS.                           )
10                                 )
                                   )
11   PAUL MONROE, ET AL.           )
                                   )
12                                 )
                  Defendants.      )
13

14

15       Deposition taken in the above-entitled cause, pursuant

16   to Agreement before Jodie L. Algarin, a Notary Public for

17   the State of Ohio, on September 13, 2023, to be used

18   pursuant to the Rules of Civil Procedure or by agreement

19   of counsel in the aforesaid cause of action, pending in

20   the United States District Court for the Northern District

21   of Ohio, Eastern Division.

22

23

24

25
```

```
 1    APPEARANCES OF COUNSEL

 2

 3    On Behalf of Plaintiff:

 4        Matt Miller-Novak, Esquire
          Barron, Peck, Bennie & Schlemmer Co., LPA
 5        3074 Madison Road
          Cincinnati, Ohio  45209
 6        (513) 721-1350
          mmn@bpbslaw.com
 7

 8        David J. Betras, Esquire
          Betras, Kopp & Markota
 9        6630 Seville Drive
          Youngstown, Ohio  44406
10        (330) 746-8484
          dbetras@bkmlaws.com
11

12

13    On Behalf of Defendants Harold Wix and Robert Ross:

14        Andrew N. Yosowitz, Esquire
          Teetor Westfall
15        200 E. Campus View Boulevard, Suite 200
          Columbus, Ohio  43235
16        (614) 412-4000
          ayosowitz@tettorlaw.com
17

18

19    On Behalf of Defendants Sheriff Paul Monroe, Trumbull
      County, Trumbull County Board of Commissioners, Trumbull
20    County Sheriff's Office, Mauro Cantalamessa and Frank
      Fuda:
21
          Helen K. Sudhoff, Esquire
22        Fishel Downey Albrecht & Riepenhoff, LLP
          7775 Walton Parkway, Suite 200
23        New Albany, Ohio  43054
          (614) 221-1216
24        hsudhoff@fisheldowney.com

25
```

```
 1                        STIPULATIONS

 2

 3

 4        It is stipulated and agreed by and between counsel

 5   for the parties hereto that this deposition may be taken

 6   at this time, 9:07 a.m., September 13, 2023, at the

 7   offices of Atty. David Betras, 6630 Seville Drive,

 8   Canfield, Ohio.

 9        It is further stipulated and agreed by and between

10   counsel that the deposition may be taken in shorthand by

11   Jodie L. Algarin, a Notary Public within and for the State

12   of Ohio, and may be by her transcribed with the use of

13   computer-assisted transcription; that the witness's

14   signature to the finished transcript of his deposition is

15   not waived; and that the deposition will be available for

16   the witness to read and sign the finished transcript of

17   his deposition.

18

19

20

21

22

23

24

25
```

```
 1                          INDEX

 2

 3   CROSS EXAMINATION BY MR. MILLER-NOVAK -  PAGE 5

 4   CROSS EXAMINATION BY MS. SUDHOFF -  PAGE 120

 5   RECROSS EXAMINATION BY MR. MILLER-NOVAK -  PAGE 121

 6

 7

 8   OBJECTIONS:

 9   BY MR. YOSOWITZ - PAGE(S) 31, 34, 52, 56, 57, 61, 68, 79,

10   84

11

12   PLAINTIFF'S EXHIBITS:

13   EXHIBIT 1 - PAGE 36

14   EXHIBIT 2 - PAGE 71

15   EXHIBIT 3 - PAGE 92

16   EXHIBIT 4 - PAGE 108

17   EXHIBIT 5 - PAGE 114

18

19

20

21

22

23

24

25
```

```
 1                    WHEREUPON,
 2                    ROBERT ROSS,
 3                    Called as a witness, having been first
 4                    duly sworn by the Notary Public to testify
 5                    the truth, the whole truth and nothing but
 6                    the truth, was examined and testified as
 7                    follows:
 8      CROSS EXAMINATION
 9      BY MR. MILLER-NOVAK:
10      Q.           All right, Mr. Ross?
11      A.           Yes, sir.
12      Q.           How you doing today?
13      A.           Good.  You?
14      Q.           I'm all right.  So little tough to have a
15      road show, traveling circus here.  So can you state your
16      full name for the record, please?
17      A.           Sure.  It's Robert Ross.
18      Q.           Robert Ross?
19      A.           Yes, sir.
20      Q.           Okay.
21      A.           It's Robert L. Ross, Jr.  I don't know if
22      that makes a difference.  I'm a junior.
23      Q.           Sure.  Don't need to be that specific.  And
24      how would you like me to refer to you today?  I don't mind
25      calling you Mr. Ross, Deputy Ross.
```

```
1    A.          Bobby.

2    Q.          Bobby?

3    A.          Uh-huh.

4    Q.          Okay.  If you have any questions for me,

5    just call me Matt.

6    A.          Okay.  Yes, sir.

7    Q.          We'll do first-name basis then today.

8    A.          I'm fine with that.  That's good.

9    Q.          Okay.  Have you ever been deposed before?

10   A.          No.  First time.

11   Q.          Great.  I love it when I'm people's first

12   deposition, so that way everyone will be better after

13   this.

14   A.          Okay.

15   Q.          So I'm just going to go through some ground

16   rules with you.

17   A.          Okay.

18   Q.          Okay.  Obviously you understand you're under

19   oath today?

20   A.          Yes, sir.

21   Q.          And you understand that that woman's a court

22   reporter, right?

23   A.          Yes.

24   Q.          And she's typing everything we say today.

25   A.          Okay.
```

```
1   Q.          And most of what I'm about to tell you is
2   because of that.
3   A.          Okay.
4   Q.          All right?
5   A.          Yes, sir.
6   Q.          So the first thing, because she is typing
7   and it's all words, you know, when you give your
8   responses, they need to be kind of full yeses and full
9   nos.  We don't do uh-huhs and huh-uhs, because she could
10  get it wrong, okay?
11  A.          Gotcha.  Yes, sir.
12  Q.          And yes, sir is perfect, but you don't have
13  to call me sir if you don't want to.  I understand your
14  training and all.
15      And the other issue is we've got to try not to
16  interrupt one another, because that can kind of confuse
17  the record.
18  A.          Okay.
19  Q.          Okay.
20              MR. BETRAS:  If it gets hot in here --
21              THE WITNESS:  It is hot in here.
22              MR. BETRAS:  Keep going.
23  A.          I thought maybe this was a tactic.  You're
24  over here have me sweating.  It's okay.
25  Q.          You have a little extra baggage there under
```

1    your shirt, too.

2    A.          Yeah.

3    Q.          So because of that, just allow me to finish

4    my question before you answer.  Sometimes it's natural

5    human behavior, we think we know what the question's going

6    to be and we tend to blurt out the answer first.  And I'm

7    going to try to let you finish your answer.  We're both

8    going to fail a little bit today.  That's okay; it's

9    natural.  We'll do our best, all right?

10   A.          Yes, sir.

11   Q.          The other thing is this is not -- you know,

12   obviously you're here by legal obligation, but at the same

13   point in time, if you need a break for any reason, that's

14   fine; just let me know.

15   A.          Okay.

16   Q.          The only thing I ask is that if I have a

17   question on the table, you answer it before you take a

18   break.  Is that all right?

19   A.          Yes, sir.

20   Q.          Okay.  And then I'm going to ask the next

21   question, and don't feel the need to tell me what it would

22   be -- I don't care about your medical business -- but are

23   you on any kind of medication today that would make your

24   ability to recall things clouded?

25   A.          No.

```
1   Q.          Okay.  I'm assuming not because it looks
2   like you're somewhat on duty there.
3   A.          I am.
4   Q.          Great.  Do you have any questions for me
5   right now?
6   A.          No, sir.
7   Q.          All right.  Great.  Then we'll kind of get
8   going on what we're doing here today.
9               MR. BETRAS:  This will help circulate the
10  air.
11  Q.          So how long have you been a deputy?
12  A.          I started at the sheriff's office in 2006.
13  I worked in the jail until December of 2008, and that's
14  when I became a deputy was December 23rd, 2008.
15  Q.          Okay.
16  A.          So --
17  Q.          So you said you worked in the jail until
18  2008?
19  A.          Yes.  I've been at the sheriff's office
20  for almost -- well, 17 years now.
21  Q.          Okay.
22  A.          The jail's part of the sheriff's office,
23  but it's not -- you're not a deputy, corrections
24  officer.  You're a civilian employee.
25  Q.          Okay.  But you're technically employed
```

1    underneath the sheriff's department?

2    A.          Yes.

3    Q.          But I guess you don't have the authority of

4    law in the sense of other than managing affairs in the

5    jail; is that --

6    A.          Correct.

7    Q.          Okay.  So you understand the jail and jail

8    operations, but your -- I guess your police authority kind

9    of stops at the door?

10   A.          Correct.

11   Q.          As soon as you get in your Chevy and drive

12   home, that's it.  You're just a normal average Joe like

13   everybody else?

14   A.          That's correct.

15   Q.          Okay.  So you said you moved from doing the

16   jail work to like full on --

17   A.          Full-time deputy, 2008, yes.

18   Q.          Okay.  Watch a little bit because you kind

19   of caught my question at the end there, all right?  So

20   we'll try to slow down a little bit.  So 2008.  So what

21   did you do -- what was your first assignment as a

22   full-fledged deputy in 2008?

23   A.          Patrol deputy.

24   Q.          Are you still a patrol deputy?

25   A.          I am not.

```
 1    Q.            What are you now?

 2    A.            I am a sergeant.  I supervise the civil

 3    division.

 4    Q.            Okay.  When did you make that jump?

 5    A.            2016.

 6    Q.            Okay.

 7    A.            2016.

 8    Q.            Okay.  So what were your duties as a patrol

 9    deputy?

10    A.            Basic police functions, patrol, respond to

11    calls as called in by the public, enforce traffic

12    violations, traffic rules, handle crashes, basic police

13    duties.

14    Q.            Okay.  What are your duties currently?

15    A.            Right now I supervise the civil division,

16    which the civil division is -- we manage paper service,

17    warrants, building security, courthouse security,

18    transportation of prisoners.

19    Q.            Okay.  Kind of similar to like a federal

20    marshal, I guess, in a sense maybe?

21    A.            I guess.  I don't know.

22    Q.            Okay.  What is your normal detail?  Like,

23    where are you currently located or most often what are you

24    doing?

25    A.            Most often the day consists of --
```

1  sometimes I'm at the office, the sheriff's office, 150

2  High Street.  I could be assisting at court making sure

3  everything's running smoothly, serving papers.

4  Sometimes we'll go serve warrants.

5  Q.          Okay.  By the way, another rule I forgot --

6  A.          Okay.

7  Q.          -- if you don't understand my question,

8  because I kind of make a lot of them up as I go here a

9  little bit --

10  A.          Okay.

11  Q.          -- and they're not always perfect, don't be

12  afraid to ask me for clarification.

13  A.          Yes, sir.

14  Q.          That question kind of stunk.  You did okay,

15  but it wasn't the best question I've ever asked.  You

16  rolled with it well.

17  A.          I tried.

18  Q.          But if you're ever confused, let me know,

19  okay?

20  A.          Okay.

21  Q.          So I want to talk to you kind of a little

22  bit about your training.

23  A.          Yes.

24  Q.          So how did you become trained to be a

25  deputy?

```
 1    A.              I went to MTC Police Academy in 2002.
 2    Q.              Okay.
 3    A.              Graduated -- well, it was 2002/2003.
 4    Q.              Okay.  Well, in case you haven't heard, I'm
 5    kind of a college nerd, so I have no idea what that means.
 6    A.              It's basic police academy.  That's it.
 7    Q.              So is there classroom studies involved in
 8    that?
 9    A.              Yes.
10    Q.              And do you learn about laws in those
11    classroom studies?
12    A.              Yes.  There's a section where you learn
13    about laws.
14    Q.              Okay.  How does that operate?  Do you get
15    tests?  You look like you didn't understand the question.
16    A.              Yeah.  I don't understand.  So they would
17    come in, teach you, go over maybe laws, and then there's
18    one final test at the end of the academy, so that's it.
19    Q.              Kind of like a bar exam for deputies?
20    A.              Probably way low, yeah.
21    Q.              Yeah.  So --
22    A.              Not close.  About, but yeah.
23    Q.              That's neat.  So when you learn about laws,
24    do you -- obviously you're learning about criminal law,
25    correct?
```

```
 1    A.              Yes.
 2    Q.              And then I'm guessing you're kind of
 3    learning about Ohio statutes; is that correct?
 4    A.              Yes.
 5    Q.              And it's probably not every single statute,
 6    but it's probably some, correct?
 7    A.              From what I can recall, yes.
 8    Q.              Okay.  Did you learn the difference between
 9    like mens rea and actus reus?  Do you know what I'm
10    talking about?
11    A.              I don't.  I don't recall.
12    Q.              Okay.
13    A.              I'm sorry.
14    Q.              Did you learn or do you understand now that
15    criminal laws tend to have like a mental state that's
16    required?
17    A.              I guess can you -- can you explain that?
18    Q.              Sure, yeah.  So like the difference between,
19    let's say, an intentional homicide and a negligent
20    homicide, for instance.
21    A.              Okay.
22    Q.              Right.  Did you learn there's a difference
23    between intentionally killing someone and involuntary
24    manslaughter?
25    A.              Yes.
```

1   Q.          So you kind of understand that, you know, a

2   difference to have the purpose of doing something as

3   opposed to accidentally doing something?

4   A.          Okay, yes.

5   Q.          Okay.  So would you agree if I said that

6   there's a difference between purposely hitting somebody

7   with your car, I guess would be kind of like vehicular

8   assault; would that be correct?

9   A.          Yes.

10  Q.          So the difference between that -- and let's

11  say the person died.  So you're driving a car and they owe

12  you 50 bucks and you're mad and you swerve off the road

13  and you intentionally hit that person, that would be

14  vehicular assault, correct?

15  A.          I would think so.

16  Q.          And you would think that if that person died

17  it might be like an intentional homicide, correct?

18  A.          I believe so, yes.

19  Q.          Let's say, by contrast, you're driving

20  recklessly and you accidentally hit somebody.  That would

21  not be a purposeful crime.  That might be a negligent

22  crime, correct?

23  A.          I believe so, yes.

24  Q.          Okay.  So when you're trained in laws in the

25  academy -- is it fair if I just call it the academy?

```
 1   A.           Yes.

 2   Q.           Did you learn anything about public meetings

 3   laws?

 4   A.           I don't remember.  That was many years

 5   ago.

 6   Q.           So if you did, you just don't recall?

 7   A.           Correct.

 8   Q.           And you've been a deputy for a fair amount

 9   of time?

10   A.           Yes, sir.

11   Q.           So I'm assuming you made a number of arrests

12   in your career?

13   A.           Yes, sir.

14   Q.           Prior to July 7th, 2022, have you ever

15   arrested anybody at a public meeting?

16   A.           I don't believe so.

17   Q.           Have you ever worked in a public meeting

18   prior to July 7th, 2022?

19   A.           Yes, sir.

20                    (Off the record.)

21   Q.           So do you have any idea how many arrests

22   you've had in your career?

23   A.           No, sir.

24   Q.           Probably a pretty significant amount,

25   correct?
```

```
1    A.          I would say.

2    Q.          Do you think at least one per week?

3    A.          Safe to say.

4    Q.          Okay.  And there's 52 weeks in a year?

5    A.          Yeah.

6    Q.          So probably several hundred arrests, then,

7    correct?

8    A.          Probably.

9    Q.          Okay.  What type of crimes, typically, or

10   what most frequently do you seem to arrest people for?

11   A.          Off the top of my head, domestic violence.

12   Q.          Yeah.

13   A.          Usually domestic violence.  I mean, we

14   would -- we would go arrest people with warrants that

15   were court ordered.  OVI arrests.  I don't know.

16   Q.          Let's take OVI for a second.

17   A.          Okay.

18   Q.          So when you arrest someone for an OVI, how

19   familiar are you with OVI laws?

20   A.          It's been a little bit since I've been on

21   road patrol, but I'm a little bit familiar with it

22   still.

23   Q.          Okay.  Well, generally speaking, when

24   someone's kind of swerving their car, maybe that leads to

25   probable cause to pull them over, right?
```

```
 1    A.            If you have a lane violation, correct.

 2    Q.            And then come to the car and then maybe you

 3    notice some behaviors that may lead you to suspect that

 4    person may be drinking, correct?

 5    A.            Yes.

 6    Q.            Okay.  And then you can ask them to do a

 7    line test, right?

 8    A.            Yes.  There's a series of tests.

 9    Q.            I think one with the pen, right?

10    A.            Yeah.

11    Q.            And then --

12    A.            HGN, yeah.

13    Q.            Yeah, yeah.  About watching the people's

14    jitter or something.  I don't know.  I don't practice that

15    area of law.  Read it in a book once.  So and then you

16    might do the alphabet backwards, right?

17    A.            We don't do that one, no.

18    Q.            I can't do it sober, so I'm glad you

19    stopped.  So you go through a series -- a process,

20    right --

21    A.            Yes.

22    Q.            -- that you've been trained to do; is that

23    correct?

24    A.            Correct.

25    Q.            Okay.  And then if you suspect further, then
```

1    you might maybe ask a person to take a BAC; would that be

2    correct?

3    A.          Yes.

4    Q.          And they may agree to that or they may

5    refuse, right?

6    A.          Yes.

7    Q.          And if they agree, then you would administer

8    that and you would act according to the results, correct?

9    A.          Correct.

10   Q.          And if they refuse, then there's a

11   completely different procedure that you would handle in

12   that regard, correct?

13   A.          Correct.

14   Q.          Right.  And so when you're on the road and

15   you're enforcing OVI laws, it's because -- and you know

16   all these things.  It sounds like you're very familiar

17   with them.  You know them because you've been trained on

18   those laws, correct?

19   A.          Correct.

20   Q.          So you know when you're on the road and you

21   suspect an OVI, you have training that you could apply to

22   that particular situation?

23   A.          Yes.

24   Q.          And you would agree that that training makes

25   you more effective at handling that situation, correct?

```
 1    A.            I would believe so, yes.
 2    Q.            Right.  So if you were doing something like,
 3    I don't know -- you're not trained to do SWAT, right?
 4    A.            I am not.
 5    Q.            So if you were called on a Thursday randomly
 6    and asked to go do a SWAT task, do you think that that
 7    would be a wise decision?
 8    A.            No.  We've assisted SWAT, and there's some
 9    things that I have been trained to do that I could do as
10    per -- you know, perimeter, but as for certain functions
11    that they do, no.
12    Q.            Okay.  Because when an officer or deputy, I
13    guess -- I use the word deputy.  Trying to use the right
14    language.
15    A.            It's fine.
16    Q.            But when deputies are doing certain tasks,
17    that's why there's different responsibilities in the
18    department, correct?
19    A.            Yes.
20    Q.            Certain people are trained to do certain
21    things?
22    A.            Yes.
23    Q.            Okay.  And it could be in some situations
24    probably dangerous for a deputy who's not trained in a
25    very specific task to do that task, correct?
```

```
 1    A.           Yes.

 2    Q.           So have you ever been trained in managing or

 3    overseeing public meetings?

 4    A.           Not that I recall.

 5    Q.           Okay.  I want to kind of change gears here

 6    for a second.  I want to talk to you a little bit about

 7    cell phone usage in the department.  Is that okay?

 8    A.           Yes, sir.

 9    Q.           Okay.  So do you recall what model cell

10    phone you had during July of 2022?

11    A.           I believe it was an iPhone 13 Pro.

12    Q.           Okay.  As opposed to the amateur?

13    A.           As opposed to the amateur.

14    Q.           Okay.  Did you buy that phone yourself?

15    A.           I did not pay for it outright.  I make

16    payments to the carrier service, but, yes.

17    Q.           Okay.

18    A.           It's my personal phone, yes.

19    Q.           Okay.

20    A.           You're asking, like, did the department

21    issue it?

22    Q.           I mean, I told you I wouldn't always ask the

23    best questions, so --

24    A.           It's my phone, yes.

25    Q.           It's your phone?
```

```
 1   A.            That's correct.

 2   Q.            Did you pick it out?  Did you pick the model

 3   out?

 4   A.            I did.

 5   Q.            Okay.  So did you do any shopping when you

 6   did that?

 7   A.            Comparing.

 8   Q.            Comparing?

 9   A.            Yes.

10   Q.            Okay.  What did you compare it against?

11   A.            Probably the other models at the time, the

12   iPhone 13 versus the 13 Pro.

13   Q.            Okay.  So you're an iPhone dude.  You

14   weren't going to buy a Samsung.  You were just looking

15   between the different iPhones?

16   A.            That's correct.

17   Q.            Have you had iPhones prior to the iPhone 13?

18   A.            Yes.

19   Q.            Because you kind of get stuck in iPhone

20   world when you own one, right?

21   A.            Yeah, I would agree with that.

22   Q.            Yeah, I'm stuck in the Samsung world.  So we

23   all have our crosses to bear, I guess, in that world.  So

24   you had an iPhone 13; and you know what, you answered my

25   next question.  So the county doesn't pay for it?
```

```
1    A.          Correct.

2    Q.          So all the deputies' devices they provide

3    for themselves?

4    A.          I don't believe so.

5    Q.          Okay.  So some people might have

6    county-provided phones?

7    A.          Yes.

8    Q.          You don't?

9    A.          Yes.

10   Q.          Should talk to your union about that.

11   A.          I know.

12   Q.          All right.  So you have to pay for your own

13   phone and your own monthly payment?

14   A.          We did at one time.  We were issued cell

15   phones, and they were flip phones, and they were a pain

16   in the butt.

17   Q.          But now you're paying for your own phone?

18   A.          Correct.  They took those back from us and

19   now we use our own phones.

20   Q.          You don't get a stipend or anything?

21   A.          No, sir.

22   Q.          And then there's something like in your

23   Interrogatories, or maybe your counsel just told me.  Like

24   I know it's through AT&T, but it's like some first

25   something?
```

```
 1    A.            Yeah.

 2    Q.            Go ahead.

 3    A.            FirstNet?

 4    Q.            Yeah.  Is that something that's specifically

 5    aimed at police and fire, some kind of service or

 6    something?

 7    A.            Yes.

 8    Q.            Okay.  Is it like a discounted service that

 9    AT&T offers, do you think?

10    A.            I think so, yes.

11    Q.            Okay.

12    A.            There's supposed to be benefits to it if

13    there's mass incidents where it will push through where

14    first responders will be able to communicate if the

15    lines get bogged down.

16    Q.            Okay.

17    A.            If towers get bogged down, first

18    responders are still supposed to be able to communicate.

19    Whether it works or not, I don't know.

20    Q.            So it's like some kind of priority system?

21    A.            Correct.

22    Q.            That's interesting.  I'm assuming right now

23    I'm looking, and you got like a radio on your chest,

24    right?

25    A.            That's correct.
```

1   Q.              Right.  And probably your procedure is when

2   you use that to keep chatter down?

3   A.              We try to.

4   Q.              Someone breaks the rules all the time,

5   right?  But typically speaking, you're not supposed to

6   flood the channels, right?

7   A.              Correct.

8   Q.              And you're not really supposed to be talking

9   about sharing stories and things like that over the radio?

10  A.              That's correct.

11  Q.              Supposed to kind of say there's an event

12  happening, reporting the event and keeping your words

13  somewhat clean and simple, correct?

14  A.              Supposed to, yes.

15  Q.              Yeah.  You're probably -- I'm sure

16  occasionally someone tells a joke, right?

17  A.              No.

18  Q.              No?

19  A.              Not recently, no.

20  Q.              Okay.  But you're not really telling

21  long-winded stories on that radio?

22  A.              Correct.  You're not supposed to, correct.

23  Q.              Right.  So if you're going to have a more

24  thorough conversation, you're probably often using your

25  cell phone?

```
1    A.          That's correct.

2    Q.          And part of your communication with other

3    deputies with your cell phone would include text messages,

4    correct?

5    A.          Correct.

6    Q.          How often do you think you text message

7    other deputies?

8    A.          Several times a day.  On duty and off

9    duty, so --

10   Q.          So when you're texting -- so sometimes when

11   you text other deputies it's work-related, correct?

12   A.          Correct.

13   Q.          I'm going to represent to you that I also

14   practice employment law, so no -- I've represented some

15   officers in my day, and I'm going to ask a couple

16   questions; feel free to give me whatever answer you want,

17   of course, but I understand that, typically speaking,

18   deputies and police officers are somewhat of a familiar --

19   kind of a family unit to some degree; would you agree with

20   that statement?

21   A.          Somewhat, yeah.

22   Q.          So you guys -- you know, you share a lot of

23   stories, correct?

24   A.          Somewhat, I would say.

25   Q.          Yeah.  Would it be safe to say that if, you
```

1    know, something really interesting happens at work you

2    tend to kind of talk about it with your co-deputies,

3    correct?

4    A.          Sometimes.

5    Q.          Yeah.  And when certain things occur maybe

6    you're a little bit unsure about, you tend to get advice

7    from maybe more seasoned deputies or other deputies; would

8    that be safe to say?

9    A.          That would be safe to say.  I would

10   contact my supervisor if I was unsure of something.

11   Q.          Yeah.  And you're head of the civil

12   division, correct?

13   A.          Correct.

14   Q.          So sometimes people come to you for advice;

15   is that correct?

16   A.          Yes.

17   Q.          What kind of public records training have

18   you received?

19   A.          I don't recall -- I don't know.

20   Q.          Okay.  So you've never been trained by the

21   department on what materials you produce could be deemed

22   as public records or not?

23   A.          I don't know if I've never been trained.

24   I don't remember being trained.

25   Q.          But it's not -- let me ask you this:

1    Probably on a fairly regular basis you go through things

2    like sexual harassment training and discrimination

3    training in the --

4    A.          We have -- yeah.

5    Q.          Not regularly?

6    A.          I don't know about regularly, but --

7    Q.          Yeah.  Okay.  Well, the employment attorney

8    in me is eeking a little bit right now.  Okay.  So that's

9    all right.  It's not relevant to this case.  We'll ignore

10   it.  So, but you do go through some -- like some training

11   you would go through would be kind of about like your

12   police duties in the field, correct?

13   A.          Yes.

14   Q.          And then do you go through some training

15   that are kind of more about your internal

16   responsibilities?

17   A.          What do you mean internal?

18   Q.          Like office procedures, you know, things

19   like that.

20   A.          I don't recall doing the internal

21   training.

22   Q.          Okay.

23   A.          I mean, we have -- we have policies and

24   procedures, but --

25   Q.          Let's talk about those, then.  You get like

1   a book?

2   A.            Yes.

3   Q.            Okay.  And did you ever get trained on that

4   book at all?

5   A.            Yes.  We'll have -- we'll go over it and

6   sign off on policy and procedure, and that's it.

7   Q.            Okay.

8   A.            Sometimes we'll have training or a roll

9   call session to talk about it.

10  Q.            So typically get the policies, it's your

11  responsibility to review them and then report back that

12  you did review them?

13  A.            Correct.

14  Q.            Okay.  Do you know if the policy handbook

15  discusses public records retention at all?

16  A.            I don't recall.  I don't know.

17  Q.            Okay.  So you don't -- you're not saying no

18  or yes; you just don't remember?

19  A.            Yes, correct.

20  Q.            That's fair.  So you don't have any

21  knowledge how the record retention policy may relate to

22  your text messages between other deputies then?

23  A.            I do not.

24  Q.            Okay.  So you don't know whether or not

25  you're required to maintain those?

1    A.          Correct.

2    Q.          Do you know what a records retention

3    commission is?

4    A.          I do not.

5    Q.          Okay.  So I'm assuming before you delete

6    text messages, you've never submitted those text messages

7    for approval for one-time deletion from the records

8    commission?

9    A.          Nope.

10   Q.          Okay.  So earlier you said you've never

11   worked a public meeting prior to July 7th, 2022.

12   A.          I did not say that.  I said I have.

13   Q.          At Trumbull County or another place?

14   A.          Trumbull County.

15   Q.          Okay.  When was that?

16   A.          I was regularly in the commissioners'

17   meetings.

18   Q.          Okay.  To provide security?

19   A.          Yes.

20   Q.          Okay.  So you're saying that it was a

21   regular detail of yours prior to July 7th, 2022?

22   A.          Yes.

23   Q.          Okay.  How frequently during the week were

24   you at those meetings?

25   A.          Whenever they had them, which I believe is

1    once a week.

2    Q.          Okay.  Would you agree with me that during

3    that time period, probably today, that there's a lot of

4    contention among the commissioners?

5               MR. YOSOWITZ:  Objection.  Go ahead.

6    A.          What time period?

7    Q.          Let's just say spring and summer of 2022.

8    A.          That there's a lot of --

9    Q.          Contention.

10   A.          What do you mean?

11   Q.          Did you witness them argue a lot?

12   A.          I mean, I don't know if you'd call it

13   arguing.  Maybe disagreeing, yeah.  I mean -- I'd say

14   yes.

15   Q.          Okay.  Did you consider the meetings

16   functional?

17   A.          What's functional?

18   Q.          Did they seem generally and regularly

19   orderly to you?

20   A.          I don't know.  They got through them, I

21   think.  So I believe so.  I believe they functioned

22   properly, I guess.

23   Q.          Okay.  Did you hear the phrase point of

24   order said a lot during meetings?

25   A.          I've heard it said before.

```
1   Q.              Multiple times?

2   A.              By multiple commissioners.

3   Q.              Yeah.  So all the commissioners would say

4   the phrase point of order quite frequently, correct?

5   A.              I don't know about quite frequently, but

6   I've heard it before.

7   Q.              Okay.  So it's nothing unusual to hear the

8   phrase point of order in a commissioners' meeting; would

9   you agree with that?

10  A.              I don't know if it's not unusual.  I can't

11  say they used it every meeting.  Yeah, I don't remember.

12  I've heard it before.

13  Q.              Okay.  How many meetings had Wix worked

14  prior to -- how many meetings had Wix worked with you

15  prior to July 7th of 2022?

16  A.              Prior to that day, I don't believe any.

17  Q.              Okay.  Why was he there on July 7th, 2022?

18  A.              Normally Lieutenant Kaintz would work with

19  me, and I believe he had something to do that day to

20  where he asked -- I can't recall exactly how it

21  happened, but I believe Sergeant Wix was told to be

22  there.

23  Q.              Okay.  Would you agree that you have more

24  public meeting experience than Sergeant Wix?

25  A.              I don't know.
```

1    Q.            Okay.  If I were to represent to you that he

2    told me that he had never worked a public meeting at the

3    commissioners' -- in Trumbull County Commissioners'

4    meeting prior to that day, would you disagree with that

5    statement?

6    A.            If he told you that he never worked one?

7    Q.            Yes.

8    A.            If he said it, then I'm sure, yeah.

9    Q.            Okay.

10   A.            I don't recall him ever being up there.

11   Q.            Prior to July 7th, 2022, have you ever

12   witnessed any of the commissioners interrupt one another?

13   A.            I'd say yes.

14   Q.            Okay.  More than once?

15   A.            Yes.

16   Q.            Have you ever witnessed Mauro Cantalamessa

17   interrupt Niki Frenchko while she was talking?

18   A.            I don't know who interrupts who, but

19   sometimes there's a lot of back and forth, so I don't

20   know who interrupts who first.  Possible.

21   Q.            Well, I'm going to represent to you I've

22   watched way more meetings than I really would want to in

23   life necessarily.

24   A.            Probably, yeah, I'm sure.

25   Q.            Because I don't live in Trumbull County,

1    right?  So at this point I probably know more about

2    Trumbull County business than people living in Warren.

3    A.          Probably.

4    Q.          I mean, if I were to represent to you that

5    the commissioners sometimes debate fiercely and interrupt

6    one another, would you disagree with that?

7                MR. YOSOWITZ:  Objection, but go ahead.

8    A.          Would I disagree that they debate?  No.

9    Q.          Would you disagree that they get into

10   matches where they interrupt one another?

11   A.          I would not disagree with that, no.

12   Q.          Okay.  Do you know what the Robert's Rules

13   of Order are?

14   A.          I've heard of Robert's Rules of Order, but

15   I do not know what they are.

16   Q.          Yeah.  Well, if I represented to you that

17   Robert was some dude from 1876, would you have any reason

18   to disagree with that?

19   A.          I have no reason to disagree with that.

20   Q.          And they're kind of general rules of

21   parliamentary procedure.  Would you disagree with that?

22   A.          Sounds like you know what you're talking

23   about, so no.

24   Q.          Trust the guy with the tie, right?  So you

25   don't know how those work?

```
 1   A.          Correct.
 2   Q.          Okay.  When you're in meetings and the
 3   commissioners speak, do they first ask before they speak?
 4   A.          I don't know.  I feel like sometimes they
 5   do and sometimes they don't.
 6   Q.          Okay.  So sometimes when they want to say
 7   something, they just say it, correct?
 8   A.          I believe so.
 9   Q.          So on a regular basis no one says,
10   Mr. Chair, may I have the floor?
11   A.          I don't know.
12   Q.          Okay.  You okay?
13   A.          I'm good.
14               MR. MILLER-NOVAK:  Okay.  I think what I
15   want to do this week, unless you have any disagreement,
16   just kind of -- do you mind if we just kind of number
17   all the exhibits and just kind of keep those numbers?
18   Does that work for you?
19               MR. YOSOWITZ:  Just want to keep a
20   running --
21               MR. MILLER-NOVAK:  Yeah, because I'm going
22   to reuse.  I don't want to reuse every single exhibit in
23   every deposition, but certainly going to be referring
24   back to certain ones.  I have five copies.
25               MR. YOSOWITZ:  Should be okay.
```

```
 1                    MR. MILLER-NOVAK:  I think so.  David, you
 2     might lose.
 3           (Whereupon Plaintiff's Exhibit 1 was marked.)
 4                    MS. SUDHOFF:  So this is also Defendant's
 5     Exhibit A.
 6                    MR. MILLER-NOVAK:  I wasn't here for that.
 7                    MS. SUDHOFF:  I promise you.
 8                    MR. YOSOWITZ:  We'll just call this
 9     Plaintiff's 1.
10                    MR. MILLER-NOVAK:  That's fine.  Can we do
11     that?
12     Q.          Have you seen this letter before?
13     A.          No.
14     Q.          You've never seen this letter before?
15     A.          No.
16     Q.          Okay.  Are you aware that in a meeting prior
17     to July 7, 2022, that Commissioner Frenchko had made some
18     critical statements regarding the jail?
19     A.                I don't recall any statements being made,
20     no.
21     Q.          Were you aware prior to the meeting on
22     July 7th, 2022, that -- I know you said you haven't seen
23     that letter, but were you aware that Sheriff Monroe had
24     sent a letter to the commissioners?
25     A.                No, I was unaware of the letter.
```

```
 1   Q.          When's the first time you've seen that
 2   letter?
 3   A.          Right now.
 4   Q.          Okay.  So you never saw this letter prior to
 5   today?
 6   A.          No.
 7   Q.          Okay.  I'm going to hand this back to the
 8   reporter.
 9   A.          Okay.
10   Q.          Because if you steal her exhibits, it gets
11   ugly.  So did Sheriff Monroe call you the day of the
12   meeting?
13   A.          I don't --
14   Q.          July 7th.
15   A.          I do not know.  I don't recall.
16   Q.          You don't recall.  Do you recall whether or
17   not you called him?
18   A.          I don't recall.
19   Q.          Do you remember whether or not he called you
20   after the meeting?
21   A.          I don't recall if he called me after the
22   meeting or not.
23   Q.          Do you recall whether or not you called him
24   after the meeting?
25   A.          I do not recall if I called him.
```

1  Q.          So you wouldn't remember the content of any

2  conversation you had with him that day?

3  A.          I do remember speaking to him after the

4  meeting.

5  Q.          Okay.  You spoke to him after the meeting?

6  A.          Uh-huh.

7  Q.          About what?

8  A.          He came down.  We were doing our report.

9  I think he maybe walked in, may have asked what our

10 charges were.  I think we told him.  Sergeant Wix and I

11 were working on the report in our office, and I think he

12 left.  I think that was about it.  But I don't recall

13 speaking to him on the phone.  I don't know.

14 Q.          We talked about Robert's Rules a little bit

15 earlier.  Regarding filming during a public meeting, what

16 knowledge do you have regarding rules and laws related to

17 filming during public meetings?

18 A.          From what I understand, you are allowed to

19 film.  You're allowed to record.

20 Q.          Do you know if the commissioners, to the

21 best of your knowledge, ever passed any rules dictating

22 how a person may record during a meeting?

23 A.          I don't.

24 Q.          So you're not aware of any regulations

25 regarding recordings during a meeting?

```
1    A.          No, sir.
2    Q.          Do you know if the commissioners had any
3    rules about where a person can and cannot stand during a
4    meeting?
5    A.          No, I don't.
6    Q.          Do you know if the commissioners have even
7    passed specific rules of decorum that they apply during
8    their meetings?
9    A.          No.
10   Q.          Have you received any rules of decorum
11   during meetings?
12   A.          No.
13   Q.          So you said that you worked multiple
14   meetings in the past and no one's ever presented you with
15   any rules of decorum?
16   A.          Correct.
17   Q.          No one educated you on rules of decorum they
18   applied in the meetings?
19   A.          Correct.
20   Q.          Okay.  So how would you know if someone's
21   breaking them?
22   A.          If they're breaking the rules?
23   Q.          Yes.
24   A.          We were just there for security purposes.
25   Q.          Okay.  I understand that's what you're
```

```
 1   saying.
 2   A.              Yeah.  So I don't know what the rules of
 3   decorum --
 4   Q.              Uh-huh.
 5   A.              What are those?
 6   Q.              Well, I was asking you.
 7   A.              That's what I don't understand your
 8   question.  What are the rules of decorum?
 9                   MR. MILLER-NOVAK:  Okay.  If you don't
10   mind, I'll explain it to him.
11   Q.              So the rules of decorum typically are rules
12   that a government body creates that dictates how a meeting
13   functions.  That's the simplest explanation I can give
14   you, right?
15   A.              Okay.
16   Q.              Obviously things are usually a bit more
17   complex than one sentence.
18   A.              I understand.
19   Q.              But has anybody ever presented you with any
20   rules explaining the procedures and process for the
21   conduct of a meeting during a commissioners' meeting?
22   A.              No, not that I recall, I don't.
23   Q.              Okay.  So you said -- when I asked that
24   question earlier, you said something about you were only
25   there for security.
```

```
 1    A.            Yes.

 2    Q.            Okay.  What do you mean by that?

 3    A.            We were there -- we were at the meetings

 4    because the commissioners requested us to be in the

 5    meetings for security purposes, I guess in case there's

 6    an issue or if somebody violates the law.

 7    Q.            Okay.  So you were there to protect the

 8    commissioners; is that what you mean?

 9    A.            No.

10    Q.            Can you elaborate a little bit?

11    A.            Yeah.  I mean, I don't know if we're there

12    to protect the commissioners.  We were there at the

13    commissioners' request, from what I understand.  I was

14    there because my lieutenant said that we need to be up

15    in the meetings for security purposes.  As for

16    protecting the commissioners, I'm sure we were probably

17    protecting the whole room, I would say.

18    Q.            Uh-huh.

19    A.            Yeah.

20    Q.            I get your point.

21    A.            You know what I'm saying?  Like, I'm not

22    protecting just the commissioners.  I'm sure in case

23    something else happened, somebody comes in with a

24    weapon, you know what I'm saying?  I guess we're just

25    there for security purposes.
```

1    Q.          For human safety?

2    A.          For human safety, yeah.

3    Q.          So when you said that you were asked to be

4    there, who asked you?

5    A.          I believe I was told by my lieutenant --

6    my supervisor, Lieutenant Kaintz.

7    Q.          Kaintz?

8    A.          Uh-huh.

9    Q.          That the commissioners requested deputy

10   presence?

11   A.          I guess.

12   Q.          Do you know which commissioners?

13   A.          I do not.

14   Q.          Okay.

15   A.          From -- that came down from higher than --

16   probably higher than him down.

17   Q.          So kind of rolled down the chain of command?

18   A.          I would -- I hate to say it, but I would

19   assume, yes.

20   Q.          Okay.  You don't necessarily know the

21   original origin, correct?

22   A.          Correct.

23   Q.          All right.  So you weren't there to enforce

24   the commissioners' rules of decorum then?

25   A.          I don't know the commissioners' rules of

```
1    decorum, but, no, I was not there to enforce any rules.
2    Q.          Okay.  At any time did Commissioner Frenchko
3    present any risk to the human safety of people in the
4    meeting?
5    A.          Risk of human safety?  I'd say no.
6    Q.          She didn't present any signs of violence?
7    A.          No.
8    Q.          Did she brandish a deadly weapon of any
9    sort?
10   A.          Not -- no.
11   Q.          Did she threaten anybody physically during
12   that meeting?
13   A.          No.
14   Q.          Did she engage in any fighting words during
15   that meeting?
16   A.          No.
17   Q.          At any time did you think that any human
18   being was at any risk of physical harm during that
19   meeting?
20   A.          No.
21   Q.          Well, I think you know why we're here.  You
22   and Deputy Wix arrested Commissioner Frenchko, right?
23   A.          Yes.
24   Q.          You get that's the general gist of why we're
25   talking today?
```

```
 1   A.            I would assume.

 2   Q.            Okay.  What led to that arrest?

 3   A.            Going off memory, Sergeant Wix and I were

 4   in the back of the room.  From what I understand, the

 5   clerk was reading something into the record.  There was

 6   a lot of, all of a sudden, commotion, it seemed like.

 7   People were -- people were -- Commissioner Frenchko got

 8   up off of her chair, walked around to the front, and

 9   while the clerk was reading, she was out in front of her

10   and she was -- I think she was on Facebook Live with her

11   phone, and she was talking and talking over the

12   commissioner -- or over the clerk.  I'm sorry, not the

13   commissioner, over the clerk, and she kept interrupting.

14        And at one time the clerk, like, she put paper up

15   to her face and she was telling her to stop, and she

16   said, well, if you -- she said something to the effect

17   of, if you can't handle it, then you shouldn't be the

18   clerk.

19        And the clerk had to stop several times, like,

20   several times, and they -- Commissioner Frenchko was

21   talking over the clerk, and then people from -- even

22   people from the -- that were sitting out there, the

23   public, were like, will you just stop.  Will you just,

24   like, let  her -- like just stop.

25        And then she eventually went back and sat down and
```

1    continued to talk, and then I believe it was
2    Commissioner Frenchko kept saying point of order.  Point
3    of order.  She kept interrupting.  She was -- he was
4    trying to move on with the meeting.  She -- she kept
5    talking and interrupting him, and he kept saying point
6    of order.  Let's move on.  Let's move on.  And I think
7    Commissioner Cantalamessa may have even said let's move
8    on; let's continue with the meeting.
9         And she kept talking, and I think at that point in
10   time Sergeant Wix and I -- and the public was like, this
11   is ridiculous.  She just kept going and talking and
12   interrupting, and I believe that's when the decision was
13   made to remove her from the meeting.
14   Q.          Okay.  Who made that decision?
15   A.          Sergeant Wix and I were next to each
16   other, and I think we both said, we have to do
17   something.  It was just -- it was out of control.  Like,
18   they were trying to move on, she wouldn't let it.
19        So Sergeant Wix went up and asked her to step out
20   of her chair, and she really didn't comply.  She didn't
21   resist but didn't immediately comply.  Like, well,
22   what's going on?  What's going on?
23        And then I remember hearing -- I think it was
24   Commissioner Cantalamessa said, you know, you can
25   actually be removed from the meeting; and then she

```
1    eventually stood up, and then we took her back into the
2    other room away from everybody.  I don't know.  At that
3    time -- I guess I'll stop there because that's -- you
4    just asked what led to the arrest, right?
5    Q.          We'll go back and we'll talk about it.
6    A.          Yeah.
7    Q.          Thanks.  It was a thorough answer.  So you
8    could have removed her without arresting her, correct?
9    A.          We could have.  I believe so.
10   Q.          Yeah.  So at one point you said that the
11   public told her to stop?
12   A.          Yes.
13   Q.          So was the public kind of blurting that out?
14   A.          From what I remember hearing, it was
15   somebody who was next to her was like kind of
16   whispering, like, stop it.  Stop it.  Stop it.
17   Q.          Yeah.
18   A.          I wouldn't say they were blurting it out,
19   but somebody was whispering, and I think you can even
20   hear it in her video, on her Facebook Live video.  You
21   can hear that person saying stop it.
22   Q.          Yeah.
23   A.          Like kind of whispering, but not like
24   shouting, like stop it, but just like, stop it.  Come
25   on.  That's enough.  So I don't know.
```

```
1    Q.              So is the public allowed to participate in

2    meetings?

3    A.              So from what I understand, this probably

4    goes back to Robert's Rules, which I'm not aware of.  I

5    do know at the end of the meetings they allow the public

6    to have two minutes to speak maybe.  They set a timer.

7    They allow the public to speak.  They kind of regulate

8    that.  It's supposed to be on whatever, and then -- I

9    think it's two minutes.  Or is it three?  I think it's

10   two minutes maybe.  I don't know.  They let the public

11   speak at the end of the meeting.

12   Q.              But generally speaking, they're not allowed

13   to talk when it's not public participation time, correct?

14   A.              Well, not unless they're asked to.  I've

15   also seen where, like, during the meeting if you have

16   something on the agenda -- if you have something on the

17   agenda, they might call you up to talk about it.

18   Q.              Okay.  So you mentioned that Commissioner

19   Frenchko comes out and she's got a camera?

20   A.              I believe it was her phone.

21   Q.              Phone, yeah.  Camera phone.  Sorry.  They're

22   synonymous.

23   A.              Yeah, yeah.

24   Q.              Sorry.

25   A.              That's okay.
```

```
1                    MR. YOSOWITZ:  One at a time.
2                    MR. MILLER-NOVAK:  Yep.
3    Q.             I told you we were going to screw up.
4    A.             Sorry.
5    Q.             That's all right.  So -- and you mentioned
6    that Paula put a piece of paper in front of her face,
7    correct?
8    A.             I believe so, yes.
9    Q.             And she told Commissioner Frenchko to stop
10   recording her, correct?
11   A.             I don't know if she said stop recording
12   me.  She may have said stop recording me or don't record
13   me or stop or something to that effect.
14   Q.             Okay.  Do you know whether or not she has
15   the authority to order a commissioner stop recording?
16   A.             I do not know.
17   Q.             Okay.  Earlier you said that people are
18   allowed to record, correct?
19   A.             As far as I'm aware, yes.
20   Q.             And that you didn't know of any rules where
21   people could stand while they're recording?
22   A.             Correct.
23   Q.             And you don't know whether or not a clerk
24   can tell a commissioner to stop recording during a
25   meeting?
```

```
 1   A.          Correct.
 2   Q.          Is it your understanding a clerk is actually
 3   an employee of the commissioners?
 4   A.          Correct.
 5   Q.          Okay.  So typically speaking, let's just say
 6   in their order of rank, here's the commissioners, and the
 7   clerk is underneath them, correct?
 8   A.          Correct.
 9   Q.          When you talk to your superiors, do you give
10   them commands?
11   A.          No.
12   Q.          And if you gave them a command, do you think
13   they need to listen to you?
14   A.          No.
15   Q.          And if you gave them a command and they
16   didn't agree with it, do you think they can tell you that
17   they're going to do it?
18   A.          I'm sorry.  Can you repeat that?
19   Q.          If you gave a superior a command and he
20   didn't want to listen to you, do you think he has the
21   right to tell you he's not going to listen to you?
22   A.          Yes.
23   Q.          Okay.  When you said that she was
24   interrupting the clerk while the clerk was speaking --
25   A.          Yes.
```

```
 1    Q.            -- do you remember what Commissioner
 2   Frenchko was saying?
 3    A.            No, but can I check my notes real quick?
 4    Q.            We'll get to those.  I know you have a
 5   report.
 6    A.            I have a report.
 7    Q.            Let's hold off.
 8    A.            Want me to do it from memory?  I don't
 9   remember what she was saying, no.  I just remember she
10   kept interrupting and saying stuff.  I don't remember
11   what she was saying.
12    Q.            Do you recall whether or not she was
13   objecting to the agenda or mentioned the agenda at any
14   point?
15    A.            I don't.
16    Q.            Okay.  In your opinion, because you said you
17   don't understand -- or at least you don't know Robert's
18   Rules of Order, are you aware of how and when
19   commissioners are allowed to object in their own meeting?
20    A.            No.
21    Q.            Okay.  Are you aware of when they can and
22   when they cannot interrupt one another?
23    A.            No.
24    Q.            Okay.  If the meeting was being conducted by
25   commissioners and members of the public kept interrupting
```

1    the commissioners while they were talking, would you think

2    that that was wrong?

3    A.          If the meeting was --

4    Q.          That was a terrible question.  Do you want

5    me to just do it over?

6    A.          Yeah, could you?

7    Q.          That's okay.  I told you, man.  Like jazz

8    here.  I'm making some of this stuff up as we go.

9    A.          That's fine.

10   Q.          I hit a wrong note every now and then.  So

11   would you agree that members of the public -- would you

12   agree with this statement:  It's pretty clear that members

13   of the public can't blurt things out at any time during

14   the meeting?

15   A.          I believe they shouldn't.

16   Q.          Okay.  But three commissioners, it's their

17   meeting, correct?

18   A.          I guess.  I don't know.  I think one of

19   them runs the meeting.  I don't know if it's their

20   meeting.  I know it's a meeting open to the public.  I

21   don't know if it's their meeting.

22   Q.          It's a meeting for commissioner business,

23   correct?

24   A.          I would say so, yes.

25   Q.          And you've been to other meetings, and the

| | |
|---|---|
| 1 | commissioners talk about the business, correct? |
| 2 | A.        That's correct, yes. |
| 3 | Q.        And all three of them talk about their |
| 4 | business, correct? |
| 5 | A.        That's correct. |
| 6 | Q.        And sometimes -- you said it, sometimes they |
| 7 | interrupt each other, correct? |
| 8 | A.        Yes. |
| 9 | Q.        Okay.  So do you know when it's okay to |
| 10 | interrupt one another and when it's not? |
| 11 | A.        I guess as long as you're not preventing |
| 12 | the meeting from going on.  I guess they can interrupt |
| 13 | each other.  I mean, as long as you're not preventing |
| 14 | the meeting from continuing, which in this case it was. |
| 15 | I mean, they would argue and bicker back and forth, so |
| 16 | you know. |
| 17 | Q.        Okay.  So you don't know? |
| 18 |          MR. YOSOWITZ:  Objection.  Go ahead. |
| 19 | A.        What was the question?  Do I know when |
| 20 | they can -- |
| 21 | Q.        Yeah.  When is it okay to interrupt one |
| 22 | another? |
| 23 | A.        I don't know. |
| 24 | Q.        Okay.  After she -- after Paula was done or |
| 25 | during Paula's reading of the letter, had you or Wix at |

```
 1   any point warned Commissioner Frenchko about her conduct?
 2   A.          I don't think so.  I don't recall, but I
 3   don't think so.
 4   Q.          Okay.  Did you ever warn her at all before
 5   arresting her?
 6   A.          No, I don't think so.
 7   Q.          Okay.  Would you agree with this statement,
 8   that rules and laws need to be applied to people equally
 9   regardless of their viewpoints?
10   A.          Yes.
11   Q.          So when she's done -- when Paula's done
12   reading, you didn't arrest Commissioner Frenchko at that
13   time?
14   A.          No.
15   Q.          Okay.  When Commissioner Frenchko sits down
16   and she starts responding, do you remember that?
17   A.          I don't -- she was talking.  I don't know
18   what she was -- if it was responding or --
19   Q.          Okay.  You don't know whether or not she was
20   trying to respond to the allegations that Sheriff Monroe
21   had read into the record?
22   A.          No, I don't.
23   Q.          You don't?
24   A.          No.
25   Q.          So you don't know what she was saying?
```

1   A.            No.  She was just -- it was -- she was

2   trying to talk, Frank was talking over her, Frank was

3   hitting has gavel, point of order, point of order.

4   Commissioner, stop talking.  So I don't know what she

5   was talking about.

6   Q.            Well, how do you know that Frank was able to

7   pound his gavel at that time?

8   A.            Because Frank is, from what I understand,

9   the chairperson, or Frank was the Chair or -- who ran

10  the meetings, from my understanding.

11  Q.            Do you know whether or not Robert's Rules or

12  any rules of decorum actually dictate what a chair can and

13  cannot do?

14  A.            I don't know.  I'm not familiar with

15  Robert's Rules.

16  Q.            Okay.  Then how do you know when someone is

17  breaking them?

18  A.            From -- it appeared, and I believe that

19  she was breaking the law, not Robert's Rules.  She was

20  breaking the law, not Robert's Rules.  I don't know

21  about Robert's Rules, but it was preventing the meeting

22  from going on, and -- with the constant interruption,

23  so --

24  Q.            What's the law you think she broke?

25  A.            Disrupting a public meeting.

1    Q.              What does it say?

2    A.              Off memory?  Something along the lines of

3    no person shall prevent or obstruct a meeting by doing

4    anything that interferes with the due conduct of the

5    meeting, something like that.  I don't know -- I think

6    there's more there.  There's also several -- there's

7    subsections.

8    Q.              And one talks about outraging the

9    sensibilities of the group?

10   A.              Of the group, yes.  You know, see?

11   Q.              Yeah.  Okay.  Well, what subsection did you

12   arrest her on?

13   A.              I think it was A, do anything that -- I

14   think it's A or 1.  The one that prevents or -- no

15   person shall do anything to interrupt or obstruct a

16   meeting.  I don't know if it's A or 1, without looking.

17   I would have to check.

18   Q.              The police report didn't designate any of

19   that, though, did it?

20   A.              No.  I don't know.

21   Q.              Okay.  So when Mr. Wix had arrested her, did

22   you tell him the exact law that cited the conduct?

23   A.              No.

24   Q.              Did you tell him what subsection she was

25   going to be arrested under?

```
 1   A.              We didn't discuss that.
 2   Q.              Okay.  When he arrested her and approached
 3   her, he pulled her chair before telling her that she was
 4   under arrest, didn't he?
 5   A.              I don't know.
 6   Q.              His first act and interaction with her was
 7   to yank her chair, wasn't it?
 8                   MR. YOSOWITZ:  Objection.
 9   A.              I don't --
10                   MR. YOSOWITZ:  Go ahead.
11   A.              I don't know.  I don't know.  I don't know
12   what Sergeant Wix was doing or thinking at the time of
13   the arrest.  I don't know.
14   Q.              Okay.  If I were to represent to you I've
15   watched the video, and before he says anything to her he
16   yanks her chair; would you disagree with that?
17                   MR. YOSOWITZ:  Objection.  That's not what
18   the video shows, but you can answer.
19   A.              I don't know.  I don't know if he yanked
20   the chair or not.
21   Q.              You don't know whether or not he yanked her
22   chair?
23   A.              Correct.
24   Q.              Okay.  Do you think it was necessary to yank
25   her chair if he did?
```

```
 1                   MR. YOSOWITZ:  Objection.  Assumes facts
 2   not in evidence.  Go ahead.
 3   A.              I'm sorry.  Can you repeat that?
 4   Q.              Do you know whether or not -- or do you
 5   believe it was necessary to yank her chair?
 6                   MR. YOSOWITZ:  Objection.  Go ahead.
 7   A.              Necessary?  I don't know.  I don't know if
 8   he did yank her chair.  I don't know why he would have
 9   yanked the chair.  Did he tell her to stand up and she
10   didn't stand up?
11   Q.              Not here to answer questions.  I'm sorry.
12   A.              I don't know.  That's what I'm saying.  I
13   don't know.  I don't know -- I don't know what a yank
14   is.  I mean --
15   Q.              Pulled her chair.  Do you know whether or
16   not he pulled her chair?
17   A.              I think in the video that I've seen he has
18   his hand on the chair.  I don't know if he pulls it or
19   not or yanks it.  I don't know if she moved the chair
20   back like this.  I don't know.
21   Q.              Okay.
22   A.              So I don't know what he did.
23   Q.              So the commissioners were debating at that
24   time.  Is that safe to say?
25   A.              At what time?
```

```
 1   Q.              At the time of the arrest.
 2   A.              I don't think that's safe to say.  I don't
 3   think they were debating.  I think she was interrupting
 4   and preventing the meeting from going on.  I don't know
 5   if debating is the right word.
 6   Q.              They were arguing, were they not?
 7   A.              I guess if you want to consider that
 8   arguing.  Frank's telling her to be quiet, we're moving
 9   on.  She says no.  I don't know if -- I don't know if
10   Commissioner Cantalamessa was speaking.  I guess if that
11   fits under argument, then maybe.
12   Q.              So you said Mr. Cantalamessa was speaking.
13   He's not --
14   A.              I said I don't know if he was.
15   Q.              So you don't know whether or not -- earlier
16   you said that he said something about you can be removed
17   from a meeting, correct?
18   A.              That was while she was being arrested.
19   Q.              Okay.  So you don't know that at one point
20   he said, you're being disruptive.  You're talking about
21   the top law enforcement official in the county?
22   A.              I do remember hearing him say you're being
23   disruptive.
24   Q.              Okay.  And that happened before the arrest,
25   correct?
```

1    A.          I think it happened as Sergeant Wix was

2    walking up.  I could be wrong.  I'm just going off

3    memory.

4    Q.          Okay.

5    A.          I think -- I think maybe as Sergeant Wix

6    was walking up, he said, you're being disruptive, and

7    that's all I remember hearing.  I don't know if it was

8    top law enforcement agency or whatever.  I don't know.

9    But I remember hearing him say, you are being

10   disruptive, yes.

11   Q.          Okay.  So Mr. Cantalamessa's not the

12   presiding officer, right?

13   A.          As far as I'm -- as far as I understand,

14   no.

15   Q.          Okay.  So what gives him the ability to just

16   shout things out when he wants to?

17   A.          They were all -- I don't know.

18   Q.          Okay.  Do you know whether or not Mr. Fuda

19   was following the rules of decorum when he told her to

20   stop talking and they were going to move on?

21   A.          I do not.

22   Q.          Okay.  So how do you know that he was

23   correct?

24   A.          I don't.

25   Q.          Okay.  So earlier you said you chose to

1    arrest her because he was saying we need to -- we're

2    moving on, correct?

3    A.          Correct.

4    Q.          How do you know whether or not under the

5    rules of decorum that she had the ability to talk at that

6    time?

7    A.          Just because Frank was saying that we're

8    moving on to finish the meeting and we're going to move

9    on, and he was shouting point of order, and she just

10   continued to speak over him.

11   Q.          Okay.  Earlier you said that you agreed that

12   rules should be applied evenly regardless of viewpoint,

13   correct?

14   A.          Correct.  I did say that.

15   Q.          If you don't know what she's saying, how do

16   you know that that was what was happening at the time?

17   A.          What do you mean if I don't know what she

18   was saying?

19   Q.          Well, you said you have no idea what she was

20   saying when she was being arrested, correct?

21   A.          Right.

22   Q.          All right.  And you said that in previous

23   meetings the commissioners interrupt one another, correct?

24   A.          Correct.

25   Q.          Okay.  Well, how do you know that Frank

1    wasn't treating her different because of her viewpoints?

2    A.          I don't know.

3    Q.          You don't know?

4    A.          I don't know.  I don't know if Frank was

5    treating her differently at all.

6    Q.          Okay.

7    A.          Because of the viewpoints.

8    Q.          But you arrested her?

9    A.          We did.

10   Q.          Okay.  And you end up filing charges,

11   correct?

12   A.          Correct.

13   Q.          Okay.  Did you investigate and look at prior

14   meetings to see whether or not complaints were treated

15   differently before filing charges?

16   A.          No.

17   Q.          So you did no background research to find

18   out whether or not the rules of decorum were applied

19   evenly before filing charges?

20   A.          Correct.

21   Q.          Okay.  Would you agree that as an officer,

22   it's your duty to make sure that you're not inadvertently

23   used as a political operative?

24              MR. YOSOWITZ:  Objection.  Go ahead.

25   A.          Can you repeat that question?

```
1   Q.              Yes.  Like, it's your job to make sure --
2   I'm just going to clarify it.  It's your job -- would you
3   agree it's your job to enforce the law equally?
4   A.              Correct.
5   Q.              And it's your job to make sure that you're
6   enforcing the law equally, correct?
7   A.              Correct.
8   Q.              So before you arrest somebody, you should
9   have a good idea whether or not you're enforcing the law
10  equally, correct?
11  A.              Correct.
12  Q.              And before you file charges, you have a duty
13  to make sure that you're applying the law equally,
14  correct?
15  A.              I don't know where you're going here, but
16  at the time we believed she violated the law, and she
17  was arrested.
18  Q.              Okay.  But do you know whether or not that
19  law was being applied evenly?
20  A.              I don't know.
21  Q.              And equally?
22  A.              What do you mean by equally?
23  Q.              Well, do you know whether or not people
24  conducted the same conduct and were not arrested as
25  opposed to her because of her viewpoints?
```

```
1    A.           At that meeting?

2    Q.           At any meeting.

3    A.           She wasn't arrested because of her

4    viewpoints.  She was arrested because she was

5    interrupting the meeting.

6    Q.           How do you know she was interrupting the

7    meeting?

8    A.           Because the chairperson was telling the

9    clerk to move on, and we were going to continue on with

10   the meeting.

11   Q.           So because the chairperson said that she was

12   being disruptive, you believe she was being disruptive?

13   A.           No, not because of the chairperson.

14   Q.           But he said she was being disruptive?

15   A.           I believe so.

16   Q.           And that he wanted to move on?

17   A.           Yeah.  I think they all wanted to move on,

18   except Commissioner Frenchko, I believe.

19   Q.           Did they motion and vote to move on?

20   A.           I don't know.  I don't know.

21   Q.           At any point did you hear Commissioner Fuda

22   call out Wix's name?

23   A.           No.

24   Q.           So it's your testimony today that

25   Commissioner Fuda did not call for Sergeant Wix?
```

1   A.              No.  My testimony today is that I did not

2   hear him say it.  If he said it, I didn't hear it.  I

3   don't remember either one of our names being called.

4   Q.              So you're saying that you arrested

5   Commissioner Frenchko because you believe that she was

6   disrupting the meeting?

7   A.              Correct.  I believe at the time she was

8   disrupting the meeting, yes.

9   Q.              Okay.  Do you know why she was disrupting

10  the meeting?

11  A.              At the time, no.

12  Q.              Okay.  Explain that.  What do you mean by at

13  the time, no?

14  A.              Well, after and watching the video, from

15  what I understand, it was because of this letter -- she

16  was outraged over the letter or something, I believe.

17  Q.              She was trying to respond to it.

18  A.              We didn't know -- I didn't know that at

19  the time, but now I know that she was trying to respond

20  to it, correct.

21  Q.              Okay.  So she was trying to respond to the

22  letter.  After the time you arrested her and before you

23  filed charges, did you watch the video?

24  A.              No.

25  Q.              Okay.  So you're saying now that you watched

1   the video, it appears that she was trying to respond to

2   the letter because she was angry about it.  Is that kind

3   of your impression now?

4   A.          I'd say that's fair.

5   Q.          And when you reviewed the footage, did you

6   hear her object to the order of the agenda?

7   A.          That, I don't know.  I don't recall.

8   Q.          So when she was -- when you watched -- when

9   did you watch the video?  When did you first watch it?

10  A.          I don't know.  I know I viewed it with my

11  attorney.  I don't know when I first watched it.

12  Q.          So earlier you said your impression was that

13  she was upset and she was trying to respond to the letter?

14  A.          I'd say that's fair.

15  Q.          Okay.  Is there anything in the video you

16  watched that gave the appearance that she came to the

17  meeting that day to derail the meeting?

18  A.          I don't know what she -- I would hope she

19  wouldn't come there to derail the meeting.  I don't

20  know.  I don't know.  I can't testify to what her

21  intentions were.

22  Q.          Isn't that necessary?

23  A.          What's that?

24  Q.          To understand what her intentions were,

25  isn't that necessary?

```
1    A.            Necessary for what?

2    Q.            To arrest her.

3    A.            I don't believe so.  I don't believe that

4    if she had the intentions to disrupt the meeting or if

5    it just happened.  At the time we believed she was

6    disrupting the meeting.  Like I said, I don't know what

7    her intentions were to derail -- did you say derail?

8    Q.            Yeah.

9    A.            To derail the meeting.  I don't know if

10   that was her intentions at the beginning of the day or

11   not.  I would hope not.  I would hope she doesn't come

12   into the meetings with intentions to derail them.

13   Q.            Okay.  That's necessary to determine; do you

14   disagree with that?

15   A.            I do.

16   Q.            You did disagree that it's necessary to

17   determine her intentions?

18   A.            For the whole meeting?

19   Q.            Regarding the disruption.

20   A.            I do disagree.

21   Q.            Why do you disagree?

22   A.            Because if you come to -- I don't know

23   what her intentions are if she comes to the meeting with

24   intention on derailing it, because her intentions could

25   change.
```

1   Q.         Did you make a determination of her -- what

2   you considered her intentions to be at the time of the

3   disruption?

4   A.         Can you repeat that?

5   Q.         Before filing charges, did you make a

6   determination what her intentions were while she was

7   disrupting the meeting?

8   A.         No.

9   Q.         Okay.  And you said after she was charged

10   during this lawsuit you reviewed the video, and your

11   impression is that she was upset about the letter and

12   trying to respond to it, correct?

13   A.         I believe that's what I take from it.

14   Q.         So at the very beginning of this deposition

15   we talked about a difference between purposeful and

16   negligent crimes, correct?

17   A.         Yes.

18   Q.         Okay.  And you understand that there's a

19   difference between purposely doing something and

20   accidentally doing something, correct?

21   A.         Correct.

22   Q.         And that that could lead to different

23   charges and different crimes, correct?

24   A.         Correct.

25   Q.         Okay.  Have you ever read the statute you

1    arrested her under?

2    A.          I have.

3    Q.          Would you agree it says no purpose -- no

4    person with purpose to prevent or disrupt the meeting --

5    disrupt a lawful meeting, procession or gathering shall do

6    either of the following.  Do you understand that?

7    A.          Uh-huh, yes.

8    Q.          So it says the words with the purpose.

9    A.          Okay.

10   Q.          Do you understand that as meaning you intend

11   to disrupt the meeting?

12               MR. YOSOWITZ:  Objection, but go on.

13   A.          Yes.

14   Q.          Okay.  Which is opposed to different than an

15   accidental or negligent disruption, correct?

16   A.          Correct.

17   Q.          Okay.

18               MR. MILLER-NOVAK:  Take a break.

19                     (Off the record.)

20   Q.          Okay.  We're back on.  So what did you do to

21   prepare for today's deposition?

22   A.          I spoke with my attorney.

23   Q.          Okay.  Don't tell me any conversations you

24   had with your attorney.

25   A.          No problem.

1    Q.              Those are yours.

2    A.              Yes, sir.

3    Q.              Did you review any documents?

4    A.              I did.

5    Q.              Okay.  What documents did you review?

6    A.              My narrative of the report.

7    Q.              Okay.  Is that it?  You sounded like you

8    were done.  Do you have more?

9    A.              No.

10   Q.              Okay.  Did you watch any videos before

11   today?

12   A.              With my attorney.  Could I say that?

13   Q.              Well --

14                   MR. YOSOWITZ:  You can tell him the videos

15   that you watched, just don't tell him what we talked

16   about.

17   Q.              Right.

18   A.              Okay.

19   Q.              Perfect.

20   A.              I watched --

21   Q.              I agree with him.

22   A.              I watched videos with my attorney, yes.

23   Q.              Okay.  What videos did you watch?

24   A.              I've watched -- there is video footage of

25   the commissioners' meeting that day that was from the

1   county cameras, and I believe we watched some of

2   Facebook video from Commissioner Frenchko.

3   Q.           Okay.  Did you review any other documents

4   besides your report?

5   A.           I don't recall.

6   Q.           Did you -- with your report, do you have any

7   notes that you have that relate to that report?

8   A.           No, sir.

9   Q.           Okay.  Did you witness Commissioner

10  Frenchko's deposition yesterday?

11  A.           No, sir.

12  Q.           You didn't watch it?

13  A.           No.

14  Q.           Okay.  Were you on duty yesterday?

15  A.           I was.

16  Q.           Okay.  What were you doing on duty, just

17  generally?

18  A.           So I went and served a protection order

19  yesterday.  Well, I had to go several places to serve

20  this guy a protection order.

21  Q.           He was probably happy to see you.

22  A.           He gave me the middle finger.

23  Q.           Yeah.

24  A.           I have a picture of that.  He was not

25  happy.

```
 1                    MR. BETRAS:  They generally are not.
 2    A.            No, no.  We've dealt with him and arrested
 3    him numerous times.  He doesn't like the police to the
 4    point where he didn't even want to open the door.  I
 5    served a protection order yesterday, served some other
 6    papers.
 7    Q.            Bearer of bad news.
 8    A.            Went to lunch.
 9    Q.            Yeah.  Kind of the bearer of bad news
10    yesterday, huh?
11    A.            Yes, sir.
12    Q.            All right.
13           (Whereupon Plaintiff's Exhibit 2 was marked.)
14    Q.            Have you seen this document before that's
15    marked Exhibit 2?
16    A.            I have.
17    Q.            Okay.  What is it?
18    A.            That is a CFS summary.
19    Q.            Okay.
20    A.            Which I believe means call for service,
21    but I'm not sure.  Looks like a report.
22    Q.            Okay.  And it cites -- I'm going to the
23    third page.  They're not numbered, so --
24    A.            Okay.
25    Q.            How's that?  Best account.  So but, yeah,
```

1    I'm looking.  You're on the same page as I am.  So it's 4?

2    A.          Yes, yes.

3    Q.          And the offense is disturbing a lawful

4    meeting, and it cites code 2917.12.  Do you see that?

5    A.          I do.

6    Q.          It's an M4, correct?

7    A.          I believe so.

8    Q.          Hate/bias it has an N, so I'm just assuming

9    that's a designation of a hate crime or suspicion of one?

10   A.          Our report system has a bunch of things.

11   Let's see what's -- I don't know if it's on here.

12   Usually N is not a hate crime on --

13   Q.          Okay.  Disturbing a lawful meeting, when did

14   you first read that statute?

15   A.          I can't tell you when I first read it.

16   Q.          Okay.  Was it prior to this meeting?

17   A.          So I reviewed prior to this meeting -- we

18   had an incident back in February -- back in February

19   where one of our guys -- one of our deputies was either

20   in a meeting or called up there, and I think

21   Commissioner Frenchko wanted somebody removed from a

22   meeting, and he wouldn't do it.  She berated him,

23   belittled him, so I reviewed the -- I recall reviewing

24   the statute around then.

25   Q.          Okay.  Why did Commissioner Frenchko want

```
 1    the person removed from her meeting?

 2    A.            I don't know.

 3    Q.            Who was the deputy that --

 4    A.            Deputy William Ross, R-O-S-S, no relation.

 5    Q.            Okay.  What's that in front of you?

 6    A.            It is something that I typed up on the

 7    incident.  It's one of my notes, I guess.

 8    Q.            Can I see it?

 9    A.            Yeah, absolutely.

10    Q.            Sure.  Thanks.

11                  MR. BETRAS:  Let me see.

12    Q.            Okay.

13    A.            It's not an actual police report.  It's

14    just something that we typed up -- I typed up on the

15    incident that day to help remember.

16    Q.            Okay.  Why did you bring that today?

17    A.            Just so I remembered the date of about

18    when that incident took place.

19    Q.            Okay.  Why did you think that was relevant

20    to the deposition today?

21    A.            I don't know.  Just because I figured it

22    might be.

23    Q.            Okay.  Did you have any discussions with

24    anybody besides your attorney about bringing that today?

25    A.            No.
```

1    Q.            So was that created at the time of the

2    incident, or was that created today?

3    A.            It was created at the time of that

4    incident.

5    Q.            Okay.  Do you know if this incident involved

6    someone salsa dancing in the commissioners' meeting?

7    A.            I do not.

8    Q.            Okay.

9    A.            I do not know what that incident entailed.

10   Q.            Okay.  Do you know if anyone was threatening

11   Commissioner Frenchko or anything like that?

12   A.            I do not, no.

13           MR. MILLER-NOVAK:  Okay.  Has this been

14   produced to us; do you know?

15           MR. YOSOWITZ:  I don't think so.

16           MR. MILLER-NOVAK:  We've had a few things

17   go back and forth.

18           MS. SUDHOFF:  I don't know if you want to

19   go on or off the record.

20           MR. MILLER-NOVAK:  Let's go off the

21   record.  That's fine.

22                   (Off the record.)

23           MR. MILLER-NOVAK:  Back on.

24   Q.            All right.  So I'm going to page -- that's

25   not 4.  Darn it.  Why do you guys not number these things?

1    It's really inefficient.  You guys got to work on that.

2    A.          I agree.

3    Q.          So it would be 4, 5 -- I guess it's 6.

4    Looks like your narrative.  It says on July 7th, 2022.

5    A.          Uh-huh.  That's correct.

6    Q.          Okay.  All right.  So the first paragraph is

7    just somewhat of a preamble.  So starting in the second

8    paragraph, it says, during the public meeting,

9    Commissioner Fuda asked the commissioners' clerk, Paula J.

10   Vivoda-Klotz, to read a document.  Do you see that?

11   A.          Correct.

12   Q.          While Vivoda-Klotz was speaking,

13   Commissioner Frenchko was seated at the commissioners'

14   desk, got out of her chair with her cell phone in her hand

15   and walked around the desk and sat in the front row of the

16   public seating area.  Do you see that?

17   A.          Yes.

18   Q.          And it records the things you said earlier

19   about her holding her phone up and continuously

20   interrupted Vivoda-Klotz by speaking and making

21   utterances.  Do you see that?

22   A.          Yes.

23   Q.          It says Commissioner Fuda used his gavel

24   more than once while saying point of order.  Do you see

25   that?

1    A.           Yes.

2    Q.           Okay.  You said in previous meetings that

3    you had witnessed similar things happen, correct, with

4    point of order?

5    A.           I've heard -- yes.

6    Q.           Okay.  It says Commissioner Fuda told

7    Commissioner Frenchko to allow her to finish speaking and

8    to stop interrupting her.  Do you see that?

9    A.           Stop interrupting her, yes.

10   Q.           Okay.  It says, at one time Vivoda-Klotz

11   became so visibly upset she had to stop speaking.

12   Commissioner Frenchko says, nice, to her in a

13   condescending manner.

14   A.           Uh-huh.

15   Q.           Do you see that?

16   A.           Yes.

17   Q.           Why does that matter?

18   A.           I just -- she was.  She was -- she just

19   said -- she was like, oh, nice, and then she proceeded

20   to say something about, if you're uncomfortable being on

21   camera, then you shouldn't be the clerk.

22   Q.           Okay.  So you heard Commissioner Frenchko

23   say that with your own ears?

24   A.           Yes.

25   Q.           Earlier when I asked you what she was

1    talking about when she sat back down, you said you didn't

2    know.

3    A.          Well, I remember bits and pieces.  I

4    remember that.

5    Q.          Okay.  But you could hear Commissioner

6    Frenchko when she was speaking, correct?

7    A.          Some of the stuff, yes.  Because at one

8    time we were in the back.  We were seated in the back,

9    and then we came up to the front; but when we were in

10   the back, I couldn't hear what she was saying.

11   Q.          Towards the bottom it says, Sergeant Wix

12   asked Commissioner Frenchko to stand up out of her chair

13   several times before she complied.  Next it says,

14   Commissioner Cantalamessa advised Commissioner Frenchko

15   that she could be removed for disturbing a lawful meeting.

16   Do you see that?

17   A.          It says disrupting.

18   Q.          Disrupting a lawful meeting.  Do you see

19   that?

20   A.          I do.

21   Q.          So you wrote that?

22   A.          I did.

23   Q.          So you heard Commissioner Cantalamessa say

24   that she can be removed for disturbing a lawful meeting?

25   A.          Disrupting.

```
 1   Q.              Disrupting.  Sorry.
 2   A.              But, yeah, no -- yeah, I think I testified
 3   to that earlier.  I said the same thing.
 4   Q.              Okay.
 5   A.              I believe I heard him say, yeah, you can
 6   be removed for disrupting a meeting.  It might not be
 7   verbatim, but it was something like, yeah, he said, you
 8   can be removed for disturbing a meeting or lawful
 9   meeting or --
10   Q.              So at that point in time, you never told
11   Commissioner Frenchko that she was under arrest?
12   A.              I did not.
13   Q.              Okay.  And neither did Sergeant Wix, did he?
14   A.              I don't -- I don't know.  I can't -- I
15   don't think at that time.  I think he said -- I think he
16   might have said you're being removed from the meeting.
17   I'm not sure if he said arrested or removed from the
18   meeting.  One of the two.
19   Q.              Okay.  So you never told her until she was
20   out in the hall that she was going to be arrested,
21   correct?
22   A.              I believe that's correct.
23   Q.              Okay.  So when Sergeant Wix told her to get
24   out of her chair, he just said to get up, correct?
25   A.              I don't recall what Sergeant Wix said.
```

1    Q.          Okay.  Well, if he didn't tell her inside

2    the meeting before telling her to get up that she was

3    under arrest or being arrested, why would she have any

4    impression that she needs to comply with his order to get

5    out of her chair?

6              MR. YOSOWITZ:  Objection.  Go ahead.

7    A.          I don't know if he told her she was

8    being -- I think he may have said, you're being removed

9    from the meeting.  I don't recall.

10   Q.          Okay.  And you handcuffed Commissioner

11   Frenchko, correct?

12   A.          So I believe I -- I can't remember.  In my

13   report, I think I put -- I mean, this was over a year

14   ago -- Sergeant Wix placed a handcuff on Commissioner

15   Frenchko's right wrist as I was asking her to set her

16   phone down.  She was holding her cell phone and

17   eyeglasses in her left hand and said I had to take her

18   phone and eyeglasses out of her hand because she refused

19   to comply before placing a handcuff on her left wrist,

20   which is what I did.

21       So then I placed -- and then she was complaining of

22   a lack of mobility in her shoulder, so I put a second

23   pair of cuffs on her, asked her if that was fine, she

24   said yes.  So I did take part in the handcuffing, yes.

25   Q.          Yeah.  Earlier you mentioned that at no

1  point did you think she posed any physical harm to

2  anybody, correct?

3  A.        Correct.

4  Q.        Okay.  Did you have any reason to suspect

5  that she was armed?

6  A.        No.  I believe she was wearing maybe a

7  dress, sundress.  I don't -- I couldn't tell if she had

8  a weapon on or not, and as I put in my report, we didn't

9  do much of a pat-down because she is a female, and what

10  she was wearing, until we could get a female to do that,

11  which is typically what we like to do.

12  Q.        When she was out in the hall, was she

13  resisting in any manner physically?

14  A.        No.

15  Q.        Okay.

16  A.        No.

17  Q.        Disturbing a public meeting is a

18  misdemeanor 4, isn't it?

19  A.        I believe so.

20  Q.        Okay.  It's not exactly a high misdemeanor,

21  then, is it?

22  A.        I would say no.

23  Q.        Okay.  You didn't have to actually take her

24  in custody, did you?

25  A.        We made the decision to take her into

1   custody.

2   Q.              How did you make that decision?

3   A.              I don't know.  Sergeant Wix and I spoke,

4   and we just decided she was -- we were going to take her

5   to the jail.

6   Q.              You could have just issued her a summons,

7   correct?

8   A.              We could have.  We did.  I believe we did

9   issue her a summons.

10  Q.              I mean, you could have just basically given

11  her a citation on the spot and let her go home, correct?

12  A.              We have -- we have discretion.  She was

13  issued a summons in the jail, just long enough -- she

14  was in the jail long enough to get patted down, booked

15  in, and then we issued her her paperwork, and I believe

16  she was released.

17  Q.              After hours, correct?

18  A.              No, I don't think it was that long.

19  Q.              Okay.

20  A.              I could be wrong.  I don't know the exact

21  time, but I don't think it was hours.  I don't think it

22  was -- I'm not sure the exact time.

23  Q.              You could have escorted her down there

24  without cuffing her, couldn't you?

25  A.              No.  She was under arrest, so we put her

1    in handcuffs.  That's what we do.

2    Q.              So there's a rule that anytime you arrest

3    someone you have to cuff them?

4    A.              Unless they're pregnant.

5    Q.              Okay.

6    A.              Unless they're a pregnant female.  We're

7    not allowed to cuff them anymore.  There's a law.

8    Q.              So Commissioner Frenchko mentioned some pain

9    when she was cuffed, correct?

10   A.              Let me check this real quick.  Once in

11   hand restraints, Commissioner Frenchko advised of

12   several medical conditions, one being asthma, and then I

13   wrote she stated which is why she was coughing during

14   the meeting, and one being a lack of mobility in her

15   shoulder.

16   Q.              Uh-huh.

17   A.              Once I put the double cuffs on, she -- I

18   asked her, is that fine, and she said yes, or something

19   along the lines.  Not verbatim.  I said, is that better?

20   Yes.

21   Q.              Last paragraph says that Commissioner

22   Frenchko was being charged with ORC 2917.12, correct?

23   A.              Correct.

24   Q.              Disturbing a lawful meeting, a misdemeanor

25   in the fourth degree?

```
1    A.          Correct.

2    Q.          How long do you recall her being in the

3    jail?

4    A.          I don't know.

5    Q.          Who did you talk to --

6    A.          I mean, I think it was just long enough

7    for us to go issue the summons, they processed her in,

8    processed her out.  Usually that process is maybe an

9    hour, but I don't know.  I don't think they -- could be

10   an hour, hour and a half.

11   Q.          About an hour and a half.  And what other

12   deputies did you talk to while she was in the jail?

13   A.          Sergeant Wix and I were doing our report.

14   I don't recall who else came back there.  There's

15   office -- there's our office and then there's -- across

16   from us is the deputy's office where they do their

17   reports, and I don't remember -- I remember at one point

18   in time, like I said, I think the sheriff maybe came

19   back.

20   Q.          You said she was in there for an hour and a

21   half?

22   A.          No, I don't know.  I said typically the

23   process takes -- if somebody's being booked in,

24   processed in and released, I'd say probably an hour,

25   hour and a half, I would think.  Two hours, under two
```

```
 1    hours.  Maybe an hour and a half.
 2    Q.          What other deputies did you call -- who else
 3    is a deputy that you called while she was in the jail?
 4    A.          Call?
 5    Q.          Uh-huh.
 6    A.          I don't recall calling anybody.  I don't
 7    know.
 8    Q.          What other deputies did you text message
 9    while she was in the jail?
10    A.          I don't recall text messaging anybody
11    while she was in the jail.
12    Q.          Okay.  It's your testimony today under oath
13    you didn't text message anybody while she was in the jail?
14                MR. YOSOWITZ:  Objection.
15    A.          No.  I'm not saying I didn't text anybody.
16    I'm saying I don't remember texting anybody.
17    Q.          Okay.
18    A.          While I'm working I'm constantly texting
19    and calling people.
20                MR. MILLER-NOVAK:  I guess we're going to
21    take a quick break.
22                MR. YOSOWITZ:  Okay.
23                MR. MILLER-NOVAK:  It will be like two
24    minutes.
25                      (Off the record.)
```

```
 1   Q.              Have you ever given anybody a speeding
 2   ticket without cuffing them?
 3   A.              Yes.
 4   Q.              Have you ever given anybody a second
 5   speeding ticket without cuffing them?
 6   A.              I don't know.
 7   Q.              You don't know when you've given someone a
 8   speeding ticket whether or not it's their second?
 9   A.              Sometimes if our MDTs are working it will
10   list prior -- prior offenses, but yes.  I don't recall
11   whether I've cuffed -- did you say everybody?
12   Q.              Yeah.
13   A.              I mean, probably haven't cuffed everybody.
14   Q.              Okay.  So a second speeding ticket is an M4,
15   correct?
16   A.              I don't know.  I don't know.
17                   MR. YOSOWITZ:  Time limitations.
18                   MR. BETRAS:  Second speeding ticket in two
19   years, M4.
20                   MR. YOSOWITZ:  Didn't they make it three
21   now?  It doesn't matter.
22                   MR. MILLER-NOVAK:  Could be an M3?
23                   MR. YOSOWITZ:  No, no, no.
24                   MR. MILLER-NOVAK:  Three.  Okay.
25   Q.              So it's possible --
```

1              MR. YOSOWITZ:  They've changed the

2    predicate offenses to enhance speed, the number needed

3    may have changed.  It changed for some offenses.  It

4    doesn't matter.

5    Q.              So you don't know if you've ever charged

6    someone with an M4 speeding ticket without cuffing them?

7    A.              Correct.

8    Q.              Okay.  But you can issue a citation without

9    cuffing somebody?

10   A.              Yes.

11   Q.              And taking them into custody?

12   A.              Typically if we take them into custody,

13   they're going to jail.

14   Q.              You can arrest somebody without taking them

15   into custody.  You can charge them without taking them

16   into custody, correct?

17   A.              Yes, for certain offenses.

18   Q.              Okay.

19              MR. BETRAS:  It just changed.  You're

20   right.

21   Q.              Who's Louis Padula?

22   A.              He's a deputy.

23   Q.              And what does he do?

24   A.              Well, he was a school resource officer.

25   Now he's a civil -- civil deputy.  Right now he is

1   assigned to the Common Pleas Courthouse.

2   Q.          Who is Bret Henderson?

3   A.          He is -- Bret was a -- he's a deputy now,

4   and he is assigned to the transport unit.  Former

5   lieutenant with the state highway patrol.

6   Q.          Who's James Iacozili (phonetic spelling)?

7   Iacozili.  You don't know?

8   A.          I don't know him.  James Iacozili?

9   Q.          Who's Michael Geer?

10  A.          He's a deputy.  He is -- right now he's a

11  resource officer at TCTC.  During the summer, though --

12  so during the summer, some of the resource officers come

13  to the civil unit, or they go to the road.  They'll bid.

14  They come to the road -- so during that time, Michael

15  Geer could have been assigned to the civil division, but

16  he is a deputy.

17  Q.          Do you know anyone with the last name Wells?

18  A.          Yes.

19  Q.          Who's that?

20  A.          We -- he goes by Rodney.  His name is

21  William.  William Rodney Wells.  He's a deputy on the

22  transport.  Right now -- I think he's -- I think he's

23  been assigned to transport unit in civil division since

24  he started.  I think it's been a little over a year,

25  year and a half, two years maybe.

```
 1    Q.            Who is Michael Geer?

 2    A.            I just told you.

 3    Q.            Sorry.

 4    A.            That's okay.  I can tell you again.  He's

 5    a deputy.

 6    Q.            You don't have to tell me again, man.

 7    A.            He's a deputy.

 8    Q.            That's okay.  Todd Coonce?

 9    A.            Todd Coonce is a captain at the -- I think

10    he's a captain at the sheriff's office.

11    Q.            Okay.

12    A.            I think he's handling some of human

13    resource stuff now maybe.  I don't know.

14    Q.            And who's Nick Backus?

15    A.            He is a deputy.  Right now he is assigned

16    to the administration building, or he may have been

17    assigned to -- during that incident, because I think

18    he's been there for a while.

19    Q.            What do you mean assigned during that

20    incident?

21    A.            During the date of the arrest.

22    Q.            Yeah.

23    A.            Yeah.

24    Q.            He was assigned to what?

25    A.            To the administration building.  That's
```

1    his post.  He's there like every day for security,
2    checking people when they come through the door.
3    Q.          And you were text messaging him at 11:13
4    a.m., correct?
5    A.          I don't recall text messaging anybody, but
6    if it says it on there, then I'm sure.
7    Q.          So you're saying you don't recall text
8    messaging anybody the day of the arrest?
9    A.          That's correct.
10   Q.          You have no recollection of sending a single
11   text message to any single deputy the date of the arrest?
12   A.          I'm sure I sent text messages.  I'm sure I
13   made phone calls; however, I don't know who I talked to,
14   who I text messaged.  I mean, it was over a year ago.
15   Q.          And you don't remember what those text
16   messages would be about?
17   A.          I'm sure they were work related.
18   Q.          You think they were work related?
19   A.          Could have been.
20   Q.          Do you think they were related to your
21   arrest of Commissioner Frenchko?
22   A.          I would doubt it.
23   Q.          You would doubt it?
24   A.          Yeah.  I didn't text anybody about the
25   arrest of Frenchko.

```
 1   Q.            A minute ago you said you didn't recall what
 2   the text messages were about.
 3   A.            Well, if I would have -- if I would
 4   have -- if I talked -- if I text messaged him before the
 5   arrest, how would it be about the arrest?  You said it
 6   was 11:13.  That was prior to the arrest.  So I could
 7   guarantee it wasn't about Commissioner Frenchko.
 8   Q.            What about if you text messaged people right
 9   after the arrest?
10   A.            I don't recall texting anybody about the
11   arrest.
12   Q.            Okay.  You don't recall?
13   A.            Correct.
14   Q.            Do you know what you text messaged them
15   about?
16   A.            No.
17   Q.            Okay.  So if you text messaged someone
18   at 12:28 p.m. while Commissioner Frenchko was still in the
19   sheriff's building, it would have nothing to do with
20   Commissioner Frenchko?
21   A.            Probably not.
22   Q.            Probably not?
23   A.            Yeah.
24   Q.            Because you don't know --
25   A.            I don't recall, yes.
```

1    Q.              -- because you don't recall.  If I were to

2    tell you, for instance, that you text messaged Louis

3    Padula -- you exchanged at least a dozen text messages

4    with Louis Padula between 11:56 a.m. and 12:35 p.m. in the

5    hour after arresting Commissioner Frenchko, you wouldn't

6    recall what those text messages say?

7    A.              No.  It could have been about anything.

8    So these guys are in my transport unit.  Most likely --

9    I think Lou was in the transport unit at the time, and

10   sometimes it's about can you go get this prisoner, can

11   you go get this person, can you do this, can you do

12   that, we have a medical transport.  It could be about

13   anything.

14   Q.              So it could be about anything?

15   A.              Could be.

16   Q.              Okay.  Do you have your text messages from

17   that day?

18   A.              No.

19   Q.              Why not?

20   A.              Well, typically -- I'm in several group

21   chats with several friends, fellow employees, deputies,

22   and if -- say there's a transport unit of five of us and

23   then somebody new comes in, that group chat is no good

24   anymore, so we'll start a new group chat with that

25   person in it, and now these messages are just taking up

1    space on my phone.  So to create space on my phone, I

2    periodically purge my messages and delete them.

3    Q.          Okay.  So you manually delete your text

4    messages periodically?

5    A.          Correct.

6    Q.          Okay.  And how frequently do you do that?

7    A.          I don't know.  Whenever I -- could be once

8    a month.  Whenever I just decide to go through it and do

9    it.

10   Q.          And you do it regardless of whether or not

11   it's communications between deputies?

12   A.          Correct.

13   Q.          Related to work business?

14   A.          Correct.

15   Q.          This is going to be a little confusing for

16   you.  I'll tell you that now.

17   A.          All right.  I appreciate it.

18   Q.          No problem.  Brace yourself.  I don't know

19   how techie you are, but --

20   A.          Not super techie.

21   Q.          About to try.

22               MR. MILLER-NOVAK:  Let's mark that 3.

23        (Whereupon Plaintiff's Exhibit 3 was marked.)

24   Q.          Okay.  Are you aware that I subpoenaed your

25   phone reports?

```
1    A.           Yes.

2    Q.           Okay.  And I'm going to tell you that I

3    didn't receive any images, so I don't have any copies of

4    any text messages you've sent on July 7th.  This is a

5    phone report.  I'm going to hold out it's a phone report I

6    received by AT&T in response to my subpoena --

7    A.           Okay.

8    Q.           -- that shows your phone logs.

9    A.           Okay.

10   Q.           Do you have any reason to dispute that?

11   A.           I do not.

12   Q.           Have you in your -- I guess it's possible

13   you in your police or deputy career, have you ever

14   subpoenaed phone logs or seen phone logs of a suspect?

15   A.           I have not.

16   Q.           Okay.  I guess that's more detective stuff,

17   right?

18   A.           It is, yes.

19   Q.           Okay.  Well, I'm going to hold out to you

20   that -- this is where it gets real nerdy, man.  I learned

21   a lot of stuff myself, so I'm going to do the best I can

22   to explain it to you, okay?

23   A.           Okay.

24   Q.           If you have any questions, let me know.

25   Have you ever heard of the UTC?
```

```
 1   A.          Yes.

 2   Q.          You have?

 3   A.          Yeah.

 4   Q.          Cool.  Maybe you can explain it better to

 5   me.  Do you know it means uniform --

 6   A.          I forget what it stands for, but I've

 7   heard of it.

 8   Q.          UTC.  It's like uniform time.

 9   A.          Uniform time.

10   Q.          Code?

11               MR. YOSOWITZ:  Universal time coordinated.

12   A.          He knows.

13   Q.          It's on the record.

14               MR. YOSOWITZ:  It's for pilots, really.

15               MR. MILLER-NOVAK:  Actually, I think the

16   history is for trains.

17               MR. YOSOWITZ:  Well, now it's for

18   aviation.

19               MR. MILLER-NOVAK:  Yeah, for planes.

20   Q.          My understanding is, Bobby, it's essentially

21   the time code that is kind of like the median for other

22   time codes, okay?  Because there has to be kind of -- it's

23   a start point.  Kind of the like the analog clock, it's

24   the 12:00, right?

25   A.          Gotcha.
```

1    Q.            That's my understanding.  Apparently your

2    attorney's much more techie than I am, and he's judging

3    everything I say.

4             MR. MILLER-NOVAK:  So do you have a better

5    description?

6             MR. YOSOWITZ:  I think sometimes it's

7    called Greenwich Mean Time.  I think it's the time where

8    the prime meridian is.

9             MR. BETRAS:  I know what UTC is from my

10   boat.  You have to adjust the grade marine on the boat.

11   You have to find out because it will just put up the UTC

12   time, and then you have to know the difference.

13   Q.            You're learning all sorts of stuff today.

14   A.            Boating, trains, probably airplanes.

15            MR. BETRAS:  Everything's in UTC time, and

16   you add or subtract so many hours from it.

17            MR. MILLER-NOVAK:  Right.  And I was going

18   to get there.  You guys can tell me how I'm wrong or

19   something, clarify or explain it even in a more nerdy,

20   elaborate fashion.

21   Q.            My understanding is that eastern time during

22   daylight savings it's four hours behind.  So in summertime

23   we're four hours behind the UTC; and the winter, for

24   instance, we would be five hours behind, okay?  Right?

25            MR. YOSOWITZ:  Yes.

1    Q.              I'm getting a thumbs up by your attorney.

2    That's good enough for me.  She seems better at it.  All

3    right.  So I say that because when we look at these time

4    codes -- and trust me, it's horrific.  That's all I'm

5    going to tell you.  You got to subtract four hours from

6    them.

7    A.              Okay.

8    Q.              Okay.  So if it's -- and it's military time,

9    which you're probably very cozy with that, right?

10   A.              Little bit, yes.

11   Q.              I'm not.  I'm a civilian, so I had to do two

12   things.  I had to subtract four hours from military time

13   and -- it wasn't pleasant, Bobby, but anyway.  For

14   instance, 18:01 hours -- you're looking at the first page,

15   it says 18:01:49?

16   A.              Okay.

17   Q.              That's actually 1400 hours during the

18   summertime.  Do you understand that?

19   A.              Gotcha.

20   Q.              Which is 2:01:04 p.m., right?

21   A.              Yes.

22   Q.              Okay.  Cool.  I'm going to ask your counsel.

23   I'm getting thumbs up over there, so I didn't blow it.

24                   MR. YOSOWITZ:  I wasn't really listening.

25                   MS. SUDHOFF:  I did the math on Google.

```
 1                    MR. MILLER-NOVAK:  Helen's got me.

 2     Q.            Okay.  And you can see at the top it says

 3     the run date is 6/29.  Do you see that?  You can see it on

 4     every single page.

 5     A.            6/29?  Yeah.

 6     Q.            It doesn't matter where you are.

 7     A.            Okay.

 8     Q.            That means that's the date that AT&T ran

 9     this report.

10     A.            Okay.

11     Q.            And the actual date, you can see the column

12     like the second from the left; do you see that?

13     A.            Uh-huh.

14     Q.            That's the date of the connection.

15     A.            Okay.

16     Q.            And then the time is right to the right.

17     A.            UTC.

18     Q.            Yeah.

19     A.            Okay.

20     Q.            So military time minus four, okay?

21     A.            Gotcha.

22     Q.            All right.  Here we go, man.

23     A.            What page are you on?

24     Q.            Well, I'm going to go to a date, because I

25     don't know that these -- they are page numbered.  See, if
```

```
 1   your police reports were like this --

 2   A.              I agree with you.

 3   Q.              Talk to the top brass.  All right.  So I'm

 4   going to go to page 136, okay?

 5   A.              Okay.

 6   Q.              And that is the day of the arrest of

 7   Commissioner Frenchko, correct?

 8   A.              The 7th?

 9   Q.              Yes.

10   A.              Correct.

11   Q.              Okay.  So you understand that -- do you see

12   the little codes, it's got numbers and you just go in

13   order on the very far left?

14   A.              The item number?

15   Q.              Yes.

16   A.              Yes.

17   Q.              So starting at 4844 --

18   A.              Okay.

19   Q.              -- that is at 15:07:51.  That is UTC time,

20   so that would be 11:07 a.m. Eastern Time.  Do you

21   understand that?

22   A.              It does.  I do.

23   Q.              Okay.

24   A.              I do.  It does.

25   Q.              I know, I know.  Right.  All right.  So
```

1    these are the numbers that you were text messaging, so if

2    you look at 13 -- if you look at 15:07, which is 11:07,

3    which is before the arrest of Commissioner Frenchko, and

4    then you get -- on the next page you see it goes to 16:12,

5    which should be 12:12 p.m., so 1200 hours and 12 minutes.

6    Do you see that on item 4863?  Do you see that?

7    A.          4863.  I do see that.

8    Q.          Okay.

9    A.          So that's 16:12 minus 4 is, what, 12:12,

10   you said, right?

11   Q.          Yep.

12   A.          Okay.

13   Q.          All right.

14   A.          All right.

15   Q.          Great.  And I'm taking this information

16   between, I believe, your Interrogatory responses where you

17   identified certain phone numbers as well as our own

18   checks.  So I'm going to identify some numbers and times

19   and names, and do your best.  If you need to look at your

20   phone and your contacts, I'm fine with that, too.

21   A.          Okay.

22   Q.          I'm not like Andrew.  I wouldn't ask --

23   A.          That's one number that I would know, and

24   that's my wife's number.  These other numbers I don't

25   know off by heart.

```
 1   Q.           And I understand that.  So we might just
 2   have to use your phone contacts so you can identify
 3   numbers on the record.  Is that okay?
 4   A.           Yes, sir.
 5   Q.           Okay.  Because I'm just like you.  I don't
 6   know.
 7                MR. BETRAS:  I'm older than all of you.  I
 8   can remember a time I could remember 100 numbers, now I
 9   can't remember 3.
10                MR. MILLER-NOVAK:  He still calls for
11   movie times.
12   Q.           So let's go.  So you're at 11:07 a.m., (440)
13   799-0609.  Is that Nick Backus?
14   A.           (440) 799-0609.  I have that in my
15   contacts as Nick Backus, yes.
16   Q.           Okay.  What's easier for you?  If I give you
17   the name or the number?
18   A.           Probably the number because once I start
19   typing the number in --
20   Q.           The name pops up?
21   A.           Correct.
22   Q.           Cool.  (330) --
23   A.           Okay.
24   Q.           -- 718-6976.
25   A.           (330) 718-6976, Mike Geer.
```

```
 1   Q.          Okay.  (330) 647-8387.

 2   A.          That is Joellen Weaver.

 3   Q.          Who is that?

 4   A.          She is a deputy assigned to the transport

 5   unit.

 6   Q.          What does she do?

 7   A.          She transports prisoners.  She also -- she

 8   does a lot for me with warrants, warrants to convey, if

 9   we have to take somebody -- pick somebody up from one

10   prison, take them to another.  She handles a lot of the

11   paperwork.  She does quite a bit.

12   Q.          Okay.  Did we do Nick Backus yet?

13   A.          Yep, sure did.

14   Q.          Thank you.

15   A.          You're welcome.

16   Q.          Team effort.  All right.  So (330) --

17   A.          This is a new one, right?

18   Q.          Yep.

19   A.          Okay.

20   Q.          501 --

21   A.          Okay.

22   Q.          -- 5063.

23   A.          That's Marcus Coonce.

24   Q.          Who's Marcus Coonce?

25   A.          That's Todd Coonce's son, who no longer
```

```
 1    works with us.  He was employed with us for a short

 2    period of time.

 3    Q.          Why were you texting him that day?

 4    A.          I have no idea.  He was assigned with Nick

 5    Backus to the -- he was in the civil unit maybe at the

 6    administration building.  He was a deputy with us for a

 7    short time.

 8    Q.          (330) 240-7086.

 9    A.          Hold on one second.  240-7 --

10    Q.          0 --

11    A.          0.

12    Q.          8.

13    A.          8.

14    Q.          6?

15    A.          6.  Tiffany Alberini.

16    Q.          Who's that?

17    A.          She is a Trumbull County 911 center

18    dispatcher.

19    Q.          Isn't Alberini's a restaurant?

20    A.          It was back in the day.

21    Q.          She any relation?

22    A.          I don't know.  He just passed away not too

23    long ago.  They have good food.

24    Q.          They did.  (330) --

25    A.          Uh-huh.
```

```
 1    Q.              -- 506-2977.

 2    A.              Back to this guy.  Lou Padula.

 3    Q.              Okay.  (330) --

 4    A.              Okay.

 5    Q.              -- 987-8973.

 6    A.              I don't have anybody with 987 in my

 7    contacts.

 8    Q.              (330) 937-8973?

 9    A.              Okay.  It's a three and it's Joe Denver.

10    Q.              Who's that?

11    A.              He's a deputy with us assigned to my civil

12    division as well.  He's a school resource officer now,

13    but I think at the time he was in -- he's in the civil

14    division, I think, at the time.

15    Q.              Okay.

16    A.              He's in the school now.

17    Q.              I think we did this one.  Just in case.

18    (330) 609 --

19    A.              Okay.

20    Q.              -- 3220.

21    A.              (330) 609-3220?

22    Q.              Yes, sir.

23    A.              I do not have that in my contact list.

24    Q.              Okay.  So you don't know who would be text

25    messaging that number -- why you would be text messaging
```

```
1    that number that day?

2    A.           No, not at all.

3    Q.           Can you search your text messages now to see

4    if that number comes up in your text message list?

5    A.           Absolutely.

6    Q.           Thank you.

7    A.           You're welcome.  (330)?

8    Q.           Yes.

9    A.           Repeat it.  609?

10   Q.           Yes.

11               MR. YOSOWITZ:  3220.

12   A.           Nothing.  No results.

13   Q.           Okay.  So you believe that you deleted that

14   at some point?

15   A.           No.  What I do believe, though, there's a

16   slight chance -- we do have a deputy that is in civil

17   division that changes his number every now and then.  I

18   don't know why.

19   Q.           Okay.

20   A.           It could have been him.  It's Juan

21   Freeman.  That's the only thing that pops in my head,

22   because he's one of my civil guys, and I know -- seems

23   like not -- he's always changing his phone number.  So,

24   I mean, do you want me to find out?  Do you need me to

25   find out?
```

```
1                    MR. YOSOWITZ:  No.

2     Q.           We'll move on.

3     A.           All right.

4     Q.           Thanks, though.

5     A.           You're welcome.

6     Q.           (330) --

7     A.           Still in text mode.

8     Q.           Back to contacts.

9     A.           Yeah.  Back to contact list.  Here we go.

10    Q.           Let me know when you're there.

11    A.           I'm there.

12    Q.           (330) --

13    A.           Okay.

14    Q.           -- 727-1636.

15    A.           Jennifer Carr, C-A-R-R.

16    Q.           Who's that?

17    A.           She's a deputy with Trumbull County

18    Sheriff's Office.

19    Q.           What does she do?

20    A.           Well, right now she's assigned over at the

21    courthouse, and I think she may have been at the

22    courthouse then, too.

23    Q.           Ready?

24    A.           Oh, yeah.

25    Q.           (330) 277 --
```

```
 1    A.              Hold on one second.  (330) 277 --

 2    Q.              -- 6265.

 3    A.              Go no further.  Ken Robbins,

 4    R-O-B-B-I-N-S.

 5    Q.              Who is that?

 6    A.              He is a deputy with the Trumbull County

 7    Sheriff's Office.  Also former state highway patrolman

 8    who works in the transport unit.

 9    Q.              (330) --

10    A.              Uh-huh.

11    Q.              -- 540 --

12    A.              Uh-huh.

13    Q.              -- 2607.

14    A.              Rodney Wells, William Rodney Wells.  We

15    call him Rodney.  He goes by Rodney.

16    Q.              We talked about him earlier.

17    A.              We did talk about him.

18    Q.              We'll move on.

19    A.              Okay.

20    Q.              (330) --

21    A.              Uh-huh.

22    Q.              -- 219 --

23    A.              Uh-huh.

24    Q.              -- 8202.

25    A.              So she goes by Gabby, but her real name's
```

1    Gabrielle Infante, I-N-F-A-N-T-E.  She's a deputy with

2    the Trumbull County Sheriff's Office in the transport

3    unit.

4    Q.          It's not Infante?

5    A.          Infante, no, it's not.  Infante I think

6    does sound a little bit cooler.

7    Q.          I went to high school with a lady named

8    Infante.  It was spelled the same way.  (330) --

9    A.          Uh-huh.

10   Q.          -- 240 --

11   A.          Uh-huh.

12   Q.          -- 2607.

13   A.          2607?

14   Q.          Yes, sir.

15   A.          Okay.  So I don't have it.  So let me get

16   this right.  (330) 240-2607?

17   Q.          Yes.

18   A.          I do not have that.

19   Q.          Okay.

20   A.          So I do not know who that is.  I

21   apologize.

22   Q.          No reason to apologize.  All right.  I think

23   that's it before your finger cramps.  I think we're done

24   with that task.  Kind of did the hard work without having

25   to look at that terrible page.

```
 1    A.          Okay.

 2    Q.          You want to hand that back to the court

 3    reporter?

 4    A.          Sure.

 5    Q.          Thank you.

 6    A.          You're welcome.

 7    Q.          Never enough desk.

 8          (Whereupon Plaintiff's Exhibit 4 was marked.)

 9    Q.          So the last log I showed you was the text

10    message log.

11    A.          Okay.

12    Q.          You know, I'll have you identify -- your

13    number is (330) 240-4931?

14    A.          Yes.

15    Q.          Okay.  So I'm going to represent to you that

16    this is a log of your phone calls.

17    A.          Okay.

18    Q.          Like your voice call, talk, as opposed to

19    that thing.  And that is -- that's what that is.

20    A.          Okay.

21    Q.          Do you have any reason to dispute that?

22    A.          I do not.

23    Q.          Okay.  I'll have you set that aside because

24    it kind of says what it says.  We're going to do a similar

25    thing.
```

```
 1    A.          Do you get this?

 2    Q.          Yeah.  You can give it to her.  Seems like

 3    this was the easier path to identify some numbers.

 4    A.          Okay.  Contacts?

 5    Q.          Well, we'll get there in a little bit.  Keep

 6    it handy.

 7    A.          All right.

 8    Q.          Thanks.  I didn't want you to have to stare

 9    at that thing.  Actually, I lied.  Bring that out real

10    quick.  Do you remember getting a phone call or calling

11    Sheriff Monroe at 10:25 a.m. that day?

12    A.          I do not.

13    Q.          So if you talked to him, you wouldn't

14    remember what you talked about?

15    A.          I don't remember talking to him at all.

16    Q.          Okay.  How frequently do you call or talk to

17    Sheriff Monroe during the course of a day, on average?

18    A.          I could go couple days without talking to

19    him or texting him, or a week.

20    Q.          Okay.  Do you remember calling Louis Padula

21    at 11:45 a.m.?

22    A.          No.

23    Q.          Do you remember if he called you at 11:45

24    a.m.?

25    A.          No.
```

```
 1   Q.              Who is Keith O'Halloran?

 2   A.              O'Halloran.  Pretty good.

 3   Q.              It was okay?

 4   A.              It's good.

 5   Q.              Thanks.

 6   A.              You're welcome.

 7   Q.              Who is he?

 8   A.              He's a family member.

 9   Q.              Okay.

10   A.              So it's my wife's cousin's husband, but I

11   call him my cousin.

12   Q.              Okay.  All right.

13   A.              He actually works for TLC Insurance and

14   runs their home health care unit.

15   Q.              Okay.  So it didn't have anything to do with

16   official business most likely then?

17   A.              No.  It was probably about jiu-jitsu, to

18   be honest with you.

19   Q.              Okay.

20   A.              But I don't recall.  I don't recall

21   talking to him.  I don't recall anything.  Typically

22   he'll call me, we'll either BS or he'll call and say you

23   going to class tonight.  That's about it.

24   Q.              Okay.

25   A.              We're usually jiu-jitsu partners.
```

```
 1   Q.          Okay.
 2   A.          We do jiu-jitsu, so --
 3   Q.          Donald Hyde?
 4   A.          I don't -- so Donald Hyde is a former
 5   member of the sheriff's office.  He was my former
 6   sergeant on afternoon turn when I was on road patrol.
 7   He does something now for senior services.  I think he's
 8   employed by the county.  I haven't seen him in a while.
 9   Super great guy.  We used to run 5Ks together a lot.
10   Q.          Anthony Roberts?
11   A.          Anthony -- so Anthony is a detective for
12   Niles Police Department.  We train jiu-jitsu together,
13   and he's a friend of mine, so --
14   Q.          Jacqueline Ross?
15   A.          That's my wife.
16   Q.          Okay.  You checked in a lot that day.
17   That's good.
18   A.          I mean, typically.
19   Q.          That's good.
20   A.          Yeah.
21   Q.          Michael Yannucci?
22   A.          Michael Yannucci is a member of the
23   sheriff's office.  He is a captain now.  He's in charge
24   of the drug unit.
25   Q.          Okay.  Do you remember having conversations
```

1    with him that day?

2    A.            I don't.

3    Q.            I have one number -- I mean, would you

4    disagree that I identified these numbers -- do you have

5    any reason to doubt -- I think we already identified --

6    quite frankly, I don't care about your calls with your

7    wife, obviously, but I think we already identified Louis

8    Padula's number.  I don't think we need to do that.  I

9    think we've recognized and identified the sheriff's number

10   in this litigation.  Do you have any reason to disagree

11   that the number (330) 240-4747 is Michael Yannucci's

12   number?

13   A.            No, I believe that's his.

14   Q.            Okay.  I have one number for you to

15   identify, then.  How about that?

16   A.            Absolutely.  Let's do it.

17   Q.            Okay.  (330) --

18   A.            Okay.

19   Q.            -- 556 --

20   A.            Okay.

21   Q.            -- 3878.

22   A.            You're cutting deep with this one.

23   Q.            I'm sorry.

24   A.            That's all right.  It's my 17-year-old

25   daughter.

```
 1    Q.          Okay.

 2    A.          Isabella Ross.

 3    Q.          Okay.

 4    A.          Who I speak with quite often.

 5    Q.          Good.

 6                MR. BETRAS:  She still talks to you.

 7                THE WITNESS:  She talks to me now.

 8                MR. BETRAS:  She'll get older.  She'll

 9    blow you up.

10                THE WITNESS:  Yeah, I think we're starting

11    to get there.

12    Q.          I have a 16-year-old myself.  Well, the good

13    news is I think we're done with that.

14    A.          Thank you.

15    Q.          Okay.  We're getting there.  At any point do

16    you recall Sheriff Monroe talking to you about preserving

17    text messages?

18    A.          No.

19    Q.          So at no point Sheriff Monroe ever contacted

20    you and said, hey, don't delete your text messages from

21    July 7th, 2022?

22    A.          I don't recall if he did or didn't.

23    Q.          Okay.  Are you aware that the municipal

24    court ordered the preservation of text messages?

25    A.          I don't think so.  I don't recall being
```

1   made aware of it.

2   Q.          I'm going to hand you 5.

3          (Whereupon Plaintiff's Exhibit 5 was marked.)

4   Q.          I just handed you what we've now marked

5   Exhibit 5, and it's got Bates stamp TCBS, and you see on

6   the bottom right hand it says 78?

7   A.          Okay.

8   Q.          That's what's called a Bates stamp.  So it's

9   just a number that -- actually, Trumbull County.  Wasn't

10  your attorney.  It was the county that produced this.  So

11  on the first page, this appears to be a letter to Sheriff

12  Monroe from Dennis Watkins.  Do you see that?

13  A.          Yes.

14  Q.          Have you ever seen this before?

15  A.          I don't recall.

16  Q.          I'm going to read it.  It says Dear Sheriff

17  Monroe.

18  A.          Okay.

19  Q.          You have provided us with a letter dated

20  August 5th, 2022, from Raymond Srp, an assistant

21  prosecuting attorney assigned to handle the above

22  captioned case.  In that letter Attorney Srp explains that

23  Judge Frost has issued an order to preserve certain data

24  and sets forth three categories of data in the order.

25  While we have not been and will not be involved in this

```
 1   matter due to a conflict of interest with our statutory

 2   clients -- and this is in bold.  Do you see that?

 3   A.          Uh-huh.

 4   Q.          It is important that you take any and all

 5   steps necessary to preserve the information and data

 6   described in that letter and that you communicate this

 7   duty to your staff as applicable.  Do you see that?

 8   A.          I do.

 9   Q.          Can you turn to the next page?

10   A.          Yes.

11   Q.          And this is a letter dated August 5th, 2022.

12   Do you see that?

13   A.          Yes.

14   Q.          At the top it says Victor V --

15               MR. YOSOWITZ:  Vigluicci.

16   Q.          Vigluicci?

17               MR. BETRAS:  That's how you pronounce it.

18   Q.          Okay.  Vigluicci.

19   A.          Vigluicci.  Where's that?  Right up there.

20   Okay.

21   Q.          Says Portage County Prosecuting Attorney.

22   Do you see that?

23   A.          I do.

24   Q.          Okay.  And it's dated August 5th, 2022, to

25   Trumbull County Sheriff's Office, Trumbull County
```

1  Commissioners.  Do you see that?

2  A.        Yes, sir.

3  Q.        It says RE: 2022 CRB 1240, State of Ohio

4  versus Michele N. Frenchko ordered to preserve.  Do you

5  see that?

6  A.        I do.

7  Q.        It says, Dear Trumbull County Commissioners

8  and Sheriff Palmer.  Do you see that?

9  A.        Yeah, but Sheriff Palmer's not the

10  sheriff.

11  Q.        Well, he's not.

12  A.        Sheriff Monroe.  Palmer's not the sheriff,

13  but go ahead.

14  Q.        Okay.  My name is Raymond Srp.  That's

15  weird.  And I have been appointed as special prosecuting

16  attorney in Warren Municipal Court Case Number 2022

17  CRB 1240, State of Ohio versus Michele N. Frenchko.  Do

18  you see that?

19  A.        I do.

20  Q.        Yesterday, August 4th, 2022, Judge Frost

21  ordered the following to be preserved.  Do you see this?

22  A.        I do.

23  Q.        There's three things that are listed.  Do

24  you see that?

25  A.        Uh-huh.

1    Q.          One is all surveillance video of the

2    administrative building and the sheriff's building where

3    sheriffs employees and county commissioners or their

4    staff, including Jim Misocky, past employee, are in

5    communication with the sheriff's staff are on the fifth

6    floor.  Do you see that?

7    A.          Yes, sir.

8    Q.          Second it says, personal cell phones and

9    county building phone logs, emails, personal text

10   messages, written notes and correspondence, Messenger

11   messages on Facebook, Instagram and all other app and

12   social media platforms between and among commissioners

13   staff, commissioners, sheriff staff, the sheriff and Jim

14   Misocky between May 4th to August 4th, 2022.  Do you see

15   that?

16   A.          I do.

17   Q.          Okay.  All emails or correspondence, text or

18   videos, social media posts and otherwise relating to the

19   disruption of a lawful meaning statute from any

20   commissioner, sheriffs or auditors office staff, including

21   Jim Misocky, containing any reference to Commissioner

22   Frenchko.  Do you see that?

23   A.          Yes.

24   Q.          So at no point -- your testimony today is

25   that at no point did Sheriff Monroe instruct you or tell

1   you to preserve any text message on your phone?

2   A.          I don't recall him ever saying that, and

3   I've never seen this.  This is the first I'm seeing

4   this.  We didn't even talk to the prosecuting attorney.

5   Q.          Right.  Do you consider yourself sheriff

6   staff?

7   A.          I guess we're members of the sheriff's

8   office, yeah, so I guess.  I don't know if part of his

9   staff, like administrative staff.

10  Q.          You are a sheriff's employee, correct?

11  A.          Correct.

12  Q.          Had the sheriff instructed you to preserve

13  your text messages from that day, would you have done it?

14  A.          Yes, I'm sure I would have listened to

15  him.

16  Q.          You would have followed his order?

17  A.          Yeah.

18  Q.          Do you believe that your text messages

19  between yourself and other deputies about deputy business

20  are public records?

21  A.          All the text messages?

22  Q.          That relate to county business.

23  A.          I don't know about county business.  I

24  mean, I could see if it was law enforcement related,

25  like maybe pertaining to a case or something, but, you

1   know, I don't believe that a text message to one of my

2   transport deputies, hey, can you go pick up this person

3   at Mahoning County Jail, I didn't realize that was

4   public record.

5   Q.          Well, if you tell a deputy to pick someone

6   up at a jail, would you not agree that that text message

7   documents an activity in the sheriff's department?

8   A.          It could document it, but there's also

9   ways it does document it.

10  Q.          Because picking someone up at a jail is an

11  activity of deputy, correct?

12  A.          It is.

13  Q.          And a text message would be a documentation

14  of that activity, correct?

15  A.          I guess if you put it like that.

16  Q.          There would be other records of that

17  activity, but a text message would be one of them?

18  A.          You're right.

19  Q.          Okay.

20  A.          Agree.

21  Q.          So that makes it a public record, doesn't

22  it?

23  A.          I don't know.

24  Q.          You don't know because you've never been

25  trained?

```
 1   A.          Correct.

 2   Q.          So the sheriff never trained you on that?

 3   A.          I don't know if we've had training on it.

 4   I don't remember.

 5               MR. MILLER-NOVAK:  Let's take a quick

 6   break.  We're close.

 7                    (Off the record.)

 8               MR. MILLER-NOVAK:  We're done.

 9   CROSS EXAMINATION

10   BY MS. SUDHOFF:

11   Q.          Prior to the start of the July 7th, 2022,

12   meeting, did you know you were going to arrest

13   Ms. Frenchko?

14   A.          No.

15   Q.          Who made the decision to arrest

16   Ms. Frenchko?

17   A.          Sergeant Wix and myself, probably.  I

18   think we talked about it briefly when it was going on.

19   I think Sergeant Wix and myself.  I don't think either

20   one of us individually made that.  It was kind of like a

21   collective.

22   Q.          Were you ordered by Sheriff Monroe to arrest

23   Ms. Frenchko?

24   A.          No.

25   Q.          Have you ever been ordered by anyone to
```

```
1    arrest anyone?

2    A.          No, not verbally.  Sometimes on warrant it

3    might -- from a judge say you are here so ordered to

4    take this person into custody, which we've done, but

5    nobody has physically ever said, hey, we're going to

6    arrest this person.  Arrest this person.  I've never

7    been ordered out of somebody's mouth to physically

8    arrest somebody, no.

9    Q.          Did you discuss any plan to arrest

10   Ms. Frenchko with former Commissioner Frank Fuda?

11   A.          No.

12   Q.          Did you discuss any plan to arrest

13   Ms. Frenchko with current Commissioner Mauro Cantalamessa?

14   A.          No, ma'am.

15   Q.          Did you discuss any plan to arrest

16   Ms. Frenchko with Sheriff Monroe?

17   A.          No, ma'am.

18   Q.          Prior to Ms. Frenchko's arrest, did you

19   discuss arresting her with anybody?

20   A.          No.

21               MS. SUDHOFF:  That's all my questions.

22   RECROSS EXAMINATION

23   BY MR. MILLER-NOVAK:

24   Q.          You said that between the time you

25   handcuffed Commissioner Frenchko and actually filed the
```

1    charges that you did talk to Sheriff Monroe, correct?

2    A.            I believe so.  I believe he did come back

3    there maybe and ask us -- if my memory serves me

4    correctly, he may have come back once he found out, said

5    what are you guys charging her with, and he said okay,

6    and we continued about doing our report.

7    Q.            Did you contact the prosecuting attorney for

8    any entity?

9    A.            No.

10   Q.            Did --

11   A.            Not that -- I don't think so, no.

12   Q.            Okay.  So Sheriff Monroe was aware that you

13   were going to file charges against Commissioner Frenchko

14   for disturbing a public meeting before you did, correct?

15   A.            No.  At the time the charges -- she was

16   already taken to jail.  I was filling out -- I probably

17   had already filled out the charge, and we were doing our

18   report, so I don't know when exactly he came back there.

19   He was probably made aware of as it was happening.

20   Q.            Okay.

21   A.            I mean -- if that makes sense.  We're back

22   there typing our report.  He and I -- Sergeant Wix and I

23   are in a room; I know he was starting the report.  I

24   think I might have filled out the paperwork, and

25   sometime during that I think maybe he came back and

```
1    spoke to us.  I don't know.

2    Q.            So he was aware of the situation before you

3    actually filed the charges in the municipal court,

4    correct?

5    A.            Before they made it to the court?

6    Q.            Yes.

7    A.            I'd say that's fair to say.

8    Q.            Okay.  You would agree that it's an unusual

9    event to arrest a county commissioner inside of her own

10   meeting, correct?

11   A.            Well, I don't know if it's her meeting.

12   Q.            It's a commissioners' meeting?

13   A.            It's a commissioners' meeting.

14   Q.            You agree the county commissioners, there

15   are three of them, correct?

16   A.            Correct.

17   Q.            And they're the governing body of an entire

18   county, correct?

19   A.            Correct.

20   Q.            The county in which you work for, correct?

21   A.            Yes, sir.

22   Q.            A county that approves your budget, correct?

23   A.            Yeah.

24   Q.            Okay.  So you don't think that it's abnormal

25   or unusual to arrest a commissioner during a
```

1    commissioners' meeting?

2    A.          I mean, if they break the law, then I

3    guess they're no better than anybody else.

4    Q.          Okay.  I understand the point.

5    A.          You know, they're no better -- if I break

6    the law -- if I go out and drink and drive tonight and I

7    get arrested, I'm no better.  I'll be arrested.

8    Q.          Okay.  Is that something that happens

9    frequently?

10   A.          Not that I'm aware of.

11   Q.          Okay.  It's not like pulling someone over

12   for an OVI, correct?

13   A.          I would say you're right.

14   Q.          It's fairly unique?

15   A.          Probably.

16               MR. MILLER-NOVAK:  Okay.  No further

17   questions.

18               MR. YOSOWITZ:  He'll read it.

19                    SIGNATURE NOT WAIVED

20          (Deposition concluded at 12:03 p.m.)

21

22

23

24

25

```
1

2                           REPORTER'S CERTIFICATE

3

4

5           I certify that this transcript, consisting of 127

6      pages, is a complete, true and correct transcript of the

7      proceedings had and the testimony taken in this case as

8      shown by my stenotype notes taken at the time said

9      testimony was taken.

10

11

12                    _____

                      Jodie L. Algarin
13                    Registered Professional Reporter
                      Certified Realtime Reporter
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF NOTARY

 2

 3     COMPLETED BY DEPONENT:

 4

 5     I, ROBERT ROSS, have read the foregoing pages of my
       testimony or have had them read to me and have noted any
 6     changes in form or substance of my testimony with their
       respective corrections and the reasons on the following
 7     errata sheet(s).

 8

 9     _____
       ROBERT ROSS                        Date
10

11

12

13     COMPLETED BY NOTARY PUBLIC

14

15     I, _____, a Notary Public in and for the
       State of _____, hereby acknowledge that the
16     above named witness personally appeared before me, swore
       to the truth of the foregoing statements and signed above
17     as his/her own true act and deed.

18

19     _____
       Notary                             Date
20

21     _____
       Commission Expiration
22

23

24

25
```

1                    E R R A T A   P A G E

2

3         I, ROBERT ROSS, the witness herein, have
          read the transcript of my testimony taken
4         on September 13, 2023, or have had the
          transcript read to me, and the same is true
5         and correct, with the exception of the
          following changes noted below, if any:

6

7    PAGE   LINE        CORRECTION, CHANGE & REASON

8    _____ _____   _____

9    _____ _____   _____

10   _____ _____   _____

11   _____ _____   _____

12   _____ _____   _____

13   _____ _____   _____

14   _____ _____   _____

15   _____ _____   _____

16   _____ _____   _____

17   _____ _____   _____

18   _____ _____   _____

19   _____ _____   _____

20   _____ _____   _____

21   _____ _____   _____

22   _____ _____   _____

23   _____ _____   _____

24

25                 _____
                   ROBERT ROSS              Date

```
 1                    A & A Reporting & Transcription Services
                      837 Boardman-Canfield Rd., Suite 203
 2                    Youngstown, Ohio  44512

 3                    September 20, 2023

 4

 5     Andrew N. Yosowitz, Esquire
       Teetor Westfall
 6     200 E. Campus View Boulevard, Suite 200
       Columbus, Ohio  43235

 7

 8     RE:  Niki Frenchko VS Paul Monroe, et al.

 9     Dear Mr. Yosowitz,

10     Enclosed please find your copy of the deposition of Robert
       Ross taken on September 13, 2023.  The original
11     certificate and correction pages are attached.  It is my
       understanding from our discussion that you will arrange to
12     have Mr. Ross read and sign your copy of the transcript.

13     After the transcript has been signed, please mail the
       originals of Pages 126 and 127 to me at the above address.
14     If I have not received the signed pages within 30 days of
       your receipt of this letter, pursuant to the Rules of
15     Civil Procedure, signature will be waived.

16     Thank you for your time and consideration in this matter.
       If you have any questions, please don't hesitate to call
17     me at the above number.

18     Sincerely,

19

20     Jodie L. Algarin

21     Enclosure

22     cc:  Atty. Matt Miller-Novak
            Atty. David Betras
23          Atty. Helen Sudhoff

24

25
```

**BY MR. MILLER-NOVAK: [1]** 121/23
**MR. BETRAS: [13]** 7/20 7/22 9/9 71/1 73/11 85/18 86/19 95/9 95/15 100/7 113/6 113/8 115/17
**MR. MILLER-NOVAK: [26]** 35/14 35/21 36/1 36/6 36/10 40/9 48/2 68/18 74/13 74/16 74/20 74/23 84/20 84/23 85/22 85/24 92/22 94/15 94/19 95/4 95/17 97/1 100/10 120/5 120/8 124/16
**MR. YOSOWITZ: [33]** 31/5 34/7 35/19 35/25 36/8 48/1 52/18 56/8 56/10 56/17 57/1 57/6 61/24 68/12 69/14 74/15 79/6 84/14 84/22 85/17 85/20 85/23 86/1 94/1 94/14 94/17 95/6 95/25 96/24 104/11 105/1 115/15 124/18
**MS. SUDHOFF: [5]** 36/4 36/7 74/18 96/25 121/21
**THE WITNESS: [3]** 7/21 113/7 113/10

**0**
**00781 [1]** 1/9
**0609 [2]** 100/13 100/14

**1**
**100 [1]** 100/8
**108 [1]** 4/16
**10:25 [1]** 109/11
**114 [1]** 4/17
**11:07 [3]** 98/20 99/2 100/12
**11:13 [2]** 89/3 90/6
**11:45 [2]** 109/21 109/23
**11:56 [1]** 91/4
**12 [1]** 99/5
**120 [1]** 4/4
**1200 [1]** 99/5
**121 [1]** 4/5
**1216 [1]** 2/23
**1240 [2]** 116/3 116/17
**126 [1]** 128/13
**127 [2]** 125/5 128/13
**12:00 [1]** 94/24
**12:03 [1]** 124/20
**12:12 [2]** 99/5 99/9
**12:28 [1]** 90/18
**12:35 [1]** 91/4
**13 [10]** 1/17 3/6 21/11 22/12 22/12 22/17 22/24 99/2 127/4 128/10
**1350 [1]** 2/6
**136 [1]** 98/4
**1400 [1]** 96/17
**150 [1]** 12/1
**15:07 [1]** 99/2
**15:07:51 [1]** 98/19
**16-year-old [1]** 113/12

**1636 [1]** 105/14
**16:12 [2]** 99/4 99/9
**17 [1]** 9/20
**17-year-old [1]** 112/24
**1876 [1]** 34/17
**18:01 [1]** 96/14
**18:01:49 [1]** 96/15

**2**
**20 [1]** 128/3
**200 [5]** 2/15 2/15 2/22 128/6 128/6
**2002 [1]** 13/1
**2002/2003 [1]** 13/3
**2003 [1]** 13/3
**2006 [1]** 9/12
**2008 [6]** 9/13 9/14 9/18 10/17 10/20 10/22
**2016 [2]** 11/5 11/7
**2022 [21]** 16/14 16/18 21/10 30/11 30/21 31/7 32/15 32/17 33/11 36/17 36/22 75/4 113/21 114/20 115/11 115/24 116/3 116/16 116/20 117/14 120/11
**2023 [5]** 1/17 3/6 127/4 128/3 128/10
**203 [1]** 128/1
**219 [1]** 106/22
**221-1216 [1]** 2/23
**23rd [1]** 9/14
**240 [1]** 107/10
**240-2607 [1]** 107/16
**240-4747 [1]** 112/11
**240-4931 [1]** 108/13
**240-7 [1]** 102/9
**240-7086 [1]** 102/8
**2607 [4]** 106/13 107/12 107/13 107/16
**277 [2]** 105/25 106/1
**29 [2]** 97/3 97/5
**2917.12 [2]** 72/4 82/22
**2977 [1]** 103/1
**2:01:04 [1]** 96/20

**3**
**30 [1]** 128/14
**3074 [1]** 2/5
**31 [1]** 4/9
**3220 [3]** 103/20 103/21 104/11
**330 [23]** 2/10 100/22 100/25 101/1 101/16 102/8 102/24 103/3 103/8 103/18 103/21 104/7 105/6 105/12 105/25 106/1 106/9 106/20 107/8 107/16 108/13 112/11 112/17
**34 [1]** 4/9
**36 [1]** 4/13
**3878 [1]** 112/21

**4**
**4000 [1]** 2/16
**412-4000 [1]** 2/16
**43054 [1]** 2/23

**43235 [2]** 2/15 128/6
**440 [2]** 100/12 100/14
**44406 [1]** 2/9
**44512 [1]** 128/2
**45209 [1]** 2/5
**4747 [1]** 112/11
**4844 [1]** 98/17
**4863 [2]** 99/6 99/7
**4931 [1]** 108/13
**4:23 [1]** 1/9
**4th [3]** 116/20 117/14 117/14

**5**
**50 [1]** 15/12
**501 [1]** 101/20
**506-2977 [1]** 103/1
**5063 [1]** 101/22
**513 [1]** 2/6
**52 [2]** 4/9 17/4
**540 [1]** 106/11
**556 [1]** 112/19
**56 [1]** 4/9
**57 [1]** 4/9
**5Ks [1]** 111/9
**5th [3]** 114/20 115/11 115/24

**6**
**6/29 [2]** 97/3 97/5
**609 [2]** 103/18 104/9
**609-3220 [1]** 103/21
**61 [1]** 4/9
**614 [2]** 2/16 2/23
**6265 [1]** 106/2
**647-8387 [1]** 101/1
**6630 [2]** 2/9 3/7
**68 [1]** 4/9
**6976 [2]** 100/24 100/25

**7**
**7086 [1]** 102/8
**71 [1]** 4/14
**718-6976 [2]** 100/24 100/25
**721-1350 [1]** 2/6
**727-1636 [1]** 105/14
**746-8484 [1]** 2/10
**7775 [1]** 2/22
**78 [1]** 114/6
**79 [1]** 4/9
**799-0609 [2]** 100/13 100/14
**7th [14]** 16/14 16/18 30/11 30/21 32/15 32/17 33/11 36/22 37/14 75/4 93/4 98/8 113/21 120/11

**8**
**8202 [1]** 106/24
**837 [1]** 128/1
**8387 [1]** 101/1
**84 [1]** 4/10
**8484 [2]** 2/10
**8973 [2]** 103/5 103/8

**9**
**911 [1]** 102/17

**92 [1]** 4/15
**937-8973 [1]** 103/8
**987 [1]** 103/6
**987-8973 [1]** 103/5
**9:07 [1]** 3/6

**A**
**a.m [8]** 3/6 89/4 91/4 98/20 100/12 109/11 109/21 109/24
**ability [3]** 8/24 59/15 60/5
**able [3]** 24/14 24/18 54/6
**abnormal [1]** 123/24
**about [75]** 7/1 8/22 12/22 13/10 13/13 13/22 13/23 13/24 14/3 14/10 16/2 18/13 21/6 23/10 25/9 27/2 27/6 28/6 28/11 28/15 28/25 29/9 32/5 34/1 34/23 38/7 38/12 38/14 39/3 40/24 46/5 47/17 52/1 52/3 53/1 54/5 54/21 55/8 58/16 58/20 65/2 67/11 67/15 69/16 73/17 73/24 75/19 76/20 77/1 83/11 89/16 89/24 90/2 90/5 90/7 90/8 90/10 90/15 91/7 91/10 91/12 91/14 92/21 106/16 106/17 109/14 110/17 110/23 112/6 112/15 113/16 118/19 118/23 120/18 122/6
**above [6]** 1/15 114/21 126/16 126/16 128/13 128/17
**above-entitled [1]** 1/15
**absolutely [3]** 73/9 104/5 112/16
**academy [5]** 13/1 13/6 13/18 15/25 15/25
**accidental [1]** 68/15
**accidentally [3]** 15/3 15/20 67/20
**according [1]** 19/8
**account [1]** 71/25
**acknowledge [1]** 126/15
**across [1]** 83/15
**act [3]** 19/8 56/6 126/17
**action [1]** 1/19
**activity [4]** 119/7 119/11 119/14 119/17
**actual [2]** 73/13 97/11
**actually [11]** 45/25 49/2 54/12 80/23 94/15 96/17 109/9 110/13 114/9 121/25 123/3
**actus [1]** 14/9
**add [1]** 95/16
**address [1]** 128/13
**adjust [1]** 95/10
**administer [1]** 19/7
**administration [3]** 88/16 88/25 102/6
**administrative [2]** 117/2 118/9
**advice [2]** 27/6 27/14

**advised [2]** 77/14 82/11
**affairs [1]** 10/4
**aforesaid [1]** 1/19
**afraid [1]** 12/12
**after [15]** 6/12 37/20 37/21 37/24 38/3 38/5 52/24 52/24 64/14 64/22 67/9 81/17 90/9 91/5 128/13
**afternoon [1]** 111/6
**again [2]** 88/4 88/6
**against [2]** 22/10 122/13
**agency [1]** 59/8
**agenda [5]** 47/16 47/17 50/13 50/13 65/6
**ago [5]** 16/5 79/14 89/14 90/1 102/23
**agree [23]** 15/5 19/4 19/7 19/24 22/21 26/19 31/2 32/9 32/23 49/9 16 51/11 51/12 53/7 61/21 62/3 68/3 69/21 75/2 98/2 119/6 119/20 123/8 123/14
**agreed [3]** 3/4 3/9 60/11
**agreement [2]** 1/16 1/18
**ahead [10]** 24/2 31/5 34/7 52/18 56/10 57/2 57/6 61/24 79/6 116/13
**aimed [1]** 24/5
**air [1]** 9/10
**airplanes [1]** 95/14
**al [2]** 1/11 128/8
**Albany [1]** 2/23
**Alberini [1]** 102/15
**Alberini's [1]** 102/19
**Albrecht [1]** 2/22
**Algarin [4]** 1/16 3/11 125/12 128/20
**all [56]** 5/10 5/14 7/4 7/7 7/14 8/9 8/18 9/7 10/19 19/16 22/23 23/2 23/12 25/4 28/9 29/4 29/15 32/3 35/17 42/23 44/6 48/5 52/3 53/4 59/7 59/17 60/22 61/5 63/17 71/12 74/24 75/6 92/17 95/13 96/2 96/4 97/22 98/3 98/25 99/13 99/14 100/7 101/16 104/2 105/3 107/22 109/7 109/15 110/12 112/24 115/4 117/11 117/11 117/17 118/21 121/21
**allegations [1]** 53/20
**allow [4]** 8/3 47/5 47/7 76/7
**allowed [7]** 38/18 38/19 47/1 47/12 48/18 50/19 82/7
**almost [1]** 9/20
**along [2]** 55/2 82/19
**alphabet [1]** 18/16
**already [4]** 112/5 112/7 122/16 122/17
**always [3]** 12/11 21/22 104/23
**am [6]** 9/3 10/25 11/2

**A**

am... [3] 20/4 72/1 95/2
amateur [2] 21/12 21/13
among [2] 31/4 117/12
amount [2] 16/8 16/24
analog [1] 94/23
Andrew [2] 2/14 99/22 128/5
angry [1] 65/2
another [1] 7/16 12/5 30/13 33/12 34/6 34/10 50/22 52/10 52/22 60/23 101/10
answer [8] 8/4 8/6 8/7 8/17 26/16 46/7 56/18 57/11
answered [1] 22/24
Anthony [3] 111/10 111/11 111/11
anybody [19] 16/15 40/19 43/11 73/24 80/2 84/6 84/10 84/13 84/15 84/16 85/1 85/4 89/5 89/8 89/24 90/10 103/6 121/19 124/3
anymore [2] 82/7 91/24
anyone [4] 74/10 87/17 120/25 121/1
anything [13] 16/2 23/20 55/4 55/13 55/15 56/15 65/15 74/11 91/7 91/13 91/14 110/15 110/21
anytime [1] 82/2
anyway [1] 96/13
apologize [2] 107/21 107/22
app [1] 117/11
Apparently [1] 95/1
appearance [1] 65/16
APPEARANCES [1] 1/24
appeared [2] 54/18 126/16
appears [2] 65/1 114/11
applicable [1] 115/7
applied [5] 39/18 53/8 60/12 61/18 62/19
apply [2] 19/21 39/7
applying [1] 62/13
appointed [1] 116/15
appreciate [1] 92/17
approached [1] 56/2
approval [1] 30/7
approves [1] 123/22
area [2] 18/15 75/16
argue [2] 31/11 52/15
arguing [3] 31/13 58/6 58/8
argument [1] 58/11
armed [1] 80/5
around [3] 44/8 72/24 75/15
arrange [1] 128/11
arrest [44] 17/10 17/14 17/18 44/2 46/4 53/12 55/12 56/4 56/13 58/1 58/24 60/1 62/8 66/2 78/11 79/3 81/25 82/2

86/14 88/21 89/8 89/11 89/21 89/25 90/5 90/5 90/6 90/9 90/11 98/6 99/3 120/12 120/15 120/22 121/1 121/6 121/6 121/8 121/9 121/12 121/15 121/18 123/9 123/25
arrested [21] 16/15 43/22 55/21 55/25 56/2 58/18 60/20 61/8 62/17 62/20 63/3 63/4 64/4 64/22 68/1 71/2 78/17 78/20 79/3 124/7 124/7
arresting [4] 46/8 53/5 91/5 121/19
arrests [4] 16/11 16/21 17/6 17/15
as [45] 5/3 5/6 10/11 10/11 10/21 11/8 11/11 12/8 15/2 20/9 20/10 21/12 21/13 27/22 41/15 48/19 48/19 51/8 52/11 52/11 52/13 52/13 59/1 59/5 59/13 59/13 59/13 59/13 61/21 61/23 62/24 68/10 72/1 79/15 80/8 99/17 99/17 100/15 103/12 108/18 115/7 116/15 122/19 125/7 126/17
aside [1] 108/23
ask [12] 8/16 8/20 12/12 18/6 19/1 21/22 26/15 27/25 35/3 96/22 99/22 122/3
asked [15] 12/15 20/6 32/20 38/9 40/23 42/3 42/4 45/19 46/4 47/14 75/9 76/25 77/12 79/23 82/18
asking [3] 21/20 40/6 79/15
assault [2] 15/8 15/14
assigned [13] 87/1 87/4 87/15 87/23 88/15 88/17 88/19 88/24 101/4 102/4 103/11 105/20 114/21
assignment [1] 10/21
assistant [1] 114/20
assisted [2] 3/13 20/8
assisting [1] 12/2
assume [2] 42/19 44/1
Assumes [1] 57/1
assuming [5] 9/1 16/11 24/22 30/5 72/8
asthma [1] 82/12
attached [1] 128/11
attorney [15] 28/7 65/11 68/22 68/24 69/12 69/22 73/24 96/1 114/10 114/21 114/22 115/21 116/16 118/4 122/7
attorney's [1] 95/2
Atty [4] 3/7 128/22 128/22 128/23
auditors [1] 117/20
August [5] 114/20 115/11 115/24 116/20 117/14

authority [3] 10/3 10/8 48/15
available [1] 3/15
average [2] 10/12 109/17
aviation [1] 94/18
aware [15] 36/16 36/21 36/23 38/24 47/4 48/19 50/18 50/21 92/24 113/23 114/1 122/12 122/19 123/2 124/10
away [1] 46/2 102/22
ayosowitz [1] 2/16

**B**

BAC [1] 19/1
back [33] 23/18 29/11 33/19 35/24 37/7 44/4 44/25 46/1 46/5 47/4 52/15 57/20 68/20 72/18 72/18 74/17 74/23 77/1 77/8 77/8 77/10 83/14 83/19 102/20 103/2 105/8 105/9 108/2 122/2 122/4 122/18 122/21 122/25
background [1] 61/17
Backus [5] 88/14 100/13 100/15 101/12 102/5
backwards [1] 18/16
bad [2] 71/7 71/9
baggage [1] 7/25
bar [1] 13/19
Barron [1] 2/4
basic [3] 11/10 11/12 13/6
basically [1] 81/10
basis [3] 6/7 28/1 35/9
Bates [2] 114/5 114/8
be [83] 1/17 3/5 3/10 3/12 3/15 5/23 6/12 7/8 8/6 8/22 12/2 12/11 12/24 15/7 15/8 15/13 15/17 15/21 15/21 18/4 19/1 20/7 20/23 24/12 24/14 24/18 25/8 26/25 27/8 27/9 27/21 28/11 32/21 35/23 35/25 41/4 41/14 42/3 44/17 45/25 47/8 53/8 55/25 58/8 58/16 59/2 60/12 67/2 73/22 75/3 76/21 77/15 77/24 78/6 78/6 78/8 78/20 81/20 83/9 84/23 85/22 89/16 90/5 91/12 91/14 91/15 92/7 92/15 94/22 95/24 98/20 99/5 103/24 103/25 110/18 114/11 114/25 116/21 119/13 119/16 119/17 124/7 128/15
bear [1] 22/23
bearer [2] 71/7 71/9
became [2] 9/14 76/11
because [52] 7/2 7/6 7/9 7/16 8/3 9/1 10/18 12/8 19/15 19/17 20/12 22/19 33/25 35/21 37/10 41/4 41/14 46/3 50/16 54/8 60/1 60/7 61/1 61/7 62/25

63/3 63/4 63/8 63/11 63/13 64/5 64/15 65/2 66/22 66/24 73/21 77/7 79/18 80/9 88/17 90/24 91/1 94/22 95/11 96/3 97/24 100/5 100/18 104/22 108/23 119/10 119/24
become [1] 12/24
been [30] 5/3 6/9 9/11 9/19 16/8 17/20 17/20 18/22 19/17 20/9 21/2 27/20 27/23 51/25 74/13 87/15 87/23 87/24 88/16 88/18 89/19 91/7 104/20 105/21 114/25 116/15 119/24 120/25 121/7 128/13
Behalf [3] 2/3 2/13 2/19
behavior [1] 8/5
behaviors [1] 18/3
behind [3] 95/22 95/23 95/24
being [27] 27/24 33/10 36/19 43/18 50/24 58/18 58/20 58/22 59/6 59/9 60/20 62/19 63/12 63/12 63/14 64/3 76/20 78/16 79/3 79/8 79/8 82/12 82/14 82/22 83/2 83/23 113/25
believed [2] 62/16 66/5
belittled [1] 72/23
below [1] 127/5
benefits [1] 24/12
Bennie [1] 2/4
berated [1] 72/22
besides [2] 70/4 73/24
best [7] 8/9 12/15 21/23 38/21 71/25 93/21 99/19
Betras [4] 2/8 2/8 3/7 128/22
better [8] 6/12 82/19 94/4 95/4 96/2 124/3 124/5 124/7
between [18] 3/4 3/9 14/8 14/18 14/23 15/6 15/10 22/15 29/22 67/15 67/19 91/4 92/11 99/16 117/12 117/14 118/19 121/24
bias [1] 72/8
bicker [1] 52/15
bid [1] 87/13
bit [17] 8/8 10/18 10/20 12/9 12/22 17/20 17/21 21/6 27/6 28/8 38/14

40/16 41/10 96/10 101/11 107/6 109/5
bits [1] 77/3
bkmlaws.com [1] 2/10
blow [2] 96/23 113/9
blurt [2] 8/6 51/13
blurting [2] 46/13 46/18
Board [1] 2/19
Boardman [1] 128/1
Boardman-Canfield [1] 128/1
boat [2] 95/10 95/10
Boating [1] 95/14
Bobby [4] 6/1 6/2 94/20 96/13
body [2] 40/12 123/17
bogged [2] 24/15 24/17
bold [1] 115/2
book [3] 18/15 29/1 29/4
booked [2] 81/14 83/23
both [2] 8/7 45/16
bottom [2] 77/11 114/6
Boulevard [2] 2/15 128/6
bpbslaw.com [1] 2/6
Brace [1] 92/18
brandish [1] 43/8
brass [1] 98/3
break [7] 8/13 8/18 68/18 84/21 120/6 124/2 124/5
breaking [5] 39/21 39/22 54/17 54/19 54/20
breaks [1] 25/4
Bret [2] 87/2 87/3
briefly [1] 120/18
bring [2] 73/16 109/9
bringing [1] 73/24
broke [1] 54/24
BS [1] 110/22
bucks [1] 15/12
budget [1] 123/22
building [8] 11/17 88/16 88/25 90/19 102/6 117/2 117/2 117/9
bunch [1] 72/10
business [10] 8/22 34/2 51/22 52/1 52/4 92/13 110/16 118/19 118/22 118/23
butt [1] 13/16
buy [2] 21/14 22/14

**C**

C-A-R-R [1] 105/15
call [21] 6/5 7/13 15/25 29/9 31/12 36/8 37/11 47/17 63/22 63/25 71/20 84/2 84/4 106/15 108/18 109/10 109/16 110/11 110/22 110/22 128/16
called [14] 5/3 11/11 20/5 37/17 37/19 37/21 37/23 37/25 64/3 72/20 84/3 95/7 109/23 114/8
calling [5] 5/25 84/6 84/19 109/10 109/20
calls [5] 11/11 89/13 100/10 108/16 112/6
came [8] 38/8 42/15

**C**

came... [6] 65/16 77/9 83/14 83/18 122/18 122/25
camera [3] 47/19 47/21 76/21
cameras [1] 70/1
Campus [2] 2/15 128/6
can [51] 5/15 7/16 14/7 14/17 14/17 18/6 36/10 39/3 40/13 41/10 45/24 46/19 46/21 48/24 49/16 49/18 50/3 50/21 52/12 52/20 54/12 56/18 57/3 58/16 61/25 67/4 69/14 73/8 77/24 78/5 78/8 86/8 86/14 86/15 88/4 91/10 91/10 91/11 91/11 93/21 94/4 95/18 97/2 97/3 97/11 100/2 100/8 104/3 109/2 115/9 119/2
can't [10] 18/18 32/10 32/20 44/17 51/13 65/20 72/15 78/14 79/12 100/9
Canfield [2] 3/8 128/1
cannot [3] 39/3 50/22 54/13
Cantalamessa [9] 2/20 33/16 45/7 45/24 58/10 58/12 77/14 77/23 121/13
Cantalamessa's [1] 59/11
captain [3] 88/9 88/10 111/23
captioned [1] 114/22
car [4] 15/7 15/11 17/24 18/2
care [3] 8/22 110/14 112/6
career [3] 16/12 16/22 93/13
Carr [1] 105/15
carrier [1] 21/16
case [11] 1/8 13/4 28/9 41/5 41/22 52/14 103/17 114/22 116/16 118/25 125/7
categories [1] 114/24
caught [1] 10/19
cause [3] 1/15 1/19 17/25
cc [1] 128/22
cell [8] 21/7 21/9 23/14 25/25 26/3 75/14 79/16 117/8
center [1] 102/17
certain [9] 20/10 20/16 20/20 20/20 27/5 35/24 86/17 99/17 114/23
certainly [1] 35/23
certificate [3] 125/2 126/1 128/11
Certified [1] 125/13
certify [1] 125/5
CFS [1] 71/18
chain [1] 42/17
chair [22] 35/10 44/8 45/20 54/9 54/12 56/3 56/7 56/16 56/20 56/22 56/25 57/5 57/8 57/9

57/15 57/16 57/18 57/19 75/14 77/12 78/24 79/5
chairperson [4] 54/9 63/8 63/11 63/13
chance [1] 104/16
change [3] 21/5 66/25 127/7
changed [4] 86/1 86/3 86/3 86/19
changes [3] 104/17 126/6 127/5
changing [1] 104/23
channels [1] 25/6
charge [3] 86/15 111/23 122/17
charged [3] 67/9 82/22 86/5
charges [12] 38/10 61/10 61/15 61/19 62/12 64/23 67/5 67/23 122/1 122/13 122/15 123/3
charging [1] 122/5
chat [2] 91/23 91/24
chats [1] 91/21
chatter [1] 25/2
check [3] 50/3 55/17 82/10
checked [1] 111/16
checking [1] 89/2
checks [1] 99/18
chest [1] 24/23
Chevy [1] 10/11
chose [1] 59/25
Cincinnati [1] 2/5
circulate [1] 9/9
circus [1] 5/15
citation [2] 81/11 86/8
cited [1] 55/22
cites [2] 71/22 72/4
civil [16] 1/18 11/2 11/15 11/16 27/11 86/25 86/25 87/13 87/15 87/23 102/5 103/11 103/13 104/16 104/22 128/15
civilian [2] 9/24 96/11
clarification [1] 12/12
clarify [2] 62/2 95/19
class [1] 110/23
classroom [2] 13/7 13/11
clean [1] 25/13
clear [1] 51/12
clerk [16] 44/5 44/9 44/12 44/13 44/14 44/18 44/19 44/21 48/23 49/2 49/7 49/24 49/24 63/9 75/9 76/21
clients [1] 115/2
clock [1] 94/23
close [2] 13/22 120/6
clouded [1] 8/24
co [2] 2/4 27/2
co-deputies [1] 27/2
code [3] 72/4 94/10 94/21
codes [3] 94/22 96/4 98/12
collective [1] 120/21
college [1] 13/5
Columbus [2] 2/15 128/6

column [1] 97/11
come [12] 13/17 18/2 27/14 46/24 65/19 66/11 66/22 87/12 87/14 89/2 122/2 122/4
comes [5] 41/23 47/19 66/23 91/23 104/4
command [4] 42/17 49/12 49/15 49/19
commands [1] 49/10
commission [3] 30/3 30/8 126/21
commissioner [63] 36/17 43/2 43/22 44/7 44/12 44/13 44/20 45/2 45/7 45/24 47/18 48/9 48/15 48/24 50/1 51/22 53/1 53/12 53/15 54/4 58/10 63/18 63/21 63/25 64/5 70/2 70/9 72/21 72/25 74/11 75/9 75/13 75/23 76/6 76/7 76/12 76/22 77/5 77/12 77/14 77/14 77/23 78/11 79/10 79/14 82/8 82/11 82/21 89/21 90/7 90/18 90/20 91/5 98/7 99/3 117/20 117/21 121/10 121/13 121/25 122/13 123/9 123/25
commissioners [33] 2/19 31/4 32/2 32/3 33/12 34/5 35/3 36/24 38/20 39/2 39/6 41/4 41/8 41/12 41/16 41/22 42/9 42/12 49/3 49/6 50/19 50/25 51/1 51/16 52/1 57/23 60/23 116/1 116/7 117/3 117/12 117/13 123/14
commissioners' [15] 30/16 32/8 33/3 33/3 40/21 41/13 42/24 42/25 69/25 74/6 75/9 75/13 123/12 123/13 124/1
Common [1] 87/1
commotion [1] 44/6
communicate [3] 24/14 24/18 115/6
communication [2] 26/2 117/5
communications [1] 92/11
compare [1] 22/10
Comparing [2] 22/7 22/8
complaining [1] 79/21
complaints [1] 61/14
complete [1] 125/6
COMPLETED [2] 126/3 126/13
completely [1] 19/11
complex [1] 40/17
complied [1] 77/13
comply [4] 45/20 45/21 79/4 79/19
computer [1] 3/13
computer-assisted [1] 3/13
concluded [1] 124/20
condescending [1] 76/13

conditions [1] 82/12
conduct [5] 40/21 53/1 55/4 55/22 62/24
conducted [2] 50/24 62/24
conflict [1] 115/1
confuse [1] 7/16
confused [1] 12/18
confusing [1] 92/15
connection [1] 97/14
consider [3] 31/15 58/7 118/5
consideration [1] 128/16
considered [1] 67/2
consisting [1] 125/5
consists [1] 11/25
constant [1] 54/22
constantly [1] 84/18
contact [4] 27/10 103/23 105/9 122/7
contacted [1] 113/19
contacts [6] 99/20 100/2 100/15 103/7 105/8 109/4
containing [1] 117/21
content [1] 38/1
contention [2] 31/4 31/9
continue [2] 45/8 63/9
continued [3] 45/1 60/10 122/6
continuing [1] 52/14
continuously [1] 75/19
contrast [1] 15/19
control [1] 45/17
conversation [2] 25/24 38/2
conversations [2] 68/23 111/25
convey [1] 101/8
Cool [3] 94/4 96/22 100/22
cooler [1] 107/6
Coonce [4] 88/8 88/9 101/23 101/24
Coonce's [1] 101/25
coordinated [1] 94/11
copies [2] 35/24 93/3
copy [2] 128/10 128/12
correct [154]
correction [2] 127/7 128/11
corrections [2] 9/23 126/6
correctly [1] 122/4
correspondence [2] 117/10 117/17
coughing [1] 82/13
couldn't [3] 77/10 80/7 81/24
counsel [6] 1/19 2/1 3/4 3/10 23/23 96/22
county [33] 2/19 2/19 2/20 22/25 23/6 30/13 30/14 33/3 33/25 34/2 58/21 70/1 102/17 105/17 106/6 107/2 111/8 114/9 114/10 115/21 115/25 115/25 116/7 117/3 117/9 118/22 118/23 119/3

123/9 123/14 123/18 123/20 123/22
county-provided [1] 23/6
couple [2] 26/15 109/18
course [2] 26/7 109/17
court [10] 1/1 1/20 6/21 12/2 17/15 108/2 113/24 116/16 123/3 123/5
courthouse [4] 11/17 87/1 105/21 105/22
cousin [1] 110/11
cousin's [1] 110/10
cozy [1] 96/9
cramps [1] 107/23
crashes [1] 11/12
CRB [2] 116/3 116/17
create [1] 92/1
created [3] 74/1 74/2 74/3
creates [1] 40/12
crime [4] 15/21 15/22 72/9 72/12
crimes [1] 17/9 67/16 67/23
criminal [2] 13/24 14/15
critical [1] 36/18
CROSS [4] 4/3 4/4 5/8 120/9
crosses [1] 22/23
cuff [2] 82/3 82/7
cuffed [3] 82/9 85/11 85/13
cuffing [5] 81/24 85/2 85/5 86/6 86/9
cuffs [2] 79/23 82/17
current [1] 121/13
currently [2] 11/14 11/23
custody [7] 80/24 81/1 86/11 86/12 86/15 86/16 121/4
cutting [1] 112/22
CV [1] 1/9

**D**

dancing [1] 74/6
dangerous [1] 20/24
Darn [1] 74/25
data [3] 114/23 114/24 115/5
date [11] 73/17 88/21 89/11 97/3 97/8 97/11 97/14 97/24 126/9 126/19 127/25
dated [3] 114/19 115/11 115/24
daughter [1] 112/25
David [4] 2/8 3/7 36/1 128/22
day [24] 11/25 26/8 26/15 32/16 32/19 33/4 37/11 38/2 65/17 66/10 69/25 73/15 89/1 89/8 91/17 98/6 102/3 102/20 104/1 109/11 109/17 111/16 112/1 118/13
daylight [1] 95/22
days [2] 109/18 128/14
dbetras [1] 2/10

**D**

deadly [1]  43/8
dealt [1]  71/2
Dear [3]  114/16 116/7
128/9
debate [2]  34/5 34/8
debating [3]  57/23 58/3
58/5
December [2]  9/13 9/14
decide [1]  92/8
decided [1]  81/4
decision [6]  20/7 45/12
45/14 80/25 81/2 120/15
decorum [13]  39/7 39/10
39/15 39/17 40/3 40/8
40/11 42/24 43/1 54/12
59/19 60/5 61/18
deed [1]  126/17
deemed [1]  27/21
deep [1]  112/22
Defendant's [1]  36/4
Defendants [3]  1/12 2/13
2/19
degree [1]  26/19 82/25
delete [4]  30/5 92/2 92/3
113/20
deleted [1]  104/13
deletion [1]  30/7
Dennis [1]  114/12
Denver [1]  103/9
department [7]  10/1
20/18 21/7 21/20 27/21
111/12 119/7
DEPONENT [1]  126/3
deposed [1]  6/9
deposition [15]  1/5 1/15
3/5 3/10 3/14 3/15 3/17
6/12 35/23 67/14 68/21
70/10 73/20 124/20
128/10
deputies [18]  13/19 20/16
26/3 26/7 26/11 26/18
27/2 27/7 27/7 29/22
72/19 83/12 84/2 84/8
91/21 92/11 118/19 119/2
deputies' [1]  23/2
deputy [40]  5/25 9/11
9/14 9/23 10/17 10/22
10/23 10/24 11/9 12/25
16/8 20/12 20/13 20/24
42/9 43/22 73/3 73/4 84/3
86/22 86/25 87/3 87/10
87/16 87/21 88/5 88/7
88/15 89/11 93/13 101/4
102/6 103/11 104/16
105/17 106/6 107/1
118/19 119/5 119/11
deputy's [1]  83/16
derail [6]  65/17 65/19
66/7 66/7 66/9 66/12
derailing [1]  66/24
described [1]  115/6
description [1]  95/5
designate [1]  55/18
designation [1]  72/9
desk [3]  75/14 75/15
108/7
detail [2]  11/22 30/21

detective [2]  93/16
111/11
determination [2]  67/1
67/6
determine [2]  66/13
66/17
devices [1]  23/2
dictate [1]  54/12
dictates [1]  40/12
dictating [1]  38/21
didn't [34]  13/15 43/6
45/20 45/20 45/21 48/20
49/16 49/20 53/12 55/18
56/1 56/4 57/10 64/2
64/18 64/18 70/12 71/4
77/1 79/1 80/8 80/23
84/13 84/15 85/20 89/24
90/1 93/3 96/23 109/8
110/15 113/22 118/4
119/3
died [2]  15/11 15/16
difference [10]  5/22 14/8
14/18 14/22 15/2 15/6
15/10 67/15 67/19 95/12
different [7]  19/11 20/17
22/15 61/1 67/22 67/23
68/14
differently [2]  61/5 61/15
disagree [15]  33/4 34/6
34/8 34/9 34/11 34/18
34/19 34/21 56/16 66/14
66/16 66/20 66/21 112/4
112/10
disagreeing [1]  31/13
disagreement [1]  35/15
discounted [1]  24/8
discretion [1]  81/12
discrimination [1]  28/2
discuss [5]  56/1 121/9
121/12 121/15 121/19
discusses [1]  29/15
discussion [1]  128/11
discussions [1]  73/23
dispatcher [1]  102/18
dispute [2]  93/10 108/21
disrupt [4]  66/4 68/4
68/5 68/11
disrupting [11]  54/25
64/6 64/8 64/9 66/6 67/7
77/17 77/18 77/25 78/1
78/6
disruption [4]  66/19 67/3
68/15 117/19
disruptive [7]  58/20
58/23 59/6 59/10 63/12
63/12 63/14
DISTRICT [4]  1/1 1/2
1/20 1/20
disturbing [8]  72/3 72/13
77/15 77/24 78/8 80/17
82/24 122/14
division [11]  1/3 1/21
11/3 11/15 11/16 27/12
87/15 87/23 103/12
103/14 104/17
do [214]
document [4]  71/14
75/10 119/8 119/9

documentation [1]
119/13
documents [4]  69/3 69/5
70/3 119/7
does [14]  13/14 35/18
55/1 76/17 86/23 98/22
98/24 101/6 101/8 101/11
105/19 107/6 111/7 119/9
doesn't [7]  22/25 66/11
71/3 85/21 86/4 97/6
119/21
doing [18]  5/12 9/8 10/15
11/24 15/2 15/3 20/2
20/16 28/20 38/8 55/3
56/12 67/19 67/20 70/16
83/13 122/6 122/17
domestic [2]  17/11 17/13
don't [247]
Donald [2]  111/3 111/4
done [9]  52/24 53/11
53/11 69/8 107/23 113/13
118/13 120/8 121/4
door [3]  10/9 71/4 89/2
double [1]  82/17
doubt [3]  89/22 89/23
112/5
down [15]  10/20 24/15
24/17 25/2 38/8 42/15
42/16 42/17 44/25 53/15
77/1 79/16 80/9 81/14
81/23
Downey [1]  2/22
dozen [1]  91/3
dress [1]  80/7
drink [1]  124/6
drinking [1]  18/4
drive [4]  2/9 3/7 10/11
124/6
driving [2]  15/11 15/19
drug [1]  111/24
dude [2]  22/13 34/17
due [2]  55/4 115/1
duly [1]  5/4
during [33]  21/10 30/23
31/2 31/24 38/15 38/17
38/22 38/25 39/3 39/7
39/11 40/21 43/11 43/14
43/18 47/15 48/24 51/13
52/25 67/10 75/8 82/13
87/11 87/12 87/14 88/17
88/19 88/21 95/21 96/17
109/17 122/25 123/25
duties [4]  11/8 11/13
11/14 28/12
duty [8]  9/2 26/8 26/9
61/22 62/12 70/14 70/16
115/7

**E**

each [3]  45/15 52/7 52/13
earlier [13]  30/10 38/15
40/24 48/17 58/15 59/25
60/11 65/12 75/18 76/25
78/3 79/25 106/16
ears [1]  76/23
easier [2]  100/16 109/3
eastern [4]  1/3 1/21
95/21 98/20

educated [1]  39/17
eeking [2]  28/8
effect [2]  44/16 48/13
effective [1]  19/25
effort [1]  101/16
either [5]  64/3 68/6 72/19
110/22 120/19
elaborate [2]  41/10 95/20
else [5]  10/13 41/23 83/14
84/2 124/3
emails [2]  117/9 117/17
employed [3]  9/25 102/1
111/8
employee [4]  9/24 49/3
117/4 118/10
employees [2]  91/21
117/3
employment [2]  26/14
28/7
Enclosed [1]  128/10
Enclosure [1]  128/21
end [5]  10/19 13/18 47/5
47/11 61/10
enforce [4]  11/11 42/23
43/1 62/3
enforcement [3]  58/21
59/8 118/24
enforcing [3]  19/15 62/6
62/9
engage [1]  43/14
enhance [1]  86/2
enough [6]  46/25 81/13
81/14 83/6 96/2 108/7
entailed [1]  74/9
entire [1]  123/17
entitled [1]  1/15
entity [1]  122/8
equally [7]  53/8 62/3
62/6 62/10 62/13 62/21
62/22
errata [1]  126/7
escorted [1]  81/23
Esquire [5]  2/4 2/8 2/14
2/21 128/5
essentially [1]  94/20
et [2]  1/11 128/8
even [7]  39/6 44/21 45/7
46/19 71/4 95/19 118/4
evenly [3]  60/12 61/19
62/19
event [3]  25/11 25/12
123/9
eventually [4]  44/25 46/1
ever [25]  6/9 12/15 12/18
16/14 16/17 21/2 29/3
33/10 33/11 33/16 38/21
39/14 40/19 53/4 67/25
85/1 85/4 86/5 93/13
93/25 113/19 114/14
118/2 120/25 121/5
every [8]  14/5 32/11
35/22 35/23 51/10 89/1
97/4 104/17
everybody [4]  10/13 46/2
85/11 85/13
everyone [1]  6/12
everything [2]  6/24 95/3
everything's [2]  12/3

95/15
evidence [1]  57/2
exact [3]  55/22 81/20
81/22
exactly [3]  32/20 80/20
122/18
exam [1]  13/19
EXAMINATION [6]  4/3
4/4 4/5 5/8 120/9 121/22
examined [1]  5/6
except [1]  63/18
exception [1]  127/5
exchanged [1]  91/3
exhibit [14]  4/13 4/14
4/15 4/16 4/17 35/22 36/3
36/5 71/13 71/15 92/23
108/8 114/3 114/5
exhibits [3]  4/12 35/17
37/10
experience [1]  32/24
Expiration [1]  126/21
expires [7]  14/17 40/10
64/12 93/22 94/4 95/19
explaining [1]  40/20
explains [1]  114/22
explanation [1]  40/13
extra [1]  7/25
eyeglasses [2]  79/17
79/18

**F**

face [2]  44/15 48/6
Facebook [4]  44/10 46/20
70/2 117/11
facts [1]  57/1
fail [1]  8/8
fair [6]  15/25 16/8 29/20
65/4 65/14 123/7
fairly [2]  28/1 124/14
familiar [5]  17/19 17/21
19/16 26/18 54/14
family [2]  26/19 110/8
far [4]  48/19 59/13 59/13
98/13
fashion [1]  95/20
February [2]  72/18 72/18
federal [1]  11/19
feel [3]  8/21 26/16 35/4
fellow [1]  91/21
female [3]  80/9 80/10
82/6
few [1]  74/16
field [1]  28/12
fiercely [1]  34/5
fifth [1]  117/5
fighting [1]  43/14
figured [1]  73/21
file [2]  62/12 122/13
filed [3]  64/23 121/25
123/3
filing [4]  61/10 61/15
61/19 67/5
filled [2]  122/17 122/24
filling [1]  122/16
film [1]  38/19
filming [3]  38/15 38/17
final [1]  13/18
find [5]  61/17 95/11

**F**

find... [3]  104/24 104/25 128/10
fine [9]  6/8 8/14 20/15 36/10 51/9 74/21 79/23 82/18 99/20
finger [2]  70/22 107/23
finish [4]  8/3 8/7 60/8 76/7
finished [2]  3/14 3/16
fire [1]  24/5
first [22]  5/3 6/7 6/10 6/11 7/6 8/6 10/21 23/24 24/14 24/17 33/20 35/3 37/1 56/6 65/9 65/11 72/14 72/15 75/6 96/14 114/11 118/3
first-name [1]  6/7
FirstNet [1]  24/3
Fishel [1]  2/22
fisheldowney.com [1]  2/24
fits [1]  58/11
five [3]  35/24 91/22 95/24
fledged [1]  10/22
flip [1]  23/15
flood [1]  25/6
floor [2]  35/10 117/6
followed [1]  118/16
following [5]  59/19 68/6 116/21 126/6 127/5
follows [1]  5/7
food [1]  102/23
footage [2]  65/5 69/24
foregoing [2]  126/5 126/16
forget [1]  94/6
forgot [1]  12/5
form [1]  126/6
former [5]  87/4 106/7 111/4 111/5 121/10
forth [4]  33/19 52/15 74/17 114/24
found [1]  122/4
four [5]  95/22 95/23 96/5 96/12 97/20
fourth [1]  82/25
Frank [10]  2/20 54/2 54/2 54/6 54/8 54/9 60/7 60/25 61/4 121/10
Frank's [1]  58/8
frankly [1]  112/6
free [1]  26/16
Freeman [1]  104/21
FRENCHKO [52]  1/7 33/17 36/17 43/2 43/22 44/7 44/20 45/2 47/19 48/9 50/2 53/1 53/12 53/15 63/18 64/5 70/2 72/21 72/25 74/11 75/13 76/7 76/12 76/22 77/6 77/12 77/14 78/11 79/11 82/8 82/11 82/22 89/21 89/25 90/7 90/18 90/20 91/5 98/7 99/3 116/4 116/17 117/22 120/13 120/16 120/23 121/10 121/13 121/16 121/25
122/13 128/8
Frenchko's [3]  70/10 79/15 121/18
frequently [7]  17/10 30/23 32/4 32/5 92/6 109/16 124/9
friend [1]  111/13
friends [1]  91/21
front [6]  44/8 44/9 48/6 73/5 75/15 77/9
Frost [2]  114/23 116/20
Fuda [8]  2/20 59/18 63/21 63/25 75/9 75/23 76/6 121/10
full [6]  5/16 7/8 7/8 10/16 10/17 10/22
full-fledged [1]  10/22
Full-time [1]  10/17
functional [2]  31/16 31/17
functioned [1]  31/21
functions [3]  11/10 20/10 40/13
further [4]  3/9 18/25 106/3 124/16

**G**

Gabby [1]  106/25
Gabrielle [1]  107/1
gathering [1]  68/5
gave [5]  49/12 49/15 49/19 65/16 70/22
gavel [3]  54/3 54/7 75/23
gears [1]  21/5
Geer [4]  87/9 87/15 88/1 100/25
general [2]  34/20 43/24
generally [5]  17/23 31/18 47/12 70/17 71/1
get [32]  7/10 9/7 10/11 13/14 22/19 23/20 24/15 24/17 27/6 28/25 29/3 29/10 34/9 41/20 43/24 50/4 78/23 78/24 79/2 79/4 80/10 81/14 91/10 91/11 95/18 99/4 107/15 109/1 109/5 113/8 113/11 124/7
gets [3]  7/20 37/10 93/20
getting [4]  96/1 96/23 109/10 113/15
gist [1]  43/24
give [6]  7/7 26/16 40/13 49/9 100/16 109/2
given [4]  81/10 85/1 85/4 85/7
gives [1]  59/15
glad [1]  18/18
go [45]  6/15 12/4 12/8 13/17 17/14 18/19 20/6 24/2 28/1 28/10 28/11 28/14 29/5 31/5 34/7 46/5 51/8 52/18 56/10 57/2 57/6 61/24 68/12 70/19 74/17 74/19 74/20 79/6 81/11 83/7 87/13 91/10 91/11 92/8 97/22 97/24 98/4 98/12 100/12 105/9
106/3 109/18 116/13 119/2 124/6
goes [5]  47/4 87/20 99/4 106/15 106/25
going [58]  6/15 7/22 8/5 8/7 8/8 8/20 9/8 22/14 25/23 26/13 26/15 33/21 35/21 35/23 37/7 44/3 45/11 45/22 45/22 48/3 49/17 49/21 52/12 54/22 55/25 58/4 59/2 59/20 60/8 62/2 62/15 63/9 71/22 74/24 78/20 81/4 84/20 86/13 92/15 93/2 93/5 93/19 93/21 95/17 96/5 96/22 97/24 98/4 99/18 108/15 108/24 110/23 114/2 114/16 120/12 120/18 121/5 122/13
good [13]  5/13 6/8 35/13 62/9 91/23 96/2 102/23 110/2 110/4 111/7 111/19 113/5 113/12
Google [1]  96/25
got [11]  7/15 24/23 31/20 44/7 47/19 75/11 75/14 96/5 97/1 98/12 114/5
Gotcha [4]  7/11 94/25 96/19 97/21
governing [1]  123/17
government [1]  40/12
grade [1]  95/10
Graduated [1]  13/3
great [5]  6/11 9/4 9/7 99/15 111/9
Greenwich [1]  95/7
ground [1]  6/15
group [5]  55/9 55/10 91/20 91/23 91/24
guarantee [1]  90/7
guess [27]  10/3 10/8 11/20 11/21 14/17 15/7 20/13 22/23 31/22 41/5 41/24 42/11 46/3 51/18 52/11 52/12 58/7 58/10 73/7 75/3 84/20 93/12 93/16 118/7 118/8 119/15 124/3
guessing [1]  14/2
guy [4]  34/24 70/20 103/2 111/9
guys [8]  26/22 72/19 74/25 75/1 91/8 95/18 104/22 122/5

**H**

half [6]  83/10 83/11 83/21 83/25 84/1 87/25
hall [2]  78/20 80/12
hand [9]  37/7 57/18 75/14 79/17 79/18 82/11 108/2 114/12 114/16
handbook [1]  29/14
handcuff [2]  79/14 79/19
handcuffed [2]  79/10 121/25
handcuffing [1]  79/24
handcuffs [1]  82/1
handed [1]  114/4
handle [4]  11/12 19/11 44/17 114/21
handles [1]  101/10
handling [2]  19/25 88/12
handy [1]  109/6
happen [1]  76/3
happened [5]  32/21 41/23 58/24 59/1 66/5
happening [3]  25/12 60/16 122/19
happens [2]  27/1 124/8
happy [2]  70/21 70/25
harassment [1]  28/2
hard [1]  107/24
harm [1]  43/18 80/1
Harold [1]  2/13
has [12]  40/19 48/14 49/20 54/3 57/17 72/8 72/10 74/13 94/22 114/23 121/5 128/13
hate [4]  42/18 72/8 72/9 72/12
Hate/bias [1]  72/8
have [148]
haven't [4]  13/4 36/22 85/13 111/8
having [3]  5/3 107/24 111/25
he'll [3]  110/22 110/22 124/18
he's [28]  49/21 58/13 86/22 86/25 87/3 87/10 87/10 87/21 87/22 87/22 88/4 88/7 88/10 88/12 88/18 89/1 95/2 103/11 103/12 103/13 103/16 104/22 104/23 110/8 111/7 111/13 111/23 116/11
head [3]  17/11 27/11 104/21
health [1]  110/14
hear [10]  31/23 32/7 46/20 46/21 63/21 64/2 64/2 65/6 77/5 77/10 124/12
heard [11]  13/4 31/25 32/6 32/12 34/14 76/5 76/22 77/23 78/5 93/25 94/7
hearing [5]  45/23 46/14 58/22 59/7 59/9
heart [1]  99/25
Helen [2]  2/21 128/23
Helen's [1]  97/1
help [2]  9/9 73/15
Henderson [1]  87/2
her [118]  3/12 37/10 44/8 44/9 44/10 44/15 44/15 44/24 45/13 45/19 45/20 46/1 46/8 46/8 46/11 46/15 46/20 46/20 47/20 48/6 48/10 53/1 53/4 53/5 54/2 55/12 55/21 56/2 56/3 56/3 56/6 56/7 56/15 56/16 56/21 56/25 57/5 57/8 57/9 57/15
57/16 58/8 59/19 60/1 61/1 61/1 61/5 61/8 62/25 62/25 63/3 64/22 65/6 65/20 65/24 66/2 66/7 66/10 66/17 66/23 66/24 67/1 67/2 67/6 68/1 73/1 75/14 75/14 75/14 75/19 75/19 76/7 76/8 76/9 76/12 77/12 78/19 78/23 78/24 79/1 79/2 79/5 79/7 79/19 79/15 79/16 79/17 79/17 79/18 79/19 79/22 79/23 79/23 80/23 80/25 81/4 81/6 81/9 81/11 81/11 81/15 81/15 81/23 81/24 82/25 82/14 82/18 83/2 83/7 83/8 106/25 109/2 121/19 122/5 123/9 123/11 126/17
here's [1]  49/6
hereby [1]  126/15
herein [1]  127/3
hereto [1]  3/5
hesitate [1]  128/16
hey [3]  113/20 119/2 121/5
HGN [1]  18/12
high [3]  12/2 80/20 107/7
higher [2]  42/15 42/16
highway [2]  87/5 106/7
him [45]  33/10 37/17 37/23 37/25 38/2 38/3 38/5 38/10 38/13 40/10 42/16 45/5 55/22 55/24 58/22 59/9 59/15 60/10 64/2 69/14 69/15 69/21 71/2 71/3 72/22 72/23 78/5 87/8 89/3 90/4 102/3 104/20 106/15 106/16 106/17 109/13 109/15 109/19 109/19 110/11 110/21 111/8 112/1 118/2 118/15
his [15]  3/14 3/17 54/7 56/6 57/18 75/23 79/4 87/20 89/1 104/17 104/23 112/13 118/8 118/16 126/17
his/her [1]  126/17
history [1]  94/16
hit [3]  15/13 15/20 51/10
hitting [2]  15/6 54/3
hold [5]  50/7 93/5 93/19 102/9 106/1
holding [2]  75/19 79/16
home [3]  10/12 81/11 110/14
homicide [3]  14/19 14/20 15/17
honest [1]  110/18
hope [3]  65/18 66/11 66/11
horrific [1]  96/4
hot [2]  7/20 7/21
hour [9]  83/9 83/10 83/10 83/11 83/20 83/24 83/25 84/1 91/5
hours [13]  81/17 81/21

**H**

hours... **[11]** 83/25 84/1
95/16 95/22 95/23 95/24
96/5 96/12 96/14 96/17
99/5
How's **[1]** 71/25
however **[1]** 89/13
hsudhoff **[1]** 2/24
huh **[22]** 6/3 7/9 38/6
40/4 41/18 42/8 68/7
71/10 75/5 76/14 82/16
84/5 97/13 102/25 106/10
106/12 106/21 106/23
107/9 107/11 115/3
116/25
huh-uhs **[1]** 7/9
huhs **[1]** 7/9
human **[7]** 8/5 42/1 42/2
43/3 43/5 43/17 88/12
hundred **[1]** 17/6
husband **[1]** 110/10
Hyde **[2]** 111/3 111/4

**I**

I'd **[7]** 31/13 33/13 43/5
65/4 65/14 83/24 123/7
I'll **[6]** 40/10 46/3 92/16
108/12 108/23 124/7
I'm **[91]** 5/14 5/22 6/8
6/11 6/15 7/1 8/6 8/20 9/1
12/1 13/4 14/2 14/9 14/13
16/11 17/21 18/18 22/22
24/22 24/23 25/15 26/13
26/15 30/5 33/8 33/21
33/24 35/13 35/21 37/7
41/16 41/21 41/21 41/22
41/24 44/12 47/4 48/19
49/18 51/8 54/14 57/3
57/11 57/12 59/2 59/13
62/2 71/21 71/22 72/1
72/8 74/24 78/17 81/22
84/15 84/16 84/18 84/18
89/6 89/12 89/12 89/17
91/20 93/2 93/5 93/19
93/21 95/18 96/1 96/4
96/11 96/11 96/22 96/23
97/24 98/3 99/15 99/18
99/20 99/22 100/5 100/7
105/11 108/15 112/23
114/2 114/16 118/3
118/14 124/7 124/10
I've **[19]** 9/19 12/15
17/20 26/14 27/23 31/25
32/6 32/12 33/21 34/14
47/14 56/14 57/17 69/24
76/5 85/11 94/6 118/3
121/6
I-N-F-A-N-T-E **[1]** 107/1
Iacozili **[3]** 87/6 87/7
87/8
idea **[5]** 13/5 16/21 60/19
62/9 102/4
identified **[5]** 99/17 112/4
112/5 112/7 112/9
identify **[5]** 99/18 100/2
108/12 109/3 112/15
ignore **[1]** 28/9
images **[1]** 93/3

immediately **[1]** 45/21
important **[1]** 115/4
impression **[4]** 65/3
65/12 67/1 79/4
inadvertently **[1]** 61/22
incident **[10]** 72/18 73/7
73/15 73/18 74/2 74/4
74/5 74/9 88/17 88/20
incidents **[1]** 24/13
include **[1]** 26/3
including **[2]** 117/4
117/20
INDEX **[1]** 3/18
individually **[1]** 120/20
inefficient **[1]** 75/1
Infante **[5]** 107/1 107/4
107/5 107/5 107/8
information **[2]** 99/15
115/5
inside **[2]** 79/1 123/9
Instagram **[1]** 117/11
instance **[4]** 14/20 91/2
95/24 96/14
instruct **[1]** 117/25
instructed **[1]** 118/12
Insurance **[1]** 110/13
intend **[1]** 68/10
intention **[1]** 66/24
intentional **[2]** 14/19
15/17
intentionally **[2]** 14/23
15/13
intentions **[11]** 65/21
65/24 66/4 66/7 66/10
66/12 66/17 66/23 66/24
67/2 67/6
interaction **[1]** 56/6
interest **[1]** 115/1
interesting **[2]** 24/22 27/1
interferes **[1]** 55/4
internal **[3]** 28/15 28/17
28/20
Interrogatories **[1]** 23/23
Interrogatory **[1]** 99/16
interrupt **[12]** 7/16 33/12
33/17 34/5 34/10 50/22
52/7 52/10 52/12 52/21
55/15 60/23
interrupted **[1]** 75/20
interrupting **[12]** 44/13
45/3 45/5 45/12 49/24
50/10 50/25 58/3 63/5
63/6 76/8 76/9
interruption **[1]** 54/22
interrupts **[2]** 33/18
33/20
investigate **[1]** 61/13
involuntary **[1]** 14/16
involved **[3]** 13/7 74/5
114/25
iPhone **[6]** 21/11 22/12
22/13 22/17 22/19 22/24
iPhones **[2]** 22/15 22/17
Isabella **[1]** 113/2
isn't **[4]** 65/22 65/25
80/18 102/19
issue **[6]** 7/15 21/21 41/6
81/9 83/7 86/8

issued **[5]** 23/14 81/6
81/13 81/15 114/23
it's **[95]** 5/17 5/21 7/7
7/24 8/4 8/8 9/23 13/6
14/5 14/6 17/20 19/15
20/15 21/18 21/24 21/25
23/24 23/24 24/20 26/11
27/25 28/9 29/10 32/7
32/10 47/8 47/9 47/9
47/13 51/12 51/16 51/19
51/20 51/21 51/22 52/9
52/10 55/14 56/15 61/22
62/1 62/2 62/3 62/5 63/24
66/16 72/1 72/6 72/11
73/7 73/13 73/13 75/1
75/3 80/20 84/12 85/8
85/25 87/24 91/10 92/11
93/5 93/12 94/8 94/13
94/14 94/17 94/20 94/22
94/23 95/6 95/7 95/22
96/4 96/8 96/8 98/12
103/9 103/9 104/20 107/4
107/5 110/4 110/10
112/24 114/5 114/8
115/24 123/8 123/11
123/12 123/13 123/24
124/11 124/14
item **[2]** 98/14 99/6

**J**

Jacqueline **[1]** 111/14
jail **[21]** 9/13 9/17 10/5
10/7 10/7 10/16 36/18
81/5 81/13 81/14 83/3
83/12 84/3 84/9 84/11
84/13 86/13 119/3 119/6
119/10 122/16
jail's **[1]** 9/22
James **[2]** 87/6 87/8
jazz **[1]** 51/7
Jennifer **[1]** 105/15
Jim **[3]** 117/4 117/13
117/21
jitsu **[4]** 110/17 110/25
111/2 111/12
jitter **[1]** 18/14
jiu **[4]** 110/17 110/25
111/2 111/12
jiu-jitsu **[4]** 110/17
110/25 111/2 111/12
job **[4]** 62/1 62/2 62/3
62/5
Jodie **[4]** 1/16 3/11
125/12 128/20
Joe **[2]** 10/12 103/9
Joellen **[1]** 101/2
joke **[1]** 25/16
Jr **[1]** 5/21
Juan **[1]** 104/20
judge **[3]** 114/23 116/20
121/3
judging **[1]** 95/2
July **[15]** 16/14 16/18
21/10 30/11 30/21 32/15
32/17 33/11 36/17 36/22
37/14 75/4 93/4 113/21
120/11
jump **[1]** 11/4

junior **[1]** 5/22
just **[64]** 6/5 6/15 8/3
8/14 10/12 15/25 16/6
22/14 23/23 29/18 31/7
35/7 35/16 35/16 35/17
35/19 36/8 39/24 41/22
41/24 44/23 44/23 44/24
45/11 45/17 46/4 46/24
49/5 50/9 51/5 54/1 59/2
59/15 60/7 60/9 62/2 66/5
69/15 70/16 72/8 73/14
73/17 73/21 75/7 76/18
76/18 78/24 81/4 81/6
81/10 81/13 83/6 86/19
88/2 91/25 92/8 95/11
98/12 100/1 100/5 102/22
103/17 114/4 114/9

**K**

Kaintz **[3]** 32/18 42/6
42/7
keep **[5]** 7/22 25/2 35/17
35/19 109/5
keeping **[1]** 25/12
Keith **[1]** 110/1
Ken **[1]** 106/3
kept **[9]** 44/13 45/2 45/3
45/4 45/5 45/9 45/11
50/10 50/25
killing **[1]** 14/23
kind **[43]** 7/8 7/16 8/23
9/7 10/8 10/18 11/19 12/8
12/14 12/21 13/5 13/19
14/2 15/11 15/7 17/24 21/5
22/19 24/5 24/20 25/11
26/19 27/2 27/17 28/11
28/15 34/20 35/16 35/16
35/17 42/17 46/13 46/15
46/23 47/7 65/2 71/9
94/21 94/22 94/23 107/24
108/24 120/20
Klotz **[4]** 75/10 75/12
75/20 76/10
know **[215]**
knowledge **[3]** 29/21
38/16 38/21
knows **[1]** 94/12
Kopp **[1]** 2/8

**L**

lack **[2]** 79/22 82/14
lady **[1]** 107/7
lane **[1]** 18/1
language **[2]** 20/14
last **[3]** 82/21 87/17 108/9
law **[21]** 10/4 13/24 18/15
26/14 41/6 54/19 54/20
54/24 55/22 58/21 59/8
62/3 62/6 62/9 62/13
62/16 62/19 82/7 118/24
124/2 124/6
lawful **[9]** 68/5 72/3
72/13 77/15 77/18 77/24
78/8 82/24 117/19
laws **[12]** 13/10 13/13
13/17 13/23 14/15 15/24
16/3 17/19 19/15 19/18
38/16 53/8

lawsuit **[1]** 67/10
lead **[2]** 18/3 67/22
leads **[1]** 17/24
learn **[7]** 13/10 13/12
13/23 14/8 14/14 14/22
16/2
learned **[1]** 93/20
learning **[3]** 13/24 14/3
95/13
least **[3]** 17/2 50/17 91/3
led **[2]** 44/2 46/4
left **[5]** 38/12 79/17 79/19
97/12 98/13
legal **[1]** 8/12
let **[13]** 8/7 8/14 12/18
27/25 44/24 45/18 47/10
73/11 81/11 82/10 93/24
105/10 107/15
let's **[18]** 14/19 15/10
15/19 17/16 28/25 31/7
45/6 45/6 45/7 45/8 49/5
50/7 72/11 74/20 92/22
100/12 112/16 120/5
letter **[20]** 36/12 36/14
36/23 36/24 36/25 37/2
37/4 52/25 64/15 64/16
64/22 65/2 65/13 67/11
114/11 114/19 114/22
115/6 115/11 128/14
lied **[1]** 109/9
lieutenant **[5]** 32/18
41/14 42/5 42/6 87/5
life **[1]** 33/23
like **[79]** 5/24 9/2 10/12
10/16 11/19 11/22 13/15
13/19 14/9 14/15 14/18
15/7 15/17 19/16 20/2
21/20 23/22 23/23 23/24
24/8 24/20 24/23 25/9
28/2 28/10 28/11 28/18
28/19 28/25 34/22 35/4
41/21 44/6 44/14 44/19
44/23 44/24 44/24 45/10
45/17 45/21 46/15 46/16
46/23 46/23 46/24 46/24
47/15 51/7 55/5 57/20
62/1 66/6 69/7 71/3 71/21
74/11 75/4 76/19 78/7
80/11 83/18 84/23 89/1
94/8 94/21 94/23 97/12
98/1 99/22 100/5 104/23
108/18 109/2 118/9
118/25 119/15 120/20
124/11
likely **[2]** 91/8 110/16
limitations **[1]** 85/17
line **[2]** 18/7 127/7
lines **[3]** 24/15 55/2 82/19
list **[4]** 85/10 103/23
104/4 105/9
listed **[1]** 116/23
listen **[3]** 49/13 49/20
49/21
listened **[1]** 118/14
listening **[1]** 96/24
litigation **[1]** 112/10
little **[20]** 5/14 7/25 8/8
10/18 10/20 12/9 12/21

**L**

**little... [13]** 17/20 17/21 21/6 27/6 28/8 38/14 41/10 87/24 92/15 96/10 98/12 107/6 109/5
**live [3]** 33/25 44/10 46/20
**living [1]** 34/2
**LLP [1]** 2/22
**located [1]** 11/23
**log [3]** 108/9 108/10 108/16
**logs [4]** 93/8 93/14 93/14 117/9
**long [10]** 9/11 25/21 52/11 52/13 81/13 81/14 81/18 83/2 83/6 102/23
**long-winded [1]** 25/21
**longer [1]** 101/25
**look [7]** 13/15 61/13 96/3 99/2 99/2 99/19 107/25
**looking [5]** 22/14 24/23 55/16 72/1 96/14
**looks [3]** 9/1 71/21 75/4
**lose [1]** 36/2
**lot [13]** 12/8 26/22 31/3 31/8 31/11 31/24 33/19 44/6 93/21 101/8 101/10 111/9 111/16
**Lou [2]** 91/9 103/2
**Louis [5]** 86/21 91/2 91/4 109/20 112/7
**love [1]** 6/11
**low [1]** 13/20
**LPA [1]** 2/4
**lunch [1]** 71/8

**M**

**M3 [1]** 85/22
**M4 [4]** 72/6 85/14 85/19 86/6
**ma'am [2]** 121/14 121/17
**mad [1]** 15/12
**made [12]** 16/11 36/17 36/19 45/13 45/14 80/25 89/13 114/1 120/15 120/20 122/19 123/5
**Madison [1]** 2/5
**Mahoning [1]** 119/3
**mail [1]** 128/13
**maintain [1]** 29/25
**make [12]** 8/23 11/4 12/8 21/15 61/22 62/1 62/5 62/13 67/1 67/5 81/2 85/20
**makes [4]** 5/22 19/24 119/21 122/21
**making [1]** 12/2 51/8 75/20
**man [4]** 51/7 88/6 93/20 97/22
**manage [1]** 11/16
**managing [2]** 10/4 21/2
**manner [2]** 76/13 80/13
**manslaughter [1]** 14/24
**manually [1]** 92/3
**many [5]** 16/4 16/21 32/13 32/14 95/16
**Marcus [2]** 101/23

101/24
**marine [1]** 95/10
**mark [1]** 92/22
**marked [7]** 36/3 71/13 71/15 92/23 108/8 114/3 114/4
**Markota [1]** 2/8
**marshal [1]** 11/20
**mass [1]** 24/13
**matches [1]** 34/10
**materials [1]** 27/21
**math [1]** 96/25
**Matt [3]** 2/4 6/5 128/22
**matter [6]** 76/17 85/21 86/4 97/6 115/1 128/16
**Mauro [3]** 2/20 33/16 121/13
**may [19]** 3/5 3/10 3/12 18/3 18/4 19/4 19/4 29/21 35/10 38/9 38/22 45/7 48/12 79/8 86/3 88/16 105/21 117/14 122/4
**maybe [26]** 7/23 11/20 13/17 17/24 18/2 19/1 23/23 27/5 27/7 31/13 38/9 47/6 47/10 58/11 59/5 80/6 83/8 83/18 84/1 87/25 88/13 94/4 102/5 118/25 122/3 122/25
**MDTs [1]** 85/9
**mean [30]** 17/13 21/22 28/17 28/23 31/10 31/12 31/13 34/4 41/2 41/8 41/11 52/13 52/15 57/14 60/17 62/22 64/12 79/13 81/10 83/6 85/13 88/19 89/14 95/7 104/24 111/18 112/3 118/24 122/21 124/2
**meaning [2]** 68/10 117/19
**means [4]** 13/5 71/20 94/5 97/8
**media [2]** 117/12 117/18
**median [1]** 94/21
**medical [3]** 8/22 82/12 91/12
**medication [1]** 8/23
**meeting [104]** 16/15 16/17 30/11 32/8 32/11 32/24 33/2 33/4 36/16 36/21 37/12 37/20 37/22 37/24 38/4 38/5 38/15 38/22 38/25 39/4 40/12 40/21 40/21 43/4 43/12 43/15 43/19 45/4 45/8 45/13 45/25 47/11 47/15 48/25 50/19 50/24 51/3 51/14 51/17 51/19 51/20 51/20 51/21 51/22 52/12 52/14 54/21 54/25 55/3 55/5 55/16 58/4 58/17 60/8 63/1 63/2 63/5 63/7 63/10 64/6 64/8 64/10 65/17 65/17 65/19 66/4 66/6 66/9 66/18 66/23 67/7 68/4 68/5 68/11 69/25 72/4 72/13 72/16

72/17 72/20 72/22 73/1 74/6 75/8 77/15 77/18 77/24 78/6 78/8 78/9 78/16 78/18 79/2 79/9 80/17 82/14 82/24 120/12 122/14 123/10 123/11 123/12 123/13 123/1
**meetings [26]** 16/2 21/3 30/17 30/24 31/15 31/24 32/13 32/14 33/22 35/2 38/17 39/8 39/11 39/14 39/18 41/3 41/5 41/15 47/2 47/5 51/25 54/10 60/23 61/14 66/12 76/2
**member [3]** 110/8 111/5 111/22
**members [4]** 50/25 51/11 51/12 118/7
**memory [5]** 44/3 50/8 55/2 59/3 122/3
**mens [1]** 14/9
**mental [1]** 14/15
**mentioned [5]** 47/18 48/5 50/13 79/25 82/8
**meridian [1]** 95/8
**message [11]** 26/6 84/8 84/13 89/11 104/4 108/10 118/1 119/1 119/6 119/13 119/17
**messaged [6]** 89/14 90/4 90/8 90/14 90/17 91/2
**messages [23]** 26/3 29/22 30/6 30/6 89/12 89/16 90/2 91/3 91/6 91/16 91/25 92/2 92/4 93/4 104/3 113/17 113/20 113/24 117/10 117/11 118/13 118/18 118/21
**messaging [7]** 84/10 89/3 89/5 89/8 99/1 103/25 103/25
**Messenger [1]** 117/10
**Michael [6]** 87/9 87/14 88/1 111/21 111/22 112/11
**Michele [2]** 116/4 116/17
**middle [1]** 70/22
**might [13]** 15/17 15/21 18/16 19/1 23/5 36/2 47/17 73/22 78/6 78/16 100/1 121/3 122/24
**Mike [1]** 100/25
**military [3]** 96/8 96/12 97/20
**Miller [5]** 2/4 4/3 4/5 5/9 128/22
**Miller-Novak [5]** 2/4 4/3 4/5 5/9 128/22
**mind [3]** 5/24 35/16 40/10
**mine [1]** 111/13
**minus [2]** 97/20 99/9
**minute [1]** 90/1
**minutes [5]** 47/6 47/9 47/10 84/24 99/5
**misdemeanor [3]** 80/18 80/20 82/24
**Misocky [3]** 117/4 117/14

117/21
**mmn [1]** 2/6
**mobility [2]** 79/22 82/14
**mode [1]** 105/7
**model [2]** 21/9 22/2
**models [1]** 22/11
**MONROE [18]** 1/11 2/19 36/23 37/11 53/20 109/11 109/17 113/16 113/19 114/12 114/17 116/12 117/25 120/22 121/16 122/1 122/12 128/8
**month [1]** 92/8
**monthly [1]** 23/13
**more [15]** 19/25 25/23 27/7 28/15 32/23 33/14 33/22 34/1 40/16 55/6 69/8 75/24 93/16 95/2 95/19
**most [6]** 7/1 11/23 11/25 17/10 91/8 110/16
**motion [1]** 63/19
**mouth [1]** 121/7
**move [13]** 45/4 45/6 45/6 45/7 45/18 59/20 60/8 63/9 63/16 63/17 63/19 105/2 106/18
**moved [2]** 10/15 57/19
**movie [1]** 100/11
**moving [3]** 58/8 60/2 60/8
**MR [6]** 4/3 4/5 4/9 5/9 128/9 128/12
**Mr. [7]** 5/10 5/25 35/10 55/21 58/12 59/11 59/18
**Mr. Cantalamessa [1]** 58/12
**Mr. Cantalamessa's [1]** 59/11
**Mr. Chair [1]** 35/10
**Mr. Fuda [1]** 59/18
**Mr. Ross [2]** 5/10 5/25
**Mr. Wix [1]** 55/21
**MS [2]** 4/4 120/10
**Ms. [7]** 120/13 120/16 120/23 121/10 121/13 121/16 121/18
**Ms. Frenchko [6]** 120/13 120/16 120/23 121/10 121/13 121/16
**Ms. Frenchko's [1]** 121/18
**MTC [1]** 13/1
**much [2]** 80/9 95/2
**multiple [3]** 32/1 32/2 39/13
**municipal [3]** 113/23 116/16 123/3
**myself [4]** 93/21 113/12 120/17 120/19

**N**

**name [8]** 5/16 6/7 63/22 87/17 87/20 100/17 100/20 116/14
**name's [1]** 106/25
**named [2]** 107/7 126/16
**names [2]** 64/3 99/19

**narrative [2]** 69/6 75/4
**natural [2]** 8/4 8/9
**neat [1]** 13/23
**necessarily [2]** 33/23 42/20
**necessary [9]** 56/24 57/5 57/7 65/22 65/25 66/1 66/13 66/16 115/5
**need [11]** 5/23 7/8 8/13 8/21 41/14 49/13 53/8 60/1 99/19 104/24 112/8
**needed [1]** 86/2
**needs [1]** 79/4
**negligent [4]** 14/19 15/21 67/16 68/15
**neither [1]** 78/13
**nerd [1]** 13/5
**nerdy [2]** 93/20 95/19
**never [15]** 27/20 27/23 30/6 30/10 33/2 33/6 36/14 37/4 78/10 78/19 108/7 118/3 119/24 120/2 121/6
**new [4]** 2/23 91/23 91/24 101/17
**news [3]** 71/7 71/9 113/13
**next [7]** 8/20 22/25 45/15 46/15 77/13 99/4 115/9
**nice [2]** 76/12 76/19
**Nick [5]** 88/14 100/13 100/15 101/12 102/4
**NIKI [3]** 1/7 33/17 128/8
**Niles [1]** 111/12
**nobody [1]** 121/5
**Nope [1]** 30/9
**normal [2]** 10/12 11/22
**Normally [1]** 32/18
**NORTHERN [2]** 1/2 1/20
**nos [1]** 7/9
**not [144]**
**Notary [7]** 1/16 3/11 5/4 126/1 126/13 126/15 126/19
**note [1]** 51/10
**noted [2]** 126/5 127/5
**notes [5]** 50/3 70/7 73/7 117/10 125/8
**nothing [4]** 5/5 32/7 90/19 104/12
**notice [1]** 18/3
**Novak [5]** 2/4 4/3 4/5 5/9 128/22
**number [25]** 16/11 35/16 74/25 86/2 98/14 99/23 99/24 100/17 100/18 100/19 103/25 104/1 104/4 104/17 104/23 108/13 112/3 112/8 112/9 112/11 112/12 112/14 114/9 116/16 128/17
**numbered [2]** 71/23 97/25
**numbers [10]** 35/17 98/12 99/1 99/17 99/18 99/24 100/3 100/8 100/9 112/4

**N**

numerous [1] 71/3

**O**

O'Halloran [2] 110/1 110/2
oath [2] 6/19 84/12
object [2] 50/19 65/6
objecting [1] 50/13
Objection [11] 31/5 34/7 52/18 56/8 56/17 57/1 57/6 61/24 68/12 79/6 84/14
OBJECTIONS [1] 4/8
obligation [1] 8/12
obstruct [2] 55/3 55/15
obviously [5] 6/18 8/12 13/24 40/16 112/7
occasionally [1] 25/16
occur [1] 27/5
off [17] 15/12 16/20 17/11 26/8 29/6 44/3 44/8 50/7 55/2 59/2 68/19 74/19 74/20 74/22 84/25 99/25 120/7
offense [1] 72/3
offenses [4] 85/10 86/2 86/3 86/17
offers [1] 24/9
office [20] 2/20 9/12 9/19 9/22 12/1 12/1 28/18 38/11 83/15 83/15 83/16 88/10 105/18 106/7 107/2 111/5 111/23 115/25 117/20 118/8
officer [7] 9/24 20/12 59/12 61/21 86/24 87/11 103/12
officers [3] 26/15 26/18 87/12
offices [1] 3/7
official [2] 58/21 110/16
often [5] 11/23 11/25 25/24 26/6 113/4
oh [2] 76/19 105/24
OHIO [14] 1/2 1/17 1/21 2/5 2/9 2/15 2/23 3/8 3/12 14/3 116/3 116/17 128/2 128/6
okay [321]
old [2] 112/24 113/12
older [2] 100/7 113/8
once [9] 18/15 31/1 33/14 75/24 82/10 82/17 92/7 100/18 122/4
one [51] 7/16 13/18 17/2 18/9 18/17 22/20 23/14 30/7 33/6 33/12 34/6 34/10 35/9 39/17 40/17 44/14 46/10 48/1 50/22 51/18 52/10 52/21 55/8 55/14 58/19 60/23 64/3 72/9 72/19 72/19 73/7 76/10 77/7 78/18 82/12 82/14 83/17 99/23 101/9 101/17 102/9 103/17 104/22 106/1 112/3 112/14 112/22 117/1

one's [1] 39/14
one-time [1] 30/7
ones [1] 35/24
only [3] 8/16 40/24 104/21
open [2] 51/20 71/4
operate [1] 13/14
operations [1] 10/8
operative [1] 61/23
opinion [1] 50/16
opposed [6] 15/3 21/12 21/13 62/25 68/14 108/18
ORC [1] 82/22
order [25] 31/24 32/4 32/8 34/13 34/14 45/2 45/3 45/6 48/15 49/6 50/18 54/3 54/3 60/9 65/6 70/18 70/20 71/5 75/24 76/4 79/4 98/13 114/23 114/24 118/16
ordered [8] 17/15 113/24 116/4 116/21 120/22 120/25 121/3 121/7
orderly [1] 31/19
origin [1] 42/21
original [2] 42/21 128/10
originals [1] 128/13
other [24] 7/15 8/11 10/4 22/11 26/2 26/7 26/11 27/7 29/22 45/16 46/2 52/5 52/7 52/13 70/3 71/5 83/11 84/2 84/8 94/21 99/24 117/11 118/19 119/16
otherwise [1] 117/18
our [19] 8/9 22/23 23/19 38/8 38/9 38/11 64/3 72/10 72/19 72/19 83/13 83/15 85/9 99/17 115/1 122/6 122/17 122/22 128/11
out [34] 8/6 22/2 22/3 44/9 44/22 45/17 45/19 46/13 46/18 47/19 51/13 59/16 61/18 63/22 75/14 77/12 78/20 78/24 79/5 79/18 80/12 83/8 93/5 93/19 95/11 104/24 104/25 109/9 121/7 122/4 122/16 122/17 122/24 124/6
outraged [1] 64/16
outraging [1] 55/8
outright [1] 21/15
over [19] 7/24 13/17 17/25 25/9 29/5 44/11 44/12 44/13 44/21 51/5 54/2 60/10 64/16 79/13 87/24 89/14 96/23 105/20 124/11
overseeing [1] 21/3
OVI [7] 17/15 17/16 17/18 17/19 19/15 19/21 124/12
owe [1] 15/11
own [10] 22/20 23/12 23/13 23/17 23/19 50/19

119/1 119/17 120/20

**P**

p.m [5] 90/18 91/4 96/20 99/5 124/20
Padula [5] 86/21 91/3 91/4 103/2 109/20
Padula's [1] 112/8
page [22] 4/3 4/4 4/5 4/9 4/13 4/14 4/15 4/16 4/17 71/23 72/1 74/24 96/14 97/4 97/23 97/25 98/4 99/4 107/25 114/11 115/9 127/7
pages [5] 125/6 126/5 128/11 128/13 128/14
pain [2] 23/15 82/8
pair [1] 79/23
Palmer [1] 116/8
Palmer's [1] 116/9 116/12
paper [3] 11/16 44/14 48/6
papers [2] 12/3 71/6
paperwork [3] 81/15 101/11 122/24
paragraph [3] 75/6 75/8 82/21
Parkway [1] 2/22
parliamentary [1] 34/21
part [4] 9/22 26/2 79/24 118/8
participate [1] 47/1
participation [1] 47/13
particular [1] 19/22
parties [1] 3/5
partners [1] 110/25
passed [3] 38/21 39/7 102/22
past [2] 39/14 117/4
pat [1] 80/9
pat-down [1] 80/9
path [1] 109/3
patrol [5] 10/23 10/24 11/8 11/10 17/21 87/5 111/6
patrolman [1] 106/7
patted [1] 81/14
PAUL [3] 1/11 2/19 128/8
Paula [3] 48/6 52/24 75/9
Paula's [2] 52/25 53/11
pay [3] 21/15 22/25 23/12
paying [1] 23/17
payment [1] 23/13
payments [1] 21/16
Peck [1] 2/4
pen [1] 18/9
pending [1] 1/19
people [18] 17/10 17/14 20/20 23/5 27/14 34/2 43/3 44/7 44/7 44/21 44/22 48/17 48/21 53/8 62/23 84/19 89/2 90/8
people's [2] 6/11 18/13
per [2] 17/2 20/10
perfect [3] 7/12 12/11 69/19

76/23 99/17 123/9 126/17

perimeter [1] 20/10
period [3] 31/3 31/6 102/2
periodically [2] 92/2 92/4
person [18] 15/11 15/13 15/16 18/4 19/1 38/22 39/3 46/21 55/3 55/15 68/4 73/1 91/11 91/25 119/2 121/4 121/6 121/6
personal [2] 21/18 117/8 117/9
personally [1] 126/16
pertaining [1] 118/25
phone [37] 21/7 21/10 21/14 21/18 21/24 21/25 23/13 23/17 25/25 26/3 38/13 44/11 47/20 47/21 47/21 75/14 75/19 79/16 79/16 79/18 89/12 92/1 92/1 92/25 93/5 93/5 93/8 93/14 93/14 99/17 99/20 100/2 104/23 108/16 109/10 117/9 118/1
phones [5] 23/6 23/15 23/15 23/19 117/8
phonetic [1] 87/6
phrase [3] 31/23 32/4 32/8
physical [2] 43/18 80/1
physically [4] 43/11 80/13 121/5 121/7
pick [5] 22/2 22/2 101/9 119/2 119/5
picking [1] 119/10
picture [1] 70/24
piece [1] 48/6
pieces [1] 77/3
pilots [1] 94/14
place [2] 30/13 73/18
placed [2] 79/14 79/21
places [1] 70/19
placing [1] 79/19
Plaintiff [2] 1/8 2/3
PLAINTIFF'S [7] 4/12 36/3 36/9 71/13 92/23 108/8 114/3
plan [3] 121/9 121/12 121/15
planes [1] 94/19
platforms [1] 117/12
Pleas [1] 87/1
pleasant [1] 96/13
please [4] 5/16 128/10 128/13 128/16
point [31] 8/13 31/23 32/4 32/8 34/1 41/20 45/2 45/2 45/5 45/9 46/10 50/14 53/1 54/3 54/3 58/19 60/9 63/21 71/4 75/24 76/4 78/10 80/1 83/17 94/23 104/14 113/15 113/19 117/24 117/25 124/4
police [14] 10/8 11/10 11/12 13/1 13/6 24/5 26/18 28/12 55/18 71/3 73/13 93/13 98/1 111/12
policies [2] 28/23 29/10

policy [3] 29/6 29/14 29/21
political [1] 61/23
pops [2] 100/20 104/21
Portage [1] 115/21
posed [1] 80/1
possible [3] 33/20 85/25 93/12
post [1] 89/1
posts [1] 117/18
pound [1] 54/7
practice [2] 18/14 26/14
preamble [1] 75/7
predicate [1] 86/2
pregnant [2] 82/4 82/6
prepare [1] 68/21
presence [1] 42/10
present [2] 43/3 43/6
presented [2] 39/14 40/19
preservation [1] 113/24
preserve [5] 114/23 115/5 116/4 118/1 118/12
preserved [1] 116/21
preserving [1] 113/16
presiding [1] 59/12
pretty [3] 16/24 51/12 110/2
prevent [2] 55/3 68/4
preventing [4] 52/11 52/13 54/21 58/4
prevents [1] 55/14
previous [2] 60/22 76/2
prime [1] 95/8
prior [12] 16/14 16/18 22/17 30/11 30/21 32/14 32/15 32/16 33/4 33/11 36/16 36/21 37/4 61/13 72/16 72/17 85/10 85/10 90/6 120/11 121/18
priority [1] 24/20
prison [1] 101/10
prisoner [1] 91/10
prisoners [2] 11/18 101/7
Pro [2] 21/11 22/12
probable [1] 17/25
probably [32] 13/20 14/5 14/6 16/24 17/6 17/8 20/24 22/11 25/1 25/15 25/24 28/1 31/3 33/24 34/1 34/3 41/16 42/16 47/3 70/21 83/24 85/13 90/21 90/22 95/14 96/9 100/18 110/17 120/17 122/16 122/19 124/15
problem [2] 68/25 92/18
procedure [6] 1/18 19/11 25/1 29/6 34/21 128/18
procedures [3] 28/18 28/24 40/20
proceeded [1] 76/19
proceedings [1] 125/7
process [4] 18/19 40/20 83/8 83/23
processed [3] 83/7 83/8 83/24
procession [1] 68/5
produce [1] 27/21

**P**

**produced [2]** 74/14 114/10
**Professional [1]** 125/13
**promise [1]** 36/7
**pronounce [1]** 115/17
**properly [1]** 31/22
**prosecuting [5]** 114/21 115/21 116/15 118/4 122/7
**protect [2]** 41/7 41/12
**protecting [3]** 41/16 41/17 41/22
**protection [3]** 70/18 70/20 71/5
**provide [2]** 23/2 30/18
**provided [2]** 23/6 114/19
**public [39]** 1/16 3/11 5/4 11/11 16/2 16/15 16/17 21/3 27/17 27/22 29/15 30/11 32/24 33/2 38/15 38/17 44/23 45/10 46/11 46/13 47/1 47/5 47/7 47/10 47/13 50/25 51/11 51/13 51/20 54/25 75/8 75/16 80/17 118/20 119/4 119/21 122/14 126/13 126/15
**pull [1]** 17/25
**pulled [3]** 56/3 57/15 57/16
**pulling [1]** 124/11
**pulls [1]** 57/18
**purge [1]** 92/2
**purpose [4]** 15/2 68/3 68/4 68/8
**purposeful [2]** 15/21 67/15
**purposely [2]** 15/6 67/19
**purposes [4]** 39/24 41/5 41/15 41/25
**pursuant [3]** 1/15 1/18 128/14
**push [1]** 24/13
**put [9]** 44/14 48/6 79/13 79/22 80/8 81/25 82/17 95/11 119/15

**Q**

**question [14]** 8/4 8/17 8/21 10/19 12/7 12/14 12/15 13/15 22/25 40/8 40/24 51/4 52/19 61/25
**question's [1]** 8/5
**questions [9]** 6/4 9/4 21/23 26/16 57/11 93/24 121/21 124/17 128/16
**quick [5]** 50/3 82/10 84/21 109/10 120/5
**quiet [1]** 58/8
**quite [5]** 32/4 32/5 101/11 112/6 113/4

**R**

**R-O-B-B-I-N-S [1]** 104/4
**R-O-S-S [1]** 73/4
**radio [3]** 24/23 25/9 25/21

**ran [2]** 54/9 97/8
**randomly [1]** 20/5
**rank [1]** 49/6
**Raymond [2]** 114/20 116/14
**Rd [1]** 128/1
**RE [2]** 116/3 128/8
**rea [1]** 14/9
**read [14]** 3/16 18/15 53/21 67/25 72/14 72/15 75/10 114/16 124/18 126/5 126/5 127/3 127/4 128/12
**reading [4]** 44/5 44/9 52/25 53/12
**Ready [1]** 105/23
**real [5]** 50/3 82/10 93/20 106/25 109/9
**realize [1]** 119/3
**really [8]** 25/8 25/20 27/1 33/22 45/20 75/1 94/14 96/24
**Realtime [1]** 125/13
**reason [10]** 8/13 34/17 34/19 80/4 93/10 107/22 108/21 112/5 112/10 127/7
**reasons [1]** 126/6
**recall [49]** 8/24 14/7 14/11 16/6 21/4 21/9 27/19 28/20 29/16 32/20 33/10 36/19 37/15 37/16 37/16 37/18 37/21 37/23 37/25 38/12 40/22 50/12 53/2 65/7 70/5 72/23 78/25 79/9 83/2 83/14 84/6 84/10 85/10 89/5 89/7 90/1 90/10 90/12 90/25 91/1 91/6 110/20 110/20 110/21 113/16 113/22 113/25 114/15 118/2
**receipt [1]** 128/14
**receive [1]** 93/3
**received [4]** 27/18 39/10 93/6 128/14
**recently [1]** 25/19
**recklessly [1]** 15/20
**recognized [1]** 112/9
**recollection [1]** 89/10
**record [20]** 5/16 7/17 16/20 29/21 38/19 38/22 44/5 48/12 48/18 53/21 68/19 74/19 74/21 74/22 84/25 94/13 100/3 119/4 119/21 120/7
**recording [6]** 48/10 48/11 48/12 48/15 48/21 48/24
**recordings [1]** 38/25
**records [8]** 27/17 27/22 29/15 30/2 30/7 75/18 118/20 119/16
**RECROSS [2]** 4/5 121/22
**refer [1]** 5/24
**reference [1]** 117/21
**referring [1]** 35/23

**refuse [2]** 19/5 19/10
**refused [1]** 79/18
**regard [1]** 19/12
**regarding [5]** 36/18 38/15 38/16 38/25 66/19
**regardless [3]** 53/9 60/12 92/10
**Registered [1]** 125/13
**regular [3]** 28/1 30/21 35/9
**regularly [4]** 28/5 28/6 30/16 31/18
**regulate [1]** 47/7
**regulations [1]** 38/24
**relate [3]** 29/21 70/7 118/22
**related [7]** 26/11 38/16 89/17 89/18 89/20 92/13 118/24
**relating [1]** 117/18
**relation [2]** 73/4 102/21
**released [2]** 81/16 83/24
**relevant [2]** 28/9 73/19
**remember [36]** 16/4 27/24 29/18 32/11 37/19 38/1 38/3 45/23 46/14 50/1 50/9 50/9 50/10 53/16 58/22 59/7 59/9 64/3 73/15 77/3 77/4 79/12 83/17 83/17 84/16 89/15 100/8 100/8 100/9 109/10 109/14 109/15 109/20 109/23 111/25 120/4
**remembered [1]** 73/17
**remove [1]** 45/13
**removed [12]** 45/25 46/8 58/16 72/21 73/1 77/15 77/24 78/6 78/8 78/16 78/17 79/8
**repeat [5]** 49/18 57/3 61/25 67/4 104/9
**report [23]** 29/11 38/8 38/11 50/5 50/6 55/18 69/6 70/4 70/6 70/7 71/21 72/10 73/13 79/13 80/8 83/13 93/5 93/5 97/9 122/6 122/18 122/22 122/23
**reporter [5]** 6/22 37/8 108/3 125/13 125/13
**REPORTER'S [1]** 125/2
**reporting [2]** 25/12 128/1
**reports [3]** 83/17 92/25 98/1
**represent [6]** 26/13 33/1 33/21 34/4 56/14 108/15
**represented [2]** 26/14 34/16
**request [1]** 41/13
**requested [2]** 41/4 42/9
**required [2]** 14/16 29/25
**research [1]** 61/17
**resist [1]** 45/21
**resisting [1]** 80/13
**resource [5]** 86/24 87/11 87/12 88/13 103/12
**respective [1]** 126/6

**respond [8]** 11/10 53/20 64/17 64/19 64/21 65/1 65/13 67/12
**responders [2]** 24/14 24/18
**responding [2]** 53/16 53/18
**response [1]** 93/6
**responses [2]** 7/8 99/16
**responsibilities [2]** 20/17 28/16
**responsibility [1]** 29/11
**restaurant [1]** 102/19
**restraints [1]** 82/11
**results [2]** 19/8 104/12
**retention [3]** 29/15 29/21 30/2
**reus [1]** 14/9
**reuse [3]** 52/22 35/22
**review [5]** 29/11 29/12 69/3 69/5 70/3
**reviewed [4]** 65/5 67/10 72/17 72/23
**reviewing [1]** 72/23
**ridiculous [1]** 45/11
**Riepenhoff [1]** 2/22
**right [87]** 5/10 5/14 6/22 7/4 8/9 8/18 9/5 9/7 10/19 11/15 14/22 17/25 18/7 18/9 18/16 18/20 19/5 19/14 20/2 20/3 20/13 22/20 23/12 24/22 24/24 25/1 25/5 25/6 25/16 25/23 28/8 28/9 34/1 34/24 37/3 40/14 42/23 43/22 46/4 48/5 49/21 58/5 59/12 60/21 60/22 69/17 71/12 74/24 75/6 79/15 86/20 86/25 87/10 87/22 88/15 90/8 92/17 93/17 94/24 95/17 95/24 96/3 96/9 96/20 97/16 97/16 97/22 98/3 98/25 98/25 99/10 99/19 99/14 101/16 101/17 105/3 105/20 107/16 107/22 109/7 110/12 112/24 114/6 115/19 118/5 119/18 124/13
**risk [3]** 43/3 43/5 43/18
**road [9]** 2/5 5/15 15/12 17/21 19/14 19/20 87/13 87/14 111/6
**Robbins [1]** 106/3
**ROBERT [12]** 1/5 2/13 5/2 5/17 5/18 5/21 34/17 126/5 126/9 127/3 127/25 128/10
**Robert's [10]** 34/12 34/14 38/14 47/4 50/17 54/11 54/15 54/19 54/20 54/21
**Roberts [1]** 111/10
**Rodney [6]** 87/20 87/21 106/14 106/14 106/15 106/15
**roll [1]** 29/8
**rolled [2]** 12/16 42/17

**room [4]** 41/17 44/4 46/2 122/23
**ROSS [18]** 1/5 2/13 5/2 5/10 5/17 5/18 5/21 5/25 5/25 73/4 111/14 113/2 126/5 126/9 127/3 127/25 128/10 128/12
**row [1]** 75/15
**rule [2]** 12/5 82/2
**rules [39]** 1/18 6/16 11/12 25/4 34/12 34/14 34/20 38/14 38/16 38/21 39/3 39/7 39/10 39/15 39/17 39/22 40/2 40/8 40/11 40/11 40/20 42/24 42/25 43/1 47/4 48/20 50/18 53/8 54/11 54/12 54/15 54/19 54/20 54/21 59/19 60/5 60/12 61/18 128/14
**run [2]** 97/3 111/9
**running [2]** 12/3 35/20
**runs [2]** 51/19 110/14

**S**

**safe [6]** 17/3 26/25 27/8 27/9 57/24 58/2
**safety [4]** 42/1 42/2 43/3 43/5
**said [70]** 9/17 10/15 15/5 30/10 30/12 31/24 31/25 33/8 36/22 39/13 40/23 40/24 41/14 42/3 44/16 44/16 45/7 45/16 45/24 46/10 48/11 48/12 48/17 49/23 50/16 52/6 58/12 58/14 58/16 58/16 58/20 59/6 59/25 60/11 60/19 60/22 63/11 63/14 64/2 65/12 66/6 67/9 75/18 76/2 76/19 77/1 78/3 78/7 78/15 78/16 78/17 78/24 78/25 79/8 79/17 79/24 82/18 82/19 83/18 83/20 83/22 90/1 90/5 99/10 113/20 121/5 121/24 122/4 122/5 125/8
**salsa [1]** 74/6
**same [6]** 8/12 62/24 72/1 78/3 107/8 127/4
**Samsung [2]** 22/14 22/22
**sat [3]** 44/25 75/15 77/1
**savings [1]** 95/22
**saw [1]** 37/4
**say [52]** 6/24 14/19 15/11 15/19 17/1 17/3 25/11 26/24 26/25 27/8 27/9 30/12 31/7 31/13 32/3 32/11 33/13 35/6 35/7 41/17 42/18 43/5 46/18 49/5 51/24 55/1 57/24 58/2 58/22 59/9 60/14 64/2 65/4 65/14 66/7 69/12 76/20 76/23 77/23 78/5 80/22 83/24 85/11 91/6 91/22 95/3 96/3 110/22 121/3 123/7 123/7 124/13

**S**

saying [27]  29/17 30/20 40/1 41/21 41/24 45/2 45/5 46/21 50/2 50/9 50/10 50/11 53/25 57/12 60/1 60/7 60/15 60/18 60/20 64/4 64/25 75/24 77/10 84/15 84/16 89/7 118/2
says [27]  35/9 56/15 58/9 68/3 68/8 75/4 75/8 75/23 76/6 76/10 76/12 77/11 77/13 77/17 82/21 89/6 96/15 97/2 108/24 108/24 114/6 114/16 115/14 115/21 116/3 116/7 117/8
Schlemmer [1]  2/4
school [4]  86/24 103/12 103/16 107/7
screw [1]  48/3
search [1]  104/3
seasoned [1]  27/7
seated [2]  75/13 77/8
seating [1]  75/16
second [12]  17/16 21/6 75/7 79/22 85/4 85/8 85/14 85/18 97/12 102/9 106/1 117/8
section [1]  13/12
security [9]  11/17 11/17 30/18 39/24 40/25 41/5 41/15 41/25 89/1
see [43]  55/10 61/14 70/21 72/4 72/11 73/8 73/11 75/10 75/16 75/21 75/24 76/8 76/15 77/16 77/18 97/2 97/3 97/3 97/11 97/12 97/25 98/11 99/4 99/6 99/6 99/7 104/3 114/5 114/12 115/2 115/7 115/12 115/22 116/1 116/5 116/8 116/18 116/21 116/24 117/6 117/14 117/22 118/24
seeing [1]  118/3
seem [2]  17/10 31/18
seemed [1]  44/6
seems [3]  96/2 104/22 109/2
seen [11]  36/12 36/14 36/22 37/1 47/15 57/17 71/14 93/14 111/8 114/14 118/3
sending [1]  89/10
senior [1]  111/7
sense [3]  10/4 11/20 122/21
sensibilities [1]  55/9
sent [3]  36/24 89/12 93/4
sentence [1]  40/17
September [5]  1/17 3/6 127/4 128/3 128/10
sergeant [23]  11/2 32/21 32/24 38/10 44/3 45/10 45/15 45/19 56/12 59/1 59/5 63/25 77/11 78/13 78/23 78/25 79/14 81/3 83/13 111/6 120/17

series [2]  18/8 18/19
serve [2]  12/4 70/19
served [3]  70/18 71/5 71/5
serves [1]  122/3
service [5]  11/16 21/16 24/5 24/8 71/20
serving [1]  12/3
session [1]  29/9
set [3]  47/6 79/15 108/23
sets [1]  114/24
several [10]  17/6 26/8 44/19 44/20 55/6 70/19 77/13 82/12 91/20 91/21
Seville [2]  2/9 3/7
sexual [1]  28/2
shall [3]  55/3 55/15 68/5
share [1]  26/22
sharing [1]  25/9
she [156]
She'll [2]  113/8 113/8
she's [7]  6/24 47/19 53/11 60/15 105/17 105/20 107/1
sheet [1]  126/7
sheriff [26]  2/19 36/23 37/11 53/20 83/18 109/11 109/17 113/16 113/19 114/11 114/16 116/8 116/9 116/10 116/12 116/12 117/13 117/13 117/25 118/5 118/12 120/2 120/22 121/16 122/1 122/12
sheriff's [20]  2/20 9/12 9/19 9/22 10/1 12/1 88/10 90/19 105/18 106/7 107/2 111/5 111/23 112/9 115/25 117/2 117/5 118/7 118/10 119/7
sheriffs [2]  117/3 117/20
shirt [1]  8/1
shopping [1]  22/5
short [2]  102/1 102/7
shorthand [1]  3/10
shoulder [2]  79/22 82/15
shouldn't [3]  44/17 51/15 76/21
shout [1]  59/16
shouting [2]  46/24 60/9
show [1]  5/15
showed [1]  108/9
shown [1]  125/8
shows [2]  56/18 93/8
sign [3]  3/16 29/6 128/12
signature [3]  3/14 124/19 128/15
signed [3]  126/16 128/13 128/14
significant [1]  16/24
signs [1]  43/6
similar [3]  11/19 76/3 108/24
simple [1]  25/13
simplest [1]  40/13
since [2]  17/20 87/23

Sincerely [1]  128/18
single [5]  14/5 35/22 89/10 89/11 97/4
sir [29]  5/11 5/19 6/6 6/20 7/5 7/11 7/12 7/13 8/10 8/19 9/6 12/13 16/10 16/13 16/19 16/23 21/8 23/21 39/1 69/2 70/8 70/11 71/11 100/4 103/22 107/14 116/2 117/7 123/21
sits [1]  53/15
sitting [1]  44/22
situation [3]  19/22 19/25 123/2
situations [1]  20/23
slight [1]  104/16
slow [1]  10/20
smoothly [1]  12/3
so [249]
sober [1]  18/18
social [2]  117/12 117/18
some [27]  6/15 14/6 18/3 20/8 20/23 23/5 23/24 24/5 24/20 26/14 26/19 28/10 28/10 28/14 34/17 36/17 51/8 70/1 71/5 77/7 82/8 86/3 87/12 88/12 99/18 104/14 109/3
somebody [14]  15/6 15/20 41/6 41/23 46/15 46/19 62/8 72/21 86/9 86/14 91/23 101/9 101/9 121/8
somebody's [2]  83/23 121/7
someone [13]  14/23 17/18 25/4 25/16 54/16 74/6 82/3 85/7 86/6 90/17 119/5 119/10 124/11
someone's [2]  17/24 39/20
something [35]  15/2 15/3 18/14 20/2 23/22 23/25 24/4 24/6 27/1 27/10 32/19 35/7 40/24 41/23 44/5 44/16 45/17 47/16 47/16 48/13 55/2 55/5 58/16 64/16 67/19 67/20 73/6 73/14 76/20 78/7 82/18 95/19 111/7 118/25 124/8
sometime [1]  122/25
sometimes [18]  8/4 12/1 12/4 26/10 27/4 27/14 29/8 33/19 34/5 35/4 35/5 35/6 52/6 52/6 85/9 91/10 95/6 121/2
somewhat [6]  9/2 25/13 26/18 26/21 26/24 75/7
son [1]  101/25
soon [1]  10/11
sorry [11]  14/13 44/12 47/21 47/24 48/4 49/18 57/3 57/11 78/1 88/3 112/23
sort [1]  43/9
sorts [1]  95/13

sound [1]  107/6
sounded [1]  69/7
sounds [2]  19/16 34/22
space [2]  92/1 92/1
speak [7]  35/3 35/3 47/6 47/7 47/11 60/10 113/4
speaking [15]  17/23 25/5 26/17 38/3 38/13 47/12 49/5 49/24 58/10 58/12 75/12 75/20 76/7 76/11 77/6
special [1]  116/15
specific [3]  5/23 20/25 39/7
specifically [1]  24/4
speed [1]  86/2
speeding [6]  85/1 85/5 85/8 85/14 85/18 86/6
spelled [1]  107/8
spelling [1]  87/6
spoke [4]  38/5 68/22 81/3 123/1
spot [1]  81/11
spring [1]  31/7
Srp [3]  114/20 114/22 116/14
staff [9]  115/7 117/4 117/5 117/13 117/13 117/20 118/6 118/9 118/9
stamp [2]  114/5 114/8
stand [5]  39/3 48/21 57/9 57/10 77/12
stands [1]  94/6
stare [1]  109/8
start [4]  91/24 94/23 100/18 120/11
started [2]  9/12 87/24
starting [4]  75/7 98/17 113/10 122/23
starts [1]  53/16
state [9]  1/17 3/11 5/15 14/15 87/5 106/7 116/3 116/17 126/15
stated [1]  82/13
statement [4]  26/20 33/5 51/12 53/7
statements [3]  36/18 36/19 126/16
STATES [2]  1/1 1/20
statute [5]  14/5 67/25 72/14 72/24 117/19
statutes [1]  14/3
statutory [1]  115/1
steal [1]  37/10
stenotype [1]  125/8
step [1]  45/19
steps [1]  115/5
still [7]  10/24 17/22 24/18 90/18 100/10 105/7 113/6
stipend [1]  23/20
stipulated [2]  3/4 3/9
STIPULATIONS [1]  2/25
stood [1]  46/1
stop [23]  44/15 44/19 44/23 44/24 46/3 46/11 46/16 46/16 46/16 46/21 46/24 46/24 48/9 48/11

48/12 48/13 48/15 48/24 54/4 59/20 76/8 76/9 76/11
stopped [1]  18/19
stops [1]  10/9
stories [2]  25/9 25/21 26/23
Street [1]  12/2
stuck [2]  22/19 22/22
studies [2]  13/7 13/11
stuff [7]  50/10 51/8 77/7 88/13 93/16 93/21 95/13
stunk [1]  12/14
submitted [1]  30/6
subpoena [1]  93/6
subpoenaed [2]  92/24 93/14
subsection [2]  55/11 55/24
subsections [1]  55/7
substance [1]  126/6
subtract [3]  95/16 96/5 96/12
sudden [1]  44/6
Sudhoff [4]  2/21 4/4 120/10 128/23
Suite [4]  2/15 2/22 128/1 128/6
summary [1]  71/18
summer [3]  31/7 87/11 87/12
summertime [2]  95/22 96/18
summons [4]  81/6 81/9 81/13 83/7
sundress [1]  80/7
super [2]  92/20 111/9
superior [1]  49/19
superiors [1]  49/9
supervise [1]  11/2 11/15
supervisor [2]  27/10 42/6
supposed [8]  24/12 24/18 25/5 25/8 25/11 25/14 25/22 47/8
sure [24]  5/17 5/23 12/2 14/18 25/15 33/8 33/24 41/16 41/22 61/22 62/1 62/5 62/13 71/21 73/10 78/17 81/22 89/6 89/12 89/12 89/17 101/13 108/4 118/14
surveillance [1]  117/1
suspect [5]  18/3 18/25 19/21 80/4 93/14
suspicion [1]  72/9
SWAT [3]  20/3 20/6 20/8
sweating [1]  7/24
swerve [1]  15/12
swerving [1]  17/24
swore [1]  126/16
sworn [1]  5/4
synonymous [1]  47/22
system [2]  24/20 72/10

**T**

table [1]  8/17
tactic [1]  7/23
take [17]  8/17 17/16 19/1

# T

**take...** [14]  67/13 68/18 79/17 79/24 80/23 80/25 81/4 84/21 86/12 101/9 101/10 115/4 120/5 121/4
**taken** [9]  15/3 5/3 10 122/16 125/7 125/8 125/9 127/3 128/10
**takes** [1]  83/23
**taking** [5]  86/11 86/14 86/15 91/25 99/15
**talk** [23]  12/21 21/6 23/10 27/2 28/25 29/9 45/1 46/5 47/13 47/17 49/9 52/1 52/3 54/2 60/5 83/5 83/12 98/3 106/17 108/18 109/16 118/4 122/1
**talked** [9]  38/14 67/15 69/15 89/13 90/4 106/16 109/13 109/14 120/18
**talking** [23]  14/10 25/8 33/17 34/22 43/25 44/11 44/11 44/21 45/5 45/9 45/11 51/1 53/17 54/2 54/4 54/5 58/20 59/20 77/1 109/15 109/18 110/21 113/16
**talks** [3]  55/8 113/6 113/7
**task** [4]  20/6 20/25 20/25 107/24
**tasks** [1]  20/16
**TCBS** [1]  114/5
**TCTC** [1]  87/11
**teach** [1]  13/17
**Team** [1]  101/16
**techie** [3]  92/19 92/20 95/2
**technically** [1]  9/25
**Teetor** [2]  2/14 128/5
**tell** [23]  7/1 8/21 48/24 49/16 49/21 55/22 55/24 57/9 68/23 69/14 69/15 72/15 79/1 80/7 88/4 88/6 91/2 92/16 93/2 95/18 96/5 117/25 119/5
**telling** [6]  25/20 44/15 56/3 58/8 63/8 79/2
**tells** [1]  25/16
**tend** [4]  8/6 14/15 27/2 27/6
**terrible** [2]  51/4 107/25
**test** [2]  13/18 18/7
**testified** [2]  5/6 78/2
**testify** [2]  5/4 65/20
**testimony** [9]  63/24 64/1 84/12 117/24 125/7 125/9 126/5 126/6 127/3
**tests** [2]  13/15 18/8
**tettorlaw.com** [1]  2/16
**text** [49]  26/3 26/6 26/11 29/22 30/6 30/6 84/8 84/10 84/13 84/15 89/3 89/5 89/7 89/11 89/12 89/14 89/15 89/24 90/2 90/4 90/8 90/14 90/17 91/2 91/3 91/6 91/16 92/3 93/4 99/1 103/24 103/25

104/3 104/4 105/7 108/9 113/17 113/20 113/24 117/9 117/17 118/1 118/13 118/18 118/21 119/1 119/6 119/13 119/17
**texting** [6]  26/10 84/16 84/18 90/10 102/3 109/19
**than** [13]  10/4 32/24 33/14 33/22 34/2 40/17 42/15 42/16 68/14 75/24 95/2 100/7 124/3
**Thank** [5]  101/14 104/6 108/5 113/14 128/16
**Thanks** [5]  46/7 73/10 105/4 109/8 110/5
**their** [14]  17/24 39/8 49/6 50/19 51/16 51/19 51/21 52/3 53/9 83/16 85/8 110/14 117/3 126/6
**them** [36]  12/8 17/25 18/6 19/17 19/17 29/11 29/12 30/25 31/11 31/20 39/21 49/7 49/10 49/12 49/15 51/19 52/3 54/17 66/12 82/3 82/7 85/2 85/5 86/6 86/11 86/12 86/14 86/15 86/15 90/14 92/2 96/6 101/10 119/17 123/15 126/5
**themselves** [1]  23/3
**there's** [30]  13/12 13/17 14/22 15/6 17/4 18/8 19/10 20/8 20/17 23/22 24/12 24/13 25/11 31/3 31/8 33/19 41/5 55/6 55/6 55/6 67/18 82/2 82/7 83/14 83/15 83/15 91/22 104/15 116/23 119/8
**these** [9]  19/16 74/25 91/8 91/25 96/3 97/25 99/1 99/24 112/4
**They'll** [1]  87/13
**they're** [15]  12/11 34/20 39/22 47/12 47/14 47/21 48/21 49/7 71/23 82/4 82/6 86/13 123/17 124/3 124/5
**They've** [1]  86/1
**thing** [8]  7/6 8/11 8/16 78/3 104/21 108/19 108/25 109/9
**things** [18]  8/24 19/16 20/9 20/21 25/9 27/5 28/1 28/18 40/16 51/13 59/16 72/10 74/16 74/25 75/18 76/3 96/12 116/23
**think** [98]  8/5 15/15 15/16 17/2 18/9 20/6 24/9 24/10 26/6 31/21 35/14 36/1 38/9 38/10 38/11 38/12 43/17 43/21 44/10 45/6 45/9 45/16 45/23 46/19 47/9 47/9 49/12 49/16 49/20 51/1 51/18 53/2 53/3 53/6 54/24 55/7 55/13 55/14 56/24 57/17 58/2 58/3 58/3 59/1 59/5

59/5 63/17 72/20 73/19 74/15 78/2 78/15 78/15 78/15 79/8 79/13 80/1 81/18 81/21 81/21 83/6 83/9 83/18 83/25 87/22 87/22 87/24 88/9 88/12 88/17 89/18 89/20 91/9 94/15 95/6 95/7 103/13 103/14 103/17 105/21 107/5 107/22 107/23 111/7 112/5 112/7 112/8 112/9 113/10 113/13 113/25 120/18 120/19 120/19 122/11 122/24 122/25 123/24
**thinking** [1]  56/12
**third** [1]  71/23
**thorough** [2]  25/24 46/7
**those** [14]  13/10 19/18 23/18 28/25 29/25 30/6 30/24 34/25 35/17 40/5 50/4 69/1 89/15 91/6
**though** [4]  55/19 87/11 104/15 105/4
**thought** [1]  7/23
**threaten** [1]  43/11
**threatening** [1]  74/10
**three** [9]  47/9 51/16 52/3 85/20 85/24 103/9 114/24 116/23 123/15
**through** [11]  6/15 18/19 23/24 24/13 28/1 28/10 28/11 28/14 31/20 89/2 92/8
**thumbs** [2]  96/1 96/23
**Thursday** [1]  20/5
**ticket** [6]  85/2 85/5 85/8 85/14 85/18 86/6
**tie** [1]  34/24
**Tiffany** [1]  102/15
**time** [74]  3/6 6/10 8/13 10/17 16/9 22/11 23/14 25/4 30/7 31/3 31/6 37/1 43/2 43/17 44/14 45/10 46/3 47/13 48/1 51/13 53/13 54/7 56/12 57/24 57/25 58/1 60/6 60/16 62/16 64/7 64/11 64/13 64/19 64/22 66/5 67/2 74/1 74/3 76/10 77/8 78/10 78/15 81/21 81/22 83/18 85/17 87/14 91/9 94/8 94/9 94/11 94/21 94/22 95/7 95/7 95/12 95/15 95/21 96/3 96/8 96/12 97/16 97/20 98/19 98/20 100/8 102/2 102/7 103/13 103/14 121/24 122/15 125/8 128/16
**timer** [1]  47/6
**times** [8]  26/8 32/1 44/19 44/20 71/3 77/13 99/18 100/11
**TLC** [1]  110/13
**today** [21]  5/12 5/24 6/7 6/19 6/24 8/8 8/23 9/8 31/3 37/5 43/25 63/24 64/1 69/11 73/16 73/20

73/24 74/2 84/12 95/13 117/24
**today's** [1]  68/21
**Todd** [3]  88/8 88/9 101/25
**together** [2]  111/9 111/12
**told** [18]  21/22 23/23 32/21 33/2 33/6 38/10 42/5 46/11 48/3 48/9 51/7 59/19 76/6 78/10 78/19 78/23 79/7 88/2
**tonight** [2]  110/23 124/6
**too** [4]  8/1 99/20 102/22 105/22
**took** [3]  23/18 46/1 73/18
**top** [6]  17/11 58/21 59/8 97/2 98/3 115/14
**tough** [1]  5/14
**Towards** [1]  77/11
**towers** [1]  24/17
**traffic** [2]  11/11 11/12
**train** [1]  111/12
**trained** [15]  12/24 15/24 18/22 19/17 20/3 20/9 20/20 20/24 21/2 27/20 27/23 27/24 29/3 119/25 120/2
**training** [12]  7/14 12/22 19/21 19/24 27/17 28/2 28/3 28/10 28/14 28/21 29/8 120/3
**trains** [2]  94/16 95/14
**transcribed** [1]  3/12
**transcript** [8]  3/14 3/16 125/5 125/6 127/3 127/4 128/12 128/13
**transcription** [2]  3/13 128/1
**transport** [11]  87/4 87/22 87/23 91/8 91/9 91/12 91/22 101/4 106/8 107/2 119/2
**transportation** [1]  11/18
**transports** [1]  101/7
**traveling** [1]  5/15
**treated** [1]  61/14
**treating** [2]  61/1 61/5
**tried** [1]  12/17
**true** [3]  125/6 126/17 127/4
**Trumbull** [16]  2/19 2/19 2/19 30/13 30/14 33/3 33/25 34/2 102/17 105/17 106/6 107/2 114/9 115/25 115/25 116/7
**trust** [2]  34/24 96/4
**truth** [4]  5/5 5/5 5/6 126/16
**try** [5]  7/15 8/7 10/20 25/3 92/21
**trying** [11]  20/13 45/4 45/18 53/20 54/2 64/17 64/19 64/21 65/1 65/13 67/12
**turn** [2]  11/6 115/9
**two** [10]  47/6 47/9 47/10 78/18 83/25 83/25 84/23 85/18 87/25 96/11

**type** [1]  17/9
**typed** [3]  73/6 73/14 73/14
**typically** [12]  17/9 25/5 26/17 29/10 40/11 49/5 80/11 83/22 86/12 91/20 110/21 111/18
**typing** [4]  6/24 7/6 100/19 122/22

# U

**ugly** [1]  37/11
**uh** [21]  6/3 7/9 38/6 40/4 41/18 42/8 68/7 75/5 76/14 82/16 84/5 97/13 102/25 106/10 106/12 106/21 106/23 107/9 107/11 115/3 116/25
**Uh-huh** [20]  6/3 38/6 40/4 41/18 42/8 68/7 75/5 76/14 82/16 84/5 97/13 102/25 106/10 106/12 106/21 106/23 107/9 107/11 115/3 116/25
**uh-huhs** [1]  7/9
**uhs** [1]  7/9
**unaware** [1]  36/25
**uncomfortable** [1]  76/20
**under** [12]  6/18 7/25 55/25 56/4 58/11 60/4 68/1 78/11 79/3 81/25 83/25 84/12
**underneath** [2]  10/1 49/7
**understand** [30]  6/18 6/21 7/13 10/7 12/7 13/15 13/16 14/14 15/1 26/17 38/18 39/25 40/7 40/18 41/13 44/4 47/3 50/17 54/8 59/13 64/15 65/24 67/18 68/13 69/18 90/16 98/11 98/21 100/1 124/4
**understanding** [6]  49/2 54/10 94/20 95/1 95/21 128/11
**uniform** [3]  94/5 94/8 94/9
**union** [1]  23/10
**unique** [1]  124/14
**unit** [13]  26/19 87/4 87/13 87/23 91/8 91/9 91/22 101/5 102/5 106/8 107/3 110/14 111/24
**UNITED** [2]  1/1 1/20
**Universal** [1]  94/11
**unless** [4]  35/15 47/14 82/4 82/6
**unsure** [2]  27/6 27/10
**until** [4]  9/13 9/17 78/19 80/10
**unusual** [4]  32/7 32/10 123/8 123/25
**up** [36]  12/8 33/10 41/14 44/8 44/14 44/19 46/1 47/17 48/3 51/8 57/9 57/10 59/2 59/6 61/10 72/20 73/6 73/14 73/14 75/19 77/9 77/12 78/24 79/2 91/25 95/11 96/1

## U

up... [9] 96/23 100/20 101/9 104/4 113/9 115/19 119/2 119/6 119/10
upset [3] 65/13 67/11 76/11
us [14] 23/18 41/4 74/14 83/7 83/16 91/22 102/1 102/1 102/6 103/11 114/19 120/20 122/3 123/1
usage [1] 21/7
use [6] 3/12 20/13 20/13 23/19 25/2 100/2
used [5] 1/17 32/11 61/23 75/23 111/9
using [1] 25/24
usually [5] 17/13 40/16 72/12 83/8 110/25
UTC [8] 93/25 94/8 95/9 95/11 95/15 95/23 97/17 98/19
utterances [1] 75/21

## V

vehicular [2] 15/7 15/14
verbally [1] 121/2
verbatim [2] 78/7 82/19 116/17
very [5] 19/16 20/25 67/14 96/9 98/13
Victor [1] 115/14
video [14] 46/20 46/20 56/15 56/18 57/17 64/14 64/23 65/1 65/9 65/15 67/10 69/24 70/2 117/1
videos [5] 69/10 69/14 69/22 69/23 117/18
View [2] 2/15 128/6
viewed [1] 65/10
viewpoint [1] 60/12
viewpoints [5] 53/9 61/1 61/7 62/25 63/4
Vigluicci [4] 115/15 115/16 115/18 115/19
violated [1] 62/16
violates [1] 41/6
violation [1] 18/1
violations [1] 11/12
violence [3] 17/11 17/13 43/6
visibly [1] 76/11
Vivoda [4] 75/10 75/12 75/20 76/10
Vivoda-Klotz [4] 75/10 75/12 75/20 76/10
voice [1] 108/18
vote [1] 63/19
VS [2] 1/9 128/8

## W

waived [3] 3/15 124/19 128/15
walked [3] 38/9 44/8 75/15
walking [2] 59/2 59/6
Walton [1] 2/22

want [20] 7/13 12/21 21/5 21/6 26/16 33/22 35/6 35/15 35/19 35/22 49/20 50/8 51/4 58/7 71/4 72/25 74/18 104/24 108/2 109/8
wanted [3] 63/16 63/17 72/21
wants [1] 59/16
warn [1] 53/4
warned [1] 53/1
warrant [1] 121/2
warrants [5] 11/17 12/4 17/14 101/8 101/8
Warren [2] 34/2 116/16
wasn't [9] 12/15 36/6 56/7 61/1 63/3 90/7 96/13 96/24 114/9
watch [7] 10/18 64/23 65/9 65/9 69/10 69/23 70/12
watched [11] 33/22 56/15 64/25 65/8 65/11 65/16 69/15 69/20 69/22 69/24 70/1
watching [2] 18/13 64/14
Watkins [1] 114/12
way [5] 6/12 12/5 13/20 33/22 107/8
ways [1] 119/9
we'll [18] 6/7 8/9 9/7 10/20 12/4 28/9 29/5 29/5 29/8 36/8 46/5 46/5 50/4 91/24 105/2 106/18 109/5 110/22
we're [25] 8/7 9/8 41/11 41/24 43/21 43/24 58/8 60/1 60/7 60/8 68/20 82/6 84/20 95/23 107/23 108/24 110/25 113/10 113/13 113/15 118/7 120/6 120/8 121/5 122/21
we've [8] 7/15 20/8 71/2 74/16 112/9 114/4 120/3 121/4
weapon [3] 41/24 43/8 80/8
wearing [2] 80/6 80/10
Weaver [1] 101/2
week [5] 17/2 30/23 31/1 35/15 109/19
weeks [1] 17/4
weird [1] 116/15
welcome [5] 101/15 104/7 105/5 108/6 110/6
Wells [4] 87/17 87/21 106/14 106/14
went [6] 13/1 44/25 45/19 70/18 71/8 107/7
were [70] 11/8 17/15 20/2 20/5 22/14 23/14 23/15 23/15 30/23 33/1 34/4 36/21 36/23 38/8 38/10 38/11 39/24 40/24 41/3 41/3 41/7 41/12 41/16 42/3 44/3 44/7 44/7 44/22 44/23 45/15 45/18 46/18 48/3 51/1 56/14 57/23

58/3 58/6 58/6 59/17 59/20 61/14 61/18 62/24 63/9 65/21 65/24 66/7 67/6 69/8 70/14 70/16 77/8 77/8 77/9 81/4 83/13 89/3 89/17 89/18 89/20 90/2 91/1 98/1 99/1 102/3 120/12 120/22 122/13 122/17
weren't [2] 22/14 42/23
Westfall [2] 2/14 128/5
what [121] 7/1 8/5 8/21 9/8 10/20 10/21 11/1 11/8 11/14 11/22 11/23 13/5 14/7 14/9 17/9 17/10 21/9 22/10 22/24 27/17 27/21 28/17 30/2 31/6 31/10 34/12 34/15 34/22 35/14 38/7 38/9 38/15 38/18 39/25 40/2 40/5 40/7 40/8 41/2 41/8 41/13 41/21 41/24 44/2 44/4 46/4 46/14 47/3 50/1 50/9 50/11 52/19 53/18 53/25 54/4 54/8 54/12 55/1 55/11 55/24 56/12 56/17 57/12 57/13 57/22 57/25 59/15 60/15 60/16 60/17 60/17 60/19 62/22 64/12 64/15 65/18 65/20 65/24 66/1 66/6 66/23 67/1 67/6 67/13 68/20 69/5 69/15 69/23 70/16 71/17 74/9 76/25 77/10 78/25 79/20 80/9 80/11 82/1 83/11 84/2 84/8 86/23 88/19 88/24 89/15 90/1 90/8 90/14 91/6 94/6 95/9 97/23 99/9 101/6 104/15 105/19 108/19 108/24 109/14 114/4 122/5
what's [9] 31/17 45/22 45/22 54/24 65/23 72/11 73/5 100/16 114/8
whatever [3] 26/16 47/8 59/8
When's [1] 37/1
Whenever [3] 30/25 92/7 92/8
Where's [1] 115/19
WHEREUPON [6] 5/1 36/3 71/13 92/23 108/8 114/3
whether [24] 24/19 29/24 37/16 37/19 37/23 48/14 48/23 50/12 53/19 54/11 56/21 57/4 57/15 58/15 59/18 60/4 61/14 61/18 62/9 62/18 62/23 85/8 85/11 92/10
which [17] 11/16 30/25 42/12 47/4 52/14 68/14 71/20 79/20 80/11 82/13 96/9 96/20 99/2 99/3 99/5 121/4 123/20
while [19] 33/17 44/9 48/21 49/24 51/1 58/18 67/6 75/12 75/24 83/12

84/3 84/9 84/11 84/13 84/18 88/18 90/18 111/8 114/25
whispering [3] 46/16 46/19 46/23
who [26] 33/18 33/18 33/20 33/20 42/4 45/14 46/15 54/9 73/3 83/5 83/14 84/2 87/2 88/1 89/13 89/14 101/3 101/25 103/24 106/5 106/8 107/20 110/1 110/7 113/4 120/15
who's [10] 20/24 86/21 87/6 87/9 87/19 88/14 101/24 102/16 103/10 105/16
whole [3] 5/5 41/17 66/18
wife [2] 111/15 112/7
wife's [2] 99/24 110/10
will [13] 3/15 6/12 9/9 24/13 24/14 44/23 44/23 84/23 85/9 95/11 114/25 128/11 128/15
William [4] 73/4 87/21 87/21 106/14
winded [1] 25/21
winter [1] 95/23
wise [1] 20/7
within [2] 3/11 128/14
without [11] 46/8 55/16 81/24 85/2 85/5 86/6 86/8 86/14 86/15 107/24 109/18
witness [6] 3/16 5/3 31/11 70/9 126/16 127/3
witness's [1] 3/13
witnessed [3] 33/12 33/16 76/3
Wix [27] 2/13 32/13 32/14 32/21 32/24 33/8 43/22 44/3 45/10 45/15 45/19 52/25 55/21 56/12 59/1 59/5 63/25 77/11 78/13 78/23 78/25 79/14 81/3 83/13 120/17 120/19 122/22
Wix's [1] 63/22
woman's [1] 6/21
word [2] 20/13 58/5
words [4] 7/7 25/12 43/14 68/8
work [12] 10/16 26/11 27/1 32/18 34/25 35/18 75/1 89/17 89/18 92/13 107/24 123/20
work-related [1] 26/11
worked [9] 9/13 9/17 16/17 30/11 32/13 32/14 33/2 33/6 39/13
working [3] 38/11 84/18 85/9
works [4] 24/19 102/1 106/8 110/13
world [3] 22/20 22/22 22/23
wouldn't [9] 21/22 38/1 45/18 46/18 65/19 72/22

91/5 99/22 109/13
wrist [2] 79/15 79/19
written [1] 117/10
wrong [6] 7/10 51/2 51/10 59/2 81/20 95/18
wrote [2] 77/21 82/13

## Y

yank [5] 56/7 56/24 57/5 57/8 57/13
yanked [3] 56/19 56/21 57/9
yanks [2] 56/16 57/19
Yannucci [2] 111/21 111/22
Yannucci's [1] 112/11
yeah [73] 8/2 13/16 13/20 13/21 13/22 14/18 17/5 17/12 18/10 18/12 18/13 18/13 22/21 22/22 24/1 24/4 25/15 26/21 26/25 27/5 27/11 28/4 28/7 31/13 32/3 32/11 33/8 33/24 34/16 35/21 40/2 41/11 41/19 42/2 46/6 46/10 46/17 46/22 47/21 47/23 47/23 51/6 52/21 55/11 63/11 66/8 70/23 71/9 71/25 73/9 78/2 78/2 78/5 78/7 79/25 85/12 88/22 88/23 89/24 90/23 94/3 94/19 97/5 97/18 105/9 105/24 109/2 111/20 113/10 116/9 118/8 118/17 123/23
year [7] 17/4 79/13 87/24 87/25 89/14 112/24 113/12
years [4] 9/20 16/4 85/19 87/25
Yep [4] 48/2 99/11 101/13 101/18
yeses [1] 7/8
yesterday [6] 70/10 70/14 70/19 71/5 71/10 116/20
yet [1] 101/12
Yosowitz [4] 2/14 4/9 125/8 128/9
you'd [1] 31/12
you're [73] 6/18 7/23 8/12 9/2 9/23 9/24 9/25 10/12 12/18 13/24 14/2 15/11 15/12 15/19 15/24 19/14 19/15 19/16 19/20 20/3 21/20 22/13 23/17 25/5 25/8 25/15 25/20 25/22 25/23 25/24 26/10 27/6 27/11 29/17 29/25 30/20 34/22 35/2 38/19 38/24 39/25 52/11 52/13 58/20 58/20 58/22 59/6 61/22 62/5 62/9 62/19 62/15 64/4 64/25 72/1 76/20 78/16 79/8 86/9 89/7 95/13 96/9 96/14 100/12 101/15 104/7 105/5 105/10 108/6 110/6

**Y**

**you're... [3]** 112/22
119/18 124/13
**you've [14]** 16/8 16/22
18/22 19/17 27/20 30/6
30/10 36/14 37/1 51/25
85/7 86/5 93/4 119/24
**Youngstown [2]** 2/9
128/2
**yours [2]** 30/21 69/1
**yourself [4]** 21/14 92/18
118/5 118/19