motions are undebatable and require a
 20:6–7, 21:14).

*meeting.* When it is desired to devote an
bject, or as much of the meeting as may
er can be made *the* special order for the
ed from *a* special order for the meeting;
ecial order for the meeting will then be
e minutes have been approved, and the
of business will not be taken up until this
disposed of. Although *the* special order
cedence over all other forms of special
re made before it was, the times of any
ular hours that may come into conflict
indicated in the last sentence of 41:55.


ries of special orders or general orders—
 can be made; such a series is called an
 is assigned to a particular subject in
 is thereby made a special order unless,
means, it is stated that the time is in-
dance, in which case the subject is only
 for which no hour is specified in an
term.
an hour is assigned only to such subjects
ecesses, adjournments, and particularly
tions where it is desired to give the mem-
that the matter will not be considered
e, then, are special orders for the time
herence to these times provides a pro-
 and invited speakers, who often come
ccasionally, a time is assigned for every
While this practice may be necessary in
up, loss of flexibility often outweighs any
tined.

---

**41:60  Organizations and Meetings in Which Adoption of an Agenda Is Customary.** It is customary to adopt an agenda or program for each session in organizations that do not hold frequent regular meetings, and at conventions and other sessions that may last for several days (see **59**). This is also frequently done when, for any reason, neither the standard order of business nor a special order of business established by rule of the organization is practical or applicable.

**41:61  Procedure for Adoption.** In cases in which an agenda is adopted, usually this is done at the outset of a session and the agenda is intended to cover the entire session. At a session having no prescribed or adopted order of business, such an agenda is followed as a guide by the chair pending its formal adoption and can be adopted by majority vote, even if it contains special orders; it is then the order of business for that session. At a session that already has an order of business, an agenda can be adopted by a majority vote only if it does not create any special orders and does not conflict with the existing order of business; otherwise, a two-thirds vote is required (see also 25:12).

**41:62  Agenda Provided in Advance.** In some organizations, it is customary to send each member, in advance of a meeting, an order of business or agenda, with some indication of the matters to be considered under each heading. Such an agenda is often provided for information only, with no intention or practice of submitting it for adoption. Unless a precirculated agenda is formally adopted at the session to which it applies, it is not binding as to detail or order of consideration, other than as it lists preexisting orders of the day (41:40ff.) or conforms to the standard order of business (3:16, 41:5ff.) or an order of business prescribed by the rules of the organization (2:16, 3:16).

**41:63  Changing an Agenda.** When the adoption of a proposed agenda is pending, it is subject to amendment by majority vote. After an agenda has been adopted by the assembly, no change can be made in it except by a two-thirds vote, a vote of a majority of

### Rule Against the Chair's Participation in Debate

43:29    If the presiding officer is a member of the society, he has—as an individual—the same *rights* in debate as any other member; but the impartiality required of the chair in an assembly precludes his exercising these rights while he is presiding. Normally, especially in a large body, he should have nothing to say on the merits of pending questions. On certain occasions—which should be extremely rare—the presiding officer may believe that a crucial factor relating to such a question has been overlooked and that his obligation as a member to call attention to the point outweighs his duty to preside at that time. To participate in debate, he must relinquish the chair; and in such a case he turns the chair over:

a) to the highest-ranking vice-president present who has not spoken on the question and does not decline on the grounds of wishing to speak on it; or

b) if no such vice-president is in the room, to some other member qualified as in (a), whom the chair designates (and who is assumed to receive the assembly's approval by unanimous consent unless member(s) then nominate other person(s), in which case the presiding officer's choice is also treated as a nominee and the matter is decided by vote).

The presiding officer who relinquished the chair then may not return to it until the pending main question has been disposed of, since he has shown himself to be a partisan as far as that particular matter is concerned. Indeed, unless a presiding officer is extremely sparing in leaving the chair to take part in debate, he may destroy members' confidence in the impartiality of his approach to the task of presiding.

43:30    In debate on an appeal (**24**) or a point of order that the chair has submitted to the judgment of the assembly (23:18–21), the foregoing rule does not apply, and the presiding officer does not leave the chair, since his participation in the debate relates to the function of presiding.

once—even while another question is pending, unless the pending question is itself a special order that was made before the one set for the present time was made (see **14, 41**). From the time when a particular special order becomes the proper order of business and until it is announced, a *Call for the Orders of the Day* is in order.

18:6    A *Call for the Orders of the Day* cannot be made in a committee of the whole (see **52**).

18:7    **Status of an Order of the Day as a Main Motion.** In contrast to the privileged *Call for the Orders of the Day*, an order of the day which such a call may bring before the assembly is itself invariably a main motion, and when it is announced and pending, it is debatable and amendable, and all of the other rules governing main motions apply to it. The orders of the day as a whole cannot be laid on the table or postponed, but an individual order of the day when actually pending can be so disposed of. As soon as the orders of the day that have interrupted business that was pending are completed, the interrupted business is taken up again at the point at which it was discontinued.

18:8    **Setting Aside the Orders of the Day.** When the orders of the day are called for, the chair can, and ordinarily should, immediately either interrupt or conclude consideration of the pending question (in accordance with the rules in **41**) and proceed to take up the business prescribed for the present time. But sometimes the chair or a member may sense that the assembly would prefer to continue consideration of the presently pending question or take up another matter first. In such cases, the assembly by a two-thirds vote can set aside the orders of the day, as follows:

a) *At the initiative of the chair:* Instead of announcing the orders of the day when they are called for, the chair can put the question on proceeding to them: "The orders of the day are called for. The orders of the day are [identifying the business that is in order]. The question is: Will the assembly proceed