81°

SIGN UP



Advertisement. Your video will resume in 5 seconds.

LOCAL NEWS

# Trumbull County Commissioner Niki Frenchko arrested at meeting

WARREN, Ohio (WKBN) – Trumbull County Commissioner Niki Frenchko was arrested Thursday during the commissioners' weekly meeting and was taken to the jail in handcuffs.

The arrest came while Frenchko was responding to a letter written by Trumbull County Sheriff Paul Monroe, read by the clerk during the meeting. Frenchko posted live video from the meeting on her Facebook page, which shows the arrest.



READ NEXT >

Local murder trial disrupted by person punching defendant

READ NEXT >

Next story in 5     Cancel

Monroe complaint on-Frenchko   Download

In the letter, Monroe asked Frenchko for a public apology in response to an email she read in a meeting last month. That email, sent to Frenchko from a former inmate's mother, claimed the inmate was denied requested medical treatment at the jail.

ADVERTISING



The full email can be read below:

*Dear Miss Frenchko,*

*I have a serious complaint regarding the medical neglect that prisoners are given in the Trumbull County Jail when incarcerated. My son was booked in the Trumbull County jail on 04/18/2022 at 7:00pm. During this time he had 3 documented requests for antibiotics, he was very ill, these requests obviously were not granted. There is a recorded call to his friend Jennifer on May 7th approximately 9:29 pm where he states he is really ill and is receiving no medical treatment. Prisoners are someone's child, they are human and regardless of why they are in custody their health should be very important. My son was released to Neocap on 05/23/2022 and on 05/26/2022 rushed to hospital because he is throwing up and not able to speak or walk. I am sorry but this is unacceptable. As a result of this neglect he is in ICU at Trumbull Hospital with Streptoccus pneumoniae meningitis which is life threatening. I was called by the hospital asking me if my son's heart stops do I want him saved, the next question was if my*

son stops breathing, do I want him put on a ventilator, – I am sorry but something needs to change. I am pretty sure the jail is aware of this situation because I was told the jail was being cleaned yesterday 05/26/2022 one day after he was rushed to the ER. I am going to seek legal counsel if something is not done. I am writing this letter to you because I know you will not sweep this under the rug like others.

|

*Sincerely,*

*Teresa M Crew*

Monroe says the accusation was false since the inmate never requested medical attention.

**READ NEXT >**

**Local murder trial disrupted by person punching defendant**

**READ NEXT >**

**Next story in 5**

In an interview after she was released from jail, Frenchko said her arrest was politically motivated.

"There's no other explanation for it. We can't get the deputies to come up to monitor our meetings. We've asked them on numerous occasions, and they say, no, they don't want to get involved, but because they were reading that letter today asking for a public apology, that I would not give," Frenchko told First News. "And then when I started to respond to that letter… then I was also interrupted by Commissioner Cantalamessa and Fuda, they came right for me, the deputies for the sheriff, to whom I would not apologize. And they did what they did. It was purely political."

**Report: Man led police on 105-mph chase on Route 11 after saying he wanted to eat ex-wife's liver** ›

ould have typically removed someone from the meeting immediately for the disruptions that she caused," Sheriff Monroe said. "What she did violated the law, and she forced our deputies to take official action."

ADVERTISEMENT

SUBSCRIBE NOW

# WKBN Breaking News

| Enter Your Email |
|---|
| SIGN UP NOW ▸ |

*Don't miss the next breaking news story. Sign up for breaking news email alerts below.*

The charge against Frenchko is disturbing a lawful meeting, a fourth-degree misdemeanor. She was booked into the Trumbull County Jail and

READ NEXT >

**Local murder trial disrupted by person punching defendant**

ourt due to any potential conflicts of interest.

READ NEXT >

r the board and county.

omething that's true, we can't do that with

**Next story in 5**

ADVERTISEMENT

Frenchko said her constituents should be outraged by her arrest.

"I think that the people who elected me should be absolutely outraged that when I do what I'm elected to do, which is expose the truth to say

e outraged that I'm getting treated the way I

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**

Privacy Policy

**She Was The Dream Girl Of The 90s, Now It's Hard To Look At Her**
Tummy Tuck Hippo

**Faith Never Saw This Coming After 23 Years of Marriage**
PensAndPatron

**Here's What A Walk-In Shower Should Cost**
West Shore Home Baths Quotes

**Sisters Give Birth From The Same Man On Same Day**
SportzBonanza

**Look For Any High School Yearbook, It's Free**
Classmates

**Can Dental Implants for Seniors Be Paid For By Medicare? (See How)**
StuffAnswered

READ NEXT >

**Local murder trial disrupted by person punching defendant**

READ NEXT >

Next story in 5

**The Killer New Outlander SUV Is Close To Perfection (Take A Look)**
CommonSearches

**Here's What a New Gutter System Should Cost**
leaffilterusa.com

**She Shares Her Life With The World's Wealthiest Man.**
Witty Reporter

Enter Your Email

SIGN UP NOW

TOP STORIES



**READ NEXT >**

**Local murder trial disrupted by person punching defendant**

**READ NEXT >**

Next story in 5

Local volleyball powers to meet on Game of the Week

New business planned for Wedgewood Plaza

Chicago woman, 104, skydives from plane, aiming for …

Beth A. Malone, Boardman, Ohio

## MORE STORIES

 Taco Bell's Lover's Pass is back, with new tacos

 Kathleen A. Koletich, Boardman, Ohio

 Jury hears Manuel Ellis' last words at trial of Washington …

 Rookie Devon Witherspoon scores on 97-yard pick-6 …

 Shooting at a major Bangkok shopping mall kills at …


Local volleyball powers to meet on Game of the Week


New business planned for Wedgewood Plaza


Chicago woman, 104, skydives from plane, aiming for …

READ NEXT >

Local murder trial disrupted by person punching defendant 

READ NEXT >

Next story in 5

| Subway near YSU campus broken into | Man wins appeal in 73-count sexual assault case | Local murder trial disrupted by person… | How t… depre… |
|---|---|---|---|
| 1 hour ago | 2 hours ago | 2 hours ago | |

More Videos

SUBSCRIBE NOW

10/3/23, 2:08 PM
Trumbull County commissioner Niki Frenchko arrested at meeting | WKBN.com
Case: 4:23-cv-00781-JPC Doc #: 47-4 Filed: 10/20/23 8 of 10. PageID #: 1002

## Warren News (Weekly)

Enter Your Email

SIGN UP NOW

**TRENDING ON WKBN.COM**

1  Murder trial disrupted by person punching defendant

READ NEXT >

Local murder trial disrupted by person punching defendant

READ NEXT >

Next story in 5

**BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY**

### How to do witch makeup for Halloween
Holiday • 37 mins ago

### Cute Halloween décor that won't totally freak out …
Holiday • 3 hours ago

### These are the best Halloween offerings from Walmart …
Holiday • 5 hours ago

### Kitchen hacks to make Thanksgiving cleanup easy
Holiday • 24 hours ago

### Be 'that' neighbor with Walmart's over-the-top Halloween …

View All BestReviews Picks

**SPONSORED CONTENT**

**Learn how children with autism can thrive through academics and therapy.**

By Covelli Enterprises (Potential Development)

10/3/23, 2:08 PM
Case: 4:23-cv-00781-JPC Doc #: 47-4 Filed: 10/20/23 9 of 10. PageID #: 1003
Trumbull County commissioner Niki Frenchko arrested at meeting | WKBN.com



**READ NEXT >**

Local murder trial disrupted by person punching defendant



**READ NEXT >**

Next story in 5

WKBN 27 FIRST NEWS

Local News, Weather and Sports in

Sports     Report It!

About Us     Watch Now

Contests     NewsNation Now

My Valley Tributes

Contact Us     Closed Captioning

FCC Public File     FCC Children's Report

WKBN EEO Report     About Our Ads

Nexstar     Admin

Get News App     Get Weather App






Stay Connected

READ NEXT >

Local murder trial disrupted by person punching defendant 

READ NEXT >

Next story in 5

Public File Assistance Contact

Subscribe To Push Notifications

The Hill

NewsNation

BestReviews

Content Licensing

Nexstar Digital

Journalistic Integrity

Do Not Sell or Share My Personal Information

© 1998 - 2023 Nexstar Media Inc. | All Rights Reserved.