

*First Assistant*
CHRISTOPHER D. BECKER

*Chief-Civil Division*
WILLIAM J. DANSO

*Chief-Criminal Division*
CHARLES L. MORROW

*Appellate Division*
RYAN J. SANDERS

*Chief-Juvenile Division*
STANLEY A. ELKINS

*Investigators*
MICHAEL C. KRAFCIK
ROY ANNE RUDOLPH

# DENNIS WATKINS
*Trumbull County Prosecuting Attorney*

4th FLOOR ADMINISTRATION BUILDING
160 HIGH STREET N.W. • WARREN, OHIO 44481-1092
PHONE: 330-675-2426 • FAX 330-675-2431
Prosecutor@co.trumbull.oh.us

*Civil Division*
MICHAEL J. FREDERICKA
LYNN B. GRIFFITH, III
JASON M. TOTH

*Criminal Division*
MICHAEL A. BURNETT
DEENA L. DeVICO
GINA BUCCINO THOMAS

*Child Assault Division*
DIANE L. BARBER, CHIEF
GABRIEL M. WILDMAN

*Child Support Division*
DAVID E. BOKER, CHIEF
JAMES F. LEWIS

August 10, 2022

Sheriff Paul Monroe
Trumbull County Sheriff's Office
150 High Street
Warren, Ohio 44481

**RE: 2022-CRB-1240 – State v. Frenchko – Order to Preserve**

Dear Sheriff Monroe:

You have provided us with a letter, dated August 5, 2022, from Raymond Srp, an Assistant Prosecuting Attorney assigned to handle the above-captioned case. In that letter, Attorney Srp explains that Judge Frost has issued an Order to preserve certain data, and sets forth three categories of data subject to the order. While we have not been, and will not be, involved in this matter due to a conflict of interest with our statutory clients, **it is important that you take any and all steps necessary to preserve the information and data described in that letter, and that you communicate this duty to your staff as applicable.** Because we cannot provide legal advice and guidance in this matter, I reached out to CORSA to ask whether any coverage would allow for legal counsel in this matter. CORSA's representative explained that our coverage agreement does not authorize counsel in this situation. As such, I would first recommend that you discuss any concerns about this order with Attorney Srp. He may be able to provide the guidance you need to ensure compliance with this order. If you discuss your concerns with Attorney Srp and still believe that you need additional legal advice on this matter, you are welcome to reach out to this office to explore the possibility of applying to the Court of Common Pleas for outside legal counsel.

Respectfully,

William Danso
Assistant Prosecuting Attorney

TC BS000078

# VICTOR V. VIGLUICCI
## PORTAGE COUNTY PROSECUTING ATTORNEY

241 SOUTH CHESTNUT STREET
RAVENNA, OHIO 44266

(330) 297-3850 (330) 296-4593
Criminal Division Fax (330) 297-3856
Civil Division Fax (330) 297-4594
www.portageprosecutor.com

August 5, 2022

Trumbull County Sheriff's Office
Trumbull County Commissioners

RE: 2022 CRB 1240 State of Ohio v. Michele N. Frenchko Order to Preserve

Dear Trumbull County Commissioners and Sheriff Palmer:

My name is Raymond Srp, and I have been appointed as special prosecuting attorney in Warren Municipal Court case number 2022 CRB 1240, State of Ohio v. Michele N. Frenchko. Yesterday, August 4, 2022, Judge Frost ordered the following to be preserved:

1. All surveillance video at the administration building and sheriff's building where sheriff's employees and county commissioners or their staff (including Jim Misocky – past employee) are in communication with the sheriff's staff are on the 5th floor.
2. Personal cell phones and county building phone logs, emails, personal text messages, written notes and correspondence, messenger messages on Facebook, Instagram and all other app or social media platforms between and among commissioners' staff, commissioners, sheriff's staff, the sheriff and Jim Misocky, between May 4th to August 4, 2022.
3. All emails or correspondence, texts or videos, social media posts, and otherwise relating to the "disruption of a lawful meeting" statute from any commissioner's, sheriff's. or auditor's office staff (including Jim Misocky) containing any reference to commissioner Frenchko.

Please take any and all steps necessary to preserve the above-mentioned information, so that that State may comply with Judge Frost's Order. If you have any questions please feel free to contact me. I can be reached by phone at (330) 297-3850 or email at rsrp@portageco.com.

Very truly yours,

Raymond H. Srp
Assistant Prosecuting Attorney

TC BS000079