**From:** Niki Frenchko <cefrench@co.trumbull.oh.us>
**Date:** August 8, 2022 at 12:42:28 PM EDT
**To:** Paul Monroe <somonroe@co.trumbull.oh.us>, Commissioners <Commissioners@co.trumbull.oh.us>
**Subject: Public records request**

Under the ohio sunshine law, Please send me all call logs between commissioners, Gedeon, Taylor, Blair Klotz & Monroe or staff & text messages for the same, from June 25- today.