Case: 4:23-cv-00781-JPC  Doc #: 47-8  Filed: 10/20/23  1 of 9.  PageID #: 1011

80°  SIGN UP

Advertisement. Your video will resume in 3 seconds.



LOCAL NEWS

# Commissioner Niki Frenchko's criminal case dismissed

✕

NEWTON FALLS, Ohio (WKBN) – Trumbull County Commissioner Michele "Niki" Frenchko has had her criminal case dismissed.

Frenchko's attorney Dave Betras said that her case involving a charge of disrupting a lawful meeting has been dropped. Portage County Assistant Prosecuting Attorney Raymond Srp filed the dismissal of the charge, noting that there was "insufficient evidence to proceed."

"We believe this is exactly what took place at this meeting, and we intend to hold those responsible no matter their position, whether they be a clerk, whether they be a sheriff's deputy or whoever. We're gonna hold them accountable…This is the United States of America, not a dictatorship where despots like Vladimir Putin, Bashar al-Assad, Mohammed bin Salman and Kim Jong-un slap their political opponents in irons and throw them in jail or put 'em against the wall," said Betras.

ADVERTISING



**Canfield city manager placed on paid leave ›**

Frenchko's arrest came on July 7, while Frenchko was responding to a letter written by Trumbull County Sheriff Paul Monroe, read by the clerk shows the arrest.

READ NEXT >

Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball, has died at 57



eeting last month. That email, sent to tment at the jail.

READ NEXT >

Next story in 5  Cancel

In an interview after she was released from jail, Frenchko said her arrest was politically motivated. Monroe denied that, saying deputies gave her more latitude than a normal person, saying they would have been removed from the disruptions that she caused.

"What she did violated the law, and she forced our deputies to take official action," he said in July.

.Jailing those with opposing views should :lub' who schemed to jail me…getting this case

She and Betras said they will now consider filing a federal civil rights lawsuit claiming her rights to free speech were violated.

ADVERTISEMENT

SUBSCRIBE NOW
# WKBN Breaking News

**Enter Your Email**

SIGN UP NOW >

*Don't miss the next breaking news story. Sign up for breaking news email alerts below.*

*Check back here for updates on this developing story.*

READ NEXT >

Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball, has died at 57

READ NEXT >

Privacy Policy

Next story in 5

**Forrest Gump Has Iconic Scene Flaw No One Noticed**
MyDailyMagazine

**Look For Any High School Yearbook, It's Free**
Classmates

**Amazon Hates When Prime Members Do This, But They Can't Stop You**
Online Shopping Tools

**She Was The Dream Girl Of The 90s, Now It's Hard To Look At Her**
Tummy Tuck Hippo

×

**Bear Waves To Family Every Day - One Day Dad Decides To Follows Him**
Tips and Tricks

**They're Closing For Good? Every Single Location Closing In 2023**
SheBudgets.com

**Janet Jackson's Son Is All Grown Up & Might Look Familiar To You**
Sizzlfy

**High School Friends Sentenced To Life Behind Bars**
Car Novels

**Nearly 60, Pitt Confesses "She Was Always the One"**

HeraldWeekly

**Here's What a New Gutter System Should Cost You In 2023**
leaffilterusa.com

SUBSCRIBE NOW

## Daily News

READ NEXT >

Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball, has died at 57

READ NEXT >

Next story in 5

Thousands pack the park for 47th annual Oktoberfest

Bad behavior sparks new rules for Colorado home games

Edith L. Ross, Warren, Ohio

Suicide bomber detonates device in Turkish capital

Lancaster Co. company recalls spices; found rodent ...

Top Stories

**MORE STORIES**

 **U2 concert uses stunning visuals to open massive ...**

 **Gaetz seeks to oust McCarthy as speaker this week**

READ NEXT >

Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball, has died at 57   

READ NEXT >

Next story in 5

 **Bad behavior sparks new rules for Colorado home games**

 **Edith L. Ross, Warren, Ohio**

 **Lancaster Co. company recalls spices; found rodent ...**

More Stories

×

AI may help ...arly　　　Woman fou..: ..ad in　　　Browns and ...lers　　　'Field
detection of ..east cancer　　truck with gu..shot woun...　　Football Fore..asts　　of loc:
　　　　　　　　　8 hours ago　　　　　　　　　　8 hours ago　　　　　　　　　　8 hours ago

More Videos

READ NEXT >

Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball, has died at 57 

READ NEXT >

Next story in 5

TRENDING ON WKBN.COM

1. Red Sox Retired pitcher dies at 57

　　　　　　　　　　　　　　　　　　　　　　　　　×

4. Former YSU standouts have big days in the NFL

5. Gaetz seeks to oust McCarthy as speaker this week

BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY

 Be 'that' neighbor with Walmart's over-the-top Halloween ...
Holiday • 11 hours ago

 Marshalls has a ton of Halloween decor you can shop ...
Holiday • 1 day ago

 The most popular Halloween costumes you can buy online ...
Holiday • 2 days ago

 How to carve a pumpkin with a Dremel
Holiday • 4 days ago

10/1/23, 5:09 PM
Trumbull County Commissioner Niki Frenchko's criminal case dismissed
Case: 4:23-cv-00781-JPC Doc #: 47-8 Filed: 10/20/23 7 of 9. PageID #: 1017


**Spirit Halloween announces this year's most-anticipated ...**
Holiday • 4 days ago


**Pumpkin painting ideas and kits worth checking out**
Holiday • 4 days ago

View All BestReviews Picks

READ NEXT >

Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball, has died at 57 

READ NEXT >

Next story in 5

**Learn about the new Energy Star ratings taking effect and how windows can help with lower costs.** ↗
By **Window Depot**

×



**READ NEXT >**

**Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball. has died at 57**

**READ NEXT >**

**Next story in 5**

---

WKBN 27 FIRST NEWS

Local News, Weather and Sports in

×

Sports

Report It!

**About Us**

**Watch Now**

**Contests**

**NewsNation Now**

**My Valley Tributes**

Contact Us

Closed Captioning

FCC Public File

FCC Children's Report

WKBN EEO Report

About Our Ads

Nexstar

Admin

**Get News App**

**Get Weather App**

10/1/23, 5:09 PM
Trumbull County Commissioner Niki Frenchko's criminal case dismissed
Case: 4:23-cv-00781-JPC Doc #: 47-8 Filed: 10/20/23 9 of 9. PageID #: 1019

 
 

**Stay Connected**

**READ NEXT >**

Tim Wakefield, who revived his career and Red Sox trophy case with knuckleball, has died at 57 

**READ NEXT >**

**Next story in 5**

Public File Assistance Contact         Subscribe To Push Notifications

The Hill                                NewsNation

BestReviews                             Content Licensing

Nexstar Digital                         Journalistic Integrity

Do Not Sell or Share My Personal Information

© 1998 - 2023 Nexstar Media Inc. | All Rights Reserved.

×