| # | Type | From | To | Timestamp | Message Details |
|---|---|---|---|---|---|
| (32) | | | +13305077547<br>Drawl Diane* | 7/7/2022 3:16:48 PM(UTC+0) | Direction: Incoming<br>Body: U have me moved for being negative in a public meeting<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox |
| 33 | Phone | | +13305066017<br>Biviano Adrian* | Timestamp: 7/7/2022 3:18:25 PM(UTC+0) | Direction: Outgoing<br>Body: Ok good<br><br>Participants:<br>Participant / Delivered / Read / Played<br>+13305066017 Biviano Adrian<br><br>Status: Sent<br>Message Type: SMS<br>Folder: Sent |
| 34 | Phone | +13305066017<br>Biviano Adrian* | | Timestamp: 7/7/2022 3:23:38 PM(UTC+0) | Direction: Incoming<br>Body: What the hell happened to the bitch<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox |
| 35 | Phone | +13305077547<br>Drawl Diane* | | Timestamp: 7/7/2022 3:30:11 PM(UTC+0) | Direction: Incoming<br>Body: Meeting over? Disconnected from phone bridge<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox |
| 36 | Phone | | +13305066017<br>Biviano Adrian* | Timestamp: 7/7/2022 3:30:56 PM(UTC+0) | Direction: Outgoing<br>Body: Handcuffed and removed<br><br>Participants:<br>Participant / Delivered / Read / Played<br>+13305066017 Biviano Adrian<br><br>Status: Sent<br>Message Type: SMS<br>Folder: Sent |
| 37 | Phone | +13305066017<br>Biviano Adrian* | | Timestamp: 7/7/2022 3:31:13 PM(UTC+0) | Direction: Incoming<br>Body:<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox |
| 38 | Phone | | +13305066017<br>Biviano Adrian* | Timestamp: 7/7/2022 3:40:03 PM(UTC+0) | Direction: Outgoing<br>Body: Lol<br><br>Participants:<br>Participant / Delivered / Read / Played<br>+13305066017 Biviano Adrian<br><br>Status: Sent<br>Message Type: SMS<br>Folder: Sent |



Start Time: 7/7/2022 5:20:08 PM(UTC+0)
Last Activity: 7/7/2022 5:43:14 PM(UTC+0)
Number of attachments: 35
Source: iMessages
Body file: chat-26.txt

Participants:

+13307201218
Taylor Shara*

+13307662497

+13303602917
Blair Lisa*

---

From: +13307662497
To: +13307201218 Taylor Shara

Attachments:

Size: 248157
File name: httpswww.strackaline.comcoursesstore.png
**httpswww.strackaline.comcoursesstore.png**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13307201218 Taylor Shara | | | |

Status: Sent

7/7/2022 5:20:08 PM(UTC+0)

---

From: +13307201218 Taylor Shara

Omg

Status: Read

7/7/2022 5:21:48 PM(UTC+0)

---

From: +13303602917 Blair Lisa

Status: Read

7/7/2022 5:22:20 PM(UTC+0)

---

From: +13307201218 Taylor Shara

Status: Read

7/7/2022 5:23:14 PM(UTC+0)

From: +13304023517 Tim Parana
Pitiful
Status: Read

7/7/2022 4:26:35 PM(UTC+0)

From: +13307662497
To: +13304023517 Tim Parana
Yup

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13304023517 Tim Parana | | | |

Status: Sent

7/7/2022 4:33:23 PM(UTC+0)

From: +13307662497
To: +13304023517 Tim Parana
Shitbag

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13304023517 Tim Parana | | | |

Status: Sent

7/7/2022 4:33:28 PM(UTC+0)

From: +13304023517 Tim Parana
Loser
Status: Read

7/7/2022 6:20:06 PM(UTC+0)

33 | Start Time: 7/13/2022 10:13:39 PM(UTC+0)
Last Activity: 7/27/2022 6:39:03 PM(UTC+0)
Number of attachments: 0
Source: iMessages
Body file: chat-33.txt

Participants:


+13307705481
Green Julie*


+13307662497

From: +13307662497
To: +13307201218 Taylor Shara

Attachments:



Size: 1515866
File name: IMG_5904.gif
IMG_5904.gif

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13307201218 Taylor Shara | | | |

Status: Sent

7/7/2022 5:26:01 PM(UTC+0)

From: +13303602917 Blair Lisa

Attachments:

Size: 1636044
File name: tmp.gif
tmp.gif

Status: Read

7/7/2022 5:26:51 PM(UTC+0)

From: +13307662497
To: +13307201218 Taylor Shara

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13307201218 Taylor Shara | | | |

Status: Sent

7/7/2022 5:27:17 PM(UTC+0)

From: +13307662497
To: +13307201218 Taylor Shara

Attachments:



Size: 73030
File name: 26148085-AC88-460B-90BA-3D3E2FF590B6.gif
26148085-AC88-460B-90BA-3D3E2FF590B6.gif

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13307201218 Taylor Shara | | | |

Status: Sent

7/7/2022 5:28:28 PM(UTC+0)

From: +13307662497
To: +12164107757 Lennon Tim

Terrible person to boot

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12164107757 Lennon Tim | | | |

**Status:** Sent

7/7/2022 7:42:02 PM(UTC+0)

---

From: +12164107757 Lennon Tim

Was it in Commissioners meeting they arrested her?

**Status:** Read

7/7/2022 7:42:26 PM(UTC+0)

---

From: +13307662497
To: +12164107757 Lennon Tim

Yup

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12164107757 Lennon Tim | | | |

**Status:** Sent

7/7/2022 7:42:33 PM(UTC+0)

---

From: +12164107757 Lennon Tim

Wow! That might be a first

**Status:** Read

7/7/2022 7:42:46 PM(UTC+0)

---

From: +13307662497
To: +12164107757 Lennon Tim

Laughed at "Wow! That might be a first "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12164107757 Lennon Tim | | | |

**Status:** Sent

7/7/2022 7:42:53 PM(UTC+0)

---

From: +12164107757 Lennon Tim

Hang in there bud

**Status:** Read

7/7/2022 7:43:09 PM(UTC+0)

From: +13307201218 Taylor Shara
Laughed at an image
Status: Read

7/7/2022 5:30:12 PM(UTC+0)

From: +13307201218 Taylor Shara
Absolutely she's ridiculous
Status: Read

7/7/2022 5:30:34 PM(UTC+0)

From: +13307201218 Taylor Shara
She knows we are all parking there lol
Status: Read

7/7/2022 5:30:43 PM(UTC+0)

From: +13307662497
To: +13307201218 Taylor Shara
She should have thought of all that before she lead the sheriff department to conduct an investigation that resulted in unfounded innuendo. When someone was "stalking" her

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13307201218 Taylor Shara | | | |

Status: Sent

7/7/2022 5:31:50 PM(UTC+0)

From: +13307201218 Taylor Shara
Yes that was absolutely little ridiculous
Status: Read

7/7/2022 5:32:53 PM(UTC+0)

From: +13307662497
To: +13307201218 Taylor Shara
Attachments:



Size: 175651
File name: Attachment.jpg
Attachment.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13307201218 Taylor Shara | | | |

Status: Sent

7/7/2022 5:40:57 PM(UTC+0)

From: +13307662497
To: +13306099037 Monroe Sheriff

Need to see what another commissioner put on the agenda concerning your department

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13306099037 Monroe Sheriff | | | |

**Status:** Sent

7/25/2022 3:31:56 PM(UTC+0)

---

From: +13306099037 Monroe Sheriff

Should I come up

**Status:** Read

7/25/2022 3:32:25 PM(UTC+0)

---

From: +13307662497
To: +13306099037 Monroe Sheriff

Sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13306099037 Monroe Sheriff | | | |

**Status:** Sent

7/25/2022 3:32:30 PM(UTC+0)

---

From: +13307662497
To: +13306099037 Monroe Sheriff

This bs about the jail is going to far.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13306099037 Monroe Sheriff | | | |

**Status:** Sent

8/2/2022 10:34:43 PM(UTC+0)

---

From: +13307662497
To: +13306099037 Monroe Sheriff

I'm sorry but she is running the narrative with lies and half truths and people are believing her. It's sad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13306099037 Monroe Sheriff | | | |

**Status:** Sent

8/2/2022 10:35:30 PM(UTC+0)