**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | |
| Plaintiff, | : | Case No. 4:23-cv-00781 |
| *vs.* | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

**LIST OF JOINT VIDEO AND AUDIO EXHIBITS THE PARTIES FILED MANUALLY**

(1) Cell phone video of Plaintiff's arrest recorded by Niki Frenchko on July 7, 2022 hereinafter "Frenchko Cell Phone Video."[1]

(2) Audio recording of the Trumbull County Commissioners' July 7, 2022 meeting hereinafter "July 7, 2022 Meeting Audio."

(3) July 7, 2022 surveillance video of the Trumbull County Commissioner's Hearing Room from 11:10 a.m. to 11:21:30 a.m. hereinafter "Hearing Room Video."

(4) July 7, 2022 surveillance video of the Trumbull County Administration Building's 5th Floor Elevator from 11:23:48 a.m. to 11:25 a.m. hereinafter "Elevator Video."

(5) July 7, 2022 surveillance video the Trumbull County Administration Building's 1st Floor South Entrance from 11:25 a.m. to 11:26 a.m. hereinafter "South Entrance Video"

(6) Trumbull County Jail Holding Cell video recorded on July 7, 2022 from 11:32 a.m. to 12:25:30 p.m. hereinafter "Holding Cell Video."[2]

---

[1] The Frenchko Cell Phone Video plays best with VLC Media Player. A copy of VLC Media Player is enclosed. For reasons unknown to the undersigned, when Windows Media Player is used, the video and audio are not in synch.

[2] All of the videos from the Trumbull County Jail can be played with the included "SmartClient-Player." To use, double-click on the folder holding the video e.g. "Holding Cell Video" or "Pre-Intake" and then double-click on "SmartClient-Player."

(7) Trumbull County Jail Pre-Intake video recorded on July 7, 2022 from 12:25:59 p.m. to 12:38:10 p.m. hereinafter "Pre-Intake Video."

(8) Trumbull County Jail Pre-Intake Vestibule and Scan Room video recorded on July 7, 2022 from 12:37:59 p.m. to 12:40:50 p.m. hereinafter "Vestibule and Scan Room Video"

(9) Trumbull County Jail Fingerprinting video recorded on July 7, 2022 from 12:40:40 p.m. to 12:51:10 p.m. hereinafter "Fingerprinting Video"

(10) Trumbull County Jail Departure video recorded on July 7, 2022 from 12:51:04 p.m. to 12:53:46 p.m. hereinafter "Departure Video."

(11) Cell phone video of meeting recorded on March 9, 2023 hereinafter "March 9th Meeting Video".

(12) Video clip of the May 18, 2022 Trumbull County Commissioners' Meeting #1, Gavel;

(13) Video clip of the May 18, 2022, Trumbull County Commissioners' meeting #2, Ending

(14) Video clip of the August 10, 2022 Trumbull County Commissioners' Meeting #1;

(15) Video clip of the August 10, 2022 Trumbull County Commissioners' Meeting #2;

(16) A video clip of a citizen public statement from a Trumbull County Commissioners' Meeting hereinafter "Salsa Dancing Video."