# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | |
| Plaintiff, | : | Case No. 4:23-cv-00781 |
| *vs.* | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF FILING DEPOSITION TRANSCRIPTS

Defendants Harold Wix and Robert Ross hereby give notice to the Court and all parties of their filing the following deposition transcript to use for all purposes authorized by the Federal Rules of Civil Procedure:

1. Deposition of Niki Frenchko taken on September 13, 2023 (Volume I) and October 11, 2023 (Volume II).

By agreement of the parties, testimony regarding Plaintiff's medical history has been redacted. The parties do not believe that any of the redacted testimony will impact this Court's rulings on the parties' summary judgment motions. Should the Court request unredacted copies of Plaintiff's deposition, the parties will, of course, provide that.

Respectfully submitted,

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz, trial counsel (0075306)
Matthew S. Teetor                 (0087009)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000  |  Fax (614) 412-9012
email:  ayosowitz@teetorlaw.com
mteetor@teetorlaw.com

*Attorneys for Defendants Harold Wix and Robert Ross*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz    (0075306)