1              UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF OHIO

3                   EASTERN DIVISION

4

5         DEPOSITION OF MICHELE NICOLE FRENCHKO

6

7   NIKI FRENCHKO,                    )
                                      )
8                                     )          Case No.
                 Plaintiff,           )
9                                     )       4:23 CV 00781
    VS.                               )
10                                    )
                                      )
11  PAUL MONROE, ET AL.               )
                                      )
12                                    )
                 Defendants.          )
13

14

15      Deposition taken in the above-entitled cause, pursuant

16   to Agreement before Jodie L. Algarin, a Notary Public for

17   the State of Ohio, on September 13, 2023, to be used

18   pursuant to the Rules of Civil Procedure or by agreement

19   of counsel in the aforesaid cause of action, pending in

20   the United States District Court for the Northern District

21   of Ohio, Eastern Division.

22

23

24

25

```
 1    APPEARANCES OF COUNSEL

 2

 3

 4    On Behalf of Plaintiff:

 5        David J. Betras, Esquire
          Betras, Kopp & Markota
 6        6630 Seville Drive
          Youngstown, Ohio  44406
 7        (330) 746-8484
          dbetras@bkmlaws.com
 8

 9

10    On Behalf of Defendants Harold Wix and Robert Ross:

11        Andrew N. Yosowitz, Esquire
          Teetor Westfall
12        200 E. Campus View Boulevard, Suite 200
          Columbus, Ohio  43235
13        (614) 412-4000
          ayosowitz@tettorlaw.com
14

15

16    On Behalf of Defendants Sheriff Paul Monroe, Trumbull
      County, Trumbull County Board of Commissioners, Trumbull
17    County Sheriff's Office, Mauro Cantalamessa and Frank
      Fuda:
18        Daniel T. Downey, Esquire
          Helen K. Sudhoff, Esquire
19        Fishel Downey Albrecht & Riepenhoff, LLP
          7775 Walton Parkway, Suite 200
20        New Albany, Ohio  43054
          (614) 221-1216
21        ddowney@fisheldowney.com
          hsudhoff@fisheldowney.com
22

23

24

25
```

*A & A Reporting & Transcription Services*
*(330) 729-9626     www.aareporting.com*

1                        STIPULATIONS

2

3

4        It is stipulated and agreed by and between counsel

5    for the parties hereto that this deposition may be taken

6    remotely at this time, 11:34 a.m., September 12, 2023, via

7    Zoom conference.

8        It is further stipulated and agreed by and between

9    counsel that the deposition may be taken in shorthand by

10    Jodie L. Algarin, a Notary Public within and for the State

11    of Ohio, and may be by her transcribed with the use of

12    computer-assisted transcription; that the witness's

13    signature to the finished transcript of her deposition is

14    not waived; and that the deposition will be available for

15    the witness to read and sign the finished transcript of

16    her deposition.

17

18

19

20

21

22

23

24

25

```
 1                            INDEX

 2

 3    CROSS EXAMINATION BY MR. DOWNEY -  PAGE 5

 4    CROSS EXAMINATION BY MR. YOSOWITZ -  PAGE 65

 5

 6

 7    OBJECTIONS:

 8    BY MR. BETRAS - PAGE(S) 8, 9, 10, 11, 12, 13, 14, 15, 16,

 9    19, 25, 26, 27, 28, 34, 35, 41, 44, 52

10

11

12    DEFENDANT'S EXHIBITS:

13    EXHIBIT A - PAGE 38

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (All counsel agreed off record to the stipulation

2     of the remote administration of the oath and remote

3     reporting of the deposition.)

4                    WHEREUPON,

5                    MICHELE NICOLE FRENCHKO,

6                    Called as a witness, having been first

7                    duly sworn by the Notary Public to testify

8                    the truth, the whole truth and nothing but

9                    the truth, was examined and testified as

10                   follows:

11    CROSS EXAMINATION

12    BY MR. DOWNEY:

13    Q.          Commissioner Frenchko, as you know, my name

14    is Dan Downey.  I represent the Board of Commissioners,

15    Sheriff Monroe and Commissioner Cantalamessa and former

16    Commissioner Fuda in a lawsuit that you filed.

17         I'm going to ask you a number of questions today

18    regarding that lawsuit.  If at any point you don't

19    understand one of my questions, I ask that you advise me

20    of that so that I can ask the question more clearly;

21    otherwise, for purposes of the record, we will accept

22    that you understood the question and answered it

23    accurately.  Can we agree to do that today?

24    A.          Yes.

25    Q.          I ask that you permit me to finish my

1    high schools, and that's why I didn't understand.

2    It's --

3    Q.          So typically, Commissioner Frenchko, in

4    depositions we'll ask people about their educational

5    background for background information, so if you could,

6    just share with me where you went to school and what

7    degrees you obtained so that we can put that down for the

8    record.

9    A.          I went to Howland Christian School and

10   Warren G. Harding.  I went to Youngstown State

11   University.  Are you only asking --

12              MR. BETRAS:  Niki, answer the question

13   about your educational background.  Give him every

14   college you went to and whatever degrees you did or did

15   not obtain.

16              THE WITNESS:  I put everything in the --

17              MR. BETRAS:  Niki, answer his question.

18              THE WITNESS:  Okay.

19   A.          I went to Youngstown State University and

20   got a degree in social work, and I went to -- I'm

21   sorry -- Kent State University and got a master's

22   degree --

23   Q.          Was that in social work as well?

24   A.          -- in public administration.

25   Q.          And when were you first elected to the board

1   of the Trumbull County Commissioners?

2   A.          2021 is when I was sworn, when I took

3   office.

4   Q.          And since you've been sworn into office as a

5   Trumbull County Commissioner, are you aware of any rules

6   in place for the conduct of board members during

7   commissioner meetings from when you entered the board to

8   the present day?

9   A.          Can you be -- I'm sorry.  Can you be more

10  clear?

11  Q.          I'm sorry?

12  A.          Can you be more -- what are you asking

13  specifically?

14  Q.          I'm asking you whether there are any rules

15  of conduct in place for members of the board of

16  commissioners in Trumbull County during the time that

17  you've been on the board from your entrance to the present

18  day.

19          MR. BETRAS:  Objection.  Go ahead and

20  answer, Niki.

21  A.          We adopt Robert's Rules annually, but

22  they're not followed.  They never have been.  I try.

23  Q.          So just so that I'm clear, Commissioner

24  Frenchko, is it your testimony that the Robert's Rules

25  have been in place since you've joined the board, but you

```
 1   take issue with whether those rules are actually followed?
 2   A.          Yes.
 3   Q.          And would you explain to me what your
 4   understanding of the Robert's Rules are?
 5   A.          A parliamentary guideline for running
 6   meetings.  I -- I mean, it defines the rules of speaking
 7   and conducting meetings.
 8   Q.          And during the July 7th, 2022,
 9   commissioner's meeting that is a part of your lawsuit, do
10   you believe that you complied with the Robert's Rules
11   during your conduct that day?
12               MR. BETRAS:  Objection.  Go ahead and
13   answer, Niki.
14   A.          There was an order of the day that we were
15   supposed to go by based on the agenda, and since they
16   were trying to read something out of order, I do believe
17   that I was complying as it related to trying to get the
18   meeting back on track according to the order of the day.
19   Q.          Who determines, for purposes of the board,
20   whether or not the meeting is proceeding appropriately
21   under the Robert's Rules?
22               MR. BETRAS:  Objection.  Go ahead and
23   answer, Niki.
24   A.          It depends --
25               MR. DOWNEY:  You can have a continuing
```

```
 1    objection to any Robert's Rules questions if Mr. Betras
 2    would like.
 3                 MR. BETRAS:  Yes.  Show a continuing
 4    objection.  You're asking her to interpret Robert's
 5    Rules of Order.  I'm not so sure she's able to do that,
 6    but go ahead, Niki, answer his question.
 7    A.           I'm sorry.  Can you repeat the question?
 8                 MR. DOWNEY:  Jodie, can you read it back?
 9            (The record was read as requested.)
10    A.           That would depend on the juncture of the
11    meeting if it's in the motion that was being made.
12    Sometimes it's the board and sometimes it's -- sometimes
13    it's the body and sometimes it's the president.
14    Q.           And specifically during the meeting the
15    clerk, Ms. Vivoda-Klotz, was reading a letter into the
16    record; is that correct?
17    A.           When she --
18                 MR. BETRAS:  The question is, was Paula
19    Klotz reading a letter into the record.  That was the
20    question he asked you.
21                 MR. DOWNEY:  On July 7th, 2022.
22    A.           Yes, she was.
23    Q.           Okay.  And do you believe it to be
24    appropriate to disrupt her ability to read that letter
25    uninterrupted?
```

```
 1                    MR. BETRAS:  Objection.  Go ahead and
 2      answer, Niki.
 3      A.            Absolutely.
 4      Q.            And why do you believe it was appropriate to
 5      interrupt Ms. Vivoda-Klotz as she attempted to read the
 6      letter from Sheriff Monroe?
 7                    MR. BETRAS:  Objection.  Go ahead and
 8      answer, Niki.
 9      A.            We were in -- we were still going in order
10      of the day for the agenda, and we still had other things
11      on the agenda, and the rest of the board did not agree
12      to go out of order, and that's what would have had to
13      happen if they were going to change things around from
14      the agenda's order.  We still had an executive session.
15      Q.            So did you attempt to coordinate with the
16      other board members prior to interrupting Ms. Vivoda-Klotz
17      from reading the letter from Sheriff Monroe?
18      A.            Yeah.
19                    MR. BETRAS:  Objection as to form.  Niki,
20      wait.  Objection as to form.  Go ahead and answer, Niki.
21      A.            I attempted to remind them by saying that
22      we were out of order and that wasn't on the agenda.
23      That was my effort to make that motion, so yes.
24      Q.            And so was your motion overruled?
25      A.            No.  The motion that I made should not
```

```
 1    have been overruled by the president.  It should have
 2    been decided by the board.
 3    Q.          So but my question was, were you overruled?
 4    A.          No.
 5    Q.          Not what should have happened.
 6    A.          No, because my duty when it comes to that
 7    type of a motion would be to get the board back on track
 8    and to, in fact, interrupt.
 9    Q.          Why did you believe it made more sense to
10    interrupt the clerk for reading the letter than just
11    letting her read the letter and moving on?
12    A.          It was not on the agenda to do so.  It was
13    out of order, and I had been trying since I've been
14    there to get proper training for the board on the rules,
15    and I was trying to get us back on track.
16    Q.          Do you believe it is appropriate to violate
17    one rule in order to enforce another during the course of
18    a board meeting?
19              MR. BETRAS:  Objection.  Go ahead, Niki.
20    A.          I don't believe I was violating a rule.
21    Q.          But that's not my question, Commissioner
22    Frenchko.  Would it be appropriate to violate a rule if
23    you felt that rule was more important than another one?
24              MR. BETRAS:  Objection.  Calls for
25    speculation.  Go ahead and answer, Niki.
```

1    A.            I don't understand your question because

2    it's a hypothetical.  I really am confused.  I'm sorry.

3    Q.            Well, I'll try to say it in a way that's

4    more articulate, if I'm able to do that.  So it's your

5    testimony that you felt that it was a violation of board

6    rules for Ms. Vivoda-Klotz to read that letter at the time

7    that she was doing so; is that correct?

8    A.            Yes.

9    Q.            Okay.  Would it also be a violation of the

10   rule for a commissioner to interrupt the reading of that

11   letter if the board president did not approve that

12   disruption?

13   A.            No.

14   Q.            Why?

15   A.            As I --

16              MR. BETRAS:  Objection.  Go ahead and

17   answer, Niki.

18   A.            As I explained, it was order of the day,

19   and it's not up to the president in that situation to

20   overrule.  It's up to the board, and so the board was

21   the body that needed to make that decision, not -- it

22   can't be overruled.

23   Q.            Do you believe it's appropriate to interrupt

24   other folks when they're speaking at board meetings?

25              MR. BETRAS:  Objection.  Go ahead and

```
 1   answer, Niki.
 2   A.            At times.  It depends.
 3   Q.            Do you believe it was appropriate to
 4   interrupt Ms. Vivoda-Klotz while she was reading the
 5   letter?
 6   A.            Absolutely.
 7                 MR. BETRAS:  Objection.  Go ahead and --
 8   Niki, just give me a second.  Objection.  Go ahead and
 9   answer.
10   A.            Yes.
11   Q.            And did you have any issue with the content
12   of Ms. Vivoda-Klotz's letter?
13   A.            Yes.
14   Q.            What was your problem with the content of
15   the Vivoda-Klotz letter that was with Sheriff Monroe, just
16   so the record is clear?
17   A.            Well, the letter -- the letter was not to
18   be read during the meeting.  The letter -- I had an
19   issue with the letter and its content.  Letters are not
20   ever read during the agenda.  If anyone reads a letter,
21   a letter is read at the end by the individual who brings
22   it in public comments.  It is never customary to insert
23   a letter into the middle of the agenda for reading.
24   There's no -- there's no area on our agenda for
25   communication, and most certainly there was not in
```

1   between that agenda item and the executive session to

2   just insert something.

3   Q.            So just so that I understand, are there ever

4   times when the board of commissioners in Trumbull County

5   addresses issues or permits comments on matters that

6   aren't on the agenda for any meeting?

7            MR. BETRAS:  Objection.  Go ahead and

8   answer, Niki.

9   A.            I'm sorry.  What was that again?  Are

10  there times that --

11  Q.            That you address issues in the course of the

12  meeting that aren't on the agenda?

13  A.            Yes.

14  Q.            How often does that happen?

15  A.            I don't know.

16  Q.            Have you ever addressed an issue in the

17  context of a Trumbull County Board of Commissioner's

18  meeting that wasn't on the agenda?

19  A.            Yes, but not after an order of the day is

20  called.

21  Q.            Tell me what an order of the day is so that

22  I can understand it.

23  A.            I've already explained that.  It's just

24  going out of order from the agenda and trying to get the

25  board back on track.

1    Q.          And just so I'm clear, there are times that

2    issues are addressed that aren't on the agenda during the

3    course of a board meeting; is that right?

4    A.          Commissioner issues.  We don't have other

5    elected officials come in and have the clerk, who's not

6    even our -- their employee read things.  That's not

7    customary.  That's never happened, to the best of my

8    recollection.  I mean, other elected officials read

9    things themselves or send representatives to read things

10   at the end of the meeting, but not in the middle of the

11   meeting have we had people just come in and not be on

12   the agenda.

13   Q.          As you sit here today, do you know whether

14   Sheriff Monroe asked for the letter to be read in the

15   meeting?

16              MR. BETRAS:  Objection.  Go ahead and

17   answer, Niki.

18   A.          I believe that he did.

19   Q.          Why do you believe that?

20   A.          Because there was a lot of bad publicity

21   for the sheriff and -- related to how he was running the

22   jail and inmate care and the jail contract, and he was

23   embarrassed by what I had done, and I know that there

24   were discussions with him and the other commissioners.

25   And that there was discussion in our office about the

```
 1   revised code that was used in order to try to -- in

 2   order to arrest me, and I believe that there was

 3   instruction by Paul Monroe, and there was a letter --

 4   or, I'm sorry, the statute of the revised code that was

 5   used to arrest me was sitting on the clerk's desk not so

 6   recently before that, so I absolutely believe that this

 7   was put together for the purpose of arresting me and

 8   that there was communication and that it was set up.  We

 9   also don't even have deputies that would regularly

10   monitor the meetings, but in that particular meeting

11   they were there, and it was surprising.  Road deputies,

12   people --

13                  MR. BETRAS:  Niki, I want you to listen to

14   what he's asking and answer his question.

15                  THE WITNESS:  Okay.

16                  MR. DOWNEY:  Thank you, Mr. Betras.

17   Q.             I did not wish to interrupt you,

18   Commissioner Frenchko, and I know that you were speaking

19   and sort of moved on to some other stuff, and I'm going to

20   go back to where we started with the question, and the way

21   I'm going to ask it is as follows:  Do you yourself have

22   any evidence that Sheriff Monroe asked to have that letter

23   read at the July 7th, 2022, meeting?

24   A.             I don't know.  We're reviewing discovery,

25   and -- I can say I don't know.
```

```
1    Q.              Okay.  Just so that I understand -- I
2    appreciate that response.  Now, do you yourself have any
3    personal information, personal evidence that you observed
4    to suggest that Sheriff Monroe played any role in your
5    arrest on July 7th, 2022?
6    A.              Yes.
7    Q.              And what is that evidence?
8    A.              The communications among staff and the
9    deputies and the sheriff and all of the people who were
10   contacted, and the discussion that was taking place
11   among all the parties associated with the arrest, and
12   the destruction of all of the evidence and text
13   messages, and when the sheriff turned his phone in to
14   further hide the communications.
15   Q.              And so just so that I understand,
16   Commissioner Frenchko, and I appreciate you providing us a
17   number of topics in your response, have you personally
18   observed any piece of evidence that Sheriff Monroe ordered
19   your arrest on July 7th, 2022?
20   A.              Yes.
21   Q.              What piece of evidence have you observed?
22   A.              Phone records.
23   Q.              Which phone records?
24   A.              His phone records, the deputies' phone
25   records, all of the discovery records that I looked at
```

1    and worked with my legal counsel on.

2    Q.          And I appreciate your response, Commissioner

3    Frenchko; however, I've got to follow up, because I've

4    looked at the same documents, okay, and what I want to

5    understand is, can you point me to any specific piece of

6    evidence, whether it be an email, a voicemail message

7    that's been typed up, testimony or information from any

8    other witness to suggest that Sheriff Monroe contacted

9    those officers or was somehow involved in your arrest on

10   July 7, 2022?

11   A.          I don't remember the specifics.  I'm

12   sorry.

13   Q.          And if I represented to you, Commissioner

14   Frenchko -- probably over the objection of your counsel --

15   but if I represented to you that there's no evidence in

16   the case that I've observed, whether it be a written

17   record or anticipated testimony from anyone else that

18   Sheriff Monroe played no role in your arrest on

19   July 7th, 2022, would you have any reason to disagree with

20   that statement?

21   A.          I'm sorry.  Can you repeat the statement?

22              MR. DOWNEY:  Ms. Algarin, can you read

23   that back?

24          (The record was read as requested.)

25              MR. BETRAS:  Note my objection.  Go ahead

```
 1   and answer, Niki.

 2   A.            Yeah, I disagree with that statement.  I

 3   disagree with what was just -- what he said, that he had

 4   no involvement.

 5   Q.            Why?  Why do you disagree with that

 6   statement?

 7   A.            He has been -- the -- the entire -- the

 8   people there, the group, the other commissioners, all

 9   the democrats who are in office have been working

10   together to -- against me.  We had another case before.

11   The sheriff has -- had sent people threatening to file

12   something against me.  They're -- it's very political,

13   and even when Klotz filed what she filed against me at

14   that point in time, the sheriff had his employee passing

15   notes, and I preserved the records and got copies of the

16   sheriff's deputies over in the commissioner's office

17   helping the staff.

18       It's -- what the county's done -- they work during

19   the business day -- employees are working during the

20   business day on actions, whether it be lawsuits or

21   grievances or schemes against me for the last, you

22   know -- since about six months into my term.  They --

23   everything that has happened -- and he was very angry

24   about me disclosing the information that was going on in

25   the jail with the inmates.
```

1      I've been critical of him -- his inability to do

2  the budget.  I -- he told me that he made an

3  agreement -- a handshake agreement related to Trumbull

4  County Fair property, and I said, you know, in

5  government and real estate there's no such thing as a

6  handshake agreement.  I believe the sheriff, along with

7  the other men there, you know, Mauro and Frank, have

8  been extremely embarrassed by me exposing how they've

9  been doing business over the last -- over their terms in

10  a very inept and corrupted way by passing contracts off

11  to people.

12      He's very angry over the jail contract expose say

13  that they were having a county employee, Matt Blair, was

14  also putting on the hat as the attorney for the vendor

15  who was the jail doctor and then preparing the contract

16  that the board of commissioners was supposed to sign.

17  I'm the only person who said anything about it.  They're

18  absolutely embarrassed by my exposure -- exposing all of

19  those things, yeah.

20  Q.          So if I may, Commissioner Frenchko, and I

21  appreciate you gave me a pretty long answer to that

22  question, and I want to make sure that I fully understand

23  what you just told me.  Initially I think you started out

24  with stating that a lot of the political leaders in

25  Trumbull County are at odds over various policy issues; is

1    that correct?

2    A.            I don't really think that that's what I

3    said.

4    Q.            I'm attempting to paraphrase.  Would it be

5    more accurate to state that some of the political leaders

6    in Trumbull County simply have differences of opinion with

7    you regarding government and how it should be operated?

8    A.            It's not differences of -- I wouldn't say

9    it's differences of opinion.  They want to hide and

10   conceal the way they've been doing things in a very

11   poor, illegal fashion for decades, and I'm bringing

12   those things to light.

13   Q.            Okay.  And so I'm going to circle back, and

14   I understand your testimony.  I appreciate it,

15   Commissioner Frenchko, but I'm going to circle back to

16   whether you have any specific evidence with respect to

17   Sheriff Monroe's role in your arrest.  I understand your

18   testimony that you believe that you were uncovering

19   information regarding the conduct of government that is

20   improper, and I believe you used words like illegal in

21   your testimony.

22        Setting that aside, do you have any evidence,

23   evidence that Sheriff Monroe played a role in your

24   arrest on that date, setting aside if there are

25   political controversies that may be in place among the

1    members of the board or sheriff or other political

2    leaders of Trumbull County?

3    A.          I believe I already answered that, and the

4    answer was yes.

5    Q.          And I'm going to ask it one more time,

6    because I'm not sure I've heard the answer to this

7    question, Commissioner.  It's not because I'm attempting

8    to offend you, but what actual evidence do you have?

9    A.          Records -- the phone -- to the best of my

10   recollection, and not saying that this is an exhaustive

11   list, but it would be phone records and their conduct to

12   hide everything, and their efforts to suppress --

13   suppress exculpatory evidence, and that's not something

14   that innocent people do.

15   Q.          And I'm sorry, Commissioner Frenchko, but I

16   didn't understand suppress exculpatory evidence.  Can you

17   please tell me what you mean by that statement?

18   A.          When we made the discovery request and all

19   of those things were deleted and destroyed.

20   Q.          What are all of those things?

21   A.          You could -- I don't remember all of them,

22   but they were mostly phone records and videos and things

23   that were all destroyed -- given knowledge and

24   understanding by elected officials, not just that --

25   during a legal proceeding that it's required to maintain

1    those with -- because of litigation, but because we have

2    records retention policies and -- record retention

3    schedules, and because we are all trained and versed in

4    Sunshine, and we recognize that everything that

5    documents the activities of the office need to be

6    preserved, and having people destroy all of those things

7    is suggestive, in my opinion, that they were trying to

8    hide something.  They didn't want to be revealed.

9    Q.            What specific videos are you referring to?

10   A.            I don't remember all of the videos

11   requested.  I do believe that I requested videos in my

12   building for the week or two leading up to my arrest.  I

13   believe that there was also video in the jail and the

14   administrative offices of the sheriff.  Those would be

15   the videos.

16   Q.            Commissioner Frenchko, I believe you read a

17   letter into the record at an earlier meeting from the

18   mother of an inmate that ultimately led to the letter that

19   was sent from Sheriff Monroe; is that correct?

20   A.            That I read an email?

21   Q.            Yeah.  You read correspondence into the

22   record at a commissioner's meeting.

23   A.            Yes.

24   Q.            And did you do anything to verify the

25   accuracy of what you read into the record at that

1    commissioner's meeting regarding the claims made by the

2    inmate's mother?

3                   MR. BETRAS:   Objection.  Go ahead and

4    answer.

5    A.             Actually, I spoke to the jail where the

6    person was transferred.  I did talk to -- I did do

7    additional research, and that's when I found that there

8    were dozens of problems going on there, so me bringing

9    that public, which, by the way, I didn't read that until

10   we got to the comment section where we discussed things

11   for the good of the order.  I didn't read that and

12   insert that into the meeting in any way, but I became

13   aware of a lot of problems that were going on over

14   there.  And I did do additional -- I talked to the

15   mother.  I talked to the mother, and she explained

16   everything, so it wasn't just a correspondence that I

17   read.

18   Q.             And I want to make sure I understand fully

19   everything that you did.  I understand that you talked to

20   the mother and that you read it into the record at a

21   different point in time in the meeting than what occurred

22   on July 7th, 2022.  My question is, what did you yourself

23   do to satisfy yourself that the content of that

24   correspondence was accurate prior to reading it?

25   A.             What did I do to -- I don't know.  I mean,

```
 1   I spoke to the mother who I had known for over a decade,
 2   so --
 3   Q.          And is it fair to say that you trusted her
 4   opinion when you read the letter?
 5               MR. BETRAS:  Objection.  Go ahead and
 6   answer.
 7   A.          I spoke to her.  I know that she's an
 8   honest person, and it wouldn't -- in my opinion, it
 9   wouldn't matter -- there are concerns that the public
10   should be aware of them.  It's my opinion that the
11   public should be made aware of concerns.
12   Q.          And as you sit here today, do you believe
13   that it would be appropriate to raise the concerns raised
14   in that letter in a commissioner's meeting without
15   verifying the accuracy of the allegations made in the
16   letter?
17               MR. BETRAS:  Objection.  Go ahead and
18   answer, Niki.
19   A.          Yes, I believe that we should be able
20   to -- we are to raise issues that are concerns, and
21   everyone argues whether or not things are accurate, but
22   that's why we get elected, to give our opinion and to
23   give a level of transparency and to be the voice of
24   people who might not otherwise be heard.  And I believe
25   it's important to share concerns from constituents.
```

1  Q.            Would you at all be concerned about lending

2  your credibility to those allegations without knowing

3  whether they were true or not?

4             MR. BETRAS:  Objection.  Go ahead and

5  answer, Niki.

6  A.            The letter itself was dishonest.  He took

7  a snippet of something without the entire -- there was a

8  whole story about that letter and phone records pulled

9  to discredit what that sheriff actually had in the

10 letter, so I -- I'm sorry.  What was the question?

11            MR. DOWNEY:  Ms. Algarin, would you mind

12 reading it back for me?

13            (The record was read as requested.)

14 A.            They're allegations, so I --

15            MR. BETRAS:  Once again, renewing my

16 objection.  Go ahead and answer, Niki.

17 A.            I don't have a problem sharing people's

18 concerns or allegations against the county publicly.

19 Q.            Do you have any concern or how do you vet

20 what you ultimately will read into the record at a

21 commissioner's meeting?

22            MR. BETRAS:  Objection.  Go ahead and

23 answer, Niki.

24 A.            My statement was based on information that

25 was found to be accurate, and his statement, the

1  sheriff's statement, was found to be dishonest where

2  they took snippets of comments and then tried to

3  misrepresent it, and that was discovered and put on a

4  news story.  So we all say -- we have the ability to say

5  what we want to say, and I say what I want to say.

6  Q.          And my question would be, do you regret

7  interrupting the clerk from reading the letter forwarded

8  by Sheriff Monroe on July 7th, 2022?

9            MR. BETRAS:  Objection.  Go ahead and

10  answer, Niki.

11  A.          No.

12  Q.          Why not?

13  A.          Because it wasn't appropriate to be read

14  at that point in time in the meeting.  It didn't follow

15  the order of that particular day, and it was just --

16  it's not what should be done.  If the sheriff -- in

17  addition to going against the order, it should have been

18  read by the sheriff's representative at the end of the

19  meeting.  That's what customarily happens.  Anything

20  else that's for the good of the order after the agenda

21  is read by a representative of the particular elected

22  official's office.  County engineer has something that

23  he thinks is important, then he sends a representative

24  and they read that.  That's what normally happens.

25  That's how our businesses are run, or, I'm sorry, that's

1  how meetings are run.

2  Q.          Is that a rule or a custom, according to

3  your interpretation, Commissioner?

4            MR. BETRAS:  I didn't understand your

5  question.  What did you say?

6            MR. DOWNEY:  I'm following up on what

7  Commissioner Frenchko just alluded to, and I want to

8  know whether or not her position on the reading of that

9  letter is a rule or a custom with the board.

10  A.          What's a rule?

11  Q.          And so is there a rule that for a document

12  to be read into the record from an agency affiliated with

13  Trumbull County that a representative of that agency

14  should read it into the record at the end of a

15  commissioner's meeting?

16  A.          No.  It's a Robert's Rule and it has to do

17  with the order, so that's why I said that.

18  Q.          Okay.  And just so that I understand, it has

19  to do with the order, but not with respect to who would

20  actually read the document; is that correct?

21  A.          I don't -- I'm sorry.  I'm having a hard

22  time understanding what you're asking.

23  Q.          Okay.  I'll try to break it down.  I think

24  you testified that if a letter from the sheriff's office

25  was going to be read into the record, it should be read

1     into the record by a person from that office; is that

2     correct?

3     A.          I believe that.

4     Q.          Okay.  And I think you testified that that

5     would be the case with respect to if any agency affiliated

6     with Trumbull County wanted to read something into the

7     record at a commissioner's meeting, a representative of

8     that agency should be the one to do it?

9     A.          That's correct.  They do that at the end

10    of the meeting.  They don't ever interrupt the middle of

11    the meeting at any point to read letters into the record

12    or anything like that.

13    Q.          And what I would like to understand,

14    Commissioner Frenchko, is whether or not this -- where you

15    read the documents into the record by the agency, whether

16    or not that is a rule in place with the Trumbull County

17    Commissioners, because obviously at this day no one from

18    the sheriff's office read it into the record.

19    A.          It violated the Rules of Order to have it

20    read in the middle of our meeting, period.

21    Q.          So I'm asking a different question, and it's

22    probably a more general one.  Is there a rule in place

23    with respect to a member of an agency reading a letter

24    into the record --

25    A.          No.

```
1    Q.              -- from an agency?

2    A.              No, not to my knowledge.

3    Q.              Okay.  Why did you get out of your seat?

4    A.              Wait.  I'm sorry.

5    Q.              Go ahead.

6    A.              We have segregation of duties.  That's

7    something that's a big sticking point with me.  So if

8    you have an employee and you're -- say you're a sheriff

9    employee and I'm a -- and then there's a commissioner

10   employee and then there's a highway engineer employee,

11   you can't have another employee perform work for another

12   employee or that's a segregation of duties thing.  So if

13   a person -- I really believe that it would violate a

14   rule -- more of an audit rule, state audit finding, to

15   have another individual perform something that they

16   would -- that they have to have their employee do.

17       Like our secretary or our clerk should not be doing

18   something that a representative for another body does or

19   it's a segregation of duties finding according -- it

20   could be if it was reported to the state auditor.

21   That's been a finding that we've had before, so I'm very

22   particular about making sure that, you know, the

23   auditor's doing the auditor's work; the commissioner's

24   office is doing our work, and so on and so forth.  So

25   they should not have had anyone else read something.  If
```

1  they wanted that presented, they should have actually

2  had their employee read it.

3  Q.          And are you basing your answer on your

4  belief that the sheriff asked for this letter to be read

5  in the meeting?

6  A.          Yes.

7  Q.          And if a board member asked Ms. Vivoda-Klotz

8  to read the letter into the record, would that be

9  acceptable under your theory?

10  A.          I don't believe so, because it's still --

11  it's still having someone -- the only way I believe it

12  would be acceptable is if it was placed on the agenda as

13  correspondence or something to that effect, but I don't

14  believe that it is appropriate to have our clerk do

15  something for another elected official or read

16  correspondence that's not on the agenda, because it's

17  not -- we were in the middle of our meeting.  We still

18  had items left.

19  Q.          How long did it take Vivoda-Klotz to read

20  Sheriff Monroe's letter?

21  A.          I don't remember.

22  Q.          Do you recall whether it was under two

23  minutes?

24  A.          I don't -- I don't know.

25              MR. BETRAS:  Her answer was she doesn't

```
 1   remember.
 2              MR. DOWNEY:  I'm asking her a follow-up,
 3   David.  It's okay.  If she doesn't know --
 4              MR. BETRAS:  I mean, don't remember, now
 5   you're going to ask her to guess.  She said she doesn't
 6   remember.
 7              MR. DOWNEY:  David, you know it's
 8   inappropriate to interrupt a deposition with statements
 9   like that.  Objection --
10              MR. BETRAS:  It's not inappropriate for
11   me --
12              MR. DOWNEY:  Yes, it is.
13              MR. BETRAS:  -- to -- no, it's not.
14              MR. DOWNEY:  It is.
15              MR. BETRAS:  You asked the witness --
16              MR. DOWNEY:  I asked a follow-up question.
17              MR. BETRAS:  She said I don't remember,
18   and now you're asking her to speculate.  Her answer was
19   I don't remember.
20              MR. DOWNEY:  So you can lodge your
21   objection, but you don't get to do a soliloquy, because
22   that's the way the federal rules work.  Object to form
23   is appropriate, and I think I'm working quite well to
24   gather information from your client, and I would
25   appreciate it if you wouldn't interrupt in the manner
```

```
 1    that you're choosing.
 2                   MR. BETRAS:  All right.  Note an
 3    objection.  Go ahead, Niki.
 4    A.             What was question again?
 5                   MR. DOWNEY:  Go ahead and read it back.
 6               (The record was read as requested.)
 7    A.             Not -- no.
 8    Q.             Have you seen a video of the events that
 9    occurred that day on July 7th, 2022?
10    A.             Yes.
11    Q.             And, Commissioner Frenchko, why did you
12    stand up and go out in front of Ms. Vivoda-Klotz that day?
13    A.             I record the meetings, and I turned my
14    camera to face the clerk, and Commissioner Fuda violated
15    and interfered with my ability to record by holding
16    something in the way, and so that actually violates open
17    meetings law, and so I went to the front in order to
18    video.
19    Q.             Now, how close did you get to
20    Ms. Vivoda-Klotz?
21    A.             When?
22    Q.             When you were recording her.
23    A.             I was sitting in the -- where the public
24    sits.
25    Q.             And did you stand up at all?
```

```
1    A.            Just to walk to the front and then to walk
2    back to my seat.
3    Q.            Do you believe that your behavior was
4    appropriate that day?
5    A.            Yes.
6                  MR. BETRAS:  Objection.  Go ahead and
7    answer.
8    A.            Yes.
9    Q.            And if you would, did you request the
10   deputies be present for commissioner's meetings in advance
11   of July 7th, 2022?
12   A.            I don't -- I don't remember asking --
13   there was a point in time where they stopped them from
14   coming because of the conduct of a deputy that was
15   ultimately fired or left or something or disciplined,
16   and then there was a gap, maybe a year or close to a
17   year where no one was coming.  I don't recall asking --
18   probably at the time I thought it was odd that they --
19   no.  I can't speculate.  I don't remember.  I just
20   remember that there was a period of time where we had
21   someone there and then they stopped people from coming,
22   the deputies, for nine months, ten months, almost a
23   year, something like that, and then all of a sudden when
24   they were going to arrest me, they turned up again.
25   Q.            So would it be fair to say that you don't
```

1    specifically recall if you asked to have the deputies

2    brought back to the meetings after there was a period

3    where they weren't present?

4    A.            No, I don't remember exactly or -- I don't

5    remember.

6    Q.            Did you utter any words while the clerk,

7    Vivoda-Klotz, was attempting to read Sheriff Monroe's

8    letter into the record on July 7th, 2022?

9    A.            Yes, and it wasn't appropriate to be doing

10   any reading at that point at the meeting.

11   Q.            And how often did you interject during the

12   course that Ms. Vivoda-Klotz was reading that letter?

13   A.            I don't know, but she has a statutorily

14   defined duty, and her job is defined by statute, and

15   none of it includes reading letters into the record.

16   It's very specific.  It's like calling the roll and

17   things, but I don't remember how many times.  Was that

18   the question?

19   Q.            Well, do you believe that -- what statute

20   are you referring to?

21   A.            Not sure.  It's the -- it defines the

22   duties of the clerk of the board of commissioners.

23   Q.            Did you utter words to the effect that the

24   clerk was not salutatorily able to read that letter?

25   A.            I uttered words about it not being on the

1    agenda, going out of order.  I believe something to that

2    effect.

3    Q.          Did you yourself receive that letter in

4    advance of the meeting on July 7th, 2022?

5    A.          Yeah.  He sent it to us.  I believe that

6    they -- I believe that the -- to the best of my

7    recollection, and please don't hold me to it, that he

8    sent that email before, but I didn't give him the

9    apology he wanted.

10   Q.          Why not?

11   A.          Because it's a free country and you don't

12   have to be forced to apologize to anyone, and you

13   certainly shouldn't be arrested if you don't.

14   Q.          Well, my question was with respect to the

15   apology.

16   A.          Yeah.

17   Q.          Have you satisfied yourself that the content

18   of the sheriff's letter was accurate?

19   A.          The content of his letter said that I need

20   to go by his policies, and I don't.  I'm not his

21   employee, and he suggested that I need to go by what --

22   again, these guys have a problem with not just me,

23   but -- I don't want to -- I'm not going to say anything

24   else.

25   Q.          Well, and I understand that you've indicated

1    your understanding of the letter is something that you

2    disagreed with in the letter.  Specifically, do you have

3    any reason to disagree with the content of the letter as

4    it involved the sheriff's investigation of what occurred

5    with respect to that specific --

6    A.          You know what, do you have a copy of it?

7    If you want me to answer questions about it, I'd be

8    happy to answer questions about it if I could read it,

9    because I don't want to really speculate.

10   Q.          Absolutely.  Yeah.  We'll put it on the

11   screen, Commissioner.

12   A.          Okay.

13               MR. DOWNEY:  Off the record for just a

14   second while we figure this out.

15                    (Off the record.)

16   Q.          Commissioner Frenchko, have you had an

17   opportunity to read the document which will be marked as

18   Defendant's Exhibit A in the deposition?

19   A.          Yeah, yes.

20      (Whereupon Defendant's Exhibit A was marked.)

21   Q.          Is there anything in this document that you

22   believe to be inaccurate?

23   A.          You mean his representations or the

24   document itself?

25   Q.          Anything in the document that you take issue

1  with.

2  A.            Yes.  You want to go through it line by

3  line?

4  Q.            If you take issue with the entire document,

5  that probably makes it easier for us, but if there's

6  anything specific that stands out to you, I would like to

7  know what --

8  A.            Okay.  Let's start in the first paragraph.

9  We can go paragraph by paragraph, if you like.

10  Q.            Go ahead.  Let's start with the first

11  paragraph.

12  A.            Okay.  The presentation prior to

13  initiating an investigation.  Oh, my God.  Yeah.

14  There's that.

15  Q.            So the record is clear, Commissioner

16  Frenchko, you take issue with the sentence, such a public

17  presentation prior to initiating an appropriate

18  investigation through well-established, existing

19  investigatory protocol is contrary to sound government and

20  procedural justice safeguards; is that correct?

21  A.            I mean, I want to even start before.  All

22  I -- I wholly disagree with all of the content.  That

23  commissioner provided commentary -- yes.  Well,

24  Commissioner Frenchko provided commentary in connection

25  with reading of -- suggesting a factual basis exists.

```
 1    Yeah.  There was a factual basis.  In fact -- in fact,

 2    the jail has been cited by the -- I think it's called

 3    the facilities inspection commission or something.  I

 4    can't remember what the name of the agency -- the state

 5    where they do the inspection, and they found that, in

 6    fact, there were such problems as this that were

 7    investigated by the state facility were found to be

 8    substantiated, not just in this case, but overall.

 9         There are people who are being denied medical

10    treatment, and that is -- that has been a customary

11    process.  They -- they lose requests that are -- because

12    they're obviously in jail.  They're not writing things.

13    There are a ton of problems in that jail, and when

14    you've got the fox guarding the henhouse, that's how

15    things get swept under the rug.  And I'm very thankful

16    that this -- that this happened because then there were

17    probably about 30 other cases that came to light that

18    were reported to the state as a result of one person,

19    namely me, bringing up someone's concern which opened

20    the floodgate to many other complaints that were

21    substantiated, in part or in full, by the state.

22    Q.           Okay.  So -- and thank you.  I think you

23    provided a lot of information there, and I'll attempt to

24    address them one by one.  As you sit here today, do you

25    have any reason to believe that this specific inmate
```

1    investigation referenced in this letter uncovered any

2    improper activities by the Trumbull County Sheriff's

3    Office in interacting with that inmate?

4                    MR. BETRAS:  Objection.  Go ahead and

5    answer.

6    A.            I believe, yes, the treatment was delayed.

7    The complaints were dismissed.  They don't have proper

8    staff in the jail that are even -- medical staff.  They

9    were told that people are nurses who are not nurses.

10   They don't do proper assessments or evaluations.  There

11   has been so much wrong with that system over there that

12   they're actually taking some corrective action as a

13   result of this.

14   Q.            And just so that I understand, Commissioner,

15   are you aware of any specific inmate where there's been

16   investigation and found that that inmate did not receive

17   proper medical care in the jail?

18   A.            There are -- I don't remember everything

19   that I have read, but I have read some documents from

20   the state that indicated that there were -- was improper

21   treatment because of delayed responses to needs, and

22   they are taking corrective action.

23   Q.            Okay.  And my question's going to be with

24   respect to this specific inmate that was the issue of your

25   reading the letter from the mom and the sheriff's

1    response.  Are you aware of anything with respect to this

2    specific inmate?

3    A.            I don't remember the -- I know that this

4    was sent as a complaint to the state, and I do -- I

5    can't remember the outcome of it.  I mean, I could --

6    Q.            As you sit here today, are you able to tell

7    me the name of any specific inmate who did not receive

8    appropriate medical care in the Trumbull County Jail, to

9    your knowledge?

10   A.            I don't have the names.  There was at

11   least 30 of them, though.

12   Q.            And do you have that information somewhere?

13   A.            I forwarded it to someone, all of the

14   complaints, and that's what -- that's what prompted the

15   state to start looking hard at our county.  It's also

16   what prompted them to go out for bid instead of passing

17   the contract off; however, they did rig it up in a

18   fashion to where it would still go to the same person,

19   because that's what Trumbull County does.

20   Q.            I'm sorry, Commissioner.  Who do you

21   communicate with at the state regarding your concerns

22   about the Trumbull County Jail?

23   A.            I don't remember the name of the person

24   who receives all of the complaints, but there's someone

25   else who has sent all of the complaints in.

1    Q.              Have you spoken to anyone with the state

2    regarding their investigation and their findings?

3    A.              No.  I just get copies of the outcome.

4    Q.              And you referenced a rigged bidding process.

5    I would like you to explain what that is to me.

6    A.              Well, the first -- so many years that I

7    took office -- before I took office, they had -- the

8    contract was automatically renewed for Dr. Malvasi just

9    like it was automatically renewed for Fred Alberini.

10   There are certain people who just are on auto renewal

11   for their contracts, and this doctor, in particular, was

12   one of them; and our procedure, which I had us adopt,

13   was to go out to bid or do a request for qualifications,

14   and just recently as a result of all of this the jail

15   contract doubled because they said that they were

16   addressing some of the concerns, which meant that they

17   had inadequate staff.

18       And so when I met with Major Mason, who's the jail

19   administrator, he acknowledged that the reason why the

20   cost doubled for the services is because they are

21   addressing the concerns that I had, so -- and that were

22   being reported by inmates and by inmates' families.

23       So this last time they actually did a request for

24   qualifications instead of passing the job off and the

25   contract to the same person.  This last time in the

1   bidding paperwork they said that they would only

2   consider -- they made it a requirement that -- or it was

3   a request for qualifications.  They made it a

4   requirement the person only have experience as a -- as a

5   jail -- administering a jail in order for them to be --

6   as a requisite for them to bid on it.

7        Knowing that he's the only person around here

8   that's done that, it would automatically still be given

9   to him, and so opening up and casting a broad net would

10  mean that you would not put phrases in that would cause

11  you to still pass the contract off to the same person,

12  so I believe -- I know that that's what happened.

13  Q.          And so -- and I guess I just -- when you use

14  a term like rigged, are you saying that there's some sort

15  of criminal element to who was retained to conduct medical

16  services for the jail?

17          MR. BETRAS:  Objection.

18  A.          It was -- it was passed off to the same

19  person year after year with increases.  You cannot not

20  do a request for qualifications.  I believe that it was

21  legally wrong to continue to pass off a contract -- when

22  you renew a contract, then that means it's renewed

23  without changing the terms, but we -- what they were

24  doing was renewing the contract for the same person

25  without -- and changing the terms, changing the payment

1   and everything without doing a proper request for

2   qualifications, and that's absolutely wrong.  It's

3   absolutely shady.  It's absolutely unlawful, and they

4   finally addressed it once I brought it up.

5   Q.            I'm sorry, Commissioner.  I just want to

6   understand, what is unlawful about renewing the contract

7   of jail medical without opening up to the greater

8   community?  And I'm just saying that because that's what

9   you told me was happening.  What is unlawful about that?

10  A.            They were renewing it -- okay.  So you

11  have to look at the contract, and if it allows for an

12  escalation -- if they're giving more -- if they're

13  changing a contract, they're not renewing it.  They're

14  just handing it away, and it was not being extended.  It

15  was being given to someone without a proper procurement

16  process.  Procurement requires a new request for

17  qualifications.  You do not renew a contract where the

18  terms have changed, and that's the kind of thing that

19  they do in Trumbull County is continue to hand off

20  someone a contract without doing a proper procurement

21  process.

22  Q.            Did you take this issue to the Trumbull

23  County Prosecutor's Office?

24  A.            I have -- when that was going on, I took

25  it to the Trumbull County Prosecutor's Office.  They

1    said that it's -- and the Trumbull County Prosecutor's

2    Office gave recommendations and recommended that certain

3    things be changed in the contract before they renewed

4    it, but Frank and Mauro renewed it anyway, yeah.

5    Q.        And --

6    A.        At a public meeting, yeah.  There was

7    discussion over it.  I brought it up.  Those are the

8    reasons they don't like me, sir.

9    Q.        So with whom did you consult at the Trumbull

10   County Prosecutor's Office regarding the bidding process

11   for jail medical?

12   A.        Bill Danso.

13   Q.        And did you receive any written

14   communication from Mr. Danso regarding appropriately

15   carrying out the bidding process?

16   A.        So there were concerns that I brought to

17   his attention, but the appropriate bidding process is

18   something that I believe that I addressed with a

19   resolution; but, again, the county doesn't follow even

20   the resolutions that we make as it relates to ranking --

21   ranking prospective bidders, as it relates to anything.

22   They do what they want to do, and they want it to fly

23   under the radar, much of what they do, and I'm the

24   obstacle.  I am the obstacle for them doing things

25   improperly and --

1    Q.            And I understand your position,

2    Commissioner.  I appreciate you sharing your thoughts.  My

3    question is more specific.

4    A.            Those are facts.  I'm sorry.

5    Q.            Well, I don't know that I'm going to agree

6    with that, but I appreciate you sharing your thoughts with

7    me.

8    A.            Would you like specific examples so that

9    you could --

10   Q.            No, Commissioner.  If you let me finish.  I

11   would like to know whether you have anything in writing

12   from the Trumbull County Prosecutor's Office regarding the

13   bidding process that you just referenced with respect to

14   jail medical?

15   A.            Well, they sent something to the board of

16   commissioners -- the prosecutor's office sent something

17   related to the contract and that they wanted some

18   certain things to be changed in the contract.  The

19   procurement process they -- I don't know if that was --

20   I don't recall if that was addressed in the letter, but

21   we should have procured -- I mean, just this week on the

22   agenda they did something in procurement wrong.  They

23   have to rescind the two things from last week that I

24   told them not to do the week before.

25        Just earlier this year there were probably 15

1    things on one agenda that were done and procured wrong,

2    and then after the fact I had them correct it because

3    they had to be told, because they don't listen to me.

4    They want things to fly under the radar.  There is

5    another bid.  They had preaward contact where someone

6    was trying to pass off a --

7    Q.            Commissioner Frenchko.

8    A.            -- for $120,000 more than --

9    Q.            Commissioner.

10   A.            And it was a preaward contract.  I had

11   that rejected and rebid.

12   Q.            I don't want to interrupt you, Commissioner,

13   but I do think we're getting off on a tangent.

14   A.            Okay.

15   Q.            I appreciate you sharing with me on the

16   record your concerns, but --

17   A.            Yeah, it happens on a regular basis.

18   Q.            I would like to move on to just this letter

19   that we've marked as Defendant's Exhibit A, and just go

20   through it again and share other areas where you think or

21   you believe that it's inaccurate.

22   A.            Saying that providing commentary is not

23   appropriate, that the public presentation prior to

24   initiating an investigation is appropriate.  Can you use

25   yellow, please?  The blue is distracting.  It's hard for

```
1    me to see.
2              MS. SUDHOFF:  I'll do my best.
3    A.        I can't see with blue.  When you do that
4    it like --
5              MR. DOWNEY:  There you go.
6    A.        That's better.  Such a public
7    presentation.  No, I believe it's extremely appropriate.
8    That's what I got elected to do is to bring things up
9    and talk about them in public and to address things that
10   have been ignored for decades.  That's what I got
11   elected to do, and that's what I was doing.  I am not an
12   employee of the sheriff.  I am not required to follow --
13   to file a complaint within their entity.  I am a
14   separate elected official with my own voice, my own
15   platform and my own seat on the commissioner --
16   Q.        Commissioner Frenchko, and I appreciate
17   that, and why don't we do it this way, if it makes sense.
18   Is there anything in this letter that you agree with?
19             MR. BETRAS:  Just read it to yourself,
20   Niki.
21             THE WITNESS:  Okay.
22   A.        I did in fact read it publicly without
23   having an internal investigation.  I mean, you want me
24   to go through, seriously, and itemize every single
25   sentence and phrase?
```

1    Q.              Actually, what I wanted to do initially,

2    Commissioner, was just get your take on whether there's

3    anything in the letter that you agreed with or disagreed

4    with.  We put it on the screen so you can read it and

5    refamiliarize yourself with it, and I tried a couple

6    different ways to sort of understand your views of the

7    letter.

8        I guess if there's anything that you read in the

9    letter that you agree with, great.  You just shared one

10   of them with me.  However you want to do it, agree with

11   it, disagree with it, doesn't matter.  I would just like

12   to know if there's anything in the letter that you read

13   it and say, yeah, that's right.

14   A.              Well, I can't even scroll this, and I'd

15   like to be able to do that.  And, I mean, you're talking

16   about facts versus conjecture and --

17   Q.              I actually -- not to disagree with you, but

18   I will state that I am simply asking for your view on the

19   letter.  That's all I'm asking.

20   A.              Okay.

21   Q.              I know your view that you don't believe it

22   should have been read in the time that it was.

23   A.              Yes.  My view on the letter is that it was

24   defensive.  It was just a defensive letter that was

25   dishonest.  There's one part that's so dishonest, I

```
 1   would love to get to this part, if you scroll up.  It
 2   really shows dishonesty.  Where does it -- I remember
 3   it.  This is the one part that I remember.  He quoted an
 4   inmate as saying that the sheriff was doing a good job
 5   and cut off the quote where the rest of it is for
 6   himself, but not for us.  So that just suggests a level
 7   of dishonesty at the sheriff's department that they
 8   would take a little snippet of a quote to try to color
 9   themselves in a favorable light, and that's just kind
10   of -- the sheriff is doing a great job.  That is just a
11   snippet.  The rest of it said for himself, but not for
12   us, I believe, something to that effect, to the best of
13   my recollection.  So this whole letter is that
14   defensive, and -- because he was embarrassed for things
15   being brought to light that have typically been ignored
16   by political allies of his.
17        The customary thing to do, according to how they
18   operate there, is to go make a phone call, sweep it
19   under the rug and protect each other's reputations, and
20   since I don't fit into that and I do what I was elected
21   to do, then they have no ability to control me except to
22   try to arrest me and silence me in other ways, and you
23   can see their level of dishonesty.  That's the most
24   glaring point right there where --
25   Q.          Do you believe you have a responsibility to
```

1   share accurate information with the public regarding your

2   formal duties as commissioner?

3   A.          Accurate information --

4               MR. BETRAS:  Objection.  Objection.  Go

5   ahead and answer, Niki.

6   A.          Which duties?

7   Q.          Any duties.  Do you believe in your duties

8   as commissioner, whatever they may be, that you have an

9   obligation to share accurate information with the

10  electorate in Trumbull County, Ohio?

11  A.          Absolutely, in everything that was -- that

12  I read was accurately presented to me, and I repeated

13  what was read.  I have the right and the duty to share

14  what is going on and what people's concerns are, just as

15  anyone else has the right to come and read something in

16  the public comments or make statements in public

17  comments.  It is my duty to share concerns that are

18  going on in the county.

19  Q.          So is it fair to say that he did not wish to

20  share anything with the electorate during the course of

21  your duties as a board commissioner member that are

22  inaccurate?

23              MR. BETRAS:  Objection.  Go ahead and

24  answer, Niki.

25  A.          I'm sorry.  I find your question

1    confusing.

2    Q.          Okay.  I'll try again.  Is it fair to say

3    that you don't want to share information with the public

4    through your commissioner responsibilities that's

5    inaccurate?

6    A.          I don't think our board should be sharing

7    anything that's inaccurate, which is one of the reasons

8    I wanted to try to stop this letter.  I already read it,

9    and I --

10   Q.          I appreciate your response, Commissioner,

11   and I don't mean to cut you off, but I am going to say

12   specific to you.  I want to make sure it's with respect to

13   you.  You yourself as a board member, as an elected

14   official in Trumbull County, Ohio, is it fair to say that

15   you yourself do not wish to share anything with the

16   electorate that is inaccurate in carrying out your duties?

17   A.          I don't necessarily -- I think that that's

18   very black and white, and sometimes when people have

19   concerns, they need to be brought up.  I mean, just for

20   example, there was a concern about a waterline, and one

21   of the people who signed the petitions wasn't the owner

22   of the property, and there was some debates surrounding

23   whether or not a land -- I know that a land contract

24   buyer shouldn't have signed it, but -- but the

25   department head thought that it was okay, you know.

1    Should I -- you're -- what you're saying would suggest

2    that I should never bring anything up that comes to my

3    attention unless there's been a full investigation of

4    the matter, and that's why we bring things up is to

5    highlight concerns and debates and things that are going

6    on in the county.

7         So I think that I'm unable to answer such a

8    distinctly black and white question, because a lot of

9    things are concerns or complaints -- and look at the

10   board.  Look at this letter.  There's so many -- so many

11   things that are inaccurate.  The public needs to know

12   all of it.  Whether -- whatever the concerns are.

13   Q.          So accepting your premise that -- and I

14   think, and I don't want to put words in your mouth,

15   Commissioner Frenchko, but you're saying, in the course of

16   your duties, inaccurate information may be disseminated in

17   the public by a board member who's doing their job; is

18   that correct?

19   A.          In the course of doing your duties,

20   sometimes inaccurate information that has been passed

21   along to the commissioners might be shared.  That's an

22   accurate statement.

23   Q.          And would you agree with me that part of

24   your role is attempting to be accurate in carrying out

25   your duties and interacting with the members of the public

1    and providing information to them?

2    A.            That's an accurate statement.

3    Q.            And have you ever found that you shared

4    information with the public during the course of your

5    duties as a Trumbull County Commissioner that you have

6    since learned to be inaccurate?

7    A.            I don't recall everything that I discuss.

8    Q.            Have you ever felt the need to correct the

9    record regarding something that you said in the course of

10   carrying out your duties as a Trumbull County Commissioner

11   where you had said something that you learned later was

12   inaccurate?

13   A.            There was one time I mentioned -- there

14   was -- yes, yes.  The answer is yes.

15   Q.            And can you tell me about that time you were

16   just about to?

17   A.            I know that our -- we have a lot of

18   friends and family hires in Trumbull County, and there

19   was an employee who was getting a promotion who was

20   saying to other people in the public that he was Mauro's

21   cousin, and Mauro was adamant or something that it

22   wasn't his cousin and came and talked to me, and I

23   apologized.  I did apologize for being -- in that case

24   it wasn't a family member.  It was just someone who

25   called him cousin.

1    Q.          Thank you.  Any others that come to mind?

2    A.          I don't -- I don't know.  That just came

3    to my mind because he was kind of like, oh, you're

4    apologizing.  I said, yeah, I mean -- so --

5    Q.          And we're going to go back to July 7th.  I

6    know we've been off on a tangent for a bit, but I want to

7    go back to the July 7th, Commissioner, and ask

8    specifically if you observed either of the other

9    commissioners on that day seek to have you arrested?

10    A.          Pardon me?  That I observed any of them on

11    that day seek to have me arrested?

12    Q.          Correct.  The day that you were arrested on

13    July 7th, 2022, did either of the commissioners that you

14    served with seek to have you arrested that day, to your

15    knowledge?

16    A.          Yes.

17    Q.          And tell me how you've come to that

18    conclusion.

19    A.          Well, they were reviewing the code that

20    related to arresting people at public meetings.  That

21    statute, they were reviewing that, and who --

22    Q.          Who's they, Commissioner, if you would?

23    A.          The other commissioners and the clerk.

24    Q.          And when you say they were reviewing it,

25    please tell me exactly what you observed and the timing

1     and all that.

2     A.           Are you talking about on that day

3     particularly?

4     Q.           Yeah.  I'm talking about July 7th, 2022, the

5     day that you were arrested.

6     A.           Yeah.  I saw -- I heard Frank and Mauro --

7     Mauro on multiple occasions was talking about being

8     disruptive, being disruptive, you can be removed for

9     being disruptive or something like that, and then Frank

10     was saying, are you going to apologize?  Are you going

11     to apologize?  Or something to that effect, and saying

12     that -- and then he called for my arrest.  I mean --

13     Q.           Specifically, who called for your arrest?

14     A.           I believe it was Frank.

15     Q.           And what specifically do you believe he said

16     that day?

17     A.           He called out the deputy's name, and the

18     deputy came to arrest me.

19     Q.           And this is -- I'd really like you to search

20     your memory on this, if you would, Commissioner.  What

21     specific words do you believe Commissioner Fuda uttered to

22     lead to your arrest that day?

23     A.           Wix.

24     Q.           I'm sorry.  Is that the only word?

25     A.           Well, that and the totality of the

1   circumstances, but, yeah, the actual call for my arrest

2   was -- I think that those were signals that it was time

3   to arrest me based on the text messaging and everything

4   that was planned among the other -- among the sheriffs

5   and the deleted evidence that's been destroyed, I can

6   say that there was communication among them.  I saw -- I

7   saw the deputy -- it was odd to have a deputy in the

8   room, and then I saw Mauro texting and him texting in

9   the back of the room, and I thought it was a little odd,

10  but, you know, the county is a little odd; and then --

11  Q.            Just so I understand, Commissioner, it's

12  your testimony today that Commissioner Fuda uttered the

13  word Wix?

14  A.            Uh-huh.

15  Q.            And other than uttering that word, was there

16  anything else that Commissioner Fuda uttered that day that

17  you believe led to your arrest?

18  A.            They were -- yeah.  I believe -- I already

19  said this.  I believe that he was giving me an

20  opportunity to apologize.  Are you -- he was asking me

21  several times if I was going to apologize.  Are you

22  going to apologize?  We heard Mauro Cantalamessa

23  continuously using the words disrupting, disrupting,

24  disrupting.  I believe it was two times minimally, maybe

25  three.  They don't use that language.  That's the first

1    time they've ever used that language in a meeting.

2         Usually they just -- you've seen the meetings, or

3    maybe you haven't, but that's the first time they've

4    ever started going into disruptive language, and they

5    were all -- they all had that statute that they had

6    reviewed.  It was on the clerk's desk.

7    Q.          Just so I understand, Commissioner, are you

8    saying that that statute was on the clerk's desk that day?

9    A.          No.  About a month before that, I think it

10   was.  Not -- to the best of my recollection, about a

11   month before that I saw it on her desk.  Maybe a few

12   weeks.

13   Q.          Did you observe that statute on anyone

14   else's desk that particular day?

15   A.          No, not on that day.

16   Q.          Did you ever hear either Commissioner

17   Cantalamessa or Commissioner Fuda utter the words arrest

18   Commissioner Frenchko or words to that effect?

19   A.          Words to that effect.  You can be -- and

20   don't hold me to it.  This is a paraphrase, to the best

21   of my recollection.  I believe Mauro Cantalamessa said

22   you can be removed for disrupting a meeting, and then I

23   was immediately arrested.

24   Q.          How much time elapsed between -- this is

25   according to your recollection -- between Commissioner

1   Cantalamessa making that statement and you being arrested?

2   A.             About a few minutes, maybe.  I don't know.

3   I can't really remember, because it was like not a -- I

4   mean, I remember, but it's -- it was -- I don't know how

5   much time elapsed.  I remember him saying it before they

6   led me out of the room, so Mauro said you can be -- what

7   I just said he said.  You know you could be -- whatever

8   I just said is what I believe he said.  You know you can

9   be removed for disrupting a meeting.  Right after Frank

10  said Wix and called the deputy up, and then I was led

11  out into the hallway and arrested in the hallway.

12  Q.             The officers that interacted with you at the

13  time you were arrested, did they treat you in a respectful

14  manner?

15  A.             I don't believe so, no.  The one in

16  particular was absolutely not respectful.

17  Q.             In what respect?

18  A.             He pulled the chair out from behind me.

19  Q.             Did you fall down?

20  A.             No.

21  Q.             Did you stand up?

22  A.             Yeah.

23  Q.             When they asked you to -- and go ahead and

24  tell me exactly what happened, Commissioner, if you would,

25  at the time of your arrest.

1    A.              I was responding to the letter.  They were

2    demanding that -- the other commissioner, Frank Fuda,

3    was demanding that I apologize.  I seem to remember the

4    officer starting to move, like they knew it was coming.

5    At some point I think I started to go on to another

6    topic because they wanted me -- there was some comments

7    about you can't talk badly about the top law enforcement

8    officer in Trumbull County or something like that.  I

9    believe Mauro said something about you can't criticize

10   the top law enforcement officer in the county, and

11   that's a paraphrase.

12   Q.              And you believe that occurred at the time

13   you were being arrested?

14   A.              Yeah.  While he was responding to the

15   letter, and that's whenever people were starting to move

16   about the room to come up and arrest me.

17   Q.              I understand that you live stream the

18   commissioner's meetings; is that correct?

19   A.              Yeah.

20   Q.              Were you live streaming that day?

21   A.              Yes.

22   Q.              And did you cooperate with the police

23   officers when you were arrested?

24   A.              I think I did.

25   Q.              And did you follow -- my understanding is,

1   Commissioner, that you were taken over to the Trumbull

2   County Sheriff's Office; is that right?

3   A.          That's right.

4   Q.          Would you just tell me what happened after

5   the time that you were arrested and describe it to me what

6   occurred.  Placed in handcuffs?  Did you walk under your

7   own power?  Did you walk across the street?  Were you

8   transported?  Just tell me what happened, if you would.

9   A.          He pulled the chair from behind me.  I

10  thought they were joking.  It was shocking, but I

11  remember him jarring the chair.  They told me to stand

12  up.  They didn't tell me why.  They didn't tell me I was

13  under arrest.  They just took me out without me knowing

14  why I was even being taken out of my own meeting.  They

15  took me into the hallway, and he said something about --

16  I don't know -- I can't remember exactly what he said.

17  I remember him saying, are we going to do this?  Are we

18  going to do this?  To the other deputy, like, are we

19  really going to do this?

20  Q.          If you could, Commissioner, do you know

21  which deputy said what?

22  A.          I think it was Wix.  I think it was Wix,

23  because he was, like, the driving force.  Ross was not

24  as disrespectful and appeared to have some remorse, but

25  Wix was very -- like, he was on a mission.  Like, he

1    was -- this is what I'm doing for the day.  I could tell

2    from back in the hearing room that there was something

3    going on when he was called.  I mean, I think there

4    were -- I think he's a road deputy.  It was just odd.

5    I've never seen these guys in our building before.  None

6    of them worked on public meetings, and they both show up

7    and decided that they were going to arrest me under a

8    code that was sitting on my clerk's desk a couple weeks

9    prior and were called up by name by a commissioner that

10   had never -- I'd never seen him in the building.  I

11   didn't know they knew each other.

12   Q.          So it would be fair to say --

13   A.          The language about being disruptive, it

14   was like organized.  It was --

15   Q.          Commissioner Frenchko, if I could -- and I

16   understand your position, which is contained in the

17   complaint, and I appreciate your testimony today regarding

18   your thoughts about what occurred.  Specifically, I would

19   like to know how you got from the courthouse over to the

20   sheriff's office, what occurred when you got there.  Just

21   specifically.  And if you remember what people said to you

22   during that time frame, I would like to hear that, but if

23   you would, just tell me in order -- you got up from your

24   chair.  I think you went to another room.  I understand

25   you may have been handcuffed.  If you would, just explain

```
 1   that to me.
 2   A.          Yeah.  I --
 3               MR. BETRAS:  What part are you asking her
 4   to explain now?  I'm clearly confused myself.  What
 5   paragraph are we on?
 6               MR. DOWNEY:  What happened when she was
 7   arrested and where she went, David.  If Commissioner
 8   Frenchko would like to take a break, get her thoughts
 9   together, I'm fine with that.
10               MR. BETRAS:  We're off the letter and now
11   you're asking her -- we can take the letter down then,
12   right?
13               MR. DOWNEY:  We did.  At least we tried
14   to.
15               MS. SUDHOFF:  We have not.
16               MR. DOWNEY:  Let's go off the record for a
17   second.
18                    (Off the record.)
19               MR. DOWNEY:  Just so the record is clear,
20   Counsel has discussed stopping the deposition today in
21   light of an issue that Commissioner Frenchko had.  We've
22   agreed to reconvene the deposition in the future as we
23   are going to do so anyway with respect to damages and
24   potentially going over medical records, and so I am
25   agreeing to stop the deposition at this moment.
```

1        It has also been agreed that Mr. Yosowitz will have

2    the opportunity to authenticate the video of the

3    July 7th, 2022, commissioner's meeting, and I believe

4    that all counsel are in agreement with proceeding in

5    this manner.  Have I accurately reflected our agreement,

6    Mr. Betras?

7               MR. BETRAS:  You have.

8               MR. DOWNEY:  Mr. Yosowitz?

9               MR. YOSOWITZ:  Yes.

10              MR. DOWNEY:  So I will stop my questioning

11   today with the understanding that I will pick back up

12   when we schedule another date.  Mr. Yosowitz will move

13   forward with authenticating the video exhibit.

14              MR. YOSOWITZ:  Thank you.

15   CROSS EXAMINATION

16   BY MR. YOSOWITZ:

17   Q.          Ms. Frenchko, can you hear me?

18   A.          Yes.

19   Q.          Okay.  My name's Andrew Yosowitz.  I

20   represent Deputies Wix and Ross.  Just a few questions for

21   you about the video, and then we'll adjourn the deposition

22   for today.  You used your cell phone to record the

23   Trumbull County Commissioner's meeting on July 7th, 2022,

24   correct?

25   A.          I used Facebook Live, my video -- I didn't

1    use my -- it was my -- it was on my cell phone, but it

2    was a video.  It wasn't -- I'm sorry.  I'm probably

3    confusing that.

4              MR. BETRAS:  Andrew, I don't mean to

5    interject.  I think what she's trying to say -- I'm not

6    trying to testify for her -- is you're asking her if she

7    recorded it.  It was a Facebook Live, so I don't know if

8    that records on your phone or not.  I think that's what

9    she's referring to.  She was Facebook Live-ing, and I

10   don't know -- and I don't even know this technology.  I

11   don't know if that records on the phone or not.  I

12   couldn't tell you.  Is that what you were getting at?

13   A.        Yes.  I'm sorry.  I wasn't very clear.

14   Should I try to explain?

15   Q.        I'll rephrase the question.

16   A.        Okay.

17   Q.        You used your cell phone to create a video

18   recording on Facebook Live of the Trumbull County

19   Commissioner's meeting dated July 7th, 2022, correct?

20   A.        Yes.

21   Q.        And you posted the Facebook Live recording

22   of the July 7th, 2022, Trumbull County Commissioner's

23   meeting to your Niki Frenchko Facebook page, correct?

24   A.        Yes.

25   Q.        And that Facebook page is found at

1    www.facebook.com/niki.frenchko, correct?

2    A.            I think so.

3    Q.            And the recording of the -- or the Facebook

4    Live recording of the July 7, 2022, Trumbull County

5    Commissioner's meeting is still on your Niki Frenchko

6    Facebook page, correct?

7    A.            Yes.

8    Q.            And the Facebook Live recording of the

9    July 7th, 2022, commissioner's meeting starts with the

10   pledge of allegiance at the beginning of the meeting and

11   ends with your arrest, correct?

12   A.            To the best of my recollection, that's how

13   it started.  I remember it ending with my arrest, but I

14   don't remember the beginning, but you're probably right.

15   Q.            And would you agree that your Facebook Live

16   recording of the July 7th, 2022, Trumbull County

17   Commissioner's meeting is a true and accurate depiction of

18   the meeting and your arrest?

19   A.            I would agree that everything on the video

20   is accurate and has not been edited or altered.  I don't

21   even know if it's possible.  I don't think it's possible

22   to do that.  So everything that is there is correct,

23   from that perspective.  I mean, there's other recording

24   things in the room.  So from the perspective of the app

25   that was used, it's correct, to the best of my

```
 1    knowledge.
 2    Q.              Totally understand that.
 3                    MR. YOSOWITZ:  That's all I have for now.
 4                    MR. BETRAS:  Okay.  Let's adjourn this and
 5    then we'll work out that protective order, and then
 6    we'll reschedule Niki's deposition.  I'm assuming
 7    there's going to be a lot of questions about her medical
 8    records and stuff like that, and I just don't feel
 9    comfortable.  She wants to power through it.  Just her
10    answering that question, I can see she's --
11                    MR. DOWNEY:  We're fine to reschedule.  We
12    have another event we need to get into as well, which
13    we'll just do at the next one.  To make matters maybe a
14    little easier, Andrew, if you want, the parties can
15    stipulate to the authenticity of the video.  We all need
16    it, so -- and if you want to just send out the video, I
17    think that's something we can tie off with a stipulation
18    as well, to the extent that we didn't play it for her
19    today, if that makes sense, David.
20                    MR. BETRAS:  Yeah.  I think Andrew wanted
21    to make sure she didn't doctor it in any way.  I think
22    that's where he was going with it.  I don't know.  I'm
23    not in Andrew's head.  I can barely be in my own head.
24    I'm assuming that that's what he did, that she didn't
25    doctor it or do anything to it.  She recorded it.
```

```
 1                    MR. DOWNEY:  I don't want to get in your
 2    head, David.  Okay.
 3                    MR. YOSOWITZ:  We can handle this amongst
 4    counsel.  It should be an easy stipulation.  I'm happy
 5    to play the video for her right now.  It's about 50
 6    minutes long.
 7                    MR. DOWNEY:  I think we stipulated to
 8    that.
 9                    THE WITNESS:  It's okay.  We can do that.
10                    MR. BETRAS:  Niki --
11                    THE WITNESS:  Does it take away from the
12    seven hours that they're permitted to have me?
13                    MR. DOWNEY:  We'll do it through a
14    stipulation, David.  We'll send you the video.  Thank
15    you, Commissioner Frenchko.  Jodie, I think we're done
16    for today, and I think we're going to be on the phone
17    with court in two hours, so I'll talk to you then,
18    David.
19                    MR. BETRAS:  We want to read it.
20                       SIGNATURE NOT WAIVED
21              (Deposition adjourned at 1:42 p.m.)
22
23
24
25
```

1

2                    REPORTER'S CERTIFICATE

3

4

5        I certify that this transcript, consisting of 73

6    pages, is a complete, true and correct transcript of the

7    proceedings had and the testimony taken in this case as

8    shown by my stenotype notes taken at the time said

9    testimony was taken.

10

11

12    _____

13    Jodie L. Algarin
     Registered Professional Reporter
14    Certified Realtime Reporter

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF NOTARY

 2

 3   COMPLETED BY DEPONENT:

 4

 5   I, MICHELE NICOLE FRENCHKO, have read the foregoing pages
     of my testimony or have had them read to me and have noted
 6   any changes in form or substance of my testimony with
     their respective corrections and the reasons on the
 7   following errata sheet(s).

 8

 9                         _____
                           MICHELE NICOLE FRENCHKO      Date
10

11

12

13   COMPLETED BY NOTARY PUBLIC

14

15   I, _____, a Notary Public in and for the
     State of _____, hereby acknowledge that the
16   above named witness personally appeared before me, swore
     to the truth of the foregoing statements and signed above
17   as his/her own true act and deed.

18

19                         _____
                           Notary                      Date
20

21                         _____
                           Commission Expiration
22

23

24

25
```

```
 1                 E R R A T A   P A G E

 2

 3          I, MICHELE NICOLE FRENCHKO, the witness herein,
            have read the transcript of my testimony taken
 4          on September 12, 2023, or have had the
            transcript read to me, and the same is true
 5          and correct, with the exception of the
            following changes noted below, if any:
 6

 7     PAGE   LINE        CORRECTION, CHANGE & REASON

 8     _____ _____    _____

 9     _____ _____    _____

10     _____ _____    _____

11     _____ _____    _____

12     _____ _____    _____

13     _____ _____    _____

14     _____ _____    _____

15     _____ _____    _____

16     _____ _____    _____

17     _____ _____    _____

18     _____ _____    _____

19     _____ _____    _____

20     _____ _____    _____

21     _____ _____    _____

22     _____ _____    _____

23     _____ _____    _____

24

25                            _____
                              MICHELE NICOLE FRENCHKO    Date
```

1                     A & A Reporting & Transcription Services
                      837 Boardman-Canfield Rd., Suite 203
2                     Youngstown, Ohio  44512

3                     September 19, 2023

4

5    David J. Betras, Esquire
     Betras, Kopp & Markota
6    6630 Seville Drive
     Youngstown, Ohio  44406

7

8    RE:  Niki Frenchko VS Paul Monroe, et al.

9    Dear Atty. Betras:

10   Enclosed please find your copy of the deposition of Niki
     Frenchko taken on September 12, 2023.  The original
11   certificate and correction pages are attached.  It is my
     understanding from our discussion that you will arrange to
12   have Ms. Frenchko read and sign your copy of the
     transcript.
13
     After the transcript has been signed, please mail the
14   originals of Pages 71 and 72 to me at the above address.
     If I have not received the signed pages within 30 days of
15   your receipt of this letter, pursuant to the Rules of
     Civil Procedure, signature will be waived.
16
     Thank you for your time and consideration in this matter.
17   If you have any questions, please don't hesitate to call
     me at the above number.
18   Sincerely,

19

20   Jodie L. Algarin

21   Enclosure

22   cc:  Atty. Daniel Downey
          Atty. Helen Sudhoff
23        Atty. Andrew Yosowitz

24

25

*A & A Reporting & Transcription Services*
*(330) 729-9626     www.aareporting.com*

**MR. BETRAS: [49]** 6/21
7/12 7/17 8/19 9/12 9/22
10/3 10/18 11/1 11/7
11/19 12/19 12/24 13/16
13/25 14/7 15/7 16/16
17/13 19/25 25/3 26/5
26/17 27/4 27/15 27/22
28/9 29/4 32/25 33/4
33/10 33/13 33/15 33/17
34/2 35/6 41/4 44/17
49/19 52/4 52/23 64/3
64/10 65/7 66/4 68/4
68/20 69/10 69/19
**MR. DOWNEY: [26]**
9/25 10/8 10/21 17/16
19/22 27/11 29/6 33/2
33/7 33/12 33/14 33/16
33/20 34/5 38/13 49/5
64/6 64/13 64/16 64/19
65/8 65/10 68/11 69/1
69/7 69/13
**MR. YOSOWITZ: [4]**
65/9 65/14 68/3 69/3
**MS. SUDHOFF: [2]** 49/2
64/15
**THE WITNESS: [6]**
7/16 7/18 17/15 49/21
69/9 69/11

**$**

**$120,000 [1]** 48/8

**'**

**'92 [1]** 6/17

**0**

**00781 [1]** 1/9

**1**

**10 [1]** 4/8
**11 [1]** 4/8
**11:34 [1]** 3/6
**12 [4]** 3/6 4/8 72/4 73/10
**1216 [1]** 2/20
**13 [2]** 1/17 4/8
**14 [1]** 4/8
**15 [2]** 4/8 47/25
**16 [1]** 4/8
**19 [2]** 4/9 73/3
**1:42 [1]** 69/21

**2**

**200 [3]** 2/12 2/12 2/19
**2021 [1]** 8/2
**2022 [22]** 9/8 10/21 17/23
18/5 18/19 19/10 19/19
25/22 28/8 34/9 35/11
36/8 37/4 56/13 57/4 65/3
65/23 66/19 66/22 67/4
67/9 67/16
**2023 [5]** 1/17 3/6 72/4
73/3 73/10
**203 [1]** 73/1
**221-1216 [1]** 2/20
**25 [1]** 4/9
**26 [1]** 4/9
**27 [1]** 4/9

**28 [1]** 4/9

**3**

**30 [3]** 40/17 42/11 73/14
**330 [1]** 2/7
**34 [1]** 4/9
**35 [1]** 4/9
**38 [1]** 4/13

**4**

**4000 [1]** 2/13
**41 [1]** 4/9
**412-4000 [1]** 2/13
**43054 [1]** 2/20
**43235 [1]** 2/12
**44 [1]** 4/9
**44406 [2]** 2/6 73/6
**44512 [1]** 73/2
**4:23 [1]** 1/9

**5**

**50 [1]** 69/5
**52 [1]** 4/9

**6**

**614 [2]** 2/13 2/20
**65 [1]** 4/4
**6630 [2]** 2/6 73/6

**7**

**71 [1]** 73/14
**72 [1]** 73/14
**73 [1]** 70/5
**74 [1]** 6/11
**746-8484 [1]** 2/7
**7775 [1]** 2/19
**7th [22]** 9/8 10/21 17/23
18/5 18/19 19/19 25/22
28/8 34/9 35/11 36/8 37/4
56/5 56/7 56/13 57/4 65/3
65/23 66/19 66/22 67/9
67/16

**8**

**837 [1]** 73/1
**8484 [1]** 2/7

**9**

**9/6/74 [1]** 6/11

**A**

**a m [1]** 3/6
**ability [4]** 10/24 28/4
34/15 51/21
**able [6]** 10/5 13/4 26/19
36/24 42/6 50/15
**about [37]** 7/4 7/13 16/25
20/22 20/24 21/17 27/1
27/8 31/22 36/25 38/7
38/8 40/17 42/22 45/6
45/9 49/9 50/16 53/20
55/15 55/16 57/2 57/4
57/7 59/9 59/10 60/2 61/7
61/7 61/9 61/16 62/15
63/13 63/18 65/21 68/7
69/5
**above [5]** 1/15 71/16
71/16 73/14 73/17

**above-entitled [1]** 1/15
**absolutely [10]** 11/3 14/6
17/6 21/18 38/10 45/2
45/3 45/3 52/11 60/16
**accept [1]** 5/21
**acceptable [2]** 32/9 32/12
**accepting [1]** 54/13
**accomplish [1]** 6/5
**according [5]** 9/18 29/2
31/19 51/17 59/25
**accuracy [2]** 24/25 26/15
**accurate [13]** 22/5 25/24
26/21 27/25 37/18 52/1
52/3 52/9 54/22 54/24
55/2 67/17 67/20
**accurately [3]** 5/23 52/12
65/5
**acknowledge [1]** 71/15
**acknowledged [1]** 43/19
**across [1]** 62/7
**act [1]** 71/17
**action [3]** 1/19 41/12
41/22
**actions [1]** 20/20
**activities [2]** 24/5 41/2
**actual [2]** 23/8 58/1
**actually [10]** 9/1 25/5
27/9 29/20 32/1 34/16
41/12 43/23 50/1 50/17
**adamant [1]** 55/21
**addition [1]** 28/17
**additional [2]** 25/7 25/14
**address [4]** 15/11 40/24
49/9 73/14
**addressed [5]** 15/16 16/2
45/4 46/18 47/20
**addresses [1]** 15/5
**addressing [2]** 43/16
43/21
**adjourn [2]** 65/21 68/4
**adjourned [1]** 69/21
**administering [1]** 44/5
**administration [2]** 5/2
7/24
**administrative [1]** 24/14
**administrator [1]** 43/19
**adopt [2]** 8/21 43/12
**advance [2]** 35/10 37/4
**advise [1]** 5/19
**affiliated [2]** 29/12 30/5
**aforesaid [1]** 1/15
**after [8]** 15/19 28/20 36/2
44/19 48/2 60/9 62/4
73/13
**again [8]** 15/9 27/15 34/4
35/24 37/22 46/19 48/20
53/2
**against [6]** 20/10 20/12
20/13 20/21 27/18 28/17
**agency [8]** 29/12 29/13
30/5 30/8 30/15 30/23
31/1 40/4
**agenda [21]** 9/15 11/10
11/11 11/22 12/12 14/20
14/23 14/24 15/1 15/6
15/12 15/18 15/24 16/2
16/12 28/20 32/12 32/16
37/1 47/22 48/1

**agenda's [1]** 11/14
**agree [9]** 5/23 11/11 47/5
49/18 50/9 50/10 54/23
67/15 67/19
**agreed [6]** 3/4 3/8 5/1
50/3 64/22 65/1
**agreeing [1]** 64/25
**agreement [7]** 1/16 1/18
21/3 21/3 21/6 65/4 65/5
**ahead [32]** 8/19 9/12 9/22
10/6 11/1 11/7 11/20
12/19 12/25 13/16 13/25
14/7 14/8 15/7 16/16
19/25 25/3 26/5 26/17
27/4 27/16 27/22 28/9
31/5 34/3 34/5 35/6 39/10
41/4 52/5 52/23 60/23
**al [2]** 1/11 73/8
**Albany [1]** 2/20
**Alberini [1]** 43/9
**Albrecht [1]** 2/19
**Algarin [6]** 1/16 3/10
19/22 27/11 70/12 73/20
**all [34]** 5/1 6/14 18/9
18/11 18/12 18/25 20/8
21/18 23/18 23/20 23/21
23/23 24/3 24/6 24/10
27/1 28/4 34/2 34/25
35/23 39/21 39/22 42/13
42/24 42/25 43/14 50/19
54/12 57/1 59/5 59/5 65/4
68/3 68/15
**allegations [4]** 26/15 27/2
27/14 27/18
**allegiance [1]** 67/10
**allies [1]** 67/10
**allows [1]** 45/11
**alluded [1]** 29/7
**almost [1]** 35/22
**along [2]** 21/6 54/21
**already [4]** 15/23 23/3
53/8 58/18
**altered [1]** 67/20
**am [8]** 13/2 46/24 49/11
49/12 49/13 50/18 53/11
64/24
**among [6]** 18/8 18/11
22/25 58/4 58/4 58/6
**amongst [1]** 69/3
**Andrew [6]** 2/11 65/19
66/4 68/14 68/20 73/23
**Andrew's [1]** 68/23
**angry [2]** 20/23 21/12
**annually [1]** 8/21
**another [13]** 12/17 12/23
20/10 31/11 31/11 31/15
31/18 32/15 48/5 61/5
63/24 65/12 68/12
**answer [39]** 6/5 7/12 7/17
8/20 9/13 9/23 10/6 11/2
11/8 11/20 12/25 13/17
14/1 14/9 15/8 16/17
17/14 20/1 21/21 23/4
23/6 25/4 26/6 26/18 27/5
27/16 27/23 28/10 32/3
32/25 33/18 35/7 38/7
38/8 41/5 52/5 52/24 54/7
55/14

**answered [2]** 5/22 23/3
**answering [1]** 68/10
**anticipated [1]** 19/17
**anyone [7]** 14/20 19/17
31/25 37/12 43/1 52/15
59/13
**anything [22]** 6/4 21/17
24/24 28/19 30/12 37/23
38/21 38/25 39/6 42/1
46/21 47/11 49/18 50/3
50/8 50/12 52/20 53/7
53/15 54/2 58/16 68/25
**anyway [2]** 46/4 64/23
**apologize [8]** 37/12 55/23
57/10 57/11 58/20 58/21
58/22 61/3
**apologized [1]** 55/23
**apologizing [1]** 56/4
**apology [2]** 37/9 37/15
**app [1]** 67/24
**APPEARANCES [1]**
1/24
**appeared [2]** 62/24 71/16
**appreciate [12]** 18/2
18/16 19/2 21/21 22/14
33/25 47/2 47/6 48/15
49/16 53/10 63/17
**appropriate [18]** 10/24
11/4 12/16 12/22 13/23
14/3 26/13 28/13 32/14
33/23 35/4 36/9 39/17
42/8 46/17 48/23 48/24
49/7
**appropriately [2]** 9/20
46/14
**approve [1]** 13/11
**area [1]** 14/24
**areas [1]** 48/20
**aren't [3]** 15/6 15/12 16/2
**argues [1]** 26/21
**around [2]** 11/13 44/7
**arrange [1]** 73/11
**arrest [27]** 17/2 17/5 18/5
18/11 18/19 19/9 19/18
22/17 22/24 24/12 35/24
51/22 57/12 57/13 57/18
57/22 58/1 58/3 58/17
59/17 60/25 61/16 62/13
63/7 67/11 67/13 67/18
**arrested [14]** 37/13 56/9
56/11 56/12 56/14 57/5
59/23 60/1 60/11 60/13
61/13 61/23 62/5 64/7
**arresting [2]** 17/7 56/20
**articulate [1]** 13/4
**as [53]** 5/6 5/9 5/13 6/5
6/5 7/23 8/4 9/17 10/9
11/5 11/19 11/20 13/15
13/18 16/13 17/21 19/24
21/5 21/14 26/12 27/13
32/12 34/6 38/3 38/17
40/6 40/18 40/24 41/12
42/4 42/6 43/14 44/4 44/4
44/6 46/20 46/21 48/19
51/4 52/2 52/8 52/14
52/21 53/13 53/13 55/5
55/10 62/24 64/22 68/12
68/18 70/7 71/17

**A**

aside [2] 22/22 22/24
ask [9] 5/17 5/19 5/20
5/25 7/4 17/21 23/5 33/5
56/7
asked [11] 6/6 6/20 10/20
16/14 17/22 32/4 32/7
33/15 33/16 36/1 60/23
asking [18] 6/19 7/11
8/12 8/14 10/4 17/14
29/22 30/21 33/2 33/18
35/12 35/17 50/18 50/19
58/20 64/3 64/11 66/6
assessments [1] 41/10
assisted [1] 18/11
associated [1] 18/11
assuming [2] 68/6 68/24
attached [1] 73/11
attempt [2] 11/15 40/23
attempted [2] 11/5 11/21
attempting [4] 22/4 23/7
36/7 54/24
attention [2] 46/17 54/3
attorney [1] 21/14
Atty [4] 73/9 73/22 73/22
73/23
audit [2] 31/14 31/14
auditor [1] 31/20
auditor's [2] 31/23 31/23
authenticate [1] 65/2
authenticating [1] 65/13
authenticity [1] 68/15
auto [1] 43/10
automatically [3] 43/8
43/9 44/8
available [1] 3/14
aware [6] 8/5 25/13
26/10 26/11 41/15 42/1
away [2] 45/14 69/11
ayosowitz [1] 2/13

**B**

back [18] 9/18 10/8 12/7
12/15 15/25 17/20 19/23
22/13 22/15 27/12 34/5
35/2 36/2 56/5 56/7 58/9
63/2 65/11
background [3] 7/5 7/5
7/13
bad [1] 16/20
badly [1] 61/7
barely [1] 68/23
based [3] 9/15 27/24 58/3
basing [1] 32/3
basis [3] 39/25 40/1
48/17
be [84]
became [1] 25/12
because [33] 6/20 12/6
13/1 16/20 19/3 23/6 23/7
24/1 24/1 24/3 28/13
30/17 32/10 32/16 33/21
35/14 37/11 38/9 40/11
40/16 41/21 42/19 43/15
43/20 45/8 48/2 48/3
51/14 54/8 56/3 60/3 61/6
62/23
been [33] 5/6 8/4 8/17

8/22 8/25 12/1 12/2 12/13
12/13 19/7 20/7 20/9 21/1
21/8 21/9 22/10 28/17
31/21 40/2 40/10 41/11
41/15 49/10 50/22 51/15
54/3 54/20 56/6 58/5
63/25 65/1 67/20 73/5
before [17] 1/16 6/1 6/6
6/20 17/6 20/10 31/21
37/8 39/21 43/7 46/3
47/24 59/9 59/11 60/5
63/5 71/16
beginning [2] 67/10
67/14
Behalf [3] 2/4 2/10 2/16
behavior [1] 35/3
behind [2] 60/18 62/9
being [15] 10/11 36/25
40/9 43/22 45/14 45/15
51/15 55/23 57/7 57/8
57/9 60/1 61/13 62/14
63/13
belief [1] 32/4
below [1] 71/2
Betras [9] 2/5 2/5 4/8
10/1 17/16 65/6 73/5 73/5
73/9
better [1] 49/6
between [5] 3/4 3/8 15/1
59/24 59/25
bid [4] 42/16 43/13 44/6
48/5
bidders [1] 46/21
bidding [6] 43/4 44/1
46/10 46/15 46/17 47/13
big [1] 31/7
Bill [1] 46/12
birth [1] 6/10
bit [1] 56/6
bkmlaws.com [1] 2/7
black [2] 53/18 54/8
Blair [1] 21/13
blue [2] 48/25 49/3
board [36] 2/16 5/14 7/25
8/6 8/7 8/15 8/17 8/25
9/19 10/12 11/11 11/16
12/2 12/7 12/14 12/18
13/5 13/11 13/20 13/20
13/24 15/4 15/17 15/25
16/3 21/16 23/1 29/9 32/7
36/22 47/15 52/21 53/6
53/13 54/10 54/17
Boardman [1] 73/1
Boardman-Canfield [1]
73/1
body [3] 10/13 13/21
31/18
both [1] 63/6
Boulevard [1] 2/12
break [3] 6/3 29/23 64/8
bring [3] 49/8 54/2 54/4
bringing [3] 22/11 25/8
40/19
brings [1] 14/21
broad [1] 44/9

brought [6] 36/2 45/4
46/7 46/16 51/15 53/19
budget [1] 21/2
building [3] 24/12 63/5
63/10
business [3] 20/19 20/20
21/9
businesses [1] 28/25
buyer [1] 53/24

**C**

call [3] 51/18 58/1 73/17
called [10] 5/6 15/20 40/2
55/25 57/12 57/13 57/17
60/10 63/3 63/9
calling [1] 36/16
Calls [1] 12/24
came [4] 40/17 55/22
56/2 57/18
camera [1] 34/14
Campus [1] 2/12
can [37] 5/20 5/23 6/1 6/7
7/7 8/9 8/9 8/12 9/25 10/7
10/8 15/22 17/25 19/5
19/21 19/22 23/16 33/20
39/9 48/24 50/4 51/23
55/15 57/8 58/5 59/19
59/22 60/6 60/8 64/11
65/17 68/10 68/14 68/17
68/23 69/3 69/9
can't [11] 13/22 31/11
35/19 40/4 42/5 49/3
50/14 60/3 61/9 61/9
62/16
Canfield [1] 73/1
cannot [1] 44/19
Cantalamessa [6] 2/17
5/15 58/22 59/17 59/21
60/1
care [3] 16/22 41/17 42/8
carrying [4] 46/15 53/16
54/24 55/10
case [7] 1/9 19/16 20/10
30/5 40/8 55/23 70/7
cases [1] 40/17
casting [1] 44/9
cause [3] 1/15 1/19 44/10
cc [1] 73/22
cell [3] 65/22 66/1 66/17
certain [3] 43/10 46/2
47/18
certainly [2] 14/25 37/13
certificate [3] 70/2 71/1
73/11
Certified [1] 70/13
certify [1] 70/5
chair [4] 60/18 62/9
62/11 63/24
change [2] 11/13 72/7
changed [3] 45/18 46/3
47/18
changes [2] 71/6 72/5
changing [4] 44/23 44/25
44/25 45/13
choosing [1] 34/1
Christian [1] 7/9
circle [2] 22/13 22/15
circumstances [1] 58/1

cited [1] 40/2
Civil [2] 1/18 73/15
claims [1] 25/1
clean [1] 6/2
clear [8] 6/20 8/10 8/23
14/16 16/1 39/15 64/19
66/13
clearly [2] 5/20 64/4
clerk [11] 10/15 12/10
16/5 28/7 31/17 32/14
34/14 36/6 36/22 36/24
56/23
clerk's [4] 17/5 59/6 59/8
63/8
client [1] 33/24
close [2] 34/19 35/16
code [4] 17/1 17/4 56/19
63/8
college [4] 6/18 6/22 6/23
7/14
colleges [1] 6/25
color [1] 51/8
Columbus [1] 2/12
come [6] 16/5 16/11
52/15 56/1 56/17 61/16
comes [2] 12/6 54/2
comfortable [1] 68/9
coming [4] 35/14 35/17
35/21 61/4
comment [1] 25/10
commentary [3] 39/23
39/24 48/22
comments [6] 14/22 15/5
28/2 52/16 52/17 61/6
commission [2] 40/3
71/21
commissioner [71] 5/13
5/15 5/16 6/12 7/3 8/5 8/7
8/23 12/21 13/10 16/4
17/18 18/16 19/2 19/13
21/20 22/15 23/7 23/15
24/16 29/3 29/7 30/14
31/9 34/11 34/14 38/11
38/16 39/15 39/23 39/24
41/14 42/20 45/5 47/2
47/10 48/7 48/9 48/12
49/15 49/16 50/2 52/2
52/8 52/21 53/4 53/10
54/15 55/5 55/10 56/7
56/22 57/20 57/21 58/11
58/12 58/16 59/7 59/16
59/17 59/18 59/25 60/24
61/2 62/1 62/20 63/9
63/15 64/7 64/21 69/15
commissioner's [19] 9/9
15/17 20/16 24/22 25/1
26/14 27/21 29/15 30/7
31/23 35/10 61/18 65/3
65/23 66/19 66/22 67/5
67/9 67/17
commissioners [15] 2/16
5/14 8/1 8/16 15/4 16/24
20/8 21/16 30/17 36/22
47/16 54/21 56/9 56/13
56/23
communicate [1] 42/21
communication [4] 14/25
17/8 46/14 58/6

communications [2] 18/8
18/14
community [1] 45/8
complaint [3] 42/4 49/13
63/17
complaints [6] 40/20
41/7 42/14 42/24 42/25
54/9
complete [1] 70/6
COMPLETED [2] 71/3
71/13
complied [1] 9/10
complying [1] 9/17
computer [1] 3/12
computer-assisted [1]
3/12
conceal [1] 22/10
concern [3] 27/19 40/19
53/20
concerned [1] 27/1
concerns [17] 26/9 26/11
26/13 26/20 26/25 27/18
42/21 43/16 43/21 46/16
48/16 52/14 52/17 53/19
54/5 54/9 54/12
conclusion [1] 56/18
conduct [7] 8/6 8/15 9/11
22/19 23/11 35/14 44/15
conducting [1] 9/7
conference [1] 3/7
confused [2] 13/2 64/4
confusing [2] 53/1 66/3
conjecture [1] 50/16
connection [1] 39/24
consider [1] 44/2
consideration [1] 73/16
consisting [1] 70/5
constituents [1] 26/25
consult [1] 46/9
contact [1] 48/5
contacted [2] 18/10 19/8
contained [1] 63/16
content [8] 14/11 14/14
14/19 25/23 37/17 37/19
38/3 39/22
context [1] 15/17
continue [2] 44/21 45/19
continuing [2] 9/25 10/3
continuously [1] 58/23
contract [21] 16/22 21/12
21/15 42/17 43/8 43/15
43/25 44/11 44/21 44/22
44/24 45/6 45/11 45/13
45/17 45/20 46/3 47/17
47/18 48/10 53/23
contracts [2] 21/10 43/11
contrary [1] 39/19
control [1] 51/21
controversies [1] 22/25
cooperate [1] 61/22
coordinate [1] 11/15
copies [2] 20/15 43/3
copy [3] 38/6 73/10 73/12
correct [23] 10/16 13/7
22/1 24/19 29/20 30/2
30/9 39/20 48/2 54/18
55/8 56/12 61/18 65/24
66/19 66/23 67/1 67/6

**C**

correct... **[5]** 67/11 67/22 67/25 70/6 72/5
correction **[2]** 72/7 73/11
corrections **[1]** 71/6
corrective **[2]** 41/12 41/22
correspondence **[5]** 24/21 25/16 25/24 32/13 32/16
corrupted **[1]** 21/10
cost **[1]** 43/20
couldn't **[1]** 66/12
counsel **[10]** 1/19 2/1 3/4 3/9 5/1 19/1 19/14 64/20 65/4 69/4
country **[1]** 37/11
county **[46]** 2/16 2/16 2/17 8/1 8/5 8/16 15/4 15/17 21/4 21/13 21/25 22/6 23/2 27/18 28/22 29/13 30/6 30/16 41/2 42/8 42/15 42/19 42/22 45/19 45/23 45/25 46/1 46/10 46/19 47/12 52/10 52/18 53/14 54/6 55/5 55/10 55/18 58/10 61/8 61/10 62/2 65/23 66/18 66/22 67/4 67/16
county's **[1]** 20/18
couple **[2]** 50/5 63/8
course **[9]** 12/17 15/11 16/3 36/12 52/20 54/15 54/19 55/4 55/9
court **[4]** 1/1 1/20 6/1 69/17
courthouse **[1]** 63/19
cousin **[3]** 55/21 55/22 55/25
create **[1]** 66/17
credibility **[1]** 27/2
criminal **[1]** 44/15
critical **[1]** 21/1
criticize **[1]** 61/9
CROSS **[4]** 4/3 4/4 5/11 65/15
custom **[2]** 29/2 29/9
customarily **[1]** 28/19
customary **[4]** 14/22 16/7 40/10 51/17
cut **[2]** 51/5 53/11
CV **[1]** 1/9

**D**

damages **[1]** 64/23
Dan **[1]** 5/14
Daniel **[2]** 2/18 73/22
Danso **[2]** 46/12 46/14
date **[6]** 6/10 22/24 65/12 71/9 71/19 72/25
dated **[1]** 66/19
David **[9]** 2/5 33/3 33/7 64/7 68/19 69/2 69/14 69/18 73/5
day **[30]** 8/8 8/18 9/11 9/14 9/18 11/10 13/18 15/19 15/21 20/19 20/20 28/15 30/17 34/9 34/12

35/4 56/9 56/11 56/12 56/14 57/2 57/5 57/16 57/22 58/16 59/8 59/14 59/15 61/20 63/1
days **[1]** 73/14
dbetras **[1]** 2/7
ddowney **[1]** 2/21
Dear **[1]** 73/9
debates **[2]** 53/22 54/5
decade **[1]** 26/1
decades **[2]** 22/11 49/10
decided **[2]** 12/2 63/7
decision **[1]** 13/21
deed **[1]** 71/17
DEFENDANT'S **[4]** 4/12 38/18 38/20 48/19
Defendants **[3]** 1/12 2/10 2/16
defensive **[3]** 50/24 50/24 51/14
defined **[2]** 36/14 36/14
defines **[2]** 9/6 36/21
degree **[2]** 7/20 7/22
degrees **[2]** 7/7 7/14
delayed **[2]** 41/6 41/21
deleted **[2]** 23/19 58/5
demanding **[2]** 61/2 61/3
democrats **[1]** 20/9
denied **[1]** 40/9
department **[2]** 51/7 53/25
depend **[1]** 10/10
depends **[2]** 9/24 14/2
depiction **[1]** 67/17
DEPONENT **[1]** 71/3
deposition **[17]** 1/5 1/15 3/5 3/9 3/13 3/14 3/16 5/3 33/8 38/18 64/20 64/22 64/25 65/21 68/6 69/21 73/10
depositions **[1]** 7/4
deputies **[8]** 17/9 17/11 18/9 20/16 35/10 35/22 36/1 65/20
deputies' **[1]** 18/24
deputy **[8]** 35/14 57/18 58/7 58/7 60/10 62/18 62/21 63/4
deputy's **[1]** 57/17
describe **[1]** 62/5
desk **[6]** 17/5 59/6 59/8 59/11 59/14 63/8
destroy **[1]** 24/6
destroyed **[3]** 23/19 23/23 58/5
destruction **[1]** 18/12
determines **[1]** 9/19
didn't **[15]** 7/1 23/16 24/8 25/9 25/11 28/14 29/4 37/8 62/12 62/12 63/11 65/25 68/18 68/21 68/24
differences **[3]** 22/6 22/8 22/9
different **[3]** 25/21 30/21 50/6
disagree **[8]** 19/19 20/2 20/3 20/5 38/3 39/22 50/11 50/17

disagreed **[2]** 38/2 50/3
disciplined **[1]** 35/15
disclosing **[1]** 20/24
discovered **[1]** 28/3
discovery **[3]** 17/24 18/25 23/18
discredit **[1]** 27/9
discuss **[1]** 55/7
discussed **[2]** 25/10 64/20
discussion **[4]** 16/25 18/10 46/7 73/11
discussions **[1]** 16/24
dishonest **[4]** 27/6 28/1 50/25 50/25
dishonesty **[3]** 51/2 51/7 51/23
dismissed **[1]** 41/7
disrespectful **[1]** 62/24
disrupt **[1]** 10/24
disrupting **[5]** 58/23 58/23 58/24 59/22 60/9
disruption **[1]** 13/12
disruptive **[5]** 57/8 57/8 57/9 59/4 63/13
disseminated **[1]** 54/16
distinctly **[1]** 54/8
distracting **[1]** 48/25
DISTRICT **[4]** 1/1 1/2 1/20 1/20
DIVISION **[2]** 1/3 1/21
do **[83]**
doctor **[4]** 21/15 43/11 68/21 68/25
document **[7]** 29/11 29/20 38/17 38/21 38/24 38/25 39/4
documents **[4]** 19/4 24/5 30/15 41/19
does **[5]** 15/14 31/18 42/19 51/2 69/11
doesn't **[5]** 32/25 33/3 33/5 46/19 50/11
doing **[17]** 13/7 21/9 22/10 31/17 31/23 31/24 36/9 44/24 45/1 45/20 46/24 49/11 51/4 51/10 54/17 54/19 63/1
don't **[81]**
done **[6]** 16/23 20/18 28/16 44/8 48/1 69/15
doubled **[2]** 43/15 43/20
down **[5]** 6/2 7/7 29/23 60/19 64/11
Downey **[6]** 2/18 2/19 4/3 5/12 5/14 73/22
dozens **[1]** 25/8
Dr. **[1]** 43/8
Dr. Malvasi **[1]** 43/8
Drive **[2]** 2/6 73/6
driving **[1]** 62/23
duly **[1]** 5/7
during **[16]** 8/6 8/16 9/8 9/11 10/14 12/17 14/18 14/20 16/2 20/18 20/19 23/25 36/11 52/20 55/4 63/22
duties **[15]** 31/6 31/12 31/19 36/22 52/2 52/6

52/7 52/7 52/21 53/16 54/16 54/19 54/25 55/5 55/10
duty **[4]** 12/6 36/14 52/13 52/17

**E**

each **[2]** 51/19 63/11
earlier **[2]** 24/17 47/25
easier **[2]** 39/5 68/14
EASTERN **[1]** 1/3 1/21
easy **[1]** 69/4
edited **[1]** 67/20
education **[1]** 6/24
educational **[2]** 7/4 7/13
effect **[7]** 32/13 36/23 37/2 51/12 57/11 59/18 59/19
effort **[1]** 11/23
efforts **[1]** 23/12
either **[3]** 56/8 56/13 59/16
elapsed **[2]** 59/24 60/5
elected **[12]** 7/25 16/5 16/8 23/24 26/22 28/21 32/15 49/8 49/11 49/14 51/20 53/13
electorate **[3]** 52/10 52/20 53/16
element **[1]** 44/15
else **[19]** 19/17 28/20 31/25 37/24 42/25 52/15 58/16
else's **[1]** 59/14
email **[3]** 19/6 24/20 37/8
embarrassed **[4]** 16/23 21/8 21/18 51/14
employee **[14]** 16/6 20/14 21/13 31/8 31/9 31/10 31/10 31/11 31/12 31/16 32/2 37/21 49/12 55/19
employees **[1]** 20/19
Enclosed **[1]** 73/10
Enclosure **[1]** 73/21
end **[5]** 14/21 16/10 28/18 29/14 30/9
ending **[1]** 67/13
ends **[1]** 67/11
enforce **[1]** 12/17
enforcement **[2]** 61/7 61/10
engineer **[2]** 28/22 31/10
entered **[1]** 8/7
entire **[3]** 20/7 27/7 39/4
entitled **[1]** 1/15
entity **[1]** 49/13
entrance **[1]** 8/17
errata **[1]** 71/7
escalation **[1]** 11/23
Esquire **[5]** 2/5 2/11 2/18 2/18 73/5
established **[1]** 39/18
estate **[1]** 21/5
et **[2]** 1/11 73/8
evaluations **[1]** 41/10
even **[11]** 6/20 16/6 17/9 20/13 39/21 41/8 46/19 50/14 62/14 66/10 67/21
event **[1]** 68/12

events **[1]** 34/8
ever **[19]** 14/20 15/3 15/16 30/10 55/3 55/8 59/1 59/4 59/16
every **[2]** 7/13 49/24
everyone **[1]** 26/21
everything **[13]** 7/16 20/23 23/12 24/4 25/16 25/19 41/18 45/1 52/11 55/7 58/3 67/19 67/22
evidence **[15]** 17/22 18/3 18/7 18/12 18/18 18/21 19/6 19/15 22/16 22/22 22/23 23/8 23/13 23/16 58/5
exactly **[4]** 36/4 56/25 60/24 62/16
EXAMINATION **[4]** 4/3 4/4 5/11 65/15
examined **[1]** 5/9
example **[1]** 53/20
examples **[1]** 47/8
except **[1]** 51/21
exception **[1]** 72/5
exculpatory **[2]** 23/13 23/16
executive **[2]** 11/14 15/1
exhaustive **[1]** 23/10
exhibit **[5]** 4/13 38/18 38/20 48/19 65/13
EXHIBITS **[1]** 4/12
existing **[1]** 39/18
exists **[1]** 39/25
experience **[1]** 44/4
Expiration **[1]** 71/21
explain **[5]** 9/3 43/5 63/25 64/4 66/14
explained **[3]** 13/18 15/23 25/15
expose **[1]** 21/12
exposing **[2]** 21/8 21/18
exposure **[1]** 21/18
extended **[1]** 45/14
extent **[1]** 68/18
extremely **[2]** 21/8 49/7

**F**

face **[1]** 34/14
Facebook **[11]** 65/25 66/7 66/9 66/18 66/21 66/23 66/25 67/3 67/6 67/8 67/15
facilities **[1]** 40/3
facility **[1]** 40/7
fact **[6]** 12/8 40/1 40/1 40/6 48/2 49/22
facts **[2]** 47/4 50/16
factual **[2]** 39/25 40/1
fair **[7]** 21/4 26/3 35/25 52/19 53/2 53/14 63/12
fall **[1]** 60/19
families **[1]** 43/22
family **[2]** 55/18 55/24
fashion **[2]** 22/11 42/18
favorable **[1]** 51/9
federal **[1]** 33/22
feel **[1]** 68/8
felt **[3]** 12/23 13/5 55/8

**F**

few [3] 59/11 60/2 65/20
figure [1] 38/14
file [2] 20/11 49/13
filed [3] 5/16 20/13 20/13
finally [1] 45/4
find [2] 52/25 73/10
finding [3] 31/14 31/19 31/21
findings [1] 43/2
fine [2] 64/9 68/11
finish [2] 5/25 47/10
finished [2] 3/13 3/15
fired [1] 35/15
first [7] 5/6 7/25 39/8 39/10 43/6 58/25 59/3
Fishel [1] 2/19
fisheldowney.com [2] 2/21 2/21
fit [1] 51/20
floodgate [1] 40/20
fly [2] 46/22 48/4
folks [1] 13/24
follow [7] 19/3 28/14 33/2 33/16 46/19 49/12 61/25
follow-up [2] 33/2 33/16
followed [8] 8/22 9/1
following [3] 29/6 71/7 72/5
follows [2] 5/10 17/21
force [1] 62/23
forced [1] 37/12
foregoing [2] 71/5 71/16
form [4] 11/19 11/20 33/22 71/6
formal [1] 52/2
former [1] 5/15
forth [1] 31/24
forward [1] 65/13
forwarded [2] 28/7 42/13
found [8] 25/7 27/25 28/1 40/5 40/7 41/16 55/3 66/25
fox [1] 40/14
frame [1] 63/22
Frank [8] 2/17 21/7 46/4 57/6 57/9 57/14 60/9 61/2
Fred [1] 43/9
free [1] 37/11
FRENCHKO [40] 1/5 1/7 5/5 5/13 6/9 7/3 8/24 12/22 17/18 18/16 19/3 19/14 21/20 22/15 23/15 24/16 29/7 30/14 34/11 38/16 39/16 39/24 48/7 49/16 54/15 59/18 63/15 64/8 64/21 65/17 66/23 67/5 69/15 71/5 71/9 72/3 72/25 73/8 73/10 73/12
friends [1] 55/18
front [3] 34/12 34/17 35/1
Fuda [8] 2/17 5/16 34/14 57/21 58/12 58/16 59/17 61/2
full [3] 6/7 40/21 54/3
fully [2] 21/22 25/18
further [2] 3/8 18/14
future [1] 64/22

**G**

gap [1] 35/16
gather [1] 33/24
gave [2] 21/21 46/2
general [1] 30/22
get [16] 9/17 12/7 12/14 12/15 15/24 26/22 31/3 33/21 34/19 40/15 43/3 50/2 51/1 64/8 68/12 69/1
getting [4] 6/24 48/13 55/19 66/12
give [5] 7/13 14/8 26/22 26/23 37/8
given [3] 23/23 44/8 45/15
giving [2] 45/12 58/19
glaring [1] 51/24
go [54] 6/12 6/18 6/22 8/19 9/12 9/15 9/22 10/6 11/1 11/7 11/12 11/20 12/19 12/25 13/16 13/25 14/7 14/8 15/7 16/16 17/20 19/25 25/3 26/5 26/17 27/4 27/16 27/22 28/9 31/5 34/3 34/5 34/12 35/6 37/20 37/21 39/2 39/9 39/10 41/4 42/16 42/18 43/13 48/19 49/5 49/24 51/18 52/4 52/23 56/5 56/7 60/23 61/5 64/16
God [1] 39/13
going [41] 5/17 11/9 11/13 15/24 17/19 17/21 20/24 22/13 22/15 23/5 25/8 25/13 28/17 29/25 33/5 35/24 37/1 37/23 41/23 45/24 47/5 52/14 52/18 53/11 54/5 56/5 57/10 57/10 58/21 58/22 59/4 62/17 62/18 62/19 63/3 63/7 64/23 64/24 68/7 68/22 69/16
good [3] 25/11 28/20 51/4
got [11] 7/20 7/21 19/3 20/15 25/10 40/14 49/8 49/10 63/19 63/20 63/23
government [4] 21/5 22/7 22/19 39/19
graduate [2] 6/14 6/15
graduated [1] 6/17
great [2] 50/9 51/10
greater [1] 45/7
grievances [1] 20/21
group [1] 20/8
guarding [1] 40/14
guess [3] 33/5 44/13 50/8
guideline [1] 9/5
guys [2] 37/22 63/5

**H**

hallway [3] 60/11 60/11 62/15
hand [1] 45/19
handcuffed [1] 63/25
handcuffs [1] 62/6
handing [1] 45/14
handle [1] 69/3
handshake [2] 21/3 21/6
happen [2] 11/13 15/14
happened [9] 12/5 16/7 20/23 40/16 44/12 60/24 62/4 62/8 64/6
happening [1] 45/9
happens [3] 28/19 28/24 48/17
happy [2] 38/8 69/4
hard [3] 29/21 42/15 48/25
Harding [2] 6/17 7/10
Harold [1] 2/10
has [17] 20/7 20/11 20/23 28/22 29/16 29/18 36/13 40/2 40/10 41/11 42/25 52/15 54/20 64/20 65/1 67/20 73/13
hat [1] 21/14
have [96]
haven't [1] 59/3
having [6] 5/6 21/13 24/6 29/21 32/11 49/23
he's [4] 17/14 21/12 44/7 63/4
head [4] 53/25 68/23 68/23 69/2
hear [3] 59/16 63/22 65/17
heard [4] 23/6 26/24 57/6 58/22
hearing [1] 63/2
Helen [2] 2/18 73/22
helping [1] 20/17
henhouse [1] 40/14
her [27] 3/11 3/13 3/16 10/4 10/24 12/11 26/3 26/7 29/8 32/25 33/2 33/5 33/18 33/18 34/22 36/14 59/11 64/3 64/8 64/11 66/6 66/6 66/7 68/9 68/18 69/5 71/17
hereby [1] 71/15
herein [1] 72/3
hereto [1] 3/5
hesitate [1] 73/17
hide [4] 18/14 22/9 23/12 24/8
high [3] 6/12 6/15 7/1
highlight [1] 54/5
highway [1] 31/10
him [12] 6/22 7/13 16/24 21/1 37/8 44/9 55/25 58/8 60/5 62/11 62/17 63/10
himself [2] 51/6 51/11
hires [1] 55/18
his [16] 7/17 10/6 17/14 18/13 18/24 20/14 21/1 27/25 37/19 37/20 37/20 38/23 46/17 51/16 55/22 71/17
his/her [1] 71/17
hold [2] 37/7 59/20
holding [1] 34/15
honest [1] 26/8
hours [2] 69/12 69/17
however [3] 19/3 42/17 50/10
Howland [1] 7/9
hsudhoff [1] 2/21
huh [1] 58/14
hypothetical [1] 13/2

**I**

I'd [4] 38/7 50/14 57/19 63/10
I'll [17] 13/3 29/23 40/23 49/2 53/2 66/15 69/17
I'm [64] 5/17 6/19 6/24 7/20 8/9 8/11 8/14 8/23 10/5 10/7 13/2 13/4 15/9 16/1 17/4 17/19 17/21 19/11 19/21 21/17 22/4 22/11 22/13 22/15 23/5 23/6 23/7 23/15 27/10 28/25 29/6 29/21 29/21 30/21 31/4 31/9 31/21 33/2 33/23 37/20 37/23 40/15 42/20 45/5 45/8 46/23 47/4 47/5 50/19 52/25 54/7 57/4 57/24 63/1 64/4 64/9 66/2 66/2 66/5 66/13 68/6 68/22 68/24 69/4
I've [8] 12/13 15/23 19/3 19/3 19/16 21/1 23/6 63/5
ignored [2] 49/10 51/15
illegal [2] 22/11 22/20
immediately [1] 59/23
important [3] 12/23 26/25 28/23
improper [3] 22/20 41/2 41/20
improperly [1] 46/25
inability [1] 21/1
inaccurate [11] 38/22 48/21 52/22 53/5 53/7 53/16 54/11 54/16 54/20 55/6 55/12
inadequate [1] 43/17
inappropriate [2] 33/8 33/10
includes [1] 36/15
increases [1] 44/19
INDEX [1] 3/18
indicated [2] 37/25 41/20
individual [2] 14/21 31/15
inept [1] 21/10
information [17] 7/5 18/3 19/7 20/24 22/19 27/24 33/24 40/23 42/12 52/1 52/3 52/9 53/3 54/16 54/20 55/1 55/4
ing [1] 66/9
initially [2] 21/23 50/1
initiating [3] 39/13 39/17 48/24
inmate [10] 16/22 24/18 40/25 41/3 41/15 41/16 41/24 42/2 42/7 51/4
inmate's [1] 25/2
inmates [2] 20/25 43/22
inmates' [1] 43/22
innocent [1] 23/14
insert [3] 14/22 15/2 25/12
inspection [2] 40/3 40/5
instead [2] 42/16 43/24
instruction [1] 17/3
interacted [1] 60/12
interacting [2] 41/3 54/25
interfered [1] 34/15
interject [2] 36/11 66/5
internal [1] 49/23
interpret [1] 10/4
interpretation [1] 29/3
interrupt [11] 11/5 12/8 12/10 13/10 13/23 14/4 17/17 30/10 33/8 33/25 48/12
interrupting [2] 11/16 28/7
investigated [1] 40/7
investigation [9] 38/4 39/13 39/18 41/1 41/16 43/2 48/24 49/23 54/3
investigatory [1] 39/19
involved [2] 19/9 38/4
involvement [1] 20/4
issue [10] 9/1 14/11 14/19 15/16 38/25 39/4 39/16 41/24 45/22 64/21
issues [6] 15/5 15/11 16/2 16/4 21/25 26/20
it's [52] 7/2 10/11 10/12 10/12 10/13 10/13 13/2 13/4 13/19 13/20 13/23 15/23 20/12 20/18 22/8 22/9 23/7 23/25 26/10 26/25 28/16 29/16 30/21 31/19 32/10 32/11 32/16 33/3 33/7 33/10 33/13 36/16 36/16 36/21 37/11 40/2 42/15 44/22 45/2 45/3 46/1 48/21 48/25 49/7 53/12 58/11 60/4 67/21 67/21 67/25 69/5 69/9
item [1] 15/1
itemize [1] 49/24
items [1] 32/18
its [1] 14/19
itself [2] 27/6 38/24

**J**

jail [22] 16/22 16/22 20/25 21/12 21/15 24/13 25/5 40/2 40/12 40/13 41/8 41/17 42/8 42/22 43/14 43/18 44/5 44/5 44/16 45/7 46/11 47/14
jarring [1] 62/11
job [5] 36/14 43/24 51/4 51/10 54/17
Jodie [6] 1/16 3/10 10/8 69/15 70/12 73/20
joined [1] 8/25
joking [1] 62/10
July [24] 9/8 10/21 17/23

## J

**July... [21]** 18/5 18/19 19/10 19/19 25/22 28/8 34/9 35/11 36/8 37/4 56/5 56/7 56/13 57/4 65/3 65/23 66/19 66/22 67/4 67/9 67/16
**juncture [1]** 10/10
**just [71]** 6/22 6/24 7/6 8/23 12/10 14/8 14/15 15/2 15/3 15/23 16/1 16/11 18/1 18/15 20/3 21/23 23/24 25/16 28/15 29/7 29/18 35/1 35/19 37/22 38/13 40/8 41/14 43/3 43/8 43/10 43/14 44/13 45/5 45/8 45/14 47/13 47/21 47/25 48/18 48/19 49/19 50/2 50/9 50/11 50/24 51/6 51/9 51/10 52/14 53/19 55/16 55/24 56/2 58/11 59/2 59/7 60/7 60/8 62/4 62/8 62/13 63/4 63/20 63/23 63/25 64/19 65/20 68/8 68/9 68/13 68/16
**justice [1]** 39/20

## K

**Kent [1]** 7/21
**kind [3]** 45/18 51/9 56/3
**Klotz [14]** 10/15 10/19 11/5 11/16 13/6 14/4 14/15 20/13 32/7 32/19 34/12 34/20 36/7 36/12
**Klotz's [1]** 14/12
**knew [2]** 61/4 63/11
**know [49]** 5/13 6/4 15/15 16/13 16/23 17/18 17/24 17/25 20/22 21/4 21/7 25/25 26/7 29/8 31/22 32/24 33/3 33/7 36/13 38/6 39/7 42/3 44/12 47/5 47/11 47/19 50/12 50/21 53/23 53/25 54/11 55/17 56/2 56/6 58/10 60/2 60/4 60/7 60/8 62/16 62/20 63/11 63/19 66/7 66/10 66/10 66/11 67/21 68/22
**knowing [3]** 27/2 44/7 62/19
**knowledge [5]** 23/23 31/2 42/9 56/15 68/1
**known [1]** 26/1
**Kopp [2]** 2/5 73/5

## L

**land [2]** 53/23 53/23
**language [4]** 58/25 59/1 59/4 63/13
**last [6]** 6/5 20/21 21/9 43/23 43/25 47/23
**later [1]** 55/11
**law [3]** 34/17 61/7 61/10
**lawsuit [3]** 5/16 5/18 9/9
**lawsuits [1]** 20/20
**lead [1]** 57/22
**leaders [2]** 21/24 22/5

23/2
**leading [1]** 24/12
**learned [2]** 55/6 55/11
**least [2]** 42/11 64/13
**led [4]** 24/18 58/17 60/6 60/10
**left [2]** 32/18 35/15
**legal [2]** 19/1 23/25
**legally [1]** 44/21
**lending [1]** 27/1
**let [2]** 6/4 47/10
**Let's [4]** 39/8 39/10 64/16 68/4
**letter [66]** 10/15 10/19 10/24 11/6 11/17 12/10 12/11 13/6 13/11 14/5 14/12 14/15 14/17 14/17 14/18 14/19 14/20 14/21 14/23 16/14 17/3 17/22 24/17 24/18 26/4 26/14 26/16 27/6 27/8 27/10 28/7 29/9 29/24 30/23 32/4 32/8 32/20 36/8 36/12 36/24 37/3 37/18 37/19 38/1 38/2 38/3 41/1 41/25 47/20 48/18 49/18 50/3 50/7 50/9 50/12 50/19 50/23 50/24 51/13 53/8 54/10 61/1 61/15 64/10 64/11 73/15
**letters [3]** 14/19 30/11 36/15
**letting [1]** 12/11
**level [3]** 26/23 51/6 51/23
**light [5]** 22/12 40/17 51/9 51/15 64/21
**like [36]** 6/4 10/2 22/20 30/12 30/13 31/17 33/9 35/23 36/16 39/6 39/9 43/5 43/9 44/14 46/8 47/8 47/11 48/18 49/4 50/11 50/15 56/3 57/9 57/19 60/3 61/4 61/8 62/18 62/23 62/25 62/25 63/14 63/19 63/22 64/8 68/8
**line [3]** 39/2 39/3 72/7
**list [1]** 23/11
**listen [2]** 17/13 48/3
**litigation [1]** 24/1
**little [4]** 51/8 58/9 58/10 68/14
**live [10]** 61/17 61/20 65/25 66/7 66/9 66/18 66/21 67/4 67/8 67/15
**Live-ing [1]** 66/9
**LLP [1]** 2/19
**lodge [1]** 33/20
**long [4]** 6/5 21/21 32/19 69/6
**look [3]** 45/11 54/9 54/10
**looked [2]** 18/25 19/4
**looking [1]** 42/15
**lose [1]** 40/11
**lot [7]** 16/20 21/24 25/13 40/23 54/8 55/17 68/7
**love [1]** 51/1

## M

**made [10]** 10/11 11/25 12/9 21/2 23/18 25/1 26/11 26/15 44/2 44/3
**mail [1]** 73/13
**maintain [1]** 23/25
**Major [1]** 43/18
**make [10]** 11/23 13/21 21/22 25/18 46/20 51/18 52/16 53/12 68/13 68/21
**makes [3]** 39/5 49/17 68/19
**making [2]** 31/22 60/1
**Malvasi [1]** 43/8
**manner [3]** 33/25 60/14 65/5
**many [5]** 36/17 40/20 43/6 54/10 54/10
**marked [3]** 38/17 38/20 48/19
**Markota [2]** 2/5 73/5
**Mason [1]** 43/18
**master's [1]** 7/21
**Matt [1]** 21/13
**matter [4]** 26/9 50/11 54/4 73/16
**matters [2]** 15/5 68/13
**Mauro [11]** 2/17 21/7 46/4 55/21 57/6 57/7 58/8 58/22 59/25 60/6 61/9
**Mauro's [1]** 55/20
**may [8]** 3/5 3/9 3/11 21/20 22/25 52/8 54/16 63/25
**maybe [6]** 35/16 58/24 59/3 59/11 60/2 68/13
**mean [20]** 9/6 16/8 23/17 25/25 33/4 38/23 39/21 42/5 44/10 47/21 49/23 50/15 53/11 53/19 56/4 57/12 60/4 63/3 66/4 67/23
**means [1]** 44/22
**meant [1]** 43/16
**medical [10]** 40/9 41/8 41/17 42/8 44/15 45/7 46/11 47/14 64/24 68/7
**meeting [48]** 9/9 9/18 9/20 10/11 10/14 12/18 14/18 15/6 15/12 15/18 16/3 16/10 16/11 16/15 17/10 17/23 24/17 24/22 25/1 25/12 25/21 26/14 27/21 28/14 28/19 29/15 30/7 30/10 30/11 30/20 32/5 32/17 36/10 37/4 46/6 59/1 59/22 60/9 62/14 65/3 65/23 66/19 66/23 67/5 67/9 67/10 67/17 67/18
**meetings [14]** 8/7 9/6 9/7 13/24 17/10 29/1 34/13 34/17 35/10 36/2 56/20 59/2 61/18 63/6
**member [6]** 30/23 32/7 52/21 53/13 54/17 55/24
**members [5]** 8/6 8/15 11/16 23/1 54/25

**memory [1]** 57/20
**men [1]** 21/7
**mentioned [1]** 55/13
**message [1]** 19/6
**messages [1]** 18/13
**messaging [1]** 58/3
**met [1]** 43/18
**MICHELE [7]** 1/5 5/5 6/9 71/5 71/9 72/3 72/25
**middle [5]** 14/23 16/10 30/10 30/20 32/17
**might [2]** 26/24 54/21
**mind [3]** 27/11 56/1 56/3
**minimally [1]** 58/24
**minutes [3]** 32/23 60/2 69/6
**misrepresent [1]** 28/3
**mission [1]** 62/25
**mom [1]** 41/25
**moment [1]** 64/25
**monitor [1]** 17/10
**MONROE [17]** 1/11 2/16 5/15 11/6 11/17 14/15 16/14 17/3 17/22 18/4 18/18 19/8 19/18 22/23 24/19 28/8 73/8
**Monroe's [3]** 22/17 32/20 36/7
**month [2]** 59/9 59/11
**months [3]** 20/22 35/22 35/22
**more [13]** 5/20 8/9 8/12 12/9 12/23 13/4 22/5 23/5 30/22 31/14 45/12 47/3 48/8
**most [2]** 14/25 51/23
**mostly [1]** 23/22
**mother [6]** 24/18 25/2 25/15 25/15 25/20 26/1
**motion [5]** 10/11 11/23 11/24 11/25 12/7
**mouth [1]** 54/14
**move [4]** 48/18 61/4 61/15 65/12
**moved [1]** 17/19
**moving [1]** 12/11
**MR [6]** 4/3 4/4 4/8 5/12 46/14 65/16
**Mr. [6]** 10/1 17/16 65/1 65/6 65/8 65/12
**Mr. Betras [3]** 10/1 17/16 65/6
**Mr. Yosowitz [3]** 65/1 65/8 65/12
**Ms [1]** 73/12
**Ms. [13]** 10/15 11/5 11/16 13/6 14/4 14/12 19/22 27/11 32/7 34/12 34/20 36/12 65/17
**Ms. Algarin [2]** 19/22 27/11
**Ms. Frenchko [1]** 65/17
**Ms. Vivoda-Klotz [9]** 10/15 11/5 11/16 13/6 14/4 32/7 34/12 34/20 36/12
**Ms. Vivoda-Klotz's [1]** 14/12

**much [4]** 41/11 46/23 59/24 60/5
**multiple [3]** 6/25 6/25 57/7
**myself [1]** 64/4

## N

**name [7]** 5/13 6/7 40/4 42/7 42/23 57/17 63/9
**name's [1]** 65/19
**named [1]** 71/16
**namely [1]** 40/19
**names [1]** 42/10
**necessarily [1]** 53/17
**need [8]** 6/3 24/5 37/19 37/21 53/19 55/8 68/12 68/15
**needed [1]** 13/21
**needs [2]** 41/21 54/11
**net [1]** 44/9
**never [7]** 8/22 14/22 16/7 54/2 63/5 63/10 63/10
**new [2]** 2/20 45/16
**news [1]** 28/4
**next [1]** 68/13
**NICOLE [7]** 1/5 5/5 6/9 71/5 71/9 72/3 72/25
**Niki's [1]** 68/6
**niki frenchko [1]** 67/1
**nine [1]** 35/22
**none [2]** 36/15 63/5
**normally [1]** 28/24
**NORTHERN [2]** 1/2 1/20
**not [86]**
**Notary [7]** 1/16 3/10 5/7 71/1 71/13 71/15 71/16
**Note [2]** 19/25 34/2
**noted [2]** 71/5 72/5
**notes [2]** 20/15 70/8
**nothing [1]** 5/8
**number [3]** 5/17 18/17 73/17
**nurses [2]** 41/9 41/9

## O

**oath [1]** 5/2
**Object [1]** 33/22
**objection [35]** 8/19 9/12 9/22 10/1 10/4 11/1 11/7 11/19 11/20 12/19 12/24 13/16 13/25 14/7 14/8 15/7 16/16 19/14 19/25 25/3 26/5 26/17 27/4 27/16 27/22 28/9 33/9 33/21 34/3 35/6 41/4 44/17 52/4 52/4 52/23
**OBJECTIONS [1]** 4/7
**obligation [1]** 52/9

## O

observe [1] 59/13
observed [7] 18/3 18/18 18/21 19/16 56/8 56/10 56/25
obstacle [2] 46/24 46/24
obtain [1] 7/15
obtained [1] 7/7
obviously [2] 30/17 40/12
occasions [1] 57/7
occurred [7] 25/21 34/9 38/4 61/12 62/6 63/18 63/20
odd [5] 35/18 58/7 58/9 58/10 63/4
odds [1] 21/25
off [19] 5/1 21/10 38/13 38/15 42/17 43/24 44/11 44/18 44/21 45/19 48/6 48/13 51/5 53/11 56/6 64/10 64/16 64/18 68/17
offend [1] 23/8
office [23] 2/17 8/3 8/4 16/25 20/9 20/16 24/5 28/22 29/24 30/1 30/18 31/24 41/3 43/7 43/7 45/23 45/25 46/2 46/10 47/12 47/16 62/2 63/20
officer [3] 61/4 61/8 61/10
officers [3] 19/9 60/12 61/23
offices [1] 24/14
official [3] 32/15 49/14 53/14
official's [1] 28/22
officials [3] 16/5 16/8 23/24
often [2] 15/14 36/11
oh [2] 39/13 56/3
OHIO [11] 1/2 1/17 1/21 2/6 2/12 2/20 3/11 52/10 53/14 73/2 73/6
okay [28] 7/18 10/23 13/9 17/15 18/1 19/4 22/13 29/18 29/23 30/4 31/3 33/3 38/12 39/8 39/12 40/22 41/23 45/10 48/14 49/21 50/20 53/2 53/25 65/19 66/16 68/4 69/2 69/9
once [2] 27/15 45/4
one [21] 5/19 12/17 12/23 23/5 30/8 30/17 30/22 35/17 40/18 40/24 40/24 43/12 48/1 50/9 50/25 51/3 53/7 53/20 55/13 60/15 68/13
only [7] 7/11 21/17 32/11 44/1 44/4 44/7 57/24
open [1] 34/16
opened [1] 40/19
opening [2] 44/9 45/7
operate [1] 51/18
operated [1] 22/7
opinion [7] 22/6 22/9 24/7 26/4 26/8 26/10 26/22

## O (cont.)

opportunity [3] 38/17 58/20 65/2
order [28] 9/14 9/16 9/18 10/5 11/9 11/12 11/14 11/22 12/13 12/17 13/18 15/19 15/21 15/24 17/1 17/2 25/11 28/15 28/17 28/20 29/17 29/19 30/19 34/17 37/1 44/5 63/23 68/5
ordered [1] 18/18
organized [1] 63/14
original [1] 73/10
originals [1] 73/14
other [24] 11/10 11/16 13/24 16/4 16/8 16/24 17/19 19/8 20/8 21/7 23/1 40/17 40/20 48/20 51/22 55/20 56/8 56/23 58/4 58/15 61/2 62/18 63/11 67/23
other's [1] 51/19
others [1] 56/1
otherwise [2] 5/21 26/24
our [18] 14/24 16/6 16/25 26/22 28/25 30/20 31/17 31/17 31/24 32/14 32/17 42/15 43/12 53/6 55/17 63/5 65/5 73/11
out [25] 9/16 11/12 11/22 12/13 15/24 21/23 31/3 34/12 37/1 38/14 39/6 42/16 43/13 46/15 53/16 54/24 55/10 57/17 60/6 60/11 60/18 64/12 64/21 68/5 68/16
outcome [2] 42/5 43/3
over [13] 19/14 20/16 21/9 21/9 21/12 21/25 25/13 26/1 41/11 46/7 62/1 63/19 64/24
overall [1] 40/8
overrule [1] 13/20
overruled [4] 11/24 12/1 12/3 13/22
own [7] 49/14 49/14 49/15 62/7 62/14 68/23 71/17
owner [1] 53/21

## P

p m [1] 69/21
page [8] 4/3 4/4 4/8 4/13 66/23 66/25 67/6 72/7
pages [5] 70/6 71/5 73/11 73/14 73/14
paperwork [1] 44/1
paragraph [5] 39/8 39/9 39/9 39/11 64/5
paraphrase [3] 22/4 59/20 61/11
Pardon [1] 56/10
Parkway [1] 2/19
parliamentary [1] 9/5
part [7] 9/9 40/21 50/25 51/1 51/3 54/23 64/3
particular [7] 17/10 28/15 28/21 31/22 43/11

## P (cont.)

59/14 60/16
particularly [1] 57/3
parties [3] 3/5 18/11 68/14
pass [3] 44/11 44/21 48/6
passed [1] 44/18 54/20
passing [4] 20/14 21/10 42/16 43/24
PAUL [4] 1/11 2/16 17/3 73/8
Paula [1] 10/18
payment [1] 44/25
pending [1] 1/19
people [20] 7/4 16/11 17/12 18/9 20/8 20/11 21/11 23/14 24/6 26/24 35/21 40/9 41/9 43/10 53/18 53/21 55/20 56/20 61/15 63/21
people's [2] 27/17 52/14
perform [2] 31/11 31/15
period [3] 30/20 35/20 36/2
permit [1] 5/25
permits [1] 15/5
permitted [1] 69/12
person [14] 21/17 25/6 26/8 30/1 31/13 40/18 42/18 42/23 43/25 44/4 44/7 44/11 44/19 44/24
personal [2] 18/3 18/3
personally [2] 18/17 71/16
perspective [2] 67/23 67/24
petitions [1] 57/3
phone [16] 18/13 18/22 18/23 18/24 18/24 23/9 23/11 23/22 27/8 51/18 65/22 66/1 66/8 66/11 66/17 69/16
phrase [1] 49/25
phrases [1] 44/10
pick [1] 61/5
piece [3] 18/18 18/21 19/5
place [7] 8/6 8/15 8/25 18/10 22/25 30/16 30/22
placed [2] 32/12 62/6
Plaintiff [2] 1/8 2/4
planned [1] 58/4
platform [1] 49/15
play [2] 68/18 69/5
played [3] 18/4 19/18 22/23
please [9] 6/4 6/7 23/17 37/7 48/25 56/25 73/10 73/13 73/17
pledge [1] 67/10
point [12] 5/18 6/3 19/5 20/14 25/21 28/14 30/11 31/7 35/13 36/10 51/24 61/5
police [1] 61/22
policies [2] 24/2 37/20
policy [1] 21/25
political [6] 20/12 21/24 22/5 22/25 23/1 51/16

## P (cont.)

poor [1] 22/11
position [3] 29/8 47/1 63/16
possible [2] 67/21 67/21
posted [1] 66/21
potentially [1] 64/24
power [2] 62/7 68/9
preaward [2] 48/5 48/10
premise [1] 54/13
preparing [1] 21/15
present [4] 8/8 8/17 35/10 36/3
presentation [4] 39/12 39/17 48/23 49/7
presented [2] 32/1 52/12
preserved [2] 20/15 24/6
president [4] 10/13 12/1 13/11 13/19
pretty [1] 21/21
prior [6] 11/16 25/24 39/12 39/17 48/23 63/9
probably [8] 19/14 30/22 35/18 39/5 40/17 47/25 66/2 67/14
problem [3] 14/14 27/17 37/22
problems [4] 25/8 25/13 40/6 40/13
procedural [1] 39/20
procedure [3] 1/18 43/12 73/15
proceeding [3] 9/20 23/25 65/4
proceedings [1] 70/7
process [9] 40/11 43/4 45/16 45/21 46/10 46/15 46/17 47/13 47/19
procured [2] 47/21 48/1
procurement [5] 45/15 45/16 45/20 47/19 47/22
Professional [1] 70/13
promotion [1] 55/19
prompted [2] 42/14 42/16
proper [7] 12/14 41/7 41/10 41/17 45/1 45/15 45/20
property [2] 21/4 53/22
prosecutor's [6] 45/23 45/25 46/1 46/10 47/12 47/16
prospective [1] 46/21
protect [1] 51/19
protective [1] 68/5
protocol [1] 39/19
provided [3] 39/23 39/24 40/23
providing [3] 18/16 48/22 55/1
public [27] 1/16 3/10 5/7 7/24 14/22 25/9 26/9 26/11 34/23 39/16 46/6 48/23 49/6 49/9 52/1 52/16 52/16 53/3 54/11 54/17 54/25 55/16 56/20 63/6 71/13 71/15
publicity [1] 16/20
publicly [2] 27/18 49/22

## P (cont.)

pulled [3] 27/8 60/18 62/9
purpose [1] 17/7
purposes [2] 5/21 9/19
pursuant [3] 1/15 1/18 73/15
put [8] 7/7 7/16 17/7 28/3 38/10 44/10 50/4 54/14
putting [1] 21/14

## Q

qualifications [6] 43/13 43/24 44/3 44/20 45/2 45/17
question [32] 5/20 5/22 6/1 6/5 6/21 7/12 7/17 10/6 10/7 10/18 10/20 12/3 12/21 13/1 17/14 17/20 21/22 23/7 25/22 27/10 28/6 29/5 30/21 33/16 34/4 36/18 37/14 47/3 52/25 54/8 66/15 68/10
question's [1] 41/23
questioning [1] 65/10
questions [8] 5/17 5/19 10/1 38/7 38/8 65/20 68/7 73/17
quite [1] 33/23
quote [2] 51/5 51/8
quoted [1] 51/3

## R

radar [2] 46/23 48/4
raise [2] 26/13 26/20
raised [1] 26/13
ranking [2] 46/20 46/21
Rd [1] 73/1
RE [1] 73/8
read [73] 3/15 9/16 10/8 10/9 10/24 11/5 12/11 13/6 14/18 14/20 14/21 16/6 16/8 16/9 16/14 17/23 19/22 19/24 24/16 24/20 24/21 24/25 25/9 25/11 25/17 25/20 26/4 27/13 27/20 28/13 28/18 28/21 28/24 29/12 29/14 29/20 29/25 29/25 30/6 30/11 30/15 30/18 30/20 31/25 32/2 32/4 32/8 32/15 32/19 34/5 34/6 36/7 36/24 38/8 38/17 41/19 41/19 49/19 49/22 50/4 50/8 50/12 50/22 52/12 52/13 52/15 53/8 69/19 71/5 71/5 72/3 72/4 73/12
reading [17] 10/15 10/19 11/17 12/10 13/10 14/4 14/23 25/24 27/12 28/7 29/8 30/23 36/10 36/12 36/15 39/25 41/25
reads [1] 14/20
real [1] 21/15
really [8] 13/2 22/2 31/13 38/9 51/2 57/19 60/3 62/19

**R**

**Realtime** [1] 70/13
**reason** [5] 19/19 38/3 40/25 43/19 72/7
**reasons** [3] 46/8 53/7 71/6
**rebid** [1] 48/11
**recall** [5] 32/22 35/17 36/1 47/20 55/7
**receipt** [1] 75/15
**receive** [4] 37/3 41/16 42/7 46/13
**received** [1] 73/14
**receives** [1] 42/24
**recently** [2] 17/6 43/14
**recognize** [1] 24/4
**recollection** [8] 16/8 23/10 37/7 51/13 59/10 59/21 59/25 67/12
**recommendations** [1] 46/2
**recommended** [1] 46/2
**reconvene** [1] 64/22
**record** [42] 5/1 5/21 6/2 6/8 7/8 10/9 10/16 10/19 14/16 19/17 19/24 24/2 24/17 24/22 24/25 25/20 27/13 27/20 29/12 29/14 29/25 30/1 30/7 30/11 30/15 30/18 30/24 32/8 34/6 34/13 34/15 36/8 36/15 38/13 38/15 39/15 48/16 55/9 64/16 64/18 64/19 65/22
**recorded** [2] 66/7 68/25
**recording** [8] 34/22 66/18 66/21 67/3 67/4 67/8 67/16 67/23
**records** [15] 18/22 18/23 18/24 18/25 18/25 20/15 23/9 23/11 23/22 24/2 27/8 64/24 66/8 66/11 68/8
**refamiliarize** [1] 50/5
**referenced** [3] 41/1 43/4 47/13
**referring** [3] 24/9 36/20 66/9
**reflected** [1] 65/5
**regarding** [12] 5/18 22/7 22/19 25/1 42/21 43/2 46/10 46/14 47/12 52/1 55/9 63/17
**Registered** [1] 70/13
**regret** [1] 28/6
**regular** [1] 48/17
**regularly** [1] 17/9
**rejected** [1] 48/11
**related** [5] 9/17 16/21 21/3 47/17 56/20
**relates** [2] 46/20 46/21
**remember** [32] 19/11 23/21 24/10 32/21 33/1 33/4 33/6 33/17 33/19 35/12 35/19 35/20 36/4 36/5 36/17 40/4 41/18 42/3 42/5 42/23 51/2 51/3 60/3 60/4 60/5 61/3 62/11

62/16 62/17 63/21 67/13 67/14
**remind** [1] 11/21
**remorse** [1] 62/24
**remote** [2] 5/2 5/2
**remotely** [1] 3/6
**removed** [3] 57/8 59/22 60/9
**renew** [2] 44/22 45/17
**renewal** [1] 43/10
**renewed** [5] 43/8 43/9 44/22 46/3 46/4
**renewing** [5] 27/15 44/24 45/6 45/10 45/13
**repeat** [2] 10/7 19/21
**repeated** [1] 52/12
**rephrase** [1] 66/15
**reported** [3] 31/20 40/18 43/22
**reporter** [3] 6/1 70/13 70/13
**REPORTER'S** [1] 70/2
**reporting** [2] 5/3 73/1
**represent** [2] 5/14 65/20
**representations** [1] 38/23
**representative** [6] 28/18 28/21 28/23 29/13 30/7 31/18
**representatives** [1] 16/9
**represented** [2] 19/13 19/15
**reputations** [1] 51/19
**request** [9] 6/6 23/18 35/9 43/13 43/23 44/3 44/20 45/1 45/16
**requested** [6] 10/9 19/24 24/11 24/11 27/13 34/6
**requests** [1] 40/11
**required** [2] 23/25 49/12
**requirement** [2] 44/2 44/4
**requires** [1] 45/16
**requisite** [1] 44/6
**reschedule** [2] 68/6 68/11
**rescind** [1] 47/23
**research** [1] 25/7
**resolution** [1] 46/19
**resolutions** [1] 46/20
**respect** [12] 22/16 29/19 30/5 30/23 37/14 38/5 41/24 42/1 47/13 53/12 60/17 64/23
**respectful** [2] 60/13 60/16
**respective** [1] 71/6
**respond** [1] 6/1
**responding** [2] 61/1 61/14
**response** [5] 18/2 18/17 19/2 42/1 53/10
**responses** [1] 41/21
**responsibilities** [1] 53/4
**responsibility** [1] 51/25
**rest** [3] 11/11 51/5 51/11
**result** [3] 40/18 41/13 43/14
**retained** [1] 44/15
**retention** [2] 24/2 24/2

**revealed** [1] 24/8
**reviewed** [1] 59/6
**reviewing** [4] 17/24 56/19 56/21 56/24
**revised** [2] 17/1 17/4
**Riepenhoff** [1] 2/19
**rig** [1] 42/17
**rigged** [2] 43/4 44/14
**right** [12] 16/3 34/2 50/13 51/24 52/13 52/15 60/9 62/2 62/3 64/12 67/14 69/5
**road** [2] 17/11 63/4
**Robert** [1] 2/10
**Robert's** [8] 8/21 8/24 9/4 9/10 9/21 10/1 10/4 29/16
**role** [5] 18/4 19/18 22/17 22/23 54/24
**roll** [1] 36/16
**room** [7] 58/8 58/9 60/6 61/16 63/23 62/3 67/24
**Ross** [3] 2/10 62/23 65/20
**rug** [2] 40/15 51/19
**rule** [14] 12/17 12/20 12/22 12/23 13/10 29/2 29/9 29/10 29/11 29/16 30/16 30/22 31/14 31/14
**rules** [17] 1/18 8/5 8/14 8/21 8/24 9/1 9/4 9/6 9/10 9/21 10/1 10/5 12/14 13/6 30/19 33/22 73/15
**run** [2] 28/25 29/1
**running** [2] 9/5 16/21

**S**

**safeguards** [1] 39/20
**said** [31] 6/7 20/3 21/4 21/17 22/3 29/17 33/5 33/17 37/19 43/15 44/1 46/1 51/11 55/9 55/11 56/4 57/15 58/19 59/21 60/6 60/7 60/7 60/8 60/8 60/10 61/9 62/15 62/16 62/21 63/21 70/8
**salutatorily** [1] 36/24
**same** [7] 19/4 42/18 43/25 44/11 44/18 44/24 72/4
**satisfied** [1] 37/17
**satisfy** [1] 25/23
**saw** [5] 57/6 58/6 58/7 58/8 59/11
**say** [23] 13/3 17/25 21/12 22/8 26/3 28/4 28/4 28/5 28/5 28/5 29/5 31/8 35/25 37/23 50/13 52/19 53/2 53/11 53/14 56/24 58/6 63/12 66/5
**saying** [14] 11/21 23/10 44/14 45/8 48/22 51/4 54/1 54/15 55/20 57/10 57/11 59/8 60/5 62/17
**schedule** [1] 65/12
**schedules** [1] 24/3
**schemes** [1] 20/21
**school** [4] 6/13 6/16 7/6 7/9

**schools** [1] 7/1
**screen** [2] 38/11 50/4
**scroll** [2] 50/14 51/1
**search** [1] 57/19
**seat** [3] 31/3 35/2 49/15
**second** [3] 14/8 38/14 64/17
**secretary** [1] 31/17
**section** [1] 25/10
**see** [4] 49/1 49/3 51/23 68/10
**seek** [3] 56/9 56/11 56/14
**seem** [1] 61/3
**seen** [4] 34/8 59/2 63/5 63/10
**segregation** [3] 31/6 31/12 31/19
**send** [3] 16/9 68/16 69/14
**sends** [1] 28/23
**sense** [3] 12/9 49/17 68/19
**sent** [8] 20/11 24/19 37/5 37/8 42/4 42/25 47/15 47/16
**sentence** [2] 39/16 49/25
**separate** [1] 49/14
**September** [5] 1/17 3/6 72/4 73/3 73/10
**seriously** [1] 49/24
**served** [1] 56/14
**services** [3] 43/20 44/16 73/1
**session** [2] 11/14 15/1
**set** [1] 17/8
**setting** [2] 22/22 22/24
**seven** [1] 69/12
**several** [1] 58/21
**Seville** [2] 2/6 73/6
**shady** [1] 45/3
**share** [10] 7/6 26/25 48/20 52/1 52/9 52/13 52/17 52/20 53/3 53/15 55/3
**shared** [3] 50/9 54/21 55/3
**sharing** [5] 27/17 47/2 47/6 48/15 53/6
**she** [21] 10/17 10/22 11/5 13/7 14/4 20/13 25/15 32/25 33/3 33/5 33/5 33/17 36/13 64/6 64/7 66/6 66/9 68/9 68/21 68/24 68/25
**she's** [5] 10/5 26/7 66/5 66/9 68/10
**sheet** [1] 71/7
**sheriff** [32] 2/16 5/15 11/6 11/17 14/15 16/14 16/21 17/22 18/4 18/9 18/13 18/18 19/8 19/18 20/11 20/14 21/6 22/17 22/23 23/1 24/14 24/19 27/9 28/8 28/16 31/8 32/4 32/20 36/7 49/12 51/4 51/10
**sheriff's** [3] 2/17 20/16 28/1 28/18 29/24 30/18 37/18 38/4 41/2 41/25 51/7 62/2 63/20

**sheriffs** [1] 58/4
**shocking** [1] 62/10
**shorthand** [1] 3/9
**shouldn't** [2] 37/13 53/24
**show** [2] 10/3 63/6
**shown** [1] 70/8
**shows** [1] 51/2
**sign** [3] 3/15 21/16 73/12
**signals** [1] 58/2
**signature** [3] 3/13 69/20 73/15
**signed** [5] 53/21 53/24 71/16 73/13 73/14
**silence** [1] 51/22
**simply** [2] 22/6 50/18
**since** [7] 8/4 8/25 9/15 12/13 20/22 51/20 55/6
**Sincerely** [1] 73/18
**single** [1] 49/24
**sir** [1] 46/8
**sit** [4] 16/13 26/12 40/24 42/6
**sits** [1] 34/24
**sitting** [3] 17/5 34/23 63/8
**situation** [1] 13/19
**six** [1] 20/22
**snippet** [3] 27/7 51/8 51/11
**snippets** [1] 28/2
**so** [89]
**social** [2] 7/20 7/23
**soliloquy** [1] 33/21
**some** [11] 17/19 22/5 41/12 41/19 43/16 44/14 47/17 53/22 61/5 61/6 62/24
**somehow** [1] 19/9
**someone** [8] 32/11 35/21 42/13 42/24 45/15 45/20 48/5 55/24
**someone's** [1] 40/19
**something** [36] 9/16 15/2 20/12 23/13 24/8 27/7 28/22 30/6 31/7 31/15 31/18 31/25 32/13 32/15 34/16 35/15 35/23 37/1 38/1 40/3 46/18 47/15 47/16 47/22 51/12 52/15 55/9 55/11 55/21 57/9 57/11 61/8 61/9 62/15 63/2 68/17
**sometimes** [6] 10/12 10/12 10/12 10/13 53/18 54/20
**somewhere** [1] 42/12
**sorry** [22] 6/19 7/21 8/9 8/11 10/7 13/2 15/9 17/4 19/12 19/21 23/13 27/10 28/25 29/21 31/4 42/20 45/5 47/4 52/25 57/24 66/2 66/13
**sort** [3] 17/19 44/14 50/6
**sound** [1] 39/19
**speaking** [3] 9/6 13/24 17/18
**specific** [15] 19/5 22/16 24/9 36/16 38/5 39/6

**S**

**specific...** [9]  40/25 41/15 41/24 42/2 42/7 47/3 47/8 53/12 57/21
**specifically** [9]  8/13 10/14 36/1 38/2 56/8 57/13 57/15 63/18 63/21
**specifics** [1]  19/11
**speculate** [3]  33/18 35/19 38/9
**speculation** [1]  12/25
**spoke** [3]  25/5 26/1 26/7
**spoken** [1]  43/1
**staff** [5]  18/8 20/17 41/8 41/8 43/17
**stand** [4]  34/12 34/25 60/21 62/11
**stands** [1]  39/6
**start** [4]  39/8 39/10 39/21 42/15
**started** [5]  17/20 21/23 59/4 61/5 67/13
**starting** [2]  61/4 61/15
**starts** [1]  67/9
**state** [20]  1/17 3/10 6/7 7/10 7/19 7/21 22/5 31/14 31/20 40/4 40/7 40/18 40/21 41/20 42/4 42/15 42/21 43/1 50/18 71/15
**statement** [11]  19/20 19/21 20/2 20/6 23/17 27/24 27/25 28/1 54/22 55/2 60/1
**statements** [3]  33/8 52/16 71/16
**STATES** [2]  1/1 1/20
**stating** [1]  21/24
**statute** [7]  17/4 36/14 36/19 56/21 59/5 59/8 59/13
**statutorily** [1]  36/13
**stenotype** [1]  70/8
**sticking** [1]  31/7
**still** [10]  11/9 11/10 11/14 32/10 32/11 32/17 42/18 44/8 44/11 67/5
**stipulate** [1]  68/15
**stipulated** [3]  3/4 3/8 69/7
**stipulation** [4]  5/1 68/17 69/4 69/14
**STIPULATIONS** [1]  2/22
**stop** [3]  53/8 64/25 65/10
**stopped** [2]  35/13 35/21
**stopping** [1]  64/20
**story** [2]  27/8 28/4
**stream** [1]  61/17
**streaming** [1]  61/20
**street** [1]  62/7
**stuff** [2]  17/19 68/8
**substance** [1]  71/6
**substantiated** [2]  40/8 40/21
**such** [5]  21/5 39/16 40/6 49/6 54/7
**sudden** [1]  35/23
**Sudhoff** [2]  2/18 73/22

**suggest** [3]  18/4 19/8 54/1
**suggested** [1]  37/21
**suggesting** [1]  39/25
**suggestive** [1]  24/7
**suggests** [1]  51/6
**Suite** [3]  2/12 2/19 73/1
**Sunshine** [1]  24/4
**supposed** [2]  9/15 21/16
**suppress** [3]  23/12 23/13 23/16
**sure** [8]  10/5 21/22 23/6 25/18 31/22 36/21 53/12 68/21
**surprising** [1]  17/11
**surrounding** [1]  53/22
**sweep** [1]  51/18
**swept** [1]  40/15
**swore** [1]  71/16
**sworn** [3]  5/7 8/2 8/4
**system** [1]  41/11

**T**

**take** [13]  6/2 6/3 9/1 32/19 38/25 39/4 39/16 45/22 50/2 51/8 64/8 64/11 69/11
**taken** [10]  1/15 3/5 3/9 62/1 62/14 70/7 70/8 70/9 72/3 73/10
**taking** [3]  18/10 41/12 41/22
**talk** [4]  25/6 49/9 61/7 69/17
**talked** [4]  25/14 25/15 25/19 55/22
**talking** [4]  50/15 57/2 57/4 57/7
**tangent** [2]  48/13 56/6
**technology** [1]  66/10
**Teetor** [1]  2/11
**tell** [15]  6/22 15/21 23/17 42/6 55/15 56/17 56/25 60/24 62/4 62/8 62/12 62/12 63/1 63/23 66/12
**ten** [1]  35/22
**term** [2]  20/22 44/14
**terms** [4]  21/9 44/23 44/25 45/18
**testified** [3]  5/9 29/24 30/4
**testify** [2]  5/7 66/6
**testimony** [14]  8/24 13/5 19/7 19/17 22/14 22/18 22/21 58/12 63/17 70/7 70/9 71/5 71/6 72/3
**tettorlaw.com** [1]  2/13
**text** [2]  18/12 58/3
**texting** [2]  58/8 58/8
**than** [5]  12/10 12/23 25/21 48/8 58/15
**thank** [6]  17/16 40/22 56/1 65/14 69/14 73/16
**thankful** [1]  40/15
**their** [14]  7/4 16/6 21/9 23/11 23/12 31/16 32/2 43/2 43/2 43/11 49/13 51/23 54/17 71/6

**them** [20]  11/21 23/21 26/10 35/13 40/24 42/11 42/16 43/12 44/5 44/6 46/24 47/24 48/2 49/9 50/10 55/1 56/10 58/6 63/6 71/5
**themselves** [2]  16/9 51/9
**theory** [1]  32/9
**there's** [19]  14/24 14/24 19/15 21/5 31/9 31/10 39/5 39/14 41/15 42/24 44/14 50/2 50/8 50/12 50/25 54/3 54/10 67/23 68/7
**these** [2]  37/22 63/5
**they're** [13]  8/22 13/24 20/12 21/17 27/14 40/12 40/12 41/12 45/12 45/12 45/13 45/13 69/12
**they've** [2]  21/8 22/10 59/1 59/3
**thing** [4]  21/5 31/12 45/18 51/17
**things** [31]  11/10 11/13 16/6 16/9 16/9 21/19 22/10 22/12 23/19 23/20 23/22 24/6 25/10 26/21 36/17 40/12 40/15 46/3 46/24 47/18 47/23 48/1 48/4 49/8 49/9 51/14 54/4 54/5 54/9 54/11 67/24
**think** [32]  21/23 22/2 29/23 30/4 33/23 40/2 40/22 48/13 48/20 53/6 53/17 54/7 54/14 58/2 59/9 61/5 61/24 62/22 62/22 63/3 63/4 63/24 66/5 66/8 67/2 67/21 68/17 68/20 68/21 69/7 69/15 69/16
**thinks** [1]  28/23
**those** [13]  9/1 19/9 21/19 22/12 23/19 23/20 24/1 24/6 24/14 27/2 46/7 47/4 58/2
**though** [1]  42/11
**thought** [4]  35/18 53/25 58/9 62/10
**thoughts** [4]  47/2 47/6 63/18 64/8
**threatening** [1]  20/11
**three** [1]  58/25
**through** [7]  39/2 39/18 48/20 49/24 53/4 68/9 69/13
**tie** [1]  68/17
**time** [28]  3/6 8/16 13/6 20/14 23/5 25/21 28/14 29/22 35/13 35/18 35/20 43/23 43/25 50/22 55/13 55/15 58/2 59/1 59/3 59/24 60/10 60/25 61/12 62/5 63/22 70/8 73/16
**times** [7]  14/2 15/4 15/10 16/1 36/17 58/21 58/24
**timing** [1]  56/25
**today** [13]  5/17 5/23

**them** (cont.)
**16**/13 26/12 40/24 42/6 58/12 63/17 64/20 65/11 65/22 68/19 69/16
**together** [3]  17/7 20/10 64/9
**told** [7]  21/2 21/23 41/9 45/9 47/24 48/3 62/11
**ton** [1]  40/13
**took** [8]  8/2 27/6 28/2 43/7 43/7 45/24 62/13 62/15
**top** [2]  61/7 61/10
**topic** [1]  61/6
**topics** [1]  18/17
**totality** [1]  57/25
**Totally** [1]  68/2
**track** [4]  9/18 12/7 12/15 15/25
**trained** [1]  24/3
**training** [1]  12/14
**transcribed** [1]  3/11
**transcript** [8]  3/13 3/15 70/5 70/6 72/3 72/4 73/12 73/13
**transcription** [2]  3/12 73/1
**transferred** [1]  25/6
**transparency** [1]  26/23
**transported** [1]  62/8
**treat** [1]  60/13
**treatment** [2]  40/10 41/6 41/21
**tried** [3]  28/2 50/5 64/13
**true** [5]  27/3 67/17 70/6 71/17 72/4
**Trumbull** [37]  2/16 2/16 2/16 8/1 8/5 8/16 15/4 15/17 21/3 21/25 22/6 23/2 29/13 30/6 30/16 41/2 42/8 42/19 42/22 45/19 45/22 45/25 46/1 46/9 47/12 52/10 53/14 55/5 55/10 55/18 61/8 62/1 65/23 66/18 66/22 67/4 67/16
**trusted** [1]  26/3
**truth** [4]  5/8 5/8 5/9 71/16
**try** [9]  8/22 13/3 17/1 29/23 51/8 51/22 53/2 53/6 66/14
**trying** [9]  9/16 9/17 12/13 12/15 15/24 24/7 48/6 66/5 66/6
**turned** [3]  18/13 34/13 35/24
**two** [5]  24/12 32/22 47/23 58/24 69/17
**type** [1]  12/7
**typed** [1]  19/7
**typically** [2]  7/3 51/15

**U**

**Uh** [1]  58/14
**Uh-huh** [1]  58/14
**ultimately** [3]  24/18 27/20 35/15
**unable** [1]  54/7

**uncovered** [1]  41/1
**uncovering** [1]  41/1
**under** [10]  9/21 32/9 32/22 40/15 46/23 48/4 51/19 62/6 62/13 63/7
**understand** [28]  5/19 7/1 13/1 15/3 15/22 18/1 18/15 19/5 21/22 22/14 22/17 23/16 25/18 25/19 29/4 29/18 30/13 37/25 41/14 45/6 47/1 50/6 58/11 59/7 61/17 63/16 63/24 68/2
**understanding** [7]  9/4 23/24 29/22 38/1 61/25 65/11 73/11
**understood** [1]  5/22
**uninterrupted** [1]  10/25
**UNITED** [2]  1/1 1/20
**University** [3]  7/11 7/19 7/21
**unlawful** [3]  45/3 45/6 45/9
**unless** [1]  54/3
**until** [1]  25/9
**up** [31]  13/19 13/20 17/8 19/3 19/7 24/12 29/6 33/2 33/16 34/12 34/25 35/24 40/19 42/17 44/9 45/4 45/7 46/7 49/8 51/1 53/19 54/2 54/4 60/10 60/21 61/16 62/12 63/6 63/9 63/23 65/11
**us** [8]  6/4 12/15 18/16 37/5 39/5 43/12 51/6 51/12
**use** [5]  3/11 44/13 48/24 58/25 66/1
**used** [9]  1/17 17/1 17/5 22/20 59/1 65/22 65/25 66/17 67/25
**using** [1]  58/23
**Usually** [1]  59/2
**utter** [3]  36/6 36/23 59/17
**uttered** [4]  36/25 57/21 58/12 58/16
**uttering** [1]  58/15

**V**

**various** [1]  21/25
**vendor** [1]  21/14
**verify** [1]  24/24
**verifying** [1]  26/15
**versed** [1]  24/3
**versus** [1]  50/16
**very** [11]  20/12 20/23 21/10 21/12 22/10 31/21 36/16 40/15 53/18 62/25 66/13
**vet** [1]  27/19
**via** [1]  3/6
**video** [14]  24/13 34/8 34/18 65/2 65/13 65/21 65/25 66/2 66/17 67/19 68/15 68/16 69/5 69/14
**videos** [5]  23/22 24/9 24/10 24/11 24/15

**V**

**view [4]** 2/12 50/18 50/21 50/23
**views [1]** 50/6
**violate [3]** 12/16 12/22 31/13
**violated [2]** 30/19 34/14
**violates [1]** 34/16
**violating [1]** 12/20
**violation [2]** 13/5 13/9
**Vivoda [13]** 10/15 11/5 11/16 13/6 14/4 14/12 14/15 32/7 32/19 34/12 34/20 36/7 36/12
**Vivoda-Klotz [3]** 14/15 32/19 36/7
**voice [2]** 26/23 49/14
**voicemail [1]** 19/6
**VS [2]** 1/9 73/8

**W**

**wait [2]** 11/20 31/4
**waived [3]** 3/14 69/20 73/15
**walk [4]** 35/1 35/1 62/6 62/7
**Walton [1]** 2/19
**want [30]** 6/20 17/13 19/4 21/22 22/9 24/8 25/18 28/5 28/5 29/7 37/23 38/7 38/9 39/2 39/21 45/5 46/22 46/22 48/4 48/12 49/23 50/10 53/3 53/12 54/14 56/6 68/14 68/16 69/1 69/19
**wanted [8]** 30/6 32/1 37/9 47/17 50/1 53/8 61/6 68/20
**wants [1]** 68/9
**Warren [2]** 6/17 7/10
**wasn't [10]** 11/22 15/18 25/16 28/13 36/9 53/21 55/22 55/24 66/2 66/13
**waterline [1]** 53/20
**way [11]** 13/3 17/20 21/10 22/10 25/9 25/12 32/11 33/22 34/16 49/17 68/21
**ways [2]** 50/6 51/22
**we'll [9]** 6/4 7/4 38/10 65/21 68/5 68/6 68/13 69/13 69/14
**we're [7]** 17/24 48/13 56/5 64/10 68/11 69/15 69/16
**we've [4]** 31/21 48/19 56/6 64/21
**week [4]** 24/12 47/21 47/23 47/24
**weeks [2]** 59/12 63/8
**well-established [1]** 39/18
**went [11]** 6/22 6/25 7/6 7/9 7/10 7/14 7/19 7/20 34/17 63/24 64/7
**were [63]** 7/25 9/14 9/16 11/9 11/9 11/13 11/22 12/3 16/24 17/11 17/18

18/9 21/13 22/18 23/19 23/22 23/23 24/7 25/8 25/13 27/3 32/17 34/22 35/24 40/6 40/6 40/7 40/16 40/18 40/20 41/7 41/9 41/20 43/15 43/21 44/23 45/10 46/16 47/25 48/1 55/15 56/12 56/19 56/21 56/24 57/5 58/2 58/18 59/5 60/13 61/1 61/13 61/15 61/20 61/23 62/1 62/5 62/7 62/10 63/4 63/7 63/9 66/12
**weren't [1]** 36/3
**Westfall [1]** 2/11
**what [91]**
**What's [1]** 29/10
**whatever [4]** 7/14 52/8 54/12 60/7
**whenever [1]** 61/15
**WHEREUPON [2]** 5/4 38/20
**whether [18]** 8/14 9/1 9/20 16/13 19/6 19/16 20/20 22/16 26/21 27/3 29/8 30/14 30/15 32/22 47/11 50/2 53/23 54/12
**which [11]** 18/23 25/9 38/17 40/19 43/12 43/16 52/6 53/7 62/21 63/16 68/12
**while [4]** 14/4 36/6 38/14 61/14
**white [2]** 53/18 54/8
**who [23]** 9/19 14/21 18/9 20/9 21/15 21/17 26/1 26/24 29/19 40/9 41/9 42/7 42/20 42/24 42/25 43/10 44/15 53/21 55/19 55/19 55/24 56/21 57/13
**who's [4]** 16/5 43/18 54/17 56/22
**whole [3]** 5/8 27/8 51/13
**wholly [1]** 39/22
**whom [1]** 46/9
**will [11]** 3/14 5/21 27/20 38/17 50/18 65/1 65/10 65/11 65/12 73/11 73/15
**wish [3]** 17/17 52/19 53/15
**within [3]** 3/10 49/13 73/14
**without [11]** 26/14 27/2 27/7 44/23 44/25 45/1 45/7 45/15 45/20 49/22 62/13
**witness [6]** 3/15 5/6 19/8 33/15 71/16 72/3
**witness's [1]** 3/12
**Wix [8]** 2/10 57/23 58/13 60/10 62/22 62/22 62/25 65/20
**word [3]** 57/24 58/13 58/15
**words [10]** 22/20 36/6 36/23 36/25 54/14 57/21 58/23 59/17 59/18 59/19
**work [8]** 7/20 7/23 20/18

31/11 31/23 31/24 33/22 68/5
**worked [2]** 19/1 63/6
**working [3]** 20/9 20/19 33/23
**wouldn't [4]** 22/8 26/8 26/9 33/25
**writing [2]** 40/12 47/11
**written [2]** 19/16 46/13
**wrong [5]** 41/11 44/21 45/2 47/22 48/1
**www.facebook.com [1]** 67/1
**www.facebook.com/niki.f renchko [1]** 67/1

**Y**

**yeah [26]** 6/15 6/24 11/18 20/2 21/19 24/21 37/5 37/16 38/10 38/19 39/13 40/1 46/4 46/6 48/17 50/13 56/4 57/4 57/6 58/1 58/18 60/22 61/14 61/19 64/2 68/20
**year [7]** 6/16 35/16 35/17 35/23 44/19 44/19 47/25
**years [1]** 43/6
**yellow [1]** 48/25
**Yosowitz [8]** 2/11 4/4 65/1 65/8 65/12 65/16 65/19 73/23
**you're [15]** 10/4 29/22 31/8 31/8 33/5 33/18 34/1 50/15 54/1 54/1 54/15 56/3 64/11 66/6 67/14
**you've [7]** 8/4 8/17 8/25 37/25 40/14 56/17 59/2
**Youngstown [5]** 2/6 7/10 7/19 73/2 73/6
**yourself [10]** 17/21 18/2 25/22 25/23 37/3 37/17 49/19 50/5 53/13 53/15

**Z**

**Zoom [1]** 3/7