1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF OHIO

3                      EASTERN DIVISION

4                         - - -

5    Niki Frenchko,                :
                                    :
6              Plaintiff,           :
                                    :
7         vs.                       : Case No. 4:23-cv-781
                                    :
8    Paul Monroe, et al.,           :
                                    :
9              Defendants.          :

10                        - - -

11

   **VIDEOCONFERENCE DEPOSITION OF MICHELE NICOLE FRENCHKO**

12

13      Deposition taken in the above-titled cause, pursuant
   to Agreement before Connie M. Willman, RPR, RMR, a
14   Notary Public for the State of Ohio, on Wednesday,
   October 11, 2023, at 11:10 a.m. to be used pursuant to
15   the Rules of Federal Civil Procedure or by agreement of
   counsel in the aforesaid cause of action, pending in the
16   United States District Court for the Northern District
   of Ohio, Eastern Division.
17                        - - -

18                      VOLUME II

19                        - - -

20

21

22

23

24

```
 1                    A P P E A R A N C E S

 2

    APPEARING ON BEHALF OF THE PLAINTIFF:
 3
       David J. Betras, Esq.
 4     Betras, Kopp & Markota
       6630 Seville Drive
 5     Youngstown, Ohio  44406

 6  APPEARING ON BEHALF OF DEFENDANTS SHERIFF PAUL MONROE,
    TRUMBULL COUNTY, TRUMBULL COUNTY BOARD OF COMMISSIONERS,
 7  TRUMBULL COUNTY SHERIFF'S OFFICE, MAURO CANTALAMESSA,
    AND FRANK FUDA:
 8
       Daniel T. Downey, Esq.
 9     Helen K. Sudhoff, Esq.
       Fishel, Downey, Albrecht & Riepenhoff, LLP
10     7775 Walton Parkway, Suite 200
       New Albany, Ohio 43054
11
    APPEARING ON BEHALF OF DEFENDANTS HAROLD WIX AND ROBERT
12  ROSS:

13     Andrew N. Yosowitz, Esq.
       Teetor Westfall
14     200 East Campus View Boulevard, Suite 200
       Columbus, Ohio  43235
15
    ALSO PRESENT:
16
       Sergeant Wix
17     Sergeant Ross
                                - - -
18

19

20

21

22

23

24
```

```
 1                    Wednesday Morning Session,

 2                    October 11, 2023.

 3                         - - -

 4              S T I P U L A T I O N S

 5                         - - -

 6         It is stipulated by and between counsel for the

 7    respective parties that the deposition of Michele Nicole

 8    Frenchko, Plaintiff herein, called by the Defendants

 9    under the applicable Rules of Federal Civil Court

10    Procedure may be taken at this time by the notary

11    pursuant to notice and stipulations of counsel; that

12    said deposition may be reduced to writing in stenotypy

13    by the notary, whose notes may thereafter be transcribed

14    out of the presence of the witness; that proof of the

15    official character and qualification of the notary is

16    waived.

17                         - - -

18

19

20

21

22

23

24
```



1                    INDEX TO EXHIBITS

2                         - - -

3   DEFENDANT'S EXHIBITS                    IDENTIFIED

4   Exhibit 8                                  69

5                         - - -

6                  INDEX TO EXAMINATION

7                         - - -

8                                           PAGE

9   Examination
    (By Attorney Downey)                      5
10
    Examination
11  (By Attorney Yosowitz)                    89

12                        - - -

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                    MICHELE NICOLE FRENCHKO

 2    being by me first duly sworn, as hereinafter certified,

 3    deposes and says as follows:

 4                    EXAMINATION (Continued)

 5    By Mr. Downey:

 6       Q.  Commissioner Frenchko, the same rules apply that

 7    we talked about last time.  If you need to take a break,

 8    let us know.

 9            Please answer the question that's asked using

10    words so that Connie can take it down.

11            And if you need to take a break or something like

12    that, just advise us of that.

13            I'm going to jump around because I don't want to

14    ask questions I asked before.  I want to get through

15    this stuff, and so I may bounce around a bit as we

16    start, but that's just to sort of fill in the record.

17            First question, does the Board of Commissioners

18    pass a specific version of Robert's Rules or do they

19    generally adopt Robert's Rules of Order?

20       A.  They do not pass a specific version, to the best

21    of my -- I believe that it's just Robert's -- they say

22    Robert's Rules of Order at the reorganizational meeting.

23       Q.  Thank you.  You typically live stream meetings.

24    When did you start doing that?
```

1     A.   I can't remember when I started live streaming

2  them.   I started videotaping some of them, and then -- I

3  don't remember.

4     Q.   Is it fair to say that you've been permitted to

5  record public meetings prior to July 7th, 2022?

6     A.   Yes, back even when there was COVID and we were

7  sitting in the audience.

8     Q.   And would it be fair to say that you were able to

9  live stream the public meeting on July 7th, 2022?

10    A.   Yes.

11    Q.   And since July 7th, 2022, would it be fair to say

12 you have been permitted to live stream public meetings?

13    A.   No, there was an occasion -- I'm sorry, no.

14    Q.   Can you tell me about the occasion you were just

15 going to share?

16    A.   There was an occasion where we had a budget

17 public meeting, and the sheriff snatched my phone and

18 threw it down, and so that interfered with my live

19 stream.

20         I was making my best effort to, but because it's

21 automatically live streamed and updated, whenever

22 there's a problem with reception, like when he snatched

23 it up and threw it down, it blurped for a moment, there

24 was like a hiccup in the reception or something like

1    that.

2        Q.   And we are going to get to that --

3        A.   Oh.

4        Q.   -- in your testimony today.  I appreciate you

5    sharing that with me.  But just for clarity of the

6    record, with the exception of what you just described as

7    a brief period when the live stream wasn't working

8    properly, is it fair to say that you've not been

9    prevented from live streaming meetings since July 7th,

10   2022?

11       A.   No, there was one other -- no, there was another

12   occasion recently too.

13       Q.   Tell me about that.

14       A.   They allowed someone to come up to the dais when

15   my camera was there, the clerk allowed it, and they put

16   something in front of the screen in front of my

17   recording device.

18       Q.   Did you still record the meeting itself?

19       A.   Pretty much I did, but at the same time someone

20   obstructed the view of my camera.

21       Q.   Do you recall when it occurred?

22       A.   And the other commissioners allowed that.

23       Q.   When did that occur?

24       A.   I don't remember.

1 Q. Do you recall who was speaking?

2 A. Pardon?

3 Q. Who was speaking at the podium?

4 A. It was -- I don't know because I walked away, and

5 then when I came back in it was down, but I had people

6 who were watching it who noticed something had happened.

7   And then when I went back and looked, I'm

8 assuming that one of the other commissioners

9 eventually -- I don't know what happened because I

10 wasn't in the room and I didn't go back and look at the

11 surveillance video, but someone put something to

12 obstruct my camera.  And then it was corrected at some

13 point, but that just happened recently.

14 Q. Did it affect the audio?

15 A. I don't think so, no.

16 Q. And this is to clarify a previous answer, during

17 your last deposition you stated that you interrupted the

18 clerk on July 7th, 2022, because she was reading a

19 letter which was out of order for the agenda.  Did you

20 say that the letter was read out of order when it was

21 being read?

22 A. I can't remember exactly what I said.  I remember

23 saying something about it because it wasn't on the

24 agenda at all, and so anything that's a public comment

1  is at the end.  I do remember saying something, but I

2  don't remember exactly what I said.

3     Q.  Did you see either deputy get involved before

4  your arrest?

5     A.  I saw the --

6        MR. BETRAS:  I'm sorry, could you repeat that

7  question.  I didn't quite hear it.

8     Q.  Sure.  Did you see, observe either deputy receive

9  a call before your arrest on July 7th, 2022?

10    A.  I saw one deputy text messaging, but I did not

11 see them pick up the phone.  I saw them on their phone,

12 and I saw Mauro on his phone, but I did not see anyone

13 actually talking.

14    Q.  So just to be clear, it would be fair to say that

15 you did not observe either deputy receive a call prior

16 to your arrest on July 7th, 2022?

17       MR. BETRAS:  I object.

18       But go ahead and answer, Niki.

19       I don't want to give away the answer, Dan,

20 because you'll get mad.  The point is that's not what

21 she said.

22       MR. DOWNEY:  Mr. Betras, I'm sure --

23       MR. BETRAS:  You said they didn't get a call.  I

24 think that's an objective fact.

1          MR. DOWNEY:  Go ahead and object if you wish,

2    Mr. Betras, I'm fine with that, but it's not

3    objectionable.  I asked a very specific question, and I

4    appreciate Ms. Frenchko, Commissioner Frenchko's answer.

5    She testified, it's on the record, that she observed

6    people potentially using their phones.  I asked a very

7    specific question, is it fair to say that you did not

8    observe either deputy take a phone call prior to your

9    arrest on July 7th, 2022?

10          MR. BETRAS:  That's a different question than

11    what you asked.

12          But go ahead, answer, Nik.

13    A.  I saw them -- let me correct this.  I saw them on

14    their phones glancing up and down, but I'm working so

15    I'm going over the agenda, and I'm not staring at the

16    deputies, but I did see one of them in particular on his

17    phone during the meeting.

18    Q.  And I will ask it again, is it fair to say that

19    you did not observe either deputy make a phone call or

20    receive a phone call prior to your arrest on July 7th,

21    2022?

22    A.  I can't be -- honestly, if you're going to ask it

23    that way, I can't be certain as to whether or not I saw

24    them receive or make a phone call because I don't know

1  if they had earbuds in or because it was in the back of

2  the room, they could have been looking at their phones

3  and receiving a phone call that I wasn't aware of.

4       So, like, while they were on the phone it's not

5  fair for me to be able to say, no, they didn't because I

6  don't know if they had earbuds in, but I did see them on

7  their phone.  So I can't speak to whether or not a phone

8  call came in to them when I was looking at them.  I

9  don't know.

10     Q.  Did you observe either officer wearing earbuds at

11  any point in time on July 7th, 2022?

12     A.  I couldn't see from where I was sitting.

13     Q.  So would the answer be no?

14     A.  I don't know because I wasn't able to see from

15  far away.

16     Q.  Okay.  My question is very specific.

17     A.  I wear reading glasses.  I could see when I'm

18  reading.

19     Q.  So would it be fair to say you did not observe

20  them wearing earbuds that day?

21     A.  I don't -- I couldn't tell.

22     Q.  Thank you.  Now, did you witness any commissioner

23  communicate with any of the deputies prior to your

24  arrest?

1     A.  Yes.

2     Q.  Tell me about that.

3     A.  Mr. Fuda hollered for -- called out Wix's name to

4  arrest me.

5     Q.  And when in relation to your arrest do you

6  believe that occurred?

7     A.  A few minutes before or a minute.  I don't

8  remember.  It was within -- it was after -- it was after

9  the clerk was done reading and before I got arrested.

10     Q.  And so what were the specific words that as you

11  sit here today you recall Commissioner Fuda uttering in

12  the moments before your arrest?

13     A.  I remember him saying "Wix, Wix" like get up

14  here, Wix, I took that as he was calling him.

15     Q.  Did he ever use the words "Arrest Commissioner

16  Frenchko"?

17     A.  He didn't use those words.

18     Q.  Any other communications by any other

19  commissioner prior to your arrest that you believe was

20  that commissioner requesting your arrest that we haven't

21  talked about?

22     A.  Mauro said something as well.  Mauro said, "You

23  know you could be removed" -- it was concerted because

24  Mauro said "You know you could be removed for disrupting

```
 1  a meeting."

 2       And then I remember Frank saying "Wix," and then

 3  I got arrested, that's when they came for me.

 4     Q.  And how much time elapsed between when you

 5  believe Commissioner Cantalamessa made that comment to

 6  when you were arrested?

 7     A.  I don't know.  I don't know the time frame

 8  between after the letter was read and when I was

 9  arrested.

10       I know that I started making additional

11  criticisms of the sheriff about another person who I

12  believe passed away or something, and then that's

13  whenever they came up.  It sounded like it was within a

14  few -- I don't know.  I can't tell you the time frame.

15  I know it was a short time frame because they gave me an

16  opportunity to apologize, and when I didn't and I

17  doubled down on my position, then both of them said what

18  they said and they came and arrested me.

19     Q.  And did Commissioner Cantalamessa ever use words

20  to the effect of "Arrest Commissioner Frenchko"?

21     A.  He said "You could be removed" as I believe -- I

22  think they were closing in too because the sheriffs were

23  in the back or the deputies, and then they started

24  coming up, so as they were closing in that's whenever
```

1    they said it.

2        Q.  Are you able or do you distinguish between the

3    words arrest and remove?

4        A.  I mean, it's not the first time that's happened.

5    I know Commissioner Fuda has in the past said "Get this

6    girl out of here, shut this girl up."

7            They cut the meetings off early to stop me from

8    talking, like, automatically let's make a motion and a

9    second to adjourn and leave so that we can stop her from

10   talking.

11           So that's like a common theme for them to say she

12   needs removed, she needs quieted, she needs shut up, she

13   needs silenced.  So that's a common theme, but I don't

14   recall them ever actually saying arrest, but that's the

15   first time they called a deputy by name when the

16   deputies weren't even attending our meetings.

17       Q.  So just so that I'm clear, Commissioner Frenchko,

18   I believe you live streamed and have a video of the

19   events surrounding your arrest on July 7th, 2022; is

20   that correct?

21       A.  Yeah.

22       Q.  And if I represented to you that in that video

23   that neither Commissioner Fuda nor Commissioner

24   Cantalamessa uttered the words "Arrest Commissioner

1    Frenchko" would you have any reason to disagree with

2    that statement?

3        A.  No reason to disagree with them saying arrest me.

4    That would be quite overt.

5        Q.  So the answer would be --

6        A.  They had to be more subtle.

7        Q.  -- they did not utter those words?

8        A.  Yeah.

9        Q.  I'm going to ask you a few questions about your

10   arrest generally.  Would it be fair to say that you were

11   walked over to the jail?

12       A.  Yes.

13       Q.  Did you go through the booking process?

14       A.  Yes.

15       Q.  Were you --

16       A.  It was delayed, though.  It was really delayed.

17           THE REPORTER:  I'm sorry --

18       Q.  I'm sorry, ma'am, just for the record, I thought

19   you were done answering.  I apologize.  I was looking at

20   my sheet.

21       A.  I'm sorry, go ahead.

22       Q.  We want to make sure we don't talk over each

23   other so that Ms. Willman can take it all down.

24           Was there something else you wished to share?

1    A.  No.

2    Q.  Did they ask you about any medical or physical

3 injuries at the jail?

4    A.  I don't remember them asking me.  I don't

5 remember them asking me at the jail.  When they arrested

6 me I told them about an injury and a medical condition,

7 and they just kept on ignoring me, but --

8    Q.  Is it fair to say that you did not suffer any

9 medical or physical injury as a result of your arrest on

10 July 7th, 2022?

11       MR. BETRAS:  Dan, I'm sorry, can you just repeat

12 the first part of that question?

13    Q.  Sure.  Is it fair to say that you did not suffer

14 any medical or physical injury as a result of the arrest

15 on July 7th, 2022?

16    A.  No.

17    Q.  What physical injury are you alleging out of the

18 arrest on July 7th, 2022?

19

20 c

21 b

22 m

23 o

24 p

1  ████████████████████████████████████

2  wa ██████████████████████████████████

3  af ██████████████████████████████████

4     Q.  Did you seek any medical treatment for your

5  shoulder following the arrest on July 7th, 2022?

6     A.  No.  ███████████████████████████

7  ████████████████████████████████████

8  █████████████████████████

9     Q.  Is it fair to say that the officer who cuffed you

10 loosened the cuffs ██████████████████████

11 █████████████

12    A.  Yes, ████████████████████████████

13 ██████████████████████████

14    Q.  Would it be fair to say that you posted bond the

15 same day?

16    A.  Yes.

17    Q.  Now, were you embarrassed by the arrest?

18    A.  Yes.

19    Q.  And tell me in what way you were embarrassed by

20 the arrest.

21    A.  And by the way, that was something medical, and

22 they shouldn't be on there, and if you're going to start

23 asking me -- I'm sorry, my attorney should be --

24        MR. BETRAS:  You didn't really say anything other



1    when Andrew's crossing on the event, I'm fine with

2    however people want to do it, but I kind of have an

3    outline.  I tried to keep all this stuff in one place.

4    That's kind of the next question.

5         MR. BETRAS:  Well, I think that if you're going

6    to ask her about her emotions, I would at this point ask

7    that the sheriff's deputies step out and then they can

8    come back in.

9         MR. DOWNEY:  Are you fine with that, Andrew?

10        MR. YOSOWITZ:  Hang on.  I'm fine with it.  Let

11   me tell them.

12        (Sergeant Ross and Sergeant Wix leave the ZOOM

13   deposition.)

14        MR. DOWNEY:  I guess we can go off the record

15   again.

16        (Off the record.)

17   Q.  (By Mr. Downey) Let's get started.  How did this

18   incident make you feel fearful, Commissioner Frenchko?

19

20

21

22

23

24

1    Q.   Were some of those fears assuaged when you posted

2  bond that day?

3    A.   ██████████████████████████████████████████

4    Q.   So just --

5  ████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10    Q.   Did you come to learn --

11         THE WITNESS:  David, can you get off Instagram.

12         MR. BETRAS:  Niki, I'm fine.  I can hear what's

13  going on.

14         THE WITNESS:  We can hear your reels.

15         MR. BETRAS:  I'll put my mute on.

16  ████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████

24         THE REPORTER:  Dan, hey, Dan, you guys froze for

 3        MR. BETRAS:  Niki, repeat the last part of what

 4   you said for the court reporter about your condition.

 5   She didn't hear that.

 8        MR. BETRAS:  No, you were explaining a condition.

 9   I don't think the court reporter caught that.

1

2    Q.   Commissioner Frenchko, if I may, how much time

3    did you spend from your arrest to when you were

4    released, how much time did that take?

5

6

7

8

9

10

11

12    Q.   I understand, and I want to get back on because

13    I've got a lot of other questions to ask you and I just

14    want to confirm something.

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8     Q.  I don't think you're hearing my question.

9         MR. BETRAS:  Niki, answer his question.

10     A.  No.

11         MR. BETRAS:  Listen to his question.  Listen to

12 his question again and answer it.  You can answer his

13 question correctly.  Listen to it.

14         Go ahead, Dan.

15

16

17

18

19

20     Q.  So is it fair to say that you were not offered

21 water at the jail?

22     A.  No.

23     Q.  So they're both nos.  Is it fair to say that the

24 entire amount of time from your arrest to your release

1  per your testimony was a couple of hours?

2     A.  I can't remember exactly.

3     Q.  Okay.  So if you testified earlier that it was a

4  couple of hours, would that be a false statement or a

5  true statement?

6     A.  It was an estimate based on the best of my

7  recollection, but I don't want to be pinned down to a

8  time because I don't know exactly.

9     Q.  Was it still light out when you left the jail?

10    A.  Yes.

11    Q.  And it was the same day that you were arrested?

12    A.  Yes.

13    Q.  And did you return to the Trumbull County

14 courthouse where the commissioners' meetings are held

15 following the arrest?

16    A.  Yes.

17    Q.  And were the employees still present when you

18 returned to the commissioners' offices?

19    A.  Yes.

20    Q.  And do you recall what time of the day you were

21 arrested?

22    A.  11:00, maybe 11:00 something.

23    Q.  And what time are employees -- does their workday

24 end in the commissioners' office?

```
 1      A.   4:30.

 2      Q.   Now, would it be fair to say that you posted to

 3   social media about your arrest?

 4      A.   Yes.

 5      Q.   Did you post to social media about your arrest

 6   numerous times?

 7      A.   Yes, I think.  I can't remember how many times.

 8      Q.   More than once?

 9      A.   Probably, yeah.

10      Q.   Is it fair to say that you advertised the sale of

11   T-shirts with your mugshot on it?

12      A.   Yes.

13      Q.   Why did you do that?

14      A.   Some person who gave me political advice because

15   I was very upset and embarrassed and didn't know how to

16   handle what was going on said, well, there's nothing you

17   could do, just lean into it, do this, and then someone

18   made a thing that said free Niki, and I was taking

19   advice from other people on how to best combat the

20   negativity associated with what the media was doing.

21      Q.   And do you recall who provided you with this

22   advice?

23      A.   There was a guy named Tex.

24      Q.   Does he have a last name?
```

```
 1      A.   Tex Fisher.

 2      Q.   Is he somebody that assists you with political

 3  campaigns or political issues and things of that nature?

 4      A.   He gives me advice.

 5      Q.   Is he paid for any sort of campaign process or

 6  anything like that?

 7      A.   I have not paid him.  I didn't pay him.

 8      Q.   Did you make the ultimate decision to sell the

 9  T-shirts with your mugshot on it?

10      A.   I didn't sell any T-shirts.

11      Q.   Okay.  Did you make the decision to advertise the

12  sale of T-shirts with your mugshot on it yourself?

13      A.   Yeah, I took his advice.

14      Q.   But it was ultimately your decision?

15      A.   Yes.  Oh, yeah.

16      Q.   Is it fair to say that you issued a press release

17  several days after your arrest which included your

18  mugshot?

19      A.   Yes, that was -- yes.

20      Q.   Why did you do that?

21      A.   I don't know that it included -- I can't

22  remember.  I can't remember what all was included in it,

23  but that was also at the advice of Tex.

24      Q.   Did you actually have any T-shirts with your
```

1   mugshot on it made?

2     A.  No.

3     Q.  So would it be correct to say that if you didn't

4   have them made you didn't give them away?

5     A.  I didn't have them made.  I didn't give any away.

6     Q.  Who is Thomas Payne?

7     A.  He is a person who wanted to make -- wanted to

8   make shirts or at least try to frame me in a better

9   light given the situation of the arrest and made a shirt

10  for someone and then said can you come and meet me here

11  so that I can take a picture of you with it because he

12  was trying to help me to overcome that stigma associated

13  with the arrest.

14    Q.  I think we've got an exhibit we're going to show

15  you, Commissioner Frenchko.  It will take a second to

16  get it up on the screen.

17        If we can get to it, we'll do it later.  It's

18  always kind of a challenge to get the exhibits on these

19  things.

20    A.  I'm sure I know what it is.

21    Q.  Did you solicit the campaign while referencing

22  your arrest?

23    A.  Yes.

24    Q.  Why?

1    A.   Again, it was advice -- it was an opportunity for

2    me to help to change the narrative associated with the

3    arrest so in order to put things out there and try my

4    best based on political advisors to mention it and try

5    to raise money, that's what I tried to do.

6         It just gave an opportunity to give a different

7    account of the events and what the media and the sheriff

8    and the powers that are trying to remove me from office

9    and silence me are promoting.

10

11

12

13

14

15    Q.   Did you ever seek the care of any healthcare

16    practitioner regarding being embarrassed, fearful or any

17    emotional trauma that you relate to this arrest on

18    July 7th, 2022?

19    A.   No, no, not to my memory.

20    Q.   Who is your primary care physician?

21

22    Q.   And so how often do you see your primary care

23    physician?

24



9      Q.   In the past have you ever been diagnosed with

10   anxiety disorder?

11      A.

12      Q.   Have you ever experienced any symptoms of anxiety

13   disorder?

14      A.



10    Q.   I don't want to interrupt you, but I do want to

11  clarify, was this before the arrest?

12    A.   This is after the arrest.

20    Q.   Have you ever treated with a healthcare

21  practitioner regarding panic attacks, anxiety, PTSD or

22  any other mental health issue prior to July 7th, 2022?







1

2      Q.  I understand.  I guess what I want to ask you is

3  has any healthcare practitioner made any diagnosis

4  regarding mental health conditions with respect to you

5  since July 7th, 2022?

6      A.  I have not sought anything.

7      Q.  So would that be no?

8      A.  Right.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24







1

2

3

4

5

6

7

8

9

10

11

12     Q.   I'm going to move to March 9th.  So you were in a

13 budget hearing meeting that day; is that correct?

14     A.   Right.

15     Q.   And that's March 9th, 2023.

16     A.   My cat's here.  Is this okay?  I'm sorry.

17     Q.   And would it be fair to say that you were live

18 streaming the meeting on your Facebook?

19     A.   Yes.

20     Q.   What happened at that meeting with respect to

21 Sheriff Monroe?

22     A.   I was live streaming the entire meeting.  I

23 started -- at some juncture I started talking about

24 ways -- I started talking about ways that his department

1   could save money because he was over budget and

2   providing crappy service for medical in the jail, so I

3   made -- substandard, I should say, so I made a

4   suggestion that they -- that I found another community

5   did, and I believe my suggestion related to having a

6   full-time nurse or nurse practitioner, a registered

7   nurse or someone there all the time.

8        So I made a suggestion that I found, and whenever

9   I said that Mauro signaled him to come or told him,

10  maybe even said, you know, you want to talk about that,

11  and so he came up because I was -- after I was talking

12  about things that related to the medical treatment of

13  people, you know, improving that and him improving his

14  budget, I was criticizing him, and once I began to

15  criticize him, he came up and was told to give his

16  explanation by Mauro.

17       And he went straight for my phone that was on a

18  base, grabbed it and threw it down on the table, and it

19  was scary.  That day in particular I was afraid.  I

20  thought he had a gun and there was no surveillance

21  video.  It was terrifying.

22   Q.  Just so I'm clear, did any portion of your body

23  come into contact with Sheriff Monroe's body?

24   A.  No.

1     Q.  Was your phone damaged in any way?

2     A.  No.

3     Q.  Do you still have the same phone today?

4     A.  Yes.  It was on a base.  I was holding the bottom

5  of the base.  When he tried to take it I grabbed the

6  base.  So it was like a tugging of it while I was

7  holding it.  Would you like to see it?  Have you ever

8  seen it?

9     Q.  I have.

10    A.  Okay, because I have one here at my house too.

11    Q.  How far were you from Sheriff Monroe at the time

12  that he came into contact with the phone?

13    A.  Pardon?

14    Q.  How far away were you?

15    A.  I was sitting down at the same place the whole

16  time.  There's the commissioners and the clerk at the

17  end.  So when he came up, I mean, I was sitting, and he

18  was in front of me and it was like an arm length, I'm

19  assuming, because that's where my phone was.

20    Q.  Did you move the position of the phone at any

21  point in time as Sheriff Monroe approached the area

22  where the incident occurred?

23    A.  I swiveled it toward his direction, just as

24  whenever the auditor was talking I swiveled it toward

1   the auditor because I was live streaming and I wanted

2   the public to see who was talking so whoever was talking

3   I would swivel the phone toward but didn't touch the

4   phone, just touched the base.

5       Q.  How far was the phone from Sheriff Monroe at the

6   time that you moved it to view him on camera?

7       A.  He was already way in the back of the room

8   sitting in a chair, and I had already turned it.  So I

9   didn't touch it at all.  Once he was already walking

10  toward it, it was already turned.  I didn't touch it

11  after that point.  You can watch it.  The video is live,

12  and it was unedited because Facebook doesn't allow that

13  so, I mean, it's been the same video.

14      Q.  How much time elapsed between when Sheriff Monroe

15  came into contact with either the phone or the phone

16  stand and when you got it back and were rerecording?

17      A.  Well, you mean after he threw it on the table?

18      Q.  No, I mean how much time elapsed between when --

19  and you know there's a dispute about what happened at

20  the time the phone was touched, right, but I'll use the

21  words to the effect of at the time that Sheriff Monroe

22  came in contact with the phone or the phone stand how

23  much time elapsed between when that occurred and when

24  you went back to recording as you normally do?

1    A.  I didn't -- I didn't -- that's an incorrect

2   question.  I can't answer that.

3    Q.  Do you know how much time elapsed?

4    A.  I can't answer.  I can't answer that.

5    Q.  Well, I guess, you know, if you can't answer it,

6   you can't answer it, Commissioner Frenchko, but from my

7   perspective having viewed the video I will represent to

8   you that it looked like it happened in a split second

9   and then you corrected the phone, do you dispute that?

10    A.  You said corrected the phone?  Before you said

11   re-record it.  I didn't touch record at all.

12    Q.  Live stream, I apologize, live streamed the

13   phone?

14    A.  I didn't touch that portion of it because it was

15   going the whole time.  Even when he threw it on the

16   table, it was still going.

17    Q.  And I may be unartful with my question, but how

18   much time elapsed between when Sheriff Monroe came into

19   contact with the phone stand, whatever, how much time

20   elapsed between that and when you were able to regain

21   control of the phone?

22    A.  When I put it back into the case?

23    Q.  Yeah, how much time?

24    A.  I don't know, seconds.

1    Q.  Can you tell me how that event impacted you?

2    A.  That was terrible.  I thought he had a gun with

3    him.  I thought -- I knew the guy -- I believed that the

4    guy is a psychopath.  I'm afraid of him.  He was

5    reaching for his pocket.  He was coming up behind me.  I

6    was so afraid that day when he was in that room.  I was

7    like, oh, my God, there's no surveillance video, there's

8    just me in a room of a building where it's difficult to

9    get to because it's the upstairs of a former bank

10   building, and we've got this extremely emotionally

11   volatile psychopath of a sheriff coming at me reaching

12   for his pocket probably armed.  I was afraid.

13   Q.  Is it fair to say that you don't know whether he

14   was armed or not that day?

15   A.  No, I'm assuming he was.

16   Q.  But is it fair to say you don't know?

17   A.  He doesn't go anywhere unarmed.

18   Q.  And I'm asking a different question.  Did you

19   observe any firearm on Sheriff Monroe on March 9th,

20   2023?

21   A.  I saw him reaching to something in his pocket,

22   something, and there was something there.  I don't know

23   what it was.  To me it looked like there was a gun, and

24   I was afraid.

1    Q.  Just so I'm clear, did you observe any firearm on

2 Sheriff Monroe on March 9th, 2023?

3    A.  I observed something in his pocket.  There was --

4 it looked like there was something there, but I don't

5 know whether -- I don't know for sure that it was a gun.

6    Q.  Did Sheriff Monroe brandish the gun in any way on

7 March 9th, 2023?

8    A.  I don't know.  I felt like he was trying to

9 intimidate me by reaching for something in his pocket

10 and walking behind me like he was going to do something.

11 It was scary.

12    Q.  Did you stay there and complete the meeting?

13    A.  No.

14    Q.  What did you do?

15    A.  The meeting was adjourned immediately.

16    Q.  What did you do?

17    A.  I stayed there until -- for a while until he was

18 completely gone.

19    Q.  You indicated earlier you believe that Sheriff

20 Monroe is a psychopath.  I'd like you to describe to me

21 exactly what a psychopath is in your view.

22    A.  A person who operates -- a psychopath would be

23 like a cluster B personality disorder.  He definitely

24 demonstrates sociopathy.  They lie.  They lie.  They do

1  everything to serve themselves.  They're extremely

2  dangerous.

3      Q.  And just so I'm clear, have you ever heard anyone

4  convey to you that Sheriff Monroe has used a firearm

5  inappropriately at any point in time before or after

6  March 9th, 2023?

7      A.  No, I've heard -- but I have heard a lot of

8  stories about when he was -- I've heard about him when

9  he was a chief in Howland and a lot of his previous --

10     Q.  I asked a very specific question.  That's a

11 different one, right.  And so you shared with me that a

12 person who lies, that that might fit the profile for a

13 sociopath?

14     A.  Yeah, and they don't believe in rules.  They

15 believe that rules don't apply to them.  They believe

16 that they're above the law.  I've already experienced

17 those things with him when I first started working

18 there.  He made some agreements that were illegal that

19 were not compliant with law, and he just didn't care, he

20 just doesn't care.

21         Well, it was a gentleman's agreement.  You're an

22 elected official.  We don't do handshake deals for real

23 estate.  Who gave you the permission to build what you

24 built on our fairgrounds?  And he said, Well, someone

1    told me that I could.  I said where is it in writing,

2    Sheriff?  He does whatever he wants without regard to

3    law, rule, order.  He hides things, sneaks things.  I

4    mean, he demonstrates in my opinion --

5        Q.  Is it fair to say that you dislike Sheriff

6    Monroe?

7        A.  You know what, that's fair to say, but at first I

8    did like him, and I tried, I worked with him and I

9    talked with him, and then I saw his character emerge

10   where -- and it started to deteriorate, especially after

11   that occasion where I said, well, we need to have a

12   public meeting to clear this up, what you guys did,

13   because you created a bad situation.

14       Then he didn't want to have a public meeting.  He

15   canceled it.  He had a private meeting with Commissioner

16   Fuda so I saw that he didn't want to publicly admit what

17   had happened, and I was like, man, he's shady, you know,

18   so I learned more and more over the course of my

19   dealings with him what his character was.

20       Q.  Just so I'm clear, does any licensure you hold

21   provide you with the ability to formally diagnose

22   somebody with being a sociopath?

23       A.  No.  No, I'm an LSW not an LISW.  I'm a licensed

24   social worker with I can't remember how many years of

1  education and continuing education and I worked with

2  mentally ill people.  But, no, I'm not an LISW.  An LISW

3  would be the one that allows you to diagnose.

4      Q.  And earlier in your deposition, I am not going to

5  rehash what you testified to last time, but there was

6  testimony regarding you reading a letter into the record

7  at a commissioners' meeting regarding conditions at the

8  jail and medical care provided; is that fair?

9      A.  Yes.

10     Q.  And did you dislike Sheriff Monroe at the time

11  you read that letter into the record?

12     A.  Did I dislike him?

13     Q.  Yeah.  At some point it went from you were open

14  to him but you didn't dislike him, and I'm curious

15  whether you disliked him at the time you read that

16  letter?

17     A.  Well, yeah, I mean, there were people who were

18  being mistreated in the jail, and I'm a person who

19  believes that people should be treated humanely.

20     Q.  Do you believe people should be treated with

21  respect?

22     A.  Yes.

23     Q.  Do you believe it's respectful to place a cell

24  phone right in somebody's face as they're trying to

1    carry out their job duties?

2        A.   I never placed a cell phone in someone's -- what

3    are you talking about?

4        Q.   I just asked you a question.  I asked you a yes

5    or no question.  Do you believe that it is appropriate?

6        A.   In my situation in Trumbull County where people

7    say things sometimes that aren't true, I believe that

8    having -- no, I believe that it's absolutely appropriate

9    to record things, especially if they have -- people have

10   a history of being dishonest.

11       Q.   Do you believe that people are entitled to their

12   personal space whether they work for the government or

13   just in their everyday lives?

14       A.   Yes.

15       Q.   Do you recognize any boundaries with respect to

16   being respectful to those that you work with or those

17   members of the public that you interact with through

18   your position as a commissioner in Trumbull County?

19       A.   What are you talking about?  I don't understand

20   what you're saying.

21           MR. DOWNEY:  Read the question back, and then I

22   can ask a better one if I need to.

23           (Question read.)

24       A.   What do you mean by that?  I don't understand the

1    question.

2       Q.   Boundaries, do you recognize that it may be

3    inappropriate to get right next to someone and attempt

4    to videotape them, for example?

5       A.   I think you're conflating respect with --

6       Q.   I'm just asking you a question.  If you agree

7    with it, agree with it, if you don't agree with it,

8    don't agree with it, if you think you've never done

9    that, that's a different issue.

10         My question to you is rather general.  Do you

11   accept that people have personal space?  I think that

12   your answer to that was yes.  Do you accept that people

13   could be offended if someone attempts to place a video

14   camera in close proximity to them invading their

15   personal space?  That's another question, and it's a yes

16   or no.  Do you agree or disagree with that?

17         MR. BETRAS:  I'm going to object.

18         Go ahead and answer, Niki.

19      A.   I don't quite understand your question.  Are you

20   talking about at a public meeting people could get

21   offended?

22      Q.   Well, just generally, Commissioner Frenchko, you

23   know, if I'm sitting with someone and I hold a phone up

24   and I put it right there, you're seeing it, and let the

1    record reflect that I'm holding a phone up, I'm placing

2    it in front of my colleague, it's approximately a foot

3    away from her, is that appropriate?

4        A.   So in this photo of yourself let the record

5    reflect that your arm is extended completely out.

6        Q.   My arm's back, whichever way.

7        A.   So I believe that if you hold your arm completely

8    out to someone and you're within a few inches from their

9    face that that's not acceptable, but if you're recording

10   over here closer to yourself for your own purposes or

11   for your own protection then that's different, and I

12   think that that's more social -- it's not even a matter

13   of being socially acceptable.  If you're in a public

14   meeting it is a law, you are allowed to record a public

15   meeting.

16       Q.   We're not asking what you're allowed or not

17   allowed to do.  We're asking whether or not you

18   recognize any boundaries with those people that you

19   interact with.

20            Now, so let's do it this way.  How close is too

21   close when you're recording a public meeting when you're

22   interacting with either a member of the public, a

23   colleague, an employee, how close is too close?

24            MR. BETRAS:  Objection.

1          Go ahead and answer, Niki.

2     A.   How close is too close when you're recording?

3     Q.   From a distance standpoint.

4     A.   If you're -- if you're walking by someone and

5 it's the same distance as it would be if you're passing

6 by someone, if your body would be that close to them I

7 believe it's okay to have a camera that close.  It's the

8 same thing as having a body camera.

9     Q.   So a couple inches?

10         MR. BETRAS:  Objection.

11         Go ahead and answer, Niki.

12    Q.   Is it fair to say from your perspective that

13 being a couple inches away from someone it is perfectly

14 appropriate to record them with your cell phone?

15    A.   A couple of inches?

16    Q.   Sure.  And I'm trying to paraphrase what you told

17 me.  You said just walking by someone.  I'm saying is a

18 couple of inches acceptable?

19    A.   I don't know.

20    Q.   Is there anywhere that you draw the line that

21 this is too close in recording someone, whether it be an

22 employee, a colleague, a member of the public?

23    A.   I'd probably say in my opinion would be closer

24 than an arm's, like if you have your arm outstretched

1    and then you're towards them because it's kind of

2    aggressive because I've had people follow me around at

3    work with their arm outstretched and come up into my

4    face and that felt extremely uncomfortable because they

5    were -- their hand was within inches from my face and

6    their arm was completely outstretched like you just

7    described.  So that I would never do.  I think that

8    that's unacceptable.

9           MR. DOWNEY:  Is everybody okay with just taking a

10   brief break because I've got another topic we're going

11   to start, public records?  Does five minutes make sense?

12   Are you cool with that, David?

13          MR. BETRAS:  I'm good with that.

14          MR. DOWNEY:  Let's do five.  We'll come back at

15   12:40 if that makes sense.  I've got some questions

16   about public records.  Then we'll turn it over to

17   Andrew.

18          MR. YOSOWITZ:  Can Wix and Ross come back when we

19   come back?

20          MR. DOWNEY:  I don't have any additional health

21   questions, yes.

22          (Recess taken.)

23          (Sergeant Ross and Sergeant Wix join the ZOOM

24   deposition.)

1          MR. DOWNEY:  Back on the record.

2      Q.  (By Mr. Downey) Commissioner Frenchko, would you

3   please describe the Trumbull County public records

4   retention policies.

5      A.  I don't have them with me so I really can't

6   describe them.  The records retention policy identifies

7   all of the items that are public records, how long they

8   need to be retained and what the process is -- oh, my

9   God, I don't want to say something that's incorrect

10  because I don't have it in front of me, but in general

11  it identifies everything that's a public record and how

12  long it needs to be retained and when they can be

13  destroyed under certain -- and under certain

14  circumstances, but that is not a conclusive -- I'm

15  sorry, that is not an exhaustive answer.

16      Q.  So let me ask you this.  Are there any changes

17  you would make to the record retention policies in

18  Trumbull County, Ohio?

19      A.  I don't know without looking at it.

20      Q.  Have you tried to make any changes to the record

21  retention policies in Trumbull County, Ohio, prior to

22  today?

23      A.  I don't remember.

24          MR. BETRAS:  Objection.

```
 1          Go ahead and answer.

 2     A.   I don't remember.

 3     Q.   Do you think public records are properly

 4   maintained in Trumbull County?

 5     A.   No.

 6     Q.   Why not?

 7     A.   The glaringly obvious problem is that text

 8   messages are public records, and there's not even

 9   training for employees or any method used to store

10   records.

11          I believe that we need to have more structure

12   relative to the processes to ensure that county

13   employees and elected officials retain things as they

14   should.

15     Q.   When did you first come to this conclusion that

16   there were issues with records being retained properly?

17     A.   Before I was elected.

18     Q.   And just so I'm clear, have you yourself

19   introduced anything to modify, change, revise the

20   current public policy?

21     A.   That's not my -- that's not in my purview.

22     Q.   So the answer would be no?

23     A.   Well, okay, so I have made recommendations in our

24   office that -- and the things that I can control, I've
```

1    actually caused agenda items to be voted on so that our

2    employees would change our office policy.  It is a

3    public records request policy.  There's a custodian, and

4    none of that was clearly defined.  And the state auditor

5    has been fining a lot of communities because they're not

6    updating that, and I wanted to bring us into better

7    compliance related to that so I have made some efforts

8    to change what I could in our office.

9         I could only lead horses to water, but I can't

10   make them drink.  For example, my board at the time,

11   Frank and Mauro, had not even to my knowledge taken the

12   required public records -- or, I'm sorry, the sunshine

13   law training which includes records.

14   Q.  Do you mind if I -- I do want to get through some

15   of this, and I appreciate your answer, but specifically

16   with respect to you, have you at any point since you

17   assumed your duties as Trumbull County commissioner

18   attempted to address the public records retention policy

19   with the Trumbull County prosecutor's office?

20   A.  That's not the correct avenue.

21   Q.  I'm asking you did you do that with that office?

22   If the answer is yes, it's yes; if it's no, it's no,

23   then I'll ask you to explain.

24        So first question, have you ever contacted the

1    Trumbull County prosecutor's office regarding the public

2    records retention policy in place for Trumbull County,

3    Ohio?

4        A.  No.

5        Q.  Have you taken steps to contact any public agency

6    that you believe public records are within their purview

7    to modify, revise, or change the public records

8    retention policy in Trumbull County, Ohio?

9        A.  No, that's done with -- the records commission is

10   over that.

11       Q.  I'm just asking because you testified it's

12   something you were thinking about before you ran, and

13   I'm asking you what you've done.  Now we're going to

14   move on.

15       A.  Yeah, well, it's the staff, and in our office

16   specifically the only thing we can control ostensibly

17   would be the staff.

18       Q.  There's not really a question outstanding right

19   now.

20       A.  I'm sorry.

21       Q.  How many records requests have you made as a

22   commissioner to fellow commissioners?

23       A.  I don't remember.

24       Q.  Is it fair that you've made several?

1     A.   I don't remember.   I don't know that it was many.

2  I don't remember.

3     Q.   More than one?

4     A.   Yes.

5     Q.   How many records requests have you made to any

6  person associated with Trumbull County, Ohio?

7     A.   I don't know.

8     Q.   How many public records requests have you

9  received as a commissioner?

10     A.   I don't remember.

11     Q.   Have you received public records requests as a

12  commissioner?

13     A.   Yes.

14     Q.   When have you most recently received a public

15  records request as commissioner?

16     A.   Maybe within the last, approximately within the

17  last month or so, a few months.

18     Q.   Do you fulfill your own records requests?

19     A.   No, according to our --

20     Q.   If not, who does?

21     A.   According to policy and law the custodian of

22  records is responsible for fulfilling requests.

23     Q.   And who has been the custodian of records to the

24  extent that it's been unchanged since July 7th, 2022?

1     A.   The clerk.

2     Q.   Do you recall receiving a public records request

3   from Mauro Cantalamessa for employee complaints during

4   the January 19th, 2023, commissioners' meeting?

5          MR. BETRAS:   I'm going to object.

6          Go ahead and answer, Niki.

7     A.   I don't remember.

8     Q.   Do you recall fulfilling that request?

9     A.   If that was -- no, no, that would be -- if it

10   were even given to -- if a request is given to me it's

11   to be given to or given back or taken back by the

12   custodian who was the clerk.  So the clerk would have

13   been responsible for documenting that as a verbal

14   request and then logging it and fulfilling it.

15          I have made efforts to develop an internal

16   practice, but that hasn't come to fruition because the

17   other two stop anything that I try to do to improve

18   processes.

19     Q.   So here's another question.  It's a different

20   one.  Did you receive a public records request for your

21   phone records, and if so, did you fulfill it?

22          MR. BETRAS:   Objection.

23          Go ahead and answer, Niki.

24     A.   I don't recall.  I know that there was -- I

1    recall some records requests coming in for phone

2    records, but what is supposed to happen is the custodian

3    of record is supposed to identify whether it is

4    overbroad or actually they're supposed to make sure that

5    it's clear what they're asking for, first, is it a

6    public record, secondly, is it --

7         Q.   Commissioner Frenchko, not to cut you off, I

8    understand what the public records requirements are.

9         A.   I just want to tell you I've had people ask for

10   personal conversations with people, and those are not

11   public records.

12        Q.   Did you ever provide the clerk or the public

13   records custodian in Trumbull County, Ohio, access to

14   your phone based upon a public records request?

15        A.   Did you say would I?

16        Q.   No, did you.

17        A.   No one has asked me.  No one has done the steps

18   in our office.  The people who work there do not do what

19   they're supposed to do, and I can't cause them to.  I

20   have numerous emails of me saying, hey, I need you to

21   follow up with these records requests.

22        Q.   I understand.  So do you believe that your cell

23   phone that may be used for personal use and may also be

24   used for professional use, that the documents contained

1    therein are subject to public records requests?

2        A.   Correct.  They are.

3        Q.   Have you ever provided any content from your cell

4    phone in response to a public records request since

5    you've been a commissioner in Trumbull County, Ohio?

6        A.   That is the job of the custodian to fill.

7        Q.   I'm asking you have you ever provided any records

8    from your cell phone in response to a request for public

9    records during the time you have been a Trumbull County

10   commissioner?

11       A.   I don't remember.

12       Q.   Have you ever provided your cell phone to either

13   the records clerk or someone else identified with the

14   responsibility to respond to public records requests on

15   behalf of Trumbull County at any point in time since

16   you've been a commissioner?

17       A.   No one has asked for that.

18       Q.   So the answer would be no?

19       A.   They don't work for me.  The bottom line is is

20   they should be working with me, but they don't work with

21   me.

22       Q.   It's a --

23       A.   The clerk does not work with me.

24       Q.   I understand your response, but the answer to the

1    question, if I'm correct, is, no, you have not provided

2    your phone to anybody?

3        A.  No one has asked for it.

4        Q.  That's a different question whether somebody's

5    asked for it.

6        A.  I see what you're doing here, and it's cute.

7        Q.  Well, I'm a lawyer, and I'm asking you questions,

8    and I'd like you to answer the ones I ask because the

9    record is preserved, and a lot of the questions I've

10   asked you have not answered them, and it's in the

11   record.  So as I ask them I would appreciate if you

12   would answer the specific question that I'm asking you.

13         Do you recall Ms. Hartman confronting you

14   regarding your failure to respond to her public records

15   request for complaints you allegedly received regarding

16   the Trumbull County jail during the August 3th, 2022,

17   commissioners' meeting?

18         MR. BETRAS:  Objection.

19         Go ahead and answer, Niki.

20       A.  Ms. Hartman?

21       Q.  Correct.

22       A.  I remember -- no, I don't remember exactly what

23   her statement said, but she -- I don't remember what it

24   said so I can't answer that.

1    Q.  Did you act in any way -- following learning of

2  Ms. Hartman's concerns did you act in any way to fulfill

3  or address her concerns?

4    A.  I spoke to the clerk about fulfilling the records

5  so that is what I did.  I went to the appropriate chain

6  pursuant to our county policy, which is the clerk, and

7  she would not -- I don't know what happened after that.

8    Q.  Can you please state the clerk's name for the

9  record.

10    A.  Paula Vivoda-Klotz.

11    Q.  And when did you go to Ms. Klotz regarding this

12  issue raised by Ms. Hartman?

13    A.  I don't remember.

14    Q.  Was it in close proximity to learning of

15  Ms. Hartman's concerns?

16    A.  Yes.

17    Q.  Did you follow up to see if those concerns had

18  been addressed?

19    A.  Again, the --

20    Q.  Is that a no?

21    A.  Yes, I did, and she ignored me just as she did

22  with --

23    Q.  How many times did you interact with

24  Ms. Vivoda-Klotz regarding Ms. Hartman's concerns?

1    A.  I can't remember the number.  I can't remember.

2  I know that I've talked to -- and right now I'm still

3  trying to get the current clerk to go back and do what

4  she was supposed to do, and she won't do what she's

5  supposed to do either.

6    Q.  And in your office right now who determines if a

7  record is a public record?

8    A.  Right now there is an attorney named Brodie, I

9  don't remember his full name, and he is the person who

10  is to be helping the staff to do that.

11       And I as a commissioner who has training and has

12  read the sunshine law and the Yellow Pages on a regular

13  basis have said to my staff repeatedly this needs to be

14  more specific, this is overbroad, you need to respond to

15  them with X, Y or Z, and they don't to it.  I am not the

16  person responsible to communicate and log our responses

17  to the public, but I --

18    Q.  That's not the question I asked.

19    A.  -- try to cause them to do it.

20    Q.  That is not the question I asked, Commissioner

21  Frenchko.  I didn't ask that.  I asked who determines

22  what is a public record in the Trumbull County

23  commissioners' office, and you mentioned somebody named

24  Brodie.

1          Is there an employee at the Trumbull County

2    commissioners' office who determines what is a public

3    record?

4       A.  The commissioners ultimately should be able to

5    decide what is or isn't a public record because we have

6    the training.

7       Q.  That's not what I'm asking you, Commissioner.

8       A.  Okay.

9       Q.  I'm asking is there an employee of the Trumbull

10   County commissioners' office that is designated to

11   determine what is or is not a public record?

12      A.  That would be the custodian I would believe and

13   then the commissioners themselves in communication with

14   them because we have done the training.  I've had --

15      Q.  Who is the custodian?

16      A.  I've had Frank Fuda request transcripts.

17      Q.  Who is the custodian?

18      A.  It was Paula Klotz.

19      Q.  Okay.  Who is it now?

20      A.  Lisa Blair.  Would you -- are you conflicted,

21   sir, because I know you represent against her, but it

22   sounds like --

23          MR. BETRAS:  Niki, just answer his questions.

24      Q.  So when did Mr. Brodie become an assistant with

1  addressing that?

2      A.  I can't remember.

3      Q.  And is Mr. Brodie with the prosecutor's office?

4      A.  He's outside counsel.

5      Q.  And was he retained specifically to address

6  public records issues?

7      A.  Yes, because our prosecutor's office does not

8  specialize in making proper responses so we had to get

9  someone outside.

10     Q.  So who determines if a public record does not

11 need to be retained any longer?

12     A.  The records commission.

13     Q.  And who is on the record commission?

14     A.  I do not know.

15     Q.  Does the board of county commissioners have any

16 oversight responsibility over the records commission?

17     A.  No.

18     Q.  Is it a separate entity?

19     A.  Yes.

20     Q.  Have you ever yourself in your position as a

21 Trumbull County commissioner interacted with the records

22 commission?

23     A.  No.

24     Q.  Your complaint alleges the destruction of public

1    records.  What records do you believe were destroyed?

2        A.  Text messages and surveillance video, they were

3    destroyed per your clients' depositions.

4        Q.  What surveillance video do you believe was

5    destroyed?

6        A.  All evidence of the conspiracy related to my

7    arrest via text message and surveillance video in the

8    commissioners' administration building and in the

9    sheriff's administration building has been destroyed.

10       Q.  And what specific cameras were recording where

11   the videos have not been preserved?

12       A.  I don't remember exactly what was requested, but

13   the surveillance videos in probably I think it was a

14   week or two weeks leading up to the arrest in the

15   administration building, which would have been the fifth

16   floor where the commissioners are and in the sheriff's

17   area as well, where his administration offices are,

18   because typically as they admit or as Paul Monroe

19   admitted they don't text those things, they pick up the

20   phone, they call, and they have meetings.

21            So I think it would prove to show some

22   circumstantial evidence to see them collected and

23   gathered in certain offices; however, all of those

24   videos, I believe, have been destroyed along with the

```
 1   text messages which are also evidence.

 2       Q.  When did you make a public records request for

 3   the evidence that you believe has been destroyed?

 4       A.  I can't recall.  I know it was shortly after my

 5   arrest.

 6       Q.  What form was your request?

 7       A.  I believe email, I believe verbal as well.

 8       Q.  To whom?

 9       A.  I can't recall specifically, but there are people

10   that I reached out to in data.

11       Q.  To whom were those requests lodged, either verbal

12   or written?

13       A.  I can't remember specifically.  I can't remember

14   specifically.

15       Q.  Do you recall sending an email to Sheriff Monroe

16   asking for jail medical policies at some point?

17       A.  Yes.

18       Q.  And did you receive the jail medical policies?

19       A.  I did.

20       Q.  We're going to show you -- what's the exhibit?

21           MS. SUDHOFF:  This has been previously marked.

22   We don't have the number.

23       Q.  Commissioner Frenchko, we're about to go to a

24   letter from your attorney, and I think it's been
```

```
 1    previously marked in another deposition.  For purposes
 2    of today we're going to say it's Defendant's Exhibit 1
 3    to your deposition, but we'll go ahead and coordinate
 4    with counsel so that we have one exhibit once this thing
 5    gets filed with the court some day.
 6          Are you able to see that document?
 7      A.  Yeah.  I want a minute to read it.
 8      Q.  Sure.
 9          MR. YOSOWITZ:  While she's reading, I have it
10    previously marked as Exhibit No. 8.
11          MR. DOWNEY:  We're going to call it Exhibit 8.
12          THE WITNESS:  I'm not going to read it until you
13    guys are done talking because my brain can't do that,
14    I'm sorry.
15          MR. DOWNEY:  Go ahead and read it.
16      A.  Yes.
17      Q.  Is this document Exhibit 8 a public records
18    request that you made through your counsel?
19      A.  No, I don't believe so.  This is a preservation.
20      Q.  Did you receive this letter?
21      A.  Yes, preservation, for a preservation or a
22    litigation hold or preservation hold, I don't know, I'm
23    not an attorney, is different than a public records
24    request.
```

1    Q.  Okay.  Have you made --

2         THE WITNESS:  Can we wait until David's in the

3    room?

4         MR. BETRAS:  I'm here.  Niki, I'm right here.

5    I'm just going up to the screen so I can see it.  I'm

6    right here.

7         MR. DOWNEY:  All I have is Commissioner Frenchko

8    on the screen right now so that's what I'm looking at.

9         MR. BETRAS:  I'm here.  I just couldn't see it.

10   I had to go up to it to see it, that's all.

11        THE WITNESS:  Okay.  I'm sorry.

12   Q.  (By Mr. Downey) Were any other public records

13   requests made by you which are included in any

14   allegations in your lawsuit?

15   A.  Yes.

16   Q.  Tell me about them.  If they're included in your

17   lawsuit, this is my chance to ask you about them,

18   Commissioner, so tell me about them.

19   A.  My records request related to video surveillance,

20   it was basically the same things that we did in

21   discovery because I actually wrote it and sent it over

22   to David to file so everything that was originally

23   requested.

24        MR. BETRAS:  Hold on, hold on, Niki, I don't want

1    you telling them any discussions that we had.  They're

2    not allowed to ask you about any discussions or letters

3    between us so do not tell them anything like that.

4         MR. DOWNEY:  For the record, I did not ask for

5    anything that you talked to Mr. Betras --

6         MR. BETRAS:  I just want, Niki, to say any

7    information, Niki, or any discussions you and I have,

8    that's attorney/client privilege.

9         THE WITNESS:  I understand.  I just want him

10   to -- he's asking me to describe something that he

11   already has so I'm just trying to help him out.  Sorry.

12      Q.  (By Mr. Downey) If you would answer the question

13   and please don't refer to any private communications

14   with your counsel.

15      A.  Do you want me to take a moment to look up

16   something and then read it to you or did you?

17      Q.  Not particularly, no, I just want to know what

18   you know right now.

19      A.  Okay.  So I requested text messages, memos,

20   emails, written notes, surveillance video from within

21   the building, everything -- and it was also, I believe,

22   two weeks, for two weeks or a month or so leading up, I

23   can't remember specifically, leading up to that as well,

24   and it was among -- it was for Frank, Mauro, Paul

1  Monroe, the deputies, I believe I included Jim Osaki.  I

2  can't remember specifically, but there were people that

3  were included, oh, and all of the staff as well that

4  were in the commissioners' -- the commissioners and

5  their staff, I believe.

6      Like I said, I don't want to say.  I could just

7  tell you I don't remember because I don't remember

8  specifically, but I'm trying my best here so please

9  realize that it's non-exhaustive and might not be

10  exactly perfect.

11     Q.  Did you ever receive a notice of preservation

12  letter in regards to the allegations contained in your

13  lawsuit in your position as commissioner at Trumbull

14  County?

15     A.  I don't remember.

16     Q.  Do you have any personal knowledge of whether

17  Mauro Cantalamessa received that letter?

18     A.  Yes.

19     Q.  And what's the basis of your personal knowledge

20  on that?

21     MR. BETRAS:  Do we need to have the letter still

22  up or can we take it down?  There.  Thank you.

23     MR. DOWNEY:  Great minds, David.

24     A.  Was your question about that specific letter or

1    anything else?

2        Q.   No, anything else.

3        A.   Yes.

4        Q.   How do you know?

5        A.   Because our prosecutor's office was involved.

6        Q.   Do you have any personal knowledge whether Frank

7    Fuda received any letter regarding preservation of

8    evidence?

9        A.   Yes.

10       Q.   And what's the basis of that knowledge?

11       A.   Because our prosecutor's office was involved and

12   the -- everything was sent, everything from my

13   attorney -- look, everything from my attorney was sent.

14   They asked me for the address.

15       Q.   I'm just asking you what did you do in your

16   position as a commissioner in response to that letter?

17       A.   To talk to the -- wait, I'm confused, I'm sorry.

18       Q.   Did you yourself take any steps to preserve

19   evidence?

20           MR. BETRAS:  I'm going to object to that, Niki,

21   but go ahead and answer.

22       A.   I really don't understand.  I don't even know

23   that I received a notice for myself.  I wasn't the one

24   being sued.

1    Q.  You're a commissioner in Trumbull County, Ohio,

2  correct?

3    A.  Yes.

4    Q.  And if a letter was sent to Trumbull County

5  regarding the preservation of evidence, do you not agree

6  that you would have a role in preserving that evidence?

7    A.  Yes, preserve, I keep everything, yeah.

8    Q.  So what steps did you take upon receipt of that

9  correspondence?

10    A.  Not deleting one damn thing.

11    Q.  All right.  Are you familiar with things being

12  over-read or documents being automatically deleted, are

13  you familiar with that happening at any point in time in

14  your life?

15    A.  What did you say?

16    Q.  I'll give you an example.  You know, some places

17  a video will override after seven days or 14 days or 21,

18  whatever the time frame is, and I know I asked you

19  earlier about your records retention policy, you didn't

20  have specific knowledge about it when we discussed it

21  today, but what I'm asking is are you familiar with that

22  occurring, that if the videos could be overridden or

23  overtaped, that documents could be automatically deleted

24  in the form of emails, are you familiar with that

1    potential happening?

2        A.  With the videos at the county that's the only

3    thing that I'm aware of and that's so --

4        Q.  My question is what did you do to preserve that

5    evidence?

6        A.  I contacted -- I contacted the IT department,

7    and -- but unfortunately the IT department has created

8    something to disallow me from receiving public records

9    without the majority of the board approving them.

10       Q.  Did you send any written correspondence to the IT

11   department regarding the preservation of evidence?

12       A.  I can't remember if it was written or if it was

13   verbal, but I did talk to an employee there.

14       Q.  To whom did you speak?

15       A.  I believe it was Mark Malacky, I think.

16       Q.  And when did this conversation take place?

17       A.  I can't remember.

18       Q.  Have you ever asked --

19       A.  I call him often.

20       Q.  I'm sorry, Commissioner, I had another question,

21   okay?

22       A.  Okay.

23       Q.  Have you ever asked someone to be removed from

24   the hearing room?

1    A.   I don't believe I've asked anyone to be removed

2   from the hearing room during a public meeting.  After

3   the meeting had closed and was over I have asked for

4   that because there's no longer --

5    Q.   I'm asking specifically the hearing room, so if

6   you would just tell me when and who you've asked to have

7   removed from the hearing room.

8    A.   After the meeting there was a man who -- there

9   were a group of people who want me removed from office

10   and they stalk me, and he's a member of that group.

11        And after a particular meeting and after him

12   following me and taking pictures of me at dinner with my

13   family and that type of thing, he came up to me and

14   asked me where I was that weekend and where I was out

15   and specifics about my whereabouts, and I -- he came to

16   me, and I did ask, I think that there was a deputy, it

17   was a woman who no longer works for the sheriff, and she

18   actually told him to leave because he was quite

19   intimidating.

20    Q.   And what was the name of this gentleman?

21    A.   Kelly Glenn.

22    Q.   And did you press the panic alarm regarding

23   Mr. Glenn?

24    A.   I can't remember, but -- no, on that particular

1  time that I'm talking about I went to the back of the

2  room to pick up a piece of paper, and he stayed in there

3  and came very close to me and was asking me personal

4  questions.  And he follows me around in the community

5  too so it's eerie.

6      Q.  Was this on May 18th, 2022?

7      A.  I don't know.  I think it was before that.  No.

8      Q.  Did you ever press the panic alarm?

9      A.  I have before, but the situation I'm describing

10  was in 2021 because I believe that Richard Jackson was

11  still the HR director at the time.

12          He has -- this group of people have a

13  longstanding history of doing this so this was I believe

14  in 2021 because the employee that --

15      Q.  I'm going to go on to the next question.  I

16  appreciate the timing may not be fresh right now.  What

17  happens when you press the panic alarm?

18      A.  I believe that it alerts the deputies to come up

19  and see what's going on.

20      Q.  And did you ask the deputy to remove Mr. Glenn?

21      A.  I don't remember that particular -- I don't

22  remember, but I do remember a time that the woman deputy

23  was there, heard how he was talking to me and removed

24  him, that was the year I believe that was 2021, though.

1    Q.  Did you ask to have him removed?

2    A.  I think I did.

3    Q.  What authority do you have to ask to have a

4  citizen removed from the hearing room?

5    A.  The meeting was over.  There was no public

6  business.  The hours for using a hearing room, it's just

7  like a courtroom, when you go into the courtroom the

8  people who are there are there for a particular hearing

9  or a case or a trial or for the events of the day.  Once

10  those events of the day are over, it is time for them to

11  exit.  They do not have the privilege of -- people don't

12  have the liberty of staying and cornering me or hovering

13  over me and asking me, you know, my whereabouts or

14  personal things.

15        The time for anything that relates to public

16  discourse is during the public meeting, not after it's

17  over while I'm gathering papers off of a table or

18  sitting at my personal workspace, which is similar to

19  what a judge would sit at, at an elevated area.

20    Q.  Just so I'm clear, Commissioner, it would be

21  appropriate to ask a citizen to be removed from a

22  hearing room regardless of their reason for being there

23  as soon as the actual meeting is over; is that correct?

24    A.  After for sure.  If you come to a meeting --

1    Q.  It's a yes or no.  It's a yes or no.

2    A.  I have the right to give --

3    Q.  It's a yes or no.  I've heard you go on and on

4    today.

5         MR. BETRAS:  She has a right to answer the

6    question.

7    A.  I have a right to give a full and complete

8    answer.

9    Q.  It's a yes or no question.  Yes or no?

10   A.  I have the right to give a full --

11   Q.  Commissioner Frenchko, I asked you a yes or no

12   question.  If the hearing is complete is it your

13   testimony that it is appropriate to have a citizen

14   removed from a hearing room because the hearing is

15   complete?

16        MR. BETRAS:  Objection.

17        Go ahead and answer, Niki.

18   A.  Citizens don't even have the ability to come into

19   our fifth floor.

20   Q.  You're not answering the question.

21   A.  I'm doing it backwards because you've been

22   cutting me off here.

23   Q.  Is it a yes or no?

24   A.  I'm doing this backwards because you've been

```
 1   cutting me off.
 2          MR. DOWNEY:  Let the record reflect that
 3   Commissioner Frenchko is refusing yet again to answer a
 4   question.
 5          MR. BETRAS:  Let the record reflect Commissioner
 6   Frenchko is trying to answer your question.
 7          MR. DOWNEY:  No, David, the record is full of
 8   Commissioner Frenchko not answering questions.  We've
 9   got about two days --
10          MR. BETRAS:  Niki, the simple question is when a
11   meeting is over.
12          MR. DOWNEY:  I asked a simple question.  I'd like
13   to stick with the one I asked.
14          THE WITNESS:  I will answer that specific
15   question as long as I can explain it afterwards.
16          MR. DOWNEY:  That's not how it works.
17          THE WITNESS:  I think it does.
18      Q.  (By Mr. Downey) I am asking you a simple
19   question.  It is your belief that when a hearing is
20   completed it is appropriate for a commissioner,
21   yourself, to have a member of the public removed from
22   the hearing room?
23      A.  If there's not county business going on and
24   citizens aren't allowed in the hearing room unless
```

 1  there's a meeting and the meeting is over --

 2    Q.  That's not the question.

 3    A.  Then the meeting is over then yes.  Yes, I just

 4  answered it.

 5    Q.  The question is a simple one.

 6    A.  I answered it, and you're talking over me.  I

 7  hope this young lady is able to hear what I said.

 8    Q.  I hope she's able to as well.  I'm going to ask

 9  it one more time.  It's a yes or no.  I'd appreciate it

10  if you would answer it in the way it's intended.

11       Do you believe it is appropriate and acceptable

12  for a commissioner to tell a member of the general

13  public or an officer to remove that member of the

14  general public because the hearing is complete?

15    A.  When there's no county business or a meeting is

16  over, yes.

17    Q.  Thank you.

18    A.  And only if they're doing something that's

19  offensive as well.

20       MR. DOWNEY:  There's not a question outstanding.

21       We're going to take about three minutes, and then

22  we're going to get back and I'm probably going to finish

23  up and we'll turn it over to Mr. Yosowitz.

24       (Recess taken.)

1    Q.   (By Mr. Downey) Commissioner Frenchko, we're back

2    on the record.  This is a general question for you.  Did

3    you experience any other injuries or damages that we

4    have not discussed here today regarding the allegations

5    in your lawsuit?

6    A.   I can't remember what I put on my --

7         THE WITNESS:  Is this something that we should be

8    having the Sheriff's Department on for?

9         MR. BETRAS:  Wait a minute.  Hold on, Dan.

10   Outside of any physical or mental, anything else I think

11   he's asking you.  Don't mention physical or mental.

12        Is that fair for me to clarify that, Dan?  I

13   don't want to trample on you.

14        MR. DOWNEY:  Yeah, this is just a catchall.  I

15   want to make sure we discuss Commissioner Frenchko's --

16   the way this has impacted her.

17   Q.   (By Mr. Downey) So if there's anything additional

18   that we haven't talked about, Commissioner, we can ask

19   the deputies to leave.  If you feel like you've been

20   able to testify how it's affected you the answer is no,

21   we can move on to my next question.

22   A.   You were asking very specific questions, and I

23   didn't elaborate much, and you tried to guide me to

24   being very narrow so now --

1    Q.  I will dispute that.  If you would like, we will

2    ask the deputies to leave and you can answer the

3    question and take as much time as you would like,

4    Commissioner.

5    A.  Could we go back to --

6        MR. DOWNEY:  We'll do that.  Mr. Yosowitz, would

7    you please ask the deputies to shut off the camera and

8    we'll give Commissioner Frenchko an opportunity to

9    address her allegations.

10       (Sergeant Ross and Sergeant Wix leave the ZOOM

11   deposition.)

12       MR. DOWNEY:  So they're off.

13   Q.  (By Mr. Downey) So, Commissioner Frenchko, I'll

14   ask it again, did you experience any other injuries or

15   damages that we have not discussed here today?

16   A.  I would ask if we can go back over and see what

17   we did discuss just to make sure I didn't miss anything.

18   Q.  No, that's not how it works.

19       MR. BETRAS:  That's not how it works, Niki.

20   You've got to say -- it's a catchall question.  He's

21   allowed to narrow his questions.  He's asking is there

22   anything else that we didn't discuss that you want to

23   tell him about.

24   A.

```
 1

 2

 3

 4

 5

 6        MR. BETRAS:  He's not asking you for details.

 7        THE WITNESS:  Okay.

 8

 9

10

11

12

13

14

15

16

17

18

19        Also the money, like, I know I had to pay, you

20   know, legal fees as well I want to include.

21     Q.  Commissioner Frenchko, do you have a ballpark of

22   how much your legal fees cost?

23        MR. BETRAS:  I'm going to object to that.

24        MR. DOWNEY:  To the extent they're a component of
```

1    your damages, David, that's why I'm asking.

2         MR. BETRAS:  I'd have to go back.  I don't even

3    know.  I don't know how the hell she's going to know.

4    I'd have to go back and calculate it.  We'll provide

5    that to you.

6       Q.  I'm just asking if it's part of your damages.  It

7    doesn't have to happen today.

8         I do want to clarify a little bit of your answer,

9    Commissioner Frenchko.  ████████████████████████

10   █████████████████    ████████████████████████

11   ██████████████████████

12      A.  ██████████████

13   ███████████████████████████████████████████

14

15

16

17

18

19

20

21

22

23

24



1    A.  There you go.

2    Q.  I'd also like to get them directly from the

3    provider if there is a provider and where you went.

4    A.  I won't know until you get the records then we

5    can figure it out from there.

6

7

8

9

10

11

12        MR. BETRAS:  Niki, to the extent you have that

13   please provide it to me.

14        THE WITNESS:  I don't have anything.  I would

15   have to do the same thing that I suggested to them was

16   contact the doctor.

17        MR. BETRAS:  Do that then.

18   Q.  (By Mr. Downey) So, Commissioner Frenchko, why

19   did you call Sheriff Monroe on August 16th, 2023?

20   A.  I don't remember.

21   Q.  How did you get his number?

22   A.  I've had Sheriff Monroe's phone number for a very

23   long time, his cell phone number before.

24   Q.  So just so the record's clear, you didn't contact

```
 1   Sheriff Monroe on August 16th because you were just cold

 2   dialing phone numbers that were obtained through

 3   discovery in the case?

 4       A.  I don't remember.

 5       Q.  Why did you call Brian Butcher on August 16th,

 6   2023?

 7       A.  I don't remember.

 8       Q.  Have you ever called him before?

 9       A.  I don't remember.

10       Q.  How did you get his number?

11       A.  I don't recall.  I don't recall.

12       Q.  Is there anything that would affect your ability

13   to remember or recall things that is impacting you in

14   your testimony today?

15       A.  No.

16          MR. DOWNEY:  I have no additional questions for

17   you right now, Commissioner Frenchko.  I think that

18   Mr. Yosowitz will have a number of questions, and we may

19   need to take a minute so his clients can come back in

20   the room so that they can hear it.

21   ████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████

23          MR. DOWNEY:  We're done.  You answered the

24   question.  I'm done.  You can talk to Mr. Yosowitz about
```

```
1   that.
2            THE WITNESS:  ██████████████████
3            MR. YOSOWITZ:  Yes, please.
4            (Sergeant Ross and Sergeant Wix join the ZOOM
5   deposition.)
6                         - - -
7                      EXAMINATION
8   By Mr. Yosowitz:
9        Q.  Commissioner Frenchko, we're back on the record.
10       A.  Okay.
11       Q.  Are you okay to continue?
12       A.  Yeah.
13       Q.  All right.  In our first part of the deposition
14  Mr. Downey did a good job of going over some admonitions
15  for you.  I wanted to go over some of my own.
16            You are currently at your home; is that correct?
17       A.  Yes.
18       Q.  Okay.  Please understand that even though we are
19  in an informal setting everything you say here is just
20  as important as if we were at trial in a courtroom with
21  a judge and jury listening; do you understand that?
22       A.  Yes.  Thank you.
23       Q.  Do you understand that if your testimony at trial
24  is inconsistent with the answers that you provide in
```

1    this deposition today I'll argue to a jury that any

2    inconsistent testimony raises questions about your

3    credibility?

4        A.  Okay.

5        Q.  Do you understand that if your testimony today or

6    at trial is inconsistent with video recordings showing

7    your arrest on July 7th, 2022, I will argue to a jury

8    that any inconsistent testimony raises questions about

9    your credibility?

10       A.  Okay.

11       Q.  I'm going to give each of your words their most

12   common meaning unless you tell me that a word has a

13   special meaning, unless you're using a word in some way

14   that is special to you; do you understand that?

15       A.  Yes, I think.

16       Q.  Basically I'm going to use the dictionary

17   definition of your words unless you tell me that you're

18   using a word in some other way; do you understand that?

19       A.  Yes.

20       Q.  Okay.  The Trumbull County commissioner meetings

21   are held at the Trumbull County administration building

22   on the fifth floor of 160 High Street Northwest, Warren,

23   Ohio, correct?

24       A.  I'm not sure the direction, is that right, I

```
 1   think it's 160.  I don't know the direction.
 2      Q.  Do you know where the Trumbull County
 3   administration building is?
 4      A.  Yes.
 5      Q.  Okay.  What street is it on?
 6      A.  High Street.
 7      Q.  You don't know the address, though?
 8      A.  I said I'm not sure the direction.
 9      Q.  Oh.
10      A.  160, but I'm not sure you said south or north,
11   I'm not sure.
12      Q.  All right.  But you're familiar with the
13   administration building in Trumbull County, correct?
14      A.  And I want to say I don't remember, not that I
15   don't know so I don't know the direction.
16      Q.  Okay.  Are you familiar with the administration
17   building in Trumbull County?
18      A.  Yes.
19      Q.  Okay.  And the specific room where the Trumbull
20   County commissioner meetings are held is called the
21   commissioners' hearing room; is that correct?
22      A.  It's the commissioners' hearing room and it's the
23   commissioners' conference room.
24      Q.  Okay.
```

1    A.   There's two separate signs on the door.   One door

2  says hearing room.   One door says conference room but we

3  call it the hearing room when it's opened up.

4    Q.   If I use the term commissioners' hearing room, do

5  you know which room I'm referring to?

6    A.   Yes.

7    Q.   Okay.   During the commissioners' meeting on

8  July 7th, 2022, Sergeant Wix approached your chair and

9  asked you to stand up, correct?

10    A.   Yes.

11    Q.   And you stood up on your own, correct?

12    A.   After the chair was pulled, yes.

13    Q.   You then walked out of the commissioners' hearing

14  room on your own, correct?

15    A.   Yes.

16    Q.   Neither Sergeant Wix nor Sergeant Ross ever

17  touched your body in the commissioners' hearing room on

18  July 7th, 2022, correct?

19    A.   Wix touched the chair that was connected to me

20  and I felt that being yanked, so him physically touching

21  me, I don't recall him physically touching me.   I

22  remember feeling jarred and that that was actually from

23  him pulling the chair.

24    Q.   Sergeant Ross never touched your body in the

1    commissioners' hearing room on July 7th, 2022, correct?

2       A.  I don't remember.  I don't remember.  I don't

3    remember.  I don't remember when they took my arm.  I

4    think it was in the back.

5       Q.  In the hallway outside of the commissioners'

6    hearing room you were placed under arrest, correct?

7       A.  Right.

8    █████████████████████████████████████████████████████

9    █████████████████████████████████████████████████████

10   █████████████████████████████████████████████████████

11      Q.  You agree with me you asked to have the handcuffs

12   loosened, correct?

13      A.  Yes.

14      Q.  And less than one minute after you made that

15   request, according to the video, Sergeant Ross removed

16   your handcuffs and rehandcuffed you using two sets of

17   cuffs so that your arms were by your side and not behind

18   you, correct?

19      A.  They were not by my side.  They were still behind

20   me, but it was more room.

21      Q.  Sergeant Ross asked you "Is that better?"

22    Correct?

23      A.  Yes, it was better.

24      Q.  You responded "Yes," correct?

1    A.  I said yes, it was better, uh-huh.

2    Q.  Once you got inside the jail your handcuffs were

3 removed, correct?

4    A.  Yes.

5    Q.  Between the time that Sergeant Ross loosened your

6 handcuffs and the time that your handcuffs were removed

7 in the jail you never made any other complaints about

8 your handcuffs to either Sergeant Ross or Sergeant Wix,

9 correct?

10    A.  Correct.

11    Q.  Other than placing handcuffs on you neither

12 Sergeant Ross or Sergeant Wix applied any other force to

13 you, correct?

14    A.  Correct.

15    Q.  In fact, the surveillance video from the

16 commissioners office shows that you walked unassisted to

17 the jail, correct?

18    A.  I don't remember.  I don't recall force.

19    Q.  Once you got to the jail Sergeant Ross and

20 Sergeant Wix left you in the custody of the sheriffs

21 personnel at the jail, correct?

22    A.  Right.

23    Q.  Earlier -- well, strike that.

24        And to your knowledge after Sergeant Ross and

1    Sergeant Wix dropped you off at the jail they left you

2    at the jail or they left the jail, correct?

3        A.  I was told what was -- yeah.  Yeah.

4        Q.  You were placed in a holding cell at the jail; do

5    you recall that?

6        A.  Yes.

7        Q.  You were seen by a nurse in the holding cell,

8    correct?

9        A.  No.

10       Q.  Earlier you mentioned that they took your blood

11   pressure at the jail; do you recall that?

12       A.  Yes.

13       Q.  And that was done by the nurse, correct?

14       A.  No.

15       Q.  It was not done by the nurse?

16       A.  No.

17       Q.  Who took your blood pressure at the jail?

18       A.  I don't remember her name, but that's the problem

19   at Trumbull County, they call people nurses to make you

20   believe you have someone qualified to do a medical

21   assessment, and it was someone, they go to ETI on a

22   nine-week program.  It's not a nurse.  It's not an LPN.

23   It's not an RN.  It's not a nurse's assistant.  It's

24   like I don't understand how they got away with having

1   people without qualifications do things without

2   supervision.  But I don't know -- I know she wasn't a

3   nurse.

4       Q.  That's a fair point.

5       A.  She was an employee of Dr. Malvasi, can I say

6   that.

7       Q.  Well, I don't know.  I guess that's a fair point.

8   What I recall seeing on the video was a woman in red or

9   maroon scrubs; do you remember that?

10      A.  I remember a woman, yeah.

11      Q.  Okay.  Is the woman in the scrubs the person that

12  took your blood pressure?

13      A.  I don't have the video to know how many

14  different -- I can't be conclusive, but there was a

15  woman there that I don't know.  I don't know.

16      Q.  Okay.

17      A.  If you show me the video, I could tell you a

18  definitive answer.  I think she had glasses.

19      Q.  I just want to make sure I'm clear on your

20  testimony about water at the jail.  Is it your testimony

21  under oath today that you didn't drink any water at the

22  jail?

23      A.  I tried to drink the water.  █████████████████

24  ███████████████████████████████████████████████████████



15    Q.  While you were in the holding cell you were

16  provided with a cup, I believe an orange cup; do you

17  recall that?

18    A.  Yes, very later on.

19    Q.  And if I also recall correctly you filled that

20  cup up with water and drank from it, correct?

21    A.  Yes.

22    Q.  Were you also provided with a sack lunch at the

23  jail?

24    A.  Yes, I was provided with a sack lunch at the

1    jail, none of which I was really able to eat, though,

2    ██████████████████████████████████████████████████

3    █████████████████████████████████   █████████████

4    ████████████████████████████████████████████████

5    ███████████████████████████████████████████████

6    ████████████████████████████████

7       Q.   And to be clear, at that point Sergeant Wix and

8    Sergeant Ross weren't present anymore as far as you

9    knew, correct?

10      A.   I didn't see them.  I only heard where they went.

11   I heard that they went to work together to write the

12   report and that's why it was taking so long, longer than

13   normal to let me out was because they were figuring out

14   what they were writing.

15      Q.   On July 7th, 2022, Sergeant Ross never demanded

16   that you apologize to the sheriff, correct?

17      A.   No, he did not.

18      Q.   On July 7th, 2022, Sergeant Wix never demanded

19   that you apologize to the sheriff, correct?

20      A.   I don't recall him saying that.

21      Q.   For the --

22           MR. BETRAS:  Don't worry, Niki, I'm still here.

23   I just shut my camera off.  I'm hearing everything and

24   seeing everything .

1     Q.  It is your belief that Mauro Cantalamessa was

2     texting one of the deputies during the meeting; is that

3     correct?

4     A.  I thought that he might have been.  I know he was

5     texting people related to removing me because of the

6     timing of what he said, but I might -- but I'm not sure

7     who all was communicated with who because there were

8     other elected officials, other department heads, other

9     employees, you know, his brother, there were a lot of

10    people associated with coordinating my arrest.

11    Q.  Are you aware that the phone records that your

12    counsel subpoenaed don't show any text messages on July

13    7th between Mauro Cantalamessa and either Deputy -- or

14    Sergeant Ross or Sergeant Wix?

15    A.  Yes.

16    Q.  You're aware of that, okay.  There was some

17    testimony about a March 9th, 2023, either meeting or

18    workshop; do you recall that?

19    A.  I don't know.

20    Q.  Let me make sure I have the right date.

21    A.  What's the content?

22    Q.  It's the one involving your phone and the

23    sheriff.

24    A.  Yes, okay.  That might be.  I want to say I could

1   stipulate that there is a meeting involving the sheriff

2   related to the budget.

3      Q.   Okay.

4      A.   And I don't know the exact date, but it was

5   March, I believe.

6      Q.   Okay.  All I wanted to ask you is Sergeant Wix

7   and Sergeant Ross were not present at that meeting,

8   correct?

9      A.   No, they were not there.  It was only Sheriff

10  Monroe.

11     Q.   On July 7th, 2022, the clerk, Paula Vivoda-Klotz

12  was reading a letter from Sheriff Monroe, correct?

13     A.   Right.

14     Q.   You thought that the letter was dishonest,

15  correct -- strike that.  Let me make that clear.

16          You thought that the letter from Sheriff Monroe

17  was dishonest, correct?

18     A.   It absolutely was dishonest if you compare it

19  even to the audio because the audio shows that only a

20  small clip was taken where the inmate -- they quoted the

21  inmate as saying the sheriff is doing a good job and

22  then cut it right there, but the whole quote was for

23  himself but not for us and that shows the level of

24  intended deception by the sheriff and that that was, in

1   fact, dishonest and taken out of context along with

2   other things.

3      Q.  You also thought that the letter was being read

4   out of order, correct?

5      A.  The letter shouldn't have been read at all by our

6   staff.  Whether or not -- if it was being recognized as

7   a public comment it should have been at the end by the

8   public or if the -- because it wasn't on the agenda and

9   it was being read in the middle of our agenda before we

10  were even completed with our numbered items.

11     Q.  So there may have been an appropriate time to

12  read the letter, but you didn't think that that was the

13  appropriate time, correct?

14     A.  Absolutely not.  You can get a copy of the agenda

15  too, it's online too, to show which number that they

16  started reading it in between.

17     Q.  But you would agree with me as you testified a

18  few moments ago that the time for public discourse is

19  during the public meeting, correct?

20     A.  For public, no, for public discourse it's during

21  the meeting in the area for public comment which is

22  after the agenda is complete.  Albeit they do do things

23  out of order.  The meetings deteriorate and run amuck

24  but never -- we do not have public comments or letters

1    being read like that inserted into the middle of the

2    meeting while we're still going over the agenda.  That

3    wasn't even on the agenda, I'm sorry.

4        Q.  And you don't deny that you interrupted the

5    clerk's reading of the letter, correct?

6        A.  That I interrupted her reading of the -- correct,

7    and I was interrupted and yelled at and insulted during

8    that meeting and numerous other meetings but there was

9    never any consequence for anyone else unless their

10   speech was critical of the operations of the county,

11   especially the sheriff.

12       Q.  Did you make a motion to return to the proper

13   order?

14       A.  Did I make a motion, I think I said order or I

15   suggested -- I can't remember exactly, but I believe

16   that what I said would have constituted me drawing

17   attention to the president that we were not in the order

18   of the day, and that then is not something that the

19   president can overrule.  It has to be done by a vote of

20   the board like, yeah, we are out of order and then you

21   have the duty to bring the meeting back on track to the

22   best of your ability.

23       Q.  While Mr. Downey was questioning you you

24   mentioned that you recently saw deputies Wix and Ross

1    together and said something lighthearted to them; do you

2    recall that?

3        A.   Yes.

4        Q.   Where did that encounter take place?

5        A.   By my building which was odd because I don't see

6    them together like that, and I got nervous.

7        Q.   But -- I'm sorry, go ahead.

8        A.   I've seen Ross separately before and outside of a

9    work environment and he's been cordial and polite, but

10   when I see them together at our building I recognize

11   them as arms and hench people of the sheriff and so

12   that's concerning to me, but when I -- you know, there's

13   like a -- even if I'm walking around the courthouse or

14   something and then I see a sheriff deputy I feel -- I

15   don't want to talk about it now.

16       Q.   Did you make a comment to Sergeants Ross and Wix

17   about arresting you because you were wearing white after

18   Labor Day?

19       A.   Yes, I was nervous.  I saw them, I was wondering

20   what they were going to do or why they were there, and

21   so as they were approaching I said that and then that

22   softened their demeanor.  And then I was like, okay,

23   they're not going to do anything to me.

24       Q.   Was your purpose in making that comment to mock

1   them?

2       A.   No, my purpose for making that comment was to

3   evaluate what their purpose was or to sort of make sure

4   that they weren't there to harass me or arrest me or do

5   anything like that.

6       Q.   Were you aware that you're not supposed to be

7   talking to them at all?

8       A.   No, I'm sorry, I guess --

9           MR. BETRAS:   I'm going to object to that

10  question.

11          Go ahead and answer.   I don't want you to

12  discuss, Niki, any conversations or any legal advice

13  either I or Matt gave you.

14      Q.   And I don't want you to either, but I think I got

15  your answer to that.

16          So, sorry, I'm jumping around a little bit.   I

17  made notes while Mr. Downey was talking.

18          On July 7th, 2022, during your arrest or when you

19  were being arrested in the hallway Sergeant Wix offered

20  to call the paramedics for you, correct?

21      A.   Yes.

22      Q.   And he also told you that you would be seen by

23  the jail medical personnel, correct?

24



```
16        Q.   Well, the fact is you didn't ask him to call a
17   squad, correct?
18        A.   Right.
19        Q.   Okay.  And you didn't need a paramedic at that
20   point, correct?
21        A.   No,
22
23
24
```

1   ████████████████████████████████████████████.

2        Q.   It's my understanding that you testified earlier

3   that prior to the July 7th, 2022, meeting there had been

4   no deputies at the commissioners' meetings for nine

5   months to a year; is that correct?

6        A.   The week before -- no, that's not correct.

7        Q.   Okay.  The nine months to a year that there were

8   no deputies, when was that?

9        A.   That was the week before.  I believe that

10  originally it was Timko and Kaintz who were supposed to

11  be doing the arrest because they were there the week

12  before but I was too sick, they knew I was too sick, the

13  clerk told me not to come in and Wix and Ross ended up

14  there the next week to carry out what needed -- what

15  they believed they needed done.

16            And the week before was the day, the first day in

17  approximately nine months that someone had been there

18  and it was the week before that.

19       Q.   Okay.

20       A.   The week before July 7th, the week before they

21  arrested me.  It was shocking because -- it was shocking

22  to walk in and see -- the one guy's horrible.  I

23  couldn't believe he was there.  I was like something is

24  up, and I knew something was up.

1      Q.   All right.  Just for my own mind --

2      A.   Timko.

3      Q.   So the week before the July 7th meeting there

4    were deputies present?

5      A.   Yes.

6      Q.   All right.  But then in the nine months to a year

7    before that there were no deputies present; is that

8    right?

9      A.   Yes.

10     Q.   Okay.  Prior to July 7th, 2022, did you know

11   Sergeant Wix?

12     A.   No, I don't think I knew him.

13     Q.   Okay.  And you didn't have any reason to believe

14   that Sergeant Wix harbored any animosity towards you,

15   correct?

16     A.   I don't know him.

17     Q.   Did you know Bobby Ross prior to July 7th, 2022?

18     A.   No, again, I don't think so.

19     Q.   And so no reason to believe that he harbored any

20   animosity towards you prior to July 7th, correct?

21     A.   No.

22          MR. YOSOWITZ:  If you'll give me a minute or a

23   couple minutes, Ms. Frenchko, we can go off the record.

24   I might be just about through, okay.  We'll just take a

```
 1    couple minutes.

 2         (Recess taken.)

 3         MR. YOSOWITZ:  Back on the record.

 4    Q.  (By Mr. Yosowitz) When you recently encountered

 5    Sergeants Wix and Ross near the administration building

 6    did you know that they were responding to a 911 call for

 7    service about a woman in distress?

 8    A.  No.

 9         MR. YOSOWITZ:  Okay.  I don't have anything

10    further.

11         MR. DOWNEY:  We don't have any additional

12    questions, David, so if you want to instruct your client

13    on signature.

14         MR. BETRAS:  Before we go off record, Dan, would

15    you just tell me or remind me, there's a couple things

16    you asked me for, I want to make sure, there was a

17    hospital bill that you asked me to try to get from Niki.

18         MR. DOWNEY:  The urgent care bill, if she went to

19    urgent care I would think there would have to be a

20    record of it either by paying it or getting something

21    from them so if she could look for that we would

22    appreciate it.

23         MR. BETRAS:  Was there anything else?

24         MS. SUDHOFF:  We need the mailed copy of her
```

1   medical authorization so I'll follow up my email where

2   she can send that.

3           MR. BETRAS:  Did you hear that, Niki?  Niki can't

4   scan.

5           MS. SUDHOFF:  She can mail the physical copy to

6   us.

7           MR. BETRAS:  Do you hear that, Niki?

8           THE WITNESS:  Okay.

9           MR. BETRAS:  The other thing, Niki, is you have a

10  right to read it.

11          THE WITNESS:  Yes.

12          MR. BETRAS:  You want to read it, right?

13          THE WITNESS:  Yes.

14          MR. BETRAS:  Once the court reporter gives it to

15  us, you don't have a -- what's the rule for her to get

16  it back to you?

17          THE REPORTER:  30 days.

18          MR. BETRAS:  We don't have 30 days.  Our briefs

19  are due on the 24th so, Niki, with all due haste you

20  have to review it, okay?

21          THE WITNESS:  Uh-huh.

22          MR. BETRAS:  We're not going to waive signature.

23  She wants to read.

24                              - - -

```
 1                    A F F I D A V I T

 2                         - - -

 3   State of _____  )
                          )   SS:
 4   County of_____  )

 5          I, Michele Nicole Frenchko, do hereby certify

 6   that I have read the foregoing transcript of my

 7   deposition given on October 11, 2023; that together with

 8   the correction page(s) attached hereto noting changes in

 9   form or substance, if any, is true and correct.

10

11          _____
            Michele Nicole Frenchko
12

13          I do hereby certify that the foregoing transcript

14   of the deposition of Michele Nicole Frenchko, was

15   submitted to the witness for reading and signing; that

16   after she had stated to the undersigned Notary Public

17   that she had read and examined her deposition, she

18   signed the same in my presence on the ____ day

19   of_____, 2023.

20          _____
            NOTARY PUBLIC
21

22   My commission expires_____

23

24
```

```
 1                  C E R T I F I C A T E

 2   State of Ohio       )
                         ) SS:
 3   County of Franklin )

 4          I, Connie M. Willman, Notary Public in and for

 5   the State of Ohio, duly commissioned and qualified,

 6   certify that the within named Michele Nicole Frenchko

 7   was by me duly sworn or affirmed to testify to the whole

 8   truth in the cause aforesaid; that the testimony was

 9   taken down by me in stenotypy in the presence of said

10   witness; afterwards transcribed upon a computer; that

11   the foregoing is a true and correct transcript of the

12   testimony given by said witness taken at the time and

13   place in the foregoing caption specified.

14          I certify that I am not a relative, employee, or

15   attorney of any of the parties hereto, or financially

16   interested in the action.

17          IN WITNESS WHEREOF, I have hereunto set my hand

18   and affixed my seal of office at Columbus, Ohio, on this

19   16th day of October, 2023.

20

21   _____
                   Connie M. Willman, Notary Public in
22                 and for the State of Ohio and
                   Registered Professional Reporter and
23                 Registered Merit Reporter.

24   My commission expires January 18, 2028.
```

**1**

**1** [1] - 69:2
**100** [1] - 34:5
**11** [3] - 1:14, 3:2, 110:7
**11:00** [2] - 24:22
**11:10** [1] - 1:14
**12:40** [1] - 53:15
**14** [1] - 74:17
**16** [1] - 97:2
**160** [3] - 90:22, 91:1, 91:10
**16th** [4] - 87:19, 88:1, 88:5, 111:19
**18** [4] - 32:1, 32:10, 34:20, 111:24
**18th** [1] - 77:6
**19th** [1] - 59:4

**2**

**20** [3] - 32:1, 32:10, 34:20
**200** [3] - 2:10, 2:14
**2021** [3] - 77:10, 77:14, 77:24
**2022** [41] - 6:5, 6:9, 6:11, 7:10, 8:18, 9:9, 9:16, 10:9, 10:21, 11:11, 14:19, 16:10, 16:15, 16:18, 17:5, 28:18, 29:4, 30:2, 30:8, 31:22, 32:20, 33:8, 33:19, 35:5, 36:11, 36:14, 58:24, 62:16, 77:6, 85:11, 90:7, 92:8, 92:18, 93:1, 98:15, 98:18, 100:11, 104:18, 106:3, 107:10, 107:17
**2023** [14] - 1:14, 3:2, 39:15, 44:20, 45:2, 45:7, 46:6, 59:4, 87:19, 88:6, 99:17, 110:7, 110:19, 111:19
**2028** [1] - 111:24
**21** [1] - 74:17
**24th** [1] - 109:19

**3**

**30** [2] - 109:17, 109:18
**3th** [1] - 62:16

**4**

**43054** [1] - 2:10

**43235** [1] - 2:14
**44406** [1] - 2:5
**4:23-cv-781** [1] - 1:7
**4:30** [1] - 25:1

**5**

**5** [1] - 4:9
**50** [3] - 21:20, 22:9, 34:6

**6**

**6630** [1] - 2:4
**69** [1] - 4:4

**7**

**7775** [1] - 2:10
**7th** [42] - 6:5, 6:9, 6:11, 7:9, 8:18, 9:9, 9:16, 10:9, 10:20, 11:11, 14:19, 16:10, 16:15, 16:18, 17:5, 28:18, 29:4, 30:2, 30:8, 31:22, 32:20, 33:19, 35:5, 36:11, 36:14, 58:24, 85:10, 90:7, 92:8, 92:18, 93:1, 98:15, 98:18, 99:13, 100:11, 104:18, 106:3, 106:20, 107:3, 107:10, 107:17, 107:20

**8**

**8** [4] - 4:4, 69:10, 69:11, 69:17
**89** [1] - 4:11

**9**

**90** [2] - 21:19, 22:9
**911** [1] - 108:6
**9th** [7] - 39:12, 39:15, 44:19, 45:2, 45:7, 46:6, 99:17

**A**

**a.m** [1] - 1:14
**ability** [4] - 47:21, 79:18, 88:12, 102:22
**able** [17] - 6:8, 11:5, 11:14, 14:2, 19:20, 19:21, 22:16, 30:5, 39:8, 43:20, 65:4, 69:6, 81:7, 81:8, 82:20, 98:1, 105:21

**above-titled** [1] - 1:13
**absolutely** [3] - 49:8, 100:18, 101:14
**accept** [2] - 50:11, 50:12
**acceptable** [4] - 51:9, 51:13, 52:18, 81:11
**accepting** [1] - 23:2
**access** [1] - 60:13
**according** [3] - 58:19, 58:21, 93:15
**account** [1] - 28:7
**act** [2] - 63:1, 63:2
**action** [2] - 1:15, 111:16
**active** [1] - 37:11
**actual** [1] - 78:23
**adaptogen** [1] - 33:11
**additional** [5] - 13:10, 53:20, 82:17, 88:16, 108:11
**address** [6] - 56:18, 63:3, 66:5, 73:14, 83:9, 91:7
**addressed** [1] - 63:18
**addressing** [1] - 66:1
**adjourn** [1] - 14:9
**adjourned** [1] - 45:15
**administration** [9] - 67:8, 67:9, 67:15, 67:17, 90:21, 91:3, 91:13, 91:16, 108:5
**admit** [2] - 47:16, 67:18
**admitted** [1] - 67:19
**admonitions** [1] - 89:14
**adopt** [1] - 5:19
**adrenal** [2] - 37:4, 84:12
**advertise** [1] - 26:11
**advertised** [1] - 25:10
**advice** [10] - 23:7, 25:14, 25:19, 25:22, 26:4, 26:13, 26:23, 28:1, 37:16, 104:12
**advise** [1] - 5:12
**advisors** [1] - 28:4
**affect** [2] - 8:14, 88:12
**affected** [1] - 82:20
**affirmed** [1] - 111:7
**affixed** [1] - 111:18
**aforesaid** [2] - 1:15, 111:8
**afraid** [11] - 18:14, 19:20, 20:5, 21:6, 30:18, 40:19, 44:4, 44:6, 44:12, 44:24
**afterwards** [2] - 80:15, 111:10

**agency** [1] - 57:5
**agenda** [10] - 8:19, 8:24, 10:15, 56:1, 101:8, 101:9, 101:14, 101:22, 102:2, 102:3
**aggravated** [1] - 17:13
**aggressive** [1] - 53:2
**agitated** [1] - 17:13
**ago** [5] - 32:1, 32:10, 34:20, 101:18
**agree** [8] - 50:6, 50:7, 50:8, 50:16, 74:5, 93:11, 101:17
**agreement** [3] - 1:13, 1:15, 46:21
**agreements** [1] - 46:18
**ahead** [18] - 9:18, 10:1, 10:12, 15:21, 23:14, 50:18, 52:1, 52:11, 55:1, 59:6, 59:23, 62:19, 69:3, 69:15, 73:21, 79:17, 103:7, 104:11
**al** [1] - 1:8
**alarm** [3] - 76:22, 77:8, 77:17
**Albany** [1] - 2:10
**albeit** [1] - 101:22
**Albrecht** [1] - 2:9
**alerts** [1] - 77:18
**allegations** [4] - 70:14, 72:12, 82:4, 83:9
**allegedly** [1] - 62:15
**alleges** [1] - 66:24
**alleging** [1] - 16:17
**allow** [2] - 22:19, 42:12
**allowed** [9] - 7:14, 7:15, 7:22, 51:14, 51:16, 51:17, 71:2, 80:24, 83:21
**allows** [1] - 48:3
**almost** [1] - 32:2
**ALSO** [1] - 2:15
**amount** [2] - 23:24, 97:9
**amuck** [1] - 101:23
**AND** [2] - 2:7, 2:11
**Andrew** [3] - 2:13, 19:9, 53:17
**Andrew's** [1] - 19:1
**animosity** [2] - 107:14, 107:20
**answer** [49] - 5:9, 8:16, 9:18, 9:19, 10:4, 10:12, 11:13, 15:5, 23:9, 23:12,

43:2, 43:4, 43:5, 43:6, 50:12, 50:18, 52:1, 52:11, 54:15, 55:1, 55:22, 56:15, 56:22, 59:6, 59:23, 61:18, 61:24, 62:8, 62:12, 62:19, 62:24, 65:23, 71:12, 73:21, 79:5, 79:8, 79:17, 80:3, 80:6, 80:14, 81:10, 82:20, 83:2, 85:8, 96:18, 104:11, 104:15
**answered** [4] - 62:10, 81:4, 81:6, 88:23
**answering** [3] - 15:19, 79:20, 80:8
**answers** [1] - 89:24
**anxiety** [10] - 29:10, 29:12, 29:16, 29:22, 30:4, 30:15, 31:1, 31:21, 34:21, 84:2
**anyway** [1] - 85:23
**apologize** [5] - 13:16, 15:19, 43:12, 98:16, 98:19
**APPEARING** [3] - 2:2, 2:6, 2:11
**applicable** [1] - 3:9
**applied** [1] - 94:12
**apply** [2] - 5:6, 46:15
**appreciate** [7] - 7:4, 10:4, 56:15, 62:11, 77:16, 81:9, 108:22
**approached** [2] - 41:21, 92:8
**approaching** [1] - 103:21
**appropriate** [11] - 49:5, 49:8, 51:3, 52:14, 63:5, 78:21, 79:13, 80:20, 81:11, 101:11, 101:13
**approving** [1] - 75:9
**area** [4] - 41:21, 67:17, 78:19, 101:21
**argue** [2] - 90:1, 90:7
**arm** [8] - 16:20, 41:18, 51:5, 51:7, 52:24, 53:3, 53:6, 93:3
**arm's** [2] - 51:6, 52:24
**armed** [2] - 44:12, 44:14
**arms** [3] - 16:22, 93:17, 103:11
**arrest** [56] - 9:4, 9:9, 9:16, 10:9, 10:20, 11:24, 12:4, 12:5, 12:12, 12:15, 12:19, 12:20, 13:20, 14:3,

14:14, 14:19, 14:24,
15:3, 15:10, 16:9,
16:14, 16:18, 17:5,
17:17, 17:20, 19:20,
19:24, 22:3, 23:24,
24:15, 25:3, 25:5,
26:17, 27:9, 27:13,
27:22, 28:3, 28:12,
28:17, 29:4, 30:23,
31:11, 31:12, 31:14,
31:16, 36:11, 67:7,
67:14, 68:5, 85:11,
90:7, 93:6, 99:10,
104:4, 104:18,
106:11
**arrested** [13] - 12:9,
13:3, 13:6, 13:9,
13:18, 16:5, 24:11,
24:21, 30:3, 30:4,
30:14, 104:19,
106:21
**arresting** [2] - 85:17,
103:17
**ascertain** [1] - 86:19
**ashwagandha** [1] -
33:9
**asleep** [1] - 34:9
**assessment** [1] -
95:21
**assistant** [2] - 65:24,
95:23
**assists** [1] - 26:2
**associated** [5] -
25:20, 27:12, 28:2,
58:6, 99:10
**assuaged** [1] - 20:1
**assumed** [1] - 56:17
**assuming** [3] - 8:8,
41:19, 44:15
**asthma** [1] - 88:22
**attached** [1] - 110:8
**attack** [7] - 29:21,
29:24, 30:11, 31:17,
38:11, 38:14, 88:22
**attacks** [4] - 30:7,
31:13, 31:21, 32:2
**attempt** [1] - 50:3
**attempted** [1] - 56:18
**attempts** [1] - 50:13
**attending** [1] - 14:16
**attention** [1] - 102:17
**attorney** [7] - 17:23,
64:8, 68:24, 69:23,
73:13, 111:15
**Attorney** [2] - 4:9,
4:11
**attorney/client** [1] -
71:8
**audience** [1] - 6:7
**audio** [3] - 8:14,

100:19
**auditor** [3] - 41:24,
42:1, 56:4
**August** [4] - 62:16,
87:19, 88:1, 88:5
**authority** [1] - 78:3
**authorization** [1] -
109:1
**automatically** [4] -
6:21, 14:8, 74:12,
74:23
**avenue** [1] - 56:20
**aware** [5] - 11:3, 75:3,
99:11, 99:16, 104:6

## B

**background** [1] - 32:6
**backwards** [2] -
79:21, 79:24
**bad** [3] - 34:16, 36:16,
47:13
**badge** [1] - 31:6
**badges** [1] - 31:7
**badly** [1] - 98:5
**ballpark** [1] - 84:21
**bank** [1] - 44:9
**barely** [1] - 85:21
**base** [5] - 40:18, 41:4,
41:5, 41:6, 42:4
**based** [3] - 24:6, 28:4,
60:14
**basis** [3] - 64:13,
72:19, 73:10
**become** [1] - 65:24
**began** [1] - 40:14
**begged** [1] - 98:3
**begging** [1] - 21:10
**BEHALF** [3] - 2:2, 2:6,
2:11
**behalf** [1] - 61:15
**behind** [4] - 44:5,
45:10, 93:17, 93:19
**belief** [2] - 80:19, 99:1
**believes** [1] - 48:19
**bend** [4] - 22:17, 23:3,
23:7, 23:17
**bending** [1] - 21:23
**benzodiazapines** [1] -
33:4
**benzodiazepine** [1] -
33:2
**best** [10] - 5:20, 6:20,
24:6, 25:19, 28:4,
34:21, 37:18, 37:21,
72:8, 102:22
**BETRAS** [53] - 9:6,
9:17, 9:23, 10:10,
16:11, 17:24, 18:8,
18:15, 18:17, 19:5,

20:12, 20:15, 21:3,
21:8, 23:9, 23:11,
50:17, 51:24, 52:10,
53:13, 54:24, 59:5,
59:22, 62:18, 65:23,
70:4, 70:9, 70:24,
71:6, 72:21, 73:20,
79:5, 79:16, 80:5,
80:10, 82:9, 83:19,
84:6, 84:23, 85:2,
87:12, 87:17, 98:22,
104:9, 108:14,
108:23, 109:3,
109:7, 109:9,
109:12, 109:14,
109:18, 109:22
**Betras** [6] - 2:3, 2:4,
9:22, 10:2, 71:5,
87:6
**better** [10] - 27:8, 39:2,
49:22, 56:6, 84:10,
84:15, 86:21, 93:21,
93:23, 94:1
**between** [13] - 3:6,
13:4, 13:8, 14:2,
42:14, 42:18, 42:23,
43:18, 43:20, 71:3,
94:5, 99:13, 101:16
**bill** [4] - 86:15, 87:9,
108:17, 108:18
**billings** [1] - 87:8
**bit** [4] - 5:15, 85:8,
97:6, 104:16
**black** [2] - 34:3, 97:11
**blacking** [2] - 21:24,
36:7
**Blair** [1] - 65:20
**blood** [11] - 21:19,
22:8, 37:5, 37:6,
84:12, 95:10, 95:17,
96:12, 97:6, 97:12,
105:22
**blurped** [1] - 6:23
**BOARD** [1] - 2:6
**board** [5] - 5:17,
56:10, 66:15, 75:9,
102:20
**Bobby** [1] - 107:17
**body** [7] - 33:16,
40:22, 40:23, 52:6,
52:8, 92:17, 92:24
**bond** [2] - 17:14, 20:2
**book** [1] - 21:15
**booking** [1] - 15:13
**bottle** [1] - 37:12
**bottom** [2] - 41:4,
61:19
**Boulevard** [1] - 2:14
**bounce** [1] - 5:15
**boundaries** [3] -

49:15, 50:2, 51:18
**brain** [2] - 36:6, 69:13
**brandish** [1] - 45:6
**break** [4] - 5:7, 5:11,
39:2, 53:10
**breathing** [4] - 36:8,
38:18, 39:3, 39:5
**Brian** [1] - 88:5
**brief** [2] - 7:7, 53:10
**briefly** [1] - 35:10
**briefs** [1] - 109:18
**bring** [3] - 56:6, 98:4,
102:21
**Brodie** [4] - 64:8,
64:24, 65:24, 66:3
**brother** [1] - 99:9
**brought** [1] - 97:9
**budget** [5] - 6:16,
39:13, 40:1, 40:14,
100:2
**build** [1] - 46:23
**building** [14] - 30:19,
44:8, 44:10, 67:8,
67:9, 67:15, 71:21,
90:21, 91:3, 91:13,
91:17, 103:5,
103:10, 108:5
**built** [1] - 46:24
**business** [3] - 78:6,
80:23, 81:15
**butcher** [1] - 88:5

## C

**calculate** [1] - 85:4
**camera** [9] - 7:15,
7:20, 8:12, 42:6,
50:14, 52:7, 52:8,
83:7, 98:23
**cameras** [1] - 67:10
**campaign** [2] - 26:5,
27:21
**campaigns** [1] - 26:3
**Campus** [1] - 2:14
**canceled** [1] - 47:15
**Cantalamessa** [7] -
13:5, 13:19, 14:24,
59:3, 72:17, 99:1,
99:13
**CANTALAMESSA** [1]
- 2:7
**caption** [1] - 111:13
**care** [11] - 22:11,
28:15, 28:20, 28:22,
46:19, 46:20, 48:8,
86:12, 87:9, 108:18,
108:19
**careful** [1] - 17:8
**carry** [2] - 49:1,
106:14

**Case** [1] - 1:7
**case** [3] - 43:22, 78:9,
88:3
**cat's** [1] - 39:16
**catchall** [2] - 82:14,
83:20
**caught** [1] - 21:9
**caused** [4] - 16:20,
23:3, 29:21, 56:1
**causes** [3] - 30:5,
31:1, 84:12
**causing** [1] - 29:20
**cell** [12] - 21:14, 48:23,
49:2, 52:14, 60:22,
61:3, 61:8, 61:12,
87:23, 95:4, 95:7,
97:15
**cement** [1] - 22:1
**centered** [1] - 31:3
**certain** [6] - 10:23,
37:13, 38:4, 54:13,
67:23
**certified** [2] - 5:2, 32:7
**certify** [4] - 110:5,
110:13, 111:6,
111:14
**chain** [1] - 63:5
**chair** [5] - 42:8, 92:8,
92:12, 92:19, 92:23
**challenge** [1] - 27:18
**chance** [1] - 70:17
**change** [6] - 28:2,
36:13, 55:19, 56:2,
56:8, 57:7
**changes** [3] - 54:16,
54:20, 110:8
**character** [3] - 3:15,
47:9, 47:19
**chattering** [1] - 38:18
**checked** [1] - 22:10
**chief** [1] - 46:9
**chug** [6] - 20:22,
22:19, 37:11, 97:2,
97:5, 105:5
**chugging** [1] - 22:7
**circumstances** [1] -
54:14
**circumstantial** [1] -
67:22
**citizen** [3] - 78:4,
78:21, 79:13
**citizens** [2] - 79:18,
80:24
**Civil** [2] - 1:15, 3:9
**claims** [1] - 29:3
**clarify** [5] - 8:16,
31:11, 82:12, 85:8,
88:21
**clarity** [1] - 7:5
**clear** [16] - 9:14,

14:17, 22:15, 34:10,
40:22, 45:1, 46:3,
47:12, 47:20, 55:18,
60:5, 78:20, 87:24,
96:19, 98:7, 100:15
**clearly** [1] - 56:4
**clerk** [16] - 7:15, 8:18,
12:9, 41:16, 59:1,
59:12, 60:12, 61:13,
61:23, 63:4, 63:6,
64:3, 85:20, 100:11,
106:13
**clerk's** [2] - 63:8,
102:5
**Cleveland** [1] - 36:1
**client** [2] - 87:7,
108:12
**clients** [1] - 88:19
**clients'** [1] - 67:3
**clip** [1] - 100:20
**clonazepam** [1] -
33:21
**close** [13] - 32:1,
50:14, 51:20, 51:21,
51:23, 52:2, 52:6,
52:7, 52:21, 63:14,
77:3
**closed** [1] - 76:3
**closer** [2] - 51:10,
52:23
**closing** [2] - 13:22,
13:24
**cluster** [1] - 45:23
**cold** [2] - 37:4, 88:1
**colleague** [3] - 51:2,
51:23, 52:22
**collected** [1] - 67:22
**Columbus** [2] - 2:14,
111:18
**combat** [1] - 25:19
**coming** [5] - 13:24,
44:5, 44:11, 60:1,
105:2
**comment** [7] - 8:24,
13:5, 101:7, 101:21,
103:16, 103:24,
104:2
**comments** [1] -
101:24
**commission** [7] -
57:9, 66:12, 66:13,
66:16, 66:22,
110:22, 111:24
**commissioned** [1] -
111:5
**commissioner** [62] -
10:4, 11:22, 12:11,
12:15, 12:19, 12:20,
13:5, 13:19, 13:20,
14:5, 14:17, 14:23,

14:24, 18:12, 19:18,
22:2, 27:15, 36:9,
38:10, 43:6, 47:15,
49:18, 54:2, 56:17,
57:22, 58:9, 58:12,
58:15, 60:7, 61:5,
61:10, 61:16, 64:11,
65:7, 66:21, 68:23,
70:7, 70:18, 72:13,
73:16, 74:1, 78:20,
79:11, 80:3, 80:5,
80:8, 80:20, 81:12,
82:1, 82:15, 82:18,
83:4, 83:8, 83:13,
84:21, 85:9, 87:18,
88:17, 89:9, 90:20,
91:20
**Commissioner** [4] -
5:6, 50:22, 64:20,
75:20
**commissioners** [11] -
5:17, 7:22, 8:8,
41:16, 57:22, 65:4,
65:13, 66:15, 67:16,
72:4, 94:16
**COMMISSIONERS** [1]
- 2:6
**commissioners'** [21] -
24:14, 24:18, 24:24,
48:7, 59:4, 62:17,
64:23, 65:2, 65:10,
67:8, 72:4, 91:21,
91:22, 91:23, 92:4,
92:7, 92:13, 92:17,
93:1, 93:5, 106:4
**common** [3] - 14:11,
14:13, 90:12
**communicate** [2] -
11:23, 64:16
**communicated** [1] -
99:7
**communication** [1] -
65:13
**communications** [2] -
12:18, 71:13
**communities** [1] -
56:5
**community** [2] - 40:4,
77:4
**compare** [1] - 100:18
**complaint** [1] - 66:24
**complaints** [3] - 59:3,
62:15, 94:7
**complete** [6] - 45:12,
79:7, 79:12, 79:15,
81:14, 101:22
**completed** [2] - 80:20,
101:10
**completely** [4] -
45:18, 51:5, 51:7,

53:6
**compliance** [1] - 56:7
**compliant** [1] - 46:19
**complied** [1] - 37:15
**component** [1] - 84:24
**compression** [2] -
38:7, 38:8
**computer** [1] - 111:10
**concern** [1] - 105:10
**concerned** [2] - 23:2,
84:4
**concerning** [1] -
103:12
**concerns** [6] - 20:17,
63:2, 63:3, 63:15,
63:17, 63:24
**concerted** [1] - 12:23
**conclusion** [1] - 55:15
**conclusive** [2] -
54:14, 96:14
**condition** [14] - 16:6,
17:6, 21:4, 21:8,
21:22, 22:6, 22:11,
23:6, 34:1, 35:11,
36:13, 37:14, 93:10,
105:24
**conditions** [7] - 33:19,
34:11, 34:19, 35:4,
48:7, 98:2, 105:1
**conference** [2] -
91:23, 92:2
**confirm** [1] - 22:14
**conflating** [1] - 50:5
**conflicted** [1] - 65:20
**confronting** [1] -
62:13
**confused** [1] - 73:17
**connected** [1] - 92:19
**Connie** [5] - 1:13,
5:10, 18:10, 111:4,
111:21
**consequence** [1] -
102:9
**conspiracy** [1] - 67:6
**constituted** [1] -
102:16
**consulted** [1] - 38:1
**contact** [8] - 40:23,
41:12, 42:15, 42:22,
43:19, 57:5, 87:16,
87:24
**contacted** [1] - 56:24,
75:6
**contained** [1] - 60:24,
72:12
**content** [2] - 61:3,
99:21
**context** [1] - 101:1
**continue** [2] - 32:7,
89:11

**Continued** [1] - 5:4
**continuing** [3] - 32:6,
39:6, 48:1
**control** [6] - 37:2,
37:9, 43:21, 55:24,
57:16
**conversation** [1] -
75:16
**conversations** [2] -
60:10, 104:12
**convey** [1] - 46:4
**cool** [1] - 53:12
**coordinate** [1] - 69:3
**coordinating** [1] -
99:10
**copy** [3] - 101:14,
108:24, 109:5
**cordial** [1] - 103:9
**cornering** [1] - 78:12
**correct** [65] - 10:13,
14:20, 22:17, 23:4,
27:3, 28:13, 29:1,
29:5, 29:6, 39:13,
56:20, 61:2, 62:1,
62:21, 74:2, 78:23,
89:16, 90:23, 91:13,
91:21, 92:9, 92:11,
92:14, 92:18, 93:1,
93:6, 93:9, 93:12,
93:18, 93:22, 93:24,
94:3, 94:9, 94:10,
94:13, 94:14, 94:17,
94:21, 95:2, 95:8,
95:13, 97:20, 98:9,
98:16, 98:19, 99:3,
100:8, 100:12,
100:15, 100:17,
101:4, 101:13,
101:19, 102:5,
102:6, 104:20,
104:23, 105:17,
105:20, 106:5,
106:6, 107:15,
107:20, 110:9,
111:11
**corrected** [3] - 8:12,
43:9, 43:10
**correction** [1] - 110:8
**correctly** [2] - 23:13,
97:19
**correspondence** [2] -
74:9, 75:10
**cost** [1] - 84:22
**counsel** [8] - 1:15,
3:6, 3:11, 66:4, 69:4,
69:18, 71:14, 99:12
**County** [34] - 24:13,
31:4, 31:8, 49:18,
55:4, 56:17, 56:19,
57:1, 57:2, 57:8,

58:6, 60:13, 61:5,
61:9, 61:15, 62:16,
64:22, 65:1, 65:10,
66:21, 72:14, 74:1,
74:4, 85:15, 86:8,
90:20, 90:21, 91:2,
91:13, 91:17, 91:20,
95:19, 110:4, 111:3
**county** [13] - 18:2,
31:5, 49:6, 54:3,
54:18, 54:21, 55:12,
63:6, 66:15, 75:2,
80:23, 81:15, 102:10
**COUNTY** [3] - 2:6, 2:7
**couple** [11] - 22:5,
24:1, 24:4, 30:12,
52:9, 52:13, 52:15,
52:18, 107:23,
108:1, 108:15
**course** [2] - 39:6,
47:18
**court** [4] - 21:4, 21:9,
69:5, 109:14
**COURT** [1] - 1:1
**Court** [2] - 1:16, 3:9
**courthouse** [2] -
24:14, 103:13
**courtroom** [3] - 78:7,
89:20
**COVID** [1] - 6:6
**craft** [1] - 19:23
**crappy** [1] - 40:2
**created** [2] - 47:13,
75:7
**credibility** [2] - 90:3,
90:9
**critical** [2] - 21:13,
102:10
**criticisms** [1] - 13:11
**criticize** [1] - 40:15
**criticizing** [1] - 40:14
**crossed** [1] - 18:6
**crossing** [1] - 19:1
**cry** [1] - 16:23
**cuffed** [2] - 16:21,
17:9
**cuffing** [1] - 17:1
**cuffs** [2] - 17:10,
93:17
**cup** [6] - 22:21, 23:5,
97:7, 97:16, 97:20
**curious** [1] - 48:14
**current** [2] - 55:20,
64:3
**custodian** [10] - 56:3,
58:21, 58:23, 59:12,
60:2, 60:13, 61:6,
65:12, 65:15, 65:17
**custody** [1] - 94:20
**cut** [3] - 14:7, 60:7,

100:22
**cute** [1] - 62:6
**cutting** [2] - 79:22, 80:1

# D

**dais** [1] - 7:14
**damage** [3] - 17:1, 29:3, 106:1
**damaged** [1] - 41:1
**damages** [4] - 82:3, 83:15, 85:1, 85:6
**damn** [1] - 74:10
**Dan** [10] - 9:19, 16:11, 18:15, 18:18, 20:24, 23:14, 82:9, 82:12, 108:14
**dangerous** [1] - 46:2
**Daniel** [1] - 2:8
**data** [1] - 68:10
**date** [3] - 30:10, 99:20, 100:4
**David** [11] - 2:3, 20:11, 53:12, 70:22, 72:23, 80:7, 84:16, 85:1, 86:18, 87:7, 108:12
**David's** [1] - 70:2
**days** [6] - 26:17, 74:17, 80:9, 109:17, 109:18
**deal** [1] - 31:1
**dealing** [1] - 105:11
**dealings** [1] - 47:19
**deals** [1] - 46:22
**deception** [1] - 100:24
**decide** [1] - 65:5
**decision** [3] - 26:8, 26:11, 26:14
**DEFENDANT'S** [1] - 4:3
**Defendant's** [1] - 69:2
**DEFENDANTS** [2] - 2:6, 2:11
**Defendants** [2] - 1:9, 3:8
**defense** [1] - 84:17
**defined** [1] - 56:4
**definitely** [2] - 45:23, 83:24
**definition** [1] - 90:17
**definitive** [1] - 96:18
**delayed** [2] - 15:16
**deleted** [2] - 74:12, 74:23
**deleting** [1] - 74:10
**demanded** [2] - 98:15, 98:18
**demeanor** [1] - 103:22
**demonstrates** [2] -

45:24, 47:4
**deny** [1] - 102:4
**Department** [1] - 82:8
**department** [5] - 39:24, 75:6, 75:7, 75:11, 99:8
**deposes** [1] - 5:3
**DEPOSITION** [1] - 1:11
**deposition** [17] - 3:7, 3:12, 8:17, 19:13, 38:11, 39:1, 48:4, 53:24, 69:1, 69:3, 83:11, 89:5, 89:13, 90:1, 110:7, 110:14, 110:17
**Deposition** [1] - 1:13
**depositions** [3] - 21:17, 29:19, 67:3
**deprived** [1] - 36:20
**deputies** [18] - 10:16, 11:23, 13:23, 14:16, 19:7, 30:12, 72:1, 77:18, 82:19, 83:2, 83:7, 85:18, 99:2, 102:24, 106:4, 106:8, 107:4, 107:7
**deputy** [14] - 9:3, 9:8, 9:10, 9:15, 10:8, 10:19, 14:15, 31:6, 76:16, 77:20, 77:22, 97:3, 99:13, 103:14
**describe** [4] - 45:20, 54:3, 54:6, 71:10
**described** [5] - 7:6, 30:1, 32:10, 38:22, 53:7
**describing** [1] - 77:9
**designated** [1] - 65:10
**destroyed** [7] - 54:13, 67:1, 67:3, 67:5, 67:9, 67:24, 68:3
**destruction** [1] - 66:24
**detail** [2] - 29:20, 29:21
**details** [3] - 84:3, 84:5, 84:6
**deteriorate** [2] - 47:10, 101:23
**determine** [2] - 65:11, 87:9
**determines** [4] - 64:6, 64:21, 65:2, 66:10
**develop** [1] - 59:15
**device** [1] - 7:17
**diagnose** [2] - 47:21, 48:3
**diagnosed** [7] - 29:9, 34:11, 34:19, 35:10,

35:12, 35:14, 35:17
**diagnosis** [1] - 35:3
**dialing** [1] - 88:2
**dictionary** [1] - 90:16
**different** [12] - 10:10, 28:6, 28:10, 33:6, 44:18, 46:11, 50:9, 51:11, 59:19, 62:4, 69:23, 96:14
**difficult** [6] - 17:7, 18:15, 18:18, 37:3, 37:6, 44:8
**difficulty** [3] - 36:7, 36:8, 84:1
**digesting** [1] - 36:7
**dinner** [1] - 76:12
**direction** [5] - 41:23, 90:24, 91:1, 91:8, 91:15
**directly** [1] - 87:2
**director** [1] - 77:11
**disagree** [3] - 15:1, 15:3, 50:16
**disallow** [1] - 75:8
**discourse** [3] - 78:16, 101:18, 101:20
**discovery** [2] - 70:21, 88:3
**discuss** [4] - 82:15, 83:17, 83:22, 104:12
**discussed** [3] - 74:20, 82:4, 83:15
**Discussion** [1] - 18:11
**discussions** [3] - 71:1, 71:2, 71:7
**dishonest** [5] - 49:10, 100:14, 100:17, 100:18, 101:1
**dislike** [4] - 47:5, 48:10, 48:12, 48:14
**disliked** [1] - 48:15
**dismissive** [2] - 105:4, 105:12
**disorder** [5] - 29:10, 29:13, 29:17, 34:22, 45:23
**disorders** [1] - 34:11
**dispute** [3] - 42:19, 43:9, 83:1
**disrupting** [1] - 12:24
**distance** [2] - 52:3, 52:5
**distinguish** [1] - 14:2
**distress** [1] - 108:7
**DISTRICT** [2] - 1:1, 1:2
**District** [2] - 1:16
**DIVISION** [1] - 1:3
**Division** [1] - 1:16
**dizziness** [1] - 36:6
**doctor** [3] - 37:9,

86:22, 87:16
**document** [2] - 69:6, 69:17
**documenting** [1] - 59:13
**documents** [3] - 60:24, 74:12, 74:23
**done** [16] - 12:9, 15:19, 17:2, 50:8, 57:9, 57:13, 60:17, 65:14, 69:13, 88:23, 88:24, 95:13, 95:15, 102:19, 106:1, 106:15
**door** [3] - 92:1, 92:2
**double** [1] - 17:1
**doubled** [1] - 13:17
**down** [14] - 5:10, 6:18, 6:23, 8:5, 10:14, 13:17, 15:23, 23:17, 24:7, 40:18, 41:15, 72:22, 87:10, 111:9
**DOWNEY** [30] - 9:22, 10:1, 18:9, 19:9, 19:14, 49:21, 53:9, 53:14, 53:20, 54:1, 69:11, 69:15, 70:7, 71:4, 72:23, 80:2, 80:7, 80:12, 80:16, 81:20, 82:14, 83:6, 83:12, 84:24, 86:18, 87:6, 88:16, 88:23, 108:11, 108:18
**Downey** [16] - 2:8, 2:9, 4:9, 5:5, 18:12, 19:17, 20:16, 54:2, 70:12, 71:12, 80:18, 82:1, 82:17, 83:13, 87:18, 89:14, 102:23, 104:17
**Dr** [3] - 35:18, 35:19, 96:5
**drank** [1] - 97:20
**draw** [1] - 52:20
**drawing** [1] - 102:16
**drink** [11] - 20:7, 20:21, 21:22, 23:18, 56:10, 96:21, 96:23, 97:2, 97:7, 105:2
**drinking** [1] - 97:3
**Drive** [1] - 2:4
**dropped** [1] - 95:1
**due** [2] - 109:19
**duly** [3] - 5:2, 111:5, 111:7
**during** [18] - 8:16, 10:17, 20:5, 22:6, 32:9, 59:3, 61:9, 62:16, 76:2, 78:16, 84:18, 92:7, 99:2,

101:19, 101:20, 102:7, 104:18, 105:7
**duties** [2] - 49:1, 56:17
**duty** [1] - 102:21

# E

**earbuds** [4] - 11:1, 11:6, 11:10, 11:20
**early** [1] - 14:7
**East** [1] - 2:14
**EASTERN** [1] - 1:3
**Eastern** [1] - 1:16
**eat** [2] - 98:1, 98:5
**education** [5] - 32:6, 32:8, 39:7, 48:1
**eerie** [1] - 77:5
**effect** [2] - 13:20, 42:21
**effort** [1] - 6:20
**efforts** [2] - 56:7, 59:15
**either** [18] - 9:3, 9:8, 9:15, 10:8, 10:19, 11:10, 36:23, 42:15, 51:22, 61:12, 64:5, 68:11, 94:8, 99:13, 99:17, 104:13, 104:14, 108:20
**elaborate** [2] - 18:5, 82:23
**elapsed** [7] - 13:4, 42:14, 42:18, 42:23, 43:3, 43:18, 43:20
**elected** [4] - 46:22, 55:13, 55:17, 99:8
**electrolyte** [3] - 36:23, 105:5, 105:23
**electrolytes** [1] - 36:21
**elevated** [2] - 78:19, 97:12
**email** [3] - 68:7, 68:15, 109:1
**emails** [3] - 60:20, 71:20, 74:24
**embarrassed** [5] - 17:17, 17:19, 25:15, 28:12, 28:16
**embarrassment** [1] - 84:2
**emerge** [1] - 47:9
**emergencies** [1] - 38:4
**emergency** [3] - 84:9, 85:10, 85:13
**emotion** [1] - 18:20
**emotional** [3] - 18:19, 28:17, 29:3

**emotionally** [1] - 44:10

**emotions** [1] - 19:6

**employee** [9] - 51:23, 52:22, 59:3, 65:1, 65:9, 75:13, 77:14, 96:5, 111:14

**employees** [6] - 24:17, 24:23, 55:9, 55:13, 56:2, 99:9

**encounter** [1] - 103:4

**encountered** [1] - 108:4

**end** [5] - 9:1, 17:1, 24:24, 41:17, 101:7

**ended** [1] - 106:13

**endocrine** [1] - 84:11

**ensure** [1] - 55:12

**entire** [3] - 23:24, 37:11, 39:22

**entitled** [1] - 49:11

**entity** [1] - 66:18

**environment** [1] - 103:9

**ER** [1] - 86:10

**especially** [4] - 47:10, 49:9, 98:2, 102:11

**Esq** [4] - 2:3, 2:8, 2:9, 2:13

**estate** [1] - 46:23

**estimate** [1] - 24:6

**et** [1] - 1:8

**ETI** [1] - 95:21

**evaluate** [1] - 104:3

**event** [4] - 19:1, 31:3, 31:4, 44:1

**events** [5] - 14:19, 28:7, 29:19, 78:9, 78:10

**eventually** [1] - 8:9

**everyday** [1] - 49:13

**evidence** [10] - 67:6, 67:22, 68:1, 68:3, 73:8, 73:19, 74:5, 74:6, 75:5, 75:11

**evidently** [1] - 21:16

**exact** [1] - 100:4

**exactly** [9] - 8:22, 9:2, 24:2, 24:8, 45:21, 62:22, 67:12, 72:10, 102:15

**EXAMINATION** [3] - 4:6, 5:4, 89:7

**Examination** [2] - 4:9, 4:10

**examined** [1] - 110:17

**example** [3] - 50:4, 56:10, 74:16

**exception** [1] - 7:6

**exhausted** [1] - 84:15

**exhaustive** [2] - 54:15, 72:9

**exhibit** [3] - 27:14, 68:20, 69:4

**Exhibit** [5] - 4:4, 69:2, 69:10, 69:11, 69:17

**exhibits** [1] - 27:18

**EXHIBITS** [2] - 4:1, 4:3

**exit** [1] - 78:11

**experience** [7] - 31:17, 34:17, 36:5, 38:13, 38:21, 82:3, 83:14

**experienced** [5] - 29:12, 29:16, 30:7, 36:10, 46:16

**expires** [2] - 110:22, 111:24

**explain** [2] - 56:23, 80:15

**explained** [1] - 105:23

**explaining** [1] - 21:8

**explanation** [1] - 40:16

**expressed** [1] - 20:17

**extended** [1] - 51:5

**extent** [3] - 58:24, 84:24, 87:12

**extremely** [4] - 30:3, 44:10, 46:1, 53:4

**F**

**face** [4] - 48:24, 51:9, 53:4, 53:5

**Facebook** [2] - 39:18, 42:12

**facility** [1] - 86:12

**fact** [4] - 9:24, 94:15, 101:1, 105:16

**failure** [1] - 62:14

**fair** [35] - 6:4, 6:8, 6:11, 7:8, 9:14, 10:7, 10:18, 11:5, 11:19, 15:10, 16:8, 16:13, 17:9, 17:14, 23:1, 23:15, 23:20, 23:23, 25:2, 25:10, 26:16, 33:17, 36:9, 37:15, 39:17, 44:13, 44:16, 47:5, 47:7, 48:8, 52:12, 57:24, 82:12, 96:4, 96:7

**fairgrounds** [1] - 46:24

**falling** [1] - 34:9

**false** [1] - 24:4

**familiar** [6] - 74:11, 74:13, 74:21, 74:24,

91:12, 91:16

**family** [2] - 29:23, 76:13

**far** [5] - 11:15, 41:11, 41:14, 42:5, 98:8

**fatigue** [1] - 36:6

**fear** [3] - 18:20, 30:15, 84:2

**fearful** [6] - 18:13, 18:22, 19:18, 28:11, 28:16, 30:4

**fears** [1] - 20:1

**Federal** [2] - 1:15, 3:9

**fees** [2] - 84:20, 84:22

**fellow** [1] - 57:22

**felt** [7] - 23:16, 30:14, 45:8, 53:4, 92:20, 98:6, 104:24

**few** [7] - 12:7, 13:14, 15:9, 38:11, 51:8, 58:17, 101:18

**fields** [1] - 32:8

**fifth** [3] - 67:15, 79:19, 90:22

**fight** [1] - 38:20

**figure** [2] - 31:9, 87:5

**figuring** [1] - 98:13

**file** [1] - 70:22

**filed** [1] - 69:5

**fill** [2] - 5:16, 61:6

**filled** [1] - 97:19

**financially** [1] - 111:15

**fine** [5] - 10:2, 19:1, 19:9, 19:10, 20:12

**fining** [1] - 56:5

**finish** [1] - 81:22

**firearm** [3] - 44:19, 45:1, 46:4

**first** [14] - 5:2, 5:17, 14:4, 14:15, 16:12, 35:17, 37:8, 46:17, 47:7, 55:15, 56:24, 60:5, 89:13, 106:16

**Fishel** [1] - 2:9

**Fisher** [1] - 26:1

**fit** [1] - 46:12

**five** [3] - 38:23, 53:11, 53:14

**flight** [1] - 38:20

**floor** [6] - 22:1, 67:16, 79:19, 90:22, 97:1

**fluids** [2] - 20:17, 36:20

**Fluorinert** [1] - 38:5

**fog** [1] - 36:6

**follow** [5] - 38:12, 53:2, 60:21, 63:17, 109:1

**follow-up** [1] - 38:12

**followed** [1] - 28:13

**following** [4] - 17:5, 24:15, 63:1, 76:12

**follows** [2] - 5:3, 77:4

**food** [1] - 21:18

**foot** [1] - 51:2

**FOR** [1] - 1:2

**force** [2] - 94:12, 94:18

**foregoing** [4] - 110:6, 110:13, 111:11, 111:13

**forever** [1] - 21:15

**form** [3] - 68:6, 74:24, 110:9

**formally** [1] - 47:21

**former** [1] - 44:9

**fountain** [3] - 22:17, 23:4, 23:18

**frame** [5] - 13:7, 13:14, 13:15, 27:8, 74:18

**FRANK** [1] - 2:7

**Frank** [1] - 65:16

**frank** [4] - 13:2, 56:11, 71:24, 73:6

**Franklin** [1] - 111:3

**frankly** [1] - 18:23

**frantic** [1] - 85:22

**free** [1] - 25:18

**Frenchko** [38] - 1:5, 3:8, 5:6, 10:4, 12:16, 13:20, 14:17, 15:1, 18:12, 19:18, 22:2, 27:15, 36:9, 38:10, 43:6, 50:22, 54:2, 60:7, 64:21, 68:23, 70:7, 79:11, 80:3, 80:6, 80:8, 82:1, 83:8, 83:13, 84:21, 85:9, 87:18, 88:17, 89:9, 107:23, 110:5, 110:11, 110:14, 111:6

**FRENCHKO** [2] - 1:11, 5:1

**Frenchko's** [2] - 10:4, 82:15

**fresh** [1] - 77:16

**front** [5] - 7:16, 41:18, 51:2, 54:10

**froze** [1] - 20:24

**fruition** [1] - 59:16

**Fuda** [7] - 12:3, 12:11, 14:5, 14:23, 47:16, 65:16, 73:7

**FUDA** [1] - 2:7

**fulfill** [3] - 58:18, 59:21, 63:2

**fulfilling** [4] - 58:22, 59:8, 59:14, 63:4

**full** [5] - 40:6, 64:9, 79:7, 79:10, 80:7

**full-time** [1] - 40:6

**fun** [1] - 105:4

**function** [1] - 39:8

**G**

**gathered** [1] - 67:23

**gathering** [1] - 78:17

**Gatorade** [2] - 36:23, 97:9

**general** [5] - 50:10, 54:10, 81:12, 81:14, 82:2

**generally** [3] - 5:19, 15:10, 50:22

**gentleman** [1] - 76:20

**gentleman's** [1] - 46:21

**genuine** [1] - 105:10

**girl** [2] - 14:6

**given** [9] - 22:6, 27:9, 33:5, 59:10, 59:11, 110:7, 111:12

**glancing** [1] - 10:14

**glaringly** [1] - 55:7

**glasses** [2] - 11:17, 96:18

**Glenn** [3] - 76:21, 76:23, 77:20

**God** [4] - 31:19, 31:24, 44:7, 54:9

**government** [1] - 49:12

**grabbed** [3] - 30:22, 40:18, 41:5

**great** [2] - 31:1, 72:23

**group** [4] - 32:14, 76:9, 76:10, 77:12

**guess** [5] - 19:14, 35:2, 43:5, 96:7, 104:8

**guide** [1] - 82:23

**gun** [5] - 40:20, 44:2, 44:23, 45:5, 45:6

**guy** [3] - 25:23, 44:3, 44:4

**guys** [3] - 20:24, 47:12, 69:13

**H**

**hallway** [2] - 93:5, 104:19

**hand** [3] - 53:5, 86:1, 111:17

**handcuffs** [8] - 93:8, 93:11, 93:16, 94:2, 94:6, 94:8, 94:11

handle [1] - 25:16
handshake [1] - 46:22
hang [1] - 19:10
harass [1] - 104:4
harbored [2] - 107:14, 107:19
hard [4] - 34:7, 34:8, 36:18, 38:17
HAROLD [1] - 2:11
Hartman [3] - 62:13, 62:20, 63:12
Hartman's [3] - 63:2, 63:15, 63:24
haste [1] - 109:19
head [3] - 18:24, 22:1, 97:13
headaches [1] - 36:7
heads [1] - 99:8
heal [1] - 17:7
health [9] - 31:22, 32:19, 32:22, 33:5, 33:8, 33:19, 35:4, 53:20, 98:2
healthcare [9] - 28:15, 29:2, 31:20, 33:17, 34:12, 34:23, 35:3, 37:16, 38:2
hear [8] - 9:7, 20:12, 20:14, 21:5, 81:7, 88:20, 109:3, 109:7
heard [9] - 21:1, 46:3, 46:7, 46:8, 77:23, 79:3, 98:10, 98:11
hearing [27] - 23:8, 39:13, 75:24, 76:2, 76:5, 76:7, 78:4, 78:6, 78:8, 78:22, 79:12, 79:14, 80:19, 80:22, 80:24, 81:14, 91:21, 91:22, 92:2, 92:3, 92:4, 92:13, 92:17, 93:1, 93:6, 98:23
heart [4] - 31:8, 34:1, 34:5, 38:17
held [3] - 24:14, 90:21, 91:20
Helen [1] - 2:9
hell [1] - 85:3
help [6] - 27:12, 28:2, 33:16, 33:23, 71:11, 87:10
helpful [1] - 34:9
helping [1] - 64:10
hench [1] - 103:11
hereby [2] - 110:5, 110:13
herein [1] - 3:8
hereinafter [1] - 5:2
hereto [2] - 110:8,

111:15
hereunto [1] - 111:17
hiccup [1] - 6:24
hides [1] - 47:3
High [2] - 90:22, 91:6
higher [1] - 97:6
himself [1] - 100:23
history [2] - 49:10, 77:13
hitting [1] - 21:24
hold [8] - 18:17, 47:20, 50:23, 51:7, 69:22, 70:24, 82:9
holding [6] - 41:4, 41:7, 51:1, 95:4, 95:7, 97:15
holistic [1] - 33:16
hollered [1] - 12:3
home [1] - 89:16
honestly [1] - 10:22
hope [2] - 81:7, 81:8
hormones [2] - 37:4, 84:12
horrible [1] - 106:22
horses [1] - 56:9
hose [2] - 38:7, 38:8
hospital [3] - 85:15, 86:8, 108:17
hospitals [1] - 86:7
hours [4] - 22:5, 24:1, 24:4, 78:6
house [1] - 41:10
hovering [1] - 78:12
Howland [1] - 46:9
HR [1] - 77:11
humanely [1] - 48:19
humiliate [1] - 105:15
humiliation [1] - 84:3
hurt [2] - 16:19, 17:12
hurting [1] - 17:2
hypermobility [1] - 105:24

I

I.V [1] - 36:24
idea [2] - 32:13, 86:21
identified [1] - 61:13
IDENTIFIED [1] - 4:3
identifies [2] - 54:6, 54:11
identify [1] - 60:3
ignored [1] - 63:21
ignoring [1] - 16:7
II [1] - 1:18
ill [1] - 48:2
illegal [1] - 46:18
illness [1] - 84:8
immediate [1] - 16:19

immediately [1] - 45:15
impacted [2] - 44:1, 82:16
impacting [1] - 88:13
important [1] - 89:20
improve [1] - 59:17
improving [2] - 40:13
IN [2] - 1:1, 111:17
inappropriate [1] - 50:3
inappropriately [1] - 46:5
inches [6] - 51:8, 52:9, 52:13, 52:15, 52:18, 53:5
incident [5] - 18:21, 19:18, 29:7, 32:9, 41:22
incidents [1] - 30:1
include [1] - 84:20
included [8] - 26:17, 26:21, 26:22, 70:13, 70:16, 72:1, 72:3, 97:11
includes [1] - 56:13
inconsistent [4] - 89:24, 90:2, 90:6, 90:8
incorrect [2] - 43:1, 54:9
incredibly [1] - 17:8
INDEX [2] - 4:1, 4:6
indicated [3] - 17:10, 45:19, 85:9
informal [1] - 89:19
information [1] - 71:7
infrequently [1] - 28:24
inhaler [4] - 20:6, 21:12, 89:2, 105:2
injuries [3] - 16:3, 82:3, 83:14
injury [5] - 16:6, 16:9, 16:14, 16:17, 105:24
inmate [2] - 100:20, 100:21
inserted [1] - 102:1
inside [1] - 94:2
Instagram [1] - 20:11
instantly [1] - 30:15
instruct [1] - 108:12
insulted [1] - 102:7
intended [2] - 81:10, 100:24
intention [2] - 105:9, 105:10
interact [3] - 49:17, 51:19, 63:23
interacted [1] - 66:21

interacting [1] - 51:22
interested [1] - 111:16
interfered [1] - 6:18
internal [1] - 59:15
interrupt [1] - 31:10
interrupted [4] - 8:17, 102:4, 102:6, 102:7
intimidate [1] - 45:9
intimidating [1] - 76:19
introduced [1] - 55:19
intrusive [4] - 30:5, 30:7, 30:11, 31:17
invading [1] - 50:14
involved [3] - 9:3, 73:5, 73:11
involving [3] - 29:7, 99:22, 100:1
issue [6] - 17:11, 22:16, 31:22, 32:19, 50:9, 63:12
issued [1] - 26:16
issues [6] - 26:3, 33:19, 55:16, 66:6, 84:1, 84:11
IT [3] - 75:6, 75:7, 75:10
items [3] - 54:7, 56:1, 101:10
itself [1] - 7:18

J

Jackson [1] - 77:10
jail [33] - 15:11, 16:3, 16:5, 19:21, 22:10, 22:16, 23:2, 23:16, 23:21, 24:9, 36:22, 40:2, 48:8, 48:18, 62:16, 68:16, 68:18, 94:2, 94:7, 94:17, 94:19, 94:21, 95:1, 95:2, 95:4, 95:11, 95:17, 96:20, 96:22, 97:23, 98:1, 104:23
January [2] - 59:4, 111:24
jarred [1] - 92:22
Jim [1] - 72:1
job [4] - 49:1, 61:6, 89:14, 100:21
join [2] - 53:23, 89:4
judge [2] - 78:19, 89:21
July [43] - 6:5, 6:9, 6:11, 7:9, 8:18, 9:9, 9:16, 10:9, 10:20, 11:11, 14:19, 16:10, 16:15, 16:18, 17:5, 28:18, 29:4, 30:2,

30:8, 31:22, 32:20, 33:8, 33:19, 35:5, 36:11, 36:14, 58:24, 85:10, 90:7, 92:8, 92:18, 93:1, 98:15, 98:18, 99:12, 100:11, 104:18, 106:3, 106:20, 107:3, 107:10, 107:17, 107:20
jump [1] - 5:13
jumping [1] - 104:16
juncture [1] - 39:23
jury [3] - 89:21, 90:1, 90:7

K

Kaintz [1] - 106:10
keep [12] - 19:3, 19:19, 19:21, 22:8, 36:23, 37:2, 37:5, 37:6, 74:7, 84:12, 97:3, 105:5
keeping [2] - 38:9, 97:11
Kelly [1] - 76:21
kept [1] - 16:7
kind [6] - 19:2, 19:4, 27:18, 34:7, 53:1, 104:24
Klotz [5] - 63:10, 63:11, 63:24, 65:18, 100:11
knowledge [7] - 56:11, 72:16, 72:19, 73:6, 73:10, 74:20, 94:24
Kopp [1] - 2:4

L

Labor [1] - 103:18
lady [1] - 81:7
larger [1] - 97:7
last [12] - 5:7, 8:17, 21:1, 21:3, 25:24, 29:19, 38:1, 38:11, 38:19, 48:5, 58:16, 58:17
law [7] - 46:16, 46:19, 47:3, 51:14, 56:13, 58:21, 64:12
lawsuit [4] - 70:14, 70:17, 72:13, 82:5
lawyer [1] - 62:7
lead [1] - 56:9
leading [4] - 18:16, 67:14, 71:22, 71:23
lean [1] - 25:17

**learn** [2] - 20:10, 20:16
**learned** [3] - 21:17, 39:6, 47:18
**learning** [2] - 63:1, 63:14
**least** [1] - 27:8
**leave** [7] - 14:9, 19:12, 76:18, 82:19, 83:2, 83:10, 97:9
**leaving** [1] - 23:6
**left** [7] - 20:22, 21:15, 24:9, 86:1, 94:20, 95:1, 95:2
**left-hand** [1] - 86:1
**legal** [3] - 84:20, 84:22, 104:12
**legs** [2] - 38:9, 97:11
**length** [1] - 41:18
**less** [1] - 93:14
**letter** [22] - 8:19, 8:20, 13:8, 48:6, 48:11, 48:16, 68:24, 69:20, 72:12, 72:17, 72:21, 72:24, 73:7, 73:16, 74:4, 100:12, 100:14, 100:16, 101:3, 101:5, 101:12, 102:5
**letters** [2] - 71:2, 101:24
**letting** [1] - 97:8
**level** [1] - 100:23
**liberty** [1] - 78:12
**license** [1] - 32:5
**licensed** [1] - 47:23
**licensure** [1] - 47:20
**lie** [2] - 45:24
**lies** [1] - 46:12
**life** [1] - 74:14
**light** [2] - 24:9, 27:9
**lighthearted** [2] - 30:17, 103:1
**line** [3] - 18:6, 52:20, 61:19
**liquid** [1] - 36:24
**Lisa** [1] - 65:20
**listen** [2] - 23:11, 23:13
**listening** [1] - 89:21
**LISW** [3] - 47:23, 48:2
**litigation** [1] - 69:22
**live** [15] - 5:23, 6:1, 6:9, 6:12, 6:18, 6:21, 7:7, 7:9, 14:18, 39:17, 39:22, 42:1, 42:11, 43:12
**lives** [1] - 49:13
**LLP** [1] - 2:9
**loading** [1] - 37:8,

37:10
**located** [1] - 35:24
**location** [1] - 31:3
**lodged** [1] - 68:11
**log** [1] - 64:16
**logging** [1] - 59:14
**longstanding** [1] - 77:13
**look** [9] - 8:10, 31:6, 31:7, 71:15, 73:13, 86:19, 86:22, 87:8, 108:21
**looked** [4] - 8:7, 43:8, 44:23, 45:4
**looking** [5] - 11:2, 11:8, 15:19, 54:19, 70:8
**loosened** [4] - 17:10, 93:8, 93:12, 94:5
**lower** [1] - 84:13
**lowered** [1] - 37:5
**LPN** [1] - 95:22
**LSW** [1] - 47:23
**lunch** [2] - 97:22, 97:24

**M**

**M.D** [1] - 33:13
**ma'am** [1] - 15:18
**mad** [1] - 9:20
**Mahoning** [2] - 31:4, 31:5
**mail** [1] - 109:5
**mailed** [1] - 108:24
**maintained** [1] - 55:4
**majority** [1] - 75:9
**Malacky** [1] - 75:15
**Malvasi** [1] - 96:5
**man** [2] - 47:17, 76:8
**manage** [3] - 37:13, 37:17, 37:24
**manner** [1] - 23:18
**March** [9] - 29:7, 39:12, 39:15, 44:19, 45:2, 45:7, 46:6, 99:17, 100:5
**Mark** [1] - 75:15
**marked** [3] - 68:21, 69:1, 69:10
**Markota** [1] - 2:4
**maroon** [1] - 96:9
**Matt** [1] - 104:13
**matter** [1] - 51:12
**Mauro** [12] - 9:12, 12:22, 12:24, 40:9, 40:16, 56:11, 59:3, 71:24, 72:17, 99:1, 99:13
**MAURO** [1] - 2:7

**mean** [14] - 14:4, 18:13, 37:21, 38:3, 38:15, 41:17, 42:13, 42:17, 42:18, 47:4, 48:17, 49:24, 83:24, 86:12
**meaning** [2] - 90:12, 90:13
**media** [5] - 25:3, 25:5, 25:20, 28:7, 105:8
**medical** [19] - 16:2, 16:6, 16:9, 16:14, 17:4, 17:21, 22:11, 23:7, 39:4, 40:2, 40:12, 48:8, 68:16, 68:18, 86:22, 95:20, 104:23, 105:11, 109:1
**medication** [4] - 32:19, 32:23, 33:18, 38:4
**medications** [2] - 32:21, 33:7
**meet** [1] - 27:10
**meeting** [50] - 5:22, 6:9, 6:17, 7:18, 10:17, 13:1, 22:6, 39:13, 39:18, 39:20, 39:22, 45:12, 45:15, 47:12, 47:14, 47:15, 48:7, 50:20, 51:14, 51:15, 51:21, 59:4, 62:17, 76:2, 76:3, 76:8, 76:11, 78:5, 78:16, 78:23, 78:24, 80:11, 81:1, 81:3, 81:15, 86:4, 86:5, 92:7, 99:2, 99:17, 100:1, 100:7, 101:19, 101:21, 102:2, 102:8, 102:21, 106:3, 107:3
**meetings** [13] - 5:23, 6:5, 6:12, 7:9, 14:7, 14:16, 24:14, 67:20, 90:20, 91:20, 101:23, 102:8, 106:4
**member** [6] - 51:22, 52:22, 76:10, 80:21, 81:12, 81:13
**members** [1] - 49:17
**memory** [2] - 28:19, 34:21
**memos** [1] - 71:19
**mental** [9] - 31:22, 32:19, 32:22, 33:5, 33:8, 33:19, 35:4, 82:10, 82:11
**mentally** [1] - 48:2
**mention** [2] - 28:4,

82:11
**mentioned** [6] - 38:10, 64:23, 83:24, 93:10, 95:10, 102:24
**Merit** [1] - 111:23
**message** [1] - 67:7
**messages** [5] - 55:8, 67:2, 68:1, 71:19, 99:12
**messaging** [1] - 9:10
**method** [1] - 55:9
**MICHELE** [2] - 1:11, 5:1
**Michele** [3] - 3:7, 110:5, 110:11, 110:14, 111:6
**middle** [3] - 34:4, 101:9, 102:1
**might** [16] - 21:19, 22:7, 30:20, 34:4, 35:15, 36:17, 46:12, 72:9, 86:10, 86:13, 87:10, 93:10, 99:4, 99:6, 99:24, 107:24
**mind** [2] - 56:14, 107:1
**mindfulness** [1] - 32:7
**minds** [1] - 72:23
**minimally** [1] - 38:5
**minor** [1] - 86:10
**minute** [6] - 12:7, 69:7, 82:9, 88:19, 93:14, 107:22
**minutes** [6] - 12:7, 38:24, 53:11, 81:21, 107:23, 108:1
**miss** [1] - 83:17
**mistreated** [1] - 48:18
**mock** [1] - 103:24
**mocking** [2] - 104:24, 105:12
**mode** [1] - 38:20
**modify** [2] - 55:19, 57:7
**moment** [3] - 6:23, 20:5, 71:15
**moments** [2] - 12:12, 101:18
**money** [3] - 28:5, 40:1, 84:19
**MONROE** [1] - 2:6
**Monroe** [24] - 1:8, 29:7, 39:21, 41:11, 41:21, 42:5, 42:14, 42:21, 43:18, 44:19, 45:2, 45:6, 45:20, 46:4, 47:6, 48:10, 67:18, 68:15, 72:1, 87:19, 88:1, 100:10, 100:12, 100:16

82:11
**Monroe's** [3] - 40:23, 86:1, 87:22
**month** [2] - 58:17, 71:22
**months** [6] - 58:17, 85:19, 106:5, 106:7, 106:17, 107:6
**morning** [1] - 85:21
**Morning** [1] - 3:1
**most** [6] - 16:19, 29:15, 30:10, 31:16, 58:14, 90:11
**motion** [3] - 14:8, 102:12, 102:14
**move** [5] - 28:10, 39:12, 41:20, 57:14, 82:21
**moved** [1] - 42:6
**moving** [1] - 34:2
**MR** [90] - 9:6, 9:17, 9:22, 9:23, 10:1, 10:10, 16:11, 17:24, 18:8, 18:9, 18:15, 18:17, 19:5, 19:9, 19:10, 19:14, 20:12, 20:15, 21:3, 21:8, 23:9, 23:11, 49:21, 50:17, 51:24, 52:10, 53:9, 53:13, 53:14, 53:18, 53:20, 54:1, 54:24, 59:5, 59:22, 62:18, 65:23, 69:9, 69:11, 69:15, 70:4, 70:7, 70:9, 70:24, 71:4, 71:6, 72:21, 72:23, 73:20, 79:5, 79:16, 80:2, 80:5, 80:7, 80:10, 80:12, 80:16, 81:20, 82:9, 82:14, 83:6, 83:12, 83:19, 84:6, 84:23, 84:24, 85:2, 86:18, 87:6, 87:12, 87:17, 88:16, 88:23, 89:3, 98:22, 104:9, 107:22, 108:3, 108:9, 108:11, 108:14, 108:18, 108:23, 109:3, 109:7, 109:9, 109:12, 109:14, 109:18, 109:22
**MS** [3] - 68:21, 108:24, 109:5
**mugshot** [5] - 25:11, 26:9, 26:12, 26:18, 27:1
**murdered** [1] - 32:2
**mute** [1] - 20:15

## N

**name** [7] - 12:3, 14:15, 25:24, 63:8, 64:9, 76:20, 95:18
**named** [4] - 25:23, 64:8; 64:23, 111:6
**narrative** [1] - 28:2
**narrow** [2] - 82:24, 83:21
**natural** [2] - 33:15, 38:6
**naturally** [1] - 33:16
**nature** [1] - 26:3
**near** [1] - 108:5
**necessarily** [2] - 33:5, 84:4
**need** [15] - 5:7, 5:11, 18:23, 37:7, 47:11, 49:22, 54:8, 55:11, 60:20, 64:14, 66:11, 72:21, 88:19, 105:19, 108:24
**needed** [10] - 20:7, 21:11, 21:12, 97:7, 98:5, 105:4, 105:22, 106:14, 106:15
**needing** [2] - 105:2
**needs** [6] - 14:12, 14:13, 54:12, 64:13
**negativity** [1] - 25:20
**nervous** [2] - 103:6, 103:19
**never** [10] - 30:19, 49:2, 50:8, 53:7, 92:24, 94:7, 98:15, 98:18, 101:24, 102:9
**New** [1] - 2:10
**next** [7] - 18:21, 19:4, 50:3, 77:15, 82:21, 84:16, 106:14
**Nicole** [5] - 3:7, 110:5, 110:11, 110:14, 111:6
**NICOLE** [2] - 1:11, 5:1
**night** [1] - 34:4
**Nik** [1] - 10:12
**Niki** [31] - 1:5, 9:18, 18:17, 20:12, 21:3, 23:9, 25:18, 50:18, 52:1, 52:11, 59:6, 59:23, 62:19, 65:23, 70:4, 70:24, 71:6, 71:7, 73:20, 79:17, 80:10, 83:19, 87:12, 98:22, 104:12, 108:17, 109:3, 109:7, 109:9, 109:19
**nine** [6] - 85:19, 95:22, 106:4, 106:7,

106:17, 107:6
**nine-week** [1] - 95:22
**non** [1] - 72:9
**non-exhaustive** [1] - 72:9
**none** [2] - 56:4, 98:1
**normal** [1] - 98:13
**normally** [2] - 39:8, 42:24
**north** [1] - 91:10
**NORTHERN** [1] - 1:2
**Northern** [1] - 1:16
**northwest** [1] - 90:22
**nos** [1] - 23:23
**Notary** [4] - 1:14, 110:16, 111:4, 111:21
**NOTARY** [1] - 110:20
**notary** [3] - 3:10, 3:13, 3:15
**notes** [3] - 3:13, 71:20, 104:17
**nothing** [2] - 19:21, 25:16
**notice** [3] - 3:11, 72:11, 73:23
**noticed** [1] - 8:6
**noting** [1] - 110:8
**number** [8] - 64:1, 68:22, 87:21, 87:22, 87:23, 88:10, 88:18, 101:15
**numbered** [1] - 101:10
**numbers** [1] - 88:2
**numerous** [3] - 25:6, 60:20, 102:8
**nurse** [8] - 40:6, 40:7, 95:7, 95:13, 95:15, 95:22, 96:3
**nurse's** [1] - 95:23
**nurses** [1] - 95:19
**Nuun** [1] - 36:24

## O

**oath** [1] - 96:21
**object** [7] - 9:17, 10:1, 50:17, 59:5, 73:20, 84:23, 104:9
**objection** [6] - 51:24, 52:10, 54:24, 59:22, 62:18, 79:16
**objectionable** [1] - 10:3
**objective** [1] - 9:24
**observe** [8] - 9:8, 9:15, 10:8, 10:19, 11:10, 11:19, 44:19, 45:1
**observed** [2] - 10:5,

45:3
**obstruct** [1] - 8:12
**obstructed** [1] - 7:20
**obtain** [1] - 86:20
**obtained** [1] - 88:2
**obvious** [1] - 55:7
**obviously** [2] - 16:23, 84:2
**occasion** [5] - 6:13, 6:14, 6:16, 7:12, 47:11
**occur** [1] - 7:23
**occurred** [5] - 7:21, 12:6, 38:16, 41:22, 42:23
**occurrences** [1] - 29:19
**occurring** [1] - 74:22
**October** [4] - 1:14, 3:2, 110:7, 111:19
**odd** [1] - 103:5
**OF** [6] - 1:2, 1:11, 2:2, 2:6, 2:6, 2:11
**offended** [2] - 50:13, 50:21
**offensive** [1] - 81:19
**offered** [4] - 23:1, 23:15, 23:20, 104:19
**OFFICE** [1] - 2:7
**office** [22] - 24:24, 28:8, 35:24, 55:24, 56:2, 56:8, 56:19, 56:21, 57:1, 57:15, 60:18, 64:6, 64:23, 65:2, 65:10, 66:3, 66:7, 73:5, 73:11, 76:9, 94:16, 111:18
**officer** [3] - 11:10, 17:9, 81:13
**officers** [2] - 18:23, 22:19
**offices** [3] - 24:18, 67:17, 67:23
**official** [2] - 3:15, 46:22
**officials** [2] - 55:13, 99:8
**often** [2] - 28:22, 75:19
**oftentimes** [1] - 33:14
**OHIO** [1] - 1:2
**Ohio** [20] - 1:14, 1:16, 2:5, 2:10, 2:14, 54:18, 54:21, 57:3, 57:8, 58:6, 60:13, 61:5, 74:1, 85:15, 86:8, 90:23, 111:2, 111:5, 111:18, 111:22
**ON** [3] - 2:2, 2:6, 2:11

**once** [10] - 17:10, 25:8, 32:3, 40:14, 42:9, 69:4, 78:9, 94:2, 94:19, 109:14
**one** [33] - 7:11, 8:8, 9:10, 10:16, 19:3, 20:22, 36:4, 37:8, 37:18, 39:10, 41:10, 46:11, 48:3, 49:22, 58:3, 59:20, 60:17, 61:17, 62:3, 69:4, 73:23, 74:10, 80:13, 81:5, 81:9, 92:1, 92:2, 93:14, 97:4, 99:2, 99:22, 106:22
**ones** [2] - 30:14, 62:8
**online** [1] - 101:15
**open** [1] - 48:13
**opened** [1] - 92:3
**operates** [1] - 45:22
**operations** [1] - 102:10
**opinion** [2] - 47:4, 52:23
**opportunity** [4] - 13:16, 28:1, 28:6, 83:8
**orange** [1] - 97:16
**order** [14] - 5:19, 5:22, 8:19, 8:20, 20:8, 28:3, 37:9, 47:3, 101:4, 101:23, 102:13, 102:14, 102:17, 102:20
**originally** [2] - 70:22, 106:10
**Osaki** [1] - 72:1
**ostensibly** [1] - 57:16
**ounces** [1] - 97:2
**outline** [1] - 19:3
**outside** [5] - 66:4, 66:9, 82:10, 93:5, 103:8
**outstanding** [2] - 57:18, 81:20
**outstretched** [3] - 52:24, 53:3, 53:6
**over-read** [1] - 74:12
**overbroad** [2] - 60:4, 64:14
**overcome** [1] - 27:12
**overridden** [1] - 74:22
**override** [1] - 74:17
**overrule** [1] - 102:19
**oversight** [1] - 66:16
**overt** [1] - 15:4
**overtaped** [1] - 74:23
**own** [7] - 51:10, 51:11, 58:18, 89:15, 92:11, 92:14, 107:1

## P

**packets** [1] - 36:24
**PAGE** [1] - 4:8
**page(s** [1] - 110:8
**pages** [1] - 64:12
**paid** [2] - 26:5, 26:7
**pain** [1] - 16:20
**painful** [1] - 16:24
**palpitations** [1] - 36:8
**panic** [14] - 29:21, 29:24, 30:7, 30:11, 30:16, 31:13, 31:17, 31:21, 32:2, 38:11, 38:13, 76:22, 77:8, 77:17
**paper** [1] - 77:2
**papers** [1] - 78:17
**paramedic** [3] - 105:14, 105:19, 105:21
**paramedics** [1] - 104:20
**paraphrase** [1] - 52:16
**pardon** [2] - 8:2, 41:13
**Parkway** [1] - 2:10
**part** [4] - 16:12, 21:3, 85:6, 89:13
**particular** [8] - 10:16, 32:14, 36:21, 40:19, 76:11, 76:24, 77:21, 78:8
**particularly** [1] - 71:17
**parties** [2] - 3:7, 111:15
**pass** [6] - 5:18, 5:20, 20:8, 96:24, 97:1, 98:6
**passed** [1] - 13:12
**passing** [1] - 52:5
**past** [3] - 14:5, 29:9, 105:24
**Paul** [4] - 1:8, 67:18, 71:24, 85:24
**PAUL** [1] - 2:6
**Paula** [3] - 63:10, 65:18, 100:11
**pay** [2] - 26:7, 84:19
**paying** [1] - 108:20
**Payne** [1] - 27:6
**pending** [1] - 1:15
**people** [35] - 8:5, 10:6, 19:2, 25:19, 35:14, 37:19, 40:13, 48:2, 48:17, 48:19, 48:20, 49:6, 49:9, 49:11, 50:11, 50:12, 50:20, 51:18, 53:2, 60:9, 60:10, 60:18, 68:9, 72:2, 76:9, 77:12,

78:8, 78:11, 86:1,
95:19, 96:1, 99:5,
99:10, 103:11, 105:7
**per** [2] - 24:1, 67:3
**perfect** [1] - 72:10
**perfectly** [1] - 52:13
**period** [5] - 7:7, 28:12,
32:3, 36:20, 84:18
**permission** [1] - 46:23
**permitted** [2] - 6:4,
6:12
**person** [10] - 13:11,
25:14, 27:7, 45:22,
46:12, 48:18, 58:6,
64:9, 64:16, 96:11
**personal** [11] - 49:12,
50:11, 50:15, 60:10,
60:23, 72:16, 72:19,
73:6, 77:3, 78:14,
78:18
**personality** [1] - 45:23
**personnel** [2] - 94:21,
104:23
**perspective** [2] - 43:7,
52:12
**phone** [53] - 6:17,
9:11, 9:12, 10:8,
10:17, 10:19, 10:20,
10:24, 11:3, 11:4,
11:7, 30:22, 40:17,
41:1, 41:3, 41:12,
41:19, 41:20, 42:3,
42:4, 42:5, 42:15,
42:20, 42:22, 43:9,
43:10, 43:13, 43:19,
43:21, 48:24, 49:2,
50:23, 51:1, 52:14,
59:21, 60:1, 60:14,
60:23, 61:4, 61:8,
61:12, 62:2, 67:20,
85:21, 87:22, 87:23,
88:2, 99:11, 99:22
**phones** [3] - 10:6,
10:14, 11:2
**photo** [1] - 51:4
**physical** [7] - 16:2,
16:9, 16:14, 16:17,
82:10, 82:11, 109:5
**physically** [2] - 92:20,
92:21
**physician** [2] - 28:20,
28:23
**physiological** [1] -
30:15
**pick** [3] - 9:11, 67:19,
77:2
**picture** [1] - 27:11
**pictures** [2] - 76:12,
105:8
**piece** [1] - 77:2

**pinned** [1] - 24:7
**place** [8] - 19:3, 41:15,
48:23, 50:13, 57:2,
75:16, 103:4, 111:13
**placed** [3] - 49:2, 93:6,
95:4
**places** [1] - 74:16
**placing** [2] - 51:1,
94:11
**PLAINTIFF** [1] - 2:2
**Plaintiff** [2] - 1:6, 3:8
**planned** [1] - 85:17
**pleaded** [1] - 22:18
**pocket** [5] - 44:5,
44:12, 44:21, 45:3,
45:9
**podium** [1] - 8:3
**point** [17] - 8:13, 9:20,
11:11, 19:6, 34:14,
41:21, 42:11, 46:5,
48:13, 56:16, 61:15,
68:16, 74:13, 96:4,
96:7, 98:7, 105:20
**policies** [5] - 54:4,
54:17, 54:21, 68:16,
68:18
**policy** [10] - 54:6,
55:20, 56:2, 56:3,
56:18, 57:2, 57:8,
58:21, 63:6, 74:19
**polite** [1] - 103:9
**political** [4] - 25:14,
26:2, 26:3, 28:4
**portion** [2] - 40:22,
43:14
**position** [6] - 13:17,
41:20, 49:18, 66:20,
72:13, 73:16
**positionally** [1] - 34:2
**post** [3] - 25:5, 29:22,
34:22
**post-traumatic** [1] -
34:22
**posted** [3] - 17:14,
20:1, 25:2
**posturally** [1] - 21:23
**potential** [1] - 75:1
**potentially** [1] - 10:6
**POTS** [12] - 21:14,
34:1, 35:9, 36:2,
36:5, 36:18, 37:10,
37:17, 37:23, 38:2,
84:1, 97:13
**powers** [1] - 28:8
**practice** [3] - 32:14,
35:19, 59:16
**practitioner** [9] -
28:16, 29:2, 31:21,
33:18, 34:12, 34:23,
35:3, 38:2, 40:6

**practitioner's** [1] -
37:16
**Prednisone** [4] - 38:5,
84:10, 98:3, 105:3
**prefer** [1] - 38:6
**prescribed** [6] - 32:21,
32:23, 32:24, 33:3,
33:18, 33:22
**prescription** [2] -
32:18, 33:12
**presence** [3] - 3:14,
110:18, 111:9
**PRESENT** [1] - 2:15
**present** [6] - 24:17,
36:14, 98:8, 100:7,
107:4, 107:7
**preservation** [8] -
69:19, 69:21, 69:22,
72:11, 73:7, 74:5,
75:11
**preserve** [3] - 73:18,
74:7, 75:4
**preserved** [2] - 62:9,
67:11
**preserving** [1] - 74:6
**president** [2] - 102:17,
102:19
**press** [4] - 26:16,
76:22, 77:8, 77:17
**pressure** [10] - 21:19,
22:8, 37:5, 37:6,
84:13, 95:11, 95:17,
96:12, 97:6, 105:22
**pretty** [1] - 7:19
**prevented** [1] - 7:9
**previous** [3] - 8:16,
17:6, 46:9
**previously** [3] - 68:21,
69:1, 69:10
**primary** [2] - 28:20,
28:22
**private** [2] - 47:15,
71:13
**privilege** [2] - 71:8,
78:11
**problem** [5] - 6:22,
31:5, 55:7, 95:18,
97:13
**Procedure** [2] - 1:15,
3:10
**process** [3] - 15:13,
26:5, 54:8
**processes** [2] - 55:12,
59:18
**Professional** [1] -
111:22
**professional** [1] -
60:24
**profile** [1] - 46:12
**program** [1] - 95:22

**prolonged** [1] - 84:8
**promoting** [1] - 28:9
**proof** [1] - 3:14
**proper** [2] - 66:8,
102:12
**properly** [5] - 7:8,
35:12, 35:13, 55:3,
55:16
**prosecutor's** [6] -
56:19, 57:1, 66:3,
66:7, 73:5, 73:11
**protection** [1] - 51:11
**prove** [1] - 67:21
**provide** [5] - 47:21,
60:12, 85:4, 87:13,
89:24
**provided** [11] - 22:15,
25:21, 32:18, 48:8,
61:3, 61:7, 61:12,
62:1, 97:16, 97:22,
97:24
**provider** [2] - 87:3
**providing** [1] - 40:2
**provoking** [1] - 30:4
**proximity** [5] - 29:15,
30:10, 31:16, 50:14,
63:14
**psychological** [1] -
29:3
**psychopath** [5] - 44:4,
44:11, 45:20, 45:21,
45:22
**PTSD** [3] - 29:22,
31:21, 35:1
**PUBLIC** [1] - 110:20
**public** [74] - 6:5, 6:9,
6:12, 6:17, 8:24,
42:2, 47:12, 47:14,
49:17, 50:20, 51:13,
51:14, 51:21, 51:22,
52:22, 53:11, 53:16,
54:3, 54:7, 54:11,
55:3, 55:8, 55:20,
56:3, 56:12, 56:18,
57:1, 57:5, 57:6,
57:7, 58:8, 58:11,
58:14, 59:2, 59:20,
60:6, 60:8, 60:11,
60:12, 60:14, 61:1,
61:4, 61:8, 61:14,
62:14, 64:7, 64:17,
64:22, 65:2, 65:5,
65:11, 66:6, 66:10,
66:24, 68:2, 69:17,
69:23, 70:12, 75:8,
76:2, 78:5, 78:15,
78:16, 80:21, 81:13,
81:14, 101:7, 101:8,
101:18, 101:19,
101:20, 101:21,

101:24
**Public** [4] - 1:14,
110:16, 111:4,
111:21
**publicly** [2] - 39:11,
47:16
**pulled** [1] - 16:20,
92:12
**pulling** [1] - 92:23
**purpose** [4] - 33:22,
103:24, 104:2, 104:3
**purposes** [3] - 34:18,
51:10, 69:1
**pursuant** [4] - 1:13,
1:14, 3:11, 63:6
**purview** [2] - 55:21,
57:6
**put** [8] - 7:15, 8:11,
20:15, 21:23, 28:3,
43:22, 50:24, 82:6

---

**Q**

**qualification** [1] - 3:15
**qualifications** [1] -
96:1
**qualified** [2] - 95:20,
111:5
**questioning** [1] -
102:23
**questions** [20] - 5:14,
15:9, 18:8, 22:13,
36:4, 38:12, 53:15,
53:21, 62:7, 62:9,
65:23, 77:4, 80:8,
82:22, 83:21, 88:16,
88:18, 90:2, 90:8,
108:12
**quickly** [1] - 37:12
**quieted** [1] - 14:12
**quite** [5] - 9:7, 15:4,
17:2, 50:19, 76:18
**quote** [1] - 100:22
**quoted** [1] - 100:20

---

**R**

**race** [1] - 31:8
**races** [1] - 34:1
**racing** [1] - 38:17
**raise** [1] - 28:5
**raised** [1] - 63:12
**raises** [2] - 90:2, 90:8
**Ramona** [2] - 28:21,
33:23
**ran** [1] - 57:12
**rate** [2] - 34:1, 34:5
**rather** [1] - 50:10
**re** [1] - 43:11
**re-record** [1] - 43:11

reached [1] - 68:10
reaching [4] - 44:5, 44:11, 44:21, 45:9
read [23] - 8:20, 8:21, 13:8, 48:11, 48:15, 49:21, 49:23, 64:12, 69:7, 69:12, 69:15, 71:16, 74:12, 101:3, 101:5, 101:9, 101:12, 102:1, 109:10, 109:12, 109:23, 110:6, 110:17
reading [11] - 8:18, 11:17, 11:18, 12:9, 48:6, 69:9, 100:12, 101:16, 102:5, 102:6, 110:15
real [1] - 46:22
realize [1] - 72:9
really [9] - 15:16, 17:24, 34:16, 35:1, 54:5, 57:18, 73:22, 84:17, 98:1
reason [6] - 15:1, 15:3, 34:2, 78:22, 107:13, 107:19
receipt [1] - 74:8
receive [9] - 9:8, 9:15, 10:20, 10:24, 59:20, 68:18, 69:20, 72:11, 86:15
received [8] - 58:9, 58:11, 58:14, 62:15, 72:17, 73:7, 73:23, 87:10
receiving [3] - 11:3, 59:2, 75:8
recent [1] - 30:11
recently [7] - 7:12, 8:13, 29:15, 31:17, 58:14, 102:24, 108:4
reception [2] - 6:22, 6:24
Recess [3] - 53:22, 81:24, 108:2
recognize [4] - 49:15, 50:2, 51:18, 103:10
recognized [1] - 101:6
recollection [1] - 24:7
recommend [1] - 33:14
recommendations [1] - 55:23
record [48] - 5:16, 6:5, 7:6, 7:18, 10:5, 15:18, 18:9, 18:11, 19:14, 19:16, 34:19, 43:11, 48:6, 48:11, 49:9, 51:1, 51:4,

51:14, 52:14, 54:1, 54:11, 54:17, 54:20, 60:3, 60:6, 62:9, 62:11, 63:9, 64:7, 64:22, 65:3, 65:5, 65:11, 66:10, 66:13, 71:4, 80:2, 80:5, 80:7, 82:2, 86:22, 89:9, 107:23, 108:3, 108:14, 108:20
record's [1] - 87:24
recording [7] - 7:17, 42:24, 51:9, 51:21, 52:2, 52:21, 67:10
recordings [1] - 90:6
records [61] - 39:1, 53:11, 53:16, 54:3, 54:6, 54:7, 55:3, 55:8, 55:10, 55:16, 56:3, 56:12, 56:13, 56:18, 57:2, 57:6, 57:7, 57:9, 57:21, 58:5, 58:8, 58:11, 58:15, 58:18, 58:22, 58:23, 59:2, 59:20, 59:21, 60:1, 60:2, 60:8, 60:11, 60:13, 60:14, 60:21, 61:1, 61:4, 61:7, 61:9, 61:13, 61:14, 62:14, 63:4, 66:6, 66:12, 66:16, 66:21, 67:1, 68:2, 69:17, 69:23, 70:12, 70:19, 74:19, 75:8, 86:19, 86:20, 87:4, 99:11
red [1] - 96:8
reduced [1] - 3:12
reels [1] - 20:14
refer [1] - 71:13
referencing [1] - 27:21
referring [1] - 92:5
refill [2] - 33:21, 38:4
reflect [4] - 51:1, 51:5, 80:2, 80:5
refusing [1] - 80:3
regain [1] - 43:20
regard [1] - 47:2
regarding [19] - 20:17, 28:16, 29:2, 31:21, 35:4, 37:22, 38:2, 48:6, 48:7, 57:1, 62:14, 62:15, 63:11, 63:24, 73:7, 74:5, 75:11, 76:22, 82:4
regardless [1] - 78:22
regards [1] - 72:12
registered [1] - 40:6
Registered [2] - 111:22, 111:23

regular [2] - 38:3, 64:12
rehandcuffed [1] - 93:16
rehash [1] - 48:5
relate [2] - 28:17, 29:16
related [11] - 21:23, 29:3, 32:22, 34:11, 40:5, 40:12, 56:7, 67:6, 70:19, 99:5, 100:2
relates [1] - 78:15
relation [1] - 12:5
relative [2] - 55:12, 111:14
release [2] - 23:24, 26:16
released [1] - 22:4
relive [1] - 29:20
remember [84] - 6:1, 6:3, 7:24, 8:22, 9:1, 9:2, 12:8, 12:13, 13:2, 16:4, 16:5, 24:2, 25:7, 26:22, 29:11, 31:19, 31:23, 31:24, 32:16, 32:17, 33:1, 34:16, 34:21, 35:1, 35:12, 38:23, 38:24, 47:24, 54:23, 55:2, 57:23, 58:1, 58:2, 58:10, 59:7, 61:11, 62:22, 62:23, 63:13, 64:1, 64:9, 66:2, 67:12, 68:13, 71:23, 72:2, 72:7, 72:15, 75:12, 75:17, 76:24, 77:21, 77:22, 82:6, 85:14, 85:16, 86:10, 86:17, 87:20, 88:4, 88:7, 88:9, 88:13, 91:14, 92:22, 93:2, 93:3, 94:18, 95:18, 96:9, 96:10, 102:15
remind [1] - 108:15
remove [4] - 14:3, 28:8, 77:20, 81:13
removed [17] - 12:23, 12:24, 13:21, 14:12, 75:23, 76:1, 76:7, 76:9, 77:23, 78:1, 78:4, 78:21, 79:14, 80:21, 93:15, 94:3, 94:6
removing [1] - 99:5
reorganizational [1] - 5:22
repeat [3] - 9:6, 16:11, 21:3

repeatedly [1] - 64:13
report [2] - 86:23, 98:12
Reporter [2] - 111:22, 111:23
REPORTER [3] - 15:17, 20:24, 109:17
reporter [3] - 21:4, 21:9, 109:14
represent [2] - 43:7, 65:21
represented [1] - 14:22
request [19] - 56:3, 58:15, 59:2, 59:8, 59:10, 59:14, 59:20, 60:14, 61:4, 61:8, 62:15, 65:16, 68:2, 68:6, 69:18, 69:24, 70:19, 87:6, 93:15
requested [3] - 67:12, 70:23, 71:19
requesting [1] - 12:20
requests [12] - 57:21, 58:5, 58:8, 58:11, 58:18, 58:22, 60:1, 60:21, 61:1, 61:14, 68:11, 70:13
required [1] - 56:12
requirements [1] - 60:8
rerecording [1] - 42:16
respect [8] - 29:6, 35:4, 37:16, 39:20, 48:21, 49:15, 50:5, 56:16
respectful [2] - 48:23, 49:16
respective [1] - 3:7
respond [3] - 61:14, 62:14, 64:14
responded [1] - 93:24
responding [1] - 108:6
response [4] - 61:4, 61:8, 61:24, 73:16
responses [2] - 64:16, 66:8
responsibility [2] - 61:14, 66:16
responsible [3] - 58:22, 59:13, 64:16
rest [1] - 39:8
restroom [1] - 34:5
result [2] - 16:9, 16:14
retain [1] - 55:13
retained [5] - 54:8, 54:12, 55:16, 66:5, 66:11

retention [8] - 54:4, 54:6, 54:17, 54:21, 56:18, 57:2, 57:8, 74:19
retired [1] - 35:22
return [3] - 24:13, 97:12, 102:12
returned [1] - 24:18
review [1] - 109:20
revise [2] - 55:19, 57:7
Richard [1] - 77:10
Riepenhoff [1] - 2:9
risk [1] - 21:24
RMR [1] - 1:13
RN [1] - 95:23
Robert [1] - 35:18
ROBERT [1] - 2:11
Robert's [4] - 5:18, 5:19, 5:21, 5:22
role [1] - 74:6
room [35] - 8:10, 11:2, 42:7, 44:6, 44:8, 70:3, 75:24, 76:2, 76:5, 76:7, 77:2, 78:4, 78:6, 78:22, 79:14, 80:22, 80:24, 84:9, 85:10, 85:13, 88:20, 91:19, 91:21, 91:22, 91:23, 92:2, 92:3, 92:4, 92:5, 92:14, 92:17, 93:1, 93:6, 93:20
ROSS [1] - 2:12
Ross [25] - 2:17, 19:12, 53:18, 53:23, 83:10, 89:4, 92:16, 92:24, 93:15, 93:21, 94:5, 94:8, 94:12, 94:19, 94:24, 98:8, 98:15, 99:14, 100:7, 102:24, 103:8, 103:16, 106:13, 107:17, 108:5
RPR [1] - 1:13
rule [2] - 47:3, 109:15
Rules [2] - 1:15, 3:9
rules [6] - 5:6, 5:18, 5:19, 5:22, 46:14, 46:15
run [1] - 101:23

## S

sack [2] - 97:22, 97:24
sale [2] - 25:10, 26:12
salt [5] - 36:21, 36:24, 38:7, 98:5
sat [1] - 21:18
save [1] - 40:1
saw [13] - 9:5, 9:10,

9:11, 9:12, 10:13, 10:23, 30:12, 44:21, 47:9, 47:16, 102:24, 103:19
**scan** [1] - 109:4
**scary** [2] - 40:19, 45:11
**screen** [4] - 7:16, 27:16, 70:5, 70:8
**scrubs** [2] - 96:9, 96:11
**sea** [1] - 38:7
**seal** [1] - 111:18
**second** [7] - 14:9, 18:10, 18:17, 20:22, 27:15, 43:8, 97:5
**secondly** [1] - 60:6
**seconds** [1] - 43:24
**see** [29] - 9:3, 9:8, 9:11, 9:12, 10:16, 11:6, 11:12, 11:14, 11:17, 28:22, 31:6, 31:7, 41:7, 42:2, 62:6, 63:17, 67:22, 69:6, 70:5, 70:9, 70:10, 77:19, 83:16, 84:16, 98:10, 103:5, 103:10, 103:14, 106:22
**seeing** [3] - 50:24, 96:8, 98:24
**seek** [3] - 17:4, 28:15, 39:4
**sell** [2] - 26:8, 26:10
**send** [2] - 75:10, 109:2
**sending** [1] - 68:15
**sense** [2] - 53:11, 53:15
**sensitive** [1] - 106:1
**sent** [5] - 70:21, 73:12, 73:13, 74:4, 86:23
**sentence** [1] - 19:22
**separate** [2] - 66:18, 92:1
**separately** [1] - 103:8
**Sergeant** [10] - 2:16, 2:17, 19:12, 53:23, 83:10, 89:4
**sergeant** [26] - 92:8, 92:16, 92:24, 93:15, 93:21, 94:5, 94:8, 94:12, 94:19, 94:20, 94:24, 95:1, 98:7, 98:8, 98:15, 98:18, 99:14, 100:6, 100:7, 104:19, 107:11, 107:14
**sergeants** [2] - 103:16, 108:5
**serve** [1] - 46:1

**service** [2] - 40:2, 108:7
**Session** [1] - 3:1
**set** [1] - 111:17
**sets** [1] - 93:16
**setting** [1] - 89:19
**seven** [1] - 74:17
**several** [2] - 26:17, 57:24
**severe** [1] - 17:6
**Seville** [1] - 2:4
**shady** [1] - 47:17
**shakiness** [1] - 36:6
**shaky** [1] - 20:8
**share** [2] - 6:15, 15:24
**shared** [1] - 46:11
**sharing** [1] - 7:5
**sheet** [1] - 15:20
**SHERIFF** [1] - 2:6
**sheriff** [38] - 6:17, 13:11, 28:7, 29:7, 39:21, 40:23, 41:11, 41:21, 42:5, 42:14, 42:21, 43:18, 44:11, 44:19, 45:2, 45:6, 45:19, 46:4, 47:2, 47:5, 48:10, 68:15, 76:17, 87:19, 87:22, 88:1, 98:16, 98:19, 99:23, 100:1, 100:9, 100:12, 100:16, 100:21, 100:24, 102:11, 103:11, 103:14
**sheriff's** [3] - 19:7, 67:9, 67:16
**SHERIFF'S** [1] - 2:7
**Sheriff's** [1] - 82:8
**sheriffs** [4] - 13:22, 18:2, 31:5, 94:20
**Sheth** [2] - 28:21, 33:23
**shields** [2] - 35:18, 35:19
**shirt** [1] - 27:9
**shirts** [6] - 25:11, 26:9, 26:10, 26:12, 26:24, 27:8
**shocking** [2] - 106:21
**short** [1] - 13:15
**shortly** [1] - 68:4
**shoulder** [7] - 16:20, 17:5, 17:11, 18:1, 18:4, 83:24, 93:9
**show** [7] - 27:14, 67:21, 68:20, 96:17, 99:12, 101:15, 105:22
**showing** [1] - 90:6
**shows** [3] - 94:16,

100:19, 100:23
**shut** [4] - 14:6, 14:12, 83:7, 98:23
**sick** [4] - 37:4, 84:14, 106:12
**side** [2] - 93:17, 93:19
**signaled** [1] - 40:9
**signature** [2] - 108:13, 109:22
**signed** [1] - 110:18
**signing** [1] - 110:15
**signs** [1] - 92:1
**silence** [1] - 28:9
**silenced** [1] - 14:13
**similar** [1] - 78:18
**simple** [4] - 80:10, 80:12, 80:18, 81:5
**sit** [2] - 12:11, 78:19
**sitting** [7] - 6:7, 11:12, 41:15, 41:17, 42:8, 50:23, 78:18
**situation** [6] - 27:9, 36:16, 47:13, 49:6, 77:9, 105:12
**sleep** [5] - 30:5, 33:24, 34:7, 34:8, 84:16
**sleeping** [2] - 36:18, 84:1
**small** [1] - 100:20
**snatched** [2] - 6:17, 6:22
**sneaks** [1] - 47:3
**so...** [1] - 32:8
**social** [5] - 25:3, 25:5, 32:5, 47:24, 51:12
**socially** [1] - 51:13
**sociopath** [2] - 46:13, 47:22
**sociopathy** [1] - 45:24
**softened** [1] - 103:22
**solicit** [1] - 27:21
**someone** [24] - 7:14, 7:19, 8:11, 25:17, 27:10, 32:2, 40:7, 46:24, 50:3, 50:13, 50:23, 51:8, 52:4, 52:6, 52:13, 52:17, 52:21, 61:13, 66:9, 75:23, 95:20, 95:21, 98:4, 106:17
**sometimes** [8] - 31:2, 33:4, 33:6, 36:15, 36:16, 37:3, 38:3, 49:7
**soon** [1] - 78:23
**sorry** [22] - 6:13, 9:6, 15:17, 15:18, 15:21, 16:11, 17:23, 21:1, 39:16, 54:15, 56:12, 57:20, 69:14, 70:11,

71:11, 73:17, 75:20, 97:13, 102:3, 103:7, 104:8, 104:16
**sort** [4] - 5:16, 26:5, 36:4, 104:3
**sought** [1] - 35:6
**sounded** [1] - 13:13
**sounds** [1] - 65:22
**south** [1] - 91:10
**space** [3] - 49:12, 50:11, 50:15
**speaking** [2] - 8:1, 8:3
**special** [2] - 90:13, 90:14
**specialize** [1] - 66:8
**specific** [17] - 5:18, 5:20, 10:3, 10:7, 11:16, 12:10, 18:2, 18:5, 46:10, 62:12, 64:14, 67:10, 72:24, 74:20, 80:14, 82:22, 91:19
**specifically** [12] - 33:1, 38:12, 56:15, 57:16, 66:5, 68:9, 68:13, 68:14, 71:23, 72:2, 72:8, 76:5
**specifics** [1] - 76:15
**specified** [1] - 111:13
**spectacle** [1] - 105:6
**speech** [1] - 102:10
**spend** [1] - 22:3
**split** [1] - 43:8
**squad** [1] - 105:17
**SS** [2] - 110:3, 111:2
**SSRI** [1] - 33:2
**staff** [7] - 57:15, 57:17, 64:10, 64:13, 72:3, 72:5, 101:6
**stalk** [1] - 76:10
**stand** [4] - 42:16, 42:22, 43:19, 92:9
**standing** [1] - 34:6
**standpoint** [1] - 52:3
**staring** [1] - 10:15
**start** [5] - 5:16, 5:24, 17:22, 37:12, 53:11
**started** [13] - 6:1, 6:2, 13:10, 13:23, 19:17, 38:17, 38:18, 39:23, 39:24, 46:17, 47:10, 101:16
**starts** [1] - 31:8
**state** [2] - 56:4, 63:8
**State** [5] - 1:14, 110:3, 111:2, 111:5, 111:22
**statement** [5] - 15:2, 23:4, 24:4, 24:5, 62:23
**STATES** [1] - 1:1

**States** [1] - 1:16
**stay** [1] - 45:12
**stayed** [2] - 45:17, 77:2
**staying** [1] - 78:12
**stenotypy** [2] - 3:12, 111:9
**step** [1] - 19:7
**steps** [4] - 57:5, 60:17, 73:18, 74:8
**stick** [1] - 80:13
**stigma** [1] - 27:12
**still** [14] - 7:18, 24:9, 24:17, 29:22, 35:19, 35:20, 41:3, 43:16, 64:2, 72:21, 77:11, 93:19, 98:22, 102:2
**stipulate** [1] - 100:1
**stipulated** [1] - 3:6
**stipulations** [1] - 3:11
**stood** [1] - 92:11
**stop** [3] - 14:7, 14:9, 59:17
**stopped** [1] - 22:10
**store** [1] - 55:9
**stories** [2] - 21:16, 46:8
**straight** [4] - 21:16, 31:6, 31:7, 40:17
**stream** [6] - 5:23, 6:9, 6:12, 6:19, 7:7, 43:12
**streamed** [3] - 6:21, 14:18, 43:12
**streaming** [5] - 6:1, 7:9, 39:18, 39:22, 42:1
**Street** [2] - 90:22, 91:6
**street** [1] - 91:5
**stress** [3] - 34:22, 84:11, 84:18
**stressed** [1] - 84:15
**stressful** [2] - 36:17, 37:11
**strike** [2] - 94:23, 100:15
**structure** [1] - 55:11
**struggled** [1] - 35:13
**stuff** [3] - 5:15, 19:3, 31:24
**subject** [1] - 61:1
**submitted** [1] - 110:15
**subpoenaed** [1] - 99:12
**substance** [1] - 110:9
**substandard** [1] - 40:3
**subtle** [1] - 15:6
**SUDHOFF** [3] - 68:21, 108:24, 109:5

**Sudhoff** [1] - 2:9
**sued** [1] - 73:24
**suffer** [2] - 16:8, 16:13
**suggested** [2] - 87:15, 102:15
**suggestion** [3] - 40:4, 40:5, 40:8
**Suite** [2] - 2:10, 2:14
**sunshine** [2] - 56:12, 64:12
**supervision** [1] - 96:2
**supposed** [9] - 60:2, 60:3, 60:4, 60:19, 64:4, 64:5, 97:2, 104:6, 106:10
**surrounding** [1] - 14:19
**surveillance** [10] - 8:11, 40:20, 44:7, 67:2, 67:4, 67:7, 67:13, 70:19, 71:20, 94:15
**swelling** [1] - 36:7
**swivel** [1] - 42:3
**swiveled** [2] - 41:23, 41:24
**sworn** [2] - 5:2, 111:7
**symptoms** [5] - 29:12, 29:16, 30:15, 36:4, 36:10
**syndrome** [2] - 36:15, 37:1

## T

**T-shirts** [5] - 25:11, 26:9, 26:10, 26:12, 26:24
**table** [4] - 40:18, 42:17, 43:16, 78:17
**tablets** [4] - 36:23, 36:24, 105:5, 105:23
**taper** [2] - 84:10, 105:3
**taught** [1] - 37:18
**teaches** [1] - 37:9
**techniques** [2] - 39:3, 39:5
**teens** [1] - 35:15
**teeth** [1] - 38:18
**Teetor** [1] - 2:13
**ten** [2] - 38:23
**term** [1] - 92:4
**terrible** [1] - 44:2
**terrifying** [1] - 40:21
**testified** [7] - 10:5, 24:3, 28:11, 48:5, 57:11, 101:17, 106:2
**testify** [2] - 82:20, 111:7

**testimony** [15] - 7:4, 22:23, 24:1, 48:6, 79:13, 88:14, 89:23, 90:2, 90:5, 90:8, 96:20, 99:17, 111:8, 111:12
**Tex** [2] - 25:23, 26:23
**tex** [1] - 26:1
**text** [8] - 9:10, 55:7, 67:2, 67:7, 67:19, 68:1, 71:19, 99:12
**texting** [2] - 99:2, 99:5
**THE** [24] - 1:1, 1:2, 2:2, 15:17, 18:7, 20:11, 20:14, 20:24, 69:12, 70:2, 70:11, 71:9, 80:14, 80:17, 82:7, 84:7, 87:14, 88:21, 89:2, 109:8, 109:11, 109:13, 109:17, 109:21
**theme** [2] - 14:11, 14:13
**themselves** [2] - 46:1, 65:13
**thereafter** [1] - 3:13
**therein** [1] - 61:1
**thinking** [1] - 57:12
**Thomas** [1] - 27:6
**thoughts** [3] - 30:6, 30:8, 31:18
**thousand** [1] - 35:15
**three** [2] - 22:7, 81:21
**threw** [5] - 6:18, 6:23, 40:18, 42:17, 43:15
**timing** [2] - 77:16, 99:6
**Timko** [2] - 106:10, 107:2
**tiny** [1] - 97:9
**tips** [1] - 37:13
**titled** [1] - 1:13
**TO** [2] - 4:1, 4:6
**today** [14] - 7:4, 12:11, 41:3, 54:22, 69:2, 74:21, 79:4, 82:4, 83:15, 85:7, 88:14, 90:1, 90:5, 96:21
**together** [5] - 30:13, 98:11, 103:1, 103:6, 103:10, 110:7
**took** [10] - 12:14, 21:14, 22:5, 26:13, 84:14, 93:3, 95:10, 95:17, 96:12, 97:4
**topic** [2] - 28:10, 53:10
**touch** [5] - 42:3, 42:9, 42:10, 43:11, 43:14
**touched** [5] - 42:4,

42:20, 92:17, 92:19, 92:24
**touching** [2] - 92:20, 92:21
**toward** [4] - 41:23, 41:24, 42:3, 42:10
**towards** [3] - 53:1, 107:14, 107:20
**track** [2] - 87:10, 102:21
**training** [5] - 55:9, 56:13, 64:11, 65:6, 65:14
**trample** [1] - 82:13
**transcribed** [2] - 3:13, 111:10
**transcript** [3] - 110:6, 110:13, 111:11
**transcripts** [1] - 65:16
**trauma** [4] - 28:17, 31:2, 34:11, 84:2
**trauma-related** [1] - 34:11
**traumatic** [2] - 29:22, 34:22
**treat** [4] - 32:9, 32:12, 35:20, 37:22
**treated** [4] - 29:2, 31:20, 48:19, 48:20
**treatment** [6] - 17:4, 39:4, 40:12, 86:4, 86:15, 87:11
**trial** [4] - 78:9, 89:20, 89:23, 90:6
**tricks** [1] - 37:13
**tried** [9] - 19:3, 28:5, 30:18, 30:23, 41:5, 47:8, 54:20, 82:23, 96:23
**triggers** [1] - 36:17
**true** [4] - 24:5, 49:7, 110:9, 111:11
**TRUMBULL** [3] - 2:6, 2:7
**Trumbull** [36] - 18:2, 24:13, 31:8, 49:6, 49:18, 54:3, 54:18, 54:21, 55:4, 56:17, 56:19, 57:1, 57:2, 57:8, 58:6, 60:13, 61:5, 61:9, 61:15, 62:16, 64:22, 65:1, 65:9, 66:21, 72:13, 74:1, 74:4, 85:15, 86:8, 90:20, 90:21, 91:2, 91:13, 91:17, 91:19, 95:19
**truth** [1] - 111:8
**try** [8] - 27:8, 28:3, 28:4, 33:15, 59:17,

64:19, 108:17
**trying** [9] - 27:12, 28:8, 45:8, 48:24, 52:16, 64:3, 71:11, 72:8, 80:6
**tugging** [1] - 41:6
**turn** [2] - 53:16, 81:23
**turned** [2] - 42:8, 42:10
**twisted** [1] - 16:21
**two** [9] - 35:15, 37:12, 59:17, 67:14, 71:22, 80:9, 92:1, 93:16
**type** [1] - 76:13
**typically** [3] - 5:23, 37:2, 67:18

## U

**ultimate** [1] - 26:8
**ultimately** [2] - 26:14, 65:4
**unable** [1] - 84:16
**unacceptable** [2] - 23:17, 53:8
**unarmed** [1] - 44:17
**unartful** [1] - 43:17
**unassisted** [1] - 94:16
**unchanged** [1] - 58:24
**uncomfortable** [2] - 16:22, 53:4
**under** [8] - 3:9, 37:2, 54:13, 84:11, 93:6, 96:21
**undersigned** [1] - 110:16
**unedited** [1] - 42:12
**unfortunately** [1] - 75:7
**unfounded** [1] - 20:18
**uniforms** [1] - 30:14
**UNITED** [1] - 1:1
**United** [1] - 1:16
**unless** [5] - 80:24, 90:12, 90:13, 90:17, 102:9
**up** [49] - 6:23, 7:14, 9:11, 10:14, 12:13, 13:13, 13:24, 14:6, 14:12, 17:1, 22:8, 27:16, 34:4, 37:5, 37:6, 38:9, 38:12, 40:11, 40:15, 41:17, 44:5, 47:12, 50:23, 51:1, 53:3, 60:21, 63:17, 67:14, 67:19, 70:5, 70:10, 71:15, 71:22, 71:23, 72:22, 76:13, 77:2, 77:18, 81:23, 84:13, 92:3,

92:9, 92:11, 97:12, 97:20, 106:13, 106:24, 109:1
**updated** [1] - 6:21
**updating** [1] - 56:6
**upset** [1] - 25:15
**upstairs** [1] - 44:9
**urgent** [4] - 86:12, 87:9, 108:18, 108:19
**utter** [1] - 15:7
**uttered** [1] - 14:24
**uttering** [1] - 12:11

## V

**variety** [1] - 33:24
**verbal** [4] - 59:13, 68:7, 68:11, 75:13
**version** [2] - 5:18, 5:20
**via** [1] - 67:7
**video** [21] - 8:11, 14:18, 14:22, 40:21, 42:11, 42:13, 43:7, 44:7, 50:13, 67:2, 67:4, 67:7, 70:19, 71:20, 74:17, 90:6, 93:15, 94:15, 96:8, 96:13, 96:17
**VIDEOCONFERENC E** [1] - 1:11
**videos** [5] - 67:11, 67:13, 67:24, 74:22, 75:2
**videotape** [2] - 30:23, 50:4
**videotaping** [1] - 6:2
**View** [1] - 2:14
**view** [3] - 7:20, 42:6, 45:21
**viewed** [1] - 43:7
**visits** [1] - 38:3
**vividly** [1] - 34:15
**Vivoda** [3] - 63:10, 63:24, 100:11
**Vivoda-Klotz** [3] - 63:10, 63:24, 100:11
**voice** [1] - 85:22
**volatile** [1] - 44:11
**VOLUME** [1] - 1:18
**volume** [1] - 97:12
**vote** [1] - 102:19
**voted** [1] - 56:1
**vs** [1] - 1:7

## W

**wait** [3] - 70:2, 73:17, 82:9
**waited** [1] - 23:5

**waive** [1] - 109:22
**waived** [1] - 3:16
**walk** [1] - 106:22
**walked** [4] - 8:4,
  15:11, 92:13, 94:16
**walking** [7] - 30:12,
  31:2, 42:9, 45:10,
  52:4, 52:17, 103:13
**wall** [1] - 97:12
**Walton** [1] - 2:10
**wants** [2] - 47:2,
  109:23
**Warren** [1] - 90:22
**watch** [2] - 22:7, 42:11
**watching** [1] - 8:6
**water** [29] - 20:21,
  20:23, 21:2, 21:7,
  21:10, 21:11, 21:13,
  21:18, 21:22, 22:8,
  22:15, 22:17, 22:21,
  23:1, 23:3, 23:15,
  23:21, 37:8, 37:10,
  37:12, 56:9, 96:20,
  96:21, 96:23, 97:5,
  97:20, 105:2, 105:5
**ways** [4] - 19:23,
  33:16, 39:24
**wear** [2] - 11:17, 38:7
**wearing** [4] - 11:10,
  11:20, 38:8, 103:17
**Wednesday** [2] - 1:14,
  3:1
**week** [15] - 67:14,
  84:9, 85:16, 85:18,
  86:5, 95:22, 106:6,
  106:9, 106:11,
  106:14, 106:16,
  106:18, 106:20,
  107:3
**weekend** [1] - 76:14
**weeks** [3] - 67:14,
  71:22
**weird** [1] - 85:24
**Westfall** [1] - 2:13
**whereabouts** [2] -
  76:15, 78:13
**WHEREOF** [1] -
  111:17
**whichever** [1] - 51:6
**white** [1] - 103:17
**whole** [4] - 41:15,
  43:15, 100:22, 111:7
**Willman** [4] - 1:13,
  15:23, 111:4, 111:21
**wish** [1] - 10:1
**wished** [1] - 15:24
**WITNESS** [19] - 18:7,
  20:11, 20:14, 69:12,
  70:2, 70:11, 71:9,
  80:14, 80:17, 82:7,

84:7, 87:14, 88:21,
  89:2, 109:8, 109:11,
  109:13, 109:21,
  111:17
**witness** [5] - 3:14,
  11:22, 110:15,
  111:10, 111:12
**WIX** [1] - 2:11
**Wix** [28] - 2:16, 12:13,
  12:14, 13:2, 19:12,
  53:18, 53:23, 83:10,
  89:4, 92:8, 92:16,
  92:19, 94:8, 94:12,
  94:20, 95:1, 98:7,
  98:18, 99:14, 100:6,
  102:24, 103:16,
  104:19, 106:13,
  107:11, 107:14,
  108:5
**Wix's** [2] - 12:3,
  105:10
**woman** [7] - 76:17,
  77:22, 96:8, 96:10,
  96:11, 96:15, 108:7
**wondering** [1] -
  103:19
**word** [3] - 90:12,
  90:13, 90:18
**words** [11] - 5:10,
  12:10, 12:15, 12:17,
  13:19, 14:3, 14:24,
  15:7, 42:21, 90:11,
  90:17
**workday** [1] - 24:23
**worker** [1] - 47:24
**works** [4] - 76:17,
  80:16, 83:18, 83:19
**workshop** [1] - 99:18
**workspace** [1] - 78:18
**worried** [1] - 39:10
**worry** [1] - 98:22
**worse** [1] - 36:19
**wow** [1] - 86:2
**write** [1] - 98:11
**writing** [3] - 3:12,
  47:1, 98:14
**written** [4] - 68:12,
  71:20, 75:10, 75:12
**wrote** [1] - 70:21

## Y

**yanked** [2] - 16:21,
  92:20
**year** [6] - 77:24, 85:19,
  106:5, 106:7, 107:6
**years** [6] - 32:1, 32:10,
  34:20, 39:6, 47:24
**yelled** [1] - 102:7
**Yellow** [1] - 64:12

**Yosowitz** [8] - 2:13,
  4:11, 81:23, 83:6,
  88:18, 88:24, 89:8,
  108:4
**YOSOWITZ** [7] -
  19:10, 53:18, 69:9,
  89:3, 107:22, 108:3,
  108:9
**young** [1] - 81:7
**Youngstown** [1] - 2:5
**yourself** [7] - 26:12,
  51:4, 51:10, 55:18,
  66:20, 73:18, 80:21

## Z

**ZOOM** [4] - 19:12,
  53:23, 83:10, 89:4