## Week of May 30, 2022

## Meeting of June 1, 2022

*certificate to see if part of the Agreement could be paid for with ARPA Funds. He went on to say he felt it was worth an effort on their part to try to alleviate the financial burden off the Township residents. Mr. Fuda called Point of Order stating Ms. Frenchko would not let Mr. Newbrough speak. She stated she did not want to take the risk of a financial audit.*

*Ms. Frenchko had questions regarding principal forgiveness loans, CIP, WSRLA, OPWC, Blueprint Phase II, Contract K (Phase 1) and loans for Blueprint. She went on to say Mr. Newbrough was evasive and dishonest. Mr. Newbrough said he took exception to being called dishonest. Ms. Frenchko brought up a conversation Mr. Newbrough had with Attorney Finamore. Mr. Fuda said that Mr. Newbrough was not on trial. Mr. Fuda said she needs to stop calling people names and accusing them of things. Ms. Frenchko said she can call a spade a spade and she doesn't need Executive Session to do that. Mr. Cantalamessa said Ms. Frenchko is opening the County to liability. Mr. Fuda and Mr. Cantalamessa thanked Gary for doing a good job. Ms. Frenchko said she appreciates things he does, but he needs to listen to her. Mr. Newbrough said he does what the Majority says to do.*

### THERE WAS NO ACTION TAKEN ON ITEMS #32 AND #33

**32.** To go into Executive Session pursuant to Ohio Revised Code 121.22(G)(1) to consider the dismissal or discipline of a public employee within the Trumbull County Dog Kennel.

**33.** Reconvene from Executive Session pursuant to Ohio Revised Code 121.22(G)(1) to consider the dismissal or discipline of a public employee within the Trumbull County Dog Kennel.

*Ms. Frenchko said she was very concerned about inmate medical care stating it is not the first time she received a complaint stating that inmates have requested medical attention, have been told no and have to contact their family members through a visit. Then contact elected officials to contact the Sheriff to get the medical attention they need. She said the last time she got a call like that it was not that big of a problem and the person got the treatment they needed—this one was pretty significant. She received a letter from an incarcerated person's parent and remarked on a concern she had with care within the Adult Justice Center. Ms. Frenchko read the letter she received from the mother of an inmate in custody at the Trumbull County Jail. Ms. Frenchko said she followed up on this and contacted the jail and she was happy to know the person did survive but has lost hearing in one ear, and has to go to rehabilitation for physical reasons. She said this was unacceptable and she immediately contacted the Sheriff and asked what his policy was on inmate treatment. She said she asked him to please send her what his manual says—the standard operating procedure for when an inmate requests medical treatment. She said the Sheriff did not give her one, so she sent another email and they did not respond. She said she basically said if they did not have one in place, to please let her know. She said the Commissioners are not the Sheriff's Department—that is a totally separate Elected Official, but she wants to bring this to people's attention. But if the Sheriff is going to ignore her email requests, then she would like a copy of their procedure as she would like to tell people that she followed up, found out what the procedure is, and whether or not it was followed. She went on to say they wouldn't give her a copy of what their manual says and that's concerning as this is someone's family member regardless of why he's there and this isn't the first complaint she's had. She went on to say that she hopes the rest of the Board of Commissioners have half a heart when it comes to inmate care. (Mr. Cantalamessa interrupted and said, Point of Order). She asked the Board to join her in requesting a letter to the Sheriff's Department asking if there are policies in place that will adequately address the care for inmates. Mr. Fuda asked the Board if they were going to take hours to talk about the different problems that he deals with every day and mentioned four calls he received regarding Highway Department issues. Ms. Frenchko said he walked away when she was asking the Board to join her in her requests. Ms. Frenchko said she wanted to write the Sheriff's Department asking for them to establish a policy for inmate care. Mr. Cantalamessa said we are assuming that he doesn't already have one? Ms. Frenchko said the Sheriff wouldn't answer her email. Mr. Fuda read some of the details of calls he receives about problems within the County pertaining to the Highway Department. Ms. Frenchko said a loss of life could have happened and they may get sued. She asked if Mr. Fuda was minimizing the person who got Meningitis. Mr. Fuda said he was not minimizing the person with meningitis. Mr. Cantalamessa made a motion to adjourn. Ms. Frenchko seconded that motion.*



# Trumbull County Sheriff's Office

## Sheriff Paul S. Monroe

150 High Street NW
Warren, Ohio  44481

**Jeffrey Palmer**
*Chief Deputy*

**Daniel J. Mason**
*Major Jail Division*

**Tony Villanueva**
*Major Patrol Division*

Date:  July 5, 2022

To:  Commissioner Fuda, Commissioner Cantalamessa, and Commissioner Frenchko

From:  Sheriff Paul Monroe

Re:  Inappropriate Response to a Citizen "Complaint"

*RECEIVED 2022 JUL -5 AM 10: 10 TRUMBULL COUNTY COMMISSIONERS*

Commissioner:

    I am writing this letter as a response to Commissioner Frenchko's reading at the June 1, 2022, Commissioners public meeting of a letter claiming to be written by the mother of a previously incarcerated adult inmate in the Trumbull County Jail.  Commissioner Frenchko chose to publically air the contents of the letter without first inquiring with my office or the jail administration allegations that the letter writer's son was denied requested medical attention while housed in the jail.  Commissioner Frenchko provided commentary in connection with her reading of the letter suggesting a factual basis existed to support the alleged denial and withholding of medical attention when requested.  Such a public presentation prior to initiating an appropriate, investigation through well-established, existing investigatory protocol is contrary to sound government and procedural justice safeguards.  Commissioner Frenchko has been advised on a least two (2) prior separate occasions of the proper procedure to initiate and/or file a complaint regarding allegations of improper treatment of inmates.  Again, however, Commissioner Frenchko apparently chose intentionally to ignore the proper and professional process of addressing the issue initially by forwarding a complaint to the Sheriff's Office. Instead, without any investigation or corroboration to verify whether the letter was factually based or simply unfounded allegations, Commissioner Frenchko chose to read it publically without even having initiated or attempted to initiate a proper investigative procedure.

    To date, Commissioner Frenchko has not provided an official complaint, a copy of the letter to the Sheriff's Office, or otherwise sought to have an official investigation commenced (although almost 30-days have passed since she publicized the allegations of the letter).  However, I initiated an investigation into what, if anything, alleged to have been denied

*Telephone 330.675.2508*     *Administrative Fax 330.675.7041*     *Road Division Fax:  330.675.2507*

the inmate as apparently accepted as fact by the Commissioner. Working solely off Commissioner Frenchko's social media post of the reading of the inmate's mother's letter, the inmate was identified and all relevant records and other information was gathered and examined. Not only did the inmate's records establish an absence of any request for medical attention been made, but jail records and other relevant information as well as relevant jail personnel substantiated that no request for medical attention was made, let alone denied. According to the inmate himself: "This Sheriff is doing a great job." The complaint had no basis in fact. Nonetheless, Commissioner Frenchko presented a letter to the public that was neither accurate nor factually based in a manner clearly indicating that the contrary was true: she presented this letter as if it were a fact without even minimum good faith adherence to established procedures.

Commissioner Frenchko's presentation not only unnecessarily, inappropriately, and inaccurately besmirched the performance of the men and women operating the Trumbull County Jail but also negatively portrayed both the performance and the professional reputation of the third party vendor providing medical care to inmates of the Trumbull County Jail.

The third party vendor, Dr. Phillip Malvasi, has provided the necessary and required medical services for the jail to the Trumbull County Sheriff's Office for more than twenty (20) years, long preceding my tenure as Trumbull County Sheriff. My experience has been that Dr. Malvasi has provided our inmates with quality, professional healthcare throughout my years of services and, based on my review of records and conversations with multiple long-term jail personnel, during the entire length of his service contracts. The County's contract with Dr. Malvasi has saved taxpayers of Trumbull County hundreds of thousands of dollars by providing these medical services, as opposed to the County resorting to a corporate vendor at a much higher cost. Commissioner Frenchko's improper airing of the unsubstantiated allegations of the letter has therefore also been detrimental to Dr. Malvasi and the relationship between the Doctor and Trumbull County. This reckless behavior of Commissioner Frenchko should not be tolerated by Trumbull County citizens nor other elected officials as it puts taxpayer dollars and efficient, necessary departmental operations at risk.

I am requesting a public apology from Commissioner Frenchko as a first step to regaining public trust. I expect the apology to be delivered in the same public forum as was the publication of the false accusations.

Respectfully,

*[signature: Paul S. Monroe]*

PAUL S. MONROE

TRUMBULL COUNTY SHERIFF

Cc: Dr. Phillip Malvasi