| | |
|---|---|
| **From:** | Niki Frenchko |
| **To:** | Paul Monroe |
| **Subject:** | Re: Medical neglect /public records request |
| **Date:** | Tuesday, July 5, 2022 10:49:27 AM |

You've ignored my request for your policy and procedure manual or SOP for inmates requiring medical treatment. I'm requesting it under the Ohio sunshine law.

Please send me this public records request that originated in May, was sent twice & ignored.

Send to me via email. Include the date of the adopted policy and none exists, that's an adequate reply to a records request.

Commissioner Frenchko


> On May 27, 2022, at 2:44 PM, Niki Frenchko <cefrench@co.trumbull.oh.us> wrote:
>
> Do you have the policy for treatment? I had to call you before about someone being denied treatment and had some other general complaints so I'm wondering if there operations similar to how Terry Thomas ran community Bussing. The fewer services— the bigger the profit margin.
>
>> On May 27, 2022, at 2:40 PM, Paul Monroe <somonroe@co.trumbull.oh.us> wrote:
>>
>> Niki,
>>
>> Send me the written complaint and I will look into it. There is not enough information in your email to properly respond without a name and I cannot provide you any medical information concerning any prisoner in the Trumbull county jail. Sheriffs office will handle the complaint once it is properly documented.
>>
>> Paul Monroe
>>
>> Sent from my iPhone
>>
>>>> On May 27, 2022, at 10:55 AM, Niki Frenchko <cefrench@co.trumbull.oh.us> wrote:
>>>
>>> Paul,
>>>
>>> I received a complaint of medical neglect.
>>>
>>> What are your policies for treatment when an inmate asks for treatment? Please send copies of your polices that relate to medical treatment.
>>>
>>> An inmate who was ill and denied treatment and was transferred out I'll, and now is in ICU with bacterial meningitis. This is unacceptable.
>>>
>>> Commissioners Frenchko

**From:** Paul Monroe
**To:** Daniel Mason
**Subject:** Fwd: Medical neglect
**Date:** Friday, May 27, 2022 2:46:55 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Niki Frenchko <cefrench@co.trumbull.oh.us>
> **Date:** May 27, 2022 at 2:44:50 PM EDT
> **To:** Paul Monroe <somonroe@co.trumbull.oh.us>
> **Subject: Re: Medical neglect**
>
> Do you have the policy for treatment? I had to call you before about someone being denied treatment and had some other general complaints so I'm wondering if there operations similar to how Terry Thomas ran community Bussing. The fewer services— the bigger the profit margin.
>
>> On May 27, 2022, at 2:40 PM, Paul Monroe <somonroe@co.trumbull.oh.us> wrote:
>>
>> Niki,
>>
>> Send me the written complaint and I will look into it. There is not enough information in your email to properly respond without a name and I cannot provide you any medical information concerning any prisoner in the Trumbull county jail. Sheriffs office will handle the complaint once it is properly documented.
>>
>> Paul Monroe
>>
>> Sent from my iPhone
>>
>>> On May 27, 2022, at 10:55 AM, Niki Frenchko <cefrench@co.trumbull.oh.us> wrote:

Paul,

I received a complaint of medical neglect.

What are your policies for treatment when an inmate asks for treatment? Please send copies of your polices that relate to medical treatment.

An inmate who was ill and denied treatment and was transferred out I'll, and now is in ICU with bacterial meningitis. This is unacceptable.

Commissioners Frenchko

**From:** Paul Monroe
**To:** Jeffrey Palmer
**Subject:** Fwd: Medical neglect
**Date:** Wednesday, June 1, 2022 11:32:45 AM

Sent from my iPhone

Begin forwarded message:

> **From:** Paul Monroe <somonroe@co.trumbull.oh.us>
> **Date:** May 27, 2022 at 2:40:48 PM EDT
> **To:** Niki Frenchko <cefrench@co.trumbull.oh.us>
> **Subject: Re: Medical neglect**
>
> Niki,
>
> Send me the written complaint and I will look into it. There is not enough information in your email to properly respond without a name and I cannot provide you any medical information concerning any prisoner in the Trumbull county jail. Sheriffs office will handle the complaint once it is properly documented.
>
> Paul Monroe
>
> Sent from my iPhone
>
>> On May 27, 2022, at 10:55 AM, Niki Frenchko <cefrench@co.trumbull.oh.us> wrote:
>>
>> Paul,
>>
>> I received a complaint of medical neglect.
>>
>> What are your policies for treatment when an inmate asks for treatment? Please send copies of your polices that relate to medical treatment.
>>
>> An inmate who was ill and denied treatment and was transferred out I'll, and now is in ICU with bacterial meningitis. This is

unacceptable.

Commissioners Frenchko

| | |
|---|---|
| **From:** | Daniel Mason |
| **To:** | Niki Frenchko |
| **Cc:** | Paul Monroe |
| **Subject:** | Public records request |
| **Date:** | Tuesday, July 5, 2022 2:13:21 PM |
| **Attachments:** | Policy and Procedure Corrections Division section 9.pdf |

Per the email addressed to Sheriff Monroe on 5 July 2022 at 10:49 Hrs., please see attached response to the records request in accordance with Ohio Revised Code § 149.011.

**Major Daniel J. Mason**
**Trumbull County Sheriff's Office**
**Jail Administrations**
**150 High St NW**
**Warren, Ohio 44481**
**(330) 675-7964**
http://sheriff.co.trumbull.oh.us/



| | |
|---|---|
| **From:** | Daniel Mason |
| **To:** | Niki Frenchko |
| **Cc:** | Paul Monroe |
| **Subject:** | Medical policies |
| **Date:** | Wednesday, July 6, 2022 12:23:47 PM |
| **Attachments:** | New Medical policies.pdf |

Commissioner,

It was brought to my attention that the previous email I sent you contained policies that were from a draft file prior to being issued to staff, therefor it did not contain the issue date. Attached to this email are the policies with the issued date of 23 August 2021.

Respectfully,
Major Mason

**Major Daniel J. Mason**
**Trumbull County Sheriff's Office**
**Jail Administrations**
**150 High St NW**
**Warren, Ohio 44481**
**(330) 675-7964**
http://sheriff.co.trumbull.oh.us/

