# CFS SUMMARY

| INCIDENT NUMBER | 22-07729 |

| | | |
|---|---|---|
| CFS# | 22-07729 | |
| RECEIVED DATE/TIME | 07-07-2022 11:24 | |
| INCIDENT DATE/TIME | 07-07-2022 11:20 AM | |

## DESCRIPTIVES

- **ACTIVITY**: UNKNOWN PROBLEM
- **CALL ORIGIN**: 10 DIGIT LINE
- **RP/DS**:
- **DISPATCHER**: 0 -
- **RESPONSE**:
- **DISPOSITION**: ARREST MADE
- **OTHER CONTACTS**:

## CALLER

- **NAME**: FRENCHKO, MICHELE NICOLE
- **ADDRESS**: [redacted]
- **CALL BACK**:
- **PHONE**:

## LOCATION

- **ADDRESS**: 160 HIGH ST NW WARREN, OH 44481
- **LOCATION**: TRUMBULL COUNTY ADMINISTRATION
- **TOWNSHIP**: WARREN TOWNSHIP
- **GRID**: CENTER
- **PATROL AREA**: CENTER

## CALL DESCRIPTION

CALL TAKEN BY: 0
DISPATCHED BY: 0
07/07/2022 11:24:53 - TALBERINI - 17: 1 F21
07/07/2022 11:52:01 - SOROSS - PERSON BY SSN [redacted], OH)
07/07/2022 11:55:08 - 05591 - 17, FEMALE TRANSPORTED TO TCAJC BY 12 AND 17
07/07/2022 11:56:12 - 05591 - 17, STATUS:ARM
07/07/2022 11:59:17 - TALBERINI - // FEM NEG CITY //

## DISPATCHED UNITS

| AGENCY | UNIT | OFFICER | DISPATCH | ENROUTE | ONSCENE | CLEAR | MINUTES |
|---|---|---|---|---|---|---|---|
| TCSO | 05591 | ROSS, SGT. ROBERT | 11:24 | 11:24 | 11:24 | 11:56 | 32 |
| TCSO | 03378 | WIX, SGT. HAROLD | 11:24 | 11:24 | 11:24 | 11:59 | 35 |
| TCSO | 9030 | CULLER, DANIEL | 11:24 | 11:24 | 11:24 | 11:56 | 32 |

| INCIDENT NUMBER | 22-07729 |

**CFS PEOPLE SUPPLEMENT** — **TRUMBULL COUNTY SHERIFF'S OFFICE**

| | | |
|---|---|---|
| CDC# 22-07729 | RECEIVED DATE / TIME 07-07-2022 11:24 | CD Call Type |

### PERSON 1

| Field | Value |
|---|---|
| Name Type | |
| Name | FRENCHKO, MICHELE NICOLE |
| Address | |
| Phone | |
| Date of Birth | |
| Driver Lic # | |
| State | OH |
| Height | 507 |
| Weight | 126 |
| Hair | BROWN |
| Eyes | BROWN |
| Gender | FEMALE |
| Race | |
| Complexion | |
| Build | |
| Employer Name | |
| Employer Phone | |

### PERSON 2

| Field | Value |
|---|---|
| Name Type | POLICE OFFICER |
| Name | 17, UNIT |
| Address | |
| Phone | |
| Date of Birth | |
| Driver Lic # | |
| State | |
| Height | |
| Weight | |
| Hair | |
| Eyes | |
| Gender | |
| Race | |
| Complexion | |
| Build | |
| Employer Name | |
| Employer Phone | |

### PERSON 3

(blank)

### PERSON 4

(blank)

### PERSON 5

(blank)

### PERSON 6

(blank)

### PERSON 7

(blank)

# OHIO UNIFORM INCIDENT REPORT

Printed: 04-28-2023 10:32

## ADMINISTRATIVE

AGENCY NAME: **TRUMBULL COUNTY SHERIFF'S OFFICE**
CALL NUMBER:
*GEO CODE: **WARREN**
*INCIDENT NUMBER-INVESTIGATIVE NUMBER: **22-07729**

TOD: 11:24
TOA: 11:24
TOC: 12:00

☐ INCIDENT (NON-CRIMINAL)
☒ OFFENSE
☐ SUPPLEMENT

*CLEARANCES:
A ☐ Death of Suspect
B ☐ Prosecution Declined
C ☐ In Custody of Other Jurisd.
D ☐ Victim Refused to Coop.
E ☐ Juvenile/No Custody
F ☒ Arrest - Adult
G ☐ Arrest - Juvenile
H ☐ Warrant Issued
I ☐ Invest Pending
J ☐ Closed
K ☐ Unfounded
U ☐ Unknow

*CLEARANCE DATE: 07-07-2022 | CLEARED BY: 05591

| | *REPORT DATE/TIME | | | | *INCIDENT OCCURED FROM | | | | *INCIDENT OCCURED TO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 07 | 07 | 2022 | 11:22 | 07 | 07 | 2022 | 11:20 | 07 | 07 | 2022 | 11:24 |

INCIDENT LOCATION (Street, Apt. City, State, Zip): **160 HIGH ST NW, WARREN, OH 44481**

## OFFENSE

| | *OFFENSE | | *OFFENSE CODE | *A/C | *F/M & DEG. | *HATE/BIAS | *LARCENY | *CNT | *TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|---|---|---|---|
| 1. | DISTURBING A LAWFUL MEETING | 1. | 2917.12 | C | M4 | N | | 1 | 1. __ 2. __ 3. __ |
| 2. | | 2. | | | | | | | 1. __ 2. __ 3. __ |
| 3. | | 3. | | | | | | | 1. __ 2. __ 3. __ |
| 4. | | 4. | | | | | | | 1. __ 2. __ 3. __ |
| 5. | | 5. | | | | | | | 1. __ 2. __ 3. __ |

(Enter up to three for each offense)
B - Buying/Rec.
C - Cultivating/Mfg./Pub.
D - Distributing/Selling
E - Exploiting Children
O - Oper/Promoting/Ass.
P - Possessing/Concealing
T - Transp/Transmitting
U - Using/Consuming

*LOCATION OF OFFENSE (Enter up to two): 1. 07  2. __

RESIDENTIAL STRUCTURE: 01 Single Family Home; 02 Multiple Dwelling; 03 Residential Facility; 04 Other Residential; 05 Garage/Shed
PUBLIC ACCESS BLDGS.: 06 Transit Facility; 07 Government Office; 08 School; 09 College; 67 Library; 10 Church; 11 Hospital; 12 Jail/Prison; 13 Parking Garage; 14 Other Public Access Buildings
COMMERCIAL LOCATIONS: 15 Auto Shop; 16 Financial Institution; 17 Barber/Beauty Shop; 18 Hotel/Motel; 19 Dry Cleaners/Laundry; 20 Professional Office; 21 Doctor's Office; 22 Other Business Office; 23 Amusement Center; 24 Rental Storage Facility; 25 Other Commercial Service; 56 ATM Machine Separate from Bank; 59 Daycare Facility
RETAIL: 26 Bar; 27 Buy/Sell/Trade Shop; 28 Restaurant; 29 Gas Station; 30 Auto Sales Lot; 31 Jewelry Store; 32 Clothing Store; 33 Drugstore; 34 Liquor Store; 35 Shopping Mall; 36 Sporting Goods; 37 Grocery/Supermarket; 38 Variety/Convenience; 39 Department Store; 40 Other Retail Store; 41 Factory/Mill/Plant; 42 Other Building
OUTSIDE: 43 Yard; 44 Construction Site; 45 Lake/Waterway; 46 Fields/Woods; 47 Street; 48 Parking Lot; 49 Park/Playground; 50 Cemetery; 51 Public Transit Vehicle; 52 Other Outside Location; 57 Camp/Campground; 64 Rest Area
OTHER: 53 Abandoned / Condemned Structure; 55 Arena / Stadium Fairgrounds/Coliseum; 58 Cargo Container; 60 Dock/Wharf/Freight/ Modal Terminal; 61 Farm Facility; 62 Gambling Facility/ Casino/Race Track; 63 Military Installation; 65 Shelter-Mission/ Homeless; 66 Tribal Lands; 77 Other

*SUSPECTED OF USING:
☐ A ALCOHOL
☐ D DRUGS
☐ C COMPUTER EQUIPMENT
☒ N NOT APPLICABLE

*TYPE WEAPON/FORCE USED: 1. 99  2. ___  3. ___ (Enter up to Three Codes)

*METHOD OF ENTRY: ☐ FORCE ☐ NO FORCE
*NO. PREMISES ENTERED:

*METHOD OF ENTRY - MOTOR VEHICLE THEFT:
☐ 01 MOTOR RUNNING/KEYS IN CAR
☐ 02 UNLOCKED
☐ 03 DUPLICATE KEY USED
☐ 04 WINDOW BROKEN
☐ 05 TOWED
☐ 06 HOT WIRE
☐ 07 SLIM JIM/COAT HANGER
☐ 08 TUMBLERS REMOVED
☐ 09 COLUMN PEELED
☐ 10 IGNITION PEELED

*METHOD OF ENTRY - BURGLARY/B & E:

| ENTRY | | EXIT | ENTRY | | EXIT | ENTRY | | EXIT |
|---|---|---|---|---|---|---|---|---|
| ☐ | 1. BASEMENT | ☐ | ☐ | 1. DOOR | ☐ | ☐ | 1. FRONT | ☐ |
| ☐ | 2. 1st FLOOR | ☐ | ☐ | 2. WINDOW | ☐ | ☐ | 2. SIDE | ☐ |
| ☐ | 3. 2nd FLOOR | ☐ | ☐ | 3. GARAGE | ☐ | ☐ | 3. REAR | ☐ |
| ☐ | 4. OTHER | ☐ | ☐ | 4. SKYLIGHT | ☐ | ☐ | 4. ROOF | ☐ |
| | | | ☐ | 5. OTHER | ☐ | ☐ | 5. OTHER | ☐ |

METHODS OF OPERATION:
CARGO THEFT: ☐ Y ☐ N

## VICTIM

*NO.: 1 | *TOTAL VICTIMS: 1
*VICTIM TYPE: ☐ I INDIVIDUAL ☐ B BUSINESS ☐ F FINANCIAL INSTITUTION ☐ G GOVERNMENT ☐ P POLICE OFFICER (IN THE LINE OF DUTY) ☐ R RELIGIOUS ORGANIZATION ☒ S SOCIETY ☐ U UNKNOWN ☐ O OTHER

NAME (Last, First, Middle): **STATE OF OHIO** | PHONE:
ADDRESS (Street, Apt., City, State, Zip): | PHONE:
EMPLOYER NAME AND (Street, Apt., City, State, Zip) ADDRESS:
*AGE/ D.O.B: | *SEX: | *RACE: ☐ B ☐ A ☐ W ☐ I ☐ U | HEIGHT: | WEIGHT: | HAIR: | EYES:
OCCUPATION: | *RESIDENT STATUS: ☐ RESIDENT ☐ TOURIST ☐ MILITARY ☐ STUDENT ☐ OTHER ☐ UNKNOWN
☐ VICTIM INJURED | IF INJURED DESCRIBE INJURIES:
*AGG. ASLT/HOMICIDE CIR.: | *VICTIM/SUSPECT RELATIONSHIP: 0 __ 1 __ 2 __ 3 __ 4 __ 5 __ | *VICTIM/OFFENSE LINK: 2917.12

My signature verifies that the information on this report is accurate and true
DATE ______

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| ROSS, SGT. ROBERT | 05591 | 07-07-2022 |

| APPROVING OFFICER | BADGE NO. | DATE |
|---|---|---|
| KAINTZ, LT. BRIAN | 03377 | 07-07-2022 |

☐ FOLLOW UP | If yes, follow-up assignment:

ADDITIONAL SUPPLEMENTS: ☐ VICTIM/WITNESS ☒ SUSPECT/ARRESTEE ☐ PROPERTY ☒ NARRATIVE ☐ STATEMENTS ☒ OTHER
FORM RECEIVED BY: ☐ INVESTIGATION ☐ INTELLIGENCE ☐ RECORDS
SPECIAL COPIES:

INCIDENT NUMBER: 22-07729

# INCIDENT REPORT - PART 2

**INCIDENT NUMBER:** 22-07729

**OFFENSE:** DISTURBING A LAWFUL MEETING

**INCIDENT DATE/TIME:** 07-07-2022 11:20

## REPORTEE

| NO. | NAME (Last, First, Middle) | *AGE/D.O.B |
|---|---|---|
| 1 | FRENCHKO, MICHELE NICOLE | |

ADDRESS (Street, Apt., City, State, Zip): [redacted]  PHONE:

EMPLOYER NAME AND ADDRESS: PHONE:

☐ STATEMENTS OBTAINED  TYPE: ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER

## VEHICLE

CHECK CATEGORIES: ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTH. USE ☐ ABANDONED

(vehicle fields blank)

## PROPERTY

*TYPE PROPERTY LOSS (Enter Code Below): 1 NONE, 2 BURNED, 3 COUNTERFEITED/FORGED, 4 DESTROYED/DAMAGED/VANDALIZED, 5 STOLEN/ETC., 6 SEIZED, 7 RECOVERED, U UNKNOWN, P PHOTO, E EVIDENCE

(property fields blank)

### PROPERTY CODES:

**EXCHANGE MEDIUMS:** 01 Money, 02 Credit/Debit Card, 03 Negotiable Instruments, 04 Other Exchange Mediums
**DOCUMENTS:** 05 Non-Negotiable Instruments, 06 Personal Papers, 62 Documents/Personal or Business, 07 Other Documents
**VALUABLES:** 08 Jewelry/Precious Metals, 09 Art Objects, Antiques, 10 Other Valuables
**PERSONAL EFFECTS:** 11 Clothing/Furs, 12 Purses/Handbags/Wallets, 13 Other Personal Effects
**HOUSEHOLD ITEMS:** 14 Household Items
**EQUIPMENT:** 15 Drug/Narcotic Equip., 16 Gambling Equipment, 17 Computer Hardware/Soft., 18 Office Equipment, 19 Stereo TV Equipment, 20 Recordings - Audio Vis, 21 Sports Equipment, 22 Photographic Equipment, 23 Farm Equipment, 24 Heavy Construction/Industrial, 25 Building Supplies, 26 Tools, 27 Vehicle Parts/Accessories, 57 Aircraft Parts/Accessories, 28 School Supplies, 58 Artistic Supplies/Accessories, 59 Camping/Hunting/Fishing Equipment/Supplies, 67 Law Enforcement Equip., 68 Lawn/Yard/Garden Equip., 69 Logging Equipment, 70 Medical/Medical Lab Equip., 72 Musical Instruments, 73 Portable Electronic Equip., 74 Watercraft Equip./Parts/ACC, 29 Other Equipment
**CONSUMABLE ITEMS:** 30 Alcohol, 31 Drugs/Narcotics, 32 Consumable Goods, 60 Chemicals, 61 Crops, 63 Explosives, 65 Fuel
**ANIMALS:** 33 Livestock, 34 Household Pets
**VEHICLES:** 35 Aircraft, 36 Automobiles, 37 Bicycles, 38 Buses, 39 Trucks, 40 Trailers, 41 Watercraft, 42 Recreational Veh., 43 Other Motor Veh.
**WEAPONS:** 44 Firearms, 45 Other Weapons, 64 Firearm Accessories
**STRUCTURES:** 46 Single Occupancy, 47 Other Dwellings, 48 Commercial/Bus., 49 Indus./Mfg, 50 Public/Comm., 51 Storage, 52 Other Structure
**OTHER:** 53 Merchandise, 54 Other Property, 55 Pending Inventory, 66 Identity-Intangible, 71 Metals, Non-Precious

## NARRATIVE

(SEE NARRATIVE SUPPLEMENT)

# SUSPECT / ARREST SUPPLEMENT

| Field | Value |
|---|---|
| ARRESTING AGENCY | TRUMBULL COUNTY SHERIFF'S OFFICE |
| OFFENSE | DISTURBING A LAWFUL MEETING |
| INCIDENT NUMBER | 22-07729 |
| INCIDENT DATE/TIME | 07-07-2022 11:20 |

## NAME/DESCRIPTIVES

- NO.: 1
- [X] ADULT  [ ] JUVENILE
- [ ] SUSPECT  [ ] ARRESTEE  [X] SUSPECT/ARRESTEE  [ ] RUNAWAY  [ ] MISSING  [ ] OTHER  [X] CHARGES FILED
- NAME (Last, First, Middle): **FRENCHKO, MICHELLE NICOLE**
- AGE RANGE: 47-47
- SEX: F
- RACE: [X] W
- HEIGHT: 507
- WEIGHT: 126
- HAIR: BRO
- EYES: BRO
- RESIDENT STATUS: [X] 1. RESIDENT

### ARRESTEE WAS ARMED WITH
- ARRESTEE ARMED WITH: 1. 99

Legend:
- 99 NONE
- 11 FIREARM
- 12 HANDGUN
- 12A AUTOMATIC HANDGUN
- 13 RIFLE
- 13A FULLY AUTOMATIC
- 13B OTHER FULLY AUTOMATIC FIREARM
- 14 SHOTGUN
- 15 OTHER FIREARM
- 15A SEMI-AUTOMATIC SPORTING RIFLE
- 15B SEMI-AUTOMATIC ASSAULT FIREARM
- 15C MACHINE PISTOL
- 16 IMITATION FIREARM
- 17 SIMULATED FIREARM
- 18 BB/PELLET GUN
- 20 KNIFE/CUTTING INSTRUMENT
- 30 BLUNT OBJECT
- 35 MOTOR VEHICLE
- 40 PERSONAL WEAPON
- 50 POISON
- 60 EXPLOSIVES
- 65 FIRE/INCENDIARY DEVICE
- 70 DRUGS/NARCS/SLEEPING PILLS
- 80 OTHER WEAPON
- U UNKNOWN

## ARREST INFORMATION

| # | ARREST/OFFENSE DESCRIPTION | ARREST/OFFENSE CODE | F/M & DEGREE | WARRANT # |
|---|---|---|---|---|
| 1 | DISTURBING A LAWFUL MEETING | 2917.12 | M4S | |

- ARREST DATE: 07-07-2022
- TIME: 11:24
- ARREST LOCATION: 160 HIGH ST
- INCIDENT TRACKING NUMBER: 22-07729
- [X] FINGERPRINTED
- [X] COUNT ARRESTEE
- ARREST TYPE: [X] IN PROGRESS

## Officers

- REPORTING OFFICER/ARRESTING OFFICER: ROSS, SGT. ROBERT — BADGE NO. 05591 — DATE 07-07-2022
- APPROVING OFFICER: KAINTZ, LT. BRIAN — BADGE NO. 03377 — DATE 07-07-2022
- COURT: WARREN MUNICIPAL COURT — COURT DATE: 07-08-2022

| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM  STATE OF OHIO | OFFENSE  DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME  07-07-2022 11:20 |

On July 07, 2022, Sergeant Wix and I were present in the weekly Trumbull County Commissioners's meeting, held in the Commissioner's Hearing Room, which is located on the fifth floor of the Trumbull County Administration Building, in the city of Warren, Ohio. Sergeant Wix and I were there to provide security for the public meeting, which was scheduled to start at 10:30 am.

During the public meeting, Commissioner Fuda asked the Commissioner's Clerk, Paula J. Vivoda-Klotz, to read a document. While Vivoda-Klotz was speaking, Commissioner Frenchko, who was seated at the Commissioner's desk area, got out of her chair with her cell phone in her hand and walked around the desk and sat in the front row of the public seating area, directly in front of Vivoda-Klotz. While Vivoda-Klotz was speaking, Commissioner Frenchko held her phone up in front of her, as if she was recording, and continuously interrupted Vivoda-Klotz by speaking and making utterances. Commissioner Fuda used his gavel more than once while saying "Point of Order!". Commissioner Fuda told Commissioner Frenchko to allow Vivoda-Klotz to finish speaking, and to stop interrupting her. At one time, Vivoda-Klotz became so visibly upset she had to stop speaking, Commissioner Frenchko said "nice" to her, in a condescending manner. Vivoda-Klotz held a piece of paper in front of her face and turned her chair sideways, then told Commissioner Frenchko she was uncomfortable with her recording her, Commissioner Frenchko then stood up and walked closer to Vivoda-Klotz and told her "if you're uncomfortable being on camera, then you shouldn't be the clerk". Commissioner Frenchko continued to speak over Vivoda-Klotz while she was speaking, which interfered with the meeting. Some of the people from the public were asking Commissioner Frenchko to stop. Commissioner Frenchko then went and sat back in her chair at the Commissioner's desk and continued to speak. Commissioner Fuda used his gavel several more times and told Vivoda-Klotz to move on with the meeting, however, Commissioner Frenchko continued to speak over him. Both Commissioner Cantalamessa, and Commissioner Fuda, told Commissioner Frenchko she was being disruptive. At that time, Sergeant Wix and I approached Commissioner Frenchko, who was seated at the desk, to remove her from the meeting. Sergeant Wix asked Commissioner Frenchko to stand up out of her chair several times before she complied. Commissioner Cantalamessa advised Commissioner Frenchko that she can be removed for disrupting a lawful meeting. Sergeant Wix and I escorted Commissioner Frenchko out of the meeting and into the hallway of the Commissioner's office. Commissioner Frenchko was advised she was being placed under arrest for disturbing a lawful meeting. Sergeant Wix placed a handcuff on Commissioner Frenchko's right wrist as I was asking her to set her phone down (she was holding her cell phone and eyeglasses in her left hand). I had to take her phone and eyeglasses out of

| REASON CLEARED | ☐ DEATH OF OFFENDER | ☐ VICTIM REFUSED TO COORP. | ☐ ARREST - JUVENILE | ☐ CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | ☐ PROSECUTION DECLINED | ☐ JUVENILE/NO CUSTODY | ☐ WARRANT ISSUED | ☐ UNFOUNDED | 07-07-2022 |
| | ☐ EXTRADITION DENIED | ☒ ARREST - ADULT | ☐ INVEST. PENDING | ☐ INVEST. PENDING | |

| REPORTING OFFICER  ROSS, SGT. ROBERT | BADGE NO.  05591 | DATE  07-07-2022 |
|---|---|---|
| APPROVING OFFICER  KAINTZ, LT. BRIAN | BADGE NO.  03377 | DATE  07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM **STATE OF OHIO** | OFFENSE **DISTURBING A LAWFUL MEETING** | INCIDENT DATE/TIME 07-07-2022 11:20 |

her hand because she refused to comply, before placing a handcuff on her left wrist. Once in hand restraints, Commissioner Frenchko advised of several medical conditions, one being Asthma (she stated which is why she was coughing during the meeting), and one being a lack of mobility in her shoulder. I immediately used a second pair of handcuffs, to give her shoulders more mobility. The handcuffs were gapped and double locked. Once the second set of cuffs were on, Commissioner Frenchko did not complain of pain. I asked Commissioner Frenchko if she had any weapons or sharp objects on her, she advised no. Due to the clothing she was wearing, I could not see any weapons so a pat down was not done until it could be done by a female corrections officer in the jail. Sergeant Wix and I escorted Commissioner Frenchko to the elevator, which we took to the first floor. While in the elevator, Commissioner Frenchko told us "this is political", Sergeant Wix advised her that she was being disruptive at the meeting. Once inside the vestibule of the jail (by Central Control), I asked Commissioner Frenchko if her cell phone was done recording for security reasons, she could not record inside the jail. I handed her phone to her, she did something to her phone and said it's not recording and handed it back. Sergeant Wix and I escorted Commissioner Frenchko to booking, and advised Sergeant Nichols to have the medical staff report to booking to check on Commissioner Frenchko, who was walking and speaking to us. Commissioner Frenchko advised she did not have her inhaler, which I offered to retrieve for her if it was back in her office. Commissioner Frenchko asked if she would be staying in jail, I advised her that she would not be staying. I advised Commissioner Frenchko that she will be processed in the jail, then released.

Commissioner Frenchko is being charged with O.R.C. 2917.12-Disturbing a lawful meeting, a misdemeanor of the fourth degree. Commissioner Frenchko was issued a summons to appear in Warren Municipal Court on Friday, July 08, 2022 at 9:00 am.

| REASON CLEARED | ☐ DEATH OF OFFENDER ☐ PROSECUTION DECLINED ☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COORP. ☐ JUVENILE/NO CUSTODY ☒ ARREST - ADULT | ☐ ARREST - JUVENILE ☐ WARRANT ISSUED ☐ INVEST. PENDING | ☐ CLOSED ☐ UNFOUNDED ☐ INVEST. PENDING | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER | ROSS, SGT. ROBERT | | | BADGE NO. 05591 | DATE 07-07-2022 |
| APPROVING OFFICER | KAINTZ, LT. BRIAN | | | BADGE NO. 03377 | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM: STATE OF OHIO | OFFENSE: DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME: 07-07-2022 11:20 |

On July 7, 2022, I was performing security during the public commissioner meeting.

During the lawful meeting and a reading of an official document by Clerk Paula Vivoda-Klotz, Commissioner Frenchko removed herself from her commissioners's desk and sat in the first row of the general seating public side of the room and continued recording the reading of the document with her cell phone. While the clerk was reading the document, Frenchko began to verbally interrupt the clerk to the point where she became visibly emotional and tried to hide her face with the document while reading, Frenchko then got up from the chair and approached Paula where she was seated and continued to record even when Paula turned her chair to avoid the disruption. Commissioner Fuda warned Frenchko numerous times to stop being distributive by calling a point of order and banging his gavel, in which she did not comply. Frenchko was given ample opportunity to stop her disruptive behavior, even more opportunity than the general public who attends would be afforded. When Frenchko returned to her designated seat at the commissioner's desk, she continued to be disruptive. Deputies then approached Frenchko at her desk, and escorted her from the meeting. When exiting the meeting room Frenchko stated the she has asthma and did not have her inhaler I ask Frenchko if she needed medical attention and if she did the Jail has a full medical staff to check her. Frenchko did not appear to be in any way under duress of her medical ailments. Frenchko was placed under arrest for ORC 2917.12 Disturbing a Lawful meeting. When Frenchko was being placed in handcuffs she stated she has a medical issue with her shoulders. Deputies then placed 2 sets of cuffs linked together to make her comfortable. Frenchko was then transported to the Trumbull County Jail and served a summons to appear in Warren Municipal Court on Friday July 8, 2022 at 0900.

| REASON CLEARED | ☐ DEATH OF OFFENDER ☐ PROSECUTION DECLINED ☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COORP. ☐ JUVENILE/NO CUSTODY ☒ ARREST - ADULT | ☐ ARREST - JUVENILE ☐ WARRANT ISSUED ☐ INVEST. PENDING | ☐ CLOSED ☐ UNFOUNDED ☐ INVEST. PENDING | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER | WIX, SGT. HAROLD | | | BADGE NO. 03378 | DATE 07-07-2022 |
| APPROVING OFFICER | KAINTZ, LT. BRIAN | | | BADGE NO. 03377 | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☒ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |

On Thursday, July 7, 2022 Detective Wayne Mackey and I were informed of an incident that just occurred in the Commissioner's Hearing at a meeting.

Mackey and I interviewed two witnesses that were present during the meeting.

We spoke to clerk Paula Vivoda-Klotz in reference to the incident. The entire interview was captured on my audio recorder and it was saved to my work station. FOR EXACT WORDING AND PHRASING PLEASE REFER TO THE AUDIO RECORDING. Below is a brief synopsis of our interview with Paula.

Paula stated that she was instructed by Commissioner Frank Fuda to read a letter out loud at the end of the meeting. Paula stated that Commissioner Nikki Frenchko was filming the meeting with her cell phone on face book live and continued to film her reading the letter. At one point Frenchko got up out of her seat at the bench and went to the first row of public seating and continued to film Paula reading the letter. Frenchko made comments while filming Paula stating "oh it's hard for you, you shouldn't be the clerk if you can't have a camera on you". Paula stated that made her very uncomfortable, nervous and stressed out because Frenchko has filmed Paula many times in the past at meetings on face book live and said some "not so nice things" that the public and her family have seen. Paula remembers Frenchko getting up from the chair and moving closer (approx. 5 ft or less) to her from the side, at that point Paula stated she wanted to run. While Paula continued to read the letter she could hear Frenchko making comments to people while she was filming her. Paula stated that she took a deep breath and Fuda told to her continue to read the letter. Paula stated her voice was cracking from the stress but she finished reading the letter.

Paula stated that approximately ten people were present for the meeting. Paula stated during the meeting she saw the deputies come up to Frenchko and heard loud talking and arguing but did not want to see what was going on.

We spoke to Patricia Wyatt in reference to the incident. The entire interview was captured on my audio recorder and it was saved to my work station. FOR EXACT WORDING AND PHRASING PLEASE REFER TO THE AUDIO RECORDING. Below is a brief synopsis of our interview with Patricia.

Patricia stated that Paula read a letter in response to a subject that Commissioner Frenchko brought up at a prior meeting. According to Patricia while Paula was reading the letter Frenchko was filming her with her phone.

| REASON CLEARED | ☐ DEATH OF OFFENDER | ☐ VICTIM REFUSED TO COORP. | ☐ ARREST - JUVENILE | ☐ CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | ☐ PROSECUTION DECLINED | ☐ JUVENILE/NO CUSTODY | ☐ WARRANT ISSUED | ☐ UNFOUNDED | 07-07-2022 |
| | ☐ EXTRADITION DENIED | ☒ ARREST - ADULT | ☐ INVEST. PENDING | ☐ INVEST. PENDING | |
| REPORTING OFFICER MARCELLO, DET JOLENE | | | BADGE NO. 02079 | | DATE 07-07-2022 |
| APPROVING OFFICER KAINTZ, LT. BRIAN | | | BADGE NO. 03377 | | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☒ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM **STATE OF OHIO** | OFFENSE **DISTURBING A LAWFUL MEETING** | INCIDENT DATE/TIME 07-07-2022 11:20 |

Frenchko exited her chair at the bench and walked over to the first row of the public seating, sat down in the chair and continued to hold her phone up and film Paula while she was reading the letter. Patricia stated that Frenchko was approximately 8' feet away from Paula at that point. Frenchko then got up from the chair and walked to the side of Paula approximately 3' feet away as she continued to film Paula reading the letter. Patricia stated that she could tell that Paula was clearly upset while Frenchko was filming her.

Patricia believed there were approximately ten or more people present during the hearing. Patricia stated that there were two deputies present. The deputies took Frenchko out the door that leads into the office. Patricia stated that someone told her she was getting handcuffed so she went out into the hallway and took a picture of Frenchko in handcuffs.

| REASON CLEARED | ☐ DEATH OF OFFENDER ☐ PROSECUTION DECLINED ☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COORP. ☐ JUVENILE/NO CUSTODY ☒ ARREST - ADULT | ☐ ARREST - JUVENILE ☐ WARRANT ISSUED ☐ INVEST. PENDING | ☐ CLOSED ☐ UNFOUNDED ☐ INVEST. PENDING | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER | MARCELLO, DET JOLENE | | BADGE NO. 02079 | | DATE 07-07-2022 |
| APPROVING OFFICER | KAINTZ, LT. BRIAN | | BADGE NO. 03377 | | DATE 07-07-2022 |

| IMAGE SUPPLEMENT | | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |

22-07729.pdf

| IMAGE SUPPLEMENT | | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |