

**DAVID J. BETRAS, ESQ.*** 
dbetras@bkmlaws.com

*Licensed in Ohio & Pa

6630 Seville Drive ⬩ Canfield, Ohio 44406
Tel: (330) 746-8484 ⬩ Fax: (330) 702-8280
bkmlaws.com

July 25, 2022

Dennis Watkins, Esq
Trumbull County Prosecutor's Office
160 High St. NW
Warren, OH 44481

Mauro Cantalamessa
Frank Suda
Trumbull County Commissioners
160 High St. NW
Warren, OH 44481

Dear Dennis, Mauro and Frank,

Pursuant to Federal Rule of Civil Procedure, I am requesting the preservation of any and all documents and information pertaining to the Commissioner's Meeting held on July 7, 2022 when Niki Frenchko was arrested.

This includes any information you may have in your capacity as a Commissioner.

Furthermore, this request for preservation of information includes the following:
- Memos
- Text messages
- Phone call logs
- Any messages from any social media platforms
- Texts or calls from private cell phones

I also request that Sherriff Monroe send me the policy and procedure that correlates with the arrest of Ms. Frenchko at the Commissioners meeting on July 7, 2022. Also, the names of the 2 officers that arrested Ms. Frenchko also.

Should you have any questions, kindly call my office. Thank you.

David J. Betras

Frencko 00009455