14. **To authorize the Trumbull County Board of Commissioners to join with the Trumbull County Prosecuting Attorney to file an application with the Trumbull County Court of Common Pleas for the appointment of Attorney _____ and the law firm of _____ as legal counsel for Commissioner Mauro Cantalamessa and Commissioner Denny Malloy, in their official capacities as a majority of the members of the Trumbull County Board of Commissioners, and Clerk of the Board of Commissioners Paula Vivoda-Klotz in *State ex rel. Niki Frenchko, et al. v. Trumbull County Board of Commissioners, et al.*, Trumbull County Court of Common Pleas case 2023-CV-0412.**

    *Note:* The Trumbull County Prosecutor's Office has an ongoing attorney-client relationship with all three Commissioners, whose interests are now directly opposed in this litigation, leading to a conflict of interest for the Prosecutor's Office. Moreover, Commissioner Frenchko and her co-litigant Open Government Advocates/Brian Ames continue to make public records requests of Trumbull County departments that are likely to require legal advice and could foreseeably be related to litigation in which the Prosecutor's Office is conflicted. Attorney _____ will provide legal counsel and representation at the rate of $_____ per hour.

15. **To authorize the Trumbull County Board of Commissioners to join with the Trumbull County Prosecuting Attorney to file an application with the Trumbull County Court of Common Pleas for the appointment of Attorney _____ and the law firm of _____ as legal counsel for Commissioner Mauro Cantalamessa and Commissioner Denny Malloy, in their official capacities as a majority of the members of the Trumbull County Board of Commissioners, and Clerk of the Board of Commissioners Paula Vivoda-Klotz, and any and all other Trumbull County departments, boards, officers, officials or employees for the purpose of providing legal advice and counsel, and for the defense of any litigation, involving open meetings and public records requests and/or challenges brought by Niki Frenchko, Brian Ames, Open Government Advocates, and/or their potential agents.**

    *Note:* The Trumbull County Prosecutor's Office has an ongoing attorney-client relationship with all three Commissioners, whose interests are now directly opposed in this litigation, leading to a conflict of interest for the Prosecutor's Office. Moreover, Commissioner Frenchko and her co-litigant Open Government Advocates/Brian Ames continue to make public records requests of Trumbull County departments that are likely to require legal advice and could foreseeably be related to litigation in which the Prosecutor's Office is conflicted. Attorney _____ will provide legal counsel and representation at the rate of $_____ per hour.

**Week Beginning August 16, 2021**

**Meeting of August 18, 2021**

*Comments:*

   *Mr. John Casey asked Commissioners Cantalamessa and Fuda to help Commissioner Frenchko and work together.*

   *Mr. Nic Coggins, Planning Commission, followed up with the Commissioners regarding the approval process for Drainage Districts.*

   *Mrs. Silvernail invited everyone to this weekend's Tractor Show, Church Service, and Chinese Auction.  (Friday – Sunday August 20th thru August 22nd)*

   *Ms. Renee Fox inquired about the numerous outstanding Public Record's requests that have been made and asked when they will be fulfilled.  Mr. Cantalamessa addressed her concerns stating the Clerk can only address records that she can touch or see.  Mr. Fuda stated the staff is overwhelmed with work.  Ms. Frenchko asked Mr. Jackson to assist with the record's request from the Tribune regarding emails between Ms. Frenchko and Mr. Jackson told Ms. Frenchko. Mr. Jackson replied that he did not want to assert her authority and with all due respect, he had enough of this shit shot and had work to do. Mr. Jackson left the meeting.*

   *Ms. Frenchko stated that she had asked that the Public Record's Request Policy be updated by Atty. Jim Misocky.  There was a lengthy discussion between Ms. Fox, Clerk Klotz and the Commissioners on Public Record Request process and who is the Custodian of Records regarding the personal E-mails.*

   *Mr. Kelley Glenn, Niles, asked Mr. Cantalamessa to explain the difference between the various E-mails.  Mr. Cantalamessa addressed Mr. Glenn's concerns.*

   *Mr. Jeff Murray commented that if there is no expiration on the Public Record's Request Policy, why would there be a need for an update.  Mr. Cantalamessa addressed Mr. Murray's concerns.*

   *Mrs. Diane Siskowic-Jurkovic commented that there was a Centenarian Celebration planned that has been rescheduled for mid-October for residents over 100 years old and that she would like everyone to let her know if they know of anyone who is over 100 years of age.*

   *Ms. Frenchko asked if the Commissioners would make Atty. Jim Misocky the Senior Representative (for Public Record's Requests).  Mr. Cantalamessa told Ms. Frenchko to place the request on the Agenda and they will vote on it.  Mr. Fuda stated again that everyone needs to be aware that the staff is overwhelmed with work.*

   *Mr. Ed Agler asked to take another photo to include Mr. Bob Lewis at the end of the meeting with the three Commissioners.*

   *A member of the Club invited everyone to partake in a picnic lunch.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
**RE:    ADJOURN**

**MOTION:**    Made by, Mr. Fuda, seconded by Ms. Frenchko, to adjourn the Regular Meeting of August 18, 2021, and to meet again in Regular Session on August 25, 2021.

Yeas:  Fuda, Frenchko, Cantalamessa
Nays:  None

WE CERTIFY THAT EACH AND ALL OF THE FOREGOING TO BE CORRECT.

_____
MAURO CANTALAMESSA, PRESIDENT

_____
NIKI FRENCHKO, COMMISSIONER

_____
FRANK S. FUDA, COMMISSIONER

**Week Beginning October 10. 2022**

**Meeting of October 13, 2022**

*Summarized Comments-(cont'd)*

*Dr. Malvasi said since the 7th, the inmate was started on meds, went three days prior without getting his script filled. Dr. Malvasi also stated the jail has no med techs at the jail and he personally doesn't know what a med tech is as Ms. Frenchko described. Dr. Malvasi said the jail uses RN's, LPN's and medical assistants. Dr. Malvasi said Ms. Frenchko showed ignorance throughout this whole situation as she should have reached out to find out the true facts of what happened. He said if an individual is not on a release form, the jail cannot speak to them as it is against the law. He said this could have been handled with a little common sense by reaching out to the right individuals like the jail administrator. Dr. Malvasi said Ms. Frenchko keeps making accusations that are false. Ms. Frenchko told Dr. Malvasi she sent him an email that he could have responded to. Ms. Frenchko said Dr. Malvasi should have responded to her email rather than discussing things publically to make the inmate's family feel confident they were receiving proper treatment and also to disparage her. Ms. Frenchko told Dr. Malvasi he should respond to emails that are sent to him. Dr. Malvasi said he doesn't ever respond to emails and Ms. Frenchko could have picked up the phone and called him.  Ms. Frenchko said she emailed the jail administer, the Sheriff, Dr. Malvasi and no one responded until now. Ms. Frenchko said she wants emails so she has documentation. Dr. Malvasi said Ms. Frenchko is wrong again. Mr. Fuda read a letter that was written by the Commissioners' Accounts Payable Clerk relating to Commissioner Frenchko's travel expenses for a trip to Washington D.C. The Commissioners' A/P Clerk emailed Mr. Fuda and Cantalamessa and asked them for their written permission regarding what items would be allowable for Ms. Frenchko's reimbursement claims. Ms. Taylor wrote she was uncomfortable for some of the requests deeming some were non-reimbursable items.*

*\*\*A copy of an email from Ms. Shara Taylor that Mr. Fuda read will be placed in the meeting folder of October 13, 2022. Mr. Fuda said Ms. Frenchko went on trip for economic development and cannot be reimbursed for things she did that were personal. Ms. Frenchko said she had receipts for everything and what the email states is not compliant with the Policy. Ms. Frenchko said she went to visit a Congressman who didn't show up to an event and a $50 late check out fee was far less than a flight at a normal time. Ms. Frenchko said it is not up to an office employee to tell her what her mission is when she is out on an economic development project. Ms. Frenchko stated she would sue. Mr. Fuda said Ms. Frenchko wanted an employee to break the law to reimburse her money. Ms. Frenchko said it could have cost thousands, but she took the cheapest flight and she still can't get a reimbursement for it. Mr. Fuda said Ms. Frenchko had a worker working 1.5 days on her reimbursement. Ms. Frenchko said they worked on it to deny it. Mr. Fuda said the staff has so much work to do, are behind and every day she is asking them for public records requests. Ms. Frenchko said they worked on denying it to be difficult like they usually do. Mr. Fuda said all she needed was the receipts. Ms. Frenchko said the a/p clerk has them all. Ms. Frenchko asked the Clerk if she printed out her receipts and gave to the right people. The clerk said she did what Ms. Frenchko asked her to do and Ms. Frenchko's request didn't ask her to give anyone a copy of her receipts—only to get the uber receipts Ms. Frenchko gave to Shara a while ago and email them back to Ms. Frenchko. Mr. Fuda held up the phone log book showing how many phone calls the office receives daily about county business and he has to work with them. He said the office is now half-staffed and are bombarded with requests by her. Mr. Fuda said her attempt is for them not to be able to do their job so she can fire them. Mr. Fuda stated that Ms. Frenchko has said when Mr. O'Brien takes office, she is going to fire them. Ms. Frenchko said she doesn't think either candidate would approve (inaudible) Mr. Fuda said Ms. Frenchko is sitting at home badgering the staff and no business would get away with this. Ms. Carol Henderson spoke about diversity on the Mahoning County/Trumbull Region 7 Committee. She doesn't want the committee to be dissolved but would like two more members added. Ms. Henderson gave her credentials stating that she works in this field and is a former addict. She said Ms. Frenchko emailed her back regarding the Committee. Ms. Frenchko explained how the Committee members were chosen. The Board spoke of adding two new members and said they would reach to Mahoning County.*

**Week Beginning October 17, 2022**

**Meeting of October 19, 2022**

*Summarized Comments*

*\*\* A copy of the email Mr. Fuda read will be placed in the meeting folder of October 19, 2022.*
*Mr. Fuda said there was very disturbing email he read yesterday. He said you read about bullying in schools and the same thing is going on here. Mr. Fuda read an email from Attorney Mark S. Finamore regarding Public Records Requests Mr. Finamore's client submitted with various Trumbull County Departments. Mr. Fuda read the email in its entirely stating the part that bothered him and others the most was the email stated, Mr. Finamore's client was considering hiring a professional protest service out of California, to conduct lawful informational picketing at these person's homes and the schools attended by their children. Plus, he would be contacting these people to see if they will provide burn barrels and porta-johns at their homes and schools to reduce the cost of them having to provide these barrels and porta-johns under their contract with this service. Mr. Fuda said this is the most pathetic thing he's seen in his 32 years. Mr. Fuda said he's there every day when phone calls and emails start coming in. Mr. Fuda said Ms. Frenchko wanted to fire two people when she took office and hire an Administrator. He went on to say she has a list of people she was going to bully until they quit or write them up so she could fire them.*
 *\*\*The letter Mr. Fuda read will be placed in the meeting folder of October 19, 2022.*
*Mr. Fuda read a letter regarding the Commissioners' staff stating the office is short three people. He said quality work keeps being done despite distractions and additional work with ARPA. Mr. Fuda said the staff continues to endure daily harassment, intimidation, cyber bullying and receives endless public records requests. Mr. Fuda further stated the staff has to withstand disparaging accusations made against them on social media. Mr. Fuda spoke about the pandemic and the staff working long hours to make it through. He asked the union leaders present if they would put up with this treatment in regards to their workers. He said businesses wouldn't be allowed to harass their workers, but as a county, you are allowed to harass and bully. Mr. Fuda said this has to stop as the staff can't work under these conditions. Mr. Fuda said he doesn't know if any agency could help stop this, but he knows he couldn't work under these conditions. Mr. Fuda told the Press he would be happy to give them any of the information he presented.*
*Ms. Amy Jo Giovannone spoke about getting the truth out and Ms. Frenchko's personal Facebook Page. Ms. Giovannone said Ms. Frenchko stated on her personal Facebook Page that Mr. Cantalamessa, Mr. Fuda and Ms. Roberta Cykon got together to ambush her at the last Commissioners' Meeting and that is why Ms. Frenchko left the meeting. Ms. Giovannone spoke about Ms. Roberta Cykon and the Code of Conduct. Mr. Fuda spoke about Ms. Frenchko videotaping Mr. Fuda and Cantalamessa throughout the office and stated Ms. Frenchko cuts certain things out of the tape and only puts what she wants to show. Ms. Amanda Hebert spoke about the meeting Mr. Cantalamessa was having with AWL. Ms. Hebert said she was a target of Ms. Frenchko, but would rather speak to her when she was present. Mr. Fuda asked Mr. Michael O'Brien if he knew where Ms. Frenchko was as she speaks of him often. Mr. O'Brien thanked the Board for the moment to speak and said it has come to his attention that members of this Board have referred to him as meeting with a County Commissioner. Mr. O'Brien said he wanted to set the record straight once and for all that he has not met with any County Commissioners— any present county commissioner regarding county business or personnel. He went on to say the insinuation of such things was absurd, ridiculous and uncalled for. Mr. O'Brien said he expected an apology. He thanked the Board for the invitation to speak, but he only came there to observe the Commissioners' meeting. Mr. Fuda said Mr. O'Brien had several meetings at the fairgrounds with the fair board. Mr. O'Brien said he attended a meeting by invitation from the fair board. Mr. Fuda asked if he attended a meeting with Ms. Frenchko. Mr. O'Brien said, absolutely not. Mr. Fuda asked Mr. O'Brien why Ms. Frenchko was telling Mr. Newbrough (Sanitary Engineer) that she was going to fire him and asked Mr. Newbrough if that was true. Mr. Newbrough said that Ms. Frenchko has insinuated that, but he has learned recently that Mr. O'Brien has no ill will towards him. Mr. Marty Loney, President of Western Reserve Building Trades spoke about Mercy Health stating he would appreciate the Commissioners looking into replatting the land so they can move forward in a timely. Mr. Cantalamessa said they met with Mercy Health the day before. Mr. Loney said they want to keep their people working and keep that money local. Mr. Cantalamessa said and the Board if looking for the investment to for Trumbull County. Mr. Fuda said they are 100 percent on board as they told the representative from Mercy Health. Ms. Patty Wyatt let the Board know the conference bridge was working. Mr. Fuda told Mr. O'Brien he may want to tell Ms. Frenchko she is wrong in what she is saying as she is using his name-- not the Commissioners. Mr. Cantalamessa told Mr. O'Brien saying as a member of the Board he was talking about Mr. O'Brien. Mr. O'Brien said he was speaking about Mr. Fuda. Mr. Fuda asked Mr. O'Brien if he wanted him to tell the truth about the things Mr. O'Brien has been saying about him for the last two years. Mr. Fuda said he had a conversation with a Commissioner from Mahoning County that verified the information. Mr. Cantalamessa said to be careful when you say members of this Board. Mr. O'Brien said Mr. Fuda, not Mr. Cantalamessa. Mr. Fuda told Mr. O'Brien he doesn't lie and doesn't have a problem standing up to him, Randy Smith or anyone.*

**Week Beginning November 28, 2022**

**Meeting of November 30, 2022**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
RE: **AMEND AMENDED CERTIFICATE
COUNTY BUDGET COMMISSION
NO. 32 - 2022**

**29. MOTION:** Made by Mr. Cantalamessa, seconded by Mr. Fuda, to Amend the Amended Certificate of the County Budget Commission No. 32 - 2022, for the fiscal year beginning January 1, 2022, dated November 23, 2022, and Remove listed line item due to typographical error:

- **Sanitary Engineers      Fund # 49**

Yeas: Cantalamessa, Fuda, Frenchko
Nays: None

*Summarized Comments:*

*Mr. Fuda said he has concerns as the staff is down to four members doing the job of seven people. He said their workload is out of hand due to all of the public records request—nothing close to what they used to do. He said the office had an employee resign in September and there are 350 applicants for that position. He said they are in the same situation with the human resource director-- as they waited and did nothing. Mr. Fuda asked how the Board was going to keep running the County three people short which is half the staff. He further stated the Human Resource Office has two employees instead of four people and as Commissioners they have to make sure these positions are filled. Mr. Fuda said it takes over a year to learn some of the jobs in the office as the jobs require learning a lot of information. Ms. Frenchko said she takes a whole different position as the County has 40,000 fewer people currently and the technology they have now didn't exist then, and is about to improve in January. She said the Board needs to restructure and streamline. Ms. Frenchko said positions have been vacant for year and you're still getting by, you need to start asking if you really need this many people. Ms. Frenchko spoke about an employee that was pulled from HR to work for Senior Levy for months at a time. She asked how critical is that position if that employee could be gone for months and come over to assist with the phones if an employee is off. She said the Board needs to take a hard look at reevaluating the positions and consider restructuring as they have had people leave, and county business is still moving forward. She said if the philosophy is many hands make light work and we need more people so we can chit chat and lollygag—she takes exception to just refilling positions so people don't have to do as much. She said two employees were standng talking to one another when she went into the office during budget hearings. She said they need to take a hard look as there is one employee of the Commissioners' Office who works in another building and her sole responsibility is to put together decorative resolutions, scheduling and does paper calendars for Mr. Fuda who isn't going to be here. Ms. Frenchko said it's time the Board takes a look at the possibility of restructuring to become more efficient and add critical staff the County hasn't had, such as budget and finance officers, or a county administrator, as change is coming. Ms. Frenchko said just because a position has been vacant, doesn't means it's most efficient to fill that position. Mr. Cantalamessa asked Ms. Frenchko about her request for a personal assistant. Mr. Fuda told Ms. Frenchko from day one, she said the Board needed to get rid of Mr. Jackson and Mr. Misocky, hire an Administrator, because Commissioners shouldn't have to work so hard. Mr. Fuda said recently Ms. Frenchko wanted to hire someone to help her with her job. Mr. Fuda asked Ms. Frenchko how many hours she works in a week. Ms. Frenchko said the office staff has refused to put files together, make copies—she said someone filed a grievance because she asked them to send an email. She said staff is told they don't have to work for certain people, so she needs someone and hopefully there is a major transition next year, and the people that belong in the County because their hardworking, care about doing things right, and respect all Commissioners equally stay, and those who don't will find their way out one way or another. Ms. Frenchko said she wanted to make the public aware that there is supposed to be a request when applying for ARPA Funding, and evidentially there hasn't been one from the Sheriff's Office because she hasn't seen one come back to her. She said at the budget hearing, she learned that the Sheriff's Office is over budget by 2 mil this year and now there has been a request made to spend ARPA monies to float the budget for the Sheriff's Office and, in her eyes, is due to lack of planning. Ms. Frenchko further stated that ARPA Funding should not be used to pay salaries—it should be used for transformable, meaningful projects that will help the county and impact future generations. She said the request was done quietly, although it was done at Mr. Fuda's department head meeting. She said she doesn't understand and why that request was made without a formal request from the Sheriff.*

Week Beginning December 5, 2022

Meeting of December 7, 2022

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
RE:   INVESTIGATE COMP TIME ACCRUAL VIOLATIONS

**19.   MOTION:** Made by Ms. Frenchko, TO INVESTIGATE FOR COMP TIME ACCRUAL VIOLATIONS.

*Ms. Frenchko said she wanted the language to be what she had some months ago, but this was all*

**MS. FRENCHKO MADE A MOTION FROM THE FLOOR TO HAVE A THIRD PARTY—CLEMENS AND NELSON DO AN INTERNAL INVESTIGATION COUNTYWIDE FOR COMP TIME ACCRUAL VIOLATIONS WITH A SPECIAL NOTE: THERE WAS A WHISTLEBLOWER WHO INFORMED THE BOARD OF INCONSISTENCIES AND PROBLEMS—MS. FRENCHKO SAID ANOTHER NOTE IS WITHIN THE COMMISSIONERS' OFFICE, OVER THE LAST 1.5 YEARS AN EMPLOYEE HAS ACCRUED 380 SOMETHING HOURS—240 THIS YEAR TO DATE AND THE POLICY STATES ALL COMP TIME MUST BE ACCRUED FROM WORK—NOT FROM HOME—IT HAS TO BE DONE WITH PREAPPROVAL AND SHE HAS FOUND IN THE OFFICE THERE HAS BEEN HUNDREDS OF HOURS GRANTED BY ONLY ONE MEMBER OF THE BOARD OF COMMISSIONERS WITHOUT LETTING ANY OTHER MEMBERS OF THE BOARD KNOW. SHE STATED SHE WANTS TO GET TO THE BOTTOM OF IT AS IT IS COSTING THE TAX PAYERS A LOT OF MONEY.**

*Mr. Fuda said Mr. Newbrough is the one who caught the comp time situation at the Sanitary Engineer's Department and he's been investigating it for a period of time. Mr. Fuda said originally the Commissioners' staff had eight people and now they have four working doing the job seven people are required to do and some of these jobs require a lot of training. He said he had a lady train for a year for one of the jobs. Mr. Fuda told Ms. Frenchko she doesn't understand the operation of the building as he is there at 8:00 a.m. He said Ms. Frenchko attacks the workers who are doing two jobs and getting paid for one. He addressed the union people and said, it was the truth and they do it because there is no one to do it. He said the Clerk is working 15 hours a day because of the work Ms. Frenchko is requiring—public records request—all of the stuff Ms. Frenchko is requiring staff to do because she doesn't want them to do their job. Mr. Fuda stated Ms. Frenchko stated the first day she started at the County, she was going to bully certain people out or write them up and fire them. Ms. Frenchko told Mr. Fuda everything he rambled about had no relevance to the matter at hand and they are all dumber for having to have listen to it. Ms. Frenchko said there is a policy that has been adopted that prescribes the way comp time can be accrued and it is not being accrued within the policy and the state auditor will give the county an operational finding which means they are not complying with their own policies and a special investigation could be called to look into it for comp time fraud as it could be ordered to be paid back. She said this is serious business and not personal—it is us violating our policy. Mr. Fuda said he had meeting with the State Auditor that morning and they are discussing those issues. Mr. Fuda told Ms. Frenchko to do some investigation as she doesn't know the background of the previous employee—people are following what they were trained to do for years and she doesn't look at any of that—she only accuses. Ms. Frenchko said she looks at the policy. Mr. Fuda said he has to face to work the employees face every day he has seen staff crying and doing more work than their required to do. Mr. Fuda said Ms. Frenchko doesn't know because she's not there. Ms. Frenchko said, Point of Order. Mr. Fuda said, no point of order—he wants the truth out. Mr. Cantalamessa said it is ironic that Ms. Frenchko is bringing up policy and procedures and she moved from the floor to hire a law firm to do this investigation without an RFP or RFQ. He asked Ms. Frenchko if that violated every policy and procedure she is going after. Ms. Frenchko said this is a law firm the county just retained for this type of work anyway. Mr. Cantalamessa said it was not and that was a lie and said it has to go out separately for bid. Ms. Frenchko said the company already guides the county on discipline. Mr. Cantalamessa said they would charge for an investigation. He further stated if there's a scope of services you want, you need to go out for bid. Ms. Frenchko said she had it written that way in a past agenda item and they voted, no. She further stated she asked the Clerk to put the item on as it was put on months ago. She said it would be efficient to use the same legal firm that deals with contracts and discipline. Ms. Frenchko told the Board it they wanted to sweep it under the rug. Mr. Cantalamessa said he will comply with the State Auditor's Office. Mr. Fuda said he met with the state auditor this morning.*

**MOTION DIED FOR LACK OF A SECOND**

Week Beginning August 1, 2022

Meeting of August 3, 2022

Document(s) recorded on Journal Page(s)_____.)

**Comments:**

*Mr. Cantalamessa spoke about the need to replace windows at both the Dept. of Job & Family Services Building and at the Highway Department Building in order to improve air quality and that a prosecutor's opinion is necessary due to ARPA funding.*

*Mr. Bill Hart spoke about the conditions of the windows at both buildings and eliminating the chiller at one site.*

*Ms. Frenchko said while she agrees to have the windows replaced, the lack of preventative maintenance measures has been an ongoing problem. She went on to talk about a grading system for County buildings. Mr. Bill Hart said he has spoken with a company who does free building analysis and that they would like to come to a meeting to give a free presentation about their service. Ms. Frenchko said she was excited that was finally going to happen. Mr. Fuda said in the past, the County did not have the funds for major building maintenance.*

*Mr. Fuda spoke about the HR Director position and contacting the panel again for their recommendation for the 72 applicants.*

*A discussion amongst the three Commissioners regarding the panel, the first round of applicants and the urgency to hire an HR director was held.*

*Ms. Hartman spoke about a public records request she made of Ms. Frenchko regarding the complaints Ms. Frenchko said she received regarding the Trumbull County Jail. Ms. Hartman said Ms. Frenchko is in violation of the law for not providing them to her. Ms. Hartman also commended Mr. Cantalamessa for keeping his cool after Ms. Frenchko told him there are 200 people listening to him on her Facebook live.*

*Ms. Frenchko responded to Ms. Hartman and said that it was the Clerk's duty to fulfill public records request and that the Clerk should know that having recently finished the Sunshine Law training course. Ms. Frenchko also spoke about not releasing peoples' names and medical issues because of Hippa Laws and that a prosecutor's opinion would be needed.*

*Mr. Cantalamessa said to redact the private info and give Ms. Hartman what she requested.*

*Ms. Frenchko asked the Board to approve the cost of a Dropbox in order to preserve important information needed for legal issues. She said the County attorney suggested to use a Dropbox for information pertaining to the dishonesty of Ms. Klotz for her lawsuit against the Board. Ms. Frenchko requested that the purchasing director, Ms. Shara Taylor, be allowed to enter the meeting and explain what has already been discussed with regards to purchasing a Dropbox.*

*Mr. Fuda and Mr. Cantalamessa asked if the approval for the cost of a Dropbox was on the agenda and Ms. Frenchko said it wasn't necessary to put it on the agenda. Discussion continued amongst the three Commissioners as to whether or not the cost of a Dropbox should be journalized.*

*Ms. Paula Vivoda-Klotz responded to Ms. Hartman regarding her public records request and also told Ms. Frenchko that she hasn't been dishonest and has a deposition.*

*Mr. Cantalamessa said that Ms. Frenchko bullies and harasses employees constantly and how many employees has she called dishonest just today?*

*Ms. Shara Taylor entered the meeting and discussed what has transpired so far regarding paying for a Dropbox version that holds more information versus the free version, and other ways Ms. Frenchko can save important information. Ms. Frenchko asked if Ms. Taylor was listening to the meeting and on a break and Ms. Taylor said she's able to multi-task.*

**(Comments cont'd)**

Week Beginning  August 15, 2022

Meeting of August 17, 2022

*MS. FRENCHKO MOVED TO MODIFY MR. CANTALAMESSA'S MOTION AND REREAD PART OF THE AGENDA ITEM. MR. CANTALAMESSA SAID IT IS THE SAME THING THE CLERK READ, BUT HE WOULD SECOND IT.*

*Mr. Cantalamessa said there are a lot of projects not on this list that will qualify for ARPA Funding, Appalachia Funding, WPCLF which is a 30-year principal forgiveness program—he said it is important to get these projects nominated. Mr. Fuda said Mr. Newbrough and Mrs. Green are some of the best grant writers and since 2007 over 60 million dollars in projects. Mr. Newbrough spoke about Item # 19 stating he would like to do these projects in 2023 and he would like to get as much principal forgiveness before asking for ARPA Funding. He said these projects are it for sewer projects. Mr. Cantalamessa asked Mr. Newbrough to speak about the importance of WPCLF. Mr. Fuda said you want to get the lowest amount of debt as possible for the residents.*

Yeas:  Frenchko, Cantalamessa, Fuda
Nays:  None

**MS. FRENCHKO MADE A MOTION FROM THE FLOOR TO ADVERTISE FOR RFQ TO ADVERTISE FOR AN INDEPENDENT LAW FIRM NOT CURRENTLY RETAINED BY THE COUNTY TO DO AN INDEPENDENT INVESTIGATION OF COMP TIME ACCRUAL AND PAYROLL ISSUES AT THE SANITARY ENGINEERS DEPARTMENT AND OTHER DEPARTMENTS THAT IS DEEMED NECESSARY BY THE LAW FIRM AFTER DISCUSSION WITH THE BOARD OF COMMISSIONERS**

*Ms. Frenchko said the State Auditor suggested before determining what to do with this matter, to consult with legal counsel.  Ms. Frenchko said this issue was brought up by a whistleblower regarding problems within the Sanitary Engineers Department. Ms. Frenchko said it has come to her attention that there are problems within other county departments and she doesn't think the Board should ignore it.*

**MOTION DIED FOR A LACK OF A SECOND**

*Mr. Fuda said he would explain it after the meeting.*

**COMMENTS:**
*Mr. Fuda said if you talk to other counties and Mayors they are following the same procedure regarding the signing of documents.  He said the clerks do the work and the Board has to sign the material. He further stated that Ms. Frenchko has put things on the signing table that he has taken away. Ms. Frenchko said that was not true.  Mr. Fuda asked Mr. Cantalamessa if that statement was true. Mr. Cantalamessa said, it was. Mr. Fuda said Ms. Frenchko is lying on the Commissioners' Floor and the Board should take a polygraph test after the meeting to see who's lying and who's not. Ms. Frenchko said it is not true that other communities do it this way as she visited Ashtabula County and they put everything in a basket to read and review with all supporting documents and their Board signs together after their meeting. She said this is more appropriate and would prevent things being signed without all of the documents attached. Ms. Frenchko said Mr. Fuda's statement is not true that other counties do it the same way as we do, and she found a better way to do it instead of leaving documents on the table. She further stated it could be possible for someone to slip a Bill of Sale and sell our Courthouse for a few dollars. Mr. Fuda said their procedure has worked for many years and no one for the 15 years he has been there has tried to sneak something in to be signed. Mr. Fuda stated he reads what he signs and is there every day at 8:00 a.m. Ms. Frenchko called, Point of Order. Mr. Fuda said that Ms. Frenchko isn't there, doesn't know what is going on at the Sanitary Engineers Department and did something last week at the Dog Pound. Mr. Fuda said he would like the TV stations and the newspaper to come to the office and see what a Commissioner has to do day after day. Mr. Fuda asked if anyone was in the audience had comments.*
*Ms. Sue Hartman approached the podium and said that she is still waiting for Ms. Frenchko to fill her public records request and that four weeks is an excessive amount of time to get information from Ms. Frenchko who said she is the only one who has this information. Ms. Hartman stated she wants this information now. Ms. Hartman said there is a lot of disrespect during the meetings. Ms. Frenchko temporarily left the meeting while Ms. Hartman was speaking. Ms. Hartman said maybe Ms. Frenchko was being disrespectful to her by leaving the meeting because she was older than Ms. Hartman.*

(Continued)

Work Beginning August 22, 2022

Meeting of August 24, 2022

*Comments:*

*Mr. Fuda gave a verbal Public Records request to Ms. Frenchko requesting the document Ms. Frenchko said he signed and he wants the original document. Ms. Frenchko said she had it with her, but was not going to give it to him. Mr. Fuda asked her to tell the public the truth and asked Ms. Frenchko how many documents she has placed on the signing table that he read and did not sign.*

*Mr. Cantalamessa spoke about the YARS Public Hearing stating the airport is one of the largest employers in the Region. He spoke about Fowler and Vienna Townships and Matrix Design Group, expanding the base, attending the meetings and getting information to the Community. Mr. Fuda said there were members from the airbase present and spoke about a meeting he and Mr. Cantalamessa had in Vienna with Mr. Pegg. Ms. Frenchko spoke about her trip to Washington DC where she was advocating for YARS as well. Commissioner Cantalamessa and Mr. Fuda commented on Ms. Frenchko's expense reports for the trip to Washington D.C.*

*The Clerk left to get the timer for the comment period.*

*Ms. Lee Anne Rimar asked Ms. Frenchko not to leave while she was commenting. Ms. Rimar wanted the record to reflect that Ms. Frenchko leaving while she was speaking was not giving her the representation she was paying her for. Ms. Rimar spoke in support of Trumbull County Dog Warden, Michelle Goss, and an employee that was not disciplined from the Dog Kennel, deplorable conditions at the dog kennel, ARPA funds needed to find a new pound. Ms. Rimar said she is one of many that feel the same about finding a new pound. She asked if any of the ARPA Funds were going to help the pound. Mr. Cantalamessa spoke about meetings he has had with Mr. Misocky and stated they are working on partnering with the Animal Welfare League who has new members on the Board presently—He said they are farther along now than ever before and thinks it will be a wonderful partnership. Ms. Lamar said it has to be prioritized because it has been going on for way too long. Mr. Fuda spoke about a facility right off the highway that has a lot of room for the dogs. Ms. Rimar asked why nothing was done to an employee at the Dog Kennel. Ms. Frenchko said Executive Session cannot be discussed and as a result the Board did not take any action. Ms. Frenchko explained to Ms. Rimar the timeframe for disciplinary action after a hearing according to the Union Contract. Mr. Fuda said the director of the dog kennel did her job well.*

*Mr. Brad Silvers spoke about disc golf baskets that he would like to use at the metro parks and his plans of donating the remaining at Warren City Schools. Mr. Silvers said his project has come to a halt because it was thought that the property located behind Children Services was school property, but later found out it is county-owned property. Mr. Cantalamessa said he has a request for the Prosecutor's Opinion ready to be sent, but he wanted the entire Board to have the information. Ms. Frenchko requested to see it and make sure the terms were correct.*

*Amanda Hebert spoke about a landscaping company that put a toxic weed killer on the grass at the Dog Kennel. She spoke about a rat-borne bacteria that almost killed a dog at the kennel and she had to take it to a vet. Ms. Frenchko asked Ms. Hebert if she took a pound dog to the vet. Ms. Hebert said under the ORC it is legal. Ms. Frenchko asked the Clerk to turn the volume of the conference bridge machine all the way down so she could speak and not be interrupted. Ms. Frenchko commented on management and union issues regarding a volunteer doing a union members job and said this was an HR and Management issue. Mr. Cantalamessa said there was no grievance filed. Ms. Frenchko said she spoke to the Union Representative (Mr. Tom Elder) regarding some concerning activities at the Dog Kennel stating the volunteers should only be walking the dogs, not shopping with the director and those types of things. Mr. Cantalamessa called, Point of Order. Ms. Frenchko suggested counseling with the Dog Warden to make sure she understood these things, so she wasn't creating liability and risk for the County. Ms. Rimar asked if the dog should have died while everyone was waiting for a conclusion. Mr. Cantalamessa said we wouldn't have the kennel they have without the volunteers and if there is an issue with the union, they should file a grievance. Ms. Frenchko said she would send the email to Ms. Goss to make sure she was following the proper guidelines. Ms. Frenchko called, Point of Order in response to Mr. Fuda stating Ms. Frenchko was attacking everyone stated he was not sticking to County business.*

Week of August 29, 2022

Meeting of August 31, 2022

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
### RE: GO INTO EXECUTIVE SESSION

**29. MOTION:** Made by Mr. Frenchko, seconded by Ms. Cantalamessa, to enter into executive session at approximately 11:42 a.m. pursuant to R.C. 121.22(G)(3) for a conference with an attorney for the Trumbull County Board of Commissioners concerning a dispute involving the Board that is the subject of pending court action. In attendance were Attorney Gallucci, Mr. Timothy Shaffner, Major Tony Villanueva, Ms. April Caraway, Commissioner Frenchko, Commissioner Cantalamessa and Commissioner Fuda.

Yeas: Frenchko, Cantalamessa, Fuda
Nays: None

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
### RE: RECONVENE FROM EXECUTIVE SESSION

**30. MOTION:** Made by Mr. Cantalamessa, seconded by Mr. Fuda, to reconvene from executive session at approximately 12:10 p.m. pursuant to R.C. 121.22(G)(3) for a conference with an attorney for the Trumbull County Board of Commissioners concerning a dispute involving the Board that is the subject of pending court action.

Yeas: Cantalamessa, Fuda
Nays: None

**COMMENTS:**

*--Mr. Fuda commented on the altering of documents by Ms. Frenchko and he doesn't think it's legal that she alters them after he signs them.*

*-Mr. Fuda spoke about candidate #62 and filling the human resource director position. He said he spoke to the panel and they were all in agreement that he was one of the top two candidates. He asked Ms. Frenchko if she interviewed #62. Ms. Frenchko spoke about the applicant's qualifications. She said one applicant slipped in that had been working in management, but not in Human Resources since 2004—no skill sets relating to investigation or hiring or firing. She spoke about the salary for the applicants that turned down the position. She said the salary is capped at 85,000 which is less than the former director. She suggested increasing the salary to at least what the former director made and consider relocation packages so they can reach out to the highly qualified applicants that are no longer interested. She said if the Board doesn't agree with those recommendations, then they need to look at the next tier. Ms. Frenchko said she asked the Panel to give her individually their next top two recommendations. Mr. Fuda asked Ms. Frenchko again if she interviewed Candidate #62 and if she wanted to interview him. Ms. Frenchko said she would not like to interview just one candidate, but several. Mr. Fuda said the salary is comparable to the salary of the former director. Ms. Frenchko said it was $10,000 less than the former director. Mr. Fuda said that was incorrect, it is comparable. Mr. Fuda said he called the Panel and they are in agreement that Candidate #62 was one of the top two selected. Mr. Fuda stated he is interested in moving forward with choosing a human resources director. Ms. Frenchko spoke about candidate #38. Mr. Fuda asked Ms. Frenchko about a document he signed stating she altered it after he signed it. Ms. Frenchko said that was an error she marked and not an alteration. Ms. Frenchko asked the Board if he signed the Meadowbrook Agreement because of a deadline. Mr. Fuda said it was signed in a timely manner.*
*Mr. Phil Peg spoke about wind and solar farms on a commercial level for the 14 townships in the southern portion of Trumbull County to assist with the airbase. Mr. Peg also spoke about being 10 months away from a new water contract with the southeast water district and is requesting other sources to be looked at it. Mr. Peg also spoke about a records request he gave Commissioner Frenchko in May stating he is going to file as she is not complying and he was going to follow the law. Mr. Fuda said he had a record's request that Ms. Frenchko has not fulfilled since April 7, 2021 that has not been responded to. Ms. Frenchko said the County has a custodian of records that is responsible for responding to the requests. Ms. Frenchko said that is why she put on the Agenda to hire an assistant and the ORC allows her to do that. She stated the staff refuses to respond to certain public records requests for her. She said the Board has caused staff not to work for her. Commissioner Cantalamessa called, Point of Order. Mr. Fuda asked Ms. Frenchko to stop lying. Ms. Frenchko said the solution is to hire an Assistant that knows county government. She said the Board is refusing to allow her to have an assistant, but the staff doesn't have to respond on her behalf of things. The Clerk stated she gives Ms. Frenchko all of her records requests and stated she doesn't have access to your cellphone or the documents requested of Ms. Frenchko and Ms. Frenchko's statements regarding the record's request were not true.*