**Robert Ross**

| | |
|---|---|
| **From:** | Jeffrey Palmer |
| **Sent:** | Wednesday, August 10, 2022 12:15 PM |
| **To:** | Sheriff Office |
| **Subject:** | Important Please Review |
| **Attachments:** | DOC080922-08092022130742.pdf |

To All Sheriff's Office Employees,

Attached you will find a letter from Attorney Raymond Srp, the prosecutor in the Niki Frenchko case. Commissioner Frenchko has filed a preservation of evidence with the court and part of that request deals with our staff preserving some of their personal data. If you could please read the attached and if you have any information that is requested for preservation DO NOT delete it, let me know what you may have.

Thank You For Your Cooperation,

Jeffrey L. Palmer
Chief Deputy
Trumbull County Sheriff's Office
150 High St. NW
Warren, Ohio 44481
Office: 330-675-4043
Fax: 330-675-7041
E-mail: sopalmer@co.trumbull.oh.us



1

TC 000086

# VICTOR V. VIGLUICCI
## PORTAGE COUNTY PROSECUTING ATTORNEY

241 SOUTH CHESTNUT STREET
RAVENNA, OHIO 44266

(330) 297-3850  (330) 296-4593
Criminal Division Fax (330) 297-3856
Civil Division Fax (330) 297-4594
www.portageprosecutor.com

August 5, 2022

Trumbull County Sheriff's Office
Trumbull County Commissioners

RE:  2022 CRB 1240 State of Ohio v. Michele N. Frenchko Order to Preserve

Dear Trumbull County Commissioners and Sheriff Palmer:

My name is Raymond Srp, and I have been appointed as special prosecuting attorney in Warren Municipal Court case number 2022 CRB 1240, State of Ohio v. Michele N. Frenchko. Yesterday, August 4, 2022, Judge Frost ordered the following to be preserved:

1. All surveillance video at the administration building and sheriff's building where sheriff's employees and county commissioners or their staff (including Jim Misocky – past employee) are in communication with the sheriff's staff are on the 5th floor.
2. Personal cell phones and county building phone logs, emails, personal text messages, written notes and correspondence, messenger messages on Facebook, Instagram and all other app or social media platforms between and among commissioners' staff, commissioners, sheriff's staff, the sheriff and Jim Misocky, between May 4th to August 4, 2022.
3. All emails or correspondence, texts or videos, social media posts, and otherwise relating to the "disruption of a lawful meeting" statute from any commissioner's, sheriff's, or auditor's office staff (including Jim Misocky) containing any reference to commissioner Frenchko.

Please take any and all steps necessary to preserve the above-mentioned information, so that that State may comply with Judge Frost's Order. If you have any questions please feel free to contact me. I can be reached by phone at (330) 297-3850 or email at rsrp@portageco.com.

Very truly yours,

Raymond H. Srp
Assistant Prosecuting Attorney

# Memo

Date: August 4, 2022

To: Atty. Raymond Srp

From: Chief Deputy Jeffrey L. Palmer

RE: Evidence preservation Request Commissioner Frenchko

Atty. Srp,

In response to the preservation order referenced in you August 5, 2022 letter to the Trumbull County Sheriff's Office, the following steps have been taken in order to comply.

Item 1 – An e-mail was sent to the data department with a copy of the preservation of evidence filing requesting that they preserve the 5th floor video. Please keep in mind that the system only stores the previous thirty (30) days and not the ninety (90) days as requested.

Item 2 – The Trumbull County Sheriff's Office has no control over commissioner's office staff and can preserve none of their personal records. County phone logs and e-mails were requested for preservation through the data department for sheriff's office staff. A mass e-mail was sent to all sheriff's office employees with a copy of your letter attached and a request for our staff to review the letter and comply with its demands.

Item 3 – The Trumbull County Sheriff's Office has no control over commissioner's office or auditor's office staff and is not able to preserve any information being requested from them. Information being requested for preservation from sheriff's office staff was addressed through the mass e-mail. The video was addressed through the e-mail to the data department but is overly broad and data would need more specific information in the request.

Respectfully,
Jeffrey L. Palmer
Chief Deputy
Trumbull County Sheriff's Office

TC 000088