IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

NIKI FRENCHKO,  :  Case No. 4:23-cv-781
:
    Plaintiff,  :
v.  :  Judge J. Philip Calabrese
:
PAUL MONROE, *et al.*,  :
:
    Defendants.  :

## DECLARATION OF MAURO CANTALAMESSA

- My name is Mauro Cantalamessa and I make this following Declaration upon personal knowledge, information, and belief. I am competent to testify regarding the matters herein.

- I am a current Commissioner on the Trumbull County Board of Commissioners in Trumbull County, Ohio.

- The Trumbull County Board of Commissioners conduct weekly commissioners' meetings.

- The Trumbull County Board of Commissioners website, https://www.co.trumbull.oh.us/commissioners/, includes the text of meeting minutes for commissioner meetings, and the audio recordings of meetings. The Trumbull County Board of Commissioners weekly meetings can be watched live via Zoom during the meeting, or on the Commissioners YouTube channel after the meeting.

- There are surveillance cameras in the Trumbull County Board of Commissioners meeting room.

- The commissioners sit alongside one another on an elevated surface in a row, along with the Clerk.

1

- In 2022, the Trumbull County Board of Commissioners consisted of myself, Plaintiff Niki Frenchko, and Frank Fuda. Frank Fuda was the Presiding Officer.
- Frank Fuda retired from the Trumbull County Board of Commissioners at the end of 2022, and Dennis Malloy joined the Trumbull County Board of Commissioners. Dennis Malloy is the current Presiding Officer of the Trumbull County Board of Commissioners.
- I was present for the July 7, 2022 commissioners meeting.
- I did not plan to have Plaintiff arrested on July 7, 2022 nor did I play any role in her arrest.
- I did not send or receive any text messages from Sergeant Ross, Sergeant Wix, any other Defendant, or any other individual associated with the Trumbull County Sheriff's Office during the July 7, 2022 meeting.
- I did not observe Commissioner Fuda sending or receiving any text messages from Sergeant Ross, Sergeant Wix, any other Defendant, or any other individual associated the Trumbull County Sheriff's Office during the July 7, 2022 meeting.
- I did not order Plaintiff to be arrested or otherwise play any role in her arrest.
- I texted my brother, Enzo Cantalamessa, who is the Law Director for the City of Warren, Ohio, on July 8, 2022. I asked him "Can I call you later" and he responded "Yes please do." After our call on July 8, 2022, Enzo Cantalamessa texted me confirming "Being handled. My office (in its entirety) is going to be hands off"
- I did not play any role in the decision to prosecute Plaintiff nor any role in her actual criminal prosecution.
- Upon information and belief, my brother, Enzo Cantalamessa, did not play any role in the decision to prosecute Plaintiff nor any role in her actual criminal prosecution.

2

- I do not recall receiving the August 5, 2022 letter regarding an Order to Preserve in Plaintiff's criminal matter.
- I declare the above statements made on this day, the 23rd day of October, 2023, under penalty of perjury are true and correct based on my personal knowledge.

*Mauro Cantalamessa*