**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | |
| Plaintiff, | : | Case No. 4:23-cv-00781 |
| ***vs.*** | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

**DECLARATION OF ROBERT ROSS**

1.     My name is Robert Ross, and I make this Declaration upon personal knowledge, and I am competent to testify herein;

2.     I am currently employed as a deputy sheriff with the Trumbull County Sheriff's Office;

3.     I have been employed with the Trumbull County Sheriff's Office since 2006. I received my peace officer certification in 2003;

4.     In 2016, I was promoted to sergeant. I currently supervise the civil division of the Trumbull County Sheriff's Office;

5.     Prior to and including July 7, 2022, I did not have any personal relationship with Niki Frenchko, Frank Fuda or Mauro Cantalamessa. I did not know them beyond the fact that they were the Trumbull County Commissioners. I think I went to elementary school with Mauro Cantalamessa, but I had no personal relationship with him since that time;

6.     Prior to and including July 7, 2022, I did know that Commissioner Fuda was the presiding commissioner. My understanding and observation was that the presiding commissioner runs the meetings and keeps them on track;

1

7.    Prior to and including July 7, 2022, I did not have any feelings of friendship or animus toward Niki Frenchko, Frank Fuda or Mauro Cantalamessa. I really did not know them on a personal level;

8.    I did not ever text Niki Frenchko, Frank Fuda or Mauro Cantalamessa. I did not ever speak with Niki Frenchko, Frank Fuda or Mauro Cantalamessa on the phone;

9.    Prior to July 7, 2022, I had provided security at several Trumbull County Commissioner Meetings. I do not recall the exact number of meetings that I worked at;

10.    The Trumbull County Commissioners held a public meeting on July 7, 2022;

11.    I was assigned by my lieutenant (Lt. Kaintz) to work security for the July 7, 2022 Commissioners' meeting;

12.    Sgt. Harold Wix was also assigned to work security for the July 7, 2022 Commissioners' meeting. I had not previously worked security for a Trumbull County Commissioners' meeting with Sgt. Wix;

13.    Prior to the Commissioners' meeting on July 7, 2022, I did not know that Niki Frenchko made statements critical of Sheriff Paul Monroe and/or jail medical care. I did not know that Sheriff Monroe had authored a letter responding to Ms. Frenchko's criticisms;

14.    About 30-40 minutes into the meeting, Commissioner Fuda asked the Commissioners' clerk, Paula Vivoda-Klotz to read a document into the record;

15.    Ms. Vivoda-Klotz began reading the document into the record;

16.    At this time, Sgt. Wix and I were seated along the back wall of the Commissioners' hearing room on opposite sides from one another;

17.    While Ms. Vivoda-Klotz was reading the document into the record, Ms. Frenchko left her seat on the dais and sat down in the first row of the public seating area;

18.     Shortly after moving to the public seating area in front of the clerk, Ms. Frenchko began interrupting the clerk's reading of the document into the record;

19.     I saw and heard Ms. Frenchko interrupt the reading of the document into the record at least four times. That is, Ms. Frenchko began speaking over the clerk, and, as a result, the clerk had to stop reading the document;

20.     Commissioner Fuda repeatedly asked Ms. Frenchko to stop interrupting and speaking over the clerk;

21.     The clerk, Ms. Vivoda-Klotz, became visibly upset;

22.     The clerk tried to hide her face from being recorded by Ms. Frenchko, so Ms. Frenchko stood up and moved closer to the clerk to continue recording her. Ms. Frenchko stated to the clerk: "If you are uncomfortable being on camera, then you should not be the clerk."

23.     I could hear members of the public who were at the meeting asking Ms. Frenchko to stop her behavior;

24.     At this point, Deputy Wix and I stood up from our chairs, and we stood next to each other in the back of the room;

25.     Ms. Frenchko continued to try and speak over the clerk;

26.     When the clerk finished reading the document into the record, Ms. Frenchko returned to her seat on the dais;

27.     Ms. Frenchko began speaking after she sat down. After speaking for about a minute, Commissioner Cantalamessa and Commissioner Fuda told Ms. Frenchko that she was being disruptive;

28.     Commissioner Fuda attempted to move on with the meeting, but Ms. Frenchko simply continued to speak;

3

29.     From my perspective, Ms. Frenchko was disrupting the meeting. She repeatedly interrupted the clerk while the clerk was attempting to read a document into the record and then, when the presiding commissioner wanted to move on with the meeting, she just ignored him and kept talking;

30.     At that time, Sgt. Wix and I made the decision to remove Ms. Frenchko from the meeting;

31.     Sgt. Wix got behind Ms. Frenchko's chair, told her she was being disruptive, and asked her to stand up;

32.     Ms. Frenchko did not stand up right away. Sgt. Wix repeated his request for her to stand up;

33.     Ms. Frenchko then stood up on her own and was directed to leave the Commissioners' Hearing Room which she did;

34.     Neither myself nor Sgt. Wix touched Ms. Frenchko at all in the Commissioners' Hearing Room;

35.     In the hallway outside the Commissioners' Hearing Room, Sgt. Wix and I placed Ms. Frenchko under arrest for disturbing a lawful meeting;

36.     Sgt. Wix placed a handcuff on Ms. Frenchko's right wrist as I was asking her to set her phone down;

37.     Then, I placed the other handcuff on her left wrist;

38.     Ms. Frenchko began to tell us about various medical conditions;

39.     Sgt. Wix offered to call an ambulance, but Ms. Frenchko did not request an ambulance;

4

40. Ms. Frenchko told us about her asthma and a mobility issue with her shoulder; Sgt. Wix told Ms. Frenchko that the jail's medical staff would evaluate her;

41. Meanwhile, I double locked the handcuffs so that they could not tighten any further;

42. Ms. Frenchko then complained that the handcuffs were too tight. In response to that complaint, I did two things: First, I used my fingers to check the gap between Ms. Frenchko's wrist and the handcuffs. I was able to fit a full finger in between the handcuffs and her wrists which, based on my training, is an accepted technique to check for tightness. Second, I then added a second set of handcuffs so that Ms. Frenchko's arms would not be behind her back—they would be by her side. Double cuffing relieves pressure on the shoulders. After double cuffing Ms. Frenchko, I asked her: "Is that better?" She responded, "Yes." She had no further complaints regarding the handcuffs;

43. Sgt. Wix and I escorted Ms. Frenchko to the Trumbull County Jail without incident;

44. We advised Ms. Frenchko that she would be processed at the jail and then released;

45. After taking Ms. Frenchko to the jail, Sgt. Wix and I returned to the Sheriff's Office to complete our report and fill out the criminal complaint. A true and accurate copy of our report is attached hereto as Exhibit A;

46. Sgt. Wix and I made the decision to arrest Ms. Frenchko on our own. Nobody before, during or after the meeting on July 7, 2023 *2022 RR* ever told us or directed us to arrest Ms. Frenchko;

47. Ms. Frenchko was arrested for her interruptive and disruptive conduct, not the content of her interruptions. I did not even hear or pay attention to most of what she was saying while she was interrupting;

48.    I signed a criminal complaint for disrupting a public meeting. The complaint was submitted to the Warren Municipal Court for filing along with a copy of our arrest report;

49.    The prosecutor never spoke to me about the case at all. The prosecutor never told me about any order to preserve text messages;

50.    I do not recall ever being sued before;

51.    I did not know that I needed to preserve all of my text messages with other deputies;

52.    I know that there were no text messages to or from me about arresting Ms. Frenchko prior to the meeting on July 7, 2022 because (1) nobody ever told me to arrest Ms. Frenchko and (2) Sgt. Wix and I did not make the decision to arrest Ms. Frenchko until moments before we actually arrested her;

53.    To the extent that there were any text messages after Ms. Frenchko's arrest, (1) I do not specifically recall any and (2) I did not specifically delete any. I am part of a group text with the deputies that work in my unit. Whenever someone left the group or a new person joined the group, we would start a new group text. I did have a practice of deleting the old group texts whenever someone left the unit or joined the unit.

54.    I declare on this 20th day of October, 2023, under penalty of perjury that the foregoing is true and correct.

Robert Ross

## CFS SUMMARY

| | INCIDENT NUMBER | 22-07729 |

| | | |
|---|---|---|
| CFS# 22-07729 | RECEIVED DATE/TIME 07-07-2022 11:24 | INCIDENT DATE/TIME 07-07-2022 11:20 AM |

**DESCRIPTIVES**

ACTIVITY
UNKNOWN PROBLEM

| | | OTHER CONTACTS |

| CALL ORIGIN 10 DIGIT LINE | RPIDS | |
|---|---|---|

DISPATCHER
0 -

RESPONSE

DISPOSITION
ARREST MADE

**CALLER**

| NAME FRENCHKO, MICHELE NICOLE | | CALL BACK | PHONE |
|---|---|---|---|

ADDRESS

**LOCATION**

ADDRESS
160 HIGH ST NW WARREN, OH 44481

| LOCATION TRUMBULL COUNTY ADMINISTRATION | | TOWNSHIP WARREN TOWNSHIP |
|---|---|---|

| GRID CENTER | PATROL AREA | CENTER |
|---|---|---|

**CALL DESCRIPTION**

CALL TAKEN BY: 0
DISPATCHED BY: 0
07/07/2022 11:24:53 - TALBERINI - 17: 1 F21
07/07/2022 11:52:01 - SOROSS - PERSON BY SSN
07/07/2022 11:55:08 - 05591 - 17, FEMALE TRANSPORTED TO TCAJC BY 12 AND 17
07/07/2022 11:56:12 - 05591 - 17, STATUS:ARM
07/07/2022 11:59:17 - TALBERINI - // FEM NEG CITY //

**DISPATCHED UNITS**

| AGENCY | UNIT | OFFICER | DISPATCH | ENROUTE | ONSCENE | CLEAR | MINUTES |
|---|---|---|---|---|---|---|---|
| TCSO | 05591 | ROSS, SGT. ROBERT | 11:24 | 11:24 | 11:24 | 11:56 | 32 |
| TCSO | 0337B | WIX, SGT. HAROLD | 11:24 | 11:24 | 11:24 | 11:59 | 35 |
| TCSO | 9030 | CULLER, DANIEL | 11:24 | 11:24 | 11:24 | 11:56 | 32 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# CFS PEOPLE SUPPLEMENT

## TRUMBULL COUNTY SHERIFF'S OFFICE

| CDC# | 22-07729 | | RECEIVED DATE / TIME | 07-07-2022 11:24 | | CD Call Type | |
|---|---|---|---|---|---|---|---|

### PERSON 1

| Name Type | | | Name | **FRENCHKO, MICHELE NICOLE** | | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone | | |
| Date of Birth | | Driver Lic # | State OH | Height 507 | Weight 126 | Hair BROWN | Eyes BROWN |
| Gender FEMALE | Race | | Complexion | | | Build | |
| Employer Name | | | Employer Phone | | | | |

### PERSON 2

| Name Type | **POLICE OFFICER** | | Name | **17, UNIT** | | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone | | |
| Date of Birth | | Driver Lic # | State | Height | Weight | Hair | Eyes |
| Gender | Race | | Complexion | | | Build | |
| Employer Name | | | Employer Phone | | | | |

### PERSON 3

| Name Type | | | Name | | | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone | | |
| Date of Birth | | Driver Lic # | State | Height | Weight | Hair | Eyes |
| Gender | Race | | Complexion | | | Build | |
| Employer Name | | | Employer Phone | | | | |

### PERSON 4

| Name Type | | | Name | | | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone | | |
| Date of Birth | | Driver Lic # | State | Height | Weight | Hair | Eyes |
| Gender | Race | | Complexion | | | Build | |
| Employer Name | | | Employer Phone | | | | |

### PERSON 5

| Name Type | | | Name | | | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone | | |
| Date of Birth | | Driver Lic # | State | Height | Weight | Hair | Eyes |
| Gender | Race | | Complexion | | | Build | |
| Employer Name | | | Employer Phone | | | | |

### PERSON 6

| Name Type | | | Name | | | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone | | |
| Date of Birth | | Driver Lic # | State | Height | Weight | Hair | Eyes |
| Gender | Race | | Complexion | | | Build | |
| Employer Name | | | Employer Phone | | | | |

### PERSON 7

| Name Type | | | Name | | | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone | | |
| Date of Birth | | Driver Lic # | State | Height | Weight | Hair | Eyes |
| Gender | Race | | Complexion | | | Build | |
| Employer Name | | | Employer Phone | | | | |

# ADMINISTRATIVE

| AGENCY NAME | | | | | | | | *INCIDENT NUMBER–INVESTIGATIVE NUMBER |
|---|---|---|---|---|---|---|---|---|
| **TRUMBULL COUNTY SHERIFF'S OFFICE** | | | | | | | | 22-07729 |

| CALL NUMBER | | *GEO CODE | | | | | | *CLEARANCES | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **WARREN** | | | | | A ☐ Death of Suspect | G ☐ Arrest - Juvenile |
| TOD | 11:24 | ☐ INCIDENT (NON-CRIMINAL) | | | | | | B ☐ Prosecution Declined | H ☐ Warrant Issued |
| TOA | 11:24 | ☒ OFFENSE | | | | | | C ☐ In Custody of Other Jurisd | I ☐ Invest Pending |
| | | ☐ SUPPLEMENT | | | | | | D ☐ Victim Refused to Coop | J ☐ Closed |
| TOC | 12:00 | | | | | | | E ☐ Juvenile/No Custody | K ☐ Unfounded |
| | | | | | | | | F ☒ Arrest - Adult | U ☐ Unknow |

| Printed: 04-28-2023 10:32 | **OHIO UNIFORM INCIDENT REPORT** | *CLEARANCE DATE | 07-07-2022 | CLEARED BY 05591 |
|---|---|---|---|---|

| | *REPORT DATE/TIME | | | | *INCIDENT OCCURED FROM | | | | *INCIDENT OCCURED TO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 07 | 07 | 2022 | 11:22 | 07 | 07 | 2022 | 11:20 | 07 | 07 | 2022 | 11:24 |

INCIDENT LOCATION (Street, Apt. City, State, Zip)   **160 HIGH ST NW, WARREN, OH 44481**

| *OFFENSE | | *OFFENSE CODE | *A/C | *F/M & DEG | *HATE/BIAS | *LARCENY | *ONT | *TYPE CRIMINAL ACTIVITY | |
|---|---|---|---|---|---|---|---|---|---|
| 1. DISTURBING A LAWFUL MEETING | 1 | 2917.12 | C | M4 | N | | 1 | 1. __ 2 __ 3 __ | (Enter up to three for each offense) |
| 2. | 2 | | | | | | | 1. __ 2 __ 3 __ | B - Buying/Rec. |
| | | | | | | | | | C - Cultivating/Mfg./Pub. |
| 3. | 3 | | | | | | | 1. __ 2 __ 3 __ | D - Distributing/Selling |
| | | | | | | | | | E - Exploiting Children |
| 4. | 4 | | | | | | | 1. __ 2 __ 3 __ | O - Open/Promoting/Ass. |
| | | | | | | | | | P - Possessing/Concealing |
| 5. | 5 | | | | | | | 1. __ 2 __ 3 __ | T - Transp/Transmitting |
| | | | | | | | | | U - Using/Consuming |

# OFFENSE

*LOCATION OF OFFENSE (Enter up to two)

1. **07**   2. __

| | | |
|---|---|---|
| 12 Jail/Prison | 59 Daycare Facility | 40 Other Retail Store |
| 13 Parking Garage | **RETAIL** | 41 Factory/Mill/Plant |
| 14 Other Public Access Buildings | 26 Bar | 42 Other Building |

**RESIDENTIAL STRUCTURE**
01 Single Family Home
02 Multiple Dwelling
03 Residential Facility
04 Other Residential
05 Garage/Shed

**PUBLIC ACCESS BLDGS.**
06 Transit Facility
07 Government Office
08 School
09 College
67 Library
10 Church
11 Hospital

**COMMERCIAL LOCATIONS**
15 Auto Shop
16 Financial Institution
17 Barber/Beauty Shop
18 Hotel/Motel
19 Dry Cleaners/Laundry
20 Professional Office
21 Doctor's Office
22 Other Business Office
23 Amusement Center
24 Rental Storage Facility
25 Other Commercial Service
56 ATM Machine Separate from Bank

27 Bar/Bell/Trade Shop
28 Restaurant
29 Gas Station
30 Auto Sales Lot
31 Jewelry Store
32 Clothing Store
33 Drugstore
34 Liquor Store
35 Shopping Mall
36 Sporting Goods
37 Grocery/Supermarket
38 Variety/Convenience
39 Department Store

**OUTSIDE**
43 Yard
44 Construction Site
45 Lake/Waterway
46 Fields/Woods
47 Street
48 Parking Lot
49 Park/Playground
50 Cemetery
51 Public Transit Vehicle
52 Other Outside Location
57 Camp/Campground
64 Rest Area

**OTHER**
53 Abandoned / Condemned Structure
55 Arena / Stadium Fairgrounds/Coliseum
58 Cargo Container
60 Dock/Wharf/Freight/ Modal Terminal
61 Farm Facility
62 Gambling Facility/ Casino/Race Track
63 Military Installation
85 Shelter-Mission/ Homeless
66 Tribal Lands
77 Other

*SUSPECTED OF USING
☐ A ALCOHOL
☐ D DRUGS
☐ C COMPUTER EQUIPMENT
☒ N NOT APPLICABLE

*TYPE WEAPON/FORCE USED
1. **99**  2. __  3. __
(Enter up to Three Codes)

| *METHOD OF ENTRY | *METHOD OF ENTRY - MOTOR VEHICLE THEFT | | | *METHOD OF ENTRY - BURGLARY/B & E | |
|---|---|---|---|---|---|
| ☐ FORCE | ☐ 01 MOTOR RUNNING/KEYS IN CAR | ☐ 06 HOT WIRE | ENTRY EXIT | ENTRY EXIT | ENTRY EXIT |
| ☐ NO FORCE | ☐ 02 UNLOCKED | ☐ 07 SLIM JIM/COAT HANGER | ☐ 1 BASEMENT ☐ | ☐ 1 DOOR ☐ | ☐ 1. FRONT ☐ |
| *NO. PREMISES | ☐ 03 DUPLICATE KEY USED | ☐ 08 TUMBLERS REMOVED | ☐ 2. 1st FLOOR ☐ | ☐ 2 WINDOW ☐ | ☐ 2. SIDE ☐ |
| ENTERED | ☐ 04 WINDOW BROKEN | ☐ 09 COLUMN PEELED | ☐ 3. 2nd FLOOR ☐ | ☐ 3. GARAGE ☐ | ☐ 3. REAR ☐ |
| | ☐ 05 TOWED | ☐ 10 IGNITION PEELED | ☐ 4 OTHER ☐ | ☐ 4. SKYLIGHT ☐ | ☐ 4. ROOF ☐ |
| | | | | ☐ 5 OTHER ☐ | ☐ 5. OTHER ☐ |

| METHODS OF OPERATION | | | | | CARGO THEFT ☐ Y ☐ N |
|---|---|---|---|---|---|

# VICTIM

| *NO. 1 | *TOTAL VICTIMS 1 | *VICTIM TYPE 1 | ☐ I INDIVIDUAL ☐ B BUSINESS | ☐ F FINANCIAL INSTITUTION ☐ G GOVERNMENT | ☐ P POLICE OFFICER (IN THE LINE OF DUTY) ☐ R RELIGIOUS ORGANIZATION | ☒ S SOCIETY ☐ U UNKNOWN | ☐ O OTHER |
|---|---|---|---|---|---|---|---|

| NAME (Last, First, Middle) | | PHONE |
|---|---|---|
| **STATE OF OHIO** | | |

| ADDRESS (Street, Apt , City, State, Zip) | PHONE |
|---|---|

| EMPLOYER NAME AND (Street, Apt., City, State, Zip) ADDRESS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| *AGE/ DOB | *SEX | *RACE ☐ B ☐ A ☐ W ☐ I ☐ U | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|

| OCCUPATION | | | | *RESIDENT STATUS | ☐ RESIDENT ☐ TOURIST | ☐ MILITARY ☐ STUDENT | ☐ OTHER ☐ UNKNOWN |
|---|---|---|---|---|---|---|---|

| ☐ VICTIM INJURED | IF INJURED DESCRIBE INJURIES |
|---|---|

| *AGG. ASLT/HOMICIDE CIR. | *VICTIM/SUSPECT RELATIONSHIP 0 __ 1 __ 2 __ 3 __ 4 __ 5 __ | *VICTIM/OFFENSE LINK 2917.12 |
|---|---|---|

My signature verifies that the information on this report is accurate and true

DATE __

| REPORTING OFFICER | | BADGE NO | DATE |
|---|---|---|---|
| **ROSS, SGT. ROBERT** | | 05591 | 07-07-2022 |

| APPROVING OFFICER | | BADGE NO. | DATE |
|---|---|---|---|
| **KAINTZ, LT. BRIAN** | | 03377 | 07-07-2022 |

| ☐ FOLLOW UP | If yes, follow-up assignment | | | | | | |
|---|---|---|---|---|---|---|---|

| ADDITIONAL SUPPLEMENTS | ☐ VICTIM/WITNESS ☒ SUSPECT/ARRESTEE | ☐ PROPERTY ☒ NARRATIVE | ☐ STATEMENTS ☒ OTHER | FORM RECEIVED BY: ☐ INVESTIGATION | ☐ INTELLIGENCE ☐ RECORDS | SPECIAL COPIES |
|---|---|---|---|---|---|---|

INCIDENT NUMBER   22-07729

# INCIDENT REPORT - PART 2

| INCIDENT NUMBER | 22-07729 |
|---|---|

**OFFENSE**

**DISTURBING A LAWFUL MEETING**

| INCIDENT DATE/TIME | 07-07-2022 11:20 |
|---|---|

**REPORTEE**

| NO. 1 | NAME (Last, First, Middle) FRENCHKO, MICHELE NICOLE | | | | | | | *AGE/ D.O.B | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip) | | | | | | | | | PHONE | |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip) | | | | | | | | | PHONE | |

| ☐ STATEMENTS OBTAINED | TYPE | ☐ WRITTEN | ☐ ORAL | ☐ TAPED | ☐ OTHER |
|---|---|---|---|---|---|

**VEHICLE**

CHECK CATEGORIES

| | ☐ STOLEN | ☐ RECOVERED | ☐ IMPOUNDED | ☐ RECEIVED | ☐ SUSPECT'S VEHICLE | ☐ VICTIM'S VEHICLE | ☐ UNAUTH. USE | ☐ ABANDONED |
|---|---|---|---|---|---|---|---|---|
| NO. | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC | LIS | LIY | LIT | VIN/OAN | | *VALUE |
| VYR | VMA | VMO | | VST | VCO TOP BOTTOM | ☐ VEHICLE LOCKED | ☐ KEYS IN VEHICLE | ☐ HOLD VEHICLE | ☐ RELEASE CONTENTS |

| VEHICLE ASSOC W/ SUSPECT # | VEHICLE ASSOC W/ VICTIM # | | ☐ VEHICLE TOWED | TOWED BY | | OWNERSHIP VERIFIED BY | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER |
|---|---|---|---|---|---|---|---|---|

| STOLEN MOTOR VEHICLE ONLY | NO. STOLEN | AREA STOLEN: ☐ BUSINESS | ☐ RESID. ☐ RURAL | ADDITIONAL DESCRIPTION | | | | PHONE |
|---|---|---|---|---|---|---|---|---|

AUTO INSURANCE NAME (Company) ADDRESS (Street, City, State, Zip)

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE RECOVERED | ☐ STOLEN IN YOUR JURISDICTION WHERE RECOVERED? |
|---|---|---|---|

**PROPERTY**

| *TYPE PROPERTY LOSS (Enter Code Below) | 1 NONE 2 BURNED | 3 COUNTERFEITED/FORGED 4 DESTROYED/DAMAGED/VANDALIZED | 5 STOLEN/ETC. 6 SEIZED | 7 RECOVERED U UNKNOWN | P PHOTO E EVIDENCE | TOTAL VALUE |
|---|---|---|---|---|---|---|
| *LOSS CODE | QUANTITY | DESCRIPTION | | COLOR | *PROP CODE | *VALUE |
| VICT NO | VEH. NO | MAKE/BRAND | MODEL | | | DATE RECOVERED |
| | SERIAL NUMBER | | NCIC NUMBER | OTHER NUMBER | | |
| *LOSS CODE | QUANTITY | DESCRIPTION | | COLOR | *PROP CODE | *VALUE |
| VICT NO | VDH. NO | MAKE/BRAND | MODEL | | | DATE RECOVERED |
| | SERIAL NUMBER | | NCIC NUMBER | OTHER NUMBER | | |
| *LOSS CODE | QUANTITY | DESCRIPTION | | COLOR | *PROP CODE | *VALUE |
| VICT NO | VEH. NO | MAKE/BRAND | MODEL | | | DATE RECOVERED |
| | SERIAL NUMBER | | NCIC NUMBER | OTHER NUMBER | | |

**PROPERTY CODES:**

EXCHANGE MEDIUMS
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums

DOCUMENTS
05 Non-negotiable Instruments
06 Personal Papers
62 Documents/Personal or Business
07 Other Documents

VALUABLES
08 Jewelry/Precious Metals
09 Art Objects Antiques

10 Other Valuables

PERSONAL EFFECTS
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects

HOUSHOLD ITEMS
14 Household Items

EQUIPMENT
15 Drug/Narcotic Equip
16 Gambling Equipment
17 Computer Hardware/Soft
18 Office Equipment
19 Stereo TV Equipment
20 Recordings - Audio Vis
21 Sports Equipment

22 Photographic Equipment
23 Farm Equipment
24 Heavy Construction/Industrial
25 Building Supplies
26 Tools
27 Vehicle Parts/Accessories
57 Aircraft Parts/Accessories
28 School Supplies
58 Artistic Supplies/Accessories
59 Camping/Hunting/Fishing Equipment/Supplies
87 Law Enforcement Equip
88 Lawn/Yard/Garden Equip
69 Logging Equipment
70 Medical/Medical Lab Equip

72 Musical Instruments
73 Portable Electronic Equip
74 Watercraft Equip /Parts/ACC
29 Other Equipment

CONSUMABLE ITEMS
30 Alcohol
31 Drugs/Narcotics
32 Consumable Goods
60 Chemicals
61 Crops
63 Explosives
65 Fuel

ANIMALS
33 Livestock
34 Household Pets

VEHICLES
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Veh
43 Other Motor Veh

WEAPONS
44 Firearms
45 Other Weapons
64 Firearm Accessories

STRUCTURES
46 Single Occupancy
47 Other Dwellings
48 Commercial/Bus
49 Indus /Mfg
50 Public/Comm
51 Storage
52 Other Structure

OTHER
53 Merchandise
54 Other Property
55 Pending Inventory
66 Identity-Intangible
71 Metals, Non-Precious

**NARRATIVE**

(SEE NARRATIVE SUPPLEMENT)

# SUSPECT / ARREST SUPPLEMENT

| ARRESTING AGENCY | INCIDENT NUMBER |
|---|---|
| TRUMBULL COUNTY SHERIFF'S OFFICE | 22-07729 |
| OFFENSE | INCIDENT DATE/TIME |
| DISTURBING A LAWFUL MEETING | 07-07-2022 11:20 |

## NAME/DESCRIPTIVES

VICTIM

NO. 1  ☒ ADULT  ☐ JUVENILE

CHECK APPROPRIATE CATEGORY
☐ SUSPECT  ☐ ARRESTEE  ☒ SUSPECT/ARRESTEE  ☐ RUNAWAY  ☐ MISSING  ☐ OTHER  ☒ CHARGES FILED

NAME (Last, First, Middle)
**FRENCHKO, MICHELLE NICOLE**

ALIAS

GANG AFFILIATION

ADDRESS (Street, Apt., City, State, Zip)

PHONE

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip)

PHONE

PLACE OF BIRTH

D.L.#/STATE

OCCUPATION/SCHOOL

| *AGE/ D.O.B. | AGE RANGE 47 - 47 | *SEX F | *RACE ☐ B ☐ A ☒ W ☐ I ☐ U | *HEIGHT 507 | *WEIGHT 126 | HAIR BRO | EYES BRO |
|---|---|---|---|---|---|---|---|

MARITAL STATUS

SCARS, MARKS, TATTOOS

ADDITIONAL DESCRIPTIVES

SUSPECTED OF USING
☐ ALCOHOL  ☐ DRUGS

POTENTIAL INJURIES?

*RESIDENT STATUS  ☒ 1. RESIDENT  ☐ 2. TOURIST  ☐ 3. MILITARY  ☐ 4. STUDENT  ☐ 5. OTHER (Explain) _____  ☐ 6. UNKNOWN

*ARRESTEE WAS ARMED WITH

ARRESTEE ARMED WITH  1. 99  2. ☐  3. ☐

| 99 NONE | 13B OTHER FULLY AUTOMATIC FIREARM | 16 IMITATION FIREARM | 50 POISON |
|---|---|---|---|
| 11 FIREARM | 14 SHOTGUN | 17 SIMULATED FIREARM | 60 EXPLOSIVES |
| 12 HANDGUN | 15 OTHER FIREARM | 18 BB/PELLET GUN | 65 FIRE/INCENDIARY DEVICE |
| 12A AUTOMATIC HANDGUN | 15A SEMI-AUTOMATIC SPORTING RIFLE | 20 KNIFE/CUTTING INSTRUMENT | 70 DRUGS/NARCS/SLEEPING PILLS |
| 13 RIFLE | 15B SEMI-AUTOMATIC ASSAULT FIREARM | 30 BLUNT OBJECT | 80 OTHER WEAPON |
| 13A FULLY AUTOMATIC | 15C MACHINE PISTOL | 35 MOTOR VEHICLE | U UNKNOWN |
| | | 40 PERSONAL WEAPON | |

## ASSOC. PERSONS

| NAME | ADDRESS (Street, Apt., City, State, Zip) | Phone |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |

## ARREST INFORMATION

| *ARREST/OFFENSE DESCRIPTION | | *ARREST/OFFENSE CODE | *F/M & DEGREE | *WARRANT # | *ARREST LARCENY TYPE |
|---|---|---|---|---|---|
| 1. | DISTURBING A LAWFUL MEETING | 1. 2917.12 | 1. M4S | 1. | 1. | 23A - POCKET PICKING<br>23B - PURSE SNATCHING |
| 2. | | 2. | 2. | 2. | 2. | 23C - SHOPLIFTING<br>23D - THEFT FROM BUILDING |
| 3. | | 3. | 3. | 3. | 3. | 23E - THEFT FROM COIN-OP MACH.<br>23F - THEFT FROM MOTOR VEH. |
| 4. | | 4. | 4. | 4. | 4. | 23G - MOTOR VEH. PARTS/ACCESS.<br>24D - THEFT OF MOTOR VEHICLE |
| 5. | | 5. | 5. | 5. | 5. | 23H - OTHER |

| *ARREST DATE 07-07-2022 | TIME 11:24 | ARREST LOCATION (Street, Apt., City, State, Zip) 160 HIGH ST | | |
|---|---|---|---|---|

| *INCIDENT TRACKING NUMBER 22-07729 | BOOKING NUMBER | *ARREST DISPOSITION | BAIL |
|---|---|---|---|

MIRANDA WITNESSED BY:

TIME READ

☒ FINGERPRINTED  FINGERPRINT CARD NO.  ☐ PHOTOS TAKEN  NO. TAKEN  PHOTO ID NO  FBI/BCI#

MULTIPLE ARRESTEE SEGMENTS INDICATOR
☒ COUNT ARRESTEE  ☐ MULTIPLE INDICATOR  ☐ N/A

*ARREST TYPE
☒ IN PROGRESS  ☐ SUMMONS  ☐ OTHER
☐ COMPLAINANT  ☐ WARRANT  ☐ ORDER OF PROTECTION

## JUVENILE

☐ JUV. PARENT/ GUARDIAN NOTIFIED  DATE/TIME NOTIFIED  NOTIFIED BY  *JUVENILE DISPOSITION  ☐ HANDLED W/IN DEPT  ☐ REFERRED TO OTHER AUTH.

PARENT/GUARDIAN NAME AND ADDRESS (Street, Apt., City, State, Zip)  RELATIONSHIP  PHONE

PARENT/GUARDIAN NAME AND ADDRESS (Street, Apt., City, State, Zip)  RELATIONSHIP  PHONE

## RUNAWAYS /MISSING

☐ PREVIOUS RUNAWAY/ MISSING  DATE OF LAST CONTACT  DATE OF EMANCIPATION  NCIC#  DATE/TIME ENTERED

LAST SEEN WEARING

| REPORTING OFFICER/ARRESTING OFFICER | ROSS, SGT. ROBERT | BADGE NO. 05591 | DATE 07-07-2022 |
|---|---|---|---|
| APPROVING OFFICER | KAINTZ, LT. BRIAN | BADGE NO. 03377 | DATE 07-07-2022 |
| COURT | WARREN MUNICIPAL COURT | | COURT DATE 07-08-2022 |

| **NARRATIVE SUPPLEMENT** | Investigative Narrative........................ ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM | OFFENSE | INCIDENT DATE/TIME |
| STATE OF OHIO | DISTURBING A LAWFUL MEETING | 07-07-2022 11:20 |

On July 07, 2022, Sergeant Wix and I were present in the weekly Trumbull County Commissioners's meeting, held in the Commissioner's Hearing Room, which is located on the fifth floor of the Trumbull County Administration Building, in the city of Warren, Ohio. Sergeant Wix and I were there to provide security for the public meeting, which was scheduled to start at 10:30 am.

During the public meeting, Commissioner Fuda asked the Commissioner's Clerk, Paula J. Vivoda-Klotz, to read a document. While Vivoda-Klotz was speaking, Commissioner Frenchko, who was seated at the Commissioner's desk area, got out of her chair with her cell phone in her hand and walked around the desk and sat in the front row of the public seating area, directly in front of Vivoda-Klotz. While Vivoda-Klotz was speaking, Commissioner Frenchko held her phone up in front of her, as if she was recording, and continuously interrupted Vivoda-Klotz by speaking and making utterances. Commissioner Fuda used his gavel more than once while saying "Point of Order!". Commissioner Fuda told Commissioner Frenchko to allow Vivoda-Klotz to finish speaking, and to stop interrupting her. At one time, Vivoda-Klotz became so visibly upset she had to stop speaking, Commissioner Frenchko said "nice" to her, in a condescending manner. Vivoda-Klotz held a piece of paper in front of her face and turned her chair sideways, then told Commissioner Frenchko she was uncomfortable with her recording her, Commissioner Frenchko then stood up and walked closer to Vivoda-Klotz and told her "if you're uncomfortable being on camera, then you shouldn't be the clerk". Commissioner Frenchko continued to speak over Vivoda-Klotz while she was speaking, which interfered with the meeting. Some of the people from the public were asking Commissioner Frenchko to stop. Commissioner Frenchko then went and sat back in her chair at the Commissioner's desk and continued to speak. Commissioner Fuda used his gavel several more times and told Vivoda-Klotz to move on with the meeting, however, Commissioner Frenchko continued to speak over him. Both Commissioner Cantalamessa, and Commissioner Fuda, told Commissioner Frenchko she was being disruptive. At that time, Sergeant Wix and I approached Commissioner Frenchko, who was seated at the desk, to remove her from the meeting. Sergeant Wix asked Commissioner Frenchko to stand up out of her chair several times before she complied. Commissioner Cantalamessa advised Commissioner Frenchko that she can be removed for disrupting a lawful meeting. Sergeant Wix and I escorted Commissioner Frenchko out of the meeting and into the hallway of the Commissioner's office. Commissioner Frenchko was advised she was being placed under arrest for disturbing a lawful meeting. Sergeant Wix placed a handcuff on Commissioner Frenchko's right wrist as I was asking her to set her phone down (she was holding her cell phone and eyeglasses in her left hand). I had to take her phone and eyeglasses out of

| REASON CLEARED | ☐ DEATH OF OFFENDER | ☐ VICTIM REFUSED TO COORP. | ☐ ARREST - JUVENILE | ☐ CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | ☐ PROSECUTION DECLINED | ☐ JUVENILE/NO CUSTODY | ☐ WARRANT ISSUED | ☐ UNFOUNDED | 07-07-2022 |
| | ☐ EXTRADITION DENIED | ☒ ARREST - ADULT | ☐ INVEST. PENDING | ☐ INVEST. PENDING | |
| REPORTING OFFICER | | | | BADGE NO. | DATE |
| ROSS, SGT. ROBERT | | | | 05591 | 07-07-2022 |
| APPROVING OFFICER | | | | BADGE NO. | DATE |
| KAINTZ, LT. BRIAN | | | | 03377 | 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative............... ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |

her hand because she refused to comply, before placing a handcuff on her left wrist. Once in hand restraints, Commissioner Frenchko advised of several medical conditions, one being Asthma (she stated which is why she was coughing during the meeting), and one being a lack of mobility in her shoulder. I immediately used a second pair of handcuffs, to give her shoulders more mobility. The handcuffs were gapped and double locked. Once the second set of cuffs were on, Commissioner Frenchko did not complain of pain. I asked Commissioner Frenchko if she had any weapons or sharp objects on her, she advised no. Due to the clothing she was wearing, I could not see any weapons so a pat down was not done until it could be done by a female corrections officer in the jail. Sergeant Wix and I escorted Commissioner Frenchko to the elevator, which we took to the first floor. While in the elevator, Commissioner Frenchko told us "this is political", Sergeant Wix advised her that she was being disruptive at the meeting. Once inside the vestibule of the jail (by Central Control), I asked Commissioner Frenchko if her cell phone was done recording for security reasons, she could not record inside the jail. I handed her phone to her, she did something to her phone and said it's not recording and handed it back. Sergeant Wix and I escorted Commissioner Frenchko to booking, and advised Sergeant Nichols to have the medical staff report to booking to check on Commissioner Frenchko, who was walking and speaking to us. Commissioner Frenchko advised she did not have her inhaler, which I offered to retrieve for her if it was back in her office. Commissioner Frenchko asked if she would be staying in jail, I advised her that she would not be staying. I advised Commissioner Frenchko that she will be processed in the jail, then released.

Commissioner Frenchko is being charged with O.R.C. 2917.12-Disturbing a lawful meeting, a misdemeanor of the fourth degree. Commissioner Frenchko was issued a summons to appear in Warren Municipal Court on Friday, July 08, 2022 at 9:00 am.

| REASON CLEARED | DEATH OF OFFENDER ☐ PROSECUTION DECLINED ☐ EXTRADITION DENIED ☐ | VICTIM REFUSED TO COORP ☐ JUVENILE/NO CUSTODY ☐ ARREST - ADULT ☒ | ARREST - JUVENILE ☐ WARRANT ISSUED ☐ INVEST. PENDING ☐ | CLOSED ☐ UNFOUNDED ☐ INVEST. PENDING ☐ | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER ROSS, SGT. ROBERT | | | | BADGE NO. 05591 | DATE 07-07-2022 |
| APPROVING OFFICER KAINTZ, LT. BRIAN | | | | BADGE NO. 03377 | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative................... | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |

On July 7, 2022, I was performing security during the public commissioner meeting.

During the lawful meeting and a reading of an official document by Clerk Paula Vivoda-Klotz , Commissioner Frenchko removed herself from her commissioners's desk and sat in the first row of the general seating public side of the room and continued recording the reading of the document with her cell phone. While the clerk was reading the document, Frenchko began to verbally interrupt the clerk to the point where she became visibly emotional and tried to hide her face with the document while reading , Frenchko then got up from the chair and approached Paula where she was seated and continued to record even when Paula turned her chair to avoid the disruption. Commissioner Fuda warned Frenchko numerous times to stop being distributive by calling a point of order and banging his gavel, in which she did not comply. Frenchko was given ample opportunity to stop her disruptive behavior, even more opportunity than the general public who attends would be afforded. When Frenchko returned to her designated seat at the commissioner's desk, she continued to be disruptive. Deputies then approached Frenchko at her desk, and escorted her from the meeting. When exiting the meeting room Frenchko stated the she has asthma and did not have her inhaler I ask Frenchko if she needed medical attention and if she did the Jail has a full medical staff to check her. Frenchko did not appear to be in any way under duress of her medical ailments. Frenchko was placed under arrest for ORC 2917.12 Disturbing a Lawful meeting. When Frenchko was being placed in handcuffs she stated she has a medical issue with her shoulders. Deputies then placed 2 sets of cuffs linked together to make her comfortable. Frenchko was then transported to the Trumbull County Jail and served a summons to appear in Warren Municipal Court on Friday July 8, 2022 at 0900.

| REASON CLEARED | DEATH OF OFFENDER PROSECUTION DECLINED EXTRADITION DENIED | VICTIM REFUSED TO COORP. JUVENILE/NO CUSTODY ARREST - ADULT | ARREST - JUVENILE WARRANT ISSUED INVEST. PENDING | CLOSED UNFOUNDED INVEST. PENDING | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER WIX, SGT. HAROLD | | | | BADGE NO. 03378 | DATE 07-07-2022 |
| APPROVING OFFICER KAINTZ, LT. BRIAN | | | | BADGE NO. 03377 | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ⊠ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM | OFFENSE | INCIDENT DATE/TIME |
| STATE OF OHIO | DISTURBING A LAWFUL MEETING | 07-07-2022 11:20 |

On Thursday, July 7, 2022 Detective Wayne Mackey and I were informed of an incident that just occurred in the Commissioner's Hearing at a meeting.

Mackey and I interviewed two witnesses that were present during the meeting.

We spoke to clerk Paula Vivoda-Klotz in reference to the incident. The entire interview was captured on my audio recorder and it was saved to my work station. FOR EXACT WORDING AND PHRASING PLEASE REFER TO THE AUDIO RECORDING. Below is a brief synopsis of our interview with Paula.

Paula stated that she was instructed by Commissioner Frank Fuda to read a letter out loud at the end of the meeting. Paula stated that Commissioner Nikki Frenchko was filming the meeting with her cell phone on face book live and continued to film her reading the letter. At one point Frenchko got up out of her seat at the bench and went to the first row of public seating and continued to film Paula reading the letter. Frenchko made comments while filming Paula stating "oh it's hard for you, you shouldn't be the clerk if you can't have a camera on you". Paula stated that made her very uncomfortable, nervous and stressed out because Frenchko has filmed Paula many times in the past at meetings on face book live and said some "not so nice things" that the public and her family have seen. Paula remembers Frenchko getting up from the chair and moving closer (approx. 5 ft or less) to her from the side, at that point Paula stated she wanted to run. While Paula continued to read the letter she could hear Frenchko making comments to people while she was filming her. Paula stated that she took a deep breath and Fuda told to her continue to read the letter. Paula stated her voice was cracking from the stress but she finished reading the letter.

Paula stated that approximately ten people were present for the meeting. Paula stated during the meeting she saw the deputies come up to Frenchko and heard loud talking and arguing but did not want to see what was going on.

We spoke to Patricia Wyatt in reference to the incident. The entire interview was captured on my audio recorder and it was saved to my work station. FOR EXACT WORDING AND PHRASING PLEASE REFER TO THE AUDIO RECORDING. Below is a brief synopsis of our interview with Patricia.

Patricia stated that Paula read a letter in response to a subject that Commissioner Frenchko brought up at a prior meeting. According to Patricia while Paula was reading the letter Frenchko was filming her with her phone.

| REASON CLEARED | DEATH OF OFFENDER | VICTIM REFUSED TO COORP | ARREST - JUVENILE | CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | PROSECUTION DECLINED | JUVENILE/NO CUSTODY | WARRANT ISSUED | UNFOUNDED | 07-07-2022 |
| | EXTRADITION DENIED | ☒ ARREST - ADULT | INVEST. PENDING | INVEST. PENDING | |
| REPORTING OFFICER | | | | BADGE NO. | DATE |
| MARCELLO, DET JOLENE | | | | 02079 | 07-07-2022 |
| APPROVING OFFICER | | | | BADGE NO. | DATE |
| KAINTZ, LT. BRIAN | | | | 03377 | 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative..................... ☒ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |

Frenchko exited her chair at the bench and walked over to the first row of the
public seating, sat down in the chair and continued to hold her phone up and
film Paula while she was reading the letter. Patricia stated that Frenchko was
approximately 8' feet away from Paula at that point. Frenchko then got up from
the chair and walked to the side of Paula approximately 3' feet away as she
continued to film Paula reading the letter. Patricia stated that she could tell that
Paula was clearly upset while Frenchko was filming her.

Patricia believed there were approximately ten or more people present during
the hearing. Patricia stated that there were two deputies present. The deputies
took Frenchko out the door that leads into the office. Patricia stated that
someone told her she was getting handcuffed so she went out into the hallway
and took a picture of Frenchko in handcuffs.

| REASON CLEARED | ☐ DEATH OF OFFENDER ☐ PROSECUTION DECLINED ☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COORP ☐ JUVENILE/NO CUSTODY ☒ ARREST - ADULT | ☐ ARREST - JUVENILE ☐ WARRANT ISSUED ☐ INVEST. PENDING | ☐ CLOSED ☐ UNFOUNDED ☐ INVEST. PENDING | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER | MARCELLO, DET JOLENE | | | BADGE NO. 02079 | DATE 07-07-2022 |
| APPROVING OFFICER | KAINTZ, LT. BRIAN | | | BADGE NO. 03377 | DATE 07-07-2022 |

**IMAGE SUPPLEMENT**

| | INCIDENT NUMBER |
|---|---|
| | 22-07729 |

| VICTIM | OFFENSE | INCIDENT DATE/TIME |
|---|---|---|
| STATE OF OHIO | DISTURBING A LAWFUL MEETING | 07-07-2022 11:20 |



22-07729.pdf