IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

NIKI FRENCHKO,  :

      Plaintiff,  :  Case No. 4:23-cv-00781

vs.  :  Judge J. Philip Calabrese

PAUL MONROE, *et al.*,  :

      Defendants.  :

## DECLARATION OF HAROLD WIX

1. My name is Harold Wix, and I make this Declaration upon personal knowledge, and I am competent to testify herein;

2. I have been a law enforcement officer for approximately 26 years;

3. I am currently employed as a deputy sheriff with the Trumbull County Sheriff's Office;

4. I have been employed with the Trumbull County Sheriff's Office since 1997;

5. I am currently a day shift supervisor for road patrol;

6. Prior to and including July 7, 2022, I did not have any personal relationship with Niki Frenchko, Frank Fuda or Mauro Cantalamessa;

7. Prior to and including July 7, 2022, I did not have any feelings of friendship or animus toward Niki Frenchko, Frank Fuda or Mauro Cantalamessa;

8. I did know that Commissioner Fuda was the presiding commissioner. My understanding is that the presiding commissioner keeps the meeting in order;

9. I did not ever text Niki Frenchko, Frank Fuda or Mauro Cantalamessa. I did not recall ever speaking with Niki Frenchko, Frank Fuda or Mauro Cantalamessa on the phone;

1

10. Prior to July 7, 2022, I had not worked a security detail for a Trumbull County Commissioners' meeting;

11. In fact, I was not originally scheduled to work security at the Commissioners' meeting on July 7, 2022. I was working my normal duties of road patrol when I was told to report to the Commissioners' meeting by 10:30 a.m. by Lt. Kaintz because he [Lt. Kaintz] was unable to attend the meeting;

12. The Trumbull County Commissioners held a public meeting on July 7, 2022;

13. Prior to the Commissioners' meeting on July 7, 2022, I did not know that Niki Frenchko made statements critical of Sheriff Paul Monroe and/or jail medical care. I did not know that Sheriff Monroe had authored a letter responding to Ms. Frenchko's criticisms;

14. About 30-40 minutes into the meeting, Commissioner Fuda asked the Commissioners' clerk, Paula Vivoda-Klotz to read a document into the record;

15. Ms. Vivoda-Klotz began reading the document into the record;

16. At this time, Sgt. Ross and I were seated along the back wall of the Commissioners' hearing room on opposite sides from one another;

17. While Ms. Vivoda-Klotz was reading the document into the record, Ms. Frenchko left her seat on the dais and sat down in the first row of the public seating area;

18. Shortly after moving to the public seating area in front of the clerk, Ms. Frenchko began interrupting the clerk's reading of the document into the record;

19. I saw and heard Ms. Frenchko interrupt the reading of the document into the record at least four times. That is, Ms. Frenchko began speaking over the clerk and the clerk had to stop reading the document;

2

20. Commissioner Fuda repeatedly asked Ms. Frenchko to stop interrupting and speaking over the clerk;

21. The clerk, Ms. Vivoda-Klotz became visibly upset;

22. The clerk tried to hide her face from being recorded by Ms. Frenchko, so Ms. Frenchko stood up and moved closer to the clerk to continue recording her;

23. I could hear members of the public who were at the meeting asking Ms. Frenchko to stop her behavior;

24. At this point, Deputy Ross and I stood up from our chairs, and we stood next to each other in the back of the room;

25. Ms. Frenchko continued to try and speak over the clerk;

26. When the clerk finished reading the document into the record, Ms. Frenchko returned to her seat on the dais;

27. Ms. Frenchko began speaking after she sat down. After speaking for about a minute, Commissioner Cantalamessa and Commissioner Fuda told Ms. Frenchko that she was being disruptive;

28. Commissioner Fuda attempted to move on with the meeting, but Ms. Frenchko simply continued to speak over him;

29. From my perspective, Ms. Frenchko was disrupting the meeting. She repeatedly interrupted the clerk while the clerk was attempting to read a document into the record and then, when the presiding commissioner wanted to move on with the meeting, she just ignored him and kept talking;

30. At that time, Sgt. Ross and I made the decision to remove Ms. Frenchko from the meeting;

31. I got behind Ms. Frenchko's chair, told her she was being disruptive and asked her to stand up;

32. Ms. Frenchko did not stand up right away. I repeated my request for her to stand up. I pulled her chair a couple of inches out;

33. Ms. Frenchko then stood up on her own and was directed to leave the Commissioners' Hearing Room which she did;

34. Neither myself nor Sgt. Ross touched Ms. Frenchko at all in the Commissioners' Hearing Room;

35. In the hallway outside the Commissioners' Hearing Room, Sgt. Ross and I placed Ms. Frenchko under arrest for disrupting a lawful meeting;

36. I placed a handcuff on Ms. Frenchko's right wrist as Sgt. Ross was asking her to set her phone down;

37. Sgt. Ross placed a handcuff on her left wrist;

38. Ms. Frenchko stated that she had asthma and did not have her inhaler. I offered to call paramedics, but Ms. Frenchko did not request the paramedics;

39. Ms. Frenchko told us about a mobility issue with her shoulder;

40. I told Ms. Frenchko that the jail's medical staff would evaluate her;

41. Ms. Frenchko then complained that the handcuffs were too tight. In response to that complaint, Sgt. Ross did two things: First, he used my fingers to check the gap between Ms. Frenchko's wrist and the handcuffs. He was able to fit a full finger in between the handcuffs and her wrists which, based on my training, is an accepted technique to check for tightness. Second, he then added a second set of handcuffs so that Ms. Frenchko's arms would not be behind her back—they would be by her side. Double cuffing relieves pressure on the shoulders. After double

cuffing Ms. Frenchko, Sgt. Ross asked her: "Is that better?" She responded, "Yes." She had no further complaints regarding the handcuffs;

42. Sgt. Ross and I escorted Ms. Frenchko to the Trumbull County Jail without incident;

43. We advised Ms. Frenchko that she would be processed at the jail and then released;

44. After taking Ms. Frenchko to the jail, Sgt. Ross and I returned to the Sheriff's Office to complete our report and fill out the criminal complaint. A true and accurate copy of our report is attached hereto as Exhibit A;

45. Sgt. Ross and I made the decision to arrest Ms. Frenchko on our own. Nobody before, during or after the meeting on July 7, 2023 ever told us or directed us to arrest Ms. Frenchko;

46. Ms. Frenchko was arrested for her interruptive and disruptive conduct, not the content of her interruptions. I did not even hear or pay attention to most of what she was saying while she was interrupting;

47. Sgt. Ross signed a criminal complaint for disrupting a public meeting. The complaint was submitted to the Warren Municipal Court for filing along with a copy of our arrest report;

48. The prosecutor never spoke to me about the case at all. The prosecutor never told me about any order to preserve text messages;

49. I do not recall ever being sued before;

50. I did not know that I needed to preserve all of my text messages with other deputies;

51. I know that there were no text messages to or from me about arresting Ms. Frenchko prior to the meeting on July 7, 2022 because (1) nobody ever told me to arrest Ms. Frenchko and

(2) Sgt. Ross and I did not make the decision to arrest Ms. Frenchko until moments before we actually arrested her;

52. To the extent that there were any text messages after Ms. Frenchko's arrest, (1) I do not specifically recall any and (2) I did not specifically delete any;

53. The phone that I had on the date of Ms. Frenchko's arrest is not the same phone that I have now. My previous phone was not working well, so I bought a new one. The technician at the store where I purchased the new phone set up the new phone for me including transferring any text messages. I do not know how to change the settings in my phone to change the retention of text messages. After my deposition in this case, my attorney showed me the settings on my phone which revealed that text messages were set to delete after one year. I did not change the settings on my phone;

54. I declare on this 20th day of October, 2023, under penalty of perjury that the foregoing is true and correct.

_____
Harold Wix

# CFS SUMMARY

| | | |
|---|---|---|
| **INCIDENT NUMBER** | | 22-07729 |

## DESCRIPTIVES

| CFS# | RECEIVED DATE/TIME | INCIDENT DATE/TIME |
|---|---|---|
| 22-07729 | 07-07-2022 11:24 | 07-07-2022 11:20 AM |

**ACTIVITY:** UNKNOWN PROBLEM
**OTHER CONTACTS:**
**CALL ORIGIN:** 10 DIGIT LINE
**RP/DS:**
**DISPATCHER:** 0 -
**RESPONSE:**
**DISPOSITION:** ARREST MADE

## CALLER

**NAME:** FRENCHKO, MICHELE NICOLE
**ADDRESS:** [redacted]
**CALL BACK:**
**PHONE:**

## LOCATION

**ADDRESS:** 160 HIGH ST NW WARREN, OH 44481
**LOCATION:** TRUMBULL COUNTY ADMINISTRATION
**TOWNSHIP:** WARREN TOWNSHIP
**GRID:** CENTER
**PATROL AREA:** CENTER

## CALL DESCRIPTION

CALL TAKEN BY: 0
DISPATCHED BY: 0
07/07/2022 11:24:53 - TALBERINI - 17: 1 F21
07/07/2022 11:52:01 - SOROSS - PERSON BY SSN [redacted]
07/07/2022 11:55:08 - 05591 - 17, FEMALE TRANSPORTED TO TCAJC BY 12 AND 17
07/07/2022 11:56:12 - 05591 - 17, STATUS:ARM
07/07/2022 11:59:17 - TALBERINI - // FEM NEG CITY //

## DISPATCHED UNITS

| AGENCY | UNIT | OFFICER | DISPATCH | ENROUTE | ONSCENE | CLEAR | MINUTES |
|---|---|---|---|---|---|---|---|
| TCSO | 05591 | ROSS, SGT. ROBERT | 11:24 | 11:24 | 11:24 | 11:56 | 32 |
| TCSO | 03378 | WIX, SGT. HAROLD | 11:24 | 11:24 | 11:24 | 11:59 | 35 |
| TCSO | 9030 | CULLER, DANIEL | 11:24 | 11:24 | 11:24 | 11:56 | 32 |

**INCIDENT NUMBER:** 22-07729

# CFS PEOPLE SUPPLEMENT — TRUMBULL COUNTY SHERIFF'S OFFICE

| Field | Value |
|---|---|
| CDC# | 22-07729 |
| RECEIVED DATE / TIME | 07-07-2022 11:24 |
| CD Call Type | |

## PERSON 1
- Name Type:
- Name: FRENCHKO, MICHELE NICOLE
- Address: [redacted]
- Phone:
- Date of Birth: [redacted]
- Driver Lic #: [redacted]
- State: OH
- Height: 507
- Weight: 126
- Hair: BROWN
- Eyes: BROWN
- Gender: FEMALE
- Race:
- Complexion:
- Build:
- Employer Name:
- Employer Phone:

## PERSON 2
- Name Type: POLICE OFFICER
- Name: 17, UNIT
- (remaining fields blank)

## PERSON 3
(blank)

## PERSON 4
(blank)

## PERSON 5
(blank)

## PERSON 6
(blank)

## PERSON 7
(blank)

CFS PEOPLE SUPPLEMENT — TRUMBULL COUNTY SHERIFF'S OFFICE

# OHIO UNIFORM INCIDENT REPORT

**ADMINISTRATIVE**

AGENCY NAME: TRUMBULL COUNTY SHERIFF'S OFFICE
CALL NUMBER:
*GEO CODE: WARREN
*INCIDENT NUMBER-INVESTIGATIVE NUMBER: 22-07729

TOD 11:24
TOA 11:24
TOC 12:00

☐ INCIDENT (NON-CRIMINAL)
☒ OFFENSE
☐ SUPPLEMENT

*CLEARANCES
A ☐ Death of Suspect — G ☐ Arrest - Juvenile
B ☐ Prosecution Declined — H ☐ Warrant Issued
C ☐ In Custody of Other Jurisd. — I ☐ Invest Pending
D ☐ Victim Refused to Coop. — J ☐ Closed
E ☐ Juvenile/No Custody — K ☐ Unfounded
F ☒ Arrest - Adult — U ☐ Unknow

*CLEARANCE DATE: 07-07-2022 — CLEARED BY: 05591

Printed: 04-28-2023 10:32

| | *REPORT DATE/TIME | | | | *INCIDENT OCCURED FROM | | | | *INCIDENT OCCURED TO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 07 | 07 | 2022 | 11:22 | 07 | 07 | 2022 | 11:20 | 07 | 07 | 2022 | 11:24 |

INCIDENT LOCATION (Street, Apt. City, State, Zip): 160 HIGH ST NW, WARREN, OH 44481

**OFFENSE**

| *OFFENSE | *OFFENSE CODE | *A/C | *F/M & DEG. | *HATE/BIAS | *LARCENY | *CNT | *TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|---|---|
| 1. DISTURBING A LAWFUL MEETING | 1. 2917.12 | C | M4 | N | | 1 | 1. __ 2. __ 3. __ |
| 2. | 2. | | | | | | 1. __ 2. __ 3. __ |
| 3. | 3. | | | | | | 1. __ 2. __ 3. __ |
| 4. | 4. | | | | | | 1. __ 2. __ 3. __ |
| 5. | 5. | | | | | | 1. __ 2. __ 3. __ |

(Enter up to three for each offense)
B - Buying/Rec.
C - Cultivating/Mfg./Pub.
D - Distributing/Selling
E - Exploiting Children
O - Oper/Promoting/Ass.
P - Possessing/Concealing
T - Transp/Transmitting
U - Using/Consuming

*LOCATION OF OFFENSE (Enter up to two)

1. 07 2. __

RESIDENTIAL STRUCTURE: 01 Single Family Home; 02 Multiple Dwelling; 03 Residential Facility; 04 Other Residential; 05 Garage/Shed
PUBLIC ACCESS BLDGS.: 06 Transit Facility; 07 Government Office; 08 School; 09 College; 67 Library; 10 Church; 11 Hospital; 12 Jail/Prison; 13 Parking Garage; 14 Other Public Access Buildings
COMMERCIAL LOCATIONS: 15 Auto Shop; 16 Financial Institution; 17 Barber/Beauty Shop; 18 Hotel/Motel; 19 Dry Cleaners/Laundry; 20 Professional Office; 21 Doctor's Office; 22 Other Business Office; 23 Amusement Center; 24 Rental Storage Facility; 25 Other Commercial Service; 56 ATM Machine Separate from Bank; 59 Daycare Facility
RETAIL: 26 Bar; 27 Buy/Sell/Trade Shop; 28 Restaurant; 29 Gas Station; 30 Auto Sales Lot; 31 Jewelry Store; 32 Clothing Store; 33 Drugstore; 34 Liquor Store; 35 Shopping Mall; 36 Sporting Goods; 37 Grocery/Supermarket; 38 Variety/Convenience; 39 Department Store; 40 Other Retail Store; 41 Factory/Mill/Plant; 42 Other Building
OUTSIDE: 43 Yard; 44 Construction Site; 45 Lake/Waterway; 46 Fields/Woods; 47 Street; 48 Parking Lot; 49 Park/Playground; 50 Cemetery; 51 Public Transit Vehicle; 52 Other Outside Location; 57 Camp/Campground; 64 Rest Area
OTHER: 53 Abandoned / Condemned Structure; 55 Arena / Stadium Fairgrounds/Coliseum; 58 Cargo Container; 60 Dock/Wharf/Freight/ Modal Terminal; 61 Farm Facility; 62 Gambling Facility/ Casino/Race Track; 63 Military Installation; 65 Shelter-Mission/ Homeless; 66 Tribal Lands; 77 Other

*SUSPECTED OF USING
☐ A ALCOHOL
☐ D DRUGS
☐ C COMPUTER EQUIPMENT
☒ N NOT APPLICABLE

*TYPE WEAPON/FORCE USED
1. 99 2. __ 3. __
(Enter up to Three Codes)

*METHOD OF ENTRY: ☐ FORCE ☐ NO FORCE
*NO. PREMISES ENTERED:

*METHOD OF ENTRY - MOTOR VEHICLE THEFT
☐ 01 MOTOR RUNNING/KEYS IN CAR ☐ 02 UNLOCKED ☐ 03 DUPLICATE KEY USED ☐ 04 WINDOW BROKEN ☐ 05 TOWED
☐ 06 HOT WIRE ☐ 07 SLIM JIM/COAT HANGER ☐ 08 TUMBLERS REMOVED ☐ 09 COLUMN PEELED ☐ 10 IGNITION PEELED

*METHOD OF ENTRY - BURGLARY/B & E
ENTRY/EXIT: ☐ 1. BASEMENT ☐ ☐ 2. 1st FLOOR ☐ ☐ 3. 2nd FLOOR ☐ ☐ 4. OTHER ☐
ENTRY/EXIT: ☐ 1. DOOR ☐ ☐ 2. WINDOW ☐ ☐ 3. GARAGE ☐ ☐ 4. SKYLIGHT ☐ ☐ 5. OTHER ☐
ENTRY/EXIT: ☐ 1. FRONT ☐ ☐ 2. SIDE ☐ ☐ 3. REAR ☐ ☐ 4. ROOF ☐ ☐ 5. OTHER ☐

METHODS OF OPERATION:
CARGO THEFT ☐ Y ☐ N

**VICTIM**

*NO. 1 — *TOTAL VICTIMS 1 — *VICTIM TYPE: ☐ I INDIVIDUAL ☐ B BUSINESS ☐ F FINANCIAL INSTITUTION ☐ G GOVERNMENT ☐ P POLICE OFFICER (IN THE LINE OF DUTY) ☐ R RELIGIOUS ORGANIZATION ☒ S SOCIETY ☐ U UNKNOWN ☐ O OTHER

NAME (Last, First, Middle): STATE OF OHIO — PHONE:
ADDRESS (Street, Apt., City, State, Zip): — PHONE:
EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip):
*AGE/ D.O.B — *SEX — *RACE ☐ B ☐ A ☐ W ☐ I ☐ U — HEIGHT — WEIGHT — HAIR — EYES
OCCUPATION — *RESIDENT STATUS: ☐ RESIDENT ☐ TOURIST ☐ MILITARY ☐ STUDENT ☐ OTHER ☐ UNKNOWN
☐ VICTIM INJURED — IF INJURED DESCRIBE INJURIES:
*AGG. ASLT/HOMICIDE CIR. — *VICTIM/SUSPECT RELATIONSHIP 0 __ 1 __ 2 __ 3 __ 4 __ 5 __ — *VICTIM/OFFENSE LINK 2917.12

My signature verifies that the information on this report is accurate and true — DATE ______

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| ROSS, SGT. ROBERT | 05591 | 07-07-2022 |
| **APPROVING OFFICER** | **BADGE NO.** | **DATE** |
| KAINTZ, LT. BRIAN | 03377 | 07-07-2022 |

☐ FOLLOW UP — If yes, follow-up assignment

ADDITIONAL SUPPLEMENTS: ☐ VICTIM/WITNESS ☒ SUSPECT/ARRESTEE ☐ PROPERTY ☒ NARRATIVE ☐ STATEMENTS ☒ OTHER
FORM RECEIVED BY: ☐ INVESTIGATION ☐ INTELLIGENCE ☐ RECORDS
SPECIAL COPIES

INCIDENT NUMBER 22-07729

# INCIDENT REPORT - PART 2

**INCIDENT NUMBER:** 22-07729
**OFFENSE:** DISTURBING A LAWFUL MEETING
**INCIDENT DATE/TIME:** 07-07-2022 11:20

## REPORTEE

**NO.** 1
**NAME (Last, First, Middle):** FRENCHKO, MICHELE NICOLE
**AGE/D.O.B:**
**ADDRESS (Street, Apt., City, State, Zip):** [redacted]
**PHONE:**
**EMPLOYER NAME AND ADDRESS:**
**PHONE:**

☐ STATEMENTS OBTAINED
**TYPE:** ☐ WRITTEN  ☐ ORAL  ☐ TAPED  ☐ OTHER

## VEHICLE

**CHECK CATEGORIES:** ☐ STOLEN  ☐ RECOVERED  ☐ IMPOUNDED  ☐ RECEIVED  ☐ SUSPECT'S VEHICLE  ☐ VICTIM'S VEHICLE  ☐ UNAUTH. USE  ☐ ABANDONED

(vehicle fields blank)

## PROPERTY

**TYPE PROPERTY LOSS** (Enter Code Below):
1 NONE  2 BURNED  3 COUNTERFEITED/FORGED  4 DESTROYED/DAMAGED/VANDALIZED  5 STOLEN/ETC.  6 SEIZED  7 RECOVERED  U UNKNOWN  P PHOTO  E EVIDENCE

(property fields blank)

### PROPERTY CODES:

**EXCHANGE MEDIUMS**
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums

**DOCUMENTS**
05 Non-Negotiable Instruments
06 Personal Papers
62 Documents/Personal or Business
07 Other Documents

**VALUABLES**
08 Jewelry/Precious Metals
09 Art Objects, Antiques
10 Other Valuables

**PERSONAL EFFECTS**
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects

**HOUSEHOLD ITEMS**
14 Household Items

**EQUIPMENT**
15 Drug/Narcotic Equip.
16 Gambling Equipment
17 Computer Hardware/Soft.
18 Office Equipment
19 Stereo TV Equipment
20 Recordings - Audio Vis
21 Sports Equipment
22 Photographic Equipment
23 Farm Equipment
24 Heavy Construction/Industrial
25 Building Supplies
26 Tools
27 Vehicle Parts/Accessories
57 Aircraft Parts/Accessories
28 School Supplies
58 Artistic Supplies/Accessories
59 Camping/Hunting/Fishing Equipment/Supplies
67 Law Enforcement Equip.
68 Lawn/Yard/Garden Equip.
69 Logging Equipment
70 Medical/Medical Lab Equip.
72 Musical Instruments
73 Portable Electronic Equip
74 Watercraft Equip./Parts/ACC
29 Other Equipment

**CONSUMABLE ITEMS**
30 Alcohol
31 Drugs/Narcotics
32 Consumable Goods
60 Chemicals
61 Crops
63 Explosives
65 Fuel

**ANIMALS**
33 Livestock
34 Household Pets

**VEHICLES**
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Veh.
43 Other Motor Veh.

**WEAPONS**
44 Firearms
45 Other Weapons
64 Firearm Accessories

**STRUCTURES**
46 Single Occupancy
47 Other Dwellings
48 Commercial/Bus.
49 Indus./Mfg
50 Public/Comm.
51 Storage
52 Other Structure

**OTHER**
53 Merchandise
54 Other Property
55 Pending Inventory
66 Identity-Intangible
71 Metals, Non-Precious

## NARRATIVE

(SEE NARRATIVE SUPPLEMENT)

# SUSPECT / ARREST SUPPLEMENT

**ARRESTING AGENCY:** TRUMBULL COUNTY SHERIFF'S OFFICE
**INCIDENT NUMBER:** 22-07729
**OFFENSE:** DISTURBING A LAWFUL MEETING
**INCIDENT DATE/TIME:** 07-07-2022 11:20

## NAME/DESCRIPTIVES

- **NO.:** 1
- **ADULT** [X]  JUVENILE [ ]
- SUSPECT [ ]  ARRESTEE [ ]  SUSPECT/ARRESTEE [X]  RUNAWAY [ ]  MISSING [ ]  OTHER [ ]  CHARGES FILED [X]
- **NAME (Last, First, Middle):** FRENCHKO, MICHELLE NICOLE
- **ALIAS:**
- **GANG AFFILIATION:**
- **ADDRESS:** [redacted]
- **PHONE:**
- **EMPLOYER NAME AND ADDRESS:**
- **PHONE:**
- **PLACE OF BIRTH:**
- **D.L.#/STATE:** [redacted]
- **OCCUPATION/SCHOOL:**
- **AGE/D.O.B:** [redacted]
- **AGE RANGE:** 47 - 47
- **SEX:** F
- **RACE:** W [X]
- **HEIGHT:** 507
- **WEIGHT:** 126
- **HAIR:** BRO
- **EYES:** BRO
- **MARITAL STATUS:**
- **SCARS, MARKS, TATTOOS:**
- **ADDITIONAL DESCRIPTIVES:**
- **SUSPECTED OF USING:** ALCOHOL [ ]  DRUGS [ ]
- **POTENTIAL INJURIES?:**
- **RESIDENT STATUS:** 1. RESIDENT [X]  2. TOURIST [ ]  3. MILITARY [ ]  4. STUDENT [ ]  5. OTHER [ ]  6. UNKNOWN [ ]
- **ARRESTEE WAS ARMED WITH:**
- **ARRESTEE ARMED WITH:** 1. 99  2.  3.

Armed with codes:
- 99 NONE
- 11 FIREARM
- 12 HANDGUN
- 12A AUTOMATIC HANDGUN
- 13 RIFLE
- 13A FULLY AUTOMATIC
- 13B OTHER FULLY AUTOMATIC FIREARM
- 14 SHOTGUN
- 15 OTHER FIREARM
- 15A SEMI-AUTOMATIC SPORTING RIFLE
- 15B SEMI-AUTOMATIC ASSAULT FIREARM
- 15C MACHINE PISTOL
- 16 IMITATION FIREARM
- 17 SIMULATED FIREARM
- 18 BB/PELLET GUN
- 20 KNIFE/CUTTING INSTRUMENT
- 30 BLUNT OBJECT
- 35 MOTOR VEHICLE
- 40 PERSONAL WEAPON
- 50 POISON
- 60 EXPLOSIVES
- 65 FIRE/INCENDIARY DEVICE
- 70 DRUGS/NARCS/SLEEPING PILLS
- 80 OTHER WEAPON
- U UNKNOWN

## ASSOC. PERSONS

| # | NAME | ADDRESS | Phone |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

## ARREST INFORMATION

| # | ARREST/OFFENSE DESCRIPTION | ARREST/OFFENSE CODE | F/M & DEGREE | WARRANT # | ARREST LARCENY TYPE |
|---|---|---|---|---|---|
| 1. | DISTURBING A LAWFUL MEETING | 2917.12 | M4S | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

Larceny types:
- 23A - POCKET PICKING
- 23B - PURSE SNATCHING
- 23C - SHOPLIFTING
- 23D - THEFT FROM BUILDING
- 23E - THEFT FROM COIN-OP MACH.
- 23F - THEFT FROM MOTOR VEH.
- 23G - MOTOR VEH. PARTS/ACCES.
- 240 - THEFT OF MOTOR VEHICLE
- 23H - OTHER

- **ARREST DATE:** 07-07-2022
- **TIME:** 11:24
- **ARREST LOCATION:** 160 HIGH ST
- **INCIDENT TRACKING NUMBER:** 22-07729
- **BOOKING NUMBER:**
- **ARREST DISPOSITION:**
- **BAIL:**
- **MIRANDA WITNESSED BY:**
- **TIME READ:**
- **FINGERPRINTED** [X]
- **FINGERPRINT CARD NO.:**
- **PHOTOS TAKEN** [ ]
- **NO. TAKEN:**
- **PHOTO ID NO.:**
- **FBI/BCI#:**
- **MULTIPLE ARRESTEE SEGMENTS INDICATOR:** COUNT ARRESTEE [X]  MULTIPLE INDICATOR [ ]  N/A [ ]
- **ARREST TYPE:** IN PROGRESS [X]  COMPLAINANT [ ]  WARRANT [ ]  SUMMONS [ ]  ORDER OF PROTECTION [ ]  OTHER [ ]

## JUVENILE

- **JUV. PARENT/GUARDIAN NOTIFIED:** [ ]
- **DATE/TIME NOTIFIED:**
- **NOTIFIED BY:**
- **JUVENILE DISPOSITION:**
- HANDLED W/IN DEPT. [ ]
- REFFERRED TO OTHER AUTH. [ ]
- **PARENT/GUARDIAN NAME AND ADDRESS:**
- **RELATIONSHIP:**
- **PHONE:**
- **PARENT/GUARDIAN NAME AND ADDRESS:**
- **RELATIONSHIP:**
- **PHONE:**

## RUNAWAYS/MISSING

- PREVIOUS RUNAWAY/MISSING [ ]
- DATE OF LAST CONTACT:
- DATE OF EMANCIPATION:
- NCIC#:
- DATE/TIME ENTERED:
- LAST SEEN WEARING:

---

- **REPORTING OFFICER/ARRESTING OFFICER:** ROSS, SGT. ROBERT  — **BADGE NO.:** 05591  — **DATE:** 07-07-2022
- **APPROVING OFFICER:** KAINTZ, LT. BRIAN  — **BADGE NO.:** 03377  — **DATE:** 07-07-2022
- **COURT:** WARREN MUNICIPAL COURT  — **COURT DATE:** 07-08-2022

| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |

On July 07, 2022, Sergeant Wix and I were present in the weekly Trumbull County Commissioners's meeting, held in the Commissioner's Hearing Room, which is located on the fifth floor of the Trumbull County Administration Building, in the city of Warren, Ohio. Sergeant Wix and I were there to provide security for the public meeting, which was scheduled to start at 10:30 am.

During the public meeting, Commissioner Fuda asked the Commissioner's Clerk, Paula J. Vivoda-Klotz, to read a document. While Vivoda-Klotz was speaking, Commissioner Frenchko, who was seated at the Commissioner's desk area, got out of her chair with her cell phone in her hand and walked around the desk and sat in the front row of the public seating area, directly in front of Vivoda-Klotz. While Vivoda-Klotz was speaking, Commissioner Frenchko held her phone up in front of her, as if she was recording, and continuously interrupted Vivoda-Klotz by speaking and making utterances. Commissioner Fuda used his gavel more than once while saying "Point of Order!". Commissioner Fuda told Commissioner Frenchko to allow Vivoda-Klotz to finish speaking, and to stop interrupting her. At one time, Vivoda-Klotz became so visibly upset she had to stop speaking, Commissioner Frenchko said "nice" to her, in a condescending manner. Vivoda-Klotz held a piece of paper in front of her face and turned her chair sideways, then told Commissioner Frenchko she was uncomfortable with her recording her, Commissioner Frenchko then stood up and walked closer to Vivoda-Klotz and told her "if you're uncomfortable being on camera, then you shouldn't be the clerk". Commissioner Frenchko continued to speak over Vivoda-Klotz while she was speaking, which interfered with the meeting. Some of the people from the public were asking Commissioner Frenchko to stop. Commissioner Frenchko then went and sat back in her chair at the Commissioner's desk and continued to speak. Commissioner Fuda used his gavel several more times and told Vivoda-Klotz to move on with the meeting, however, Commissioner Frenchko continued to speak over him. Both Commissioner Cantalamessa, and Commissioner Fuda, told Commissioner Frenchko she was being disruptive. At that time, Sergeant Wix and I approached Commissioner Frenchko, who was seated at the desk, to remove her from the meeting. Sergeant Wix asked Commissioner Frenchko to stand up out of her chair several times before she complied. Commissioner Cantalamessa advised Commissioner Frenchko that she can be removed for disrupting a lawful meeting. Sergeant Wix and I escorted Commissioner Frenchko out of the meeting and into the hallway of the Commissioner's office. Commissioner Frenchko was advised she was being placed under arrest for disturbing a lawful meeting. Sergeant Wix placed a handcuff on Commissioner Frenchko's right wrist as I was asking her to set her phone down (she was holding her cell phone and eyeglasses in her left hand). I had to take her phone and eyeglasses out of

| REASON CLEARED | ☐ DEATH OF OFFENDER | ☐ VICTIM REFUSED TO COORP. | ☐ ARREST - JUVENILE | ☐ CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | ☐ PROSECUTION DECLINED | ☐ JUVENILE/NO CUSTODY | ☐ WARRANT ISSUED | ☐ UNFOUNDED | 07-07-2022 |
| | ☐ EXTRADITION DENIED | ☒ ARREST - ADULT | ☐ INVEST. PENDING | ☐ INVEST. PENDING | |

| REPORTING OFFICER | ROSS, SGT. ROBERT | BADGE NO. 05591 | DATE 07-07-2022 |
|---|---|---|---|
| APPROVING OFFICER | KAINTZ, LT. BRIAN | BADGE NO. 03377 | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM **STATE OF OHIO** | OFFENSE **DISTURBING A LAWFUL MEETING** | INCIDENT DATE/TIME 07-07-2022 11:20 |

her hand because she refused to comply, before placing a handcuff on her left wrist. Once in hand restraints, Commissioner Frenchko advised of several medical conditions, one being Asthma (she stated which is why she was coughing during the meeting), and one being a lack of mobility in her shoulder. I immediately used a second pair of handcuffs, to give her shoulders more mobility. The handcuffs were gapped and double locked. Once the second set of cuffs were on, Commissioner Frenchko did not complain of pain. I asked Commissioner Frenchko if she had any weapons or sharp objects on her, she advised no. Due to the clothing she was wearing, I could not see any weapons so a pat down was not done until it could be done by a female corrections officer in the jail. Sergeant Wix and I escorted Commissioner Frenchko to the elevator, which we took to the first floor. While in the elevator, Commissioner Frenchko told us "this is political", Sergeant Wix advised her that she was being disruptive at the meeting. Once inside the vestibule of the jail (by Central Control), I asked Commissioner Frenchko if her cell phone was done recording for security reasons, she could not record inside the jail. I handed her phone to her, she did something to her phone and said it's not recording and handed it back. Sergeant Wix and I escorted Commissioner Frenchko to booking, and advised Sergeant Nichols to have the medical staff report to booking to check on Commissioner Frenchko, who was walking and speaking to us. Commissioner Frenchko advised she did not have her inhaler, which I offered to retrieve for her if it was back in her office. Commissioner Frenchko asked if she would be staying in jail, I advised her that she would not be staying. I advised Commissioner Frenchko that she will be processed in the jail, then released.

Commissioner Frenchko is being charged with O.R.C. 2917.12-Disturbing a lawful meeting, a misdemeanor of the fourth degree. Commissioner Frenchko was issued a summons to appear in Warren Municipal Court on Friday, July 08, 2022 at 9:00 am.

| REASON CLEARED | ☐ DEATH OF OFFENDER<br>☐ PROSECUTION DECLINED<br>☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COORP.<br>☐ JUVENILE/NO CUSTODY<br>☒ ARREST - ADULT | ☐ ARREST - JUVENILE<br>☐ WARRANT ISSUED<br>☐ INVEST. PENDING | ☐ CLOSED<br>☐ UNFOUNDED<br>☐ INVEST. PENDING | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER | ROSS, SGT. ROBERT | | | BADGE NO. 05591 | DATE 07-07-2022 |
| APPROVING OFFICER | KAINTZ, LT. BRIAN | | | BADGE NO. 03377 | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative.................. ☐ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM<br>**STATE OF OHIO** | OFFENSE<br>**DISTURBING A LAWFUL MEETING** | INCIDENT DATE/TIME<br>07-07-2022 11:20 |

On July 7, 2022, I was performing security during the public commissioner meeting.

During the lawful meeting and a reading of an official document by Clerk Paula Vivoda-Klotz , Commissioner Frenchko removed herself from her commissioners's desk and sat in the first row of the general seating public side of the room and continued recording the reading of the document with her cell phone. While the clerk was reading the document, Frenchko began to verbally interrupt the clerk to the point where she became visibly emotional and tried to hide her face with the document while reading , Frenchko then got up from the chair and approached Paula where she was seated and continued to record even when Paula turned her chair to avoid the disruption.  Commissioner Fuda warned Frenchko numerous times to stop being distributive by calling a point of order and banging his gavel,  in which she did not comply.  Frenchko was given ample opportunity to stop her disruptive behavior, even more opportunity than the general public who attends would be afforded. When Frenchko returned to her designated seat at the commissioner's desk, she continued to be disruptive. Deputies then approached Frenchko at her desk, and escorted her from the meeting. When exiting the meeting room Frenchko stated the she has asthma and did not have her inhaler I ask Frenchko if she needed medical attention and if she did the Jail has a full medical staff to check her.  Frenchko did not appear to be in any way under duress of her medical ailments.  Frenchko was placed under arrest for ORC 2917.12 Disturbing a Lawful meeting. When Frenchko was being placed in handcuffs she stated she has a medical issue with her shoulders. Deputies then placed 2 sets of cuffs linked together to make her comfortable.  Frenchko was then transported to the Trumbull County Jail and served a summons  to appear in Warren Municipal Court on Friday July 8, 2022 at 0900.

| REASON CLEARED | ☐ DEATH OF OFFENDER<br>☐ PROSECUTION DECLINED<br>☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COORP.<br>☐ JUVENILE/NO CUSTODY<br>☒ ARREST - ADULT | ☐ ARREST - JUVENILE<br>☐ WARRANT ISSUED<br>☐ INVEST. PENDING | ☐ CLOSED<br>☐ UNFOUNDED<br>☐ INVEST. PENDING | DATE CLEARED<br>07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER | **WIX, SGT. HAROLD** | | | BADGE NO.<br>03378 | DATE<br>07-07-2022 |
| APPROVING OFFICER | **KAINTZ, LT. BRIAN** | | | BADGE NO.<br>03377 | DATE<br>07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☒ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME 07-07-2022 11:20 |

On Thursday, July 7, 2022 Detective Wayne Mackey and I were informed of an incident that just occurred in the Commissioner's Hearing at a meeting.

Mackey and I interviewed two witnesses that were present during the meeting.

We spoke to clerk Paula Vivoda-Klotz in reference to the incident. The entire interview was captured on my audio recorder and it was saved to my work station. FOR EXACT WORDING AND PHRASING PLEASE REFER TO THE AUDIO RECORDING. Below is a brief synopsis of our interview with Paula.

Paula stated that she was instructed by Commissioner Frank Fuda to read a letter out loud at the end of the meeting. Paula stated that Commissioner Nikki Frenchko was filming the meeting with her cell phone on face book live and continued to film her reading the letter. At one point Frenchko got up out of her seat at the bench and went to the first row of public seating and continued to film Paula reading the letter. Frenchko made comments while filming Paula stating "oh it's hard for you, you shouldn't be the clerk if you can't have a camera on you". Paula stated that made her very uncomfortable, nervous and stressed out because Frenchko has filmed Paula many times in the past at meetings on face book live and said some "not so nice things" that the public and her family have seen. Paula remembers Frenchko getting up from the chair and moving closer (approx. 5 ft or less) to her from the side, at that point Paula stated she wanted to run. While Paula continued to read the letter she could hear Frenchko making comments to people while she was filming her. Paula stated that she took a deep breath and Fuda told to her continue to read the letter. Paula stated her voice was cracking from the stress but she finished reading the letter.

Paula stated that approximately ten people were present for the meeting. Paula stated during the meeting she saw the deputies come up to Frenchko and heard loud talking and arguing but did not want to see what was going on.

We spoke to Patricia Wyatt in reference to the incident. The entire interview was captured on my audio recorder and it was saved to my work station. FOR EXACT WORDING AND PHRASING PLEASE REFER TO THE AUDIO RECORDING. Below is a brief synopsis of our interview with Patricia.

Patricia stated that Paula read a letter in response to a subject that Commissioner Frenchko brought up at a prior meeting. According to Patricia while Paula was reading the letter Frenchko was filming her with her phone.

| REASON CLEARED | ☐ DEATH OF OFFENDER ☐ PROSECUTION DECLINED ☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COORP. ☐ JUVENILE/NO CUSTODY ☒ ARREST - ADULT | ☐ ARREST - JUVENILE ☐ WARRANT ISSUED ☐ INVEST. PENDING | ☐ CLOSED ☐ UNFOUNDED ☐ INVEST. PENDING | DATE CLEARED 07-07-2022 |
|---|---|---|---|---|---|
| REPORTING OFFICER | MARCELLO, DET JOLENE | | BADGE NO. 02079 | | DATE 07-07-2022 |
| APPROVING OFFICER | KAINTZ, LT. BRIAN | | BADGE NO. 03377 | | DATE 07-07-2022 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☒ | INCIDENT NUMBER 22-07729 |
|---|---|---|
| VICTIM **STATE OF OHIO** | OFFENSE **DISTURBING A LAWFUL MEETING** | INCIDENT DATE/TIME 07-07-2022 11:20 |

Frenchko exited her chair at the bench and walked over to the first row of the public seating, sat down in the chair and continued to hold her phone up and film Paula while she was reading the letter. Patricia stated that Frenchko was approximately 8' feet away from Paula at that point. Frenchko then got up from the chair and walked to the side of Paula approximately 3' feet away as she continued to film Paula reading the letter. Patricia stated that she could tell that Paula was clearly upset while Frenchko was filming her.

Patricia believed there were approximately ten or more people present during the hearing. Patricia stated that there were two deputies present. The deputies took Frenchko out the door that leads into the office. Patricia stated that someone told her she was getting handcuffed so she went out into the hallway and took a picture of Frenchko in handcuffs.

| REASON CLEARED | ☐ DEATH OF OFFENDER | ☐ VICTIM REFUSED TO COORP. | ☐ ARREST - JUVENILE | ☐ CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | ☐ PROSECUTION DECLINED | ☐ JUVENILE/NO CUSTODY | ☐ WARRANT ISSUED | ☐ UNFOUNDED | 07-07-2022 |
| | ☐ EXTRADITION DENIED | ☒ ARREST - ADULT | ☐ INVEST. PENDING | ☐ INVEST. PENDING | |
| REPORTING OFFICER | **MARCELLO, DET JOLENE** | | BADGE NO. 02079 | DATE 07-07-2022 | |
| APPROVING OFFICER | **KAINTZ, LT. BRIAN** | | BADGE NO. 03377 | DATE 07-07-2022 | |

| IMAGE SUPPLEMENT | | | INCIDENT NUMBER | 22-07729 |
|---|---|---|---|---|
| VICTIM | STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME | 07-07-2022 11:20 |

22-07729.pdf

| IMAGE SUPPLEMENT | | | INCIDENT NUMBER | 22-07729 |
|---|---|---|---|---|
| VICTIM | STATE OF OHIO | OFFENSE DISTURBING A LAWFUL MEETING | INCIDENT DATE/TIME | 07-07-2022 11:20 |