**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | Case No. 4:23-cv-781 |
| | : | |
| Plaintiff, | : | |
| v. | : | Judge J. Philip Calabrese |
| | : | |
| PAUL MONROE, *et al.*, | : | Notice of Manual Filing |
| | : | |
| Defendants. | : | |

Please take notice that Defendants have manually filed the following document or thing: Commissioner's 5th Floor Hearing Room Video of July 7, 2022, identified as Defendants' Exhibit N. This recording has not been filed electronically because the document or thing cannot be converted to an electronic format compatible with the electronic filing system. The recording has been manually served on all parties.

s/ Daniel T. Downey
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH  43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda*

/s/ Andrew N. Yosowitz (per consent 10-24-23)
Andrew N. Yosowitz (0075306)
Matthew S. Teetor (0087009)
Teetor Westfall, LLC

200 E. Campus View Blvd. Suite 200
Columbus, OH  43235
(614) 412-4000 – Telephone
(614) 412-9012 – Facsimile
ayosowitz@teetorlaw.com
mteetor@teetorlaw.com
*Counsel for Defendants Harold Wix
and Robert Ross*