Filed in Warren Municipal Court on: 07/08/2022 06:42 AM

☒ Summons and Complaint—Crim. R. 3 & 4
☐ Minor Misdemeanor Citation—Crim R. 4.1

Trumbull County Sheriff's Office
150 High St. NE
Warren, Ohio 44481
330-675-2508

22CRB1240

__WARREN MUNICIPAL__ Court __WARREN__ Twp. / City Trumbull County, Ohio.

THE STATE OF OHIO
Trumbull County Sheriff's Office
v.
__MICHELE NICOLE FRESCAKO__
(Name of Defendant)
__170 KENILWORTH AVE SE WARREN OH 44483__
(Street address)   (City, State, Zip code)

Court Case # _____
DOC _____ Page _____
DOB [redacted]   Sex __F__
DLN [redacted]   State __OH__

## SUMMONS

You are ordered to appear at __9__ am/pm on __July 08__, 20__22__ in the __WARREN__ County/Municipal Court located at __141 SOUTH ST. WARREN OH__ Trumbull County, Ohio.

If you fail to appear at this time and place a warrant may be issued for your arrest.
This summons personally served on defendant on __July 07__, 20__22__.

## COMPLAINT

On or about __July 07__, 20__22__ at __11:20__ am/pm at __160 HIGH St. NW WARREN__ City/Township Trumbull County, Ohio you unlawfully:

☐ 2925.11 (MM) (M4) (M3) (M2) (M1) Possessed a drug of abuse, to wit: _____
☐ 2925.14 (MM) (M4) Possessed drug paraphernalia, to wit: _____
☐ 2925.12 (M2) (M1) Possessed a drug abuse instrument, to wit: _____
☐ 4301.62 (MM) Possessed an open container of an alcoholic beverage in a motor vehicle / public, to wit: _____
☐ 2921.31 (M2) Obstructed Official Business: impeded a public official in the performance of their lawful duties
☐ 2917.11 (MM) (M4) Disorderly Conduct: recklessly causing inconvenience, annoyance, or alarm to another.
☐ 2921.33 (M2) Resisting Arrest: Recklessly or by force, resisted or interfered with a lawful arrest of the person or another.
☒ __ORC 2917.12 (M4) DISTURBING A LAWFUL MEETING__
☐ _____

Case No. 22CRB1240
Date 10-18-23

Warren Municipal Court CERTIFICATION
I hereby certify that the above entry is a true and correct copy of the above entitled case, according to the records of the Warren Municipal Court, Warren, Ohio.

_____/s/_____ Deputy Clerk

__Sgt. R. R— #17__ (signature of Issuing-charging Officer) Being duly sworn the issuing-charging law enforcement officer states that he has read the above complaint and that it is true.

__Sgt. R. R— #17__ (signature of Issuing-charging Officer)

Sworn to and subscribed before me by __Sgt. Robert Ross__ on __July 7__, 20__22__.

[Notary Seal: DEANNA SCHUYLER, Notary Public, State of Ohio, My Commission Expires 07/09/2026]

__/s/__ (Judge/Clerk/Deputy Clerk) __Trumbull__ (County / Municipal Court)
Notary Public _____ My Commission expires __7/9__, 20__26__.

NOTICE TO DEFENDANT: The officer is not required to swear to the complaint upon your copy of the summons and complaint. He swears to the complaint on the copy he files with the court. You may obtain a copy of the sworn complaint before hearing time. You will be given a copy of the sworn complaint before or at the hearing. For information regarding your duty to appear call _____.