# WARREN MUNICIPAL COURT
## PROBABLE CAUSE CHECKLIST

**NAME:** MICHELE N FRENCHKO    **CASE NO.:** 2022 CRB 001240

**To be signed by individual making probable cause decision.**

☒     <u>Jurisdiction</u>: Does the complaint allege the offense was committed within the jurisdiction of the Warren Municipal Court?

☒     <u>Identity</u>: Does the complaint allege the name, date of birth, and sex of the defendant?

☒     <u>Statute</u>: Does the complaint allege the code or ordinance section of the applicable statute?

☒     <u>Facts</u>: Does the complaint contain a statement of facts indicating the defendant violated the Statute/Ordinance cited?

☒     <u>Reason</u>: Does the complaint/statement of facts indicate how the complainant/officer obtained the facts recited either from personal knowledge, knowledge gained from other officers, or knowledge gained from a reliable informant or citizen?

☐     <u>Question</u>: Does the complaint/statement of facts contain the complainant/officer's answer to this question: "What makes you think the defendant committed the offense charged?"

OR    *Margaret M. Scott*

_____    _____
JUDGE /MAGISTRATE    CLERK/DEPUTY CLERK

    July 8, 2022
_____    _____
Date    Date

Case No. 22CRB1240
Date 10-18-23

Warren Municipal Court CERTIFICATION
I hereby certify that the above entry is a true and correct copy of the above entitled case, according to the records of the Warren Municipal Court, Warren, Ohio.
Margaret M. Scott, Clerk

*[signature]* Deputy Clerk