IN THE WARREN MUNICIPAL COURT
TRUMBULL COUNTY, OHIO

STATE OF OHIO

    PLAINTIFF

VS

MICHELE N. FRENCHKO

    DEFENDANT

CASE NUMBER 2022 CRB 1240

JUDGE MARK FROST

<u>ORDER</u>

Upon motion of the State of Ohio and for good cause shown, the court hereby dismisses this case without prejudice. at State's cost.

/s/ Judge Mark Frost

IT IS SO ORDERED.

Case No. 22 CRB 1240
Date 10-18-23

Warren Municipal Court CERTIFICATION
I hereby certify that the above entry is a true and correct copy of the above entitled case, according to the records of the Warren Municipal Court, Warren, Ohio.
Margaret M. Scott, Clerk

_____ Deputy Clerk

3