IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

OCT 2 7 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

NIKI FRENCHKO, :

        Plaintiff, :    Case No. 4:23-cv-00781

*vs.* :    Judge J. Philip Calabrese

PAUL MONROE, *et al.*, :

        Defendants. :

## JOINT VIDEO AND AUDIO EXHIBITS FOR MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Section 16 of the Court's Electronic Filing Policies and Procedures Manual and the Manual Filing Tip Sheet for Attorneys, the parties jointly submit the following videos as Exhibits from/for their cross-motions for summary judgment. (See Docs. 47 and 50, respectively). The parties stipulate that the video and audio recordings are authentic. The following video and audio recordings are included on the enclosed flash drives[1]:

(1) Cell phone video of Plaintiff's arrest recorded by Niki Frenchko on July 7, 2022 hereinafter "Frenchko Cell Phone Video."[2]

(2) Audio recording of the Trumbull County Commissioners' July 7, 2022 meeting hereinafter "July 7, 2022 Meeting Audio."

(3) July 7, 2022 surveillance video of the Trumbull County Commissioner's Hearing Room from 11:10 a.m. to 11:21:30 a.m. hereinafter "Hearing Room Video."

(4) July 7, 2022 surveillance video of the Trumbull County Administration Building's 5th Floor Elevator from 11:23:48 a.m. to 11:25 a.m. hereinafter "Elevator Video."

---

[1] There are two copies: one for the Clerk of Courts and a courtesy copy for Judge Calabrese.

[2] The Frenchko Cell Phone Video plays best with VLC Media Player. A copy of VLC Media Player is enclosed. For reasons unknown to the undersigned, when Windows Media Player is used, the video and audio are not in synch.

(5) July 7, 2022 surveillance video the Trumbull County Administration Building's 1st Floor South Entrance from 11:25 a.m. to 11:26 a.m. hereinafter "South Entrance Video"

(6) Trumbull County Jail Holding Cell video recorded on July 7, 2022 from 11:32 a.m. to 12:25:30 p.m. hereinafter "Holding Cell Video."[3]

(7) Trumbull County Jail Pre-Intake video recorded on July 7, 2022 from 12:25:59 p.m. to 12:38:10 p.m. hereinafter "Pre-Intake Video."

(8) Trumbull County Jail Pre-Intake Vestibule and Scan Room video recorded on July 7, 2022 from 12:37:59 p.m. to 12:40:50 p.m. hereinafter "Vestibule and Scan Room Video"

(9) Trumbull County Jail Fingerprinting video recorded on July 7, 2022 from 12:40:40 p.m. to 12:51:10 p.m. hereinafter "Fingerprinting Video"

(10) Trumbull County Jail Departure video recorded on July 7, 2022 from 12:51:04 p.m. to 12:53:46 p.m. hereinafter "Departure Video."

(11) Cell phone video of meeting recorded on March 9, 2023 hereinafter "March 9th Meeting Video".

(12) Video clip of the May 18, 2022 Trumbull County Commissioners' Meeting #1, Gavel;

(13) Video clip of the May 18, 2022, Trumbull County Commissioners' meeting #2, Ending

(14) Video clip of the August 10, 2022 Trumbull County Commissioners' Meeting #1;

(15) Video clip of the August 10, 2022 Trumbull County Commissioners' Meeting #2;

(16) A video clip of a citizen public statement from a Trumbull County Commissioners' Meeting hereinafter "Salsa Dancing Video."

---

[3] All of the videos from the Trumbull County Jail can be played with the included "SmartClient-Player." To use, double-click on the folder holding the video e.g. "Holding Cell Video" or "Pre-Intake" and then double-click on "SmartClient-Player."

Respectfully submitted,

*[signature]* 0075306

Andrew N. Yosowitz, trial counsel (0075306)
Matthew S. Teetor            (0087009)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000 | Fax (614) 412-9012
email: ayosowitz@teetorlaw.com
mteetor@teetorlaw.com
*Attorneys for Defendants Harold Wix and Robert Ross*

*Don Downey per email authority*

Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda.*

*Matt Miller-Novak per email authority*

Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

*David Betras per authority*

David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484

Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, a copy of the foregoing was sent to the following

via U.S. Mail, postage prepaid:

Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe,
Trumbull County, Trumbull County Board of
Commissioners, Trumbull County Sheriff's Office,
Mauro Cantalamessa, and Frank Fuda.*

Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com
*Attorneys for Plaintiff*

Andrew N. Yosowitz, trial counsel (0075306)