UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF NIKI FRENCHKO'S MOTION FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Niki Frenchko moves this Court for oral argument on the Motions for Summary Judgment.  Because the issues on some of the matters addressed in this Action are complex, and the Action addresses the validity of an Ohio statute and matters of great public importance, Plaintiff Frenchko submits that an oral argument is warranted.

Respectfully Submitted,

*/s/ Matt Miller-Novak*
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

1

*/s/ David J. Betras*
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I served notice of this Motion on all of Defendants' Counsel on this 16th day of November, 2023.

*/s/ Matt Miller-Novak*