# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF NIKI FRENCHKO'S NOTICE OF MANUAL FILING OF EXHIBIT 2

Please take notice that Plaintiff Niki Frenchko has manually filed the following document or thing: Video footage of the March 9, 2023 Budget Meeting where Defendant Monroe seizes Frenchko's phone, identified as Exhibit 2.  This video has not been filed electronically because it cannot be converted to an electronic format compatible with the electronic filing system.  This video has been manually served on all parties.

Respectfully Submitted,

***/s/ Matt Miller-Novak***
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com

1

*/s/ David J. Betras*
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that I served notice of this manual filing and exhibits on Defendants' Counsel via this Court's electronic filing and notification system on November 21, 2023.

*/s/ Matt Miller-Novak*