(/live-stream)
WATCH NOW: 21 News 6 P.M. Weekends



(/)
(weather)

NEWS

# Commissioner Frenchko accuses Trumbull County Sheriff of attempting to unlawfully seize phone

Sheriff Monroe said he felt Frenchko recording him to be an invasion of his privacy and that he had 'every right' to move the phone.

Thursday, March 9th 2023, 2:47 PM EST
Updated:   Thursday, March 9th 2023, 5:54 PM EST

By **Zach Mosca**

By **Leslie Huff**



Trumbull County Commissioner, Niki Frenchko has accused Trumbull County Sheriff, Paul Monroe of unlawfully attempting to seize her phone while doing a live stream.

During a live stream of a public meeting held Thursday, Frenchko was asking questions about financial spending during the meeting.

When Sheriff Monroe begins speaking, Frenchko points her phone at him. The video shows Sheriff Monroe getting up out of his chair and approaching Frenchko followed by the phone falling.

"You don't do that. That was so inappropriate. You have no respect for boundaries," Frenchko said.

21 News spoke to Sheriff Monroe who denies slapping the phone from Frenchko and instead alleges that Frenchko initiated the incident by slapping him causing her phone to go flying. Monroe tells 21 News he has no plans on pressing assault charges on Frenchko.

21 News has requested any surveillance video of the meeting in order to review any other angles that may exist of the incident.

The video shows Monroe's hand moving towards the camera lens followed by the phone falling. Monroe appears to be trying to reach for the phone in the video.

Sheriff Monroe also said that he felt Frenchko recording him to be an invasion of his privacy and that he had "every right" to move the phone.

Monroe went on to tell us that he doesn't want to participate in "[Frenchko's] social media fiasco she puts on every week."

However, Frenchko tells us her recording this meeting was nothing out of the ordinary and that she always records public meetings both for the sake of transparency and for her own personal safety and that she was not breaking any laws by recording.

11/12/23, 5:57 PM
Commissioner Frenchko accuses Trumbull County Sheriff of attempting... | WFMJ.com
Case: 4:23-cv-00781-JPC Doc #: 54-3 Filed: 11/21/23 3 of 9. PageID #: 1450

"This is just further demonstration that we have a sheriff elected right now, who doesn't respect the Constitution, and seizing property, as he acknowledged to you that he did, and throwing it down is something that's illegal. And he should know that as a law enforcement officer," Frenchko said.

Frenchko went on to say that she has consulted Attorney, Dave Betras and is determining whether or not to pursue legal action.

"I absolutely support law enforcement and what they do, but I don't support the conduct of the sheriff, Frenchko said.

# Have a news tip for 21-WFMJ? (mailto:news@wfmj.com?subject=NEWS%20TIP%20Email%20from%20Viewer)

## 21 News Anytime, Anywhere.

**Download the app**

 (https://apps.apple.com/us/app/wfmj-21-news-sports-weather/id719525074)

 (https://play.google.com/store/apps/details?id=com.mobdub.channel.WFMJ&hl=en_US)

**Watch on TV**

 (https://channelstore.roku.com/search/wfmj)

(https://www.amazon.com/s?k=wfmj&i=mobile-apps&ref=nb_sb_noss_2/)

(https://apps.apple.com/us/app/wfmj-21-news-sports-weather/id719525074)

**Connect on social media**

 (https://www.facebook.com/21WFMJ/)   (https://twitter.com/21WFMJNews)

 (https://www.instagram.com/wfmj)

## MOST POPULAR 

**STORIES**     **VIDEOS**

[One taken to the hospital after shooting in Hubbard](https://www.wfmj.com/story/...-shooting-in-hubbard)

[Warren mother of 4 killed in shooting, warrant issued for teen suspect](https://www.wfmj.com/story/...-warrant-issued-for-teen-suspect)

[Smith Township man booked in Mahoning Co. Jail on aggravated murder charge](https://www.wfmj.com/story/...-aggravated-murder-charge)

[Car veers off road, ends up in Austintown backyard](https://www.wfmj.com/story/...-austintown-backyard)

[Marijuana passage could put area K9s on chopping block](https://www.wfmj.com/story/...-k9s-on-chopping-block)

[Historic site in Warren gets new life](https://www.wfmj.com/story/...-historic-site-in-warren-gets-new-life)

# Upcoming Events

Thu, Nov 30 @5:00pm    Sponsored

**Nosh & Knowledge - The December Dilemma**

Youngstown, OH    mi

Sun, Nov 12 @7:00pm

**THE TENORS Now and Forever Tour**

Robins Theatre
Sun, Nov 12 @1:00pm

**Pokemon On The Go (Ages 8+)**

Youngstown, OH
Sun, Nov 12 @12:00pm

**MODEL RR OPEN HOUSE**

Youngstown Model Railroad Assn.
Sun, Nov 12 @4:00pm

**Night at the Races**

Sat, Nov 18 @10:00am    Sponsored

**Brookfield WarriorWinterfest**

Brookfield High School

See All Events (https://www.wfmj.com/calendar/)    Add Your Event (https://portal.cityspark.com/EventEntry/EventEntry/wfmj)



11/12/23, 5:57 PM
Commissioner Frenchko accused Trumbull County Sheriff of attempting | WFMJ.com
Case: 4:23-cv-00781-JPC Doc #: 54-3 Filed: 11/21/23 6 of 9. PageID #: 1453



## NATIONAL NEWS



(https://www.wfmj.com/story/49987907/bestselling-spiritual-author-marianne-williamson-presses-on-with-against-the-odds-presidential-run)

### Bestselling spiritual author Marianne Williamson presses on with against-the-odds presidential run

US Rhodes scholars selected through in-person interviews for the first time since COVID pandemic

Police arrest Los Angeles man in connection with dismembered body, missing wife and in-laws (/story/49967082/police-arrest-los-angeles-man-in-connection-with-dismembered-body-missing-wife-and-in-laws)

Pope Francis removes a leading US conservative critic as bishop of Tyler, Texas (/story/49916527/pope-francis-removes-a-leading-us-conservative-critic-as-bishop-of-tyler-texas)

Texas police officer and suspect killed in a shooting; two other people were found dead (/story/49866932/texas-police-officer-and-suspect-killed-in-a-shooting-two-other-people-were-found-dead)

Former NFL cornerback D.J. Hayden and 5 others killed in crash in downtown Houston (/story/49872641/former-nfl-cornerback-dj-hayden-and-5-others-killed-in-crash-in-downtown-houston)

# OHIO/PA NEWS

(https://www.wfmj.com/story/49982637/escapee-captured-after-9-days-when-dog-bark-alerted-couple-pleads-guilty-in-pennsylvania)



### Escapee captured after 9 days when dog bark alerted couple pleads guilty in Pennsylvania

Feed Our Valley: Uniting East Palestine through food distribution (/story/49985568/feed-our-valley-uniting-east-palestine-through-food-distribution)

Voters elect Democrat Cherelle Parker as Philadelphia's 100th mayor and the 1st woman (/story/49916167/voters-elect-democrat-cherelle-parker-as-philadelphias-100th-mayor-and-the-1st-woman)

Voters in Pennsylvania to elect Philadelphia mayor, Allegheny County executive (/story/49915186/voters-in-pennsylvania-to-elect-philadelphia-mayor-allegheny-county-executive

Police say a gunman fired 22 shots into a Cincinnati crowd, killing a boy and wounding 5 others (https://www.wfmj.com/story/49951522/police-say-a-gunman-fired-22-shots-into-a-cincinnati-crowd-killing-a-boy-and-wounding-5-others)

A Pennsylvania nurse is accused of killing 4 patients, injuring others with high doses of insulin (https://www.wfmj.com/story/49944185/a-pennsylvania-nurse-is-accused-of-killing-4-patients-injuring-others-with-high-doses-of-insulin)

# ENTERTAINMENT


(https://www.wfmj.com/story/49931537/valley-veterans-day-event-listing-and-special-offers-for-those-who-served)

### Valley Veteran's Day event listing and special offers for those who served

Huey Lewis rom-com musical 'The Heart of Rock & Roll' finds a stage on Broadway in spring (https://www.wfmj.com/story/49928394/huey-lewis-rom-com-musical-the-heart-of-rock-roll-finds-a-stage-on-broadway-in-spring)

Sharon scarecrow contest winners revealed (https://www.wfmj.com/story/49931353/sharon-scarecrow-contest-winners-revealed)

New Canfield hotels holding grand opening (https://www.wfmj.com/story/49913563/new-canfield-hotels-holding-grand-opening)

Electric bike rental company proposes two new Downtown Youngstown charging stations (https://www.wfmj.com/story/49921014/electric-bike-rental-company-proposes-two-new-downtown-youngstown-charging-stations)

Matthew Perry, Emmy-nominated 'Friends' star, dead at 54 (https://www.wfmj.com/story/49908256/matthew-perry-emmy-nominated-friends-star-dead-at-54)



## News Apps


(https://apps.apple.com/us/app/wfmj-21-news-sports-weather/id719525074)


(https://play.google.com/store/apps/details?id=com.mobdub.channel.WFMJ&hl=en_US)

All content © copyright WFMJ.com News weather sports for Youngstown-Warren Ohio.
**WFMJ | 101 W. Boardman Street | Youngstown, OH 44503**
All Rights Reserved. For more information on this site, please read our Privacy Policy (/story/18990/privacy-policy), Terms of Service (/story/18991/terms-of-service), and Ad Choices (http://www.aboutads.info/choices).

(https://www.franklymedia.com)