**Matthew E. Miller-Novak**

| | |
|---|---|
| **From:** | Matthew E. Miller-Novak |
| **Sent:** | Thursday, March 2, 2023 10:07 AM |
| **To:** | William J. Danso; commissioners@co.trumbull.oh.us; prosecutor@co.trumbull.oh.us; Jason M. Toth |
| **Subject:** | RE: Public Records Request _ Niki Frenchko |

To Whom it May Concern,

I represent Niki Frenchko, and I am requesting the following public records on her behalf. I understand that there are numerous requests, but you will easily notice that some of these requests are simpler than others, and I expect that the simpler requests are fulfilled as soon as they are available.

In addition to your duty to produce these records promptly under Ohio law, I will remind you of your client's duty to promptly inform the requester if any record is unavailable or you object to its production under some exemption. I appreciate your attention to these requests.

<u>**Definition of "communication" as used in this Request**</u>: Communication in these Requests includes any tangible form of communications, whether written, video, audio, email, text message, social media messaging, or sticky notes and other papers and writings.

1. Communication between Gary Newbrough, Frank Fuda, Mauro Cantalamessa, Denny Mulluy, or Matt Blair related mentioning Niki and/or Frenchko sent between January 1, 2021 and the present.
2. Any communications between any Commissioner, Commissioners' office staff, the County Auditor, and the County Auditor's staff mentioning or relating to the County budget preparation sent between October 1, 2021, and the present.
3. Any and all communications related to Niki Frenchko's requests for meetings related to the budget, information related to the budget, or any other of Niki Frenchko's communications about the budget sent between October 1, 2021, and the present.
4. A copy of all of Niki Frenchko's public records requests to staff at the county, including but not limited to her requests to the sanitary engineer, Human Resources department, and commissioners' office staff, between January 1, 2022, to the present.
5. Any communication between Shara Taylor, any commissioner, and other staff or elected officials involving commissioner Frenchko's laptop or request for a laptop between January 1, 2022, and the present.
6. Any and all meeting minutes for the Commissioners' "workshops" occurring between January 1, 2022, and the present.
7. Trumbull County's records retention policies in place between January 1, 2022, and the present.
8. A roster of the officials on the Records Commission.
9. A copy of all meeting notices of the Records Commission between January 1, 2020, and the present.
10. A copy of all meeting minutes of the Records Commission created between January 1, 2020, and the present.

11. A copy of all notices for any meetings of the County Budget Commission held between January 1, 2020, and the present.
12. A copy of all meeting minutes for the meetings of the County Budget Commission between January 1, 2020, and the present.
13. Any and all employment applications that the County received for any position in the County's Human Resources Department between January 1, 2020, and the present.
14. A copy of any resolutions controlling or regulating the Commissioners' public meetings regarding the rules of order and rules of public participation in place between January 1, 2022, and the present.
15. Any and all employment applications that the County received for any position in the County's Administrative offices between January 1, 2020, and the present.
16. Any and all drafts, as well as the final copy, of Commissioner meeting agendas between January 1, 2021, and the present.
17. Any and all communications between Mauro Cantalamessa and Denny Mulloy mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
18. Any and all communications between Mauro Cantalamessa and Sheriff Monroe mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
19. Any and all communications between Denny Mulloy and Sheriff Monroe mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
20. Any and all communications sent between Sargent Robert Ross and Denny Mulloy mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
21. Any and all communications sent between Sargent Harold Wix and Denny Mulloy mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
22. Any and all communications sent between Denny Mulloy and Mauro Cantalamessa mentioning "human resources" or "employment application" sent between January 1, 2023, and the present.
23. Any and all communications sent between Mauro Cantalamessa and Sheriff Monroe mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.
24. Any and all communications between Sheriff Monroe and Sargent Harold Wix mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.
25. Any and all communications sent between Sheriff Monroe and Sargent Robert Ross mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.
26. Any and all communications between Frank Fuda and Mauro Cantalamessa mentioning Niki and/or Frenchko sent between January 1, 2022, and the present.
27. Any and all communications sent between Frank Fuda and Sheriff Monroe mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.
28. Any text messages sent between Mauro Cantalamessa, Frank Fuda, Sheriff Monroe, Harold Wix or Robert Ross on July 7, 2022, mentioning Niki and/or Frenchko.
29. Any and all drafts, including the final copy and any alternative versions of Sheriff Monroe's July 5, 2022, letter to the County Commissioners relating to what was ultimately titled "Inappropriate Response to a Citizen "Complaint."
30. Any and all communications between Sheriff Monroe and Dr. Phillip Malvasi mentioning Niki and/or Frenchko sent between June 1, 2022, and September 1, 2022.

Sincerely,

**Matt Miller-Novak, Esq.**

Partner
**Barron Peck Bennie & Schlemmer Co., LPA**
3074 Madison Road  Cincinnati, OH 45209
**Oakley | Newport**
**Main** 513.721.1350 | **Direct** 513.533.2030 | **F** 513.991.6430
mmn@bpbslaw.com| www.bpbslaw.com

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*