**FILED**
1:34 pm Nov 21 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **NIKI FRENCHKO** | **Case Number:** 4:23-cv-00781 |
| | **Judge:** J. Phillip Calabrese |
| Plaintiff, | |
| -vs- | |
| **PAUL MONROE, et al** | |
| Defendants. | |

## PLAINTIFF NIKI FRENCHKO'S MANUAL FILING OF EXHIBITS 1 AND 2 IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Niki Frenchko submits two videos manually for her Exhibits 1 and 2 in support of her Response to Defendants' Motion for Summary Judgment.

1. Exhibit 1_Video footage of the June 10, 2022, Board Meeting Where Defendant Fuda interrupts an employee.

2. Exhibit 2_Video footage of the March 9, 2023, Budget meeting where Monroe seizes Frenchko's phone.

Respectfully Submitted,

**/s/ Matt Miller-Novak**
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

**/s/ David J. Betras**
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that I served notice of this manual filing and exibits on Defendants' Counsel via email and FedEx on November 20, 2023.

**/s/ Matt Miller-Novak**

