3706828
06/29/2023



AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       06/29/2023
Run Time:       08:28:24
SMS Usage For:  (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/01/22 | 10:31:37 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 2 | 06/01/22 | 10:32:02 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 3 | 06/01/22 | 10:32:26 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 4 | 06/01/22 | 10:32:59 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 5 | 06/01/22 | 10:33:24 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 6 | 06/01/22 | 10:33:35 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 7 | 06/01/22 | 10:33:46 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 8 | 06/01/22 | 10:33:59 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 9 | 06/01/22 | 10:47:49 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 10 | 06/01/22 | 10:48:18 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 11 | 06/03/22 | 17:24:18 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 12 | 06/03/22 | 19:26:03 | 762538 | 13308836975 | | 313100005646338 | SMST | | |
| 13 | 06/03/22 | 19:26:03 | 762538 | 13308836975 | | 313100005646338 | SMST | | |
| 14 | 06/04/22 | 13:03:03 | 13307191911 | 13308836975 | | | SMSO | Image | |
| 15 | 06/04/22 | 13:03:03 | 13307191911 | 13308836975 | | 313100005646338 | SMST | Image | |
| 16 | 06/04/22 | 13:03:04 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 17 | 06/04/22 | 13:03:04 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 18 | 06/04/22 | 22:46:21 | 13305501429 | 13308836975 | | | SMSO | | |
| 19 | 06/04/22 | 22:46:21 | 13305501429 | 13308836975 | | 313100005646338 | SMST | | |
| 20 | 06/04/22 | 22:47:21 | 13308836975 | 13305501429 | | 313100005646338 | SMSO | | |
| 21 | 06/04/22 | 22:47:21 | 13308836975 | 13305501429 | | | SMST | | |
| 22 | 06/04/22 | 22:48:34 | 13305501429 | 13308836975 | | | SMSO | | |
| 23 | 06/04/22 | 22:48:34 | 13305501429 | 13308836975 | | 313100005646338 | SMST | | |
| 24 | 06/05/22 | 12:38:09 | 12105844521 | 13308836975 | | | SMSO | Image,Text | |
| 25 | 06/05/22 | 12:38:09 | 12105844521 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 26 | 06/05/22 | 12:38:12 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 27 | 06/05/22 | 12:38:12 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 28 | 06/05/22 | 20:12:52 | 13305501429 | 13308836975 | | | SMSO | | |
| 29 | 06/05/22 | 20:12:52 | 13305501429 | 13308836975 | | 313100005646338 | SMST | | |
| 30 | 06/05/22 | 20:55:01 | 13308836975 | 13305501429 | | 313100005646338 | SMSO | | |
| 31 | 06/05/22 | 20:55:02 | 13308836975 | 13305501429 | | | SMST | | |
| 32 | 06/06/22 | 19:02:13 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 33 | 06/06/22 | 19:02:13 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 34 | 06/06/22 | 19:02:13 | 34648 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 35 | 06/07/22 | 17:14:19 | 40850 | 13308836975 | | 313100005646338 | SMST | | |
| 36 | 06/08/22 | 12:42:11 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

**Page 1**

2023 - AT&T - 003870

ATT 003887

```
3706828                                                                                MOBILITY
06/29/2023
                    AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
                    AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                    UTC.
```



```
Run Date:         06/29/2023
Run Time:         08:28:24
SMS Usage For:    (330)883-6975
```

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 06/08/22 | 12:42:11 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 38 | 06/08/22 | 12:42:11 | 13306093220 | 13308836975 | | 313100005646338 | SMST | Text | |
| 39 | 06/08/22 | 15:27:01 | | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 40 | 06/08/22 | 15:27:01 | | 13308836975 | | 313100005646338 | SMST | | |
| 41 | 06/08/22 | 16:50:35 | 13302404931 | 13308836975 | | | SMSO | | |
| 42 | 06/08/22 | 16:50:35 | 13302404931 | 13308836975 | | | SMSO | | |
| 43 | 06/08/22 | 16:50:59 | 13302404931 | 13308836975 | | 313100005646338 | SMST | | |
| 44 | 06/08/22 | 16:51:09 | 13302404931 | 13308836975 | | 313100005646338 | SMST | | |
| 45 | 06/08/22 | 17:24:47 | 13302404931 | 13308836975 | | | SMSO | Image | |
| 46 | 06/08/22 | 17:24:47 | 13302404931 | 13308836975 | | 313100005646338 | SMST | Image | |
| 47 | 06/08/22 | 17:25:12 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 48 | 06/08/22 | 17:39:47 | 13302404931 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 49 | 06/08/22 | 17:39:48 | 1111301000 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 50 | 06/08/22 | 17:39:48 | 13302404931 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 51 | 06/08/22 | 17:39:49 | 1111301000 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 52 | 06/09/22 | 11:53:38 | 13308836975 | 13307186976 | | 313100005646338 | SMSO | Text | |
| 53 | 06/09/22 | 11:53:38 | 13308836975 | 13307186976 | | | SMST | Text | |
| 54 | 06/10/22 | 01:31:53 | 729725 | 13308836975 | | 313100005646338 | SMST | | |
| 55 | 06/10/22 | 12:01:15 | 13302404931 | 13308836975 | | | SMSO | | |
| 56 | 06/10/22 | 12:01:15 | 13302404931 | 13308836975 | | | SMSO | | |
| 57 | 06/10/22 | 12:01:15 | 13302404931 | 13308836975 | | 313100005646338 | SMST | | |
| 58 | 06/10/22 | 12:01:15 | 13302404931 | 13308836975 | | 313100005646338 | SMST | | |
| 59 | 06/10/22 | 18:52:36 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 60 | 06/10/22 | 18:52:36 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 61 | 06/10/22 | 18:52:36 | 34648 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 62 | 06/10/22 | 19:07:12 | 30400 | 13308836975 | | 313100005646338 | SMST | | |
| 63 | 06/10/22 | 19:44:52 | 15714396436 | 13308836975 | | | SMSO | Image,Text | |
| 64 | 06/10/22 | 19:44:52 | 15714396436 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 65 | 06/10/22 | 19:44:53 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

Page 2

2023 - AT&T - 003871

ATT 003888



```
3706828                                                                      MOBILITY
06/29/2023        AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
                  AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                  UTC.
```

Run Date:       06/29/2023
Run Time:       08:28:24
SMS Usage For:  (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 66 | 06/10/22 | 19:44:53 | 1111301000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 67 | 06/10/22 | 20:45:23 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 68 | 06/10/22 | 20:45:28 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 69 | 06/10/22 | 20:49:18 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 70 | 06/10/22 | 20:49:19 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 71 | 06/10/22 | 21:04:59 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 72 | 06/10/22 | 21:04:59 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 73 | 06/10/22 | 21:20:11 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 74 | 06/10/22 | 21:20:24 | 1000000000 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST |  |  |
| 75 | 06/10/22 | 21:21:56 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 76 | 06/10/22 | 21:35:24 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 77 | 06/10/22 | 21:35:25 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 78 | 06/13/22 | 18:45:21 | 34648 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 79 | 06/14/22 | 16:30:44 |  | 13308836975 |  | 313100005646338 | SMST |  |  |
| 80 | 06/14/22 | 16:30:45 |  | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST |  |  |
| 81 | 06/15/22 | 07:40:55 | 13309793182 | 13308836975 |  |  | SMSO |  |  |
| 82 | 06/15/22 | 07:40:55 | 13309793182 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 83 | 06/15/22 | 07:42:54 | 13308836975 | 13309793182 |  | 313100005646338 | SMSO |  |  |
| 84 | 06/15/22 | 07:42:54 | 13308836975 | 13309793182 |  |  | SMST |  |  |
| 85 | 06/15/22 | 08:24:35 | 13308836975 | 13309793182 |  | 313100005646338 | SMSO |  |  |
| 86 | 06/15/22 | 08:24:35 | 13308836975 | 13309793182 |  |  | SMST |  |  |
| 87 | 06/15/22 | 08:26:35 | 13309793182 | 13308836975 |  |  | SMSO |  |  |
| 88 | 06/15/22 | 08:26:35 | 13309793182 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 89 | 06/15/22 | 08:26:35 | 13309793182 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 90 | 06/15/22 | 10:30:49 | 13309793182 | 13308836975 |  |  | SMSO |  |  |
| 91 | 06/15/22 | 10:30:49 | 13309793182 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 92 | 06/15/22 | 10:33:27 | 13308836975 | 13309793182 |  | 313100005646338 | SMSO |  |  |
| 93 | 06/15/22 | 10:33:27 | 13308836975 | 13309793182 |  |  | SMST |  |  |
| 94 | 06/15/22 | 10:34:17 | 13309793182 | 13308836975 |  |  | SMSO |  |  |
| 95 | 06/15/22 | 10:34:17 | 13309793182 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 96 | 06/15/22 | 10:49:07 | 13308836975 | 13309793182 |  | 313100005646338 | SMSO |  |  |
| 97 | 06/15/22 | 10:49:08 | 13308836975 | 13309793182 |  |  | SMST |  |  |
| 98 | 06/15/22 | 12:22:38 | 13306516511 | 13308836975 |  |  | SMSO |  |  |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

2023 - AT&T - 003872

ATT 003889



**3706828**
**06/29/2023**

**MOBILITY**

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:      06/29/2023
Run Time:      08:28:24
SMS Usage For: (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 99 | 06/15/22 | 12:22:39 | 13306516511 | 13308836975 | | 313100005646338 | SMST | | |
| 100 | 06/15/22 | 12:23:25 | 13308836975 | 13306516511 | | 313100005646338 | SMSO | | |
| 101 | 06/15/22 | 12:23:25 | 13308836975 | 13306516511 | | | SMST | | |
| 102 | 06/15/22 | 12:23:48 | 13306516511 | 13308836975 | | | SMSO | | |
| 103 | 06/15/22 | 12:23:49 | 13306516511 | 13308836975 | | 313100005646338 | SMST | | |
| 104 | 06/16/22 | 10:23:34 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 105 | 06/16/22 | 10:24:18 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 106 | 06/16/22 | 10:25:46 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 107 | 06/16/22 | 10:26:52 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 108 | 06/16/22 | 10:27:21 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 109 | 06/16/22 | 10:32:59 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 110 | 06/16/22 | 10:33:00 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 111 | 06/16/22 | 10:34:07 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 112 | 06/16/22 | 10:34:55 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 113 | 06/16/22 | 10:38:33 | 1410200598 | 13308836975 | | 313100005646338 | SMST | | |
| 114 | 06/16/22 | 13:59:11 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 115 | 06/16/22 | 13:59:12 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 116 | 06/16/22 | 13:59:13 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 117 | 06/16/22 | 13:59:14 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 118 | 06/16/22 | 13:59:15 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 119 | 06/16/22 | 13:59:16 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 120 | 06/16/22 | 13:59:17 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 121 | 06/16/22 | 17:28:47 | 13307273590 | 13308836975 | | 313100005646338 | SMST | | |
| 122 | 06/16/22 | 19:09:16 | 287898 | 13308836975 | | 313100005646338 | SMST | | |
| 123 | 06/16/22 | 19:09:41 | 287898 | 13308836975 | | 313100005646338 | SMST | | |
| 124 | 06/16/22 | 19:09:50 | 287898 | 13308836975 | | 313100005646338 | SMST | | |
| 125 | 06/17/22 | 14:47:14 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 126 | 06/17/22 | 18:07:17 | | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 127 | 06/17/22 | 18:07:17 | | 13308836975 | | 313100005646338 | SMST | | |
| 128 | 06/17/22 | 18:53:05 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 129 | 06/17/22 | 18:53:05 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 130 | 06/17/22 | 18:53:05 | 34648 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 131 | 06/17/22 | 20:32:25 | 94342 | 13308836975 | | 313100005646338 | SMST | | |
| 132 | 06/18/22 | 16:50:47 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 133 | 06/18/22 | 16:51:27 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

**Page 4**

2023 - AT&T - 003873

ATT 003890

<=""></="">

3706828
06/29/2023

**MOBILITY**

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/29/2023
Run Time: 08:28:24
SMS Usage For: (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 134 | 06/18/22 | 16:51:54 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 135 | 06/18/22 | 16:52:29 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 136 | 06/18/22 | 16:58:48 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 137 | 06/18/22 | 17:04:13 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 138 | 06/18/22 | 17:30:56 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 139 | 06/18/22 | 17:36:52 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 140 | 06/18/22 | 22:07:18 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 141 | 06/18/22 | 22:07:18 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 142 | 06/18/22 | 22:08:31 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 143 | 06/18/22 | 22:08:32 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 144 | 06/18/22 | 22:23:32 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 145 | 06/18/22 | 22:23:32 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 146 | 06/18/22 | 22:39:32 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 147 | 06/18/22 | 22:39:33 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 148 | 06/18/22 | 22:56:32 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 149 | 06/18/22 | 22:56:32 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 150 | 06/19/22 | 12:46:02 | 12345670202 | 13308836975 | | | SMSO | | |
| 151 | 06/19/22 | 12:46:02 | 12345670202 | 13308836975 | | 313100005646338 | SMST | | |
| 152 | 06/19/22 | 13:28:40 | 13308836975 | 12345670202 | | 313100005646338 | SMSO | | |
| 153 | 06/19/22 | 13:28:40 | 13308836975 | 12345670202 | | | SMST | | |
| 154 | 06/19/22 | 15:30:29 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 155 | 06/20/22 | 15:00:21 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 156 | 06/20/22 | 17:09:37 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 157 | 06/20/22 | 17:09:38 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 158 | 06/20/22 | 17:09:39 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 159 | 06/20/22 | 17:09:40 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 160 | 06/20/22 | 17:09:41 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 161 | 06/20/22 | 17:09:42 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 162 | 06/20/22 | 18:54:24 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 163 | 06/21/22 | 01:09:57 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 164 | 06/21/22 | 01:09:58 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 165 | 06/21/22 | 01:11:47 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 166 | 06/21/22 | 01:13:38 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 167 | 06/21/22 | 18:17:12 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 168 | 06/21/22 | 19:03:19 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 169 | 06/21/22 | 19:03:43 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

2023 - AT&T - 003874

ATT 003891

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/29/2023
Run Time: 08:28:24
SMS Usage For: (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 170 | 06/22/22 | 12:34:08 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 171 | 06/22/22 | 12:34:38 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 172 | 06/22/22 | 12:35:06 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 173 | 06/22/22 | 12:35:37 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 174 | 06/22/22 | 12:35:53 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 175 | 06/22/22 | 12:36:56 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 176 | 06/22/22 | 12:50:21 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 177 | 06/22/22 | 13:40:16 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 178 | 06/22/22 | 13:44:26 | 1410100107 | 13308836975 | | 313100005646338 | SMST | | |
| 179 | 06/22/22 | 13:50:54 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 180 | 06/22/22 | 13:51:53 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 181 | 06/22/22 | 14:05:53 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 182 | 06/22/22 | 14:06:46 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 183 | 06/22/22 | 14:16:12 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 184 | 06/22/22 | 14:21:51 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 185 | 06/22/22 | 14:22:20 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 186 | 06/22/22 | 14:22:54 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 187 | 06/22/22 | 14:25:31 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 188 | 06/22/22 | 19:04:08 | 13307273590 | 13308836975 | | 313100005646338 | SMST | | |
| 189 | 06/22/22 | 19:04:22 | 13308836975 | 13307273590 | | 313100005646338 | SMSO | | |
| 190 | 06/22/22 | 19:06:48 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 191 | 06/22/22 | 19:13:52 | 13307273590 | 13308836975 | | 313100005646338 | SMST | | |
| 192 | 06/22/22 | 19:15:43 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 193 | 06/23/22 | 20:37:40 | 15135473895 | 13308836975 | | 313100005646338 | SMST | | |
| 194 | 06/24/22 | 19:36:45 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 195 | 06/24/22 | 21:09:23 | 18662903566 | 13308836975 | | 313100005646338 | SMST | | |
| 196 | 06/25/22 | 00:48:11 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 197 | 06/25/22 | 00:48:12 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 198 | 06/25/22 | 00:48:12 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 199 | 06/25/22 | 01:03:14 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 200 | 06/25/22 | 01:03:15 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 201 | 06/25/22 | 01:18:25 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 202 | 06/25/22 | 01:18:26 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 203 | 06/25/22 | 01:33:33 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 204 | 06/25/22 | 01:33:34 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 205 | 06/25/22 | 01:47:28 | 22395 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

2023 - AT&T - 003875

ATT 003892



```
3706828                    MOBILITY
06/29/2023
              AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
              AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
              UTC.
```

Run Date:       06/29/2023
Run Time:       08:28:24
SMS Usage For:  (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 206 | 06/25/22 | 10:52:40 | 13309793182 | 13308836975 | | | SMSO | | |
| 207 | 06/25/22 | 10:52:41 | 13309793182 | 13308836975 | | 313100005646338 | SMST | | |
| 208 | 06/25/22 | 10:53:35 | 13308836975 | 13309793182 | | 313100005646338 | SMSO | | |
| 209 | 06/25/22 | 10:53:36 | 13308836975 | 13309793182 | | | SMST | | |
| 210 | 06/25/22 | 10:54:01 | 13309793182 | 13308836975 | | | SMSO | | |
| 211 | 06/25/22 | 10:54:01 | 13309793182 | 13308836975 | | 313100005646338 | SMST | | |
| 212 | 06/25/22 | 10:54:27 | 13308836975 | 13309793182 | | 313100005646338 | SMSO | | |
| 213 | 06/25/22 | 10:54:27 | 13308836975 | 13309793182 | | | SMST | | |
| 214 | 06/25/22 | 14:08:32 | 15134507273 | 13308836975 | | 313100005646338 | SMST | | |
| 215 | 06/25/22 | 14:28:29 | | 13308836975 | | 313100005646338 | SMST | | |
| 216 | 06/25/22 | 14:28:30 | | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 217 | 06/27/22 | 15:31:17 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 218 | 06/27/22 | 18:04:19 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 219 | 06/28/22 | 11:31:30 | 1410100108 | 13308836975 | | 313100005646338 | SMST | | |
| 220 | 06/29/22 | 17:53:37 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |
| 221 | 06/29/22 | 18:43:04 | 13308836975 | 13307274822 | | 313100005646338 | SMSO | | |
| 222 | 06/30/22 | 16:37:10 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 223 | 06/30/22 | 22:50:13 | 18444952690 | 13308836975 | | 313100005646338 | SMST | | |
| 224 | 07/01/22 | 13:45:33 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 225 | 07/01/22 | 13:55:07 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 226 | 07/01/22 | 13:58:23 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 227 | 07/01/22 | 13:58:55 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 228 | 07/01/22 | 13:58:55 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 229 | 07/01/22 | 13:59:19 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 230 | 07/01/22 | 13:59:43 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 231 | 07/01/22 | 14:00:26 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 232 | 07/01/22 | 14:02:38 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 233 | 07/01/22 | 16:20:16 | 13308836975 | 13305062977 | | 313100005646338 | SMSO | | |
| 234 | 07/01/22 | 16:20:17 | 13308836975 | 13305062977 | | | SMST | | |
| 235 | 07/01/22 | 16:20:48 | 13305062977 | 13308836975 | | | SMSO | | |
| 236 | 07/01/22 | 16:20:48 | 13305062977 | 13308836975 | | 313100005646338 | SMST | | |
| 237 | 07/01/22 | 16:27:46 | 13305062977 | 13308836975 | | | SMSO | | |
| 238 | 07/01/22 | 16:27:46 | 13305062977 | 13308836975 | | 313100005646338 | SMST | | |
| 239 | 07/01/22 | 17:08:30 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 240 | 07/01/22 | 17:30:21 | 30400 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 7

2023 - AT&T - 003876

ATT 003893



```
3706828
06/29/2023
```

AT&T MOBILITY

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       06/29/2023
Run Time:       08:28:24
SMS Usage For:  (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 241 | 07/01/22 | 17:39:00 | 13308836975 | 13305062977 | | 313100005646338 | SMSO | | |
| 242 | 07/01/22 | 17:39:00 | 13308836975 | 13305062977 | | | SMST | | |
| 243 | 07/01/22 | 17:39:37 | 13305062977 | 13308836975 | | | SMSO | Image | |
| 244 | 07/01/22 | 17:39:37 | 13305062977 | 13308836975 | | 313100005646338 | SMST | Image | |
| 245 | 07/01/22 | 17:39:38 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 246 | 07/01/22 | 17:39:38 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 247 | 07/01/22 | 17:40:31 | 13308836975 | 13305062977 | | 313100005646338 | SMSO | | |
| 248 | 07/01/22 | 17:40:31 | 13308836975 | 13305062977 | | | SMST | | |
| 249 | 07/01/22 | 17:40:45 | 13305062977 | 13308836975 | | | SMSO | | |
| 250 | 07/01/22 | 17:40:45 | 13305062977 | 13308836975 | | 313100005646338 | SMST | | |
| 251 | 07/01/22 | 19:18:02 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 252 | 07/01/22 | 19:18:02 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 253 | 07/01/22 | 19:18:02 | 13305062977 | 13308836975 | | 313100005646338 | SMST | Image | |
| 254 | 07/04/22 | 23:57:20 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 255 | 07/04/22 | 23:57:21 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 256 | 07/05/22 | 00:01:45 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 257 | 07/05/22 | 00:01:45 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 258 | 07/05/22 | 00:17:37 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 259 | 07/05/22 | 00:17:37 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 260 | 07/05/22 | 17:03:15 | 24706 | 13308836975 | | 313100005646338 | SMST | | |
| 261 | 07/05/22 | 17:07:52 | 24706 | 13308836975 | | 313100005646338 | SMST | | |
| 262 | 07/05/22 | 17:22:11 | 24706 | 13308836975 | | 313100005646338 | SMST | | |
| 263 | 07/05/22 | 18:11:30 | | 13308836975 | | 313100005646338 | SMST | | |
| 264 | 07/05/22 | 18:11:32 | | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 265 | 07/05/22 | 18:46:23 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 266 | 07/05/22 | 19:41:53 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 267 | 07/05/22 | 19:41:53 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 268 | 07/05/22 | 19:41:54 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 269 | 07/05/22 | 19:41:55 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 270 | 07/06/22 | 12:19:07 | 12345670202 | 13308836975 | | | SMSO | | |
| 271 | 07/06/22 | 12:19:07 | 12345670202 | 13308836975 | | 313100005646338 | SMST | | |
| 272 | 07/06/22 | 12:19:31 | 12345670202 | 13308836975 | | | SMSO | | |
| 273 | 07/06/22 | 12:19:31 | 12345670202 | 13308836975 | | 313100005646338 | SMST | | |
| 274 | 07/06/22 | 12:19:47 | 12345670202 | 13308836975 | | | SMSO | | |
| 275 | 07/06/22 | 12:19:47 | 12345670202 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

2023 - AT&T - 003877

ATT 003894



AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       06/29/2023
Run Time:       08:28:24
SMS Usage For:  (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 276 | 07/06/22 | 12:20:26 | 13308836975 | 12345670202 |  | 313100005646338 | SMSO |  |  |
| 277 | 07/06/22 | 12:20:27 | 13308836975 | 12345670202 |  |  | SMST |  |  |
| 278 | 07/06/22 | 14:46:37 |  | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST |  |  |
| 279 | 07/06/22 | 14:46:37 |  | 13308836975 |  | 313100005646338 | SMST |  |  |
| 280 | 07/06/22 | 15:10:13 | 1111301000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 281 | 07/06/22 | 15:10:13 | 1111301000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 282 | 07/06/22 | 15:10:13 | 13305062748 | 13308836975 |  | 313100005646338 | SMST | Image,Text |  |
| 283 | 07/06/22 | 15:11:12 | 1111301000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 284 | 07/06/22 | 15:11:12 | 1111301000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 285 | 07/06/22 | 15:11:12 | 13305062748 | 13308836975 |  | 313100005646338 | SMST | Image,Text |  |
| 286 | 07/06/22 | 15:12:27 | 13308836975 | 13305062748 |  | 313100005646338 | SMSO |  |  |
| 287 | 07/06/22 | 17:51:24 | 13308836975 | 13308537535 |  | 313100005646338 | SMSO |  |  |
| 288 | 07/06/22 | 17:51:24 | 13308836975 | 13308537535 |  |  | SMST |  |  |
| 289 | 07/07/22 | 00:18:34 | 13305501429 | 13308836975 |  |  | SMSO |  |  |
| 290 | 07/07/22 | 00:18:35 | 13305501429 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 291 | 07/07/22 | 11:06:51 | 13307274822 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 292 | 07/07/22 | 16:33:12 | 13306093220 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 293 | 07/08/22 | 13:50:27 |  | 13308836975 |  | 313100005646338 | SMST |  |  |
| 294 | 07/08/22 | 13:50:29 |  | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST |  |  |
| 295 | 07/08/22 | 15:46:21 | 13306093220 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 296 | 07/08/22 | 15:46:22 | 13306093220 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 297 | 07/08/22 | 15:46:22 | 13306093220 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 298 | 07/08/22 | 19:08:37 | 34648 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 299 | 07/09/22 | 14:35:59 | 287287 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 300 | 07/11/22 | 17:46:42 |  | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST |  |  |
| 301 | 07/11/22 | 17:46:42 |  | 13308836975 |  | 313100005646338 | SMST |  |  |
| 302 | 07/11/22 | 19:25:16 | 34648 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 303 | 07/12/22 | 00:14:58 | 13308836975 | 12345670202 |  | 313100005646338 | SMSO |  |  |
| 304 | 07/12/22 | 00:14:59 | 13308836975 | 12345670202 |  |  | SMST |  |  |
| 305 | 07/12/22 | 00:43:37 | 12345670202 | 13308836975 |  |  | SMSO |  |  |
| 306 | 07/12/22 | 00:43:37 | 12345670202 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 307 | 07/12/22 | 15:35:58 | 12345670202 | 13308836975 |  |  | SMSO |  |  |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.



**3706828**
**06/29/2023**

**MOBILITY**

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

**Run Date:** 06/29/2023
**Run Time:** 08:28:24
**SMS Usage For:** (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 308 | 07/12/22 | 15:35:58 | 12345670202 | 13308836975 | | 313100005646338 | SMST | | |
| 309 | 07/12/22 | 15:37:38 | 13308836975 | 12345670202 | | 313100005646338 | SMSO | | |
| 310 | 07/12/22 | 15:37:38 | 13308836975 | 12345670202 | | | SMST | | |
| 311 | 07/12/22 | 15:38:13 | 12345670202 | 13308836975 | | | SMSO | | |
| 312 | 07/12/22 | 15:38:13 | 12345670202 | 13308836975 | | 313100005646338 | SMST | | |
| 313 | 07/12/22 | 15:38:39 | 13308836975 | 12345670202 | | 313100005646338 | SMSO | | |
| 314 | 07/12/22 | 15:38:40 | 13308836975 | 12345670202 | | | SMST | | |
| 315 | 07/14/22 | 00:32:21 | 776836 | 13308836975 | | 313100005646338 | SMST | | |
| 316 | 07/14/22 | 13:04:04 | 12135102879 | 13308836975 | | | SMSO | Image,Text | |
| 317 | 07/14/22 | 13:04:04 | 12135102879 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 318 | 07/14/22 | 13:04:05 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 319 | 07/14/22 | 13:04:05 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 320 | 07/14/22 | 15:47:42 | 13305062977 | 13308836975 | | | SMSO | | |
| 321 | 07/14/22 | 15:47:42 | 13305062977 | 13308836975 | | 313100005646338 | SMST | | |
| 322 | 07/14/22 | 15:47:48 | 13305062977 | 13308836975 | | | SMSO | | |
| 323 | 07/14/22 | 15:47:48 | 13305062977 | 13308836975 | | 313100005646338 | SMST | | |
| 324 | 07/14/22 | 15:57:01 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 325 | 07/14/22 | 15:57:02 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 326 | 07/14/22 | 15:57:05 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 327 | 07/14/22 | 15:57:15 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 328 | 07/14/22 | 15:57:16 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 329 | 07/14/22 | 15:57:28 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 330 | 07/14/22 | 15:57:33 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 331 | 07/14/22 | 15:57:34 | 13306093220 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 332 | 07/14/22 | 15:57:40 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 333 | 07/14/22 | 15:57:43 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 334 | 07/14/22 | 15:57:44 | 13306093220 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 335 | 07/14/22 | 17:18:43 | 13307273590 | 13308836975 | | 313100005646338 | SMST | | |
| 336 | 07/14/22 | 18:01:17 | 13308836975 | 13307273590 | | 313100005646338 | SMSO | | |
| 337 | 07/14/22 | 18:09:22 | 13307273590 | 13308836975 | | 313100005646338 | SMST | | |
| 338 | 07/14/22 | 20:02:56 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 339 | 07/14/22 | 20:02:56 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 340 | 07/14/22 | 20:02:56 | 13308477644 | 13308836975 | | 313100005646338 | SMST | Image,Text | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

**Page 10**

2023 - AT&T - 003879

ATT 003896



```
3706828                                      MOBILITY                                                        AT&T
06/29/2023      AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
                AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                UTC.
```

Run Date:        06/29/2023
Run Time:        08:28:24
SMS Usage For:   (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 341 | 07/14/22 | 20:50:42 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 342 | 07/14/22 | 20:50:42 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 343 | 07/14/22 | 20:50:42 | 13307191911 | 13308836975 | | | SMSO | Text,Video | |
| 344 | 07/14/22 | 20:50:42 | 13307191911 | 13308836975 | | 313100005646338 | SMST | Text,Video | |
| 345 | 07/14/22 | 21:31:53 | 13302400361 | 13308836975 | | | SMSO | | |
| 346 | 07/14/22 | 21:31:53 | 13302400361 | 13308836975 | | 313100005646338 | SMST | | |
| 347 | 07/14/22 | 21:31:57 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 348 | 07/14/22 | 21:31:57 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 349 | 07/14/22 | 21:31:57 | 13302400361 | 13308836975 | | | SMSO | Image | |
| 350 | 07/14/22 | 21:31:57 | 13302400361 | 13308836975 | | 313100005646338 | SMST | Image | |
| 351 | 07/14/22 | 23:27:23 | 13308836975 | 13302404721 | | 313100005646338 | SMSO | | |
| 352 | 07/14/22 | 23:27:23 | 13308836975 | 13302404721 | | 313100005646338 | SMSO | | |
| 353 | 07/14/22 | 23:27:23 | 13308836975 | 13302404721 | | | SMST | | |
| 354 | 07/14/22 | 23:27:23 | 13308836975 | 13302404721 | | | SMST | | |
| 355 | 07/15/22 | 01:31:12 | 13307191911 | 13308836975 | | | SMSO | | |
| 356 | 07/15/22 | 01:31:12 | 13307191911 | 13308836975 | | | SMSO | | |
| 357 | 07/15/22 | 01:31:22 | 13307191911 | 13308836975 | | 313100005646338 | SMST | | |
| 358 | 07/15/22 | 01:31:25 | 13307191911 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 359 | 07/15/22 | 01:31:33 | 13307191911 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 360 | 07/15/22 | 01:31:33 | 13307191911 | 13308836975 | | 313100005646338 | SMST | | |
| 361 | 07/15/22 | 01:37:03 | 13308836975 | 13307191911 | | 313100005646338 | SMSO | | |
| 362 | 07/15/22 | 01:37:04 | 13308836975 | 13307191911 | | | SMST | | |
| 363 | 07/15/22 | 01:37:44 | 13307191911 | 13308836975 | | | SMSO | | |
| 364 | 07/15/22 | 01:37:44 | 13307191911 | 13308836975 | | 313100005646338 | SMST | | |
| 365 | 07/15/22 | 01:39:22 | 13308836975 | 13307191911 | | 313100005646338 | SMSO | | |
| 366 | 07/15/22 | 01:39:24 | 13308836975 | 13307191911 | | | SMST | | |
| 367 | 07/15/22 | 01:39:54 | 13307191911 | 13308836975 | | | SMSO | | |
| 368 | 07/15/22 | 01:39:54 | 13307191911 | 13308836975 | | 313100005646338 | SMST | | |
| 369 | 07/15/22 | 01:40:21 | 13308836975 | 13307191911 | | 313100005646338 | SMSO | | |
| 370 | 07/15/22 | 01:46:25 | 13308836975 | 13307191911 | | 313100005646338 | SMSO | | |
| 371 | 07/15/22 | 01:46:30 | 13308836975 | 13307191911 | | | SMST | | |
| 372 | 07/15/22 | 13:27:54 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 373 | 07/15/22 | 13:27:55 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

2023 - AT&T - 003880

ATT 003897

<pre>
3706828
06/29/2023
</pre>

MOBILITY 

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        06/29/2023
Run Time:        08:28:24
SMS Usage For:   (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 374 | 07/15/22 | 17:27:36 | 13304024840 | 13308836975 | | | SMSO | Image | |
| 375 | 07/15/22 | 17:27:36 | 13304024840 | 13308836975 | | 313100005646338 | SMST | Image | |
| 376 | 07/15/22 | 17:27:37 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 377 | 07/15/22 | 17:27:37 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 378 | 07/15/22 | 17:52:37 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 379 | 07/15/22 | 17:52:37 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 380 | 07/15/22 | 17:52:37 | 13309793182 | 13308836975 | | | SMSO | Text | |
| 381 | 07/15/22 | 17:52:37 | 13309793182 | 13308836975 | | 313100005646338 | SMST | Text | |
| 382 | 07/15/22 | 19:30:28 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 383 | 07/15/22 | 21:48:13 | | 13308836975 | | 313100005646338 | SMST | | |
| 384 | 07/15/22 | 21:48:14 | | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 385 | 07/15/22 | 22:02:04 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 386 | 07/15/22 | 22:02:04 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 387 | 07/15/22 | 22:02:04 | 13305013618 | 13308836975 | | | SMSO | Image | |
| 388 | 07/15/22 | 22:02:04 | 13305013618 | 13308836975 | | | SMSO | Image | |
| 389 | 07/16/22 | 13:54:20 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 390 | 07/16/22 | 13:54:20 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 391 | 07/16/22 | 13:54:20 | 13306093220 | 13308836975 | | 313100005646338 | SMST | Image | |
| 392 | 07/16/22 | 13:54:59 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 393 | 07/16/22 | 13:55:12 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 394 | 07/16/22 | 13:55:54 | 13306093220 | 13308836975 | | 313100005646338 | SMST | | |
| 395 | 07/16/22 | 16:24:58 | 13306093220 | 13308836975 | | 313100005646338 | SMST | Text | |
| 396 | 07/16/22 | 16:24:59 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 397 | 07/16/22 | 16:24:59 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 398 | 07/16/22 | 22:02:33 | 13308836975 | 12345670202 | | 313100005646338 | SMSO | | |
| 399 | 07/16/22 | 22:02:33 | 13308836975 | 12345670202 | | | SMST | | |
| 400 | 07/16/22 | 22:16:37 | 12345670202 | 13308836975 | | | SMSO | | |
| 401 | 07/16/22 | 22:16:37 | 12345670202 | 13308836975 | | 313100005646338 | SMST | | |
| 402 | 07/16/22 | 22:24:20 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 403 | 07/16/22 | 22:24:20 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 404 | 07/16/22 | 22:24:20 | 13307191911 | 13308836975 | | | SMSO | Image,Text | |
| 405 | 07/16/22 | 22:24:20 | 13307191911 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 406 | 07/16/22 | 23:36:16 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 407 | 07/16/22 | 23:36:16 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 408 | 07/16/22 | 23:36:16 | | 13308836975 | | 313100005646338 | SMST | Text | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

<pre>
2023 - AT&T - 003881




ATT 003898
</pre>

**3706828**
**06/29/2023**

**MOBILITY**  **AT&T**

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:      06/29/2023
Run Time:      08:28:24
SMS Usage For: (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 409 | 07/17/22 | 19:04:34 | 287898 | 13308836975 | | 313100005646338 | SMST | | |
| 410 | 07/18/22 | 15:05:21 | | 13308836975 | | 313100005646338 | SMST | | |
| 411 | 07/18/22 | 15:05:22 | | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 412 | 07/18/22 | 17:12:26 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 413 | 07/19/22 | 01:19:02 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 414 | 07/19/22 | 01:19:02 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 415 | 07/19/22 | 01:19:03 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 416 | 07/19/22 | 01:34:15 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 417 | 07/19/22 | 01:34:17 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 418 | 07/19/22 | 01:34:17 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 419 | 07/19/22 | 01:34:20 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 420 | 07/19/22 | 01:49:19 | 13308836975 | 94183566 | | 313100005646338 | SMSO | | |
| 421 | 07/19/22 | 01:49:20 | 1000000000 | 13308836975 | | 313100005646338 | SMST | | |
| 422 | 07/19/22 | 13:47:02 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 423 | 07/19/22 | 19:50:35 | 13308836975 | 13309801878 | | 313100005646338 | SMSO | | |
| 424 | 07/19/22 | 19:50:35 | 13308836975 | 13309801878 | | | SMST | | |
| 425 | 07/19/22 | 19:51:32 | 13309801878 | 13308836975 | | | SMSO | | |
| 426 | 07/19/22 | 19:51:32 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 427 | 07/20/22 | 16:16:48 | 13309801878 | 13308836975 | | | SMSO | | |
| 428 | 07/20/22 | 16:16:48 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 429 | 07/20/22 | 16:29:25 | 13309841086 | 13308836975 | | 313100005646338 | SMST | | |
| 430 | 07/20/22 | 16:29:39 | 13308836975 | 13309801878 | | 313100005646338 | SMSO | | |
| 431 | 07/20/22 | 16:29:39 | 13308836975 | 13309801878 | | | SMST | | |
| 432 | 07/20/22 | 16:30:07 | 13309801878 | 13308836975 | | | SMSO | | |
| 433 | 07/20/22 | 16:30:07 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 434 | 07/20/22 | 16:30:14 | 13309801878 | 13308836975 | | | SMSO | | |
| 435 | 07/20/22 | 16:30:15 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 436 | 07/20/22 | 16:30:38 | 13309801878 | 13308836975 | | | SMSO | | |
| 437 | 07/20/22 | 16:30:38 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 438 | 07/20/22 | 16:31:45 | 13308836975 | 13309801878 | | 313100005646338 | SMSO | | |
| 439 | 07/20/22 | 16:31:45 | 13308836975 | 13309801878 | | | SMST | | |
| 440 | 07/20/22 | 16:34:52 | 13309801878 | 13308836975 | | | SMSO | | |
| 441 | 07/20/22 | 16:34:53 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 442 | 07/20/22 | 16:39:24 | 13308836975 | 13309801878 | | 313100005646338 | SMSO | | |
| 443 | 07/20/22 | 16:39:24 | 13308836975 | 13309801878 | | | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

2023 - AT&T - 003882

ATT 003899



**3706828**
**06/29/2023**

**MOBILITY**

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/29/2023
Run Time: 08:28:24
SMS Usage For: (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 444 | 07/20/22 | 16:40:16 | 13309801878 | 13308836975 | | | SMSO | | |
| 445 | 07/20/22 | 16:40:16 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 446 | 07/20/22 | 16:53:32 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 447 | 07/20/22 | 18:14:57 | 13309801878 | 13308836975 | | | SMSO | | |
| 448 | 07/20/22 | 18:14:57 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 449 | 07/20/22 | 18:22:41 | 13308836975 | 13309801878 | | 313100005646338 | SMSO | | |
| 450 | 07/20/22 | 19:27:33 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 451 | 07/20/22 | 19:27:33 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 452 | 07/20/22 | 19:27:33 | 13307196707 | 13308836975 | | 313100005646338 | SMST | Image,Text | |
| 453 | 07/20/22 | 19:31:22 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 454 | 07/20/22 | 19:35:09 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 455 | 07/20/22 | 19:35:17 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 456 | 07/20/22 | 19:36:30 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 457 | 07/20/22 | 19:54:37 | 13307196707 | 13308836975 | | 313100005646338 | SMST | | |
| 458 | 07/20/22 | 19:55:08 | 13308836975 | 13307196707 | | 313100005646338 | SMSO | | |
| 459 | 07/20/22 | 20:33:27 | | 13308836975 | | 313100005646338 | SMST | | |
| 460 | 07/20/22 | 20:33:29 | | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 461 | 07/20/22 | 21:32:37 | 36397 | 13308836975 | | 313100005646338 | SMST | | |
| 462 | 07/20/22 | 21:32:38 | 36397 | 13308836975 | | 313100005646338 | SMST | | |
| 463 | 07/21/22 | 15:18:58 | 13305016485 | 13308836975 | | 313100005646338 | SMST | | |
| 464 | 07/21/22 | 16:03:41 | 13309801878 | 13308836975 | | | SMSO | | |
| 465 | 07/21/22 | 16:03:51 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 466 | 07/21/22 | 16:05:05 | 13309801878 | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST | | |
| 467 | 07/21/22 | 16:11:20 | 13308836975 | 13309801878 | | 313100005646338 | SMSO | | |
| 468 | 07/21/22 | 16:11:20 | 13308836975 | 13309801878 | | | SMST | | |
| 469 | 07/21/22 | 17:10:07 | 13309801878 | 13308836975 | | | SMSO | | Wi-Fi |
| 470 | 07/21/22 | 17:10:07 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 471 | 07/22/22 | 13:18:51 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 472 | 07/22/22 | 16:20:18 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 473 | 07/22/22 | 18:32:22 | 13309793182 | 13308836975 | | | SMSO | | |
| 474 | 07/22/22 | 18:32:22 | 13309793182 | 13308836975 | | 313100005646338 | SMST | | |
| 475 | 07/22/22 | 18:35:14 | 13308836975 | 13309793182 | | 313100005646338 | SMSO | | |
| 476 | 07/22/22 | 18:35:14 | 13308836975 | 13309793182 | | | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

2023 - AT&T - 003883

ATT 003900



**AT&T MOBILITY**

3706828
06/29/2023

AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/29/2023
Run Time: 08:28:24
SMS Usage For: (330)883-6975

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 477 | 07/22/22 | 18:35:28 | 13309793182 | 13308836975 | | | SMSO | | |
| 478 | 07/22/22 | 18:35:29 | 13309793182 | 13308836975 | | 313100005646338 | SMST | | |
| 479 | 07/22/22 | 18:52:22 | 13309801878 | 13308836975 | | | SMSO | | |
| 480 | 07/22/22 | 18:52:23 | 13309801878 | 13308836975 | | 313100005646338 | SMST | | |
| 481 | 07/22/22 | 18:53:12 | 13308836975 | 13309801878 | | 313100005646338 | SMSO | | |
| 482 | 07/22/22 | 18:53:12 | 13308836975 | 13309801878 | | | SMST | | |
| 483 | 07/22/22 | 18:58:33 | 13308836975 | 13309793182 | | 313100005646338 | SMSO | | |
| 484 | 07/22/22 | 18:58:33 | 13308836975 | 13309793182 | | | SMST | | |
| 485 | 07/22/22 | 18:58:49 | 13309793182 | 13308836975 | | | SMSO | | |
| 486 | 07/22/22 | 18:58:49 | 13309793182 | 13308836975 | | 313100005646338 | SMST | | |
| 487 | 07/22/22 | 19:40:40 | 36397 | 13308836975 | | 313100005646338 | SMST | | |
| 488 | 07/24/22 | 00:59:14 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 489 | 07/24/22 | 00:59:14 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 490 | 07/24/22 | 00:59:14 | 13307196707 | 13308836975 | | 313100005646338 | SMST | Text | |
| 491 | 07/24/22 | 00:59:20 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 492 | 07/24/22 | 00:59:20 | 1111301000 | 13308836975 | | 313100005646338 | SMST | | |
| 493 | 07/24/22 | 00:59:20 | 13307196707 | 13308836975 | | 313100005646338 | SMST | Text | |
| 494 | 07/24/22 | 16:45:11 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 495 | 07/24/22 | 16:45:11 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 496 | 07/24/22 | 20:28:25 | 13108189908 | 13308836975 | | 313100005646338 | SMST | | |
| 497 | 07/24/22 | 20:28:25 | 13108189908 | 13308836975 | | 313100005646338 | SMST | | |
| 498 | 07/24/22 | 20:30:59 | 13308836975 | 287287 | | 313100005646338 | SMSO | | |
| 499 | 07/24/22 | 20:31:06 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 500 | 07/25/22 | 14:46:41 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 501 | 07/25/22 | 14:46:41 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 502 | 07/25/22 | 14:47:23 | 13308836975 | 287287 | | 313100005646338 | SMSO | | |
| 503 | 07/25/22 | 14:47:28 | 287287 | 13308836975 | | 313100005646338 | SMST | | |
| 504 | 07/25/22 | 17:26:10 | 1410100109 | 13308836975 | | 313100005646338 | SMST | | |
| 505 | 07/25/22 | 17:26:10 | 1410100109 | 13308836975 | | 313100005646338 | SMST | | |
| 506 | 07/25/22 | 20:07:29 | 34648 | 13308836975 | | 313100005646338 | SMST | | |
| 507 | 07/26/22 | 17:36:11 | 13308477644 | 13308836975 | | 313100005646338 | SMST | | |
| 508 | 07/26/22 | 17:36:11 | 13308477644 | 13308836975 | | 313100005646338 | SMST | | |
| 509 | 07/26/22 | 17:36:53 | 13308836975 | 13308477644 | | 313100005646338 | SMSO | | |
| 510 | 07/26/22 | 17:37:04 | 13308477644 | 13308836975 | | 313100005646338 | SMST | | |
| 511 | 07/27/22 | 18:26:22 | 1410200599 | 13308836975 | | 313100005646338 | SMST | | |
| 512 | 07/28/22 | 12:12:37 | 13307274822 | 13308836975 | | 313100005646338 | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 15

```
3706828                                                                                              MOBILITY
06/29/2023
                         AT&T has queried for records from 06/01/2022 12:00:00am to 08/01/2022 11:59:59pm
                         AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                         UTC.
```



```
Run Date:        06/29/2023
Run Time:        08:28:24
SMS Usage For:   (330)883-6975
```

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 513 | 07/28/22 | 12:13:06 | 13308836975 | 13307274822 |  | 313100005646338 | SMSO |  |  |
| 514 | 07/28/22 | 12:15:02 | 13307274822 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 515 | 07/28/22 | 12:15:02 | 13307274822 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 516 | 07/28/22 | 12:17:14 | 13308836975 | 13307274822 |  | 313100005646338 | SMSO |  |  |
| 517 | 07/28/22 | 12:17:49 | 13307274822 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 518 | 07/28/22 | 12:19:01 | 13308836975 | 13307274822 |  | 313100005646338 | SMSO |  |  |
| 519 | 07/28/22 | 12:20:46 | 13307274822 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 520 | 07/28/22 | 20:05:11 | 287898 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 521 | 07/28/22 | 20:14:22 | 287898 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 522 | 07/29/22 | 13:31:14 | 1410100110 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 523 | 07/29/22 | 18:26:32 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 524 | 07/29/22 | 18:26:32 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 525 | 07/29/22 | 18:51:44 |  | 13308836975 |  | 313100005646338 | SMST |  |  |
| 526 | 07/29/22 | 18:51:45 |  | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST |  |  |
| 527 | 07/29/22 | 21:56:28 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 528 | 07/29/22 | 21:56:29 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 529 | 07/29/22 | 21:56:29 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 530 | 07/29/22 | 22:11:42 | 1000000000 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 531 | 07/29/22 | 22:11:42 | 13308836975 | 94183566 |  | 313100005646338 | SMSO |  |  |
| 532 | 07/30/22 | 20:47:19 | 13308836975 | 13309804516 |  | 313100005646338 | SMSO |  |  |
| 533 | 07/30/22 | 20:48:26 | 13308836975 | 13309804516 |  | 313100005646338 | SMSO |  |  |
| 534 | 07/30/22 | 20:49:17 | 13309804516 | 13308836975 |  | 313100005646338 | SMST |  |  |
| 535 | 08/01/22 | 23:36:50 |  | 13308836975 |  | 313100005646338 | SMST |  |  |
| 536 | 08/01/22 | 23:36:51 |  | 13308836975 | 3528931106752126 APPLE IPHONE11 | 313100005646338 | SMST |  |  |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

2023 - AT&T - 003885

ATT 003902