IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NIKI FRENCHKO, | : | |
| Plaintiff, | : | Case No. 4:23-cv-00781 |
| *vs.* | : | Judge J. Philip Calabrese |
| PAUL MONROE, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT (DOC. 53)**

The issues in this case have been extensively briefed by all parties. Defendants will attend and participate in oral argument if the Court believes additional argument will assist the Court in resolving the pending motions.

Respectfully Submitted,

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz (0075306)
Matthew S. Teetor (0087009)
Teetor Westfall, LLC
200 E. Campus View Blvd. Suite 200
Columbus, OH  43235
(614) 412-4000 – Telephone
(614) 412-9012 – Facsimile
ayosowitz@teetorlaw.com
mteetor@teetorlaw.com
*Counsel for Defendants Harold Wix and Robert Ross*

s/ Daniel T. Downey
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200

1

        New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
*Counsel for Defendants Sheriff Paul Monroe, Trumbull County, Trumbull County Board of Commissioners, Trumbull County Sheriff's Office, Mauro Cantalamessa, and Frank Fuda*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing **RESPONSE TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT** was served, via the Court's CM/ECF system, upon all counsel this 30th day of November, 2023.

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz (0075306)
Matthew S. Teetor (0087009)
Teetor Westfall, LLC
200 E. Campus View Blvd. Suite 200
Columbus, OH 43235
(614) 412-4000 – Telephone
(614) 412-9012 – Facsimile
ayosowitz@teetorlaw.com
mteetor@teetorlaw.com
*Counsel for Defendants Harold Wix and Robert Ross*