Filed in Warren Municipal Court on: 07/08/2022 06:42 AM

☒ Summons and Complaint—Crim. R. 3 & 4
☐ Minor Misdemeanor Citation—Crim R. 4.1

Trumbull County Sheriff's Office
150 High St. NE
Warren, Ohio 44481
330-675-2508

22CRB1240

WARREN MUNICIPAL Court WARREN Twp. / City Trumbull County, Ohio.

THE STATE OF OHIO
**Trumbull County Sheriff's Office**
v.

MICHELE NICOLE FRESCAKO
(Name of Defendant)
170 KENILWORTH AVE SE WARREN OH 44483
(Street address) (City, State, Zip code)

Court Case # ____
DOC ____ Page ____
DOB [REDACTED] Sex F
DLN [REDACTED] State OH

## SUMMONS

You are ordered to appear at 9 am/pm on July 08, 2022 in the WARREN County/Municipal Court located at 141 SOUTH ST. WARREN OH Trumbull County, Ohio.

If you fail to appear at this time and place a warrant may be issued for your arrest.
This summons personally served on defendant on July 07, 2022.

## COMPLAINT

On or about July 07, 2022 at 11:20 am/pm at 160 HIGH St. NW WARREN City/Township Trumbull County, Ohio you unlawfully:

☐ 2925.11 (MM) (M4) (M3) (M2) (M1) Possessed a drug of abuse, to wit: ____
☐ 2925.14 (MM) (M4) Possessed drug paraphernalia, to wit: ____
☐ 2925.12 (M2) (M1) Possessed a drug abuse instrument, to wit: ____
☐ 4301.62 (MM) Possessed an open container of an alcoholic beverage in a motor vehicle / public, to wit: ____
☐ 2921.31 (M2) Obstructed Official Business: impeded a public official in the performance of their lawful duties.
☐ 2917.11 (MM) (M4) Disorderly Conduct: recklessly causing inconvenience, annoyance, or alarm to another.
☐ 2921.33 (M2) Resisting Arrest: Recklessly or by force, resisted or interfered with a lawful arrest of the person or another.
☒ ORC 2917.12 (M4) DISTURBING A LAWFUL MEETING
☐ ____

Case No. 22CRB1240
Date 10-18-23
Warren Municipal Court CERTIFICATION
I hereby certify that the above entry is a true and correct copy of the above entitled case, according to the records of the Warren Municipal Court, Warren, Ohio.
_____ Deputy Clerk

Sgt. R. R. #17 (signature of Issuing-charging Officer) Being duly sworn the issuing-charging law enforcement officer states that he has read the above complaint and that it is true.

Sgt. R. R. #17 (signature of Issuing-charging Officer)

Sworn to and subscribed before me by Sgt. Robert Ross on July 7, 2022.

DEANNA SCHUYLER (Judge/Clerk/Deputy Clerk) Trumbull (County / Municipal Court)
Notary Public, State of Ohio
My Commission Expires My Commission expires 7/9, 2026
07/09/2026

NOTICE TO DEFENDANT: The officer is not required to swear to the complaint upon your copy of the summons and complaint. He swears to the complaint on the copy he files with the court. You may obtain a copy of the sworn complaint before hearing time. You will be given a copy of the sworn complaint before or at the hearing. For information regarding your duty to appear call ____.