# 2022 CRB 001240 - STATE OF OHIO vs. FRENCHKO, MICHELE N

[Print Summary]

**Summary** | **History** | **Payment Plans (0)**  ← Previous | Next →

## SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Judge: | IVANCHAK, TERRY F | Court Type: | CRIMINAL | Case Type: | MISDEMEANOR |
| Case Number: | 2022 CRB 001240 | Uniform Case Number: | 2022CR001240CRBXMX | Status: | CLOSED |
| Clerk File Date: | 7/8/2022 | Status Date: | 8/29/2022 | Waive Speedy Trial: | ☐ |
| Total Fees Due: | 0.00 | Custody Location: | | Agency: | TRUMBULL COUNTY SHERIFF'S OFFICE |
| Agency Report Number: | | | | | |

## PARTIES

| TYPE | PARTY NAME | ADDRESS | ATTORNEY |
|---|---|---|---|
| DEFENDANT | FRENCHKO, MICHELE N | 170 KENILWORTH AVE SE<br>WARREN, OH 44483 | BETRAS, DAVID J ATTORNEY AT LAW (Main Attorney) |
| PLAINTIFF | STATE OF OHIO | , | |

## CHARGES

| COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | DISTURBING A LAWFUL MEETING (2917.12) | M | 4 | | CASE DISMISSED | 08/29/2022 |

| OFFENSE DATE | ARREST DATE | OBTS # |
|---|---|---|
| 07/07/2022 | 07/07/2022 | |

| REASON | REOPEN DATE | REOPEN CLOSED | SENTENCED | REARREST PARTY | REARREST DATE |
|---|---|---|---|---|---|
| | | | Not Reopened | | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|