Matthew E. Miller-Novak

| | |
|---|---|
| **From:** | Conover, Brodi <BConover@brickergraydon.com> |
| **Sent:** | Wednesday, June 21, 2023 12:53 PM |
| **To:** | Matthew E. Miller-Novak |
| **Subject:** | RE: records request |

**\*EXTERNAL EMAIL\***

Matt – it's my understanding that this included documents responsive to all of the communication requests (Nos. 1, 2, 5, 17-28, and 30); but I'll confirm with the client and let you know.

If you can specify exactly what you're looking for, rather than 2+ years of stuff (in some requests), I'd be happy to get it.

Thanks,
Brodi



**Brodi J. Conover**
Partner

brickergraydon.com        bconover@brickergraydon.com

2 East Mulberry Street    Direct    513 870 6693
Lebanon, OH 45036         Mobile    513 518 2109

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notify us by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

**From:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Sent:** Friday, June 16, 2023 11:51 AM
**To:** Conover, Brodi <BConover@brickergraydon.com>
**Subject:** RE: records request

This message originated outside your organization.

What part of the production is this held out as?  It does not seem necessarily complete based on information I already have, so I am assuming it is some but not all.

Sincerely,

**Matt Miller-Novak, Esq.**
**Partner**
**Barron Peck Bennie & Schlemmer Co., LPA**
3074 Madison Road  Cincinnati, OH 45209
**Oakley | Newport**
**Main** 513.721.1350 | **Direct** 513.533.2030 | **F** 513.991.6430
mmn@bpbslaw.com | www.bpbslaw.com

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Conover, Brodi <BConover@brickergraydon.com>
**Sent:** Friday, June 16, 2023 12:51 AM
**To:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Subject:** RE: records request

***EXTERNAL EMAIL*ABOUT**

Matt –

The remaining records are uploaded in a .zip folder available at the same ShareFile (the one I think we've had success with lol):

    https://bricker.sharefile.com/f/fo3cd433-f276-4375-9bf6-733a2f7cdaec

Thanks,
Brodi



**Brodi J. Conover**
Partner

brickergraydon.com     bconover@brickergraydon.com

2 East Mulberry Street     Direct    513 870 6693
Lebanon, OH 45036     Mobile   513 518 2109

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notify us by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

**From:** Conover, Brodi
**Sent:** Thursday, June 15, 2023 1:04 AM
**To:** 'Matthew E. Miller-Novak' <MMN@bpbslaw.com>
**Subject:** RE: records request

Matt –

Our IT folks were going to prepare the partial production to get out today, but I was able to complete the entire review. So they're going to prepare the *complete* production of remaining responsive records and then upload those to a ShareFile to send to you.

Just wanted to update you.

Thanks,
Brodi



**Brodi J. Conover**
Partner

brickergraydon.com      bconover@brickergraydon.com

2 East Mulberry Street    Direct    513 870 6693
Lebanon, OH 45036         Mobile   513 518 2109

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notify us by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

**From:** Conover, Brodi
**Sent:** Monday, June 12, 2023 10:20 PM
**To:** Matthew E. Miller-Novak <MMN@bpbslaw.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>; David Betras <dbetras@bkmlaws.com>
**Subject:** RE: records request

Hi Matt –

I asked our IT folks to get the first batch ready last week; but late last week and this weekend they were doing the merger of the IT systems (Citrix, document management, outlook, etc) for the merger.  I'll follow up with them and try to get the first batch ready for you tomorrow or Wednesday.

Brodi



**Brodi J. Conover**
Partner

brickergraydon.com      bconover@brickergraydon.com

2 East Mulberry Street    Direct    513 870 6693
Lebanon, OH 45036         Mobile   513 518 2109

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notify us by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

**From:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Sent:** Monday, June 12, 2023 6:07 PM
**To:** Conover, Brodi <BConover@brickergraydon.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>; David Betras <dbetras@bkmlaws.com>
**Subject:** Re: records request

**This message originated outside your organization.**

Brodi,

I am following up.  I have already waited on these for a while now.

Matt

Get Outlook for Android

---

**From:** Conover, Brodi <BConover@brickergraydon.com>
**Sent:** Thursday, June 1, 2023 11:00:18 AM
**To:** Matthew E. Miller-Novak <MMN@bpbslaw.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>; David Betras <dbetras@bkmlaws.com>
**Subject:** RE: records request

*EXTERNAL EMAIL*

Hi Matt –

Working through these in our document review system. Had a couple of appellate things due this week, so was consumed with those. But will try to have to you in the next 7-10 days.



**Brodi J. Conover**
Partner

brickergraydon.com          bconover@brickergraydon.com

2 East Mulberry Street      Direct    513 870 6693
Lebanon, OH 45036           Mobile    513 518 2109

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notify us by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

---

**From:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Sent:** Tuesday, May 30, 2023 3:08 PM
**To:** Conover, Brodi <BConover@brickergraydon.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>; David Betras <dbetras@bkmlaws.com>
**Subject:** RE: records request

**This message originated outside your organization.**

---

Brodi,

The good news is that I was able to download the production. However, I am still waiting for the remaining records that I requested. Can I get an ETA?

Sincerely,

**Matt Miller-Novak, Esq.**

Partner

**Barron Peck Bennie & Schlemmer Co., LPA**

3074 Madison Road  Cincinnati, OH 45209

Oakley | Newport

Main 513.721.1350 | Direct 513.533.2030 | F 513.991.6430

[mmn@bpbslaw.com](mailto:mmn@bpbslaw.com)| [www.bpbslaw.com](http://www.bpbslaw.com)

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Matthew E. Miller-Novak
**Sent:** Friday, May 5, 2023 8:58 PM
**To:** Conover, Brodi <BConover@brickergraydon.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>; David Betras <dbetras@bkmlaws.com>
**Subject:** RE: records request

Brodi,

The share drive is empty.  I am assuming that is a mishap caused by baby-induced exhaustion.

Sincerely,

**Matt Miller-Novak, Esq.**
Partner

**Barron Peck Bennie & Schlemmer Co., LPA**

3074 Madison Road  Cincinnati, OH 45209

Oakley | Newport

Main 513.721.1350 | Direct 513.533.2030 | F 513.991.6430

[mmn@bpbslaw.com](mailto:mmn@bpbslaw.com)| [www.bpbslaw.com](http://www.bpbslaw.com)

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Conover, Brodi <BConover@brickergraydon.com>
**Sent:** Friday, May 5, 2023 5:12 PM
**To:** Matthew E. Miller-Novak <MMN@bpbslaw.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>; David Betras <dbetras@bkmlaws.com>
**Subject:** RE: records request

**\*EXTERNAL EMAIL\***

Matt –

Attached is an initial response letter to your public records request. Thousands of pages of responsive records are available to you at the following link:

https://bricker.sharefile.com/f/foc97b8f-12b0-46da-9af7-04fae6b32a99

Your email is attached to an account; but you will need to "reset password" the first time that you access.

As I say in the attached letter, this is just an initial production. Practically speaking, I expect a smaller production to you mid next week with some items from folks that were out of town. I also received records from my client for the communication requests (Nos. 1, 2, 5, 17-28, and 30) and have begun review of those records. I'll release those on a rolling basis as they are reviewed for responsiveness and exemptions. My goal is the end of next week, but it might leak into the following week.

Thanks, and have a nice weekend.

Brodi



**Brodi J. Conover**
Partner

brickergraydon.com   bconover@brickergraydon.com

2 East Mulberry Street   Direct   513 870 6693
Lebanon, OH 45036        Mobile   513 518 2109

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notify us by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

**From:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Sent:** Tuesday, April 25, 2023 3:43 PM
**To:** Conover, Brodi <BConover@brickergraydon.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>; David Betras <dbetras@bkmlaws.com>
**Subject:** RE: records request

This message originated outside your organization.

Brodi,

I am following up on this.

Sincerely,

**Matt Miller-Novak, Esq.**
**Partner**
**Barron Peck Bennie & Schlemmer Co., LPA**
3074 Madison Road  Cincinnati, OH 45209
Oakley | Newport
Main 513.721.1350 | Direct 513.533.2030 | F 513.991.6430

mmn@bpbslaw.com| www.bpbslaw.com

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Conover, Brodi <BConover@brickergraydon.com>
**Sent:** Thursday, April 13, 2023 3:27 PM
**To:** Matthew E. Miller-Novak <MMN@bpbslaw.com>; William J. Danso <PSdanso@co.trumbull.oh.us>; Steven C. Davis <scd@bpbslaw.com>
**Subject:** RE: records request

**\*EXTERNAL EMAIL\***

Matt –

Thanks for reaching out.  I just got this request on Tuesday and got on a plane on Wednesday (and am out thru the rest of the week).  I have a call set up for early next week with the client to talk thru your 30 requests and sort thru them.  I'm not aware of any documents that have been produced already; but will get with you next week once I can talk with the client and sort thru it all.

Thanks,
Brodi



**Brodi J. Conover**
Partner

| | |
|---|---|
| brickergraydon.com | bconover@brickergraydon.com |
| 2 East Mulberry Street | **Direct**   513 870 6693 |
| Lebanon, OH 45036 | **Mobile**   513 518 2109 |

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notify us by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

---

**From:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Sent:** Thursday, April 13, 2023 11:57 AM
**To:** William J. Danso <PSdanso@co.trumbull.oh.us>; Conover, Brodi <BConover@brickergraydon.com>; Steven C. Davis <scd@bpbslaw.com>
**Subject:** RE: records request

**This message originated outside your organization.**

---

Gentlemen,

Regarding this production, I am confused.  Concerning Request No. 1, 2, 3, and 6, is the County suggesting that these are all the responsive records from the County, generally, or just the Sheriff's Department?  And the records produced *allegedly* to Requests Nos. 1, 2, 3, and 6, do not even seem to respond to those requests.  For example, Request No. 6 asks for meeting minutes for the Commissioners' workshops.  It is unclear why the Sheriff's Department would answer this, and more importantly, not such minutes were even produced, so I am confused as to why this email represents that it has responded to Request No. 6, when it clearly has not.

All of these Requests are about 6 weeks old, and I have received practically nothing in response, which is very problematic because some of these requests are for records, which any County should be able to produce in hours, let alone weeks.  For example, as stated earlier, Request No. 6 asked for meeting minutes for the County Commissioners' "Workshops."  I should be to walk into the County building on a random day and receive those on the spot.  It is not appropriate to fail to produce them for six weeks.  In addition, Request No. 7 merely asked for the County's Records Retention Policies.  I should have had this in my inbox weeks ago.  Requests Nos. 8 and 9 asked for the Records Commission meeting notices and meeting minutes.  Of all the requests made, you would think that a public records commission, which is supposedly the commission which is the commission tasked with setting the standard for County transparency, would immediately be able to respond.  Yet, I have nothing about 6 weeks later.

Simply stated, I have not received one records retention policy, meeting minute, agenda or other basic and (should be) readily available public records.

I am on the brink of filing for a writ of mandamus in the Supreme Court if I do not start receiving these records in haste.  If they are not available because they do not exist, then inform me of this because you have a statutory duty to do so.  They certainly do not fall under any statutory exemption.  Here is my requests again for your convenience:

***Definition of "communication" as used in this Request****: Communication in these Requests includes any tangible form of communications, whether written, video, audio, email, text message, social media messaging, or sticky notes and other papers and writings.*

*1.      Communication between Gary Newbrough, Frank Fuda, Mauro Cantalamessa, Denny Mulluy, or Matt Blair related mentioning Niki and/or Frenchko sent between January 1, 2021 and the present.*
*2.      Any communications between any Commissioner, Commissioners' office staff, the County Auditor, and the County Auditor's staff mentioning or relating to the County budget preparation sent between October 1, 2021, and the present.*
*3.      Any and all communications related to Niki Frenchko's requests for meetings related to the budget, information related to the budget, or any other of Niki Frenchko's communications about the budget sent between October 1, 2021, and the present.*
*4.      A copy of all of Niki Frenchko's public records requests to staff at the county, including but not limited to her requests to the sanitary engineer, Human Resources department, and commissioners' office staff, between January 1, 2022, to the present.*

5. Any communication between Shara Taylor, any commissioner, and other staff or elected officials involving commissioner Frenchko's laptop or request for a laptop between January 1, 2022, and the present.
6. Any and all meeting minutes for the Commissioners' "workshops" occurring between January 1, 2022, and the present.
7. Trumbull County's records retention policies in place between January 1, 2022, and the present.
8. A roster of the officials on the Records Commission.
9. A copy of all meeting notices of the Records Commission between January 1, 2020, and the present.
10. A copy of all meeting minutes of the Records Commission created between January 1, 2020, and the present.
11. A copy of all notices for any meetings of the County Budget Commission held between January 1, 2020, and the present.
12. A copy of all meeting minutes for the meetings of the County Budget Commission between January 1, 2020, and the present.
13. Any and all employment applications that the County received for any position in the County's Human Resources Department between January 1, 2020, and the present.
14. A copy of any resolutions controlling or regulating the Commissioners' public meetings regarding the rules of order and rules of public participation in place between January 1, 2022, and the present.
15. Any and all employment applications that the County received for any position in the County's Administrative offices between January 1, 2020, and the present.
16. Any and all drafts, as well as the final copy, of Commissioner meeting agendas between January 1, 2021, and the present.
17. Any and all communications between Mauro Cantalamessa and Denny Mulloy mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
18. Any and all communications between Mauro Cantalamessa and Sheriff Monroe mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
19. Any and all communications between Denny Mulloy and Sheriff Monroe mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
20. Any and all communications sent between Sargent Robert Ross and Denny Mulloy mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
21. Any and all communications sent between Sargent Harold Wix and Denny Mulloy mentioning Niki and/or Frenchko sent between January 1, 2023, and the present.
22. Any and all communications sent between Denny Mulloy and Mauro Cantalamessa mentioning "human resources" or "employment application" sent between January 1, 2023, and the present.
23. Any and all communications sent between Mauro Cantalamessa and Sheriff Monroe mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.
24. Any and all communications between Sheriff Monroe and Sargent Harold Wix mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.
25. Any and all communications sent between Sheriff Monroe and Sargent Robert Ross mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.
26. Any and all communications between Frank Fuda and Mauro Cantalamessa mentioning Niki and/or Frenchko sent between January 1, 2022, and the present.
27. Any and all communications sent between Frank Fuda and Sheriff Monroe mentioning Niki and/or Frenchko sent between July 1, 2022, and July 10, 2022.

28.     Any text messages sent between Mauro Cantalamessa, Frank Fuda, Sheriff Monroe, Harold Wix or Robert Ross on July 7, 2022, mentioning Niki and/or Frenchko.

29.     Any and all drafts, including the final copy and any alternative versions of Sheriff Monroe's July 5, 2022, letter to the County Commissioners relating to what was ultimately titled "Inappropriate Response to a Citizen "Complaint."

30.     Any and all communications between Sheriff Monroe and Dr. Phillip Malvasi mentioning Niki and/or Frenchko sent between June 1, 2022, and September 1, 2022.

Sincerely,

**Matt Miller-Novak, Esq.**
**Partner**
**Barron Peck Bennie & Schlemmer Co., LPA**
3074 Madison Road  Cincinnati, OH 45209
**Oakley | Newport**
**Main** 513.721.1350 **| Direct** 513.533.2030 **| F** 513.991.6430
mmn@bpbslaw.com| www.bpbslaw.com

*This e-mail transmission contains information from the law firm of Barron Peck Bennie & Schlemmer Co., LPA that may be confidential or privileged. It is solely for the use of the individuals or entities named above. If you are not an intended recipient, any disclosure or use of the contents of this message is prohibited. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Todd Coonce <socoonce@co.trumbull.oh.us>
**Sent:** Friday, April 7, 2023 8:47 AM
**To:** Matthew E. Miller-Novak <MMN@bpbslaw.com>
**Subject:** records request

**\*EXTERNAL EMAIL\***

Per your public records request sent to Attorney Danso I have answered and attached numbers 1, 3,4,&6 .

**Captain Todd D. Coonce**
Trumbull County Sheriff's Office
150 High St. NW
Warren, OH  44484
330-675-7030
socoonce@co.trumbull.oh.us