# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **NIKI FRENCHKO** | : | **Case Number:** 4:23-cv-00781 |
| | : | |
| | : | **Judge:** J. Phillip Calabrese |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| **PAUL MONROE, et al** | : | |
| | : | |
| | : | |
| Defendants | : | |

### PLAINTIFF NIKI FRENCHKO'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION

Plaintiff, Niki Frenchko, by and through counsel respectfully moves this Court for a thirty (30) day extension of time in which to file a Motion for Attorney Fees. As grounds for this Motion, on January 16, 2024, this Court entered a decision granting, in part, Plaintiff's Motion for Partial Summary Judgment. Specifically, in its 81-page Opinion and Order, this Court held that Plaintiff was entitled to judgement as a matter of law on her claims brought under 41 U.S.C. § 1983. (ECF No. 61).

As the prevailing party, Plaintiff is entitled to an award of attorney fees. Federal Rule 54(d)(2) provides that such motion must be filed no later than 14 days after entry of the judgment. Given the scope of this Court's Order, the complexities of this case, and the need to retain an expert, Plaintiff respectfully requests an extension of an additional <u>thirty (30) days</u> in which to file her motion for fees. Such extension would make Plaintiff's motion due on or before **Tuesday, February 29, 2024**.

This request for an extension is made in good faith and not sought for purposes of delay.

Respectfully Submitted,

**/s/ Matt Miller-Novak**
Matthew Miller-Novak (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com
SCD@BPBSlaw.com

**/s/ David J. Betras**
David J. Betras (0030575)
6630 Seville Drive
Canfield, Ohio 44406
Telephone: (330) 746-8484
Facsimile: (330) 702-8280
Email: dbetras@bkmlaws.com

***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

I certify that I served notice of this subpoena on Defendants' Counsel via this Court's electronic filing notification system on January 21, 2024.

**/s/ Matt Miller-Novak**