**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NIKI FRENCHKO, | ) | Case No. 4:23-cv-00781 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Thomas M. Parker |
| PAUL MONROE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

Plaintiff seeks an extension of the deadline in Rule 54(d)(2) in which to seek attorneys' fees. (ECF No. 62.) Plaintiff notes, correctly, that the Rule requires the filing of any such motion no later than 14 days after entry of judgment. But the Court has not yet entered judgment under Rule 58. Therefore, the time in which to file a motion has not yet commenced. Because the Court has finally resolved some, but not all, of Plaintiff's claims, the case remains in an interlocutory posture, making the entry of judgment inappropriate at this time. In the Court's view, any motion for attorneys' fees should come at the end of the case. As indicated in the ruling (ECF No. 61), the Court will set a schedule for the balance of proceedings needed to reach a final judgment in short order. For these reasons, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's motion for extension.

**SO ORDERED.**

Dated: January 22, 2024

 

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio